**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Civ. Case No. _____

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| INNOVATIVE PARTNERS, LP, also doing business as INNOVATIVE HEALTH PLAN or HEALTHCARE PLAN, a Texas limited partnership, *et al.*, | ) ) ) ) ) | [FILED UNDER SEAL] |
| Defendants. | ) ) ) | |

**EXHIBITS SUPPORTING PLAINTIFF'S *EX PARTE* MOTION FOR
TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE,
APPOINTMENT OF A RECEIVER, OTHER RELIEF, AND ORDER TO
SHOW CAUSE WHY A PRELIMINARY INUNCTION SHOULD NOT ISSUE**

**VOLUME I OF V**

Dated: APRIL 7 , 2026

Presented by:

Matthew G. Schiltz (Special Bar No. A5502617)
William J. Hodor (Special Bar No. A5501501)
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5619 [telephone, Schiltz]
(312) 960-5592 [telephone, Hodor]
mschiltz@ftc.gov [e-mail, Schiltz]
whodor@ftc.gov [e-mail, Hodor]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# VOLUME I

## CONSUMER DECLARATIONS

Declaration of Deann Armes .................................................................PX 1

Declaration of Karl P. Clark.................................................................PX 2

Declaration of Francesca D'Angelo .....................................................PX 3

Declaration of Lisa Frazer ...................................................................PX 4

Declaration of Hailey Gillam...............................................................PX 5

Declaration of David Hicks .................................................................PX 6

Declaration of Kimberly Hood ............................................................PX 7

Declaration of Autumn Leddon ...........................................................PX 8

Declaration of Holly Lewis .................................................................PX 9

Declaration of Gary Litman..................................................................PX 10

Declaration of Griffin Malnar...............................................................PX 11

# VOLUME II

## CONSUMER DECLARATIONS

Declaration of Trevon McKenzie ..........................................................PX 12

Declaration of Debbie Marcela Meschwitz Cronenbold ........................PX 13

Declaration of William Muñoz, Jr. ........................................................PX 14

Declaration of Nicole Shevchenko ........................................................PX 15

Declaration of Diane Smith ...................................................................PX 16

Declaration of Krista Taylor ..................................................................PX 17

Declaration of Robert Tracy ..................................................................PX 18

Declaration of Megen Walker.................................................................PX 19

**LAW ENFORCEMENT DECLARATIONS**

Declaration of Christopher McGuire ....................................................................PX 20
Regional Administrator, Bureau of Investigation, Division of Insurance
Agent and Agency Services, Florida Department of Financial Services

Declaration of Monica Fernandes.........................................................................PX 21
Investigator, Bureau of Investigation, Division of Insurance Agent and
Agency Services, Florida Department of Financial Services

**FORMER EMPLOYEE DECLARATION**

Declaration of Crystal Rogers ..............................................................................PX 22
Former Employee, Customer Service Representative, Innovative Partners, LP

## VOLUME III

**EXPERT DECLARATION**

Declaration of Helen G. Levy, Ph.D.....................................................................PX 23
Research Professor, University of Michigan, Institute for Social Research

## VOLUME IV

**INVESTIGATOR DECLARATION**

Declaration of Christine Carson ...........................................................................PX 24
Investigator, Federal Trade Commission

## VOLUME V

**INVESTIGATOR DECLARATION**

Declaration of Christine Carson, *continued*.........................................................PX 24
Investigator, Federal Trade Commission

# PX 1

## DECLARATION OF DEANN ARMES
## PURSUANT TO 28 U.S.C. § 1746

I, Deann Armes hereby declare as follows:

1.     My name is Deann Armes. I live in Ogden, Utah and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     Through my employer, I have a health insurance policy with Blue Cross Blue Shield of Texas.

3.     On November 15, 2024, I was experiencing extreme pain and thought I may be having a heart attack. I could not find my insurance card and rushed to urgent care without it. Once I got there, I googled Blue Cross Blue Shield of Texas and called the phone number posted on one of the top search results.

4.     When the call connected, the agent on the line told me that my health insurance policy had been canceled because I owed the government health insurance marketplace thousands of dollars. He told me that if I paid $480 on the spot, he could reinstate my policy instantly and text me a digital copy of my insurance card to use at urgent care. The agent also warned that nonpayment for marketplace plans is an issue the government takes seriously, and if I did not pay immediately, I could be facing jail time.

5.     This surprised me because my insurance plan is through my employer—it is not a government marketplace plan. I was, however, enrolled in a marketplace plan last year. I did not understand why my employer plan would have been canceled due to an issue with a marketplace plan in which I was no longer enrolled. Given the pain and stress I was under in that moment, I was not thinking clearly and wondered if perhaps there had been an issue with my previous marketplace plan that had somehow affected my employer plan. I told the agent that I wanted to

Page **1** of **4**

check in with the federal marketplace before paying any money. The agent then instructed me to call the marketplace at this number: 701-645-6429.

6.      I called that number, and the agent who answered the call said he was with the health insurance marketplace. This agent sounded very similar to the agent with whom I had just spoken and who had provided this number to call; it's possible that the second call connected to the same person. On this second call, the agent confirmed that I owed thousands of dollars to the marketplace and pressured me to pay. He added that if I paid now, he could adjust my account so that the outstanding balance was much lower than what I would actually owe. I decided to take care of this in the moment so I wouldn't have to deal with it later, and I gave the agent my credit card number for payment.

7.      Next, the agent texted me from a different number with a form for me to sign. **Armes Attachment A** is a true and correct copy of this text. He encouraged me to click the link and sign the form quickly so he could send my insurance card over to me. I signed.

8.      Shortly afterward, the agent texted me my "digital" health insurance card from the second number I had called, 701-645-6429. **Armes Attachment B** is a true and correct copy of this text, with an image of the card. I presented this card at the urgent care front desk. The staff member there informed me that this was not a real insurance card. Reviewing this card later, I saw that it appeared that my name had been sloppily pasted onto a generic image of an insurance card. In fact, the insurance company name on the card was "BlueCross BlueShield of Geography," and it listed "Dependents" as "Dependent One," "Dependent Two," and "Dependent Three."

9.      When the urgent care staff member informed me that the insurance card was fake, I realized I had been scammed. I still needed to urgently see a doctor because I was in a lot of

pain. So I googled Blue Cross Blue Shield again. This time, instead of directly calling a phone number presented in the top search results, I clicked the results to view the websites before calling, and that's how I made sure I was connecting to my actual insurance company. I did connect to Blue Cross Blue Shield of Texas and obtained my policy information, which I then provided to urgent care for the appointment and received the needed care.

10.     While still at urgent care, I also called my credit card company to report that I had been defrauded and needed to cancel my credit card. My credit card company told me that a charge for $502.88 had been processed on my account, and **Armes Attachment C** is a true and correct screenshot of that charge as it appears in my credit card transaction history from merchant "Ip-Health-Bill." While I was on the phone with the credit card company, they also told me that the same merchant had tried to process a second charge immediately after the $502.88, but the credit card company had automatically rejected it. The company temporarily reversed the original $502.88 charge while it investigates my fraud complaint, and that investigation is currently ongoing.

11.     After leaving urgent care that day, I decided to review the form that the scammer had pressured me to sign. I took screenshots of the form, which has the name "Innovative Partners" and a logo at the top. **Armes Attachment D** is a true and correct image of the first screen of the form, with three checkboxes that the agent had pressured me to quickly complete. The checkbox statements include hyperlinks to several documents, and I did click the link to one, the "Health Benefit Plan Wrap Document." This was a 38-page, single spaced document, and I took a screenshot of the first two pages, a copy of which is attached as **Armes Attachment E.** The next screen of the form requested a signature and provided a link to "Submit Application." **Armes Attachment F** is a screenshot of this screen.

12.     I also called the federal health insurance marketplace that day to ensure that I did not owe the government any money. The marketplace confirmed that I did not and recommended I report my experience with Innovative Partners to the Federal Trade Commission (FTC).

13.     That day, I filed a complaint with the FTC and a true and correct copy of it is attached as **Armes Attachment G**.

14.     To this day, I continue to receive text messages from different phone numbers implying that I am still enrolled in an Innovative Partners plan and requesting updated payment information from me. **Armes Attachment H** features screenshots of such texts that I received this month, December 2024.

15.     This experience was incredibly stressful and upsetting. Innovative Partners took advantage of a moment when I was especially vulnerable, and my guard was down. I was dealing with a serious health issue and needed immediate medical attention. In that moment, Innovative Partners added stress and delayed my access to care by lying to me about the status of my insurance policy and attempting to steal my money.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 18_ , 2024.

_____
Deann Armes

# Armes
# Attachment A



# Armes
# Attachment B



# Armes
# Attachment C

3:10

< Back      **Transaction Details**

# Ip-Health-Bill

# + $502.88

503 Point(s) Earned

| | |
|---|---|
| Date Posted | Nov 16, 2024 |
| Category | Medical Services & Health Practitioners Not E |
| Transaction Date | Nov 15, 2024 |
| Transaction Type | Online/Manually Entered |
| Description | Ip-Health-Bill |

# Armes
# Attachment D



**2:18**  •• 5G ▭

![INNOVATIVE PARTNERS logo]

**MEMBER ENROLLMENT**

# Hello DEANN HECKER

I agree that I have a full and complete understanding of the programs for which I am electing. Review the below terms and indicate your acceptance of the same. Then, when you're ready, click SUBMIT APPLICATION

☑ I acknowledge that I have read and agree to the Joinder Agreement.

☑ I acknowledge that I have read and agree to the terms and conditions in this agreement.

☑ I acknowledge that I have read Innovative Partners, LP. Health Benefit Plan Wrap Document.

BACK     **NEXT**

AA   🔒 nroll.innovativepartnerslp.com   ↻

# Armes
# Attachment E

2:18        .ıll 5G⁰ ▣

### Innovative Partners, LP Health Benefit Plan Wrap Document

In order to better serve its employees and Active Limited Partners (collectively "Plan Participants"), Innovative Partners, LP has chosen to offer various different levels of participation in the Health Benefit Plan ("Plan") to our plan participants. These different levels of participation may often be referred to as a "Program" or a "Policy". In order to best address the individual needs of our Plan Participants, our Plan offers eight (1) different levels of limited medical benefit participation. Our most basic and affordable participation levels are the *Elite* Programs/Policies, which are offered at three (3) different levels. We also offer seven (7) different *Optimum* Programs/Policies which are available at benefit levels one (1) through seven (7).

Any of our Elite or Optimum Programs/Policies can be supplemented by our *Guardian* Accidental Death and Dismemberment ("AD&D") Program/Policy, our *Essential* Critical Illness ("CI") Program/Policy, and/or our *Dental* Program/Policy. The AD&D and the CI Programs/Policies can only be purchased in conjunction with either an Elite or Optimum Program/Policy. Realizing that some of our employees and or Active Limited Partners may have other forms of health insurance that meet their needs and may not want to participate in one of the limited medical benefit Programs/Policies, our employees and active Limited partners may enroll in the Dental Program as a standalone Program/Policy without participating in any of the limited medical benefit Programs/Policies.

