

"Amateur" means competing in similar events, but with no resulting financial rewards for success. Racing and competitive events include, but are not limited to:
- Automobile,
- Motorcycle,
- Watercraft,
- Ski, or
- Rodeo races or competitions.

68. **PSA Test**

PSA tests are not covered.

69. **Relatives Providing Services**

Professional services performed by a person who ordinarily resides in the Member's home or is related to the Member as a Spouse, parent, Child, brother or sister, whether the relationship is by blood or exists in law are not covered.

70. **Replacement Braces**

Replacement of braces of the leg, arm, back, or neck are not covered.

71. **Respiratory Therapy**

Respiratory therapy is not covered.

72. **Self-Inflicted Injuries**

Any medical expense due to injuries that are self-inflicted or otherwise intentionally caused to oneself, while sane or insane, are not covered.

73. **Sex Changes**

Care, services or treatment for non-congenital transsexualism, gender dysphoria or sexual reassignment or change are not covered. This includes:
- Medications,
- Implants,
- Hormone therapy,
- Surgery, or
- Medical or psychiatric treatment.

74. **Speech Therapy/Speech Pathology**

Speech therapy is not covered.

75. **Sports-Related Safety/Performance Devices and Programs**

Devices used specifically as safety items or to affect performance primarily in sports-related activities are not covered. All membership, registration or participation costs as they relate to physical conditioning programs are not covered. This includes:
- Athletic training,
- Bodybuilding,
- Exercise,
- Fitness flexibility, and
- Diversion or general motivation.

76. **Surgery**

Surgery is not covered, regardless of the setting for the surgery, including a Medical Office, outpatient or Ambulatory Surgery Facility, or Inpatient Surgery.  Surgery includes the following:
- A cutting operation,



- Suturing of a wound,
- Treatment of a fracture,
- Reduction of a dislocation,
- Radiotherapy (including radioactive isotope therapy) if used in lieu of a cutting operation for removal of a tumor,
- Electro cauterization,
- Diagnostic and therapeutic endoscopic procedures, and
- Injection treatment of hemorrhoids and varicose veins.

**77. Surgical Sterilization or Reversal**

Charges for care and treatment for, or reversal of, surgical sterilization, including vasectomy and tubal ligation, are not covered.

**78. Surrogacy**

Expenses related to a surrogate pregnancy are not covered.

**79. Temporomandibular Joint Dysfunction (TMJ)**

Charges for care and treatment of, for, related to, or in connection with Temporomandibular Joint Dysfunction are not covered.

**80. Travel or Accommodations**

Charges for travel or accommodations, whether or not recommended by a Physician, are not covered.

**81. Vision Therapy**

Vision Therapy is not covered.

**82. War**

Any cost incurred that is due to any declared or undeclared act of war, act of terrorism, or military activity.

**83. X-Rays**

X-Rays are not covered.



# PARTICIPATION

Before you can receive benefits under this Plan, there are certain rules you must satisfy.  First, you must meet the eligibility requirements.  After that, the next step is to actually join the Plan on the entry date established by the Plan Administrator. To enroll in the Plan, you must complete the application process established by the Plan in a timely manner.

## Who Is Eligible To Be A Participant?
You must be a partner in the American Collective limited partnership to be eligible to participate in the Plan. Participants in the Plan may also enroll their spouses and/or Children for certain coverages, so long as they qualify as Eligible Dependents. The term "Eligible Dependent" is defined below.

For the rest of this document, American Collective limited partners may be referred to as "eligible Employees" or sometimes just "you."

The Employer's classification of an individual as an eligible Employee or a non-employee (or independent contractor) is conclusive and binding for purposes of determining eligibility for Plan participation.  If, for any reason, a person is reclassified from a non-employee to an employee, that person will not be retroactively eligible for benefits.  Instead, benefits eligibility will begin prospectively on the date the re-classification is made.

## Who Are Eligible Dependents?
The following individuals are Eligible Dependents:
- Your Spouse
- Your Child under age 26, without regard to marital, student or financial status.

An Eligible Dependent does not include anyone who:
- Is enrolled as an Employee,
- Is enrolled as an Eligible Dependent of another Employee, or
- Resides outside of the United States.

The Plan Administrator has the discretion to make all factual determinations on whether a person is an Eligible Dependent.

"*Child*" means:
- Your natural born child,
- Your legally adopted child,
- A child placed with you for adoption,
- Your stepchild, or
- Dependents who are eligible as a result of a Qualified Medical Child Support Order (QMCSO). See the subsection "Qualified Medical Child Support Orders (QMCSO)" for more information.

Foster children are not eligible for coverage.

"*Spouse*" refers to a person who is a husband or wife in a marriage (whether opposite-sex or same-sex) as recognized for federal tax purposes.  Due to difficulties in verifying common law marriage, if you have a Spouse by common law marriage, you must provide a court decree (or similar official documentation acceptable to the Plan Administrator) recognizing such marriage.

## How To Enroll
Participation in the Plan does not begin unless you actually enroll.  You will receive enrollment information from the Third-Party Administrator, including an enrollment notice.  The deadline for new hire enrollment in the Plan is 30 days following the date of hire (or 30 days following the first date of new eligibility, if later).  Generally, you can complete your enrollment via the Plan's enrollment web site as provided in the enrollment information.  If you prefer to enroll or make changes to your

26



benefit elections by paper, you should contact the Plan Benefits Staff at (888) 868-9767. No additional charge applies for enrollment by paper.

Each year, usually sometime in the fall, you will be able to choose or change the coverages in which you wish to participate under the Plan. During this "Annual Enrollment Period," you may make any available coverage changes you wish for any reason, subject to specific limitations that may apply. The coverages you elect during the Annual Enrollment Period will generally be effective for the entire twelve-month period of the plan year beginning on January 1st.

## When Participation Begins

Except as specifically provided otherwise in this document, actual coverage for each type of benefit under the Plan cannot begin until you have timely completed all eligibility and enrollment requirements.

## New Hires

If you complete the enrollment process for yourself and for any of your Eligible Dependents within 30 days following the date of hire, generally your (and any enrolled Eligible Dependents') participation can begin the 31st day.

## Mid-Year Coverage Changes

The elections you make during annual enrollment will remain in effect from the next January 1 through December 31. You may add new Eligible Dependents to the coverage you elected. If you elected medical coverage, you may add and remove the following coverage options during the plan year: dental, AD&D and critical illness. If you did not elect any medical coverage during annual enrollment, you may add medical coverage at any time during the plan year and that coverage will remain in effect through the next December 31st. You may not change medical coverage from Unity to Prestige mid-year.

If you decline enrollment for yourself or your dependents (including your spouse) because of other health insurance or group health plan coverage, you may be able to enroll yourself and your dependents in this plan if you or your dependents lose eligibility for that other coverage (or if the employer stops contributing toward your or your dependents' other coverage). However, you must request enrollment within 30 days after your or your dependents' other coverage ends (or after the employer stops contributing toward the other coverage). In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents. However, you must request enrollment within 30 days after the marriage, birth, adoption, or placement for adoption. To request special enrollment or obtain more information, contact the Third-Party Administrator.

## Other Information Regarding Coverage

The Plan may not, with respect to medical or other health coverage, establish eligibility rules or set any individual's premium or contribution rate based on:
- Whether an individual is confined to a hospital or other health care institution,
- An individual's ability to engage in normal life activities, or
- Whether an individual is actively at work (including whether an individual is continuously employed), unless absence from work due to any health factor is treated, for purposes of the Plan, as being actively at work.

Notwithstanding the foregoing, the Plan may establish an eligibility rule that requires an individual to begin work for the Employer before coverage becomes effective, provided that such eligibility rule applies regardless of the reason for the absence. Further, eligibility rules and individuals' premium or contribution rates may be established in accordance with the rules relating to "similarly situated individuals" as defined in Department of Labor Regulation §2590.702(d). For example, different eligibility rules or premium contribution rates may apply based on:
- A bona fide employment based on classifications (such as full-time vs. part-time),
- Whether the individual is an employee or a dependent, or
- A dependent's relationship to the employee (e.g., as a spouse or an eligible child).

For this purpose, eligibility rules mean any rules relating to enrollment, effective date of coverage, waiting periods, late and special enrollment, eligibility for benefit packages, benefits, continued eligibility, or termination of coverage.



## When Your Participation Ends

Your participation in the Plan ordinarily ends when:

- You are no longer actively employed by the Employer or are no longer a limited partner for any reason (other than vacation or holidays),
- You otherwise cease to meet the eligibility requirements (whether as a result of a status change or a Plan amendment),
- You cease to make the required contributions for coverage,
- You fail to complete dependent eligibility verification requirements,
- Fraud, intentional misrepresentation, or misconduct attempted by you with regard to any coverage or benefits under the Plan, or
- Your death.

We say "ordinarily ends" because there are several possible exceptions and also because each coverage under the Plan also may have its own, additional eligibility requirements. Any such specific rule takes precedence over the general rule described here.

The actual date on which coverage terminates may vary depending on the covered dependent and/or the circumstances involved.  Plan coverage will end, for you and your covered dependents, midnight on your last day of work in which your employment terminates.  As long as you are covered, most coverages generally continue for your dependent child until midnight of the day before your child turns age 26.

## When Your Dependent's Participation Ends

Your dependents cease to participate in the Plan if you cease to participate in the Plan. A dependent's participation also ceases if the dependent no longer meets the definition of Eligible Dependent.

## Choices Available When Participation Ends

In certain circumstances, it is possible to temporarily continue health coverage under the Plan beyond the time it would normally end.  For information on temporary health coverage continuation, see the section, "Continuation Coverage Under COBRA."



# HEALTH CARE COVERAGE

## Medical Coverage

The benefit provided by this feature of the Plan is the payment of medical expenses. If your contribution is not received for any reason within 30 days following the date it is due, medical coverage for yourself and your Eligible Dependents may be discontinued in accordance with the Plan's policy.

The available medical coverage options are set forth in the section "Schedule of Benefits."

## Your Coverage

When you initially enroll, you decide which medical coverage option will apply to you and your dependents for the remainder of that Plan Year (*i.e.*, calendar year). And then, each year at annual enrollment, you decide which medical coverage option will apply for the following Plan Year, which begins on January 1.

The following are some special eligibility requirements:

- You may only cover your dependents for the same medical option as you choose for yourself. You cannot cover your dependents if you choose No Coverage for yourself.
- If an eligible Employee is married to another eligible Employee, the Employees can each take his/her own coverage, or one Employee can choose to cover his/her Spouse as a dependent. Only one of you, however, may cover a Child who is an Eligible Dependent.

## Medical Coverage Options

The medical coverage available under the Plan is described in the section "Schedule of Benefits."

## Covered and Non-Covered Medical Services

Each of the medical coverage options pays benefits only as set forth in the section "Schedule of Benefits" and for services that are Medically Necessary as determined by the Third-Party Administrator. Medical coverage does not pay for certain services, which are described in the section "General Exclusions and Limitations." The list of non-covered services, which is determined by the Third-Party Administrator, is subject to change without advance notice. If you are uncertain whether a certain medical service is covered, please contact the Third-Party Administrator.



# <u>CONTINUATION COVERAGE UNDER COBRA</u>

This section contains important information about COBRA continuation coverage, which is a temporary extension of group health coverage under the Plan under certain circumstances when coverage would otherwise end.  Below is a general explanation of COBRA coverage, when it may become available to you and your eligible family members, and what you need to do to protect the right to receive it.  COBRA (and the description of COBRA coverage contained in this section) applies only to the group health plan benefits offered under the Plan and not to any other benefits offered under the Plan or by the Employer.

The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").  COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage under the Plan.  It can also become available to other members of your family who are covered under the Plan when they would otherwise lose their group health coverage under the Plan.  If, upon reading this section, you have additional questions about your COBRA coverage rights and obligations under the Plan and under federal law, you should contact the Plan Benefits Staff at (888) 868-9767. Unless this Plan Document specifically provides otherwise, the Plan provides no greater COBRA rights than what COBRA requires—nothing in this section is intended to expand your rights beyond COBRA's requirements.

Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called "a special enrollment period."  Some of these options may cost less than COBRA continuation coverage.   For example, you may be eligible to buy an individual plan through the Health Insurance Marketplace.  By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs.   Once you have exhausted your COBRA continuation coverage and the coverage expires, you will be eligible to enroll in coverage through the Marketplace through a special enrollment period, even if Marketplace open enrollment has ended.  If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

## What Is COBRA Coverage?

COBRA coverage is a temporary continuation of group health coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in this section. After a qualifying event occurs and any required notice of that event is properly provided, COBRA coverage must be offered to each "qualified beneficiary," *i.e.*, you and your covered Eligible Dependents who lost (or would otherwise lose) group health coverage under this Plan because of the qualifying event. (Certain newborns, newly adopted children, and alternate recipients under QMCSOs may also be qualified beneficiaries. See below for details.)

A qualified beneficiary who timely elects and pays for COBRA continuation coverage receives the same coverage as similarly situated participants in the group health plan who have not experienced a qualifying event.  For example, changes in coverage, Deductibles, Coinsurance amounts, Copayments and insurance carriers applicable to participants who have not incurred a qualifying event will apply equally to each qualified beneficiary.

Each qualified beneficiary will also have the same rights as a similarly situated participant who has not experienced a qualifying event, to participate in annual enrollment periods and to make changes in his or her coverage, including, for example, the right to add a Spouse or Children. (Note, however, that a Spouse or Child added in this manner is not – and cannot become – a qualified beneficiary, because the individual was not covered by the Plan at the time of the original qualifying event.)

Unless otherwise specifically provided in this Plan Document, qualified beneficiaries who elect COBRA must pay the applicable premium for such coverage plus a 2% administrative charge. The applicable premium is the actual cost to the Plan of providing the same group health coverage to Plan participants and beneficiaries who have not experienced a qualifying event.

30



## Who Is Entitled to Elect COBRA?

If you are an Employee, you will be entitled to elect COBRA if you lose your group health coverage under the Plan due to either of the following qualifying events:

- Reduction in your hours of employment, or
- Termination of your employment for any reason other than gross misconduct.

If you are the Spouse of an Employee, you will be entitled to elect COBRA if you lose your group health coverage under the Plan due to any of the following qualifying events:

- Your Spouse dies,
- Your Spouse's hours of employment are reduced,
- Your Spouse's employment ends (for any reason other than gross misconduct),
- You become divorced or legally separated from your Spouse. Also, if your Spouse (the Employee) reduces or eliminates your group health coverage in anticipation of a divorce or legal separation, and the divorce or legal separation later occurs, then the divorce or legal separation may be considered a qualifying event for you even though your coverage was reduced or eliminated before the divorce or separation, or
- Your Spouse becomes entitled to Medicare (under Part A or B, or both).

A person enrolled as your Child will be entitled to elect COBRA if he or she loses group health coverage under the Plan due to any of the following qualifying events:

- The parent-Employee dies,
- The parent-Employee's hours of employment are reduced,
- The parent-Employee's employment ends (for any reason other than gross misconduct),
- The Child ceases to qualify as an "Eligible Dependent" under the Plan, or
- The parent-Employee becomes entitled to Medicare (under Part A or B, or both).

Children born to, adopted by, or placed for adoption with, the covered Employee during COBRA continuation coverage are considered qualified beneficiaries when born or placed for adoption, provided that, if the covered Employee is a qualified beneficiary, the covered Employee has elected COBRA coverage for himself or herself. The Child's COBRA coverage begins when the Child is enrolled in the Plan's group health coverage, whether through special enrollment or open enrollment, and it can last up to the end of the COBRA coverage period during which the Child was born, adopted or placed for adoption. To be enrolled in the Plan, the Child must satisfy the otherwise applicable Plan eligibility requirements.

## When is COBRA Coverage Available?

The Plan will offer COBRA coverage to qualified beneficiaries only after it has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the Employee, the Employee's becoming entitled to Medicare benefits (under Part A, Part B or both), or commencement of a proceeding in bankruptcy with respect to the Employer, the Employer must notify the COBRA Administrator of the qualifying event (see the section "General Plan Information").

## You Must Give Notice of Some Qualifying Events

For qualifying events other than the Employee's termination of employment, reduction in employment hours or death, (*e.g.*, divorce or legal separation of the Employee and Spouse, or Child's loss of Eligible Dependent status), COBRA will be available to you only if you notify the Benefits Service Center in writing no later than 60 days after the later of:

- The date of the qualifying event, and
- The date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Plan as a result of the qualifying event.

In providing this notice, you must follow the notice procedures specified in this Continuation Coverage under COBRA section. If the notice procedures are not followed in a timely manner, THEN ALL QUALIFIED BENEFICIARIES WILL LOSE THEIR RIGHT TO ELECT COBRA.



A qualifying event is considered to occur when the event occurs, not when health coverage under the Plan is lost. Except as otherwise specifically provided in this document, any extension of coverage after such an event will count toward the maximum COBRA coverage period.

## Notice to Qualified Beneficiary

Within 14 days after receiving notice of a COBRA qualifying event, the COBRA Administrator will notify all qualified beneficiaries of their right to elect continuation coverage under COBRA, using the latest address shown on the records of the COBRA Administrator.

Where qualified beneficiaries are the Employee, Spouse and/or Children, and the latest record of the COBRA Administrator shows that all qualified beneficiaries reside at the same address, notice will be given by first-class mail addressed to the Employee and Spouse at that address. If, according to the COBRA Administrator's records, any qualified beneficiary lives at another address, a duplicate notice will be given by first-class mail addressed to that qualified beneficiary at the other address, except that notice to the Spouse will be considered notice to all other qualified beneficiaries who reside with the Spouse.

Where the qualified beneficiaries are the Spouse and/or Children, and, according to the COBRA Administrator's latest records, all qualified beneficiaries reside at the same address, notice will be given by first-class mail addressed to the Spouse at that address. (Notice to the Spouse is considered notice to all other qualified beneficiaries residing with the Spouse.) If any qualified beneficiary lives at another address according to the COBRA Administrator's records, a duplicate notice will be given by first-class mail addressed to that qualified beneficiary at the other address.

Where the qualified beneficiary is only one or more Children, notice will be given by first-class mail addressed to each qualified beneficiary at the last known address, according to the COBRA Administrator's records, of that qualified beneficiary.

## Electing COBRA

Each qualified beneficiary has 60 days to elect continued coverage under COBRA. (If the COBRA election notice from the COBRA Administrator arrives before the date of the qualifying event, the qualified beneficiary will have 60 days from the date of the qualifying event – or, if later, 60 days from the date the COBRA election notice is provided – to elect continued coverage under COBRA.)  Election of COBRA continuation coverage is made by returning to the COBRA Administrator such properly completed and signed forms as the COBRA Administrator may require. The COBRA election form may be returned at any time during the 60-day period described above.  The coverage offered for election is the same coverage that the qualified beneficiary had immediately before the qualifying event.  Upon valid election, coverage will generally be provided retroactively to the date of the qualifying event, subject to timely receipt by the insurer of the required COBRA premium payment.

