California Health & Human Services Agency

4834 – 8/5 *under review* California Department of Social Services
5065 – 8/5 – under reur
8668 –

# YOUR HEARING RIGHTS

**YOUR HEARING RIGHTS** (See also PUB 412 at www.cdss.ca.gov/inforesources/state-hearings )
You can ask for a hearing if you disagree with a county/agency action or failure to act. You have **90 days** to do so, starting the day after the date of the notice. After 90 days, you must prove you had a good reason for asking late. You can also ask for a hearing to review your benefits for the past 90 days. If you ask for a hearing before the date of the change, your benefits will continue unchanged. CalFresh will end if you don't recertify when due.

- **Online** at acms.dss.ca.gov Click "Create an account" to have an ACMS account and get documents online; or click "Submit Appeal without Account" to file without an account OR
- **Call** toll free 1-855-795-0634(or TDD 1-800-952-8349) OR
- **Fax** fill out this page/fax to 1-916-651-2789 OR

- Fill out this page, and deliver it by one of the following:
  o **In-person:** California Department of Social Services State Hearings Division, ACAB 744 P Street, MS 9-17-97 Sacramento, CA 95814

  (877) 755-2662

  o **Mail to:** CDSS State Hearings Division, PO Box 944243, MS 21-37 Sacramento CA 94244-2430
  o **Email to:** SHDCSU@DSS.ca.gov

*26 gneider*

## HEARING REQUEST

1. My hearing issue involves _____ (benefit program) and SAN LUIS OBISPO _____ County/Agency.
2. I want a hearing because: _____
3. Print name of person who needs a hearing: _____ Birthdate: _____
4. Mailing Address: _____ Phone number: _____
   ☐ I want to get hearing notices from the State Hearing Division by email. **Email Address:** _____
5. **Name/Signature:** _____ Date Signed _____
6. Interpreter: ☐ I want a **free** interpreter for the _____ language or dialect.
7. Disability Accommodation for hearing? ☐ No ☐ Yes (explain): _____
8. Your Hearing will be scheduled by phone. If you want your hearing conducted by a different method, tell us how:
   ☐ By Telephone ☐ By Video (you see judge on your phone/computer) ☐ In person at the county hearing site
   ☐ I have no phone or internet access. I want to go and use the phone or video at hearing site for my hearing.
9. I need a faster scheduled hearing due to ☐ Denial of CalWORKs or CalFresh emergency benefits
   ☐ Medical Emergency ☐ Eviction/homelessness ☐ Other (explain): _____
10. If you timely appeal before the action listed in the notice takes place, your aid may stay the same. For CalWORKs (including Child Care) and CalFresh, if the county action was correct, you have to pay back any extra aid.
    ☐ Check to have your aid lowered or stopped pending the hearing for: ☐CalWORKs ☐Childcare ☐CalFresh
11. You can have a friend, relative, legal counsel or other person help with your hearing. **If they have agreed:**
    NAME: _____ Email: _____
    Address: _____ Phone: _____
12. **To Get Help:** These groups below may be able to give you legal advice or represent you at the hearing:

8055447994
California Rural Legal
1880 Santa Barbara Ave
Ste 240
San Luis Obispo, CA 93401
8055447994 / Fax: 8055443904

*Nov-Jan Renew – Putt in fully in his name*
*Turn 18 – Putt in fully in his name*
*Dosu*

*Member G238298 team # Customer Service # (877) 807-3708*

NA Back 9 (5/22) Required Form - No Substitute Permitted

*kmcgill@medstoursentcore.com*

# Lewis
# Attachment B

**From:** Innovative partners
**To:** ██████████ @outlook.com
**Subject:** Innovative Partners - Partner Portal
**Date:** Monday, June 3, 2024 6:30:27 PM

96

## Welcome HOLLY LEWIS

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: ██████████ **@outlook.com**
Temporary Password: ██████████

Need help? Contact your recruiter or our partner services team today!



**Innovative Partners**

866-949-3581
partnerservices@innovativepartnerslp.com

# Lewis
# Attachment C

From:    Innovative Partners
To:            @outlook.com
Cc:          IP/C9001@carynhealth.com
Subject:   Innovative Partners - Partner Access
Date:     Monday, June 3, 2024 6:30:24 PM

96

Welcome HOLLY LEWIS
Limited Partner ID: G238298

Thank you for applying for health benefits coverage & becoming a plan participant through Innovative Partners! This is an automatically generated email. Please see the information below to get in contact with our Partner Services Team and/or your recruiter should you have any questions regarding the plan(s) you have agreed to enroll in today.

**Below is the provider search link for the First Health Network:**
https://providerlocator.firsthealth.com/home/index

Step 1: Click "Locate Provider".
Step 2: Next, "Select First Health network" and click "Start now".
Step 3: Select the provider type, ZIP or state and click on the "Search now" button.

**BE ON THE LOOKOUT**
You should receive your ID Cards in the mail within 10-14 business days.

You will also receive access details to the Partner Portal that is being setup for you. For questions, please call us or send us an email. Our third-party Partner Service team is available from 9:00 am - 6:00 pm Eastern Standard Time, Monday through Friday.

**IMPORTANT NOTICE**
All cancellations and refund request must be directed to the Partner Service team at the phone number/email below to ensure proper handling of your cancellation and/or refund.

| Innovative Partners | |
|---|---|
|  | 866-949-3581<br>partnerservices@innovativepartnerslp.com |

# Lewis
# Attachment D

**From:** Innovative Partners
**To:** @outlook.com
**Cc:** IP/D900@carynhealth.com; membercc@innovativepartnerslp.com
**Subject:** Sales Receipt
**Date:** Monday, June 3, 2024 6:30:19 PM

96



**Innovative Partners**

866-949-3581
partnerservices@innovativepartnerslp.com

HOLLY LEWIS, your enrollment has been successfully completed! You will receive an email notification shortly that details how to access your online portal to review your plan details, temporary identification cards, resources, and more.

## SALES RECEIPT

| | | |
|---|---|---|
| Date: | **06-03-2024** | Customer ID: ███████ @outlook.com |
| Transaction No: | ██████ | Customer: **HOLLY LEWIS** |
| Account No: | ▌xxxxxxxxxxx7281 | ██████ , SANTA MARGARITA, CA, US |
| Payment Method: | **Credit Card** | +1 █████ |
| Coverage Through: | **07-03-2024** | |

**Payment Towards:**

| | |
|---|---|
| Enrollment Fee | $50.00 |
| Monthly Payment for Elite MD 2 | $249.97 |
| Monthly Payment for Essential 15000 | $119.00 |
| **Total Amount** | **$418.97** |

## Thank you for your order!

Need help? Contact your recruiter or our partner services team today!