Regardless of your level of participation, all of these Programs/Policies collectively constitute the self-funded Innovative Partners, LP Health Benefit Plan. You have been given a Summary Plan Description ("SPD") for each particular Program/Policy that you enrolled in. This WRAP Plan Document merely supplements the SPD(s) that you were given. It in no way reduces or limits any rights that are contained in any SPD.

The rights discussed in this Document apply equally to all of the health benefit plan Programs/Policies that are sponsored by Innovative Partners, LP.

### I. DEFINITIONS

The following definitions shall be controlling when used in connection with this Plan. All of the definitions in the SPD that you received are hereby incorporated by reference into this Document. You should read and understand these definitions as well as the definitions in the SPD.

**ACA or PPACA** means the Patient Protection and Affordable Care Act of 2010, as amended.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**COBRA** means the Consolidated Omnibus Budget Reconciliation Act, as amended.

**Company** means the Plan Sponsor.

Page 1 of 38

---

**Co-pay** means the charge stated as a set dollar amount, that the Plan Participant is required to pay for certain covered health services. If the Plan has co-pay benefits, please note that the Plan Participant is responsible for paying the lesser of the applicable Co-pay or the covered amount.

**FMLA** means the Family and Medical Leave Act of 1993, as amended.

**GINA** means the Genetic Information Nondiscrimination Act, as amended.

🔒 s-s3.s3.us-east-2.amazonaws.com ↻

     

# Armes
# Attachment F

2:18      .ııl 5G 🔋

of the programs for which I am electing. Review the below terms and indicate your acceptance of the same. Then, when you're ready, click SUBMIT APPLICATION

**Authorization for enrollment**

By authorizing this application you agree that you have understood and accepted all terms and policies that have been explained to you by your Health Representative.

Authorize this application by typing in your full...

Deann Armes

**e-signature**

◉ Use stylized script    ○ Let me draw

*Deann Armes*

BACK     VIEW PROGRAM SUMMARY

SUBMIT APPLICATION

🔒 enroll.innovativepartnerslp.com

# Armes
# Attachment G

12/17/24, 12:25 PM                                    Printer Friendly Record Details

## Record # 1 / 180330704 / Consumer Sentinel Network Complaint

| Reference Number: | 180330704 | Originator Reference Number: | |
|---|---|---|---|
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC?: | No |
| Comments: | I needed to go into Urgent Care and lost my insurance card, so I Googled Blue Cross Blue Shield for the number and called. The person on the phone pretended to be BCBS and told me my plan was canceled because I owe the Health Insurance Marketplace subsidy money. They sent me to call the Marketplace at 701-645-6429. I called and they pretended to be the Health Insurance Marketplace. They said if I pay the $480 in subsidies I owe they will reinstate my plan. In order to do that they said I had to fill out an online form which I did. I gave them my credit card number and they charged me $502.88. It is on my credit card statement as from IP-Health Bill. Innovative Partners was the business name on the form. I was confused and its hard to explain how I fell for this. I was sick and scared and panicking. I immediately called the Health Insurance Marketplace and realized it was fraud when they told me I didnt owe the Marketplace any money. | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 11/15/2024 5:42:50 PM |
| Created By: | FTCCIS-FTCUSER | Created Date: | 11/15/2024 5:42:50 PM |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Mobile Complaints | Product Service Description: | Government Imposters |
| Amount Requested: | | Amount Paid: | $500.00 |
| Payment Method: | Credit Card | Agency Contact: | Mobile |
| Complaint Date: | 11/15/2024 | Transaction Date: | |
| Initial Contact: | Phone Call: 7016456429 | Initial Response: | |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |

12/17/24, 12:25 PM | Printer Friendly Record Details

| | | | |
|---|---|---|---|
| Consumer Small Business or Organization: | | | |
| First Name: | Deann | Last Name: | Armes |
| Address 1: | ██████████ | Address 2: | |
| City: | Ogden | State: | Utah |
| Zip: | ██ | Country: | UNITED STATES |
| County: | Weber | Federal Judicial District: | Utah |
| Home Number: | | Cell Number: | ██████████ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ██████@gmail.com |
| Age Range: | ████ | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |
| Subject | | | |
| Subject: | Health Insurance Marketplace | Normalized Name: | Healthcare Marketplace |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | |
| County: | | Federal Judicial District: | |
| Email: | | URL: | |
| Phone Number: | | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | Kyle Anderson | Title: | |

# Armes
# Attachment H





# PX 2

## DECLARATION OF KARL P. CLARK
## PURSUANT TO 28 U.S.C. § 1746

I, Karl P. Clark, hereby declare as follows:

1.      My name is Karl P. Clark. I live in Wallingford, Connecticut and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      In the fall of 2023, I learned that my employer was being bought out by another company and that I was going to be laid off as a result. Because my employer-sponsored health coverage was slated to end on November 1, 2023, I began searching for marketplace plans to replace my coverage.

3.      On October 20, 2023, my girlfriend, Ginny, typed the words "healthcare marketplace" (or something similar to that) into Google. One of the first results was a website that appeared to be associated with the Connecticut health insurance marketplace. We clicked on the link, which opened to an official-looking website. The website listed a toll-free phone number to call to speak to an agent. I believe that the listed number was (844) 919-2249. Thinking that this was the number for the health insurance marketplace, we called it. Ginny and I were together at the time, so we put the call on speakerphone so both of us could participate.

4.      Our call was answered by a male representative whose name I cannot recall. Ginny asked if we had reached the healthcare marketplace, and the representative told us that we had. Ginny told him that we were seeking health insurance for me to start on November 1, 2023, when my employer-sponsored coverage would end.

5.      The sales representative asked me a series of questions about my health. I disclosed that I had suffered a stroke in July of 2023, that I experienced chronic dizziness and headaches, and that I had frequent doctors' appointments. The sales representative told me that

Page **1** of **14**

he had pulled up an Aetna PPO plan that covered care related to both strokes and migraines. He asked me about the specific providers I needed coverage for, so I listed some of the doctors and hospitals from which I receive care. The sales representative told us that he was looking them up in his system. He then confirmed that all of them were covered under this Aetna PPO plan.

6. We asked about the plan's deductible, and the sales representative told us that there was no deductible to meet. This struck us as weird; neither of us had ever had a health insurance policy with no deductible before. Still, we felt reassured knowing that the plan was through Aetna, since that was a name we both recognized. At no point during the call did the sales representative mention the name "Innovative Partners."

7. We also asked the sales representative about prescription coverage. He told us that prescription coverage "through Singlecare" was included with our policy, and that it would cover my prescription costs without a deductible.

8. Ginny noted that I had a doctor's appointment coming up in November and asked whether the policy could become active in time for that appointment. The sales representative assured us that the plan would go into effect right away. He also emphasized that I was lucky to be enrolling when I was because open enrollment deadlines were fast approaching and I was just under the wire.

9. Throughout the call, the sales representative referred to the policy we were discussing as "health insurance." Based on the sales representative's description of the scope of coverage—including his reassurances that my specific providers would be covered—the policy seemed like it fit my needs.

10. The sales representative told us that the monthly premium for this plan would be $193.25 per month, plus an additional enrollment fee of $125 for the first month only. Based on

the sales representative's assurances that I was enrolling in an Aetna PPO policy that would cover the cost of my medical care without a deductible, I agreed to enroll and provided my debit card information.

11.     After I provided my debit card information, the sales representative directed me to an email that had just arrived in my inbox, which had the subject line "Innovative Partners – Enrollment Authorization." (I think this was the first time I saw the name "Innovative Partners" mentioned, but I did not think to ask the sales representative about it at the time.) The email contained a link, which the sales representative directed me to click. **Clark Attachment A** is a true and correct copy of that email with my personal information redacted.

12.     I did not have a computer handy, so I accessed the link using my smartphone. The link took me to a webpage where I was asked to check several boxes and input an electronic signature. I do not recall there being any substantive information on the webpage. I do remember that I navigated through the prompts in a rush because we had been on the phone with the sales representative a long time by that point.

13.     Much later, as I was in the process of preparing this declaration, Ginny and I went back and clicked the link in the Enrollment Authorization email to see if it still worked. The link is still active, and when we click it we briefly see a page titled "MEMBER ENROLLMENT" that includes checkboxes next to the following three statements: (1) "I acknowledge that I have read and agree to the Joinder Agreement"; (2) "I acknowledge that I have read and agree to the terms and conditions in this agreement"; and (3) "I acknowledge that I have read Innovative Partners, LP, Health Plan Benefit Wrap Document." (The underlined text appears to be hyperlinks, but I am unable to click them because the page quickly progresses to a different screen that notes that my policy is no longer active). **Clark Attachment B** is a true and correct

screenshot of the webpage that is briefly visible when I click the link in the Enrollment Authorization page now. It is possible that these are the boxes I checked when I enrolled with Innovative Partners on October 20, 2023, though I cannot be certain. In an event, I did not review any documents at the time of enrollment, nor did the sales representative provide me with time to do so or otherwise suggest there were documents I should review.

14.     The sales representative told me that my policy had been approved and that my coverage would be active as of November 1, 2023. Ginny asked about where we could review the plan details. The sales representative said that a copy of the policy would be available on the online patient portal that I would shortly be receiving access to. He provided me with a "Member ID" over the phone, saying that I would need to log into the portal. We thanked him for his help and ended the call.

15.     After the call, I received four emails in quick succession. The first email had the subject line "Sales Receipt" and showed that I had been charged $125 for the "Enrollment Fee" and $193.25 for the "Monthly Payment for Elite 4," for a total of $318.25. **Clark Attachment C** is a true and correct copy of that email with my personal information redacted.

16.     The second email had the subject line "Innovative Partners – Partner Portal." It included a link to and access credentials for the online "Partner Portal," which the email described as "a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more." **Clark Attachment D** is a true and correct copy of that email with my personal information redacted.

17.     The third email had the subject line "Innovative Partners – Partner Access." It included a different link, which it described as "the provider search link for the First Health Network." It looked to be some kind of directory for finding covered providers, though I do not

recall the sales representative ever mentioning anything about the "First Health Network" to me. The email told me to expect my "ID Cards in the mail within 10-14 business days." **Clark Attachment E** is a true and correct copy of that email with my personal information redacted.

18. The fourth email had the subject line "Innovative – Welcome Email." It mostly repeated things from the prior emails—it provided another link to the Partner Portal, and it stated that I would receive a copy of my "member ID card" through the mail (though this email said the card would arrive "within the next 30 days" rather than 10-14 business days). In re-reviewing this email now, I see that it also instructed me to download a phone application called "MedTrust." I did not see this at the time I originally received the email and I never downloaded this app. **Clark Attachment F** is a true and correct copy of the Welcome Email with my personal information redacted.

19. I forwarded these emails to Ginny, who accessed the Partner Portal on my behalf in an effort to find more detailed information about my policy. On the portal, she discovered a document titled "Health Benefit Plan" that included a summary of the "Elite 4" plan I had purchased. **Clark Attachment G** is a true and correct copy of this document. Upon reviewing the summary, we became concerned that it did not match up with what the sales representative had said on the phone. Specifically, the document seemed to say that the policy covered only four categories of care—"primary care," "specialist," "urgent care visits," and "emergency room"—up to a maximum of $150 per care category per plan year. It also stated that there were co-pays for each of the covered services, which is not something the sales representative had mentioned on the phone. Finally, the document stated that "[a]ll sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period."