Election of continuation coverage is an individual election of each qualified beneficiary in accordance with the following rules:
- When an Employee, Spouse and Children are eligible for COBRA, if an Employee elects continuation coverage for the Employee, Spouse and Children, the election is effective for the Employee, Spouse and Children; the Spouse and Children do not have a separate election.
- When an Employee, Spouse and Children are eligible for COBRA, if an Employee fails to elect continuation coverage for the Spouse and/or Children (regardless of whether the Employee elects continuation coverage for the Employee), the Spouse and/or Children are entitled to elect continuation coverage independently of the Employee.
- If a Spouse elects continuation coverage for the Spouse and/or Children, the election is effective for the Spouse and/or Children; the Children do not have a separate election.
- If neither the Employee nor the Spouse elect continuation coverage for a Child, the Child is entitled to elect continuation coverage independently.



In the case of a Child that, during Continuation Coverage, is born to or adopted by a qualified beneficiary who is a former Employee, Continuation Coverage for the Child will be immediately available only if you enroll the Child by contacting the Benefits Service Center within the 60-day period beginning with the date of birth, adoption or placement for adoption.

Though the form supplied by the COBRA Administrator is the preferred and usual method for making the election, any other reasonable method will be accepted if it contains all of the information necessary to process the election, so long as the notice is in writing and is submitted in a timely manner to the COBRA Administrator.
**Failure to elect COBRA continuation coverage within the 60-day deadline described in this section is a complete, final and permanent waiver of COBRA continuation coverage rights.**

**Note:**  Where a qualified beneficiary returns the form during the 60-day period showing an election not to take COBRA continuation coverage, the qualified beneficiary may still change his or her mind and elect continuation coverage if he or she completes, signs and returns another form within the same 60-day period.  In that case, the continuation coverage will be provided prospectively only (not retroactively to the qualifying event).

## How Long Does COBRA Coverage Last?

COBRA coverage is temporary.  COBRA coverage cannot last more than 36 months if the qualifying event is the death of the Employee, the covered Employee's divorce or legal separation, the Employee becoming entitled to Medicare (under Part A or B, or both), or a Child's losing his or her status as an Eligible Dependent.  When the qualifying event is the end of employment or reduction of the Employee's hours of employment, COBRA coverage generally lasts for only up to 18 months.

There are ways in which this 18-month period of COBRA coverage can be extended:

**Medicare-Related Extension for Dependents**
When the qualifying event is the end of employment or reduction of the Employee's hours of employment and the Employee became entitled to Medicare (under Part A or B, or both) less than 18 months before the qualifying event, COBRA coverage for qualified beneficiaries – other than the Employee – can last for up to 36 months after the date of Medicare entitlement.  For example, if a covered Employee becomes entitled to Medicare 8 months before the date on which his employment terminates, COBRA coverage for his Spouse and Children who lost coverage as a result of his termination can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months).

**Disability Extension of COBRA Coverage**
Coverage may be extended up to an additional 11 months if the qualified beneficiary (or any other COBRA-covered qualified beneficiary in the family) is determined by the Social Security Administration to be disabled.  The Benefits Service Center must be notified in a timely fashion (see below).  Also, the disability must have started at some time before the 61st day after the covered Employee's termination of employment or reduction of hours and must last at least until the end of the 18-month period of continuation coverage.

The disability extension is available only if you notify the Benefits Service Center in writing of the Social Security Administration's determination of disability within 60 days after the latest of:
- The date of the Social Security Administration's disability determination,
- The date of the covered Employee's termination of employment or reduction of hours, and
- The date on which coverage is (or would be) lost under the terms of the Plan as a result of the covered Employee's termination of employment or reduction of hours.

You must provide this notice within 18 months after the covered Employee's termination of employment or reduction of hours in order to be entitled to a disability extension. In providing this notice, you must follow the procedures specified in the "COBRA Notice Procedures" subsection below.  If these procedures are not followed or if the notice is not provided to the Benefits Service Center during the 60-day notice period and within 18 months after the covered Employee's termination of employment or reduction of hours, THEN DISABILITY EXTENSION OF COBRA COVERAGE WILL NOT BE AVAILABLE.

33



A qualified beneficiary receiving extended continuation coverage due to disability must notify the COBRA Administrator of any final determination that the person is no longer disabled and must do so within 30 days after receiving the determination.

## Second Qualifying Event Extension

If your family experiences another qualifying event while receiving COBRA coverage on account of the covered Employee's termination of employment or reduction of hours (including COBRA coverage during a disability extension period as described above), the Spouse and Children receiving COBRA coverage can get up to 18 additional months of COBRA coverage, for a maximum of 36 months, provided that notice of the second qualifying event is properly given to the Plan and required premiums continue to be paid in a timely manner. This extension may be available to the Spouse and any Children receiving COBRA coverage if the Employee or former Employee dies or gets divorced or legally separated, if the Employee becomes eligible for Medicare (Part A or B, or both), or if the Child stops being eligible under the Plan as an Eligible Dependent, but only if the event would have caused the Spouse or Child to lose coverage under the Plan had the first qualifying event not occurred.

This extension due to a second qualifying event is available only if you notify the Benefits Service Center in writing of the second qualifying event within 60 days after the date of the second qualifying event. In providing this notice, you must follow the procedures specified below, entitled "Notice Procedures." If these procedures are not followed or if the notice is not provided to the Benefits Service Center during the 60-day notice period, THEN EXTENSION OF COBRA COVERAGE WILL NOT BE AVAILABLE.

The COBRA coverage periods described above are maximum coverage periods. If a period of COBRA continuation coverage is terminated before the end of its maximum duration, the qualified beneficiary will be provided a specific notice of that fact describing the reason for termination of the coverage, the date of coverage termination; and any rights the qualified beneficiary may have under the Plan or under applicable law to elect an alternative group or individual coverage. The following are situations that will result in automatic termination of COBRA coverage:

- The qualified beneficiary first becomes covered under any other group health plan after the date of the election of COBRA coverage, unless the other group health plan excludes or limits coverage for a pre-existing condition that the qualified beneficiary has and that exclusion or limitation is not satisfied by the qualified beneficiary's previous coverage, or
- The qualified beneficiary first becomes covered by Medicare after the COBRA election, or
- The continuation coverage is by reason of disability and the individual ceases to be disabled, or
- Payment of the required COBRA premium is not timely made, or
- The Employer (and its affiliates as may be considered the same employer for COBRA purposes) ceases to provide any group health plan coverage.

If the Plan's group health coverage under which a qualified beneficiary is receiving COBRA continuation coverage terminates, but the Employer (and its affiliates as may be considered the same employer for COBRA purposes) continues to provide one or more other group health coverages, the qualified beneficiary will be afforded the same opportunity as participants with respect to whom a qualifying event has not occurred to participate in another group health coverage provided by the Employer.

## Payment for Continuation Coverage

Unless otherwise specifically provided in this Plan Document, qualified beneficiaries who elect COBRA must pay the applicable premium for such coverage plus a 2% administrative charge. The applicable premium is the actual cost to the Plan of providing the same group health coverage to Plan participants and beneficiaries who have not experienced a qualifying event.

As an exception, qualified beneficiaries who are receiving an additional 11 months of continuation coverage due to disability must pay an amount equal to 150% of the applicable premium during those additional 11 months. Also, where the qualifying event is the Employee's absence due to service in the uniformed services of the United States (meeting the

34



requirements of the federal Uniformed Services Employment and Reemployment Rights Act of 1994) and the Employee performs such service for less than 31 days, the charge for COBRA coverage is limited to the contribution required of active Employees.

Payment for all months up to and including the month in which the qualified beneficiary returns the election form to the COBRA Administrator must be made within 45 days after the election form is returned to the COBRA Administrator. Payment for months following the month in which the election form is returned to the COBRA Administrator must be made by the first of the month for which payment is due, and in no event more than 30 days after the date the payment was due. You must pay the COBRA premium for the entire month of coverage; you may not prorate the COBRA premium for partial months of COBRA coverage.

**Please note: It is the responsibility of the qualified beneficiary to make timely premium payments. The COBRA Administrator is not required to send bills or reminder notices.**

## Alternate Recipients under QMCSOs

A Child of the covered Employee who is receiving benefits under the Plan pursuant to a qualified medical child support order (QMCSO) received by the employer during the covered Employee's period of employment with the employer is entitled to the same rights to elect COBRA as an Eligible Dependent Child of the covered Employee.

## Other Options besides COBRA

Instead of enrolling in COBRA continuation coverage, there may be other coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a Spouse's plan) through what is called a "special enrollment period." Some of these options may cost less than COBRA continuation coverage. You can learn more about many of these options at www.healthcare.gov.

## If You Have Questions

Questions concerning your Plan or your COBRA rights should be addressed to one of the contacts identified below. For more information about your rights under ERISA, including COBRA, the Patient Protection and Affordable Care Act, and other laws affecting group health plans, contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit the EBSA website at www.dol.gov/ebsa. (Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website.) For more information about the Marketplace, visit www.HealthCare.gov.

## Keep Your Plan Informed of Address Changes

In order to protect your family's rights, you should keep your employer informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Benefits Service Center.

## Contact Information

The contact information for the COBRA Administrator is listed in the section "General Plan Information." This contact information may change from time to time. The most recent information will be included in the Plan's most recent summary plan description (or the most recent update to the summary plan description). If you do not have a copy, you may request one from your employer.

## COBRA Notice Procedures

Warning: If your notice is late or if you do not follow these notice procedures, you and all related qualified beneficiaries will lose the right to elect COBRA (or will lose the right to an extension of COBRA coverage, as applicable).

**Notices Must Be Written and Submitted**
Any notice that you provide must be in writing. Oral notice, including notice by telephone, is not acceptable.

35



**How, When, and Where to Send Notices**

You must mail or fax your notice to the COBRA Administrator at the Benefits Service Center at the address or fax number listed in the section "General Plan Information." If mailed, your notice must be postmarked no later than the last day of the applicable notice period. If hand-delivered, your notice must be received by the individual at the address specified above no later than the last day of the applicable notice period. (The applicable notice periods are described in the subsections above entitled "You Must Give Notice of Some Qualifying Events," "How Long Does COBRA Coverage Last?," and "Second Qualifying Event Extension.")

**Information Required for All Notices**

Any notice you provide must include the following:
- The name of the Plan,
- The name and address of the Employee who is (or was) covered under the Plan,
- The name(s) and address(es) of all qualified beneficiary(ies) who lost coverage as a result of the qualifying event,
- The qualifying event and the date it happened, and
- The certification, signature, name, address, and telephone number of the person providing the notice.

**Additional Information Required for Notice of Qualifying Event**

If the qualifying event is a divorce or legal separation, your notice must include a copy of the decree of divorce or legal separation. If your coverage is reduced or eliminated and later a divorce or legal separation occurs, and if you are notifying the Benefits Service Center that your Plan coverage was reduced or eliminated in anticipation of the divorce or legal separation, your notice must include evidence satisfactory to the Benefits Service Center that your coverage was reduced or eliminated in anticipation of the divorce or legal separation.

**Additional Information Required for Notice of Disability**

Any notice of disability that you provide must include the following:
- The name and address of the disabled qualified beneficiary,
- The date that the qualified beneficiary became disabled,
- The names and addresses of all qualified beneficiaries who are still receiving COBRA coverage,
- The date that the Social Security Administration made its determination,
- A copy of the Social Security Administration's determination, and
- A statement whether the Social Security Administration has subsequently determined that the disabled qualified beneficiary is no longer disabled.

**Additional Information Required for Notice of Second Qualifying Event**

Any notice of a second qualifying event that you provide must include the following:
- The names and addresses of all qualified beneficiaries who are still receiving COBRA coverage,
- The second qualifying event and the date that it happened, and
- If the second qualifying event is a divorce or legal separation, a copy of the decree of divorce or legal separation.

**Who May Provide Notices**

The covered Employee (i.e., the Employee or former Employee who is or was covered under the Plan), a qualified beneficiary who lost coverage due to the qualifying event described in the notice, or a representative acting on behalf of either may provide notices. Generally, a notice provided by any of these individuals will satisfy any responsibility to provide notice on behalf of all qualified beneficiaries who lost coverage due to the qualifying event described in the notice.

Notwithstanding the deadlines above, your deadline for electing COBRA and/or making premiums payments may be extended beyond the normal deadlines pursuant to COVID relief issued by the federal government. These rules are complex. Please contact the COBRA Administrator or the Plan Benefits Staff if you would like more information about these extended deadlines.



## COBRA Administration

There are a number of different entities involved in the Plan's COBRA administration, as described in this section.

- COBRA administrative services are provided by the COBRA Administrator (see the section "Definitions" for the definition of the COBRA Administrator).
- The Plan Administrator has the final authority to determine matters regarding an individual's eligibility for COBRA coverage.

## Correction of Mistakes

If at any time it is determined that a mistake has been made with regard to administration of COBRA continuation coverage, regardless of whether the mistake is favorable or detrimental to the Employee, former Employee, Spouse or Child, the Plan Administrator is authorized, to the extent not prohibited by applicable law, to take any and all feasible steps to correct the mistake by returning all affected parties to the position in which they would have been had the mistake not occurred, including, if necessary and due to material misrepresentation or fraud (as determined by the Plan Administrator in its discretion), retroactive collection or refund of COBRA premiums and retroactive provision or denial of coverage.



# ADMINISTRATION, APPEALS, SUBROGATION, AND RIGHT OF RECOVERY

## Administration

The Plan Administrator has the responsibility for administering the Plan. Except as otherwise specifically provided, the Plan Administrator has all rights, duties and powers to administer the Plan, including:

- The discretionary authority to interpret the Plan,
- Determine the status and rights of participants, beneficiaries, and other persons,
- Make rulings,
- Make regulations and prescribe procedures,
- Gather needed information,
- Prescribe forms,
- Exercise all of the power and authority contemplated by ERISA and the Internal Revenue Code with respect to the Plan,
- Employ or appoint persons to help or advise in any administrative functions, and
- General do anything needed to operate, manage, and administer the Plan.

The Plan has other fiduciaries, advisors, and service providers. The Plan Administrator may allocate fiduciary responsibility among the Plan's fiduciaries and may delegate responsibilities to others. For each type of benefit available under the Plan, the Plan Administrator has delegated its fiduciary duties with respect to claims processing, benefit determination, appeals of adverse benefit determinations, and payment of benefits to the respective insurers/claims administrators listed in the section "General Plan Information." The Plan Administrator retains fiduciary obligations with respect to all other Plan functions.

Each fiduciary is solely responsible for its own improper acts or omissions. Except to the extent required by ERISA, no fiduciary has the duty to question whether any other fiduciary is fulfilling all of the responsibilities imposed upon the other fiduciary by law. Nor is a fiduciary liable for a breach of fiduciary duty committed before it became, or after it stopped being, a fiduciary.

The Plan Administrator and other Plan fiduciaries have the requisite discretionary authority and control over the Plan to required deferential judicial review of its decisions, as set forth by the U.S. Supreme Court in *Firestone Tire & Rubber Co. v. Bruch.*

## Changing or Ending the Plan

### Changing the Plan

The Plan Sponsor is authorized to adopt and to execute any amendment or amendments to the Plan which is required by law or deemed advisable. In addition, the Plan Administrator reserves the right to amend the provisions of the Plan to any extent and in any manner where such amendment, as determined by the Plan Administrator, (1) is necessary or desirable to comply with applicable law (including regulatory guidance), or (2) is not expected to result in a material increase in the cost of maintaining the Plan.

### Ending the Plan

The Plan Sponsor has no obligation whatsoever to maintain the Plan or any benefit under the Plan for any given length of time. The Plan Sponsor reserves the right to terminate the Plan or any benefit option or procedure under the Plan at any time by a written document executed by the Plan Sponsor. Upon termination or discontinuance of the Plan, all elections with respect to the Plan shall terminate, and payments with respect to benefits shall be made only with respect to claims incurred on or prior to the date of the Plan's termination.



## Claims Procedure

For purposes of this section, a "claim for benefits" under the Plan is a request for a benefit made according to the Plan's procedures for filing benefit claims.  If you or your Eligible Dependent file a claim for specific benefits and that claim is denied for lack of eligibility, the coverage determination is treated as a claim for benefits and is subject to the claims and appeals procedures described below.

**A request for a determination of whether you are eligible to enroll or participate in the Plan is not a "claim for benefits."** "Casual inquiry" about benefits or the circumstances under which benefits might be paid under the terms of the Plan is not a claim governed by the claims and appeals procedures described below.

A claim for benefits may be made by you or your Eligible Dependent.  **In this section, the word "you" should be read to refer to whomever is filing the claim for benefits or appealing a denied claim – that is, you or, if applicable, your Eligible Dependent.**

For purposes of this section, the following situations each constitute an "adverse benefit determination:"
- Denial, reduction, or termination of a benefit,
- Failure to provide or make payment (in whole or in part) for a benefit, or
- Rescission of health benefit coverage, whether or not the rescission has an adverse impact on any particular benefit at this time.

## Authorized Representative

You are entitled to have a representative act on your behalf when pursuing a benefit claim or an appeal.

To verify that a person is an authorized representative, you must submit to the Third-Party Administrator a letter that states the person is your duly authorized representative and the scope of the representative's authority.  That authorized representative's address must be included in the letter.  Once you have selected an authorized representative, the Third-Party Administrator will generally send all information and notifications to the authorized representative and not to you, unless you state otherwise in the letter appointing the authorized representative.

Notwithstanding the foregoing, if you are physically or mentally unable to designate an authorized representative, a health care professional with knowledge of your medical condition may act as your authorized representative for purposes of this Plan with regard to an Urgent Health Care Claim.

You are solely responsible for any costs, fees, or charges of the authorized representative that may be incurred if you obtain an authorized representative.

## How to File a Claim

You can file a claim with the Third-Party Administrator by filing a claim form provided by the Third-Party Administrator or by such other means as the Third-Party Administrator may prescribe.