# Lewis
# Attachment E



Marpai
PO BOX 21112
EAGAN, MN 55121-0112

**FORWARDING SERVICE REQUESTED**

**************************MIXED AADC 931
PB-STL_UNSORTED-MACH-ENV 9276        32
HOLLY LEWIS
SANTA MARGARITA CA ▮▮▮▮▮▮

**NOTICE:**

# Identification Cards
# Enclosed

[DR-]

Marpai
PO BOX 21112
EAGAN, MN 55121-0112




1401 N University Dr,
Coral Springs, FL, 33071

Dear Fellow Partner:

Congratulations, you have just enrolled in Innovative Partners, LP's Elite 2MD Health Benefit Plan. This is a self-funded limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA") and is regulated by the United States Department of Labor. As is customary with the nature of insurance in general, this Plan has certain limitations. You have been given the Summary Plan Description document as well as the Wrap Plan Document, please carefully read these entire documents so that you will fully understand all of your benefits and coverage details. If you have any questions whatsoever you should immediately contact **Partner Services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled in your plan to cancel your plan and receive a refund of your first month's premium.

Sincerely,

*Your Partnership Team*



**INNOVATIVE** PARTNERS

**Innovative Partners, LP**

Partner Services: 866-949-3581

Name: HOLLY LEWIS
Member ID: G238298
Group #: MP200
Elite MD 2
Dependent(s):
██████LEWIS

**Member Out of Pocket**

PCP: $25

Specialist: $50

Urgent Care: $50

ER: $50

Provider Network

♥ **First Health**
Network
Limited Benefit Plan



**Eligibility**

Providers: To confirm eligibility, verify benefits,
or check the status of a claim:
Electronic Eligibility through Availity - Payer ID: 35245
Marpai Portal: www.myMarpai.com
Innovative Partners Customer Service: 866-949-3581
Limited Benefit Plan

Partners: To confirm eligibility, verify benefits,
or check the status of a claim,
please call Innovative Partners at 866-949-3581
To find a First Health provider, please call
800-226-5116 or visit www.firsthealthlbp.com

**Claims Submission**

Please submit Medical Electronic Claims
Directly to Marpai Payer ID# 35245

Or mail claims to:
Marpai Health
P.O. Box 21112
Eagan, MN 55121

For identification purposes only. Not a guarantee of coverage or payment.
Benefit Plans are not sold or insured by First Health or its associates.

# Lewis
# Attachment F

**From:** Innovative Partners
**To:** ████████ @outlook.com
**Cc:** membercc@innovativepartnerslp.com
**Subject:** Innovative Partners - PAYMENT DECLINED – Action Required
**Date:** Saturday, August 3, 2024 5:30:12 AM

Dear HOLLY LEWIS,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $368.97
Payment Method: Credit Card
Last 4 Digits of Payment Method: ██xxxxxxxxxx7281

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners

**Innovative Partners**

866-949-3581
partnerservices@innovativepartnerslp.com

# Lewis
# Attachment G

| | |
|---|---|
| **From:** | Innovative Partners |
| **To:** | ███████@outlook.com |
| **Cc:** | membercc@innovativepartnerslp.com |
| **Subject:** | Innovative Partners - PAYMENT DECLINED – Action Required |
| **Date:** | Saturday, August 3, 2024 5:30:12 AM |

Dear HOLLY LEWIS,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $368.97
Payment Method: Credit Card
Last 4 Digits of Payment Method: ██xxxxxxxxxx7281

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners

---

**Innovative Partners**

866-949-3581
partnerservices@innovativepartnerslp.com

# Lewis
# Attachment H

| | |
|---|---|
| **From:** | Holly Ann Lewis |
| **To:** | Innovative Partners |
| **Subject:** | Re: Innovative Partners - Cancellation Confirmation |
| **Date:** | Monday, August 5, 2024 2:54:32 PM |

Can someone please call me. I want answers and a refund for the payment that is processing today.

**Holly Ann Lewis**
**Americana Singer-Songwriter**
**www.hollyannlewis.com**

**Booking/Contact** ██████████

YouTube:
Holly Ann Lewis

Instagram:
@hollyannlewis

Facebook:
Holly Ann Lewis

Spotify: Holly Ann Lewis
Apple Music: Holly Ann Lewis

Award winning songwriter, San Luis Obispo, New Times Music Awards 2022

**"Yesterday is history, tomorrow is a mystery, and today – today is a gift. That's why we call it the present."**
– Babatunde Olatunji

**From:** Innovative Partners <partnerservices@innovativepartnerslp.com>
**Sent:** Monday, August 5, 2024 12:41 PM
**To:** ██████████ @outlook.com ██████████ @outlook.com>
**Cc:** membercc@innovativepartnerslp.com <membercc@innovativepartnerslp.com>
**Subject:** Innovative Partners - Cancellation Confirmation

Dear HOLLY LEWIS,

We've received your request to cancel your health plan activated on 06-04-2024. We're currently processing your cancellation. Your health plan will be terminated as of 08-03-2024.

If you have any questions regarding your cancellation or if you received this email by mistake, please contact Partner Services at 866-949-3581.