20.     The Health Benefit Plan document also included an explanation of the "SingleCare" prescription benefit that came with my plan. Specifically, the document noted that I could download a free "Pharmacy Savings Card" that would supposedly entitle me to a discount on prescription medications, but that SingleCare "is not insurance" and "can be used by anyone." Ginny went to the SingleCare website and searched some of my prescriptions to see what the prices would be with the SingleCare discount card, and we were shocked to see how expensive they were. One of my medications cost upwards of $1200, even with the discount.

21.     On or about October 23, 2023, Ginny and I called the customer service number listed in one of the Innovative Partners introductory emails to follow up on these discrepancies. After being connected to a customer service representative, Ginny explained that we were confused because the written summary of the plan seemed to contradict everything the sales representative had told us when we had enrolled on October 20. The customer service representative reassured us that much of what the sales representative had said was true: there was no cap on the number of doctors' appointments that the plan would cover, and there was no 30-day waiting period. The representative did not explain why the "Health Benefit Plan" document we had read seemed to suggest otherwise. The representative did clarify that the SingleCare prescription benefit was merely a discount card and that my plan did not include prescription coverage. We asked if there was a way to purchase prescription coverage separately, and the customer service representative said that there was not. Despite this, Ginny and I decided that I should remain enrolled in the plan because my main priority was ensuring that my doctors' appointments were covered. We figured that I could just ask my providers to prescribe generic medications as a way to keep my prescription costs down.

22.     Ginny and I called the Innovative Partners customer service line back a couple more times over the weeks that followed because I was anxious to get a copy of my insurance card prior to my November doctor's appointment. Each time we called, the customer service representatives told us that the card was in the mail, but that we could go on the Partner Portal and print an electronic copy in case it did not arrive in time for my appointment. Eventually that is what we did. **Clark Attachment H** is a true and correct copy of the front and back of the member ID card we downloaded from the Partner Portal. The card did not mention Aetna anywhere. But it seemed to work fine when I presented it at my doctor's appointment in November; though the office staff noted they had never heard of Innovative Partners before, they did not raise concerns about it or suggest that it was not legitimate insurance. (Approximately two months later, in January 2024, I finally received a physical copy of the card in the mail.)

23.     I experienced significant medical issues in 2024. On January 9, 2024, I went to the emergency room because I thought I was having another stroke. (Luckily it turned out to be a false alarm.) On January 11, 2024, I had an MRI. I had appointments with various specialists in January, February, April, and May 2024. During this same period, my providers were frequently ordering lab panels and diagnostic testing. Once again, all of my providers accepted my insurance card (even though I continued to hear comments from them about never having heard of Innovative Partners before). In or around May of 2024, one of my providers told me that he had called Innovative Partners to seek prior authorization to administer a migraine treatment; he said that Innovative Partners had indicated that the treatment would be approved, so he administered it. Up to that point, my coverage seemed to be working fine, and I had no reason to suspect that anything was amiss.

24. Starting in or around May of 2024, my providers began mentioning that although they had been sending insurance claims to the address listed on the back of my insurance card for months, they had yet to receive anything in response. So Ginny and I called the Innovative Partners customer service number to see what the problem was.

25. When we called the customer service line this time, we were on hold for more than half an hour. When we finally connected to a representative, the representative told us that Innovative Partners had recently switched to a new billing company and that this had created processing delays. The representative told us that if claims had been submitted to the address listed on the back of my insurance card (a P.O. box in Duluth, Georgia for a company called "Group Resources"), they would need to be re-submitted to the new billing company—a company called "Marpai Health." The representative gave us Marpai Health's address—a P.O. box in Minnesota—and instructed us to have my providers send all the claims there. We were frustrated that this was the first we were learning that the address listed on my insurance card was out of date. But, as instructed, I reached out to my providers to let them know that they should re-submit the pending claims to this new address.

26. I continued receiving medical care in the months that followed. Among other things, I had a routine colonoscopy in August 2024 and then a follow-up appointment with the same provider in September 2024. I gave the provider's office my insurance card along with the Marpai Health address where the insurance claims should be mailed. Several weeks later, in approximately November 2024, I received a bill for over $10,000 from that provider indicating that my insurance had covered none of the care I had received in August and September.

27. Confused and increasingly panicked, Ginny and I called Innovative Partners again. After approximately 20 minutes on hold, a representative answered. We explained the

situation and asked why Innovative Partners had refused to cover a routine, preventive procedure like a colonoscopy. The representative told us that my plan did *not* in fact cover preventive care like colonoscopies, bloodwork, or even physicals. Ginny demanded to know what we had paid over $2,000 in premiums for if the plan we had purchased did not even cover routine care. The representative was short with us and was clearly only interested in getting us off the phone. We asked to speak to her supervisor multiple times. She repeatedly promised that a supervisor would call us back, but no supervisor ever did. At that point, we knew I needed to find different health insurance. The plan I had purchased from Innovative Partners was nothing like the comprehensive Aetna PPO policy I had been promised.

28.     When searching for health insurance this time around, we made sure to visit the official Connecticut health insurance marketplace website, accesshealthCT.com. Through that website, I was able to connect with a legitimate broker—one who actually sold marketplace policies. This broker helped me secure a policy through ConnectiCare with monthly premiums of less than $100 and an effective date of January 1, 2025.

29.     Sometime in mid-December 2024, I called Innovative Partners to cancel my plan. The representative I spoke to gave me a hard time when I explained the purpose of my call. He asked why I wanted to cancel and tried to talk me out of it by offering me cheaper monthly rates. I repeatedly explained that I had secured new insurance and that I had no further need for Innovative Partners. Eventually, the representative realized I was not going to budge and agreed to cancel my policy.

30.     In January 2025, shortly after I canceled my Innovative Partners policy, I received a big envelope in the mail containing a 20-plus page "Explanation of Benefits" (EOB) from Marpai Health. **Clark Attachment I** is a true and correct copy of that EOB with my personal

information redacted. This was the first-ever EOB I had seen related to medical care I received while enrolled with Innovative Partners. It listed out more than 100 charges that had been billed in connection with 54 medical encounters that I had had between November 9, 2023 and December 5, 2024. All of the claims—even the ones that were more than a year old—listed a "Claim Finalized Date" of December 23, 2024; the EOB gave no explanation why I was only just receiving it now.

31.     Much of the EOB's contents did not make sense, but what immediately became clear upon reviewing it is that Innovative Partners had barely covered any of my medical expenses at all.

32.     For example, the first appointment reflected on the EOB—the November 9, 2023 doctor's appointment that the representative had explicitly assured me would be covered—showed a total of $425 in "billed charges." Innovative Partners contributed $0 toward this cost, citing the "Waiting Period."

33.     The EOB next reflected a "billed charge" of $18,437.14 for my January 9, 2024 hospitalization. Once again, Innovative Partners covered $0 of this cost, apparently because the "Service [was] Not Covered under the Plan."

34.     The further I read, the more horrified I became. The vast majority of my medical expenses, representing thousands of dollars of billed charges, had been denied as "Not Covered under the Plan." Only five (5) of the 101 total charges reflected any sort of financial contribution from Innovative Partners. Specifically, the EOB showed that Innovative Partners had paid: (a) $150 of the $235 I had been billed for an appointment with a specialist in April 2024; (b) $150 of the $8,569.29 I had been billed for an emergency room visit in July 2024; (c) $150 of the $304.47 I had been billed in connection with a specialist visit in September 2024; (d) $150 of

the $193.73 I had been billed for specialist visit in November 2024; and (e) $150 of the $351.13 I had been billed for a specialist visit in November 2024. In other words, Innovative Partners had put a total of just $750 toward my medical bills in the year I had been enrolled in their plan. According to the EOB, my remaining "Total Patient Responsibility" was $63,128.71 (though I do not think that number is accurate. The first several pages of the EOB list $0 under "Amount Patient May Owe Provider," even though the "Not Covered" amounts reflected for the same claims show hundreds of dollars in charges. My own calculations based on the "Not Covered" amounts listed in the EOB suggest that the actual total amounts to more than $80,000.)

35.     To make matters worse, around the same time that I received this EOB, I started getting bills from my medical providers reflecting the thousands of dollars I now owed for the care I had received over the past year that Innovative Partners had not covered. It felt like floodgates had opened. Everything started arriving all at once.

36.     Never in my life had I ever been in such a significant amount of debt. Ginny and I were so shocked and upset that we felt physically sick. It was so bad that I began experiencing chest pains from the stress.

37.     After the initial shock wore off, Ginny and I started calling Innovative Partners to demand answers. Each time we would call, we would be put on long holds while the representatives purported to look through paperwork. When they came back, they could never provide satisfactory explanations for what had happened. They just told us that this was how the plan we had purchased worked and that there was nothing they could do. We repeatedly demanded to speak with supervisors. The representatives would promise us that a supervisor would call us back, but no one ever did. We must have called half a dozen times or more before

we ultimately realized that it was hopeless. No one from Innovative Partners was going to help us or provide us with answers.

38.     In or around late March of 2025, I reached out to my local news channel in the hopes that it might launch an investigation into Innovative Partners' practices. An investigative reporter from the news channel suggested that my best course of action might be to file a complaint with the Better Business Bureau. On April 30, 2025, Ginny and I submitted the following complaint to the Better Business Bureau:

> I would like to file a complaint against Innovative Partners, LP due to deceptive business practices regarding my purchase of health insurance through their company. I contacted the Hea[l]thcare Marketplace and was connected to Innovative Partners, LP, who provided me with a health insurance plan. The representative I spoke with advised that I would be enrolled in a PPO plan thru Aetna, which was not true. He also stated that coverage would begin on November1, 2023, with no waiting period, which was also not true. I was charged an initial sign up fee of $125.00 and would pay $193.25 a month for coverage. The representative assured that I could look up my plan online, which I did. When I called back to question the 30 day waiting period and whether all my visits would be covered, I was told there was no waiting period and that coverage would begin on 11/1/23 and all visits would be covered with no deductible to be met. Again this was not true. For over a year, I was not provided with any explanation of benefits coverage (EOB) for any doctor or hospital visits I [] had. In January 2025, after I had cancelled my coverage with Innovative Partners, LP, I finally received an explanation of benefits coverage packet for the entire year. This is when I discovered that all my doctor and hospital visits were denied coverage, and they had only paid for four.[1] doctor visits, with a maximum of $150.00 each. I am now left with over $63,000 in medical bills.[2]  If I had received the explanation of benefits paperwork in a timely manner I would have cancelled my policy much sooner.  I called Innovative Partners, LP multiple times and requested to speak with a supervisor. They promised a callback, which never happened. I paid more into this plan than they paid out. I want to know how this company can continue operating with such deceptive practices. They do

---

[1] As noted above, Innovative Partners actually claims to have paid $150 for five doctor visits, not four. My assertion that it paid $150 for only four visits was due to an oversight.

[2] The $63,000 figure I listed in my complaint came from the "Total Patient Responsibility" amount listed on the first page of the EOB. But as noted above, I think that number is inaccurate and that the true figure actually totals more than $80,000.

Page **12** of **14**

not explain coverages and are only interested in making a sale to collect their commission.