## Claim Determination Time Limits

| For Claims Regarding: | Follow this procedure: |
|---|---|
| **Plan Eligibility** | If you have any questions about a denied eligibility claim, contact the Plan Benefits Staff for an additional explanation. If your eligibility claim is denied in whole or in part, you may file a final appeal of the eligibility claim by writing to the Plan Administrator, as described in the Appeals Procedure section of this Plan. |
| **Medical Programs** Medical coverage, including prescription drug coverage | Please refer to the section "General Plan Information" for the appropriate contact numbers and addresses.  Except as otherwise provided in this document, the following rules apply:<br><br>**Urgent Health Care Claims**<br>In the case of an Urgent Health Care Claim, you will be notified of the Plan's benefit determination (whether adverse or not) as soon as possible, taking into account the medical exigencies, but not later than 72 hours after receipt of the claim by the Plan. However, if you fail to provide sufficient information to determine whether, or to what extent, benefits are covered or payable under the Plan, you will be notified as soon as possible (but not later than 24 hours after receipt of the claim by the Plan) of the specific information necessary to complete the claim. You will be given a reasonable amount of time (but not less than 48 hours) to provide the information required to complete the claim.  If you were required to submit additional information, the determination of the Urgent Health Care Claim will be made within 24 hours of when the additional information is submitted.<br><br>If you request an extension of a course of treatment beyond the time or number of treatments that have been approved, and the request involves an Urgent Health Care Claim, a decision will be made on the request as soon as possible, taking into account the medical exigencies.  You will be notified of the Plan's benefit determination (whether adverse or not) within 24 hours after receipt of the claim by the Plan, provided that you make the request at least 24 hours before the scheduled termination of the treatment.<br><br>**Concurrent Care Decisions**<br>You will be notified of any decision to reduce or terminate coverage of an ongoing treatment (other than by Plan amendment or termination) within a time frame that allows you to appeal such decision, and to obtain a determination of the appeal prior to the reduction or termination of coverage.<br><br>**Post-Service Claims**<br>You will be notified of the Plan's determination of a Post-Service Claim within 30 days of the Plan's receipt of the claim. However, this limit may be extended by 15 days if you are notified of the need for an extension within the initial 30-day period.  If you fail to submit information necessary for the Plan to decide the claim, you will have 45 days from receipt of a notice of such failure to submit the required information. |
| **Other Coverages** Hospital Indemnity | After you submit a claim, the Third-Party Administrator will review your claim and notify you of its decision.<br><br>The Third-Party Administrator will generally notify you of its decision within 90 days from the date the claim was submitted, unless the Third-Party Administrator |



| For Claims Regarding: | Follow this procedure: |
|---|---|
| . | determines that special circumstances require an extension of time for processing the claim. The Third-Party Administrator will notify you prior to the expiration of the initial 90-day period if the Third-Party Administrator determines that an extension of time is required, state the reason why the extension is needed, and state when it will make its determination. If an extension is needed, the Third-Party Administrator will notify you of its decision within 180 days from the date the claim was submitted. If the Third-Party Administrator denies a claim in whole or in part, the notification will state the reason why the claim was denied. If the claim is denied because the Third-Party Administrator did not receive sufficient information, the claims decision will describe the additional information needed and explain why such information is needed. If you have any questions about a denied claim, contact the Third-Party Administrator for additional explanation.<br><br>If a claim is denied in whole or in part, you may file an appeal in writing to the Third-Party Administrator, as described below. |

## Calculating Time Periods

The period of time within which a benefit determination is to be made begins at the time a claim is filed, without regard to whether the filing includes all of the information necessary to make a benefit determination on review.  If a period of time is extended because you do not submit the information that is necessary to decide the claim, the period for making the benefit determination is suspended from the date on which a notice of the extension is sent to you until the date on which you respond to the request for additional information.

## Manner and Content of Notice of Benefit Determination

Notice of an adverse benefit determination will be in writing and will contain:
- The specific reason(s) for the adverse determination.  For medical benefit claims, the reason(s) will include any applicable denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim,
- Reference to the specific Plan provisions on which the determination is based,
- A description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary, and
- A description of the Plan's appeals procedures and the time limits applicable to such procedures, including a statement of your right to bring a civil action following an adverse determination on appeal.

In addition, in the case of an adverse benefit determination for a medical benefit, the notice will include:
- If any internal rule, guideline, or protocol or other similar criterion was relied upon in making the adverse determination, a copy of the actual rule, guideline, protocol or other criterion, or a statement that the rule, guideline, protocol or other criterion was used and how you can request a copy free of charge;
- If the adverse determination was based on medical necessity, experimental treatment or a similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination based on the Plan terms and your medical circumstances, or a statement that you can receive the explanation free of charge upon request;
- In the case of an adverse benefit determination of a medical benefit claim, (1) information sufficient to identify the claim involved, including the date of service, the health care provided, and the claim amount (if applicable), (2) a statement describing the availability, upon request, of the diagnosis code, the treatment code, and their corresponding meanings and (3) a statement describing the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman established under the Affordable Care Act to assist individuals with the internal claims and appeals and external review processes; and



- In the case of an adverse determination regarding an Urgent Health Care Claim, an explanation of the expedited review process for such claims.

In the case of an adverse benefit determination concerning an Urgent Health Care Claim, the information described above may be provided to you orally, provided that a written notification is furnished to you not later than 3 days after the oral notice.

## Appeals Procedure

If a claim is denied and you disagree with the denial and want to pursue the matter, you must file an appeal in accordance with the procedure set forth below. You cannot take any other steps unless and until you have exhausted the appeal procedure. For example, if a claim is denied and you do not use the appeal procedure, the denial of the claim is conclusive and cannot be challenged, even in court.

For detailed information on how to file an appeal, please see the procedures below.  You will need to state the reasons why you disagree with the denial of your claim. You must do this within the specified time period after the claim was denied. The Appeals Authority needs complete, accurate information in order to decide your appeal. By making an appeal, you are authorizing the Appeals Authority to get additional, relevant information from any sources, including from the Employer.

You are entitled to see all documents, records or other information pertinent to your appeal. Just ask the Plan Administrator or Third-Party Administrator.  Whether a document, record, or other information is relevant to a claim will be determined by considering:
- Whether it was relied upon in making the benefit determination;
- Whether it was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination;
- Whether it demonstrates compliance with the administrative processes and safeguards designed to ensure and to verify that the benefit claim determination was made in accordance with governing Plan documents and that, where appropriate, the Plan provisions have been applied consistently with respect to similarly situated claimants; and
- Whether it constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment option or benefit for your diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

The Appeals Authority will perform a review that takes into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.  The Appeals Authority may, in its sole discretion, hold a hearing. The Appeals Authority will issue a written decision within the specified time period. The decision will explain the reasoning of the Appeals Authority and refer to the specific provisions of this Plan on which the decision is based.  If your appeal involves an adverse determination that is based in whole or in part on a medical judgment, including determinations of whether a particular treatment, drug, or other item is experimental, investigational, or not medically necessary or appropriate, the fiduciary will consult with a health care professional who has appropriate training and experience in the field of medicine involved or in medical judgment.  This professional will be an individual who was not consulted in connection with the initial adverse determination that is the subject of your appeal nor a subordinate of that individual.

The Plan will provide for the identification of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the initial adverse determination, without regard to whether the advice was relied upon in making the determination.  You will be entitled to continue coverage pending the outcome of your appeal to the extent mandated by the ACA, which generally provides that benefits for an ongoing course of treatment cannot be reduced or terminated without providing advance notice and an opportunity for advance review.  Before issuing a final determination based on a new or additional rationale, you shall be provided, free of charge, with the rationale as soon as possible and sufficiently in advance of the date on which the decision is required to be provided, as described below, to give you a reasonable opportunity to respond prior to that date.

42



Please keep in mind that the Appeals Authority has a duty under federal law to administer the Plan in accordance with its terms. The Appeals Authority does not have any authority to depart from the terms of the Plan, no matter how compelling the circumstances.

## Voluntary External Review Program for Group Health Claims

For group health claims, we will notify claimants of the option to request an external review of adverse benefit determinations following the required internal appeal process. We will, through the relevant claim administrator or group health insurer providing coverage under the Plan:

- Provide claimant with the necessary procedures to obtain the external review, which notice will be designed to comply with ERISA,
- Coordinate submission of the claimant's case to an independent review organization, and
- Notify the claimant of the final external review decision.

A claimant may have the right to have an independent group of health care professionals who have no association with the Plan review the claim following a denial on appeal if the claim involves:

- Medical judgment, as determined by an external reviewer,
- A rescission of coverage, or
- Items and services within the scope of the requirements under the No Surprises Act (i.e., Emergency Services provided by an out-of-network provider, air ambulance services provided by an out-of-network provider, ancillary services, and other non-emergency services), except that external review is not available when:
  - Adjudication of the claim results in a decision that does not affect the amount the Covered Person owes,
  - The dispute only involves payment amounts due from the Plan to the provider, and/or
  - The provider has no recourse against the Covered Person.

| For Appeals Regarding: | Follow this procedure: |
|---|---|
| Plan Eligibility | **Appeals Authority: Plan Administrator**<br>(Refer to the section "General Plan Information" for the address of the Plan Administrator.) If you have any questions about a denied eligibility claim, contact the Third-Party Administrator for an additional explanation. If your claim is denied in whole or in part, you may file a final appeal of the eligibility claim by writing to the Plan Administrator. This request must be submitted within 60 days of the date your eligibility claim was totally or partially denied. It should include any documents, records, questions, or comments necessary for a complete review.<br><br>The Plan Administrator will review your request and notify you in writing of its final decision, the specific reasons for such decision, and specific references to Plan provisions. This decision will be made within 60 days after receiving your request, unless there are special circumstances. If there are special circumstances, you will be notified within 120 days. The Plan Administrator has the discretionary authority to interpret the terms and application of the Plan as they relate to your application for eligibility to participate in the Plan and to make a final determination of all claims. Its decision will be final and binding.<br>The Appeals provisions applicable for Medical Coverages or Other Coverages (rather than this eligibility appeal provision) will apply if the claim relates to:<br>&bull; A denial, reduction, or termination of a benefit,<br>&bull; A failure to provide or make payment (in whole or in part) for a benefit, or<br>&bull; Rescission of health benefit coverage, whether or not the rescission has an adverse impact on any particular benefit at this time. |

43



| For Appeals Regarding: | Follow this procedure: |
|---|---|
| | This is the case even if the denial, reduction, termination, or failure to provide or make payment is based on a determination of a participant's or beneficiary's eligibility to participate in the Plan. |
| **Medical Coverages**<br>Medical coverage, including prescription drug coverage | The following procedures apply.<br><br>**Appeals Authority**<br><ul><li>1st Level: Third-Party Administrator.</li><li>2nd Level: Third-Party Administrator.</li><li>Voluntary External Review Upon Exhausting Appeals:  Obtained through Third-Party Administrator.</li></ul><br>**Appeal of an Adverse Benefit Determination**<br>If your initial health claim is denied, you may appeal the denial within 180 days of your receipt of the written denial.  You will be provided, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the claim. You may, upon appeal, submit written comments, documents, records, and other information relating to the claim for benefits.<br><br>A decision on review will be made:<br><ul><li>As soon as possible following the Plan's receipt of a written request for review of an Urgent Health Care Claim, but not later than 72 hours after receipt of the claim;</li><li>Within a reasonable period of time following the Plan's receipt of a written request for review of a Pre-Service Claim, but not later than 15 days after receipt of the claim; and</li><li>Not later than 30 days following the Plan's receipt of a written request for review of a Post-Service Claim.</li></ul><br>If your initial appeal for a Pre-Service Claim is denied, you may appeal the denial of the initial appeal within 30 days of your receipt of the written denial.  In that case, the decision on review will be made within a reasonable period of time following the Plan's receipt of the second written request for review of a Pre-Service Claim, but not later than 15 days after receipt of the appeal.  If your initial appeal for a Post-Service Claim is denied, you may appeal the denial of the initial appeal within 60 days of your receipt of the written denial.  In that case, the decision on review will be made within a reasonable period of time following the Plan's receipt of the second written request for review of a Post-Service Claim, but not later than 30 days after the receipt of the appeal.<br>The review of an appeal of a denied claim will be made by a person different from the person who made the initial determination (or, in the case of a second appeal, by a different person from the person who decided the initial appeal) and will not grant deference to the initial denial (or, in the case of a second appeal, to the initial denial or initial appeal). The decision maker will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of medical judgment, a health care professional with appropriate training and experience in the field of medicine involved in the medical judgment will be consulted. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate of that person (or, in the case of a second appeal, will not be the individual |



| For Appeals Regarding: | Follow this procedure: |
|---|---|
| | consulted during the initial determination or initial appeal, or a subordinate of that person).<br>For an appeal of a medical benefit claim:<br>• If new or additional evidence was considered, relied upon, or generated by the Third-Party Administrator in connection with the claim, the Third-Party Administrator will provide you, free of charge, with such new or additional evidence as soon as possible and sufficiently in advance of the date on which the notice of 2nd level appeal denial determination is provided in order to give you a reasonable opportunity to respond prior to that date; and<br>• If 2nd level appeal denial determination is based on a new or additional rationale, you will receive the rationale, free of charge, as soon as possible and sufficiently in advance of the date on which the notice of 2nd level appeal denial determination is provided in order to give you a reasonable opportunity to respond prior to that date.<br><br>The Third-Party Administrator has the discretionary authority to interpret the terms and application of the Plan as they relate to your application for benefits and to make a final determination of all claims. Its decision will be final and binding. Your beneficiary should follow these same instructions to appeal a claim that follows your death.<br><br>**Voluntary External Review Program for Group Health Claims**<br>You have an option to request an external review of adverse benefit determinations following the required internal appeal process. Specifically, we will, through the Third-Party Administrator:<br>• Provide you with the necessary procedures to obtain the external review, which notice will be designed to comply with ERISA,<br>• Coordinate the submission of your case to an independent review organization, and<br>• Notify you of the final external review decision.<br><br>This Plan intends to comply with the state and federal external review procedures, as applicable, and you will be provided with information describing your rights to file a request for any external review of a claim denial in accordance with those procedures if applicable. |
| **Other Coverages**<br>Hospital Indemnity coverage | The following procedures apply, except as otherwise indicated in applicable coverage booklets from the insurer.<br><br>**Appeals Authority: Plan Administrator**<br>If your claim is denied in whole or in part, you may file an appeal of the denial in writing to the Third-Party Administrator. State why you think your claim should be granted, and include any documents, records, questions, or comments you think are necessary or will aid in a complete review. Upon written request, the Third-Party Administrator will provide you with copies of documents, records and other information relevant to your claim.<br><br>Your review request must be made within 60 days of the date your claim was totally or partially denied. |



| For Appeals Regarding: | Follow this procedure: |
| --- | --- |
| | The Plan Administrator will furnish you with a written decision providing the final determination of the claim. The Plan Administrator's review will take into account all comments, documents, records and other information related to the claim, regardless of whether such items were considered in the initial claim decision. The Plan Administrator's decision on review will be final and binding on you, your dependents and any other interested party. |

## Notice of Benefit Determination on Appeal

A notice of the appeal determination will be in writing.  If an appeal is denied, in whole or in part, the notice will contain the following information:

- The specific reason(s) for the determination, including (1) any applicable denial code and its corresponding meaning, (2) a description of the  standard, if any, that was used in denying the claim, (3) a discussion of the denial decision, and (4) a statement describing the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman established under the Affordable Care Act to assist individuals with the internal claims and appeals and external review processes;
- Information sufficient to identify the claim involved, including the date of service, the health care provided, the claim amount (if applicable), and a statement describing the availability, upon request, of the diagnosis code, the treatment code, and their corresponding meanings;
- A reference to the specific Plan provision(s) on which the determination is based;
- A statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and
- A statement that the individual has the right to bring an action under section 502(a) of ERISA.

In addition, in the case of an adverse appeal determination for a medical benefit, the notice will include:

- A statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);
- If the adverse determination was based on medical necessity, experimental treatment or a similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination based on the Plan terms and your medical circumstances (or a statement that such information will be provided free of charge upon request);
- A statement that the identity of any medical or vocational experts whose advice was obtained in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the adverse benefit determination, will be provided free of charge upon request; and
- A statement regarding how to look into other voluntary alternative dispute resolution options that may be available, such as mediation (e.g., by contacting the local U.S. Department of Labor office and the State insurance regulatory agency).

## Discretionary Authority

Benefits will be paid only if the entity or its delegate responsible for deciding claims and appeals (if applicable) as listed above decides, in its discretion, that the applicant is entitled to benefits.  Similarly, eligibility for participation will be granted only if the Plan Administrator decides, in its discretion, that the applicant is eligible to participate with respect to the particular benefits. In exercising such discretion, the Plan Administrator and each of its delegates responsible for deciding claims shall give controlling weight to the intent of the sponsor of the Plan.

All decisions of the Plan Administrator in the exercise of its authority under the Plan shall be final and binding on the Plan, the Plan Sponsor and all participants and beneficiaries.



## External Review or Legal Action

A claimant cannot initiate an external review or bring an action in an appropriate court under state law or Section 502(a) of ERISA without first exhausting the claims procedures set forth above if the violation by the Plan was:

- De minimis,
- Was not likely to cause (or did not cause), prejudice or harm to the claimant,
- Attributable to good cause or matters beyond the Plan's control,
- In the context of an ongoing good-faith exchange of information between the claimant and the claims administrator, and
- Not reflective of a pattern or practice of non-compliance by the Plan.

## Use and Disclosure of Protected Health Information

The Plan will use protected health information (PHI) to the extent and in accordance with the Uses and Disclosures permitted by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the Privacy and Security Rules. For purposes of this section of the Plan, the term "Plan" refers only to the Medical and prescription drug portions of the Plan.

The Plan will Use and Disclose PHI for purposes related to Payment, Health Care Operations and the other purposes described in the Plan's Privacy Notice.  The Plan may also Disclose PHI to the Employer in certain instances as described in greater detail, below.

## Definitions Related to the Use and Disclosure of Protected Health Information

The following special definitions apply only for purposes of this section:

### Disclose, Disclosing or Disclosure
The release, transfer, provision of access to, or divulging in any other manner of PHI.

### Health Care Operations
Include, but are not limited to, the following activities:

- Quality assessment;
- Underwriting, premium rating, and other activities relating to the creation, renewal or replacement of a contract of health insurance or health benefits, and ceding, securing, or placing a contract for reinsurance of risk relating to health care claims (including stop-loss insurance and excess of loss insurance);
- Conducting or arranging for medical review, legal services and auditing functions, including fraud and abuse detection and compliance programs;
- Business planning and development, such as conducting cost-management and planning-related analyses related to managing and operating the Plan; and
- Business management and general administrative activities of the Plan, including, but not limited to:
    - Management activities relating to the implementation of and compliance with HIPAA's administrative simplification requirements, and
    - Customer service, including the provision of data analyses for the Employer.

### Individual
The person who is the subject of the PHI and shall include a person who qualifies as a personal representative in accordance with the Privacy Rule.