Best regards,
Innovative Partners

866-949-3581

Innovative Partners

partnerservices@innovativepartnerslp.com

# Lewis
# Attachment I

| | |
|---|---|
| **From:** | Partner Services |
| **To:** | Holly Ann Lewis |
| **Subject:** | Re: Filed a complaint with BBB/ Want a full refund for insurance that is not legit |
| **Date:** | Tuesday, August 6, 2024 10:36:09 AM |

Please give our Member Services Department a call to finalize any cancellation and or termination of policy. Cancellations cannot be made through email.  **(866) 949-3581**

--
Best regards, Your healthcare team

**Innovative Partners**
**(866) 949-3581**

On Mon, Aug 5, 2024 at 4:01 PM Holly Ann Lewis <████████@outlook.com> wrote:
Hello,
I am asking for a call from your billing/refund department. When I tried to use this insurance for my son, it was not accepted or recognized, for this reason I want a full refund. Please call me at █████████

**Holly Ann Lewis**
**Americana Singer-Songwriter**
**www.hollyannlewis.com**

**Booking/Contact** ████████████

YouTube:
Holly Ann Lewis

Instagram:
@hollyannlewis

Facebook:
Holly Ann Lewis

Spotify: Holly Ann Lewis
Apple Music: Holly Ann Lewis

Award winning songwriter, San Luis Obispo, New Times Music Awards 2022

"Yesterday is history, tomorrow is a mystery, and today – today is a gift. That's why we call it the present."
– Babatunde Olatunji

--
Best regards, Your healthcare team

 

**Innovative Partners**
(866) 949-3581

# Lewis
# Attachment J

# Innovative Partners, LP

**Case #:** 22094829

| | | | |
|---|---|---|---|
| **Consumer Info:** | Lewis, Holly<br><br>, CA ▇▇▇<br>▇▇▇▇▇@outlook.com | **Business Info:** | Innovative Partners, LP<br>2234 N Federal Hwy PMB 2862<br>Boca Raton, FL 33431<br>2393839145 |

**Date Filed:** 8/5/2024 2:19:22 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**

I needed to get my son health insurance and so I called a number under the Obamacare links online. When I signed my son up for health insurance they told me he/we qualified (he was under age at the time of signing up) for a 3 month installment plan, and after we paid the amounts in 3 months, then my son would not have to pay again until he was 25 or made $30,000. We signed up and they sent us insurance cards. Since then they have taken out all three payments, but when I went to try to use his health insurance, no one can run the insurance card. I want a full refund and explanation as to why they are giving insurance that no one can use? I have tried to call them over 20 times and there is no answer, no one answers the number they give 866.949.3581. This is ridiculous and I want to be called back and my money back.

**Consumer's Desired Resolution:**
Refund

## Complaint Timeline

| | | |
|---|---|---|
| 08/05/2024 | Submitted: IABBB Complaint Form (API)<br>**Complaint Form** | |
| 08/05/2024 | Processed by blue: Automation<br>**IABBB Complaint Form** | |
| 08/05/2024 | Pending initial Business response: Action Taken<br>**Threshold Application** | |
| 08/19/2024 | Business Responded to Complaint: Action Taken: Extranet<br>**partnerservices@innovativepartnerslp.com** | |
| 08/19/2024 | Pending consumer Response: Action taken<br>**andrewr@bbbsefl.org** | |
| 08/29/2024 | BBB to Call Consumer: Action Taken (No Letters)<br>**Threshold Application** | |
| 08/30/2024 | Consumer Called: Action taken<br>**andrewr@bbbsefl.org** | |
| 09/04/2024 | Answered: Action Taken<br>**Threshold Application** | |

# Complaint Messages

**08/19/2024 - Innovative Partners Compliance**

Respond to Complaint

Innovative Partners appreciates the Partner's review but the facts of the complaint are incorrect. The Partner has maintained the monthly plan and had coverage in place for 3 months but there has been no communication with the Partner at the corporate office and no interactions. If the Partner had waited to speak to our Partner advocacy team Innovative Partners would have been able to resolve their issues. However, the Partner initiated two bank complaints and was refunded for two payments as such there will be no coverage for periods in which the Partner was afforded a refund. As for access to providers and provider networks, the combined reach of the PPO networks accessible by Innovative Partners is significant, making them among the largest PPO networks in the United States.

Innovative Partner's network offers access to a network that includes over 1.5 million healthcare providers, covering various specialties across the country. This network includes physicians, hospitals, ancillary services, and other healthcare professionals. This network also includes supplemental access with over 5,000 hospitals, more than 110,000 ancillary facilities, and close to 1 million physicians and other healthcare professionals. This network access provide access to a vast array of healthcare providers across the United States, giving Partners a wide range of options for receiving care at negotiated rates.

The Partner's claim that 'no one' accepts the plan they have is simply unfounded. As with any health benefit plan certain providers will be in network and others will not. Please keep in mind that this Plan is not designed to be a major medical policy/plan nor is it designed to replace a major medical policy and has certain limitations and exclusions. The plan provides for network benefits and discounts including prescription discount benefits. A full summary of plan benefits was provided to the Consumer before, and after enrollment and is permanently available to the Consumer through the Member Portal. The documents provided to the Consumer include a detailed schedule of hospital and medical benefits, network information, claim information and much more.

Unfortunately we are not privy to the customer's conversation with the enrolling company or the individual they spoke with at time of enrollment. The Consumer is outside the refund policy timeframe and has also initiated two bank card complaints for which they received two refunds. As such there is no further action that Innovative Partners can take on this account. The account has been terminated and the Partner has been refunded.

# PX 10

## DECLARATION OF GARY LITMAN
## PURSUANT TO 28 U.S.C. § 1746

I, Gary Litman, hereby declare as follows:

1.      My name is Gary Litman. I live in Framingham, Massachusetts, and did so at the time of the events described in the following paragraphs. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      On or about August 8, 2024, I was searching online for Obamacare hoping to find a less expensive insurance option than COBRA for me and my family. I had recently been laid off, my former employer-sponsored insurance was set to expire September 1, 2024, and the cost of a plan under COBRA was approximately $2000 a month. I clicked on one of the "sponsored" links displayed on the results page for my "Obamacare" search. The link led me to a site with the URL Obamacareplans.com, and I filled out what I understood to be an online application for enrollment in an Obamacare plan. Once I did this, I immediately started receiving phone calls from several different insurance brokers that appeared, based on their area codes, to all be in Florida. I answered one of these phone calls but I didn't proceed enrolling with any of these brokers because they were Florida-based, and I was looking for a Massachusetts state marketplace plan. Instead, I went back to Obamacareplans.com, believing it to be a true Obamacare government sponsored site, and I decided to call the listed number, 866-674-1722, to find a state marketplace plan.

3.      I connected to an agent who said her name was Rue. I don't recall what company Rue said she was with, but based on our conversation, I believed I was speaking with MassHealth or another government affiliate. I explained to Rue that I was looking for a cheaper option than COBRA and wanted coverage similar to the United Healthcare PPO plan I had with my former employer. Rue told me that United Healthcare PPO is one of the plans she could enroll me in, and the cost would be $658 per month for me and my family. For the first month

Page 1 of 3

only, Rue said I would also have an added enrollment fee and the total charge for that month would be $779.82. Rue told me this plan would include all the same coverage, benefits, and copay amounts as my current United Healthcare PPO but at a much cheaper cost. Rue then asked for our personal information, including full names, dates of birth, and social security numbers.