**Clark Attachment J** is a true and correct copy of my complaint with my personal information redacted.

39.     As far as I know, no one from Innovative Partners ever responded to my BBB complaint. None of the more than $2,800 I paid them between October 2023 and November 2024 has been refunded.

40.     In or around July of 2025, I received another omnibus EOB in the mail. **Clark Attachment K** is a true and correct copy of that document with my personal information redacted. This EOB made no mention of Marpai Health and appeared to have come from Innovative Partners directly. It reflects five additional claims for medical services I had received between November 15, 2024, and December 5, 2024. Innovative Partners declined to pay anything toward these claims: Four were denied as "NOT A COVERED SERVICE," and the remaining claim was denied because "THE NUMBER OF VISITS FOR THIS SERVICE EXCEEDS POLICY LIMITS." According to this EOB, the "Patient's Responsibility" for these claims totals $1,014.12.

41.     Ginny and I are still trying to pick up the pieces from my disastrous experience with Innovative Partners. I have been swamped with medical bills from my healthcare providers and remain deeply in debt. Thankfully, I have been able to work out arrangements with some of my providers. For example, one hospital told me that if I repaid a certain amount it would forgive the remaining $5,000 balance. Others have allowed me to pay in affordable monthly installments. But three providers have sent me to collections, and I simply do not know how I am going to dig myself out of the hole that Innovative Partners put me in.

42.     This has been one of the most devastating ordeals I have ever experienced. Innovative Partners lied to me, stole my money, and provided me with "coverage" that was practically worthless. I would never have agreed to purchase a plan from Innovative Partners had I known that they were not the Connecticut health insurance marketplace, that the plan was not an Aetna PPO policy, and that I would be left the hook for thousands and thousands of dollars in medical bills.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 19th August, 2025.

_____
Karl P. Clark

# Clark
# Attachment A

Case 0:26-cv-60976-AHS    Document 1-2    Entered on FLSD Docket 04/07/2026    Page 42 of 100

**From:** "Innovative partners" <admin_noreply@innovativepartnerslp.com>
**To:** ████@yahoo.com" < ████@yahoo.com>
**Sent:** Fri, Oct 20, 2023 at 4:28 PM
**Subject:** Innovative Partners - Enrollment Authorization

Hello KARL P CLARK,

With this email, you can complete the Innovative Partners enrollment application process. Your representative has already entered your information in the Innovative Partners Enrollment Portal. The final step is for you to review a summary of your program and authorize your enrollment application. To do so, click the link below and follow the instructions:

**CLICK HERE**

If you have any questions, please contact your representative. And thank you for your interest in our health plan. You're making a great choice!

Sincerely,
Innovative Partners



888-677-6074
partnerservices@innovativepartnerslp.com

# Clark
# Attachment B

3:37

Done   nnovativepartnerslp.com

INNOVATIVE

MEMBER ENROLLMENT

## Hello KARL CLARK

Your changes are ready to be submitted. But first, please read and indicate your acceptance of the statements linked below. Please read this information carefully as it may have changed since you last signed up. Then, when you're ready, click SUBMIT APPLICATION.

☐ I acknowledge that I have read and agree to the Joinder Agreement.

☐ I acknowledge that I have read and agree to the terms and conditions in this agreement.

☐ I acknowledge that I have read Innovative Partners, LP, Health Benefit Plan Wrap Document.

# Clark
# Attachment C

**From:** "Innovative Partners" <partnerservices@innovativepartnerslp.com>
**To:** [REDACTED]@yahoo.com" <[REDACTED]@yahoo.com>
**Cc:** "IPA1403@carynhealth.com" <IPA1403@carynhealth.com>, "memberco@innovativepartnerslp.com" <memberco@innovativepartnerslp.com>
**Sent:** Fri, Oct 20, 2023 at 4:31 PM
**Subject:** Sales Receipt



888-677-6074
partnerservices@innovativepartnerslp.com

KARL P CLARK, your enrollment has been successfully completed! You will receive an email notification shortly that details how to access your online portal to review your plan details, temporary identification cards, resources, and more.

**SALES RECEIPT**

| | |
|---|---|
| Date: | 10-20-2023 |
| Transaction No: | 8836605424 |
| Account No: | [REDACTED] |
| Payment Method: | **Credit Card** |
| Coverage Through: | 11-30-2023 |

| | |
|---|---|
| Customer ID: | [REDACTED]@yahoo.com |
| Customer: | **KARL P CLARK** [REDACTED] WALLINGFORD, CT, US, [REDACTED] +1 [REDACTED] |

Payment Towards:

| | |
|---|---|
| Enrollment Fee | $125.00 |
| Monthly Payment for Elite 4 | $193.25 |
| **Total Amount** | **$318.25** |

### Thank you for your order!

Need help? Contact your recruiter or our partner services team today!

# Clark
# Attachment D

**From:** "Innovative Partners" <partnerservices@innovativepartnerslp.com>
**To:** ████@yahoo.com" <████@yahoo.com>
**Cc:** "IPA1403@carynhealth.com" <IPA1403@carynhealth.com>
**Sent:** Fri, Oct 20, 2023 at 4:31 PM
**Subject:** Innovative Partners - Partner Access

Welcome KARL P CLARK
Limited Partner ID: G199465

Thank you for applying for health benefits coverage & becoming a plan participant through Innovative Partners! This is an automatically generated email. Please see the information below to get in contact with our Partner Services Team and/or your recruiter should you have any questions regarding the plan(s) you have agreed to enroll in today.

**Below is the provider search link for the First Health Network:**
https://providerlocator.firsthealth.com/home/index

Step 1: Click "Locate Provider".
Step 2: Next, "Select First Health network" and click "Start now".
Step 3: Select the provider type, ZIP or state and click on the "Search now" button.

**BE ON THE LOOKOUT**
You should receive your ID Cards in the mail within 10-14 business days.

You will also receive access details to the Partner Portal that is being setup for you. For questions, please call us or send us an email. Our third-party Partner Service team is available from 8:00 am - 7:00 pm Central Standard Time, Monday through Thursday and 8:00 am - 5:00 pm Central Standard Time on Friday.

**IMPORTANT NOTICE**
All cancellations and refund request must be directed to the Partner Service team at the phone number/email below to ensure proper handling of your cancellation and/or refund.


INNOVATIVE PARTNERS

888-677-6074
partnerservices@innovativepartnerslp.com

# Clark
# Attachment E

**From:** "Innovative partners" <admin_noreply@innovativepartnerslp.com>
**To:** "█████@yahoo.com" <█████@yahoo.com>
**Sent:** Fri, Oct 20, 2023 at 4:31 PM
**Subject:** Innovative Partners - Partner Portal

Welcome KARL P CLARK

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: █████@yahoo.com
Temporary Password: █████████

Need help? Contact your recruiter or our partner services team today!



888-677-6074
partnerservices@innovativepartnerslp.com

# Clark
# Attachment F

Case 0:26-cv-60976-AHS   Document 1-2   Entered on FLSD Docket 04/07/2026   Page 52 of 100

**From:** 'Customer Service' <support@americandatawellness.com>
**To:** ████████@yahoo.com' ████████@yahoo.com>
**Sent:** Fri, Oct 20, 2023 at 4:38 PM
**Subject:** Innovative - Welcome Email

Dear KARL P CLARK
Member ID: G199465

Thank you for becoming a member with us! Within the next 24 hours you will receive a confirmation email and payment receipt from Innovative Partners. You can login to print out your temporary member ID card. You can expect to receive your hard copy member ID card via mail within the next 30 days.

### LOGIN NOW TO ACCESS YOUR MEMBER PORTAL

**Manage Your Account Online**
Our secure, online Member Portal can help you get the most value from your program. In the portal, you can view and print your Member guide, manage your account information, and access Provider Search links for the services included in your program.

**5 Easy Steps to Begin Managing your Account:**

1. Go to the Member Portal at Member.Innovativepartnerslp.com
2. Your **username** will be your **email address**
3. Your **password** will be sent in a separate email
4. If you haven't already, **click the link below** to **download** the MedTrust app
iOS App Store
Google Play Store
Web App Access
5. Your **access code** to the app will be sent in a separate email

A complimentary RX benefit has been added to help save on your prescriptions.
To save every time you need a prescription, provide your pharmacy with your SingleCare RX card. **Click the attachment below to print out your SingleCare RX card.**

We appreciate your business and providing you with outstanding customer service is our top priority. If you have any questions, our friendly, dedicated customer service professionals will be glad to help you!

**Contact Information**
For help with your program
Call (855)-432-1273
Mon-Fri 10am-6pm (EST)

# Clark
# Attachment G





# TABLE OF CONTENTS

First Health Plan Overview ............................................. 3

Elite 2 ................................................................. 4

Elite 4 ................................................................. 5

Elite 6 ................................................................. 6

Ancillary Benefits

    Guardian ........................................................... 7

    Essential .......................................................... 8

    Teladoc ............................................................ 9

    Dental ............................................................. 11

Additional Benefits

    Single Care ........................................................ 12

    Progressive Nutracare .............................................. 13





## ELITE 2 — OVERVIEW

### Primary Care, Physician, Specialist, or Urgent Care Visits

Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| ELITE 2 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| | Primary Care | 2 | $150 | $25 |
| Outpatient Services | Specialist | 2 | $150 | $50 |
| | Urgent Care Visits | 2 | $150 | $50 |
| | Emergency Room | 1 | $150 | $50 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

## Waiting Period

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

4

## ELITE 4MD OVERVIEW

### Primary Care, Physician, Specialist, or Urgent Care Visits

Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| ELITE 4 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| | Primary Care | 4 | $150 | $25 |
| | Specialist | 4 | $150 | $50 |
| Outpatient Services | Urgent Care Visits | 4 | $150 | $50 |
| | Emergency Room | 1 | $150 | $50 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category;(2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

**Waiting Period**

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.



## ELITE 6 — OVERVIEW

### Primary Care, Physician, Specialist, or Urgent Care Visits

Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| ELITE 6 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Outpatient Services | Primary Care | 6 | $150 | $25 |
| | Specialist | 6 | $150 | $50 |
| | Urgent Care Visits | 6 | $150 | $50 |
| | Emergency Room | 1 | $150 | $50 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

### Waiting Period

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

6



## GUARDIAN — ANCILLARY BENEFITS

$5,000 | $10,000 | $15,000 | $20,000 | $25,000 | $35,000 | $50,000

Elite participants may enroll in our Guardian plan to add coverage for accidental death and dismemberment. These plans are optional add-on benefits at an additional monthly cost for you and are available for additional family members.

| COVERED PERSONS | Percentage of Principal Sum |
| --- | --- |
| Primary Insured | 100% |
| Spouse | 50% |
| Dependent Children | 25% |

| COVERED LOSSES | |
| --- | --- |
| Life | 100% |
| Both Hands, feet, or sight of both eyes | 100% |
| One hand and one foot | 100% |
| One hand or one foot and sight of one eye | 100% |
| Both speech and hearing | 100% |
| One hand or one foot or sight of one eye | 50% |
| Speech or hearing in both ears | 50% |

7



## ESSENTIAL → ANCILLARY BENEFITS

$5,000 | $10,000 | $15,000 | $20,000 | $25,000

Elite participants may enroll in our Essential plan to help with their critical illness needs.