### Payment
This includes activities undertaken by the Plan to obtain premiums or determine or fulfill its responsibility for coverage and provision of plan benefits that relate to an individual to whom health care is provided.  These activities include, but are not limited to, the following:

- Determination of eligibility, coverage, and cost sharing amounts (for example, cost of a benefit, plan maximums, Coinsurance amounts, and Copayments as determined for an individual's claim);

47



- Coordination of benefits;
- Adjudication of health benefit claims (including appeals and other payment disputes);
- Subrogation of health benefit claims;
- Establishing Employee contributions;
- Billing, collection activities and related health care data processing;
- Claims management and related health care data processing, including auditing payments, investigating and resolving payment disputes, and responding to participant inquiries about payments;
- Obtaining payment under a contract for reinsurance (including stop-loss and excess of loss insurance);
- Medical necessity reviews or reviews of appropriateness of care or justification of charges;
- Utilization review, including precertification, preauthorization, concurrent review, and retrospective review; and
- Disclosure to consumer reporting agencies of the Individual's name and address, date of birth, Social Security number, payment history, account number, and name and address of the Plan, but solely for purposes related to obtaining reimbursement for the Plan of any amount the Individual owes the Plan.

**Privacy Rule**
Means the Final Rules on Standards for Privacy of Individually Identifiable Health Information set forth in Federal regulations at 45 CFR Part 160 and Part 164, Subparts A and E.

**Protected Health Information or PHI**
Information (including demographic information collected from an Individual) that is transmitted or maintained in any form or medium (i.e., electronic, written or oral) that:
- Relates to the past, present, or future physical or mental health or condition of an Individual; the provision of health care to an Individual; or the past, present, or future payment for the provision of health care to an Individual;
- Is created by a health care provider, health plan, employer, or health care clearinghouse; and
- Identifies the Individual, or there is a reasonable basis to believe that the information can be used to identify the Individual.

**Required by Law**
A mandate contained in law that compels an entity to Use or Disclose PHI and that is enforceable in a court of law. The phrase "Required by Law" includes but is not limited to: court orders and court-ordered warrants; subpoenas or summons issued by a court, grand jury, or an administrative body authorized to require the production of information; a civil or an authorized investigative demand; and statutes or regulations that require the production of information, including those that require such information if payment is sought under a government program providing public benefits.

**Secretary**
The Secretary of the U.S. Department of Health and Human Services.

**Security Rule**
The Final Rule on Security Standards for the Protection of Electronic Protected Health Information set forth in Federal regulations at 45 CFR Part 160, Part 162, and Part 164.

**Security Incident**
The attempted or successful unauthorized access, use, disclosure, modification, or destruction of information or interference with system operations in an information system.

**Summary Health Information**
Means information:
- That summarizes the claims history, claims expenses, or type of claims experienced by Individuals for whom the Employer has provided health benefits under a group health plan; and


**Collective LP**

- From which the information described at 45 CFR section 164.514(b)(2)(i) has been deleted, except that the geographic information described in 45 CFR section 164.514(b)(2)(i)(B) need only be aggregated to the level of a five-digit zip code.

**Use**

The sharing, employment, application, utilization, examination, analysis, de-identification, or commingling with other information, of information by a party that holds that information.

## Disclosure of PHI to the Employer

This section describes the situations in which the Plan may Disclose PHI to the Employer.

- The Plan may disclose an Individual's PHI to the Employer pursuant to the Individual's authorization. For example, if an Individual asks his or her local human resources representative and/or advocacy service for assistance in obtaining benefits under the Plan, the Individual must complete and sign an authorization before the Plan will Disclose the Individual's PHI to the human resources representative and/or advocacy service; if the Individual does not sign an authorization in this situation, the Plan will not be able to Disclose any of the Individual's PHI to the human resources representative and/or advocacy service. In that case, the human resources representative and/or advocacy service may not be able to provide the Individual with effective assistance. Similarly, if a person seeks assistance from a human resources representative and/or advocacy service regarding another Individual, the Individual must appoint the person as his or her personal representative; if, for example an Employee seeks assistance in obtaining benefits under the Plan for his or her Spouse, the Spouse must designate the Employee as his or her personal representative before the Employee will be given access to the Spouse's PHI or allowed to take any action for the Spouse.
- The Plan may Disclose an Individual's PHI to the Employer as Required by Law.
- The Plan may Disclose to the Employer whether an Individual is participating in (or has stopped participating in) the Plan. This information may be needed to determine the Employee contributions (if any) that are withheld from an Employee's pay to pay for the benefits provided under the Plan.
- The Plan may Disclose PHI to the Employer for purposes related to Payment or Health Care Operations, or for any such other purpose described in the Plan's Privacy Notice. These Disclosures may be necessary because Employees of the Employer perform many of the administrative functions necessary for the management and operation of the Plan, such as conducting cost-management and planning-related analyses for the Employer regarding the Plan.
- The Plan may Disclose Summary Health Information to the Employer. The Employer must limit its use of that information to: (1) Obtaining quotes from insurers, Third-Party Administrators, and other plan providers; or (2) Modifying, amending or terminating the Plan.

For purposes of the last three bullet points listed above, only the following Employees or classes of Employees may be given access to PHI:

- The Plan Benefits Staff,
- The members of the Employer
- Human resources representatives of the Employer as named on the Plan Benefits Staff contact list, and
- Members of the Employer's Accounting Department who are responsible for allocating the cost for group health benefits for Individuals terminated as part of a Layoff to individual business units of the Employer.

The person who holds any position described in the previous sentence may only have access to, and Use and Disclose PHI, to the extent that the person performs management or administrative functions for the Employer that are related to the Plan. The Plan Sponsor has certified to the Plan that the Plan has been amended (pursuant to these provisions) to reflect the above-described restrictions on the Use and Disclosure of PHI.

## Employer Conditions with Regard to PHI

The Employer agrees that, with respect to any PHI Disclosed to the Employer by the Plan, the Employer will:

- Not Use or further Disclose PHI, other than as permitted or required by the Plan document or as Required by Law;
- Ensure that any agents, including a subcontractor, to whom the Employer provides PHI received from the Plan agree to the same restrictions and conditions that apply to the Employer with respect to such PHI;

49



- Not Use or Disclose PHI for employment-related actions and decisions unless authorized by an Individual;
- Not Use or Disclose PHI in connection with any other benefit or employee benefit plan of the Employer unless authorized by an Individual;
- Report to the Plan any Use or Disclosure of PHI that is inconsistent with the Uses or Disclosures provided for in this Plan document of which it becomes aware;
- Make PHI available to an Individual in accordance with the Privacy Rule's access requirements;
- Make PHI available for amendment and incorporate any amendments to PHI in accordance with the Privacy Rule;
- Make available the information required to provide an accounting of Disclosures in accordance with the Privacy Rule;
- Make internal practices, books and records relating to the Use and Disclosure of PHI received from Plan available to the Secretary for the purposes of determining the Plan's compliance with the Privacy Rule; and
- If feasible, return or destroy all PHI received from the Plan that the Employer still maintains in any form, and retain no copies of that PHI when no longer needed for the purpose for which Disclosure was made (or if return or destruction is not feasible, limit further Uses and Disclosures to those purposes that make the return or destruction infeasible).

## Security with Regard to PHI

The Plan Sponsor will, in accordance with the Security Rule:

- Implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the electronic PHI that it creates, receives, maintains, or transmits.
- Ensure that "adequate separation" is supported by reasonable and appropriate security measures. "Adequate separation" means the Plan Sponsor will use electronic PHI only for Plan administration activities and not for employment-related actions or for any purpose unrelated to Plan administration.
- Ensure that any agent or subcontractor to whom electronic PHI is provided agrees to implement reasonable and appropriate security measures to protect the information.
- Report to the Plan any Security Incident of which it becomes aware.

## Noncompliance Issues

The Employer has developed a mechanism for resolving issues of noncompliance, including disciplinary sanctions, if the persons described above in the section captioned "Use and Disclosure of PHI" make an impermissible Use or Disclosure of PHI. Any failure to comply with the policies and procedures described in this Plan document for handling PHI is a violation of the Employer's policies and procedures and applicable standards of conduct. Such behavior may result in disciplinary action, up to and including discharge. In addition, impermissible Use or Disclosure of PHI may result in the imposition of civil and/or criminal penalties under the Privacy Rule and/or Security Rule. The Employer will take any necessary steps to mitigate any harmful effects to the affected Individual resulting from the Employer's improper Use or Disclosure of PHI. If you believe the Plan or the Employer has violated your privacy or security rights with respect to your PHI, you may file a complaint with the Plan's Privacy and Security Officer at P.O. Box 2078, Carlsbad, NM 88221. The Plan will not penalize you for filing a complaint. You may also file a complaint with the Secretary of the U.S. Department of Health and Human Services.

## Subrogation And Right Of Recovery

For medical coverage, in addition to certain other programs as may be described in the attached Appendices, the Plan is designed to only pay covered expenses for which payment is not available from anyone else, including any insurance company or another health plan. In order to help a covered person in a time of need, however, the Plan may pay covered expenses that may be or become the responsibility of another person, provided that the Plan later received reimbursement for those payments (hereinafter called "Reimbursable Payments").

Therefore, by enrolling in the Plan, as well as by applying for payment of covered expenses, a covered person is subject to, and agrees to, the following terms and conditions with respect to the amount of covered expenses paid by the Plan:

- **Assignment of Rights (Subrogation)**
  The covered person automatically assigns to the Plan any rights the covered person may have to recover all or part of the same covered expenses from any party, including an insurer or another group health program, but limited to

50



the amount of Reimbursable Payments made by the Plan. This assignment includes, without limitation, the assignment of a right to any funds paid by a third party to a covered person or paid to another for the benefit of the covered person.  This assignment applies on a first-dollar basis (i.e., has priority over other rights), applies whether the funds paid to (or for the benefit of) the covered person constitute a full or a partial recovery, and even applies to funds paid for non-medical charges, attorney fees, or other costs and expenses.  This assignment also allows the Plan to pursue any claim that the covered person may have, whether or not the covered person chooses to pursue that claim.  By that assignment, the Plan's right to recover from insurers includes, without limitation, such recovery rights against no-fault auto insurance carriers in a situation where no third party may be liable, and from any uninsured or underinsured motorist coverage.

- **Equitable Lien and other Equitable Remedies**
  The Plan shall have an equitable lien against money or property the covered person (or anyone else on behalf of, or for the benefit of, the covered person, such as an agent, representative, attorney, or a trust) may obtain as a result of the covered person's rights of recovery (sometimes referred to as "proceeds"), including amounts from an insurer or another group health program, but limited to the amount of Reimbursable Payments made by the Plan. The equitable lien also attaches to payment from workers' compensation, whether by judgment or settlement, where the Plan has paid covered expenses prior to a determination that the covered expenses arose out of and in the course of employment.  Payment by workers' compensation insurers or the Employer will be deemed to mean that such a determination has been made.  The Plan shall also be entitled to seek any other equitable remedy against any party possessing or controlling such proceeds.  At the discretion of the Plan Administrator, the Plan may reduce any future covered expenses otherwise available to the covered person under the Plan by an amount up to the total amount of Reimbursable Payments made by the Plan that is subject to the equitable lien.  This and any other provisions of the Plan concerning equitable liens and other equitable remedies are intended to meet the standards for enforcement under ERISA that were enunciated in the U.S. Supreme Court's decision in *Great-West Life & Annuity Insurance Co. v. Knudson* and in *Sereboff v. Mid-Atlantic Medical Services, Inc.* The provisions of the Plan concerning subrogation, equitable liens and other equitable remedies are also intended to supersede the applicability of the federal common law doctrines commonly referred to as the "make whole" rule and the "common fund" rule.

- **Assisting in the Plan's Reimbursement Activities**
  The covered person has an obligation to assist the Plan to obtain reimbursement of the Reimbursable Payments that it has made on behalf of the covered person, and to provide the Plan with any information concerning the covered person's other insurance coverage (whether through automobile insurance, other group health program, or otherwise) and any other person or entity (including their insurer(s)) that may be obligated to provide payments or benefits to or for the benefit of the covered person.  The covered person is required to:
  - Cooperate fully in the Plan's exercise of its right to subrogation and reimbursement,
  - Not do anything to prejudice those rights (such as settling a claim against another third party without including the Plan as a co-payee for the amount of the Reimbursable Payments and notifying the Plan),
  - Sign any document deemed by the Plan Administrator to be relevant to protecting the Plan's subrogation, reimbursement or other rights, and
  - Provide relevant information when requested.

The term "information" includes any documents, insurance policies, police reports, or any reasonable request by the Plan Administrator (or its designee) to enforce the Plan's rights.

Failure by a covered person to follow the above terms and conditions for Subrogation and Rights of Recovery may result, at the discretion of the Plan Administrator, in a reduction from future benefit payments available to the covered person under the Plan of an amount up to the aggregate amount of Reimbursable Payments that has not been reimbursed to the Plan.



# MISCELLANEOUS AND STATEMENT OF ERISA RIGHTS

## Miscellaneous Limitations on Rights

The Plan does not constitute a contract between you and the Employer, nor is it to be consideration or inducement for your employment. Nothing contained in the Plan gives you the right to be retained in the service of the Employer or to interfere with the right of your Employer to discharge you at any time, with or without cause (subject only to the provisions of any employment agreement), regardless of the effect which that discharge will have upon you under the Plan.

## Qualified Medical Child Support Orders (QMCSO)

If the Plan Benefits Staff receives a child support order that (1) is a judgment, decree or order of a court (including approval of a settlement agreement) (or else issued through an administrative process established under state law that has the force and effect of law under applicable state law), that (2) provides for child support for a Child of an eligible Employee and (3) either relates to benefits under the health care coverages of the Plan or enforces a federally prescribed state law relating to Medicaid recipients, then the Plan Benefits Staff will notify you and the Child that the order has been received and describe the procedure that the Plan Benefits Staff will follow in deciding whether to honor the order.

Next, the appropriate vendors will separately account for health care claims filed that, in the absence of the order, would not be paid. Payment of these claims will be neither approved nor denied while the Plan Benefits Staff decides whether to honor the order. The Plan will not honor a child support order unless it constitutes a "Qualified Medical Child Support Order" under the law. That means the Plan will not honor a child support order unless it specifies:

- That it applies to this Plan,
- The name and last known mailing address of the affected Employee,
- The name and last known mailing address of the Child,
- A reasonable description of the type of coverage to be provided by the Plan to each Child or the manner in which the coverage is to be determined, and
- The time period to which the order applies.

Also, the Plan will not honor a child support order that purports to require the Plan to provide any type or form of benefit, or any option, that is not already provided for in the Plan (except as necessary to satisfy a federally prescribed state law relating to Medicaid recipients). Upon making the decision whether the order is a "Qualified Medical Child Support Order" under the law, the Plan Benefits Staff will notify the Employee and the Child and act in accordance with the decision.

## Family and Medical Leave

While on a Leave of Absence to which you are entitled under the federal Family and Medical Leave Act of 1993, you will not suffer the loss of any "employment benefit" (as defined for the purpose of the Family and Medical Leave Act) under any feature of the Plan which had accrued before you took the leave and which would not have been lost if you had remained actively at work. But you will not accrue any additional "employment benefits" under any feature of the Plan during the leave, except as specifically set forth in any particular feature. The Company also may allow you to continue to receive all other Plan coverages under your FMLA leave. If you receive pay during your leave, then your paycheck will continue to be reduced by an amount necessary to pay for the cost of eligible coverage which you wish to receive. If you do not wish to receive during your FMLA leave some or all of the eligible coverage which you were receiving just prior to your leave, you must inform the Company prior to the start of your leave. If, however, your FMLA leave is unpaid and you wish to continue participation in the Plan, you must make arrangements with the Company to pay for the eligible coverages maintained during your leave. Your eligibility to continue any coverage which requires payments from you may be cancelled if you do not make the required payments during the period of your FMLA leave. If the Company advances money by making any or all of these required payments for you, it can recoup the amounts advanced through payroll deductions upon your return to employment following your FMLA leave to the extent permitted by law. If you fail to return from your FMLA leave, and the reasons for your failure are not beyond your control, you are indebted to the Company for the full amount of the cost of health coverage provided during your FMLA leave. The Company intends to deduct, or cause to be deducted, any such amounts owed by you from any compensable time payments owed to you upon your termination for failure to return from an FMLA leave to the extent permitted by law.



You should consult your Human Resources department before embarking on any FMLA leave.

## Military Service

Upon re-employment in accordance with the federal Uniformed Services Employment and Reemployment Rights Act of 1994 (which has rules about honorable discharge and time limits on returning to work), you regain entitlement to all rights and benefits which are determined by length of service that you had under the Plan when the military service began, plus any additional such rights and benefits that you would have accrued if you had remained continuously employed during the military service. In addition, no exclusion or waiting period will be applied under any health feature of the Plan that would not have been applied if you had remained continuously employed, except with respect to an illness or injury determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, performance of service in the uniformed services.

## Designation of Primary Care Providers and/or OB/GYN

Some of the medical benefit options may require or permit the designation of a primary care provider. You have the right to designate any primary care provider who participates in your insurer's network and who is available to accept you or your family members. For Children, you may designate a pediatrician as the primary care provider. For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the Plan Administrator at the information described in this booklet. You do not need prior authorization from the Plan, your insurer, or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the network who specializes in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or following for making referrals.

## Utilization Test

With regard to those features of the Plan that constitute a "cafeteria" plan, while the Plan makes the same benefits available to all eligible Employees, regardless of the level of their compensation, it is possible for the top-level Employees to actually take advantage of those features to a significantly greater extent than other Employees. In that case (which we see as highly unlikely), the Internal Revenue Code denies the tax advantage to these top-level Employees. (Everyone else still enjoys the full tax advantage.) The Plan Administrator will monitor this situation and notify any top-level Employee who is affected by it. The Plan Administrator also has authority to cut back the utilization of top-level Employees in order to avoid the problem.

## Service of Process

Service of legal process may be made on the Plan Administrator.

## Plan Sponsor's Employer Identification Number; Plan Number

The Employer Identification Number (EIN) assigned by the Internal Revenue Service to the Plan Sponsor is shown in the table at the front of this document. The Plan Number assigned to the Plan is 501.

## Type of Plan

The Plan is a welfare benefits plan. The Plan's components include medical coverage (which includes prescription drug coverage), dental, accidental death & dismemberment (AD&D) coverage, and fixed indemnity critical illness and hospital coverage.

## Plan Administrator and Administration of Plan

Contact information for the Plan Administrator, and information about how the Plan is administered, can be found in the section "Information About the Plan Administrator and Vendors."

## Indemnification

To the maximum extent permitted by law, the Employer agrees to indemnify and hold harmless the Plan Administrator and its members (if a committee) against any and all expenses and liabilities including, without limitation, the amount of any



settlement or judgment, costs, counsel fees and related charges reasonably incurred in connection with a claim asserted or a proceeding brought against the Plan Administrator or the settlement thereof, which may be incurred in the course of the Plan Administrator's duties under or relationship with the Plan, or which arises out of its actions or failure to act in executing the duties assigned under the Plan.  The Employer may purchase fiduciary liability insurance to insure its obligations under this provision. This right of indemnification is in addition to any other rights to which the Plan Administrator may be entitled. The Employer may, at its own expense, settle any claim asserted or proceeding brought against the Plan Administrator when such settlement appears to be in the best interests of the Employer.