4.      This plan, as Rue described it, was exactly what I was looking for, so I agreed to purchase it. Rue asked for my credit card information, which I provided to her over the phone. Rue then told me I was enrolled, provided me with confirmation number: AHS6424, policy number: G840874, stated our coverage would begin September 1, 2024, and told me my insurance card and plan documents would be emailed and mailed to me. However, I never received any email with my plan documents and insurance card.

5.      On or about August 9, 2024, having received no email, I called United Healthcare at the phone number listed on my insurance card for my employer plan: 800-237-6970. I explained to the representative that I'm an existing customer who just signed up for a new plan and haven't received my documents or insurance cards for my new plan yet. The representative said there was no new account or plan set up. I was shocked to hear this and then suspected that I had been scammed.

6.      I then called my LL Bean Mastercard issued through Citibank to file a charge dispute, reporting that I had been tricked into purchasing a fake insurance policy. The representative I spoke with, whose name I don't recall, confirmed that Citibank had blocked and prevented the charge to "Innovative Health Plan" as fraudulent before any payment was processed or posted. Prior to this, I had not heard of "Innovative Health Plan," and Rue had not mentioned this name to me on the phone. Citibank also cancelled my credit card and issued me a new one.

7. A few days later, I found and signed up for a true MassHealth plan on a mass.gov site. The next day, I received a letter and insurance card in the mail from Innovative Partners with an address in Coral Springs, Florida, stating I had enrolled in "Innovative Partners, L.P.'s Optimum 2MD Health Benefit Plan"—not the United Healthcare PPO plan that Rue told me I had purchased. A true and correct copy of this letter and insurance card is attached as **Litman Attachment A**. Although the letter stated that I had received plan documents, I had not. I have received no further correspondence or contact from Innovative Partners or Innovative Health Plan.

8. On or about August 9, 2024, I submitted an online complaint about my experience with Innovative Health Plan to the Federal Trade Commission's Consumer Sentinel Network. A true and correct copy of my complaint is attached as **Litman Attachment B**.

9. Innovative Partners or Innovative Health Plan and its sales agents lied to me, telling me I was purchasing a United Healthcare PPO plan, which wasn't true. Thankfully, my credit card company responded quickly and prevented this charge from going through. However, this stressful experience took up a lot of my time and caused me great stress fearing I would be duped again. I spent hours, over the course of several days, calling true United Healthcare to verify my coverage, contacting my credit card company, and searching for and enrolling in true MassHealth. I also placed credit freezes with the credit bureaus, due to concerns that scammers at Innovative Partners or Innovative Health Plan had collected sensitive personal information like our social security numbers and dates of birth. This entire experience with Innovative Partners or Innovative Health Plan was extremely upsetting. time consuming, and stressful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2024.

Gary Litman

Page 3 of 3

2024081 3B03
JAA1
AFAC_1154006CC7

JAA1 [13,782] 2 of 2 Bins[00100]

 

[DR-]

1401 N University Dr,
Coral Springs, FL, 33071

Dear Fellow Partner:

Congratulations, you have just enrolled in Innovative Partners, LP's Optimum 2MD Health Benefit Plan. This is a self-funded limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA") and is regulated by the United States Department of Labor. As is customary with the nature of insurance in general, this Plan has certain limitations. You have been given the Summary Plan Description document as well as the Wrap Plan Document, please carefully read these entire documents so that you will fully understand all of your benefits and coverage details. If you have any questions whatsoever you should immediately contact **Partner Services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled in your plan to cancel your plan and receive a refund of your first month's premium.

Sincerely,

*Your Partnership Team*



| Record # 1 / 176164869 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| Reference Number: | 176164869 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC?: | No |
| Comments: | I was searching on line for health care plans due to being laid off. I went to their web site and called them. I gave them all my personal information. They told me that they signed me up with United Health Care and that I would get an E mail with the policy. I didn't get the E mail so I researched Obamacareplans.com and found it was a scam. | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 08/09/2024 9:37:55 AM |
| Created By: | FTCCIS-FTCUSER | Created Date: | 08/09/2024 9:37:55 AM |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Online Complaints | Product Service Description: | Misc. Medical |
| Amount Requested: | | Amount Paid: | $779.82 |
| Payment Method: | Credit Card | Agency Contact: | Internet |
| Complaint Date: | 08/09/2024 | Transaction Date: | |
| Initial Contact: | Website or App: obamacareplans.com | Initial Response: | |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer Small Business or Organization: | | | |
| First Name: | Gary | Last Name: | Litman |

**Litman Attachment B, Page 1 of 2**

| Address 1: | ■■■■ | Address 2: | |
|---|---|---|---|
| City: | Framingham | State: | Massachusetts |
| Zip: | ■■■ | Country: | UNITED STATES |
| County: | Middlesex | Federal Judicial District: | Massachusetts |
| Home Number: | | Cell Number: | ■■■■ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ■■■■ |
| Age Range: | ■■■ | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |
| Subject | | | |
| Subject: | Innovative Health Plan | Normalized Name: | Innovative Health Plan |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | UNITED STATES |
| County: | | Federal Judicial District: | |
| Email: | | URL: | obamacareplans.com |
| Phone Number: | 866-6741722 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | | Title: | |

**Litman Attachment B, Page 2 of 2**

# PX 11

## DECLARATION OF GRIFFIN MALNAR
### PURSUANT TO 28 U.S.C. § 1746

I, Griffin Malnar, hereby declare as follows:

1.       My name is Griffin Malnar. I currently live in Stillwell, Kansas and lived in Boston, Massachusetts at the time of the events described in the following paragraphs. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.       On September 5, 2023, I fractured my kneecap, and this injury landed me in the emergency room. I was uninsured at the time. I learned that my injury would require many follow-up appointments, including seeing an orthopedic surgeon, obtaining x-rays, and other care.