These plans are optional add-on benefits at an additional monthly cost for you and are available for additional family members.

| ELIGIBLE ADULT CRITICAL ILLNESS | Percent of Allowed Amount |
|---|---|
| Invasive Cancer | 100%<br>If the Diagnosis is more than 90 days after both the Plan and Policy Effective Date |
| Invasive Cancer | 10%<br>If the Diagnosis is during the first 90 days after the Plan or Policy Effective Date |
| Cancer in Situ | 25% |
| Heart Attack | 100% |
| Stroke | 100% |
| Major Organ Transplant<br>(Only one Major Organ per Lifetime) | 100% |
| Coronary Artery Bypass Surgery | 25% |
| Angioplasty | 25% |
| Aortic Surgery | 25% |
| Heart Valve Replacement/Repair Surgery | 25% |
| Coma<br>(Lasting more than 15 consecutive days) | 100% |
| Paralysis | 100% |
| End-Stage Renal Failure | 100% |

8



## TELADOC

Teladoc Health is one of the largest telemedicine companies in the United States. Your plan allows you to have a consultation with a physician, or other healthcare providers, licensed in your individual state. You will be able to talk to a doctor virtually anytime, anywhere by either telephone or video. You can contact your doctor through your landline telephone, your cellular telephone, the Teladoc app, or through the website. After your consultation, your doctor will diagnose your symptoms and send a prescription if necessary. All of this is provided for you with a $0 Co-Pay! Yes, you will not be charged for your medical consultation!

### Get Started In Minutes!

To get started, download the app or get started online. You can also call 1-800-Teladoc. Then fill out a brief medical history like you would at a doctor's office

### Teladoc Advantages

Get connected with the right medical care. Don't wait weeks for an appointment. Our doctors, therapists, and specialists can help you with:

- The flu
- Infections
- Anxiety
- Stress
- Skin conditions
- Advice on serious medical conditions.

No matter what you're facing, we're available from wherever you are by phone, video or app.

**Teladoc.** HEALTH

9









## PROGRESSIVE NUTRACARE

Progressive Nutracare specializes in professional grade Nutraceuticals offering a wide arrangement of science backed formulas to support your healthy lifestyle. From Fish Oils and Probiotics, to Thyroid and Adrenal Support, our team of medical experts weigh in on each formula to ensure we exceed industry quality standards.

MEMBERSSAVE15 – this can be included at checkout and you will receive 15% off of your entire Purchase.

### Benefits:
Supplements and Vitamins
- Amino Acids
- Antioxidants
- Fish Oils and Omegas
- Homeopathics
- Probiotics and Enzymes
- Protein

Health Concerns Supported:

- Adrenal
- Cardiovascular
- Gut Health
- Joint and Inflammation
- Immune Health
- Weight Loss Support
- Men's Health
- Women's Health
- Yeast and Fungal

13

# Clark
# Attachment H



# Clark
# Attachment I



JADE [202] 1 of 11

**MARPAI** Marpai Health
PO BOX 21112
EAGAN MN 55121-0112

**EXPLANATION OF BENEFITS**

Forwarding Service Requested

**Customer Service**

If you have questions regarding this claim,
please call Partner Services at 866-949-3581.

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*************************MIXED AADC 060
PB-STL_UNSORTED-MACH-ENV 202        2
KARL CLARK
WALLINGFORD CT

**Group Name: Innovative Partners, LP**

*** THIS IS NOT A BILL ***

*member ID - G199465*

Hi KARL CLARK,   *Elite*        *Supervisor —*

Don't worry, this is not a bill. This is an Explanation of Benefits prepared just for you.

We have reviewed and processed the medical care that you have recently received. This document gives you information about how a claim from a health provider (such as a doctor or hospital) was paid on your behalf. You should review this document and keep it for your records.

For any questions please log onto www.myMarpai.com or call our customer service department at the number listed above. If you disagree with the outcome, information on the appeal process is provided in the following pages of this document.

Your health is important to us. Please let us know how we can help!

**Here's a summary of claims processed with dates of service from:   11/09/2023 thru 12/05/2024**

| | | |
|---|---|---|
| **Total Billed Amount** | $92,790.67 | This is the total amount of charges for claims processed with the above dates of service. |
| **Reductions** | $7,824.84 | These are the negotiated and or reduced amounts with health care providers due to networks, direct contracts, qualified payment amount or other types of negotiations. |
| **Amount Not Covered** | $83,990.83 | This is the portion of your bill that is not covered by your plan. You may or may not need to pay this amount. We'll cover that information for you in the later pages. |
| **What Your Plan Paid** | $750.00 | This is the total amount the plan paid for the dates stated above. |
| **Total Patient Responsibility** | $63,128.71 | This is total patient responsibility for any deductibles, out of pocket amounts, and non-covered services. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan. You may or may not have already paid this amount. |
| **You Saved** | $7,824.84 | These are the negotiated and or reduced amounts with health care providers due to networks, direct contracts or other types of negotiations. |



**Patient: KARL CLARK**
Date: November 9, 2023

Claim Finalized Date: 12/23/2024

NETWORK: FHN

Patient Responsibility

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/09-11/09/2023 | Waiting Period | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 11/09-11/09/2023 | Waiting Period | $75.00 | $75.00 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $425.00 | $425.00 | $425.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| | | | | | | Amount Paid: | | $0.00 | | |

Patient #: 
Claim #: 
Amount Patient May Owe Provider:

---

**Patient: KARL CLARK**
Date: January 9, 2024

Claim Finalized Date: 12/23/2024

NETWORK: FHN

Patient Responsibility

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/09-01/09/2024 | Service is Not Covered under the Plan | $18,437.14 | $18,437.14 | $18,437.14 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $18,437.14 | $18,437.14 | $18,437.14 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| | | | | | | Amount Paid: | | $0.00 | | |

Patient #: 
Claim #: 
Amount Patient May Owe Provider: $18,437.14

---

**Patient: KARL CLARK**
Date: January 9, 2024

Claim Finalized Date: 12/23/2024

NETWORK: FHN

Patient Responsibility

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/09-01/09/2024 | Emergency Services | $600.00 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $600.00 | $600.00 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| | | | | | | Amount Paid: | | $0.00 | | |

Patient #: 
Claim #: 
Amount Patient May Owe Provider: $0.00



**Patient: KARL CLARK**
Date: January 11, 2024

Claim Finalized Date: 12/23/2024

NETWORK: FHN

Provider:
Rendering Provider:

Patient Responsibility

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/11- 01/11/2024 | Service is Not Covered under the Plan | $1,166.68 | $1,166.68 | $1,166.68 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $1,166.68 | $1,166.68 | $1,166.68 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | | $0.00 | | |

Other Insurance/Adjustment

Amount Paid: $0.00

Patient #:

Amount Patient May Owe Provider: $0.00

Claim #:

---

**Patient: KARL CLARK**
Date: January 11, 2024

Claim Finalized Date: 12/23/2024

NETWORK: FHN

Provider:
Rendering Provider:

Patient Responsibility

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/11- 01/11/2024 | Service is Not Covered under the Plan | $1,166.68 | $1,166.68 | $1,166.68 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $1,166.68 | $1,166.68 | $1,166.68 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | | $0.00 | | |

Other Insurance/Adjustment

Amount Paid: $0.00

Patient #:

Amount Patient May Owe Provider: $0.00

Claim #:

---

**Patient: KARL CLARK**
Date: January 11, 2024

Claim Finalized Date: 12/23/2024

NETWORK: FHN

Provider:
Rendering Provider:

Patient Responsibility

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/11- 01/11/2024 | Service is Not Covered under the Plan | $1,166.68 | $1,166.68 | $1,166.68 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $1,166.68 | $1,166.68 | $1,166.68 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | | | | | | | $0.00 | | |

Other Insurance/Adjustment

Amount Paid: $0.00

Patient #:

Amount Patient May Owe Provider: $0.00

Claim #:



**Patient: KARL CLARK**
Date: January 18, 2024

Claim Finalized Date: 12/23/2024

| Provider: Rendering Provider: | | | | Patient Responsibility | | | | NETWORK: | FHN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
| 01/19- 01/19/2024 | Service is Not Covered under the Plan | $1,323.00 | $1,323.00 | $1,323.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $1,323.00 | $1,323.00 | $1,323.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| Patient #: | | | | | | | Amount Paid: | $0.00 | | |
| Claim #: | | | | Amount Patient May Owe Provider: | | | | $0.00 | | |

**Patient: KARL CLARK**
Date: January 19, 2024

Claim Finalized Date: 12/23/2024

| Provider: Rendering Provider: | | | | Patient Responsibility | | | | NETWORK: | FHN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
| 01/19- 01/19/2024 | Service is Not Covered under the Plan | $525.00 | $525.00 | $525.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $525.00 | $525.00 | $525.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| Patient #: | | | | | | | Amount Paid: | $0.00 | | |
| Claim #: | | | | Amount Patient May Owe Provider: | | | | $0.00 | | |

**Patient: KARL CLARK**
Date: February 1, 2024

Claim Finalized Date: 12/23/2024

| Provider: Rendering Provider: | | | | Patient Responsibility | | | | NETWORK: | FHN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
| 02/01- 02/01/2024 | Medical Service | $435.00 | $435.00 | $435.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $435.00 | $435.00 | $435.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| Patient #: | | | | | | | Amount Paid: | $0.00 | | |
| Claim #: | | | | Amount Patient May Owe Provider: | | | | $0.00 | | |

**Patient: KARL CLARK**
Date: February 29, 2024

Claim Finalized Date: 12/23/2024

| Provider: Rendering Provider: | | | | Patient Responsibility | | | | NETWORK: | FHN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
| 02/29- 02/29/2024 | Service is Not Covered under the Plan | $81.68 | $81.68 | $81.68 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |



JADE [202] 3 of 11

**Patient: KARL CLARK**
**Date: February 29, 2024**

Claim Finalized Date: 12/23/2024

| Provider: | | NETWORK: | | FHN |
| Rendering Provider: | | | Patient Responsibility | | | | | | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/29-02/29/2024 | Service is Not Covered under the Plan | $35.00 | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 02/29-02/29/2024 | Service is Not Covered under the Plan | $77.53 | $77.53 | $77.53 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $194.21 | $194.21 | $194.21 | $0.00 | $0.00 | $0.00 | $0.00 $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $0.00

**Patient: KARL CLARK**
**Date: March 25, 2024**

Claim Finalized Date: 12/23/2024

| Provider: | | NETWORK: | | FHN |
| Rendering Provider: | | | Patient Responsibility | | | | | | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $92.80 | $92.80 | $92.80 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $121.77 | $121.77 | $121.77 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $37.04 | $37.04 | $37.04 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $35.00 | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $196.74 | $196.74 | $196.74 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $608.85 | $608.85 | $608.85 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $1,092.20 | $1,092.20 | $1,092.20 | $0.00 | $0.00 | $0.00 | $0.00 $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $0.00

**Patient: KARL CLARK**
**Date: March 25, 2024**

Claim Finalized Date: 12/23/2024

| Provider: | | NETWORK: | | FHN |
| Rendering Provider: | | | Patient Responsibility | | | | | | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $247.47 | $247.47 | $247.47 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| 03/25-03/25/2024 | Service is Not Covered under the Plan | $96.88 | $96.88 | $96.88 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |



**Patient: KARL CLARK**
Date: March 28, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

Patient Responsibility

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/25-03/26/2024 | Service is Not Covered under the Plan | $143.54 | $143.54 | $143.54 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $487.89 | $487.89 | $487.89 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $0.00

---

**Patient: KARL CLARK**
Date: April 24, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

Patient Responsibility

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/24-04/24/2024 | Medical Services | $235.00 | $223.25 | $23.25 | $0.00 | $50.00 | $0.00 | $150.00 | 100% | 37 FHN |
| | Gross Total | $235.00 | $223.25 | $23.25 | $0.00 | $50.00 | $0.00 | $150.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $150.00
Amount Patient May Owe Provider: $73.25

---

**Patient: KARL CLARK**
Date: April 25, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

Patient Responsibility

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/25-04/25/2024 | Service is Not Covered under the Plan | $1,969.97 | $1,969.97 | $1,969.97 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,969.97 | $1,969.97 | $1,969.97 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,969.97



**Patient: KARL CLARK**
Date: April 25, 2024

Claim Finalized Date: 12/23/2024

JADE [202] 4 of 1]

Provider:
Rendering Provider:

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/25-04/25/2024 | Service is Not Covered under the Plan | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,965.52

---

**Patient: KARL CLARK**
Date: April 25, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK:   FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/25-04/25/2024 | Service is Not Covered under the Plan | $1,969.97 | $1,969.97 | $1,969.97 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,969.97 | $1,969.97 | $1,969.97 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,969.97

---

**Patient: KARL CLARK**
Date: April 25, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK:   FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/25-04/25/2024 | Service is Not Covered under the Plan | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,965.52



**Patient: KARL CLARK**
Date: April 25, 2024

Provider:
Rendering Provider:

Claim Finalized Date: 12/23/2024
Patient Responsibility

NETWORK:   FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/25-04/25/2024 | Service is Not Covered under the Plan | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $0.00

---

**Patient: KARL CLARK**
Date: April 25, 2024

Provider:
Rendering Provider:

Claim Finalized Date: 12/23/2024
Patient Responsibility

NETWORK:   FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/25-04/25/2024 | Service is Not Covered under the Plan | $1,969.97 | $1,969.97 | $1,969.97 | $0.00 | $0.00 | $0.00 | $0.00 | | 11 |
| | Gross Total | $1,969.97 | $1,969.97 | $1,969.97 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $0.00

---

**Patient: KARL CLARK**
Date: May 31, 2024

Provider:
Rendering Provider:

Claim Finalized Date: 12/23/2024
Patient Responsibility

NETWORK:   FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/31-05/31/2024 | Service is Not Covered under the Plan | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,965.52



JADE [202] 5 of 11

**Patient: KARL CLARK**
Date: May 31, 2024

Claim Finalized Date: 12/23/2024

| Provider: | | | | | | NETWORK: | | FHN | |
| Rendering Provider: | | | Patient Responsibility | | | | | | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/31-05/31/2024 | Service is Not Covered under the Plan | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:

Amount Paid: $0.00

Claim #:

Amount Patient May Owe Provider: $1,965.52

**Patient: KARL CLARK**
Date: May 31, 2024

Claim Finalized Date: 12/23/2024

| Provider: | | | | | | NETWORK: | | FHN | |
| Rendering Provider: | | | Patient Responsibility | | | | | | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/31-05/31/2024 | Service is Not Covered under the Plan | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,965.52 | $1,965.52 | $1,965.52 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:

Amount Paid: $0.00

Claim #:

Amount Patient May Owe Provider: $1,965.52

**Patient: KARL CLARK**
Date: June 6, 2024

Claim Finalized Date: 12/23/2024

| Provider: | | | | | | NETWORK: | | FHN | |
| Rendering Provider: | | | Patient Responsibility | | | | | | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/06-06/06/2024 | Service is Not Covered under the Plan | $179.41 | $179.41 | $179.41 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/06-06/06/2024 | Service is Not Covered under the Plan | $35.00 | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $214.41 | $214.41 | $214.41 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:

Amount Paid: $0.00

Claim #:

Amount Patient May Owe Provider: $214.41



**Patient: KARL CLARK**
Date: June 14, 2024

Claim Finalized Date: 12/23/2024

Provider: ▮▮▮▮
Rendering Provider: ▮▮▮▮

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $178.18 | $178.18 | $178.18 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $242.52 | $242.52 | $242.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $420.70 | $420.70 | $420.70 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Amount Paid: $0.00

Patient #: ▮▮▮▮
Claim #: ▮▮▮▮

Amount Patient May Owe Provider: $420.70

---

**Patient: KARL CLARK**
Date: June 14, 2024

Claim Finalized Date: 12/23/2024

Provider: ▮▮▮▮
Rendering Provider: ▮▮▮▮

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $136.11 | $136.11 | $136.11 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $220.24 | $220.24 | $220.24 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $356.35 | $356.35 | $356.35 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Amount Paid: $0.00

Patient #: ▮▮▮▮
Claim #: ▮▮▮▮

Amount Patient May Owe Provider: $356.35

---

**Patient: KARL CLARK**
Date: June 14, 2024

Claim Finalized Date: 12/23/2024

Provider: ▮▮▮▮
Rendering Provider: ▮▮▮▮

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $148.48 | $148.48 | $148.48 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $148.48 | $148.48 | $148.48 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $142.30 | $142.30 | $142.30 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $160.85 | $160.85 | $160.85 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $143.54 | $143.54 | $143.54 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |



**Patient: KARL CLARK**
Date: June 14, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $35.00 | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $778.65 | $778.65 | $778.65 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| | | | | | | | Amount Paid: | $0.00 | | |

Patient #:
Claim #:

Amount Patient May Owe Provider: $778.65

---

**Patient: KARL CLARK**
Date: June 14, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $246.24 | $246.24 | $246.24 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $184.37 | $184.37 | $184.37 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/14-06/14/2024 | Service is Not Covered under the Plan | $184.36 | $184.36 | $184.36 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $614.97 | $614.97 | $614.97 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| | | | | | | | Amount Paid: | $0.00 | | |

Patient #:
Claim #:

Amount Patient May Owe Provider: $614.97

---

**Patient: KARL CLARK**
Date: June 18, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/18-06/18/2024 | Service is Not Covered under the Plan | $35.00 | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/18-06/18/2024 | Service is Not Covered under the Plan | $138.73 | $138.73 | $138.73 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $173.73 | $173.73 | $173.73 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| | | | | | | | Amount Paid: | $0.00 | | |

Patient #:
Claim #:

Amount Patient May Owe Provider: $173.73



**Patient: KARL CLARK**
Date: June 19, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/19- 06/19/2024 | Service is Not Covered under the Plan | $35.00 | $35.00 | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 06/19- 06/19/2024 | Service is Not Covered under the Plan | $147.25 | $147.25 | $147.25 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $182.25 | $182.25 | $182.25 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Amount Paid: $0.00

Patient #:
Claim #:

Amount Patient May Owe Provider: $182.25

---

**Patient: KARL CLARK**
Date: July 24, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/24- 07/24/2024 | Emergency Services | $8,569.29 | $7,540.98 | $7,340.98 | $0.00 | $50.00 | $0.00 | $150.00 | 100% | 37 FHN |
| | Gross Total | $8,569.29 | $7,540.98 | $7,340.98 | $0.00 | $50.00 | $0.00 | $150.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Amount Paid: $150.00

Patient #:
Claim #:

Amount Patient May Owe Provider: $7,390.98

---

**Patient: KARL CLARK**
Date: July 24, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/24- 07/24/2024 | Emergency Services | $8,569.29 | $8,569.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 19 |
| | Gross Total | $8,569.29 | $8,569.29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Amount Paid: $0.00

Patient #:
Claim #:

Amount Patient May Owe Provider: $0.00





**Patient: KARL CLARK**
Date: August 13, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/13-08/13/2024 | Medical Services | $282.05 | $282.05 | $282.05 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 |
| | Gross Total | $282.05 | $282.05 | $282.05 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| Patient #: | | | | | | | Amount Paid: | $0.00 | | |
| Claim #: | | | | | | Amount Patient May Owe Provider: | | $282.05 | | |

**Patient: KARL CLARK**
Date: September 5, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/05-09/05/2024 | Medical Services | $310.00 | $227.91 | $227.91 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 FHN |
| | Gross Total | $310.00 | $227.91 | $227.91 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| Patient #: | | | | | | | Amount Paid: | $0.00 | | |
| Claim #: | | | | | | Amount Patient May Owe Provider: | | $227.91 | | |

**Patient: KARL CLARK**
Date: September 11, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/11-09/11/2024 | Service is Not Covered under the Plan | $4,200.00 | $4,200.00 | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $4,200.00 | $4,200.00 | $4,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |
| Patient #: | | | | | | | Amount Paid: | $0.00 | | |
| Claim #: | | | | | | Amount Patient May Owe Provider: | | $4,200.00 | | |





**Patient: KARL CLARK**
Date: September 11, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/11- 09/11/2024 | Medical Services | $2,772.00 | $631.61 | $631.61 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 FHN |
| 09/11- 09/11/2024 | Medical Services | $973.50 | $281.01 | $281.01 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 FHN |
| 09/11- 09/11/2024 | Medical Services | $423.50 | $142.25 | $142.25 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 FHN |
| | Gross Total | $4,169.00 | $1,054.87 | $1,054.87 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Patient #:
Claim #:

NETWORK: FHN

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,054.87

---

**Patient: KARL CLARK**
Date: September 11, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/11- 09/11/2024 | Service is Not Covered under the Plan | $1,177.00 | $1,177.00 | $1,177.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 09/11- 09/11/2024 | Service is Not Covered under the Plan | $819.50 | $819.50 | $819.50 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,996.50 | $1,996.50 | $1,996.50 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Patient #:
Claim #:

NETWORK: FHN

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,996.50

---

**Patient: KARL CLARK**
Date: September 11, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/11- 09/11/2024 | Medical Services | $2,772.00 | $631.61 | $631.61 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 FH |
| 09/11- 09/11/2024 | Medical Services | $973.50 | $281.01 | $281.01 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 FH |
| 09/11- 09/11/2024 | Medical Services | $423.50 | $142.25 | $142.25 | $0.00 | $0.00 | $0.00 | $0.00 | | 41 FH |
| | Gross Total | $4,169.00 | $1,054.87 | $1,054.87 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

Patient #:
Claim #:

NETWORK: FHN

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,054.87



**Patient: KARL CLARK**
**Date: September 11, 2024**

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/11-09/11/2024 | Service is Not Covered under the Plan | $1,058.75 | $1,058.75 | $1,058.75 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,058.75 | $1,058.75 | $1,058.75 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,058.75