## Circumstances Which May Affect Benefits

The Plan and the Employer are committed to conducting the benefits operations in a safe manner and will not tolerate actions which may endanger those involved in the provision of benefits.  In the event that a Plan participant, in the opinion of benefits operations personnel (including personnel of benefits vendors or carriers) commits an act or threat of violence involving or affecting Employees or contractors, its benefits vendors or insurance carriers, the Plan Administrator may take action up to and including prohibiting the participant from participating in the Plan.

Finally, if the Plan Administrator determines that you or any dependent have attempted to obtain benefits, or obtained benefits, under the Plan fraudulently or by intentional misrepresentation of facts, participation in the Plan may be terminated, retroactively if appropriate, for (1) the individual who committed or attempted to commit the fraud or misrepresentation, and (2) for any individual who assisted such individual to commit, or to attempt to commit, such fraud.

## Source of Plan Contributions

The contributions required to provide coverage available under the Plan are made from the Employer from its general assets, by contributions from the Plan participants, or by a combination of both.  For each available type of coverage under the Plan, the amount or levels of contributions required to be paid by the Plan participant are determined by the Plan Sponsor from time to time, generally on an annual basis, and are shown on your applicable enrollment documents or other Employee communications.

## Funding Medium for Providing Benefits

Benefits are paid from the Employer's general assets.  The Plan has no separate funding vehicle; provided, however, that in the event any separate funding becomes available for the Plan, such assets may be used to pay for Plan benefits and/or administrative expenses at the discretion of the Plan Administrator.

Employees are still responsible for any copay, coinsurance, and deductibles as required under the terms of the coverage provided through this Plan.  For details on copays, coinsurance, deductibles, and other dollar limitations, refer to the charts under the subsection "Medical Benefits."

## Nontransferability

To the extent permitted by law, the right of any participant or any beneficiary in any benefit or to any payment under the Plan cannot be subject in any manner to attachment or other legal process for the debts of such participant or beneficiary; and any such benefit or payment under the Plan cannot be subject to anticipation, alienation, sale, transfer, assignment, or encumbrance.

## Employment

Neither this Plan nor any action taken hereunder may be construed as giving any Employee any equitable or legal right against the Employer, except as specifically provided in this document, or any right to be retained in the employ of the Employer.

## Incompetence of Participants and Beneficiaries

In the event the Plan Administrator deems any person incapable of receiving benefits to which he/she is entitled by reason of minority, illness, infirmity, or other similar incapacity, the Plan Administrator may make payment directly for the benefit of such person to the court-appointed representative of such person.  Such payment shall, to the extent thereof, discharge all liability of the Employer and Plan Administrator.



## Waiver

Failure by the Plan Administrator or its designee to insist upon compliance with any provisions of the Plan at any time or under any set of circumstances shall not operate to waive or modify the provision or in any manner render it unenforceable as to any other time or as to any other occurrence, whether or not the circumstances are the same.

## Errors and Mistakes

An error cannot give a benefit to you if you are not actually entitled to the benefit. In the event of a mistake as to the eligibility or participation of an employee, or the allocations made to the account of any participant, or the amount of distributions made or to be made to a participant or other person, the Plan Administrator may, to the extent administratively feasible and not prohibited by applicable law, cause to be allocated or cause to be withheld or accelerated, or otherwise make adjustment of, such amounts as will in its judgment accord to such participant or other person the credits to the account or distributions to which he is properly entitled under the Plan. Such action by the Administrator may include withholding, or causing the withholding of, any amounts due the Plan or the Employer from compensation paid by the Employer.

## Discretion/Nondiscrimination

Wherever it is provided in the Plan, the Company may perform or not perform any act, or permit or consent to any action, non-action or procedure, or whenever it shall be given discretionary power or authority, it shall have exclusive discretion in the premises; provided, however, that it shall not exercise its discretion in such a manner as to violate the Internal Revenue Code or ERISA or knowingly to unlawfully discriminate either for or against any employee, participant or covered individual or any group of such persons.

## Right to Require Information and Reliance Thereon

The Plan Administrator shall have the right to require any participant to provide it and its agent with such information, in writing, and in such form as it may deem necessary to the administration of the Plan and may rely on that information in carrying out its duties hereunder. Any payment to a participant in accordance with the provisions of the Plan in good faith reliance upon any written information provided by the participant shall be in full satisfaction of all claims by the participant.

## Conclusiveness of Records

The records of the Employer with respect to age, employment history, compensation, absences, illnesses, and all other relevant matters shall be conclusive for purposes of the administration of, and the resolution of claims arising under, the Plan.

## End of Plan Year

The date of the end of the Plan Year for purposes of maintaining the Plan's fiscal records is December 31.

## Governing Law

To the extent not superseded by Federal Law, the laws of the State of Florida will control in all matters related to this Plan, without regard to any conflicts of law provisions.

## Statement of ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all Plan documents, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 series) filed by the Plan with the U.S. Department of Labor, and available at the Public Disclosure Room of the Employee Benefits Security Administration.



Obtain, upon written request to the plan administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Continue health care coverage for yourself, Spouse or dependents if there is a loss of coverage under the Plan as a result of a qualifying event.  You or your dependents may have to pay for such coverage.  Review this summary plan description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

**Prudent Actions by Plan Fiduciaries**
In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**
If your claim for a welfare benefit is denied, in whole or in part, you have the right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits that is denied or ignored, in whole or in part (and you have exhausted the Plan's internal appeal procedure), you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**
If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U. S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.



# NO SURPRISES ACT

*This notice is required for legal compliance, but please be aware that this Plan does not cover any services subject to the No Surprises Act. Accordingly, the text below is just informational and is not applicable to your coverage.*

If you use an out-of-network provider, that provider may send you a bill for any amounts that are not covered by the Plan (subject to certain legal restrictions under the federal No Surprises Act described below). This practice, often called "balance billing," means that the out-of-network provider can bill you not only for the Plan's Deductible and Coinsurance but also for any difference between the billed charges and the Plan's Allowable Expenses, with no maximum/cap. These amounts can be significant.

The No Surprises Act prohibits balance billing in the following circumstances:
- if you receive emergency services from an out-of-network provider (e.g., a provider, hospital, or both),
- if you receive ancillary services from an out-of-network provider at an in-network facility,
- if you receive air ambulance services from an out-of-network provider,
- if you receive Other Non-Emergency Services from an out-of-network provider at an in-network facility, and you decline to waive the balance billing protections of the No Surprises Act.

NOTE: An out-of-network provider may ask for your consent to balance bill. If you do consent to balance billing by that out-of-network provider, the Plan will only pay Covered Expenses at the out-of-network provider level. You will be responsible for the out-of-network provider Cost-Sharing as well as the difference between the billed charges and the Plan's allowable expenses (i.e., the balance billed by the out-of-network provider), with no maximum/cap.

All provisions of the Plan will be construed and administered in a manner consistent with the requirements of the Consolidated Appropriations Act of 2021, including but not limited to the No Surprises Act, that are applicable to the Plan.

**Summary of Benefits and Coverage:** What this Plan Covers & What You Pay for Covered Services
**American Collective LP; Unity 2**

**Coverage Period:08/01/2025 – 12/31/2025**
**Coverage for:** Family     | Plan Type: PPO

Case 0:26-cv-60976-AHS   Document 1-4   Entered on FLSD Docket 04/07/2026   Page 35 of 100

⚠ The Summary of Benefits and Coverage (SBC) document will help you choose a health plan. The SBC shows you how you and the plan would share the cost for covered health care services. NOTE: Information about the cost of this plan (called the premium) will be provided separately. **This is only a summary.** For more information about your coverage, or to get a copy of the complete terms of coverage, [insert contact information]. For general definitions of common terms, such as allowed amount, balance billing, coinsurance, copayment, deductible, provider, or other underlined terms, see the Glossary. You can view the Glossary at https://www.healthcare.gov/sbc-glossary or call 1- 866-270-1554 to request a copy.

| Important Questions | Answers | Why This Matters: |
|---|---|---|
| **What is the overall deductible?** | $0 | See the Common Medical Events chart below for your costs for services this plan covers. |
| **Are there services covered before you meet your deductible?** | Yes. Preventive care and primary care services are covered before you meet your deductible | This plan covers some items and services even if you haven't yet met the deductible amount. But a copayment or coinsurance may apply. For example, this plan covers certain preventive services without cost sharing and before you meet your deductible. See a list of covered preventive services at https://www.healthcare.gov/coverage/preventive-carebenefits/. |
| **Are there other deductibles for specific services?** | $No | You don't have to meet deductibles for specific services. |
| **What is the out-of-pocket limit for this plan?** | $9,200 individual/$18,400 family | The out-of-pocket limit is the most you could pay in a year for covered services. |
| **What is not included in the out-of-pocket limit?** | Premiums, balance-billing charges (unless balanced billing is prohibited), health care this plan doesn't cover and out-of-network copayments | Even though you pay these expenses, they don't count toward the out-of-pocket limit. |
| **Will you pay less if you use a network provider?** | Yes. 866-270-1554 for a list of network providers. | This plan uses a provider network. You will pay less if you use a provider in the plan's network. You will pay the most if you use an out-of-network provider, and you might receive a bill from a provider for the difference between the provider's charge and what your plan pays (balance billing). |
| **Do you need a referral to see a specialist?** | No | You can see the specialist you choose without a referral. |

Case 0:26-cv-60976-AHS   Document 1-4   Entered on FLSD Docket 04/07/2026   Page 36 of 100

⚠ All **copayment** and **coinsurance** costs shown in this chart are after your **deductible** has been met, if a **deductible** applies.

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
| --- | --- | --- | --- | --- |
| | | Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| If you visit a health care **provider's** office or clinic | Primary care visit to treat an injury or illness | $25 copayment | $25 copayment | Maximum of 2 office visit combined for primary care, specialist and urgent care. |
| | **Specialist** visit | $50 copayment | $50 copayment | |
| | **Preventive care**/**screening**/ immunization | No charge | No charge | Office visits for preventive care do not count against the office visit limit |
| If you have a test | **Diagnostic test** (x-ray, blood work) | Not covered | Not covered | |
| | Imaging (CT/PET scans, MRIs) | Not covered | Not covered | |
| If you need drugs to treat your illness or condition More information about **prescription drug coverage** is available at www.[insert].com | Generic drugs | No charge | Not covered | For a complete list of covered drugs, contact Revive at: Phone: (888) 220-6650 Email: customercare@revive.health |
| | Preferred brand drugs | Not covered | Not covered | |
| | Non-preferred brand drugs | Not covered | Not covered | |
| | **Specialty drugs** | Not covered | Not covered | |
| If you have outpatient surgery | Facility fee (e.g., ambulatory surgery center) | Not covered | Not covered | |
| | Physician/surgeon fees | Not covered | Not covered | |
| If you need immediate medical attention | **Emergency room care** | Not covered | Not covered | |
| | **Emergency medical transportation** | Not covered | Not covered | |
| | **Urgent care** | $100 copayment | $100 copayment | Maximum of 2 office visit combined for primary care, specialist and urgent care. |
| If you have a hospital stay | Facility fee (e.g., hospital room) | Not covered | Not covered | |
| | Physician/surgeon fees | Not covered | Not covered | |
| If you need mental | Outpatient services | Not covered | Not covered | |

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
| --- | --- | --- | --- | --- |
| | | Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| health, behavioral health, or substance abuse services | Inpatient services | Not covered | Not covered | |
| If you are pregnant | Office visits | Not covered | Not covered | |
| | Childbirth/delivery professional services | Not covered | Not covered | |
| | Childbirth/delivery facility services | Not covered | Not covered | |
| If you need help recovering or have other special health needs | Home health care | Not covered | Not covered | |
| | Rehabilitation services | Not covered | Not covered | |
| | Habilitation services | Not covered | Not covered | |
| | Skilled nursing care | Not covered | Not covered | |
| | Durable medical equipment | Not covered | Not covered | |
| | Hospice services | Not covered | Not covered | |
| If your child needs dental or eye care | Children's eye exam | Not covered | Not covered | |
| | Children's glasses | Not covered | Not covered | |
| | Children's dental check-up | Not covered | Not covered | |

## Excluded Services & Other Covered Services:

| Services Your Plan Generally Does NOT Cover (Check your policy or plan document for more information and a list of any other excluded services.) | | |
| --- | --- | --- |
| • Cosmetic surgery | • Dental care (Adult) | • Infertility treatment |
| • Non-emergency care when traveling outside the U.S. | • Private-duty nursing | • Long-term care |
| | • Routine eye care (Adult) | • Routine foot care |
| • Acupuncture (if prescribed for rehabilitation purposes) | • Bariatric surgery | • Chiropractic care |
| | • Hearing aids | • Weight loss programs |

| Other Covered Services (Limitations may apply to these services. This isn't a complete list. Please see your plan document.) | | |
| --- | --- | --- |
| • | • | • |

**Your Rights to Continue Coverage:** There are agencies that can help if you want to continue your coverage after it ends. The contact information for those agencies is: [insert State, HHS, DOL, and/or other applicable agency contact information]. Other coverage options may be available to you, too, including buying individual insurance coverage through the Health Insurance Marketplace. For more information about the Marketplace, visit www.HealthCare.gov or call 1-800-318-2596.

**Your Grievance and Appeals Rights:** There are agencies that can help if you have a complaint against your plan for a denial of a claim. This complaint is called a

Case 0:26-cv-60976-AHS   Document 1-4   Entered on FLSD Docket 04/07/2026   Page 38 of 100

grievance or appeal. For more information about your rights, look at the explanation of benefits you will receive for that medical claim. Your plan documents also provide complete information on how to submit a claim, appeal, or a grievance for any reason to your plan. For more information about your rights, this notice, or assistance, contact: the plan administrator at 866-270-1554.

**Does this plan provide Minimum Essential Coverage? Yes**

Minimum Essential Coverage generally includes plans, health insurance available through the Marketplace or other individual market policies, Medicare, Medicaid, CHIP, TRICARE, and certain other coverage. If you are eligible for certain types of Minimum Essential Coverage, you may not be eligible for the premium tax credit.

**Does this plan meet the Minimum Value Standards? No**

If your plan doesn't meet the Minimum Value Standards, you may be eligible for a premium tax credit to help you pay for a plan through the Marketplace.

**Language Access Services:**

[Spanish (Español): Para obtener asistencia en Español, llame al [insert telephone number].]

[Tagalog (Tagalog): Kung kailangan ninyo ang tulong sa Tagalog tumawag sa [insert telephone number].]

[Chinese (中文): 如果需要中文的帮助，请拨打这个号码[insert telephone number].]

[Navajo (Dine): Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' [insert telephone number].]

---

*To see examples of how this plan might cover costs for a sample medical situation, see the next section.*

---

## About these Coverage Examples:

 **This is not a cost estimator.** Treatments shown are just examples of how this plan might cover medical care. Your actual costs will be different depending on the actual care you receive, the prices your providers charge, and many other factors. Focus on the cost-sharing amounts (deductibles, copayments and coinsurance) and excluded services under the plan. Use this information to compare the portion of costs you might pay under different health plans. Please note these coverage examples are based on self-only coverage.

| Peg is Having a Baby | |
|---|---|
| (9 months of in-network pre-natal care and a hospital delivery) | |
| ■ The **plan's** overall **deductible** | $0 |
| ■ **Specialist** *[cost sharing]* | $50 |
| ■ **Hospital (facility)** *[cost sharing]* | % |
| ■ **Other** *[cost sharing]* | % |

**This EXAMPLE event includes services like:**
Specialist office visits *(prenatal care)*
Childbirth/Delivery Professional Services
Childbirth/Delivery Facility Services
Diagnostic tests *(ultrasounds and blood work)*
Specialist visit *(anesthesia)*

| Total Example Cost | $12,700 |
|---|---|

**In this example, Peg would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $0 |
| Copayments | $50 |
| Coinsurance | $0 |
| What isn't covered | |
| Limits or exclusions | $12,375 |
| **The total Peg would pay is** | **$12,425** |

| Managing Joe's Type 2 Diabetes | |
|---|---|
| (a year of routine in-network care of a well-controlled condition) | |
| ■ The **plan's** overall **deductible** | $0 |
| ■ **Specialist** *[cost sharing]* | $50 |
| ■ **Hospital (facility)** *[cost sharing]* | % |
| ■ **Other** *[cost sharing]* | % |

**This EXAMPLE event includes services like:**
Primary care physician office visits *(including disease education)*
Diagnostic tests *(blood work)*
Prescription drugs
Durable medical equipment *(glucose meter)*

| Total Example Cost | $5,600 |
|---|---|

**In this example, Joe would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $0 |
| Copayments | $50 |
| Coinsurance | $0 |
| What isn't covered | |
| Limits or exclusions | $5,275 |
| **The total Joe would pay is** | **$5,325** |

| Mia's Simple Fracture | |
|---|---|
| (in-network emergency room visit and follow up care) | |
| ■ The **plan's** overall **deductible** | $050 |
| ■ **Specialist** *[cost sharing]* | $50 |
| ■ **Hospital (facility)** *[cost sharing]* | % |
| ■ **Other** *[cost sharing]* | % |

**This EXAMPLE event includes services like:**
Emergency room care *(including medical supplies)*
Diagnostic test *(x-ray)*
Durable medical equipment *(crutches)*
Rehabilitation services *(physical therapy)*

| Total Example Cost | $2,800 |
|---|---|

**In this example, Mia would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $0 |
| Copayments | $50 |
| Coinsurance | $0 |
| What isn't covered | |
| Limits or exclusions | $2,475 |
| **The total Mia would pay is** | **$2,525** |

The plan would be responsible for the other costs of these EXAMPLE covered services.

I agree that I have a full and complete understanding of the programs for which I have elected. I agree and understand that I am joining the American Collective, LP.

- I acknowledge that I have read, understand, and agree to the Joinder Agreement.

- I acknowledge that I have read, understand, and agree to the terms and conditions.

- I acknowledge that I have read, understand, and agree to the American Collective LP, Specific Plan Document and Summary of Benefits and Coverage Document.