3.       The next day, September 6, 2023, I was panicking about the costs of care for my knee while uninsured, so I searched online for health insurance. This led me to a site with the URL MassHealthplans.com, which requested I submit my phone number and email to view plan information and compare plans. I did so. That day, shortly after I submitted my contact information, I received an email from MassHealthplans.com with the subject line "Griffin, You Maybe [sic] Eligible for Government Grants on Your Health Insurance Plan. See If You Qualify for Any Of These Plans Today." **Malnar Attachment A** is a true and correct copy of this email as it appeared on my mobile device. I did not take any action in response.

4.       Later that same day, I received a call to my personal cell phone. The caller identified themselves as an insurance agent. The agent asked me if I needed health insurance, and I confirmed I did. The agent asked what kind of coverage I needed. I stated that I had been injured and needed insurance coverage as soon as possible, because I had many upcoming medical appointments. The agent said they had matched me with a First Health plan, which was

a Massachusetts PPO through Aetna. I understood this to mean that the plan I was purchasing was an Aetna PPO. I asked the agent to confirm they were an agent for Aetna, and the agent did so. The agent then proceeded to explain the benefits of the plan, and I took contemporaneous notes as the agent spoke. **Malnar Attachment B** is a true and correct image of my notes. Specifically, the agent stated that with this plan, my out-of-pocket costs would be a $25 copay for doctor's visits, a $50 copay for urgent care or specialist visits, a $0–$12 copay for generic pharmaceuticals, and a $30–$50 copay for brand-name pharmaceuticals. The agent also said there was no deductible. The cost was $244.20 per month, and for the first month only, I would have the added charge of a $50 application fee.

5.      This plan, as described, sounded like what I was looking for to cover medical expenses for my knee injury, so I decided to buy it. The agent then asked for my credit card information, and once I read it out over the phone, the agent informed me I was enrolled. The enrollment process was entirely verbal; I never signed anything nor did the agent provide any documents or written plan information to review prior to enrollment. Before ending the call, the agent read me a "member ID" number, an enrollment confirmation number, and a customer service phone number, 855-432-1273, which they said operated from 10 AM to 6 PM, Monday through Friday. The agent also told me I would receive a digital copy of my card within 24 hours.

6.      My American Express credit card account showed a $294.20 charge from "Innovative Health Plans" on September 6, 2023. Attached as **Malnar Attachment C** is a true and correct mobile screenshot of my American Express account showing this charge.

7.      That day, I received several emails with information regarding my new plan, and none of these emails had any attached documents with plan details or information. One email

was from support@americandatawellness.com with the subject "Innovative – Welcome Email." **Malnar Attachment D** is a true and correct image of that email. It stated that within 24 hours I would receive a "confirmation email and payment receipt" from Innovative Partners, and I could "login to print out [my] temporary member ID card." The email also instructed me to "download the MedTrust app."

8. I also received an email from partnerservices@innovativepartnerslp.com with the subject "Sales Receipt," and it stated that my "enrollment has been successfully completed." The message listed the following charges that had been made to my credit card: "Enrollment Fee," $50, "Monthly Payment for Elite 2," $184.25, and "Guardian 10000," $59.95, for a total of $294.20. **Malnar Attachment E** is a true and correct image of that email.

9. Additionally, I received an email from admin_noreply@innovativepartnerslp.com, with the subject "Innovative Partners – Partner Portal." The message contained login information and a link to a "Partner Portal," which would provide "immediate access" to my "temporary ID cards, resources, [and] monthly payment details." **Malnar Attachment F** is a true and correct image of that email.

10. That day, September 6, 2023, I also received a text message thanking me for enrolling in "Health Coverage." It said that for "any inquiries or assistance," I should call 888-677-6074, which was my "direct extension to Member Services." A true and correct screenshot of this text message is attached as **Malnar Attachment G.**

11. On September 6, 2023, I logged on to the "Partner Portal," at the URL https://member.innovativepartnerslp.com, using the login information provided in the "Innovative Partners – Partner Portal" email in **Malnar Attachment F. Malnar Attachment H** is a true and correct image of the first page of the card. It had the name "Innovative Partners" at

the top left, and a logo for "First Health Network" at the bottom left. It identified the "Plan Name" as "Elite 2" and listed a "Primary Physician Co-Pay" of $25 and "Specialist Co-Pay" of $50. The first page of the card also featured the statement "This plan is sponsored by Innovative Partners." **Malnar Attachment I** is a true and correct image of the second page of the card. It listed a phone number, 800-226-5116, for "First Health Network PPO Information." It also listed a phone number, 888-677-6074, for "members" to contact "for [b]enefits & claims."

12. Roughly a week after I had purchased the plan, I also received a physical copy of the member ID card in the mail, and it looked substantially the same as the card in **Malnar Attachments H** and **I**. The information I received in the mail did not contain plan documents other than this card.

13. Based on my conversation with the agent, I believed I had purchased full coverage health insurance through Aetna. The agent had assured me that they were with Aetna. To find treatment for my knee, I searched for healthcare providers within the Aetna network near me and found the Tufts Medical Center. I scheduled a visit to an orthopedic surgeon, CT scans, and physical therapy for my knee. Whenever the healthcare providers treating my knee injury requested insurance information from me, I provided the information from the member ID card in **Malnar Attachments H** and **I**.

14. I went to these appointments in September 2023 and learned that treating my knee injury would require ongoing care. Over the next few months, I had more x-rays taken and went to follow-up orthopedic surgeon appointments and physical therapy.

15. Towards the end of 2023 or early 2024, I started receiving phone calls stating that there had been no payment for the healthcare I had received related to my knee injury. I responded that my Aetna health insurance should cover these costs. I was told that Innovative

Partners had been contacted multiple times, but it had ignored all of the calls and it had not paid anything. I thought there must have been a mistake. At that point, I had been paying Innovative Partners for months for Aetna insurance, so all of my medical expenses after my ER visit should have been covered by my plan.

16.     In February 2024, I suffered an eye injury and needed to see an ophthalmologist. Again, I looked for providers in the Aetna network to make sure they were covered under my plan, and I made some appointments. When providers asked me for my health insurance information, I gave the information from the member ID card in **Malnar Attachments H** and **I**.