---

**Patient: KARL CLARK**
**Date: September 16, 2024**

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/16-09/16/2024 | Medical Services | $435.00 | $304.47 | $104.47 | $0.00 | $50.00 | $0.00 | $150.00 | 100% | 37 FHN |
| 09/16-09/16/2024 | Medical Services | $240.00 | $177.99 | $177.99 | $0.00 | $0.00 | $0.00 | $0.00 | | 37 FHN |
| 09/16-09/16/2024 | Medical Services | $140.00 | $61.04 | $61.04 | $0.00 | $0.00 | $0.00 | $0.00 | | 37 FHN |
| 09/16-09/16/2024 | Medical Services | $225.00 | $217.21 | $217.21 | $0.00 | $0.00 | $0.00 | $0.00 | | 37 FHN |
| 09/16-09/16/2024 | Medical Services | $25.00 | $25.00 | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 37 |
| | Gross Total | $1,065.00 | $785.71 | $585.71 | $0.00 | $50.00 | $0.00 | $150.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $150.00
Amount Patient May Owe Provider: $635.71

---

**Patient: KARL CLARK**
**Date: October 16, 2024**

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/16-10/16/2024 | Service is Not Covered under the Plan | $36.40 | $36.40 | $36.40 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 10/16-10/16/2024 | Service is Not Covered under the Plan | $77.24 | $77.24 | $77.24 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $113.64 | $113.64 | $113.64 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $113.64



**Patient: KARL CLARK**
**Date: November 5, 2024**

Provider:
Rendering Provider:

Claim Finalized Date: 12/23/2024

| | | | | Patient Responsibility | | | | | NETWORK: | FHN | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/05- 11/05/2024 | Medical Service | $320.00 | $193.73 | $18.73 | $0.00 | $25.00 | $0.00 | $150.00 | 100% | 37 FHN |
| | Gross Total | $320.00 | $193.73 | $18.73 | $0.00 | $25.00 | $0.00 | $150.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $150.00
Amount Patient May Owe Provider: $43.73

**Patient: KARL CLARK**
**Date: November 11, 2024**

Provider:
Rendering Provider:

Claim Finalized Date: 12/23/2024

| | | | | Patient Responsibility | | | | | NETWORK: | FHN | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/11- 11/11/2024 | Medical Services | $420.00 | $351.13 | $151.13 | $0.00 | $50.00 | $0.00 | $150.00 | 100% | 37 FHN |
| | Gross Total | $420.00 | $351.13 | $151.13 | $0.00 | $50.00 | $0.00 | $150.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

Patient #:
Claim #:

Amount Paid: $150.00
Amount Patient May Owe Provider: $201.13

**Patient: KARL CLARK**
**Date: November 16, 2024**

Provider:
Rendering Provider:

Claim Finalized Date: 12/23/2024

| | | | | Patient Responsibility | | | | | NETWORK: | FHN | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/16- 11/16/2024 | Service is Not Covered under the Plan | $74.63 | $74.63 | $74.63 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16- 11/16/2024 | Service is Not Covered under the Plan | $38.52 | $38.52 | $38.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16- 11/16/2024 | Service is Not Covered under the Plan | $36.40 | $36.40 | $36.40 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16- 11/16/2024 | Service is Not Covered under the Plan | $83.64 | $83.64 | $83.64 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16- 11/16/2024 | Service is Not Covered under the Plan | $86.23 | $86.23 | $86.23 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16- 11/16/2024 | Service is Not Covered under the Plan | $106.81 | $106.81 | $106.81 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16- 11/16/2024 | Service is Not Covered under the Plan | $60.49 | $60.49 | $60.49 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16- 1/16/2024 | Service is Not Covered under the Plan | $100.75 | $100.75 | $100.75 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |



**Patient: KARL CLARK**
Date: November 16, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/16-11/16/2024 | Service is Not Covered under the Plan | $158.29 | $158.29 | $158.29 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16-11/16/2024 | Service is Not Covered under the Plan | $285.68 | $285.68 | $285.68 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/16-11/16/2024 | Service is Not Covered under the Plan | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | CED |
| 11/16-11/16/2024 | Service is Not Covered under the Plan | $698.47 | $698.47 | $698.47 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,729.91 | $1,729.91 | $1,729.91 | $0.00 | $0.00 | $0.00 | $0.00 $0.00 | | |

Other Insurance/Adjustment

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,729.91

---

**Patient: KARL CLARK**
Date: November 18, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/18-11/18/2024 | Service is Not Covered under the Plan | $38.52 | $38.52 | $38.52 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/18-11/18/2024 | Service is Not Covered under the Plan | $36.40 | $36.40 | $36.40 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/18-11/18/2024 | Service is Not Covered under the Plan | $86.23 | $86.23 | $86.23 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| 11/18-11/18/2024 | Service is Not Covered under the Plan | $100.75 | $100.75 | $100.75 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $261.90 | $261.90 | $261.90 | $0.00 | $0.00 | $0.00 | $0.00 $0.00 | | |

Other Insurance/Adjustment

Patient #:
Claim #:

Amount Paid: $0.00
Amount Patient May Owe Provider: $261.90

---

**Patient: KARL CLARK**
Date: November 19, 2024

Claim Finalized Date: 12/23/2024

Provider:
Rendering Provider:

NETWORK: FHN

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| /19-/2024 | Service is Not Covered under the Plan | $115.00 | $115.00 | $115.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |



**Patient:** KARL CLARK
**Date:** November 19, 2024

Claim Finalized Date: 12/23/2024

**Provider:** ▮
**Rendering Provider:**

| | | | Plan Allowed/ | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date of Service | Description | Billed Charges | Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
| 11/19-11/19/2024 | Service is Not Covered under the Plan | $840.67 | $840.67 | $840.67 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $955.67 | $955.67 | $955.67 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

NETWORK: FHN

Patient Responsibility

**Patient #:** ▮
**Claim #:** ▮

Amount Paid: $0.00
Amount Patient May Owe Provider: $955.67

---

**Patient:** KARL CLARK
**Date:** November 22, 2024

Claim Finalized Date: 12/23/2024

**Provider:** ▮
**Rendering Provider:**

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/22-1/22/2024 | Service is Not Covered under the Plan | $320.00 | $320.00 | $320.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $320.00 | $320.00 | $320.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Other Insurance/Adjustment | | | | | | | | $0.00 | | |

NETWORK: FHN

Patient Responsibility

**ient #:** ▮
**im #:**

Amount Paid: $0.00
Amount Patient May Owe Provider: $320.00

---

**atient:** KARL CLARK
**Date:** December 5, 2024

Claim Finalized Date: 12/23/2024

**Provider:** ▮
**ring Provider:**

| of ice | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 5-024 | Service is Not Covered under the Plan | $1,750.00 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | | 47 |
| | Gross Total | $1,750.00 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| nsurance/Adjustment | | | | | | | | $0.00 | | |

NETWORK: FHN

Patient Responsibility

Amount Paid: $0.00
Amount Patient May Owe Provider: $1,750.00

---

| (YTD) SUMMARY - Patient | Out-of-Pocket (OOP) | | Patient's Status | |
|---|---|---|---|---|
| | Deductible | OOP | MOOP[1] | Remaining |
| Medical Year to Date (YTD) Summary | $0.00 | $0.00 | UNLIMITED | UNLIMITED |
| Medical Year to Date (YTD) Summary | $0.00 | $0.00 | UNLIMITED | UNLIMITED |
| Medical Year to Date (YTD) Summary | $0.00 | $0.00 | UNLIMITED | UNLIMITED |



JADE [202] 11 of 11

| Year to Date (YTD) SUMMARY - Patient | | Out-of-Pocket (OOP) | | Patient's Status | |
| | | Deductible | OOP | MOOP¹ | Remaining |
| KARL CLARK | | $0.00 | $0.00 | UNLIMITED | UNLIMITED |
| Non-Network | Medical Year to Date (YTD) Summary | | | | |

¹MOOP - Maximum Out-of-Pocket for Patient, Patient Responsibility amount are described in your benefits booklet, does not include "Not-Covered"

## REMARKS

| | |
|---|---|
| 41 | Annual benefit has been exhausted |
| 47 | Service not covered under plan |
| FHN | This claim was processed per your First Health PPO Contractual Agreement. The member is not responsible for the difference between the billed covered charge and the contracted amount. |
| 49 | Service copayment applied |
| 37 | Benefit has been exhausted |
| 11 | Time limit for filing claim has expired |
| 13 | This patient is not eligible for coverage on this date of service or Marpai Health is no longer the administrator. Please submit this claim to the new claim administrator |
| 19 | Claim is duplicate to a prior submission or a claim currently in process. |
| CED | Clinical Edits applied |

## APPEAL RIGHTS

**This document contains important information that you should retain for your records.**

This document serves as notice of benefit determination. We may have declined to provide benefits, in whole or in part, for the requested treatment or service described on the front side of this document. If you think this determination was made in error, you have the right to appeal (see below for information about your appeal rights).

**Important Information about Your Appeal Rights**

**What if I need help understanding this denial?** Contact Customer Service at the number located on the front of your explanation of benefits and on your Identification Card if you need assistance understanding this notice or our decision to deny you a service or coverage.

**What if I don't agree with this decision?** You have a right to appeal any decision not to provide or pay for an item or service (in whole or in part). As part of our standard appeal process, you have 180 days from receipt of this notice to file an appeal. Failure to comply with this timeframe may constitute forfeiture of your right or your designated agent's right to appeal a claim denial, partial payment or service rejection.
**How do I file an appeal?** Send your request and any supporting documentation to:

Innovative
Attn: APPEALS
1401 N University Dr STE 207
Coral Springs, FL 33071

**What if my situation is urgent?** If your situation meets the definition of urgent under the law, your review will generally be conducted within 72 hours. Generally, an urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal by contacting the customer service phone number listed on your ID card. If your request does not meet the requirements for an expedited review, we will follow the standard appeal timeframe for pre-service reviews which is 30 calendar days. You, your authorized representative, or healthcare provider will receive a written determination of our review.

**Who may file an appeal?** You or someone you name to act for you (your authorized representative) may file an appeal. The authorized representative and th applicant request must both be in writing accompanied by a signature, unless the applicant is unable to sign.

**Can I provide additional information about my claim?** Yes, you may supply additional information by contacting customer service by phone or in writing.

**Can I request copies of information relevant to my claim?** Yes, you may request copies (free of charge). If you think a coding error may have caused this c o be denied, you have the right to have billing and diagnosis codes sent to you, as well. You can request copies of this information by contacting Custome Service.