**American Collective, LP**

*Shermar Moore*

Shermar Moore
Its: Manager

**NALP:**

X : *Christian Blake Bunker*
CHRISTIAN BUNKER

Date: 14 Dec 2025 21:12:00 GMT
Effective Date: 15 Dec 2025
IP Address: 69.230.93.166
Device Identity: Google Chrome

# FRAZER ATTACHMENT G

# BBB COMPLAINT

12/17/25, 1:55 PM                                    Printer Friendly Record Details

| Record # 1 / 195128619 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| Reference Number: | 195128619 | Originator Reference Number: | Scam1130692 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC?: | No |
| Comments: | IsVictim:true — Additional Comments: I filled out questionnaire saying recommended by Dave Ramsey, then I got a call from a local number, near Indianapolis, but the company is supposedly in Louisiana. I then read about how many people got scammed by this company and I realized it happened to me too. They were very convincing and promised it was Aetna insurance through first health. Delivered nothing, not legit, even gave fake id card. — Initial Means of Contact: Phone — Age Range: ▮ | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | No | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 12/16/2025 10:39:41 AM |
| Created By: | BBBST-USER | Created Date: | 12/15/2025 12:00:00 AM |
| Updated By: | | Updated Date: | |
| Complaint Source: | BBB Scam Tracker | Product Service Description: | Other Misc. |
| Amount Requested: | $259.05 | Amount Paid: | $259.05 |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 12/15/2025 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer Small Business or Organization: | | | |

| First Name: | Lisa | Last Name: | Frazer |
|---|---|---|---|
| Address 1: | | Address 2: | |
| City: | *(Cleansed: Plainfield)* | State: | ▮ |
| Zip: | ▮ | Country: | UNITED STATES |
| County: | ▮ | Federal Judicial District: | ▮ - Southern |
| Home Number: | ▮ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ▮@gmail.com |
| Age Range: | | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |

| Subject | | | |
|---|---|---|---|
| Subject: | American Collective Lp | Normalized Name: | American Collective Lp |
| Address 1: | 650 Poydras St. suite 1400 PMB #6807 | Address 2: | |
| City: | New Orleans | State/Prov: | Louisiana |
| ZIP: | 70130 | Country: | UNITED STATES |
| County: | Orleans | Federal Judicial District: | Louisiana - Eastern |
| Email: | partnerservices@americancollectivelp.com | URL: | https://americancollectivelp.com/about/ |
| Phone Number: | 463-2087475 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | | Title: | |

# FRAZER ATTACHMENT H

# FTC ONLINE COMPLAINT

## Record # 1 / 195054067 / Consumer Sentinel Network Complaint

| Reference Number: | 195054067 | Originator Reference Number: | |
|---|---|---|---|
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC?: | No |
| Comments: | I filled out an insurance inquiry online, it said it had something to do with Dave Ramsey (although I checked later and there is no affiliation), I got a call within a couple minutes. The call came from Bargersville Indiana (phone 463-208-7475) which I thoughtwas strange since she said company was out of Louisiana. She sounded so legit, said it was a PPO network first Health and Aetna was servicer, they gave me ID number U239653. She signed my son up as I was inquiring for insurance for him. which now seems strange because it seemed like she would want to talk to him. I told her I , Lisa Frazer, would be making the payments. She took my debit card info and debited $260.from my account then sent multiple emails to my son and they all said American Collective, not Aetna or First Health (my sonforwarded me all emails). She gave info on a portal: https:member.adv.americancollectivelp.comdashboard and it really seemedlegit, it let you log in and view ID cards etc. I signed my son up for portal, so if you use the above address and put in my son's username ▓▓▓▓@gmail.com and password: ▓▓▓▓▓ it shows you the whole portal , ID, and documents, but nowhere areyou able to leave a message to contact anyone  After reading reviews on line and seeing how many people got scammed, I knew Ihad got scammed too. I had my son call and cancel, but he never could get a hold of anyone; and when I tried to call the (463) 208-7475 number, I told them they scammed me, they hung up, I called again, and kept getting different people until they realized Ifigured it out and blocked me. Initially, the lady gave me this number: 1-888-563-2321 for customer service, it is a non workingnumber. All the texts for portal came from this : (201) 508-9182.They are scamming people monthly. Please check them out andSHUT them down. This is their fake website: https:member.adv.americancollectivelp.comdashboard. thank you. Lisa Frazer, Ihope you can help. My number is ▓▓▓▓▓ | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 12/15/2025 6:04:08 PM |
| Created By: | FTCCIS-FTCUSER | Created Date: | 12/15/2025 6:04:08 PM |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaints | Product Service Description: | Misc. Medical |
| Amount Requested: | | Amount Paid: | $260.00 |
| Payment Method: | Debit Card | Agency Contact: | Internet |
| Complaint Date: | 12/15/2025 | Transaction Date: | |
| Initial Contact: | Online Ad or Popup: trusted.ramseysolutions.com | Initial Response: | |

12/17/25, 2:08 PM                                 Printer Friendly Record Details

| Statute/Rule: | FTC Act Sec 5 (BCP) Restore Online Shoppers' Confidence Act | Law Violation: | Deception/Misrepresentation I had difficulty canceling a recurring charge |
|---|---|---|---|
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |

|   | Consumer Information | | |
|---|---|---|---|
| Consumer Small Business or Organization: | | | |
| First Name: | Lisa | Last Name: | Frazer |
| Address 1: | ▮▮▮▮ | Address 2: | |
| City: | ▮▮▮ | State: | ▮▮ |
| Zip: | ▮▮▮▮ | Country: | UNITED STATES |
| County: | ▮▮▮ | Federal Judicial District: | ▮▮ Southern |
| Home Number: | | Cell Number: | ▮▮▮ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ▮▮▮@gmail.com |
| Age Range: | ▮▮ | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |

|   | Subject | | |
|---|---|---|---|
| Subject: | American Collective Lp | Normalized Name: | American Collective Lp |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | UNITED STATES |
| County: | | Federal Judicial District: | |
| Email: | | URL: | americancollectivelp com |
| Phone Number: | 463-2087475 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |

12/17/25, 2:06 PM                                    Printer Friendly Record Details

| Subject ID Issuer Country: | | | |
|---|---|---|---|
| Representative: | | Title: | |

# PX 5

**DECLARATION OF HAILEY GILLAM**
**PURSUANT TO 28 U.S.C. § 1746**

I, Hailey Gillam hereby declare as follows:

1.      My name is Hailey Gillam. I live in Gulf Breeze, Florida and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      My husband recently moved to the United States from England and needed health insurance. Around March 2024, my dad searched online for health insurance.  He told me he filled out a form on a health insurance website to receive a call from a health insurance agent with Florida Marketplace. He then received a call and spoke with an agent about health insurance coverage for my husband. The agent then gave his phone number to my dad so that my husband and I could call him to enroll in health insurance.

3.      On March 13, 2024, my husband and I called 936-628-8432, the number the agent had given to my dad, from my cell phone. He did not pick up the phone but texted back to say he would call back "from [his] computer in just a moment." Shortly afterward, we received a call from a different number. When we answered, the caller introduced himself as Joseph and stated he was a health insurance agent with the Florida state marketplace. We said we needed health insurance for my husband who had just moved to the United States. Joseph said he could offer my husband an Aetna plan. It would have a monthly premium of $339.86 and an additional one-time enrollment fee of $124.14 would be added to the first month's premium. I knew Aetna was a major insurance company and was glad to proceed with purchasing a plan from a known company. Joseph described the plan benefits. Although I don't remember all of the details, I do remember specifically that Joseph said that plan had a low or no deductible, modest copays, and full coverage for prescription drugs. Although I don't remember the exact amounts of the copays

Page **1** of **11**

Joseph quoted, I remember they were lower than copays quoted by other insurance companies from which we had received health insurance quotes for my husband. The Aetna plan that Joseph described offered the comprehensive coverage we were looking for, and we agreed to buy it. I gave my debit card information for payment, and my husband was enrolled in the plan. I do not recall seeing any written plan information prior to providing my debit card information. My husband and I searched our text messages and inboxes and did not find any plan documents or written information sent to us prior to his enrollment. During the sales call, Joseph did not provide any information about how to cancel the plan he was enrolling us in, but he did say this was a month-to-month plan. Our entire conversation with Joseph lasted nearly two hours.

4.     On March 18, 2024, my husband received an email from admin_noreply@innovativepartnerslp.com, with the subject "Innovative Partners – Partner Portal." The message contained login information and a link to a "Partner Portal," which would provide "immediate access" to my "temporary ID cards, resources, [and] monthly payment details." He forwarded the email to me, and **Gillam Attachment A** is a true and correct copy of that email. I logged in to the portal using this information and downloaded the plan documents I found there, which are attached and labeled as follows: **Gillam Attachment B** is a true and correct copy of the document titled "Innovative Partners, LP Health Benefit Plan, Summary Plan Description for the Benefits of the Elite 6MD Policy"; **Gillam Attachment C** is a true and correct copy of the document titled "Innovative Partners, LP Health Benefit Plan, Guardian Accidental Death and Dismemberment Benefit"; and **Gillam Attachment D** is a true and correct image of the health plan ID card I downloaded and then had printed. The ID card had the name "Innovative Partners, LP" at the top left, and listed my husband's "Member ID" number. The card also listed the following dollar amounts: "Primary Physician Co-Pay: $25" and "Specialist

Co-Pay: $50." The card provided a URL for "First Health Network PPO Information" and a Georgia mailing address for "Group Resources," to which to "[m]ail all NON PPO claims." It also had a phone number for "members" to call regarding "benefits & claims": 866-949-3581. I was surprised that the portal site, plan documents, and ID card referenced a company called Innovative Partners, which I had never heard of, and that Joseph had not mentioned on our almost two-hour call.

5.     A week or two after the enrollment call, my husband received a letter in the mail from Innovative Partners, and it had his physical health insurance ID card attached. Other than the card, there were no written plan documents attached to the letter. **Gillam Attachment E** is a true and correct image of the letter. **Gillam Attachment F** is a true and correct image of the front of the ID card**. Gillam Attachment G** is a true and correct image of the back of the ID card. The physical card looked similar to the ID card I had downloaded from the portal, **Gillam Attachment D**, but had some differences. For example, instead of directing claims to "Group Resources" at the Georgia address, like the ID card from the portal, the physical card featured an instruction to "submit Medical Electronic Claims Directly to Marpai . . . ." It was followed by a Minnesota mailing address for "Marpai Health."

6.     After my husband enrolled in this plan, we wanted to establish care with a primary care physician. To find a doctor in-network for his plan, I logged onto the Partner Portal, where there was a link to a site on which I could search for providers. I found that Ascension Sacred Heart medical centers in Pensacola, Florida accepted this plan, so I went to the Ascension Sacred Heart website and made an appointment for my husband. However, when we looked for appointments, the earliest appointment was far into the future and my husband needed refills sooner on his prescriptions for his psoriatic arthritis.

7.      On May 3, 2024, my husband went to urgent care within the Ascension Sacred Heart medical system to receive a refill of his prescription Celecoxib – an anti-inflammatory for his psoriatic arthritis. I believed his new insurance plan would be accepted there because the Ascension Sacred Heart medical system had appeared in my provider search from the Partner Portal. My husband told me he presented his health insurance ID card at his urgent care appointment, and they accepted his health insurance. He paid a $50 co-pay for this visit. He expected this charge because his health insurance ID card, **Gillam Attachment G,** listed "Specialist Co-Pay: $50." He bought his prescription without using the Innovative Partners plan.

8.      A few weeks later, we received a document in the mail with the title "EXPLANATION OF BENEFITS" in large red font at the top right; the return address indicated it was from Marpai Health in Eagan, Minnesota. **Gillam Attachment H** is a true and correct copy of that document, which I later downloaded from the Marpai website. At the top right, the document stated in bold text "Group Name: Innovative Partners, LP," and below that, in bold red text "*** THIS IS NOT A BILL ***." There was information about my husband's urgent care appointment, including the provider, Sacred Heart Health System, date of service, May 3, 2024, and the "[b]illed [c]harges" of $213.23. Under the heading "NETWORK," there was a column listing the "PAID Amount," and the values listed in that column were all "$0.00." I was confused by this, but I was not concerned because the document also stated that "Amount Patient May Owe Provider," was $0.00.

9.      On June 4, 2024, my husband had his first primary care appointment with his new primary care physician. When the primacy care doctor's office requested his insurance information, he said his provider was Aetna, and he provided the member ID and group number from his health insurance ID card. The doctor's office was unable to find his plan in their

systems when searching under Aetna, so they also tried "Innovative Partners," which was the company name at the top of the health insurance ID card. That did not work either. Finally, the office was able to find my husband's plan under the company Marpai, which was listed on the back of his mailed ID card, **Gillam Attachment G**.

10. On the same day, after this appointment, my husband and I went to CVS to pick up multiple prescriptions. Some of these prescriptions were for his psoriatic arthritis, anxiety, heartburn relief and anti-depressants. When we went to pick up the prescriptions, the pharmacist at CVS notified us that our Innovative Partners plan did not cover prescriptions. While in the CVS, I logged into the Innovative Partners portal on my phone and found a generic prescription savings card. **Gilliam Attachment I** is a correct and true copy of the document with the prescription savings card that was in my Innovative Partners portal. The document had the words "Single Care" in large print in the upper left-hand corner. In the top right corner, there was a copy of a "PHARMACY SAVINGS CARD" with an "AUTHORIZATION NUMER." This card also listed that the Single Care card allowed for "UP TO 80% OFF YOUR PERSCRIPTIONS." The body of the document featuring the card stated to use the card we just needed to "show one of these cards to the pharmacist next time you fill a prescription." Months later, reviewing this document again, I discovered fine print stating that "SingleCare is not insurance. There are no claim forms, deductibles, limitations, or maximums." That was followed by another fine print statement: "SingleCare can be used by anyone. No one is excluded from this program for any reason."

11. I showed the CVS pharmacist the card on my phone, it was accepted, and we were able to purchase the prescriptions at a discounted rate. I do not recall the specific amount the discounted rate was. The medications were more expensive than what I assumed he would

pay with the full coverage insurance we had purchased with Innovative Partners, but despite the cost we bought it because my husband needed them for his pre-existing conditions.

12. Sometime in early June 2024, my bank replaced the debit card I had provided to pay for my husband's health plan because the chip on the card had stopped working. The reissued card had a new number.

13. On June 14, 2024, my husband received an email from partnerservices@innovativepartnerslp.com, with the subject "Innovative Partners – PAYMENT DECLINED – Action Required." My husband forwarded that message to me, and **Gillam Attachment J** is a true and correct copy of the forwarded message. It stated that unless we provided another payment method by calling 866-949-3581—the same number that was listed on my husband's ID card—my husband's "[h]ealth services will be suspended." Around this time, we also received a letter in the mail from Innovative Partners with a similar message. We were very concerned that unless the payment information was updated, my husband would be without health insurance, so again, each of us tried calling 866-949-3581, but neither of us were connected to an agent. Instead, we had the same experience: when we called, the call would ring and ring until it would eventually disconnect. Over the course of the following week, we both called this number numerous times, and none of our calls connected to an agent—they would just disconnect after ringing for several minutes.

14. On June 19, 2024, and June 21, 2024, my husband received emails from Innovative Partners that were the same or substantially similar to the message he received on June 14, 2024, **Gillam Attachment J,** requesting we call 866-949-3581 to update our payment information. We were confused and frustrated by these messages, because we had both been

calling the number, as instructed, for days to update the payment information and no one had picked up our calls.

15.     Because we weren't having any luck reaching an agent at the Innovative Partners number from the email alerts and ID card, 866-949-3581, on June 21, 2024, I texted 936-628-8432, the number from which Joseph had originally texted me. **Gillam Attachment K** is a true and correct copy of the text message exchange between Joseph and me that day. I told Joseph that my husband had tried calling 866-949-3581 to update his payment information, but he never connected to an agent. Joseph responded that this was the "wrong number." He explained that 866-949-3581 is the number "for the insurance company as a whole" and would just connect to an "automated system." To speak with a "real person," Joseph directed us to call 855-432-1273, which he said was his "own customer service department" for his clients. Joseph added that we could text him if we had any difficulty connecting with an agent at his customer service number.

16.     My husband called 855-432-1273, and he did connect with an agent. He or I provided the updated credit card information over the phone. On this call, the agent warned that my bank will flag the payment as potentially fraudulent, and when that happens, I should approve it. On June 21, 2024, my husband received a confirmation email from partnerservices@innovativepartnerslp.com stating that they had received a request to change the payment method for my husband's plan. He forwarded that email to me, and **Gillam Attachment L** is a true and correct copy of the forwarded email. On June 24, 2024, my card was charged $339.86 by Innovative Health Plans, and **Gillam Attachment M** is a true and correct screenshot of my transaction records from my bank, showing the June 24 monthly premium charge from Innovative Health Plans.

17.     On July 3, 2024, my husband went to a medical facility for bloodwork that his doctor had ordered. The staff there had difficulty finding his insurance information, and he suggested they search for his plan under the company Marpai, which was how the doctor's office had found the plan when he had come in for his June 4, 2024 appointment. The facility then told him they were able to find his plan information, and my husband proceeded with the bloodwork. No one noted any issues with his insurance coverage at that appointment.

18.     On July 15, 2024, my card was charged $339.86 by Innovative Health Plans for my husband's monthly premium, and this charge is reflected in the transaction record in **Gillam Attachment M**.

19.     On July 16, 2024, my husband went for a follow-up appointment with his doctor. Staff at his doctor's office informed him that his insurance company had not been paying for his appointments.

20.     That month, July 2024, I realized that I would soon have the option to enroll my husband in the group health insurance plan I had through my employer. Before making the switch, however, I wanted to compare his coverage at that time with the coverage on my employer plan. I reviewed all my plan documents and compared them with my husband's plan documents, which I had downloaded from the Innovative Partners portal, **Gillam Attachments B and C**. I was very surprised at the difference between the two sets of plan documents. The documents from my employer plan were highly detailed regarding specific treatments, procedures, and appointments that were covered and those that were not, while there was very little detail in the Innovative Partners documents. The lack of detail in the Innovative Partners gave me some pause. But my husband could not enroll in my employer's plan until the open enrollment period starting September 1, so we decided to keep him enrolled in the Innovative

Page **8** of **11**

Partners plan until then to make sure he had at least some insurance coverage, even if it wasn't as good as the coverage under my employer's plan.

21.     On July 17, 2024—the day after my husband learned as his doctor's appointment that his insurance company had not been paying for his care--I texted Joseph at 936-628-8432 to notify him that the insurance company had not been paying for my husband's appointments. Joseph did not respond to this text.

22.     Later in the evening of July 17, 2024, my husband received an email from Innovative Partners, partnerservices@innovativepartnerslp.com, with the subject "Cancellation Confirmation." He forwarded that message to me, and **Gillam Attachment N** is a true and correct copy of the forwarded email. The message stated that Innovative Partners had received my husband's "request to cancel [his] health plan." This confused us because neither my husband nor I had requested to cancel, and I had been charged for his monthly premium two days prior, on July 15, 2024. We worried that this unprompted cancellation could mean that my husband would be without coverage for the next few weeks and that Innovative Partners would not pay anything towards his existing medical bills.