17.     Around this time, Tufts Medical Center and my physical therapist's office informed me that I did not have insurance coverage through Aetna. I was surprised to learn this. Based on the September 6, 2023 sales call and my notes from that call, I believed I had Aetna insurance. Staff at Tufts said that they had never heard of Innovative Partners and the company was not responding to their calls. This shocked and concerned me. My providers also told me that I would have to pay out of pocket for all of my healthcare. I was in disbelief. I could not afford to do that, which was the exact reason I sought to purchase health insurance back in September 2023. All of this information from my providers led me to suspect that perhaps my Innovative Partners plan was not real health insurance through Aetna. At that point, unfortunately, I had no choice but to proceed with seeing the ophthalmologist anyway, even though I could not afford the full cost. My doctor told me that if I did not receive immediate care, I was at risk of losing that eye.

18.     Around March 2024, I called Innovative Partners to ask about my plan benefits and why the plan had not been paying for my doctor's appointments and other care. The agent who sold me the plan had stated that doctor's visits would only cost me a $25 or $50 copay, and

now my providers were saying that I owed a lot more. I needed answers. I called 855-432-1273, the customer service number the sales agent had originally provided. I waited on the line for several minutes, but there was no answer and no option to leave a message. I redialed, and again, no answer. I also tried calling 800-226-5116, the number for First Health PPO listed on the second page of my ID card, **Malnar Attachment I**, but there was no answer. So I called 888-677-6074, which was provided in the welcome text, **Malnar Attachment G**, as my "direct extension…for any inquiries" and on the second page of the ID card, **Malnar Attachment I**, for "verify[ing] coverage." I was placed on a long hold, which lasted over 15 minutes, and I eventually hung up. This pattern repeated over the course of several weeks: I tried calling these numbers several times, and I never connected to anyone. I began to suspect that I had been scammed.

19.     Around March 2024, I contacted American Express to report that the Innovative Partners recurring charge was fraudulent. The only way to stop the recurring charges was to cancel the credit card, and that's what I did. Thankfully, American Express refunded all of the money that I had paid to Innovative Partners.

20.     On April 8, 2024, after I had finally stopped the Innovative Partners charges, the company began to contact me repeatedly via text, email, and phone, claiming I was defaulting on payment for my health insurance policy. Sometimes I would receive multiple messages in a single day, and the texts and phone calls came from several different numbers. **Malnar Attachment J** provides true and correct screenshots of two series of such texts I received from different numbers. It was very frustrating that after weeks of wasting my time by ignoring calls to ask about my plan and unpaid claims, Innovative Partners started relentlessly calling, texting, and emailing me once my payments stopped.

21.     On April 11, 2024, Innovative Partners called me from the number 866-949-3581 and the agent stated I needed to update my payment information because the charge for my plan had been declined. I told the agent that Innovative Partners had not covered the costs of my medical expenses, even though I was told it would when I bought the plan, and I had been attempting to reach the company for weeks to ask about this. Now that I did have an agent on the line, I decided to ask about claims related to all of my specific appointments during the period when I was enrolled with Innovative Partners from September 2023 to March 2024. I asked the agent about each appointment, listing the specific date, location, provider name, and the type of care I had received. The agent could not locate any records of these expenses—she simply told me that my claims had not yet been paid because the processing time is 5 to 6 months. I asked the agent whether she was with Aetna, and she said she was affiliated with Aetna. The fact that the agent was not aware of any of the specific charges for any of my appointments offered more support for my suspicion that this was a scam. So I just asked for confirmation that my enrollment was canceled, and the agent confirmed it was.

22.     On April 12, 2024, despite the agent's phone confirmation the previous day that I had canceled my Innovative Partners plan, I received an email from support@americandatawellness.com with an Innovative Partners logo requesting updated payment information again. The email was sent to my email address, ██████@yahoo.com, and another email address I did not recognize, dddavidgggloriamadden@gmail.com. The subject of the message was "Monthly Payment Decline – URGENT," and in large bold font at the top of the message was the statement "Health Insurance Renewal: Urgent: Action Required." The body of the message stated that I was being contacted "concerning [my] health insurance policy." It

continued, "Your Monthly Premium for Health Coverage has declined [sic] and your Coverage is on hold." **Malnar Attachment K** is a true and correct copy of this email.

23. Innovative Partners has continued to contact me regularly by text, email, and phone with messages stating that I'm defaulting on payment for health insurance and need to provide updated payment information to avoid any disruption in coverage. **Malnar Attachment L** is a true and correct copy of one such email I received months after canceling, on September 10, 2024, from partnerservices@innovativepartnerslp.com. The subject is "Innovative Partners – PAYMENT DECLINED – Action Required," and the body states that "[h]ealth services will be suspended until payment is resolved."

24. From September 2023 to March 2024, Innovative Partners collected a total of $2,247.80 in payments from me. In exchange, I did not receive the health insurance coverage or benefits promised during the September 6, 2023 sales call. Instead, I accrued more than $15,000 in medical bills for care that I needed but could not afford without health insurance. Innovative Partners ignored my providers and me when we attempted to contact the company regarding payment. Thankfully, my payments to Innovative Partners were refunded by American Express, but I am still dealing with significant medical bills, which have affected my credit. I made some payments towards the medical expenses incurred while I was enrolled in the Innovative Partners plan, and those payments exceeded the modest $25 or $50 copays that the sales agent had said I would owe. Making those payments affected my ability to pay rent and other important household expenses. My medical bills and the ordeal I went through trying to contact Innovative Partners to ask about my claims caused enormous stress at a time in my life when I was already dealing with the stress and pain of serious physical injuries. This experience was especially

upsetting because Innovative Partners and its sales agents preyed on me at a time when I was especially vulnerable: I was injured and in urgent need of health insurance.

25.     In March and April 2024, I submitted complaints about this experience to the Massachusetts Insurance Commissioner, the Attorney General of Massachusetts, and the Federal Trade Commission (FTC). **Malnar Attachment M** is a true and correct excerpt of my complaint to the FTC, submitted on April 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____9/24_____, 2024.

_____
Griffin Malnar

# Malnar
# Attachment A



From: **MassachusettsHealthPlans** ›
To: **Griffin** ›
Reply To: **MassachusettsHealthPlans** ›
September 6, 2023 at 11:13 AM

## Griffin, You Maybe Eligible for Government Grants on Your Health Insurance Plan. See If You Qualify for Any Of These Plans Today

Unsubscribe

   Talk to an agent
**(888) 307-2607**



## Your Personalized Plans Are Ready

**See My Plans**

Hi Griffin,

Hi Griffin,

Thanks for signing up with MassHealthplans.com! We've partnered with the top insurance companies to provide you with the best health care plans available.