**What happens next?** If you appeal, we will review our decision and provide you with a written determination. Standard pre-service appeals are processe alendar days from receipt. Post or after service appeals are reviewed within 60 calendar days from receipt or your request. You, your authorized represe healthcare provider will receive a written determination of our review and outcome of the appeal. If we continue to deny the payment, coverage, or se quested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will re nial and issue a final decision.
her resources to help you: For questions about your rights, this notice, or for assistance, you can contact: the Employee Benefits Security Administra 66-444-EBSA (3272)

# Clark
# Attachment J

# Innovative Partners, LP

**Case #:** 23270031

| | | | |
|---|---|---|---|
| **Consumer Info:** | Clark, Karl <br><br> Wallingford, CT ▓▓ <br><br> ▓▓@yahoo.com | **Business Info:** | Innovative Partners, LP <br> 2234 N Federal Hwy PMB 2862 <br> Boca Raton, FL 33431 <br> 5619065649 |

**Date Filed:** 4/30/2025 4:42:56 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I would like to file a complaint against Innovative Partners, LP due to deceptive business practices regarding my purchase of health insurance through their company. I contacted the Heathcare Marketplace and was connected to Innovative Partners, LP, who provided me with a health insurance plan. The representative I spoke with advised that I would be enrolled in a PPO plan thru Aetna, which was not true. He also stated that coverage would begin on November1, 2023, with no waiting period, which was also not true. I was charged an initial sign up fee of $125.00 and would pay $193.25 a month for coverage. The representative assured that I could look up my plan online, which I did. When I called back to question the 30 day waiting period and whether all my visits would be covered, I was told there was no waiting period and that coverage would begin on 11/1/23 and all visits would be covered with no deductible to be met. Again this was not true. For over a year, I was not provided with any explanation of benefits coverage (EOB) for any doctor or hospital visits I had had. In January 2025, after I had cancelled my coverage with Innovative Partners, LP, I finally received an explanation of benefits coverage packet for the entire year. This is when I discovered that all my doctor and hospital visits were denied coverage, and they had only paid for four doctor visits, with a maximum of $150.00 each. I am now left with over $63,000 in medical bills. If I had received the explanation of benefits paperwork in a timely manner I would have cancelled my policy much sooner. I called Innovative Partners, LP multiple times and requested to speak with a supervisor. They promised a callback, which never happened. I paid more into this plan than they paid out. I want to know how this company can continue operating with such deceptive practices. They do not explain coverages and are only interested in making a sale to collect their commission.

**Consumer's Desired Resolution:**

No settlement requested - for BBB information only

# Complaint Timeline

| | |
|---|---|
| **04/30/2025** | Submitted: IABBB Complaint Form (API) <br> **Complaint Form** |
| **04/30/2025** | Processed by blue: Automation <br> **IABBB Complaint Form** |
| **04/30/2025** | Information Only: Action Taken <br> **Threshold Application** |

# Clark
# Attachment K



**Innovative Partners**
P.O. BOX 17309
Clearwater FL 33762-0309

Page 1 of 2

**Forwarding Service Requested**

**Explanation of Benefits**
RETAIN FOR TAX PURPOSES
THIS IS NOT A BILL

*****************ALL FOR AAPC 060
PB-MSP-39-ENV 892                    ?
KARL CLARK
WALLINGFORD CT

**Customer Service**

Questions? Please call
Customer Service at
(866) 949-3581
Payer ID - 32324

**Policyholder/Member Information**

Group: INNOVATIVE_PARTNERS_00001_FH

Group No.: IP-00001
Enrollee: CLARK, KARL
Enrollee ID: G199465
Paid Date: 03/12/2025

INNOVATIVE

Claim#:
Patient:              CLARK, KARL                    Provider:

| Dates of Service | Proc Code | Amount Billed | Not Covered | Rmk Code | Discount Amount | Allowed Amount | Deductible Amount | Co-pay Amount | Covered Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18-11/18/2024 | 82653 | $353.88 | $40.18 | 99 | $313.70 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $353.88 | $40.18 | | $313.70 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | | | | | Less Coordination of Benefits | | | $0.00 |
| | | | | | | | | Total Payment | | | $0.00 |

**Patient's Responsibility:**        $40.18

PER FIRST HEALTH AGREEMENT

**Remark Code Description**                  **Procedure Code Description**

99    NOT A COVERED SERVICE                   82653



Innovative Partners
P.O. BOX 17309
Clearwater FL 33762-0309

Page 1 of 2

**Explanation of Benefits**
RETAIN FOR TAX PURPOSES
THIS IS NOT A BILL

**Forwarding Service Requested**

KARL CLARK
WALLINGFORD CT

**Customer Service**

Questions? Please call
Customer Service at
(866) 949-3581
Payer ID - 32324

**Policyholder/Member Information**

Group: INNOVATIVE_PARTNERS_00001_FH

Group No.: IP-00001
Enrollee: CLARK, KARL
Enrollee ID: G199465
Paid Date: 03/12/2025

INNOVATIVE
PARTNERS

Claim#:
Patient: **CLARK, KARL**   Provider:

| Dates of Service | Proc. Code | Amount Billed | Not Covered | Rmk Code | Discount Amount | Allowed Amount | Deductible Amount | Co-pay Amount | Covered Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05-12/05/2024 | 00731 | $635.25 | $269.20 | 99 | $366.05 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $635.25 | $269.20 | | $366.05 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| Patient's Responsibility: | | | $269.20 | | | | | Less Coordination of Benefits | | | $0.00 |
| | | | | | | | | Total Payment | | | $0.00 |

PER FIRST HEALTH AGREEMENT

**Remark Code Description**

99   NOT A COVERED SERVICE

**Procedure Code Description**

00731   ANESTHESIA



Innovative Partners
P.O. BOX 17309
Clearwater FL 33762-0309

Page 1 of 2

**Forwarding Service Requested**

**Explanation of Benefits**
RETAIN FOR TAX PURPOSES
THIS IS NOT A BILL

KARL CLARK
WALLINGFORD CT

**Customer Service**

Questions? Please call
Customer Service at
(866) 949-3581
Payer ID - 32324

**Policyholder/Member Information**

Group: INNOVATIVE_PARTNERS_00001_FH

Group No.: IP-00001
Enrollee: CLARK, KARL
Enrollee ID: G199465
Paid Date: 03/12/2025

INNOVATIVE

Claim#:
Patient: **CLARK, KARL**     Provider:

| Dates of Service | Proc. Code | Amount Billed | Not Covered | Rmk Code | Discount Amount | Allowed Amount | Deductible Amount | Co-pay Amount | Covered Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05-12/05/2024 | 43239 | $819.50 | $224.82 | 99 | $594.68 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $819.50 | $224.82 | | $594.68 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

| | |
|---|---|
| Less Coordination of Benefits | $0.00 |
| Total Payment | $0.00 |

**Patient's Responsibility:**     **$224.82**

PER FIRST HEALTH AGREEMENT

**Remark Code Description**

| | |
|---|---|
| 99 | NOT A COVERED SERVICE |

**Procedure Code Description**

| | |
|---|---|
| 43239 | SURGERY |



Innovative Partners
P.O. BOX 17309
Clearwater FL 33762-0309

Page 1 of 2

**Forwarding Service Requested**

## Explanation of Benefits
RETAIN FOR TAX PURPOSES
THIS IS NOT A BILL

KARL CLARK
WALLINGFORD CT

### Customer Service

Questions? Please call
Customer Service at
(866) 949-3581
Payer ID - 32324

### Policyholder/Member Information

Group: INNOVATIVE_PARTNERS_C0001_FH

Group No.: IP-00001
Enrollee: CLARK, KARL
Enrollee ID: G199465
Paid Date: 03/12/2025

INNOVATIVE

Claim#:
Patient: **CLARK, KARL**          Provider:

| Dates of Service | Proc. Code | Amount Billed | Not Covered | Rmk Code | Discount Amount | Allowed Amount | Deductible Amount | Co-pay Amount | Covered Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/15-11/15/2024 | 99214 | $253.00 | $210.72 | 98 | $42.28 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $253.00 | $210.72 | | $42.28 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| | | | | | | | | Less Coordination of Benefits | | | $0.00 |
| **Patient's Responsibility:** | | **$210.72** | | | | | | Total Payment | | | $0.00 |

PER FIRST HEALTH AGREEMENT

### Remark Code Description
98   THE NUMBER OF VISITS FOR THIS SERVICE EXCEEDS POLICY LIMITS

### Procedure Code Description
99214   EST PT VISIT



JEFF [897] 5 of 5

**Innovative Partners**
P.O. BOX 17309
Clearwater FL 33762-0309

Page 1 of 2

**Forwarding Service Requested**

**Explanation of Benefits**
RETAIN FOR TAX PURPOSES
THIS IS NOT A BILL

KARL CLARK
WALLINGFORD CT

**Customer Service**

Questions? Please call
Customer Service at
(866) 949-3581
Payer ID - 32324

**Policyholder/Member Information**

Group: INNOVATIVE_PARTNERS_00001_FH

Group No.: IP-00001
Enrollee: CLARK, KARL
Enrollee ID: G199465
Paid Date: 03/12/2025

**INNOVATIVE**
PARTNERS

Claim#:
Patient: **CLARK, KARL**      Provider:

| Dates of Service | Proc. Code | Amount Billed | Not Covered | Rmk Code | Discount Amount | Allowed Amount | Deductible Amount | Co-pay Amount | Covered Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/05-12/05/2024 | 00731 | $519.75 | $269.20 | 99 | $250.55 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $519.75 | $269.20 | | $250.55 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

Patient's Responsibility: **$269.20**

| | |
|---|---|
| Less Coordination of Benefits | $0.00 |
| Total Payment | $0.00 |

PER FIRST HEALTH AGREEMENT

**Remark Code Description**

99   NOT A COVERED SERVICE

**Procedure Code Description**

00731   ANESTHESIA



Page 2 of 2

## Important Information

**APPEAL RIGHTS**

This document contains important information that you should retain for your records. This document serves as notice of benefit determination. We may have declined to provide benefits, in whole or in part, for the requested treatment or service described on the front side of this document. If you think this determination was made in error, you have the right to appeal (see below for information about your appeal rights).

**Important Information about Your Appeal Rights**

What if I need help understanding this denial? Contact Customer Service at the number located on the front of your explanation of benefits and on your Identification Card if you need assistance understanding this notice or our decision to deny you a service or coverage. What if I don't agree with this decision? You have a right to appeal any decision not to provide or pay for an item or service (in whole or in part). As part of our standard appeal process, you have 180 days from receipt of this notice to file an appeal. Failure to comply with this timeframe may constitute forfeiture of your right or your designated agent's right to appeal a claim denial, partial payment or service rejection. How do I file an appeal? Send your request and any supporting documentation to:

Innovative
Attn: APPEALS
1401 N University Dr STE 207
Coral Springs, FL 33071

What if my situation is urgent? If your situation meets the definition of urgent under the law, your review will generally be conducted within 72 hours. Generally, an urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal by contacting the customer service phone number listed on your ID card. If your request does not meet the requirements for an expedited review, we will follow the standard appeal timeframe for pre-service reviews which is 30 calendar days. You, your authorized representative, or healthcare provider will receive a written determination of our review.

Who may file an appeal? You or someone you name to act for you (your authorized representative) may file an appeal. The authorized representative and the applicant request must both be in writing accompanied by a signature, unless the applicant is unable to sign. Can I provide additional information about my claim? Yes, you may supply additional information by contacting customer service by phone or in writing. Can I request copies of information relevant to my claim? Yes, you may request copies (free of charge). If you think a coding error may have caused this claim to be denied, you have the right to have billing and diagnosis codes sent to you, as well. You can request copies of this information by contacting Customer Service.

What happens next? If you appeal, we will review our decision and provide you with a written determination. Standard pre-service appeals are processed in 30 calendar days from receipt. Post or after service appeals are reviewed within 60 calendar days from receipt or your request. You, your authorized representative, or healthcare provider will receive a written determination of our review and outcome of the appeal. If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Other resources to help you: For questions about your rights, this notice, or for assistance, you can contact: the Employee Benefits Security Administration at 1-866-444-EBSA (3272)

# PX 3