23.     The next morning, July 18, 2024, I texted Joseph again, alerting him that my husband's health plan had been improperly cancelled. I told Joseph I had already paid my husband's July premium and expected coverage to continue until August 31, 2024. He responded he would have his customer service team and manager look into the issue. Joseph subsequently texted me that my husband's plan had been cancelled because I had not paid for the month of July. I disputed this but Joseph insisted that I had not paid and that the plan cancellation had been proper; he said that if I wanted coverage for my husband through August 31, 2024, I would have to re-enroll. I also repeated my message to Joseph that the insurance company still had not paid

for my husband's medical appointments, and the receptionist was not able to find his policy under Aetna. In response, Joseph reassured me that my husband's plan is "Aetna private insurance." I texted Joseph a request to call my husband to straighten things out.

24.     Shortly afterward, Joseph texted me that he had spoken to my husband and the options going forward were "two different private plans we can get him enrolled into" with the same company that "would still cover the past medical expenses." Joseph's text stated that it would be $300 to enroll in one of these plans. He added the private plans would cover my husband "in any of the United Nations," so when "he's in Britain," where my husband is from, "[h]e will have insurance too."

25.     Based on my husband's reports that the plan had not been paying for his appointments and the extremely limited details in the plan documents, I had become convinced that Innovative Partners was a scam, and we did not pursue re-enrollment. I reported our experience to the Federal Trade Commission and called my bank to report the related charges as fraud. The bank refunded the monthly premium payments of $339.86 dating back to April 2024. It did not, however, refund the initial charge of $464.86 from March 2024, because we were beyond the bank's window for disputing charges.

26.     We were worried about the medical bills for my husband's care while he was enrolled with Innovative Partners. To look into the bills, I searched online for the website for Marpai, the company under which the doctor's office had found my husband's policy. When I reached the Marpai website at the URL www.mymarpai.com, I was prompted to set up a user ID to log in to the portal. None of the emails we had received from Innovative Partners had directed my husband to do this previously. Once I logged in, I found several claim documents for the care my husband had received in July 2024. I downloaded all three of these, and **Gillam Attachment**

Page **10** of **11**

O is a true and correct copy of the claim documents. I was alarmed to find that each of the claim documents listed the same dollar value for "Total Billed Charges," "Total Not Covered" and estimated "Total Member May Have to Pay." I understood this to mean that the Innovative Partners plan had not paid anything towards my husband's medical bills and that we could be on the hook for the total $2,086.70 of charges. This realization caused us enormous stress.

27.     This experience with Innovative Partners was incredibly stressful for both my husband and me. If we had known this was not health insurance and would not cover a substantial portion of my husband's medical bills, we never would have enrolled. We lost $464.86 for the first month's payment to Innovative Partners that was not refunded, and many hours spent on the phone, online, and texting with Joseph trying to resolve issues related to this plan. The stress of this experience was so severe that I broke down in tears at work one day and had to go home early. We are currently living in fear of the roughly $2,000 in medical bills, which are unaffordable for us and that we have not yet received, for my husband's care during the time he was enrolled in the Innovative Partners plan. After discovering that Innovative Partners was not a real insurance company and was not paying anything towards my husband's appointments, he decided to forgo further care until he could enroll in the insurance plan I had through my employer. For example, despite his doctor's recommendations, he decided not to get an MRI at that time. We just could not afford to take on those costs without insurance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6 , 2024.

Hailey Gillam
Hailey Gillam

Page 11 of 11

# Gillam
# Attachment A

Fwd: Innovative Partners - Partner Portal

From:  Jack Woodley (████████████████████)

To:     hailey.gillam@██████

Date:  Monday, March 18, 2024 at 12:30 PM CDT


---------- Forwarded message ---------
From: **Innovative partners** <admin_noreply@innovativepartnerslp.com>
Date: Mon, 18 Mar 2024 at 12:26
Subject: Innovative Partners - Partner Portal
To: <jack.woodley█████████████>


# Welcome JACK G WOODLEY

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: **jack.woodley**██████████
Temporary Password: ██████████


Need help? Contact your recruiter or our partner services team today!



866-949-3581
partnerservices@innovativepartnerslp.com

# Gillam
# Attachment B

021524

# INNOVATIVE PARTNERS, LP
# HEALTH BENEFIT PLAN
### Summary Plan Description for the Benefits of the
### Elite 6MD Policy

Congratulations, you have just enrolled in Innovative Partners, LP's *Elite 6MD* Health Benefit Plan. This is a limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA"). This plan is designed to meet the needs of our employees and Active Limited Partners (including their families) who have been either unable to find a suitable major medical policy/plan, or who wish to supplement their existing major medical policy/plan. Please keep in mind that this Plan is not designed to be a major medical policy/plan nor is it designed to replace a major medical policy. This Plan has certain limitations and exclusions contained herein. Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1:        GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time. |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | April 1, 2023 |
| 1.9. | Plan Year: | January 1 through December 31 |

021524

| | | |
|---|---|---|
| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active Limited Partner |
| 1.11 | Program or Policy Name: | Elite 6MD |
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | Marpai<br>PO Box 21112, Eagan, MN 55121<br>Payor ID #: 35245 |

## SECTION 2:   NETWORK BENEFITS AND DISCOUNT PROGRAMS

We want to keep all of our partners as healthy and safe as possible; therefore, as a participant in this plan you (and any beneficiaries that you have added to your plan) will have access to the following benefits:

### 2.1   First Health Network:

Your Plan includes participation in the First Health Network which is one of the largest and most comprehensive independent participating provider (PPO) networks in the United States. When you go to a participating provider, First Health will reprice the charges from your doctor and you will receive the applicable discount. Once any applicable discount is applied, and if your medical service is covered by your Plan, the appropriate benefits will be paid toward your claim. Please remember that even after you exhaust your benefits under your Plan, you can still receive the participating provider discounts. Please visit www.FirstHealthLBP.com to find a participating provider or contact 866-949-3581 to obtain benefit information.

### 2.2   Prescription Discount Benefits:

All of the participants in your plan get to enjoy the countless discount pharmaceutical benefits of SingleCare. To download the app, simply go to: SingleCare.com and *use the code on your card*.

## SECTION 3:   SCHEDULE OF HOSPITAL AND MEDICAL BENEFITS

### 3.1   General Medical Benefits:

021524

This Plan provides medical benefits in Section 3.1 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an unforeseen illness, sickness, or injury to the body. Whereas the benefits in Section 3.2 can only be for expenses resulting from an Accident, benefits in Section 3.1 can be used for either Accident or non-Accident expenses.

1. ***Emergency Room and Urgent Care Visits: $150/ one visit per year/ $50 co-pay.***
   We will pay you p to $150 each time you, or a covered person, visit a hospital emergency room or urgent care medical professional, and you make a $50 co-pay to the medical facility. This benefit can only be used a maximum of one time per year per covered person.

2. ***Physician Visit Benefit:***

   a. ***Specialist Physician Visits:   $150 / per visit per year / $50 co-pay.***
      We will pay you up to $150 when you, or a covered person, visit a physician who is a Specialist, and you make a $50 co-pay to the Specialist.

   b. ***Physicians:   $150   /   per   visit   per   year   /   $25   co-pay.***
      We will pay you up to $150 when you, or a covered person, visit a physician or urgent care medical professional, and you make a $25 co-pay to the physician.

   c. You, or a covered person, are allocated a total of six (6) of the Specialist *or* physician visits described in the preceding two paragraphs. You, or a covered person, are free to use all six (6) of the allocated visits for either a Specialist or a physician, or you can mix or match the various benefits as long as you, or a covered person, do not exceed a combined number of six (6) visits for all Specialist and physician visits.

## 3.2   Medical Benefits Resulting from an Accident Only:

This Plan also provides additional medical benefits in this Section 3.2 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an Accident as defined herein. ***These benefits are not for unforeseen illness or sickness, they are only for an Accident as defined.***

1. ***Hospital Room and General Nursing Care up to the Semiprivate Room Rate: up to $2,500.***
   If you, or a covered person, are confined to a hospital room as a result of an Accident, we will pay up to $2500 for the cost of the room, general boarding costs, and general nursing care up to a maximum of $2500.

2. ***Physician's Fees for Surgery: up to $2500.***

021524

We will pay a physician's fee for a surgical procedure required by an Accident to you, or a covered person, up to a maximum of $2500. The surgery must be performed in a hospital, or other state-licensed surgical center.

3.   ***Anesthesia Services: up to $2500.***
     We will pay for any anesthesia services that are medically necessary as a result of an Accident to you, or a covered person, up to a maximum of $2500.

4.   ***Nonsurgical Physician Care, inpatient or outpatient: $75.***
     We will pay you up to $75 for any nonsurgical physician services that you incur as a result of an Accident to you, or a covered person, regardless if the services are inpatient or outpatient.

5.   ***Hospital Emergency Room Care: up to $500.***
     We will pay up to $500 in the event you, or a covered person, are required to receive emergency room care at a hospital as a result of an Accident.

6.   ***X-rays, Ultrasounds, and other Medical Imaging: up to $250.***
     We will pay up to $250 for x-rays, ultrasounds, and other medical imaging performed, as described herein, that are medically necessary as a result of an Accident to you, or a covered person.

7.   ***Ambulance Service: up to $250.***
     We will pay up to $250 if your injuries, or those of a covered person, as a result of an Accident that requires you, or a covered person, to be transported by an ambulance.

8.   ***Prescription Drugs: up to $500.***
     We will reimburse up to the amount of $500 for any prescription drug cost that you, or a covered person, incur provided that the prescription drugs are directly related to and medically necessary as a direct result of an Accident.

9.   ***Dental Surgery for Injury to Sound Natural Teeth: up to $500.***
     We will reimburse you, or a covered person, up to the amount of $500 for any dental surgery medically necessary and entirely required as a direct result of an Accident.

10.  ***Physical Therapy: First Visit $60, Subsequent Visits, $30.***
     In the event the injuries that you, or a covered person, incur as a direct result of an Accident, require you, or a covered person, to receive physical therapy services, we will reimburse $60 for the first physical therapy visit and reimburse $30 for each subsequent visit up to a maximum number of four (4) visits after the initial first visit.

**3.3   Waiting Period:**

021524

All sickness and indemnity benefits provided for in this Plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an Accident or loss of life.

***PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.***

## SECTION 4:      DEFINITIONS

The following definitions shall be controlling when used in connection with this plan. You should read and understand these definitions.

**ACA or PPACA** means the Patient Protection and Affordable Care Act of 2010, as amended.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Active Limited Partner(s)** means the limited partner made a signatory to either the Limited Partnership Agreement of the Plan Sponsor, or a Joinder Agreement to such Limited Partnership Agreement hereto, as well as other limited partners which may be added from time to time pursuant to the Limited Partnership Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

**Ambulatory Surgical Center** (ASC) means a distinct entity that operates exclusively for the purpose of furnishing outpatient surgical services.  The Ambulatory Surgical Center must be certified by the Center for Medicare and Medicaid Services (CMS).  An ASC is either an independent facility or operated by a Hospital.  A Hospital-operated facility must be a separately identifiable entity, physically and administratively, and be financially independent and distinct from other operations of the Hospital.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by the Plan and is not excluded by name or specific description in this Plan.

**Covered Person** means the plan participant. If you purchased insurance coverage that includes your spouse and/or child/children, these individuals are also included.

Page **5** of **10**

021524

**Covered Sickness** means a sickness that occurs on a day that coverage is in force, results in a loss covered by this plan, and is not excluded by name or specific description in this plan.

**Diagnosis** means the definitive establishment of the Critical Illness Condition through the use of clinical and/or laboratory findings. The Diagnosis must be made by a Physician who is a board-certified specialist where required under this coverage.

**Diagnostic Center or Facility** means a licensed and accredited entity that:

- Operates for the primary purpose of conducting medical diagnostic tests on patients,
- Does not assume ongoing responsibility for patient care, and
- Provides its services for use by other medical personnel.
- A Diagnostic Center or Facility may be either independent or operated by another medical entity.

**Dentist, Doctor, or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Emergency Room** means a portion of a Hospital where emergency diagnosis and treatment of a Sickness or Accident is provided.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Experimental/Investigational** means a drug, device, medical care, or medical treatment will be considered experimental/investigational if:

- The drug or device cannot be lawfully marketed without the approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished;
- The informed consent document utilized with the drug, device, medical care, or treatment states or indicates that the drug, device, medical, or medical treatment is part of a clinical trial, experimental phase, or investigational phase or if such a consent document is required by law;
- The drug, device, medical care, or medical treatment or the patient informed consent document utilized with the drug, device, medical care, or medical treatment was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal or state law requires such review and approval; or

Page **6** of **10**

021524

- • Reliable evidence shows that the drug, device, medical care, or medical treatment is the subject of ongoing Phase I or Phase II clinical trials, is the research, experimental study, or investigational arm of ongoing Phase III clinical trials, or is otherwise under study to determine the maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Hospital** means a short-term, acute general hospital that is:

- • Primarily engaged in providing, by or under the continuous supervision of physicians, to inpatients diagnostic and therapeutic services for diagnosis, treatment, and care of injured or sick persons;
- • Has organized departments of medicine and major surgery;
- • Has a requirement that every patient must be under the care of a physician or dentist;
- • Provides 24-hour nursing care by or under the supervision of RNs;
- • Has in effect a hospital review plan applicable to all patients which meet at least the standards set forth in Section 1861(k) of the United States Public Law 89-97 (42 USCA 1395x[k]);
- • Duly licensed by the agency responsible for licensing such hospitals; and
- • Not, other than incidentally, a place of rest, a place primarily for the treatment of tuberculosis, a place for the aged, a place for drug addicts or alcoholics, a place primarily for the treatment of mental disorders or chemical dependency, or a place for convalescent, custodial, educational or rehabilitory care.

**Limited Medical Benefit** means a plan, program, or policy that has limited or defined benefits. It is not a comprehensive major medical plan, nor is it intended to replace a major medical plan. The plan is intended to provide you, and your covered dependents, with basic insurance coverage that is capped at specific amounts for specific services. This plan is also exempt from, and thus is not compliant with, ACA.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Medically Necessary** means a service or supply that is necessary and appropriate for the diagnosis or treatment of an injury or Sickness based on generally accepted current medical practice. A service or supply will not be considered Medically Necessary if:

- • it is provided only as a convenience to the Covered Person or provider;
- • it is not an appropriate treatment for the Covered Person's diagnosis or symptoms;
- • it exceeds in scope, duration, or intensity that level of care which is needed to provide safe, adequate, and appropriate diagnosis or treatment; or
- • it is an experimental/investigational treatment.

The fact that a Physician may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Plan.

021524

**Participant or Plan Participant** means the individual to whom this plan is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Pre-existing Condition** means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care, or treatment was recommended or received from a physician within a 12-month period preceding the effective date of coverage of the Covered Person.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment. Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

**Sickness** means an illness, infection, disease, or any other abnormal physical condition not caused by an Accident.

**Specialist** means *a* physician who focuses on a specific area of medicine and also *has advanced medical training in the specific area of medical specialty.* A specialist must be board-certified if certification is available for such specialty.

**Spouse** means any individual to whom you are legally married.

**Year, Coverage Year, or Plan Year** means the 12-month period beginning on the effective date of this plan and ending on the anniversary of the effective date of this plan. Subsequent years will run from anniversary date to anniversary date.

## SECTION 5:     DESCRIPTION OF PLAN BENEFITS

**Physicians and Urgent Care Visit Benefit:**

We will pay the Physicians and Urgent Care Visit Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for a doctor's office visit. This benefit also includes an office visit or diagnostic x-ray and/or laboratory testing for routine or preventative screenings, including a baseline mammogram, screening mammograms, cervical cytologic screenings, colorectal cancer screenings, prostate cancer screenings, and health screenings for children, per

021524

the standards and schedules of the American Academy of Pediatrics. Services must be rendered by a licensed Physician acting within the scope of his/her license.

**Emergency Room Benefit:**

We will pay the Emergency Room Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for and requires medical care from an emergency room due to injuries received in a Covered Accident or due to a Covered Sickness.  The visit must occur on a day that the coverage is in force.

For a visit due to injuries received in a Covered Accident, the visit must occur within 72 hours after the date of the Covered Accident.  Services must be rendered by a Physician.

## SECTION 6:      LIMITATIONS AND EXCLUSIONS

We will not pay benefits for:

- Pre-existing Conditions during the 12 months following the effective date under this Plan.
- Treatment, services, or supplies which:
    - Are not Medically Necessary;
    - Are not prescribed by a doctor as necessary to treat the Sickness or Injury;
    - Are experimental/investigational in nature, except as required by law;
    - Are received without charge or legal obligation to pay; or
    - Are provided by an immediate family member.
- Dental care or treatment, except for:
    - Dental care or treatment due to accidental injury to sound natural teeth within 12 months of a Covered Accident and
    - Dental care or treatment necessary due to congenital disease or anomaly.
- Elective procedures and cosmetic surgery.   Cosmetic surgery shall not include:
    - Reconstructive surgery when such service is incidental to or follows, surgery resulting from trauma, infection, or other disease and
    - Reconstructive surgery because of a congenital disease or anomaly of a covered Dependent Child which has resulted in a functional defect.
- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Spinal manipulation or adjustment, including massage therapy.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Pregnancy.
- Charges for custodial maintenance or care.
- Treatment of mental illnesses, emotional disorders, and substance abuse.

021524

- Services rendered to a transplant donor of any organ or bodily element or the acquisition cost of any organ or bodily element.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.
- Eyeglasses, contact lenses, hearing aids, eye examinations, and hearing tests.

## SECTION 7:    CLAIMS PROCEDURE

Claims shall be submitted to:

> **Marpai**
> **PO Box 21112**
> **Eagan, MN 55121**
> **Payor ID #: 35245**

*Please include the plan number as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# Gillam
# Attachment C

# INNOVATIVE PARTNERS, LP
# HEALTH BENEFIT PLAN
## GUARDIAN ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT

Congratulations, you have just enrolled in Innovative Partners, LP's Guardian Accidental Death and Dismemberment Health Benefit Plan. This Guardian Accidental Death and Dismemberment Policy is intended solely to be a supplement to your other Innovative Partners, LP's Health Benefit Plan coverage. This supplemental policy is sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA").

Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1:     GENERAL PLAN INFORMATION

1.1.   Plan Name:                  Innovative Partners, LP Health Benefit Plan

1.2.   Plan Number:                501

1.3.   Plan Sponsor:               Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431

1.4.   Plan Sponsor FIEN:          92-1623773

1.5.   Plan Administrator:         Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time.

1.6.   Type of Plan:               Employee Health Benefit Plan

1.7.   Funding Method of Plan:     Self-Funded

1.8.   Original Plan Effective Date: April 1, 2023

1.9.   Plan Year:                  January 1 through December 31

1.10.  Open Enrollment Period:     Within 30 days of becoming an Employee or an Active Limited Partner

| 1.11 | Program or Policy Name: | Guardian Accidental Death and Dismemberment |
|---|---|---|
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | Marpai<br>PO Box 21112<br>Eagan, MN 55121<br>Payor ID #: 35245<br>(Specify: **Innovative Partners Accidental Death and Dismemberment Claim**) |

## SECTION 2:   SCHEDULE OF BENEFIT COVERAGES

When you enrolled, you purchased coverage at a selected Principal Sum amount. Please notice that your actual coverage in the event of an Accidental Death and Dismemberment is based upon the Principal Sum amount that you purchased. If the Principal Sum amount listed below is not correct, please contact Partner Services immediately.

**Principal Sum**                    $ _____

| **Covered Persons** | **Percentage of Principal Sum** |
|---|---|
| Primary Insured | 100% of Principal Sum |
| Spouse | 50% of Principal Sum |
| Dependent Children | 25% of Principal Sum |

| **Covered Losses** | **Benefit Amount** |
|---|---|
| Life | 100% of the Principal Sum |
| Both Hands or both Feet or sight of both Eyes | 100% of the Principal Sum |
| One Hand and one Foot | 100% of the Principal Sum |
| One Hand or one Foot, and sight of one Eye | 100% of the Principal Sum |
| Both Speech and Hearing | 100% of the Principal Sum |
| One Hand or one Foot or sight of one Eye | 50% of the Principal Sum |
| Speech, or Hearing in Both Ears | 50% of the Principal Sum |

Page **2** of **5**

Thumb and Index Finger on the Same Hand          25% of the Principal Sum

## SECTION 3:          DEFINITIONS

The following definitions shall be controlling when used in connection with this benefit. You should read and understand these definitions.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the benefit plan participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by this benefit, and is not excluded by name or specific description in this benefit.

**Covered Person** means the plan participant or limited partner. If you purchased coverage that includes your spouse and/or child/children, these individuals are also included.

**Doctor or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Loss of Hand or Foot** means the complete and permanent severance through or above the wrist or ankle joint.

**Loss of Hearing** means the total and permanent loss of hearing in both ears. Such loss correctable by surgery or implants is not considered total and permanent.

Page **3** of **5**

**Loss of Sight** means the total and permanent loss of entire sight.  Such loss correctable by surgery or lenses is not considered total and permanent.

**Loss of Speech** means the total and permanent loss of speech.

**Loss of Thumb and Index Finger of the same Hand** means the complete and permanent severance through or above the joints where the thumb and index finger are joined to the hand.

**Participant or Plan Participant** means the individual to whom this Plan or any Policy there under is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Principal Sum or Principal Sum Amount** means the amount of coverage that you purchased. Your benefit amount that would be paid for a covered claim is based upon a percentage of the Principal Sum.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment.  Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

**Spouse** means any individual to whom you are legally married.

**Year, Coverage Year, or Benefit Plan Year** means the 12-month period beginning on the effective date of this benefit plan and ending on the anniversary of the effective date of this benefit plan. Subsequent years will run from anniversary date to anniversary date.

## SECTION 4:     DESCRIPTION OF POLICY BENEFITS

*All benefits are payable at most once daily per benefit category*

If a Covered Person's Accidental Bodily Injury results in a loss, within 180 days after the accident causing the loss, we will pay the Accidental Death and Dismemberment Benefit, shown in the above Schedule of Benefits.

Page **4** of **5**

If the Covered Person suffers more than one loss from any one accident, we will pay only one amount, the largest.

*Please note that a Spouse receives 50% of the above-referenced benefit, and a Child receives 25% of the above-referenced benefit.*

## SECTION 5:      LIMITATIONS AND EXCLUSIONS

- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.

## SECTION 6:      CLAIMS PROCEDURE

Claims should be submitted to:

> Marpai
> PO Box 21112
> Eagan, MN 55121
> Payor ID #: 35245
> (Specify: **Innovative Partners Accidental Death and Dismemberment Claim**)

*Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# Gillam
# Attachment D



INNOVATIVE
PARTNERS

Plan Name: Elite MD 6
Name: JACK G WOODLEY
Member ID #: G775910

Primary Physician Co-Pay: $25
Specialist Co-Pay: $50

First Health
Network

## Claims Submission:
## EDI Payor : 42049

First Health Network PPO Information
800.226.5116 or www.firsthealthlbp.com

## Mail all NON PPO Claims to:

Group Resources
P.O. Box 100043
Duluth, GA 30096-9343

## Providers -

To verify coverage call
866.949.3581

## Members -

For benefits & claims

call 866.949.3581

# Gillam
# Attachment E

1401 N University Dr,
Coral Springs, FL, 33071

2024041680
J71B
AFAA_11580666C5

J71B [2,664] 2 of 2 Bins[10000]

 INNOVATIVE
PARTNERS



[DR-]

Dear Fellow Partner:

    Congratulations, you have just enrolled in Innovative Partners, LP's Elite 6MD Health Benefit Plan. This is a self-funded limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA") and is regulated by the United States Department of Labor. As is customary with the nature of insurance in general, this Plan has certain limitations. You have been given the Summary Plan Description document as well as the Wrap Plan Document, please carefully read these entire documents so that you will fully understand all of your benefits and coverage details. If you have any questions whatsoever you should immediately contact **Partner Services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com.** Please remember that you have 30 calendar days from the day you enrolled in your plan to cancel your plan and receive a refund of your first month's premium.

Sincerely,

*Your Partnership Team*

# Gillam
# Attachment F



# Gillam
# Attachment G



**Eligibility**

Providers  To confirm eligibility, verify benefits,
or check the status of a claim:
Electronic Eligibility through Availity - Payer ID  35245
Marpai Portal. www.myMarpai.com
Innovative Partners Customer Service· 866-949-3581
Limited Benefit Plan

Partners  To confirm eligibility, verify benefits,
or check the status of a claim,
please call Innovative Partners at 866-949-3581
To find a First Health provider, please call
800-226-5116 or visit www.firsthealthlbp.com

**Claims Submission**

Please submit Medical Electronic Claims
Directly to Marpai Payer ID# 35245

Or mail claims to
Marpai Health
P.O  Box 21112
Eagan, MN 55121

For identification purposes only  Not a guarantee of coverage or payment.
Benefit Plans are not sold or insured by First Health or its associates.

# Gillam
# Attachment H

J9D4 [8,069] 1 of 1



20240531B05
J9D4
1154 16118

**MARPAI** Marpai Health
PO BOX 21112
EAGAN MN 55121-0112

**EXPLANATION OF BENEFITS**

**Forwarding Service Requested**

### Customer Service

If you have questions regarding this claim,
please visit us online www.myMarpai.com,
or call us at 877-755-2662.

JACK WOODLEY          J9D4          8,069

**Group Name: Innovative Partners, LP**

*** THIS IS NOT A BILL ***

| | | | | |
|---|---|---|---|---|
| **Patient: JACK WOODLEY** | | | | |
| **Date: May 3, 2024** | | | | **Claim Finalized Date: 05/28/2024** |

| Provider: | | Patient Responsibility | | NETWORK: | FHN |
|---|---|---|---|---|---|
| Rendering Provider: | | | | | |

| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/03-05/03/2024 | Medical Services | $213.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | FHN |
| | Gross Total | $213.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |

| Patient #: | | Amount Paid: | $0.00 | |
|---|---|---|---|---|
| Claim #: | | **Amount Patient May Owe Provider:** | **$0.00** | |

| Year to Date (YTD) SUMMARY - Patient | | Out-of-Pocket (OOP) | | Patient's Status | |
|---|---|---|---|---|---|
| | | Deductible | OOP | MOOP[1] | Remaining |
| Network | Medical Year to Date (YTD) Summary | $0.00 | $0.00 | UNLIMITED | UNLIMITED |
| Non-Network | Medical Year to Date (YTD) Summary | $0.00 | $0.00 | UNLIMITED | UNLIMITED |

[1]MOOP - Maximum Out-of-Pocket for Patient; Patient Responsibility amount are described in your benefits booklet; does not include "Not-Covered"

**REMARKS**

FHN      This claim was processed per your First Health PPO Contractual Agreement.  The member is not responsible for the difference between the billed covered charge and the contracted amount.

## APPEAL RIGHTS

<u>This document contains important information that you should retain for your records.</u>
This document serves as notice of benefit determination.  We may have declined to provide benefits, in whole or in part, for the requested treatment or service described on the front side of this document.  If you think this determination was made in error, you have the right to appeal (see below for information about your appeal rights).

Important Information about Your Appeal Rights

**What if I need help understanding this denial?**  <u>Contact Customer Service at the number located on the front of your explanation of benefits and on your Identification Card i</u>f you need assistance understanding this notice or our decision to deny you a service or coverage.

**What if I don't agree with this decision?**  You have a right to appeal any decision not to provide or pay for an item or service (in whole or in part).  As part of our standard appeal process, you have 180 days from receipt of this notice to file an appeal. Failure to comply with this timeframe may constitute forfeiture of your right or your designated agent's right to appeal a claim denial, partial payment or service rejection.

**How do I file an appeal?**  Send your request and any supporting documentation to:

Appeals Department
PO Box 21112
Eagan, MN 55121

**What if my situation is urgent?**  If your situation meets the definition of urgent under the law, your review will generally be conducted within 72 hours.  Generally, an urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal.  If you believe your situation is urgent, you may request an expedited appeal by contacting the customer service phone number listed on your ID card. If your request does not meet the requirements for an expedited review, we will follow the standard appeal timeframe for pre-service reviews which is 30 calendar days. You, your authorized representative, or healthcare provider will receive a written determination of our review.

**Who may file an appeal?**  You or someone you name to act for you (your authorized representative) may file an appeal.  The authorized representative and the applicant request must both be in writing accompanied by a signature, unless the applicant is unable to sign.

**Can I provide additional information about my claim?**  Yes, you may supply additional information by contacting customer service by phone or in writing.

**Can I request copies of information relevant to my claim?**  Yes, you may request copies (free of charge).  If you think a coding error may have caused this claim to be denied, you have the right to have billing and diagnosis codes sent to you, as well.  You can request copies of this information by contacting Customer Service.

**What happens next?**  If you appeal, we will review our decision and provide you with a written determination. Standard pre-service appeals are processed in 30 calendar days from receipt. Post or after service appeals are reviewed within 60 calendar days from receipt or your request. You, your authorized representative, or healthcare provider will receive a written determination of our review and outcome of the appeal.  If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

**Other resources to help you:** For questions about your rights, this notice, or for assistance, you can contact:  the Employee Benefits Security Administration at 1-866-444-EBSA (3272)

# Gillam
# Attachment I

# SINGLE CARE

**SingleCare®**

**PHARMACY SAVINGS CARD**

AUTHORIZATION NUMBER
001 000 029

BIN  610378
GRP  BK0029
PCN  SC1

**UP TO 80% OFF YOUR PRESCRIPTIONS**

This card is not insurance.        Customer Support: 1-844-234-3057

## Save up to 80% on your prescriptions with SingleCare!

Just show one of these cards to the pharmacist next time you fill a prescription.

## Your Free Card Is Ready To Download

This SingleCare pharmacy savings card entitles you to up 80% off 10,000+ prescription medications.

The card is pre-activated and ready for immediate use at any participating pharmacy nationwide.

SingleCare cards work whether you have health insurance or not, and our prices often beat insurance cost-share. A typical person that regularly fills prescriptions saves an average of $37 a script and hundreds of dollars per year.

Using SingleCare is easy: just show our card to the pharmacist when you fill your next prescription.

Savings are automatically applied at checkout.

Keep one card for yourself and share the QR code with a friend or family member so they can get their digital card!

SingleCare is not insurance. There are no claim forms, deductibles, limitations, or maximums.

SingleCare can be used by anyone. No one is excluded from this program for any reason.

# Gillam
# Attachment J

Fwd: Innovative Partners - PAYMENT DECLINED – Action Required

From:   Jack Woodley ▮▮▮▮▮▮▮▮▮▮▮▮▮

To:   hailey.gillam▮▮▮▮

Date:   Saturday, June 15, 2024 at 05:57 PM CDT

---------- Forwarded message ---------
From: **Innovative Partners** <partnerservices@innovativepartnerslp.com>
Date: Fri, 14 Jun 2024 at 05:41
Subject: Innovative Partners - PAYMENT DECLINED – Action Required
To: <jack.woodley▮▮▮▮▮▮▮▮
Cc: <IPA2702@carynhealth.com>, <membercc@innovativepartnerslp.com>

Dear JACK WOODLEY,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $339.86
Payment Method: Credit Card
Last 4 Digits of Payment Method: ▮xxxxxxxxxx1139

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

# Gillam
# Attachment K

To: +1 (936) 628-8432

Text Message
Wed, Mar 13 at 6:20 PM

Hey I'm going to call you from my computer in just a moment

Mon, Mar 18 at 12:11 PM

This is Hailey Gillam, Jack Woodley's wife. Is there an online portal for his health insurance that he can register on?

Fri, Jun 21 at 1:44 PM

Good afternoon, my husband bought health insurance through you and we are having a difficult time contacting them regarding payment. We got a new card and they tried to process the payment through our old card and he has received messages to call and update the payment, but he stays on hold and then it eventually disconnects the call. We emailed and have not received a response. He got a message today saying that if he did not update it today, they would cancel his plan. Nobody is answering and now we don't know what to do.

His phone number is ▮▮▮▮ so you can have them call him. His member id is G775910. The email said to call 8669493581 and is the same number that's on the back of his insurance card

I will have my customer service team. Call you right now.

What is your member ID?

And are you calling the 8554321273 number?

Yeah, that's the wrong number to call

Call the 855-432-1273 number

Number you called is automated number which is probably why you were having so much trouble. If you call that number it connects you directly over to my customer service team for my clients which is your customer service team.

Sorry, I don't know if you caught but when I was speaking to you, I mentioned that they're going to send you a few other phone numbers were gonna be for member service. One will be for claims and when you'll be for customer service but that's all the automated systems and that is not individually for you, the customer service number that I gave you is individually for you so it's gonna be a real person that answers the phone and they'll be able to do that for you very easily.

call the 855-432-1273 number right now, do you have any trouble with that number, Text me back.

To: +1 (936) 628-8432

call the **855-432-1273** number right now, do you have any trouble with that number, Text me back.

**Fwd: Innovative Partners - PAYMENT DECLINED — Action Required**

---------- Forwarded message ----------
From: **Innovative Partners**
<partnerservices@innovativepartnerslp.com>
Date: Fri, 14 Jun 2024 at 05:41
Subject: Innovative Partners - PAYMENT DECLINED – Action Required
To: <jack.woodley [redacted]
Cc: <IFA2702@carynhealth.com>,
<membercc@innovativepartnerslp.com>

That's so odd. Well try that now. This is the email we received

No, like I said, yes they're gonna send you multiple different numbers. That number is for the insurance company as a whole but again you have a agent of record which means that you have a specific agent you deal with instead of having to deal with a new person every time you call Lynn and you also had a customer service team that is for you specifically rather than having to be connected to a customer service department that has two 300 people that also outsourced to different countries so that way you have the direct number to your specific team that can help you out with everything and you're not waiting on hold or going through any automated systems.

Not every agent has their own customer service department. It's something that you have to pay for, but every insurance company will have an automated customer service for example for people that enroll by themselves like through blue cross, or for example, if you spoke to an agent that only worked for that specific insurance company they would not have their own customer service team. They would only have the customer service

To: +1 (936) 628-8432    ⓘ

company they would not have their own customer service team. They would only have the customer service department at the insurance carrier has which again is automated and outsourced so it's much harder to use, which is why agents like myself that don't work for just one company we have our own customer service teams for our clients so that you're always dealing with the same people no matter the plan that we have you on. That way you also don't just go through the same thing you went through when you tried to call the automated number.

Sorry for the misspellings, I had a client on hold and did talk to text so please excuse my grammar and if there are any words that were incorrect.

> Thank you for explaining! I told my husband to call immediately and we'll let you know if we have any promblems

No problem I'm glad that I texted you from my number. That way you didn't only have the number from the email.

Also, I'm sorry I forgot to respond to your message in regards to the online portal. Yes there is one of the emails that they sent you originally which will have a password and your member ID is the login after you log into that and then you'll get an access code it's gonna be sent to you and the access code is how you log into the app med Trust and from the app you'll have a digital copy of your cards access to your member portal without having to go online and login every time and then you're also gonna have a step counter in there that counts how many steps you physically take. You get a small rebate check at the end of the year based on how many steps taken so I would download it on both you and your husband's phone just so you get the most bang for your bank it's not a dollar per stamp, but you might get $50-$100 at the end of the year cause of it so it's better than nothing. The insurance company will give you where they'll give you like a gift card for getting your flu shots and stuff like that but with this plan, you actually get a rebate check at the end of the year and you have your phone in your pocket everywhere you go. The customer service would explain that you how to set all that up. It's just to incentivize people to be more active and healthy.

> Yeah we saw that email after I messaged you and signed up for the portal. I didn't see the step counter thing but I'll check again

> He was able to get through and get the payment fixed. Thank you so very much for your help!

It is built there internally. I don't know if you have to do something turn turn it or if it's just automatically done, but I do know that it does have it built into it. I don't know if it shows it to you though that's something that you would probably have to ask the customer service team about.

Wed, Jul 17 at 8:36 PM

> My husband went to the dr and they are saying the insurance company is not payingfor his visits. I looked up the phone number you sent me to call before and there are a million complaints about this being a scam

Thu, Jul 18 at 7:12 AM

> So he just got an email last night that says his request to cancel and it says that it will be cancelled as of 7/13/2024. That's not correct. We haven't cancelled yet, our bank suspected fraud again so we were going to call to process it again and have the insurance until 8/31/2024. Please call me

# Gillam
# Attachment L

Fwd: Innovative Partners - Payment Method Change

From:  Jack Woodley ▮▮▮▮▮▮▮▮▮▮▮

To:    hailey.gillam ▮▮▮▮

Date:  Tuesday, September 24, 2024 at 07:55 PM CDT

---------- Forwarded message ---------
From: **Innovative Partners** <partnerservices@innovativepartnerslp.com>
Date: Fri, 21 Jun 2024 at 14:04
Subject: Innovative Partners - Payment Method Change
To: <jack.woodley ▮▮▮▮▮▮▮>

Dear JACK WOODLEY,

We have received a request to change your payment method for Innovative Partners to the following:
Payment Method: Credit Card
Last 4 Digits of Payment Method: ******6606

If you did not change your payment method, please call Partner Services at 866-949-3581.

Best regards,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

# Gillam
# Attachment M