Affordable health coverage is just a **click** or **call** away for the information you submitted to us:

  Griffin Malnar

  Boston, MA

 

**View your plans now** or call **(888) 307-2607** to speak with an agent today.

Sincerely,

The Team at MassHealthplans.com

**See My Plans**

Or call **(888) 307-2607**

This message was sent to ▮▮▮▮▮@yahoo.com. You can **unsubscribe** at any time.

© 2023 MassHealthplans.com, operated by Quotelab, LLC | CA License #6004969
700 South Flower Street, Suite 640
Los Angeles, CA 90017

**Unsubscribe** | Privacy Policy | Terms of Use

# Malnar Attachment B

1st Health/2-14-20 No Deductable

PPO of MASS                    $50 Fee -for 3 years apply

AETNA  $25 copy

AETNA  $50 urgent/specialist

       0-10 generic Pharm

Midnight   $30-50 Brand Name Pharma

Member Id# G947877

Enroll confirm# AP1023

Customer Service EST 8554321273

           10-6pm M-F

# Malnar
# Attachment C



# Malnar
# Attachment D

**From:** Customer Service <support@americandatawellness.com>
**Date:** September 6, 2023 at 1:28:49 PM CDT
**To:** ███████@yahoo.com
**Subject: Innovative - Welcome Email**

Dear GRIFFIN MALNAR
Member ID: G947877

Thank you for becoming a member with us! Within the next 24 hours you will receive a confirmation email and payment receipt from Innovative Partners. You can login to print out your temporary member ID card. You can expect to receive your hard copy member ID card via mail within the next 30 days.

**LOGIN NOW TO ACCESS YOUR MEMBER PORTAL**

**Manage Your Account Online**
Our secure, online Member Portal can help you get the most value from your program. In the portal, you can view and print your Member guide, manage your account information, and access Provider Search links for the services included in your program.

**5 Easy Steps to Begin Managing your Account:**

1. Go to the Member Portal at Member.Innovativepartnerslp.com
2. Your **username** will be your **email address**
3. Your **password** will be sent in a separate email
4. If you haven't already, **click the link below** to **download** the MedTrust app
iOS App Store
Google Play Store
Web App Access
5. Your **access code** to the app will be sent in a separate email

A complimentary RX benefit has been added to help save on your prescriptions.
To save every time you need a prescription, provide your pharmacy with your SingleCare RX card. **Click the attachment below to print out your SingleCare RX card.**

We appreciate your business and providing you with outstanding customer service is our top priority. If you have any questions, our friendly, dedicated customer service professionals will be glad to help you!

**Contact Information**
For help with your program
Call (855)-432-1273
Mon-Fri 10am-6pm (EST)

# Malnar
# Attachment E

**From:** Innovative Partners <partnerservices@innovativepartnerslp.com>
**Date:** September 6, 2023 at 11:46:47 AM CDT
**To:** ▮▮▮▮▮@yahoo.com
**Cc:** IPA1403@carynhealth.com, membercc@innovativepartnerslp.com
**Subject: Sales Receipt**



888-677-6074
partnerservices@innovativepartnerslp.com

GRIFFIN MALNAR, your enrollment has been successfully completed! You will receive an email notification shortly that details how to access your online portal to review your plan details, temporary identification cards, resources, and more.

## SALES RECEIPT

| | |
|---|---|
| Date: | **09-06-2023** |
| Transaction No: | **8700570373** |
| Account No: | ▮xxxxxxxxx2002 |
| Payment Method: | **Credit Card** |
| Coverage Through: | **10-06-2023** |
| Customer ID: | ▮▮▮▮▮@yahoo.com |
| Customer: | **GRIFFIN MALNAR** ▮▮▮▮▮ BOSTON, MA, US, |

**Payment Towards:**

| | |
|---|---|
| Enrollment Fee | $50.00 |
| Monthly Payment for Elite 2 | $184.25 |
| Monthly Payment for Guardian 10000 | $59.95 |
| **Total Amount** | **$294.20** |

### Thank you for your order!

Need help? Contact your recruiter or our partner services team today!

# Malnar
# Attachment F

**From:** Innovative partners <admin_noreply@innovativepartnerslp.com>
**Date:** September 6, 2023 at 11:46:46 AM CDT
**To:** ▮▮▮▮ @yahoo.com
**Subject: Innovative Partners - Partner Portal**

Welcome GRIFFIN MALNAR

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: ▮▮▮▮ ▯yahoo.com
Temporary Password: ▮▮▮▮▮

Need help? Contact your recruiter or our partner services team today!

 **INNOVATIVE** PARTNERS

888-677-6074
partnerservices@innovativepartnerslp.com

# Malnar
# Attachment G

1:53



8884527291 >

Text Message
Wed, Sep 6 at 2:34 PM

Welcome Griffin Malnar!
We're thrilled to have you enrolled in our Health Coverage. Moving forward, please use 888-677-6074 as your direct extension to Member Services for any inquiries or assistance you may need. Feel free to reach out to us with any questions you have.

As a courtesy, we have added all newly enrolled members to the National Do Not Call Registry. However, please ensure you complete the enrollment process on the attached link: https://www.donotcall.gov/. This will ensure your preferences are accurately recorded.

Thank you for choosing our services, and we look forward to serving you!

Best regards,
Customer Service

# Malnar
# Attachment H



Plan Name: Elite 2

Name: GRIFFIN MALNAR

Member ID #: G947877

Primary Physician Co-Pay: $25

Specialist Co-Pay: $50



This plan is sponsored by Innovative Partners

# Malnar
# Attachment I

# Claims Submission:
# EDI Payor : 42049

**Providers -**

To verify coverage call
888.677.6074

First Health Network PPO Information
800.226.5116 or www.firsthealthlbp.com

**Members -**

For benefits & claims
call 888.677.6074

Mail all NON PPO Claims to:

Group Resources
P.O. Box 100043
Duluth, GA 30096-9343



This plan is sponsored by Innovative Partners
For identification purposes only.

# Malnar
# Attachment J



1:53

8884527291 ›

Mon, Apr 8 at 1:10 PM

Hi, Your Monthly Premium for Health Coverage has declined and your Coverage is on hold. To Reactivate your Health Policy Please Call 561-849-4761. Best Regards, Member Services.

Wed, Apr 10 at 11:25 AM

Hi, Your Monthly Premium for Health Coverage has declined and your Coverage is on hold. To Reactivate your Health Policy Please Call 561-849-4761. Best Regards, Member Services.

Mon, May 6 at 9:40 AM

Hi, Your Monthly Premium for Health Coverage has declined and your Coverage is on hold. To Reactivate your Health Policy Please Call 561-849-4761. Best Regards, Member Services.

Friday 10:08 AM

Hi, Your Monthly Premium for Health Coverage has declined and your Coverage is on hold. To Reactivate your Health Policy Please Call 561-849-4761. Best Regards, Member Services.

Text Message



1:52

+1 (918) 910-7027 ›

STOP to opt-out.

Mon, May 6 at 12:20 PM

Innovative Partners: GRIFFIN MALNAR, we were unable to process payment for health plan Elite 2, Member ID: G947877. To ensure continued coverage contact us today at 866-949-3581 x 2. Reply STOP to opt-out.

Thursday 5:46 AM

Innovative Partners: GRIFFIN MALNAR, we were unable to process payment for health plan Elite 2, Member ID: G947877. To ensure continued coverage contact us today at 866-949-3581 x 2. Reply STOP to opt-out.

Yesterday 12:46 PM

Innovative Partners: GRIFFIN MALNAR, we were unable to process payment for health plan Elite 2, Member ID: G947877. To ensure continued coverage contact us today at 866-949-3581 x 2. Reply STOP to opt-out.

The sender is not in your contact list.
**Report Junk**

Text Message

# Malnar
# Attachment K

**From:** Customer Service <support@americandatawellness.com>
**Date:** April 12, 2024 at 9:15:44 AM CDT
**To:** dddavidgggloriamadden@gmail.com, ███████@yahoo.com
**Subject:** Monthly Payment Decline - URGENT



### Health Insurance Renewal: Urgent: Action Required

We hope this email finds you well. We are reaching out to you regarding an important matter concerning your health insurance policy. Your Monthly Premium for Health Coverage has declined and your Coverage is on hold.

It appears that we have not received your recent payment for your health insurance coverage. As a result, your policy is currently in jeopardy, and it may be at risk of cancellation if payment is not made promptly.

We understand that missed payments can sometimes occur due to various reasons, and we are here to assist you in resolving this matter as quickly and smoothly as possible.

To ensure uninterrupted coverage and avoid any potential lapses in your health insurance policy, we kindly ask you to take the following actions:

***Review Your Payment Status***: Please double-check your payment method and ensure that there are no issues with your bank account, credit card, or any other payment method you have set up for your insurance payments.

***Submit Your Payment***: If you have missed a payment, please make the necessary arrangements to submit your payment as soon as possible. You can conveniently make a payment through our customer service team.

***Update Your Payment Information***: If there have been any changes to your payment details, such as a new credit card number or bank account information, please update your payment details through your online patient portal or by contacting our customer service team.

***Reach Out for Assistance***: If you are experiencing financial difficulties or have any questions or concerns about your payment or policy status, please don't hesitate to reach out to our customer service team. We are here to help and can work with you to find a solution that meets your needs.

It is essential to act promptly to avoid any disruptions in your health insurance coverage. Failure to address this matter may result in the termination of your policy, which could leave you without crucial healthcare coverage.

Thank you for your attention to this matter. We value you as a member and are committed to providing you with the best possible service.

If you have any questions or require further assistance, please do not hesitate to contact us at **(561) 725-3519**

Sincerely,
Member Services - Customer Care Team
Phone: (561) 725-3519
Partner Agency - Member Support
Phone: (855) 432-1273
Hours: M-TH : 9am-6pm / FRI 9am-5pm (Eastern Standard Time)

CONFIDENTIALITY / PRIVILEGE NOTICE: This transmission, including any attachments, is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, non-public, proprietary, or otherwise protected from disclosure. The information contained in this transmission may also be protected by attorney-client, legal or other privilege.  Unauthorized reading, disseminating, distributing, disclosing, storing, printing, forwarding or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited and may be unlawful. receipts by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you have received this email in error, please notify the sender immediately by a "reply to sender only" message and immediately delete or destroy the original message and all copies from your system without reading, saving, printing, forwarding or using it in any manner. Unauthorized interception of an electronic transmission is a violation of Federal Criminal Law pursuant

to 18 U.S. Code Section 2510, et seq. MALWARE / VIRUS NOTICE: Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

This is a computer generated response, please do not reply.

# Malnar
# Attachment L

**From:** Innovative Partners <partnerservices@innovativepartnerslp.com>
**Date:** September 10, 2024 at 10:09:04 AM CDT
**To:** ▮▮▮▮▮@yahoo.com
**Cc:** membercc@innovativepartnerslp.com
**Subject:** Innovative Partners - PAYMENT DECLINED – Action Required

Dear GRIFFIN MALNAR,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $244.20
Payment Method: Credit Card
Last 4 Digits of Payment Method: ▮xxxxxxxx2002

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

# Malnar
# Attachment M

## Record # 1 / 172337861 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 172337861 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | This is Griffin Malnar. Want to report a health insurance scam. First health network innovative partners company claiming they are a part of Aetna. But not a part. This is false advertisement. Miss representation. Miss information. Now after medical injury and in rush to get medical insurance to cover bill, what I thought was in network is out of network, forced to pay huge medical bills and ruin my credit. This company needs to be sued. Pay for all members who were financially devastated from bills and discontinued. Please help, Im sure Im not the only one, Corrupt business, This is not right, Help, | | |
| **Additional Comments:** | | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 04/26/2024 1:44:25 PM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 04/26/2024 1:44:25 PM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Mobile Complaints | **Product Service Description:** | Unwanted Telemarketing Calls Misc. Medical |
| **Amount Requested:** | | **Amount Paid:** | $1,500.00 |
| **Payment Method:** | Credit Card | **Agency Contact:** | Mobile |
| **Complaint Date:** | 04/26/2024 | **Transaction Date:** | |
| **Initial Contact:** | Phone Call: 8669493581 | **Initial Response:** | |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) Restore Online Shoppers' Confidence Act Telemarketing Sales Rule | **Law Violation:** | Deception/Misrepresentation I had difficulty canceling a recurring charge TSR: Caller ID information not transmitted |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |