Content. You waive any rights you may have regarding Your User Content being altered or manipulated in any way that may be objectionable to you. This license will terminate after you stop using the Website and App. Innovative reserves the right to refuse to accept, post, display, or transmit any of Your User Content in its sole discretion.

You represent and warrant that: (i) you own the content posted by you on or through the Website or App or otherwise have the right to grant the license set forth in these Terms, (ii) the posting and use of Your User Content on or through the Website or App does not violate the privacy rights, publicity rights, copyrights, contract rights, intellectual property rights, or any other rights of any person, and (iii) the posting of Your User Content on the Website or App does not result in a breach of contract between you and a third party. You agree to pay for all royalties, fees, and any other monies owed to any person by reason of content you post on or through the Website or App. You also acknowledge and agree that Your User Content is non-confidential and non-proprietary.

Innovative may review and remove Your User Content at any time for any reason, including for activity which, in its sole judgment: violates these Terms; violates applicable laws, rules, or regulations; is abusive, disruptive, offensive or illegal; or violates the rights of, or harms or threatens the safety of, users of the Website or App.

Copyright Policy

Innovative respects copyright law and expects its users to do the same.  It is Innovative's policy to terminate, in appropriate circumstances, users or other account holders who are believed to have infringed the rights of copyright holders.

**Digital Millennium Copyright Act (DMCA) notifications for intellectual property infringement.** If you believe that your work is the subject of copyright infringement and/or trademark infringement and appears in our Services, please provide Innovative's designated agent (listed below) with the following information:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- Identification of the copyrighted and/or trademarked work claimed to have been infringed, or, if multiple works at a single online site are covered by a single notification, a representative list of such works at that site.
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled via the Application, and information reasonably sufficient to permit Innovative to locate such material.
- Information reasonably sufficient to permit Innovative to contact you as the complaining party, such as an address, telephone number, and, if available, an email address at which you may be contacted.

- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright and/or trademark owner, its agent, or the law.
- A statement that the information in the notification is accurate and, under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Innovative's agent for notice of claims of copyright or trademark infringement on this App can be reached at:

Innovative Partners, LP
Attn: Innovative Partner Services
2234 North Federal Highway, #2862 Boca Raton, FL 33431
Email: SUPPORT@INNOVATIVEPARTNERSLP.COM

Please note that the procedure described above is exclusively for notifying Innovative and its affiliates that your copyrighted material has been infringed. The preceding requirements are intended to comply with Innovative's rights and obligations under the DMCA, including 17 U.S.C. §512(c), but do not constitute legal advice. It may be advisable to contact an attorney regarding your rights and obligations under the DMCA and other applicable laws.

Please also note that for copyright infringements under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity is infringing may be subject to criminal prosecution for perjury and civil penalties, including monetary damages, court costs, and attorneys' fees.

**Submitting a DMCA Counter-Notification**
We will notify you that we have removed or disabled access to copyright-protected material that you provided if such removal is pursuant to a valid DMCA take-down notice that we have received. If you receive such notice from us, you may provide us with a counter-notification in writing to Innovative's copyright agent (listed above) that includes all of the following information:

- Your physical or electronic signature;
- Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled;
- A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and
- Your name, physical address, and telephone number, and a statement that you consent to the jurisdiction of a court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial

district in which Innovative may be located, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

**Termination of Repeat Infringers**

Innovative reserves the right, in its sole discretion, to terminate the account or access of any User of our Application who is the subject of repeated DMCA or other infringement notifications.

We may give notice of a claim of copyright infringement to our users by means of a general notice on our Website, electronic mail to Your email address in our records, or by written communication sent by first-class mail to Your address in our records, as determined in our sole discretion. In accordance with the DMCA and other applicable laws, Innovative has adopted a policy of terminating, in appropriate circumstances and at Innovative's sole discretion, members who are deemed to be repeat infringers. Innovative may also at its sole discretion limit access to the Website and Services and/or terminate the accounts of any users who infringe any intellectual property rights of others, whether or not there is any repeat infringement.

## COMPUTER EQUIPMENT AND INTERNET ACCESS
### Section 10

You are responsible for obtaining, installing, maintaining, and operating all software, hardware, or other equipment (collectively, "Systems") necessary for You to access and use the Services. This includes, without limitation, obtaining internet services, and using up to date web-browsers and the best commercially available encryption, antivirus, anti-spyware, and internet security software. You are responsible for the data security of the Systems used to access the Services and for the transmission and receipt of information using such Systems. We are not responsible for any errors or problems that arise from the malfunction or failure of the Internet or Your Systems.

THERE ARE ALWAYS CERTAIN SECURITY AND ACCESS AVAILABILITY RISKS ASSOCIATED WITH USING OPEN NETWORKS SUCH AS THE INTERNET, AND YOU EXPRESSLY ASSUME SUCH RISKS.

## HOW DO I OPT-OUT OF RECEIVING EMAILS FROM INNOVATIVE?
### Section 11

In providing the Services, You may receive periodic email communications regarding the Services, new product offers and information regarding the Services, which are part of the Services and which You cannot opt out of receiving. You may also receive periodic promotions and other offers or materials Innovative believes might be of interest to You. You can opt-out of

receiving these promotional messages at any time by following the unsubscribe instructions contained in each newsletter.

## LINKS TO OUTSIDE THIRD-PARTY WEBSITES & SERVICES
### Section 12

The Services may contain links to third-party websites or services that we do not own or control ("Third-Party Websites"). Innovative does not have control over, and we assume no responsibility for, the content and performance of Third-Party Websites. ACCORDINGLY, INNOVATIVE DOES NOT REPRESENT, WARRANT OR ENDORSE ANY THIRD-PARTY WEBSITE, OR THE ACCURACY, CURRENCY, CONTENT, FITNESS, LAWFULNESS, OR QUALITY OF THE INFORMATION, MATERIAL, GOODS, OR SERVICES AVAILABLE THROUGH THIRD-PARTY WEBSITES. INNOVATIVE WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE OR LIABLE FOR ANY DAMAGES OR OTHER HARM, WHETHER TO YOU OR TO THIRD PARTIES, RESULTING FROM YOUR USE OF OR RELIANCE ON THIRD-PARTY WEBSITES.

YOU AGREE THAT, WHEN LINKING TO OR OTHERWISE ACCESSING OR USING A THIRD-PARTY WEBSITE, YOU ARE RESPONSIBLE FOR: (I) TAKING PRECAUTIONS AS NECESSARY TO PROTECT YOU AND YOUR COMPUTER SYSTEMS FROM VIRUSES, WORMS, TROJAN HORSES, MALICIOUS CODE, AND OTHER HARMFUL OR DESTRUCTIVE CONTENT; (II) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT IS OBSCENE, INDECENT, OFFENSIVE, OR OTHERWISE OBJECTIONABLE OR UNLAWFUL, OR THAT CONTAINS TECHNICAL INACCURACIES, TYPOGRAPHICAL MISTAKES, AND OTHER ERRORS; (III) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT VIOLATES THE PRIVACY OR PUBLICITY RIGHTS, OR INFRINGES THE INTELLECTUAL PROPERTY AND OTHER PROPRIETARY RIGHTS OF THIRD PARTIES, OR THAT IS SUBJECT TO ADDITIONAL TERMS AND CONDITIONS, STATED OR UNSTATED; (IV) ALL FINANCIAL CHARGES OR OTHER LIABILITIES TO THIRD PARTIES RESULTING FROM TRANSACTIONS OR OTHER ACTIVITIES; AND (V) READING AND UNDERSTANDING ANY TERMS OF USE OR PRIVACY POLICIES THAT APPLY TO THOSE THIRD-PARTY WEBSITES.

## YOUR REPRESENTATIONS AND WARRANTIES
### Section 13

You represent and warrant that Your use of the Services will be in accordance with these Terms and all applicable laws, regulations, rules, and Innovative policies and procedures. Specifically, **YOU REPRESENT AND WARRANT THAT YOU ARE LEGALLY AUTHORIZED TO SHARE PERSONAL DATA (WHETHER YOURS OR SOMEONE ELSE'S) WITH INNOVATIVE.**

## WARRANTY DISCLAIMERS & LIMITATION OF LIABILITY
### Section 14

**NO WARRANTIES**

THE WEBSITE, APP, AND SERVICES ARE PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. INNOVATIVE EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF THE COURSE OF DEALING OR USAGE OF TRADE.  WE MAKE NO WARRANTY THAT THE SERVICES OR MATERIALS WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. WE MAKE NO WARRANTY REGARDING THE QUALITY OF ANY SERVICES OR MATERIALS PURCHASED OR OBTAINED THROUGH THE SERVICES OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS, OR RELIABILITY OF ANY CONTENT OBTAINED THROUGH THE SERVICES.

**YOUR RESPONSIBILITY FOR OUR LOSS OR DAMAGE**
YOU AGREE THAT YOUR USE OF THE WEBSITE, APP, AND SERVICES IS AT YOUR SOLE RISK. YOU WILL NOT HOLD INNOVATIVE OR ITS THIRD-PARTY SERVICE PROVIDERS, LICENSORS, OR SUPPLIERS, AS APPLICABLE, RESPONSIBLE FOR ANY LOSS OR DAMAGE THAT RESULTS FROM YOUR ACCESS TO OR USE OF THE SERVICES, INCLUDING WITHOUT LIMITATION ANY LOSS OR DAMAGE TO ANY OF YOUR COMPUTERS OR DATA.

**YOUR RESPONSIBILITY TO BACKUP YOUR DATA**
THE WEBSITE, APP, AND SERVICES MAY CONTAIN BUGS, ERRORS, PROBLEMS, OR OTHER LIMITATIONS. YOU HEREBY ACKNOWLEDGE THAT A CATASTROPHIC SERVER FAILURE OR OTHER EVENT COULD RESULT IN THE LOSS OF ALL OF THE DATA RELATED TO YOUR ACCOUNT. YOU AGREE AND UNDERSTAND THAT IT IS YOUR RESPONSIBILITY TO BACKUP YOUR DATA TO YOUR PERSONAL COMPUTER OR EXTERNAL STORAGE DEVICE AND TO ENSURE SUCH BACKUPS ARE SECURE.

**NO LIABILITY FOR THIRD-PARTY DATA**
NEITHER INNOVATIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA, OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE STORAGE AND/OR DISCLOSURE OF A THIRD PARTY'S PERSONAL DATA WITHOUT THAT PARTY'S CONSENT.

**LIMITATION OF LIABILITY**
NEITHER INNOVATIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE USE OF OR INABILITY TO USE THE SERVICES OR MATERIALS, OR FROM

ANY COMMUNICATIONS, INTERACTIONS, OR MEETINGS WITH OTHER USERS OF THE SERVICES OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SERVICES WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT INNOVATIVE HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE.

IF YOU ARE NOT SATISFIED WITH THE WEBSITE, APP, OR SERVICES, YOU SHOULD DISCONTINUE USING THEM – **THIS IS YOUR ONLY REMEDY**.  BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU.  IN SUCH STATES, INNOVATIVE'S LIABILITY IS LIMITED AND WARRANTIES ARE EXCLUDED TO THE GREATEST EXTENT PERMITTED BY LAW, BUT SHALL IN NO EVENT EXCEED $100.00.  YOU MUST BRING ANY CLAIM ARISING FROM THE USAGE OF THE SERVICES OR MATERIALS WITHIN ONE (1) YEAR OF THE EVENT FROM WHICH THE CLAIM AROSE.

## INDEMNIFICATION
### Section 15

You agree to indemnify, defend and hold harmless Innovative, its clients, its suppliers, and their respective affiliates, employees, officers, directors, agents, servants, and representatives of each from any liability, loss, claim, suit, damage, and expense (including reasonable attorneys' fees and expenses) arising out of or in any way connected with Your access to or use of the Website, App, or Services, Your violation of this Agreement, or any negligent or wrongful conduct by You or related to Your account by You or any other person accessing the Website, App or Services through Your account, regardless of whether You were aware of such use, including without limitation the storage and/or disclosure of any third party's Personal Data without that party's permission or consent.

## GOVERNING LAW
### Section 16

These Terms are governed by the laws of the state of Texas without regard to its conflict of laws principles. The United States District Court for the Northern District of Texas shall be the appropriate venue and have jurisdiction over any action arising under these Terms or Your use of the Services.

## HOW AND WHEN CAN MY ACCOUNT BE TERMINATED?
### Section 17

If You breach any of these Terms, we may suspend or disable Your account or terminate Your access to the Website, App, or Services without prior notice to You.  There may be other instances where We may need to terminate Your access to the Website, App, or Services that are not related to any of Your actions or inactions.  We reserve the right to terminate Your

access to and use of the Website, App, or Services and materials at any time, with or without cause.

If You wish to terminate Your account, please contact Innovative at support@InnovativePartnersLP.com to immediately discontinue Your use of the Services, and delete all files associated with the Services from Your computer or mobile device.

## HOW DO I PROVIDE FEEDBACK AND WHO OWNS IT?
### Section 18

We welcome and encourage You to provide us with feedback, comments, and suggestions for improvements to the Website, App, or Services ("Feedback").  You may submit Feedback by emailing us at support@InnovativePartnersLP.com   If You submit any Feedback to us, we will own all intellectual property rights in such Feedback and may use such Feedback for any lawful purpose.

## NOTICES
### Section 19

All notices required or permitted to be given under these Terms must be in writing. Innovative shall give any notice by email sent to the most recent email address, if any, that You have provided to Us. You agree that any notice received from Innovative electronically satisfies any legal requirement that such notice be in writing. YOU ALONE ARE RESPONSIBLE FOR ENSURING THAT YOUR EMAIL ADDRESS ON FILE WITH INNOVATIVE IS ACCURATE AND CURRENT, AND NOTICE TO YOU SHALL BE DEEMED EFFECTIVE UPON THE SENDING BY INNOVATIVE OF AN EMAIL TO THE ADDRESS WE HAVE ON FILE.

You shall give any notice to Innovative by means of: (1) U.S. mail, postage prepaid, to Innovative Partners, LP 2234 North Federal Highway, #2862 Boca Raton, FL 33431,; or (2) email to support@InnovativePartnersLP.com  Notice to Innovative shall be effective upon receipt of notice by Innovative.

## GENERAL CONTRACT LANGUAGE
### Section 20

If any provision of these Terms is determined to be invalid, illegal, or unenforceable, the remaining provisions of these Terms remain in full force, provided that the essential terms and conditions remain valid, binding, and enforceable and the economic and legal substance of the transactions contemplated by these Terms are materially preserved.

The United States export control laws regulate the export and re-export of technology originating in the United States. This includes the electronic transmission of information and

software to foreign countries and to certain foreign nationals. You agree to abide by these laws and their regulations.

Nothing in these Terms creates an agency, partnership, or joint venture. Failure to enforce any provision will not constitute a waiver of that provision.

## DISPUTE RESOLUTION
### Section 22

**\*PLEASE READ THIS SECTION CAREFULLY AS IT AFFECTS YOUR RIGHTS\***

Most user concerns can be resolved quickly and to Your satisfaction by emailing Innovative Partner Services at support@InnovativePartnersLP.com.  In the unlikely event that our support team is unable to resolve a complaint You may have (or if Innovative has not been able to resolve a dispute it has with You after attempting to do so informally), including but not limited to any alleged breach of these Terms, You and Innovative agree to resolve the dispute through binding arbitration in the State of Texas before a single arbitrator, in accordance with the rules and procedures of the American Arbitration Association and governed by the laws of the State of Texas. Arbitration, which is often less expensive, faster, and less formal than a lawsuit in court, uses a neutral arbitrator instead of a judge or jury. Arbitrators can award the same damages and relief that a court can award, and may, but do not have to, award legal fees, arbitrator's fees, costs, and other costs incurred by the party that does not win the dispute.

Any arbitration under these Terms will take place on an individual basis; class arbitrations and class actions are not permitted. Any arbitration will be strictly confidential and neither party will disclose to any person (other than necessary to carry out the arbitration) the existence of the dispute or any aspect of the dispute.

This agreement to arbitrate will not preclude You or Innovative from seeking provisional remedies in aid of arbitration, including without limitation orders to stay a court action, compel arbitration or confirm an arbitral award, from a court of competent jurisdiction. Furthermore, this agreement to arbitrate will not preclude You or Innovative from applying to a court of competent jurisdiction for a temporary restraining order, preliminary injunction, or other interim or conservatory relief, as necessary. THE PROPER VENUE FOR ANY ACTION PERMITTED UNDER THIS SUBSECTION REGARDING "EQUITABLE RELIEF" WILL BE THE FEDERAL AND STATE COURTS LOCATED IN THE NORTHERN DISTRICT OF TEXAS; THE PARTIES HEREBY WAIVE ANY OBJECTION TO THE VENUE AND PERSONAL JURISDICTION OF SUCH COURTS.

## HOW DO I CONTACT INNOVATIVE?
### Section 23

Innovative is headquartered in Boca Raton, Florida, in the United States of America.

Specific questions and comments should be directed to the appropriate department via email to **support@innovativepartnerslp.com.** While we make every effort to respond to emails within 1 week of receiving them, we cannot guarantee a response to every electronic communication.

You may also contact us via postal mail at:

**Innovative Partners, LP**
2234 North Federal Highway, #2862 Boca Raton, FL 33431

# Meschwitz Cronenbold

# Attachment K

1401 N University Dr,
Coral Springs, FL, 33071

 

J0DB [5,299] 2 of 2 Bins[16000]

INNOVATIVE PARTNERS

Dear Fellow Partner:

Congratulations, you have just enrolled in Innovative Partners, LP's Elite 6MD Health Benefit Plan. This is a self-funded limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA") and is regulated by the United States Department of Labor. As is customary with the nature of insurance in general, this Plan has certain limitations. You have been given the Summary Plan Description document as well as the Wrap Plan Document, please carefully read these entire documents so that you will fully understand all of your benefits and coverage details. If you have any questions whatsoever you should immediately contact **Partner Services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled in your plan to cancel your plan and receive a refund of your first month's premium.

Sincerely,

*Your Partnership Team*

# Meschwitz Cronenbold

# Attachment L



.ıll 🗟 M M ⌇ M ⌇ ···      )◻( ▣ )◖ 8:56

<      Communications

🔍   Hi, I'm Erica. May I h...  

Provided by Bank of America

For Claims updates, log in to your Online Banking Message Center from a laptop or desktop computer.

## Alerts
Your notifications from Bank of America

## Manage Alert settings

## Security Alert
Transaction verification needed

Your debit card ending in ▇▇▇ was used at:

INNOVATIVE HEALTH PLAN, $289.82, Declined, 04/28.

Did you authorize this activity?

7 days ago

# Meschwitz Cronenbold

# Attachment M

# Innovative Partners, LP

**Case #:** 21649346

| | | | |
|---|---|---|---|
| **Consumer Info:** | Meschwitz, Debbie Marcela<br>█████████ ,<br>Boston, MA ████<br>████████████████@gmail.com | **Business Info:** | Innovative Partners, LP<br>2234 N Federal Hwy PMB 2862<br>Boca Raton, FL 33431<br>2393839145 |

**Date Filed:** 4/30/2024 10:18:02 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**
In March 28 I called a call center from looking infomation for mass health goverment healtcare, so I spoked with a men named David. He told me that the service was MASSHEALTH and also said if I enrolled and paid 3 months, the rest of the year It will be for free, He made me a lot of cuestion about my health, etc etc also ask for my SSN, and know he has all my information. He promised all that thing like de 3 months pay and the rest of the year free with masshealth and he made me sign something, and when I get my mail with all the information I just realized is nothing like he said. I called immediately to cancel my plan and they said, "wait 10 days to get your refund" and also I send a mail and they never answered and the next 10 days I called and told that is not possible and a lot of more lies. They try to charge me a second month but my bank identify as fraud. I called then again to get my cancelation and they dont wanna do it, Im still waiting for my confirmation of the cancellation and my refund. The people who works on that company is a full of liars, They stoled money from the people
**Consumer's Desired Resolution:**
Refund; Finish the job; Cancel the plan subscription

# PX 14

## <u>DECLARATION OF WILLIAM MUÑOZ JR.</u>

### PURSUANT TO 28 U.S.C. § 1746

I, William Muñoz, Jr. hereby declare as follows:

1.     My name is William Muñoz, Jr. I live in New York, New York and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.     I am a nursing student in New York and have had health insurance through Fidelis for at least 5 years. Because my income throughout that time has been below a certain threshold set by New York state, my premium for this plan has always been $0.

3.     Around December 23, 2023, as I was preparing for my final exams, I received a text message stating that my health insurance policy would be canceled soon. The text provided a number to call to address the issue. Although I do not remember the exact language of the text, it looked official, and I believed it was coming from the New York state government. It resembled other text alerts that I routinely receive, such as texts reminding me to pay my utility bill.

4.     Reading that my health insurance may be canceled soon made me panic. I called the number in the text to resolve any issues and make sure there was no lapse in my health insurance coverage.

5.     I do not remember the exact details of my conversation with the agent who answered my call, but I do remember that what he told me led me to believe I was speaking with a representative of a New York state government agency. The agent told me that my health insurance would soon be canceled, and I needed to pay to renew. This surprised me because I never had to pay a premium for my Fidelis plan, given my income. The agent explained that because the COVID pandemic had ended, the state was reassessing all insurance plans, and my

free plan would no longer be available to me in 2024. He said that if I wanted to maintain insurance coverage, I would need to pay around $300 per month for a plan.

6. The agent's statements were confusing, but I was also panicking about the possibility of losing health insurance. My nursing program requires me to have regular physicals, vaccinations, and bloodwork, and I needed insurance coverage for all of this. I agreed to pay to make sure there was no gap in health insurance coverage and then return to studying for finals.

7. After my call with the agent ended, I received an email from a company called Innovative Partners with login information for an online portal where I could find my health plan documents. The information in the portal was very limited.

8. I later received a health plan ID card in the mail from Innovative Partners.

9. In January 2024, my credit card processed a $309.86 charge from "Innovative Health Plan." The company attempted to charge me the same amount in February as well, but my credit card company automatically blocked the charge as a suspicious transaction. When my credit card company called me to confirm the charge, I did so because I believed it was payment for health insurance coverage that I needed. The attempted February charge from Innovative Partners was not processed until March 2024. Innovative Partners also successfully charged me $309.86 the next month, April 2024. **Muñoz Attachment A** contains true and correct screenshots of these three charges as they appear in the transaction history for my PayPal Mastercard.

10. On April 23, 2024, I went for a doctor's appointment and presented the Innovative Partners plan ID card when my insurance was requested. The staff at my doctor's office told me that they had never heard of this company and they do not accept this plan. Luckily, however, they also informed me that I still had my Fidelis insurance coverage—it had

never been canceled. I was so relieved that I still had coverage, but I was also upset to learn that I had been scammed.

11.     When I got home, I searched online for Innovative Partners. I found many complaints posted on sites like Reddit and the Better Business Bureau reporting that other people had been scammed by this company. I wanted to cancel the plan immediately.

12.     I logged on to the Innovative Partners online portal hoping I could cancel there. But there was no option to do so. I decided to call one of the Innovative Partners contact numbers posted in the portal. But the call rang for a long period of time, and no one ever picked up. I then decided to try a different Innovative Partners contact number posted in the online portal. This number had an automated phone menu that asked me to choose which department I wanted to connect to. The first option I selected did not connect me with an agent; the phone just rang, and no one picked up. I hung up and called again, selecting a different menu option. Again, I did not connect with an agent. After calling multiple times and trying different menu options, I finally connected to an agent in the Innovative Partners billing department. She told me she would process my cancellation request. The whole process of attempting to cancel my Innovative Partners plan by phone took at least a couple of hours.

13.     After making my cancellation request to Innovative Partners, I contacted my credit card company to flag that it should not process any additional charges from the company.

14.     On May 1, 2024, I reported my experience with Innovative Partners to the Better Business Bureau. **Muñoz Attachment B** is a true and correct copy of this complaint, along with responses from Innovative Partners. After I filed my complaint, Innovative Partners refunded me $309.86—the value of one month's payment. **Muñoz Attachment C** is true and correct

screenshot of the refund as it appears in the transaction history for my PayPal Mastercard. I never received a refund of the remaining $619.72.

15.    My experience with Innovative Partners was extremely upsetting. The company lied to me, telling me that my insurance coverage was about to expire. This added to my stress when I was already under a lot of pressure studying for finals. By pretending to be affiliated with the New York state government or my state-sponsored insurance plan, Innovative Partners stole over $600 from me. I am a financially independent student on a limited income, and $600 is not an insignificant amount of money for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____12/20/____, 2024.

William Muñoz, Jr.

# Muñoz
# Attachment A



January 2024





## You paid $309.86 to INNOVATIVE HEALTH PLAN 8669493581 FL

**Details**

Payment from
PayPal Cashback World Mastercard

Transaction type
Purchase

Amount                                      **$309.86**

**Need help with this transaction?**

📞 Give us a call
Operation hours: 24/7
**(855) 938-3684**

Transaction made on January 10, 2024
Transaction ID: ▉▉▉▉▉▉▉▉▉▉


March 2024




# You paid $309.86 to INNOVATIVE HEALTH PLAN 877-2036624 FL

**Details**

Payment from
PayPal Cashback World Mastercard

Transaction type
Purchase

Amount                                              **$309.86**

**Need help with this transaction?**

📞 Give us a call
Operation hours: 24/7
**(855) 938-3684**

Transaction made on February 28, 2024
Transaction ID: ███████████████

 

April 2024



## You paid $309.86 to INNOVATIVE HEALTH PLAN 8669493581 FL

**Details**

Payment from
PayPal Cashback World Mastercard

Transaction type
Purchase

Amount                                                    **$309.86**

**Need help with this transaction?**

  Give us a call
Operation hours: 24/7
**(855) 938-3684**

Transaction made on March 30, 2024
Transaction ID: ██████████████

# Muñoz
# Attachment B

# Innovative Partners, LP

**Case #:** 21653484

| | | | |
|---|---|---|---|
| **Consumer Info:** | Munoz, William <br> , NY  @gmail.com | **Business Info:** | Innovative Partners, LP <br> 2234 N Federal Hwy PMB 2862 <br> Boca Raton, FL 33431 <br> 2393839145 |

**Date Filed:** 5/1/2024 5:17:56 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Learned a valuable lesson. I figure I won't get a refund from this company so I may as well make a complaint. I had gotten a number or emails & text messages about my health insurance expiring from the state of New York last December. So foolishly I contacted their number and was told my current health insurance was expired due to the "covid pandemic being over" and I relunctantly handed over my information only to find that it was 300$ a month. I didn't give it much thought at the time due to the fact that I am a nursing student and MUST have health insurance to keep up with medical physicals, blood work, and vaccinations. Turns out at my most recent doctor's appointment I asked if my current insurance was intact and it was so I showed them the Innovative Partner Card, they don't even take them nor have they heard of company. After a little google search to verify my suspicions I immediately go home and call to cancel the membership; noone picked up until I called billing services and a nice young lady canceled it for me in a timely fashion. All in all, very shady, predatory, and misleading company. I will be letting my bank and lawyer know about this transaction.

**Consumer's Desired Resolution:**

Refund

## Complaint Timeline

| | |
|---|---|
| **05/01/2024** | Submitted: IABBB Complaint Form (API) <br> **Complaint Form** |
| **05/01/2024** | Processed by blue: Automation <br> **IABBB Complaint Form** |
| **05/01/2024** | Pending initial Business response: Action Taken <br> **Threshold Application** |
| **05/09/2024** | Business Responded to Complaint: Action Taken: Extranet <br> **partnerservices@innovativepartnerslp.com** |
| **05/09/2024** | Pending consumer Response: Action taken <br> **andrewr@bbbsefl.org** |
| **05/10/2024** | Pending BBB review of rejection: Action Taken: Extranet <br> @gmail.com |

| | |
|---|---|
| **05/10/2024** | Pending Business Response of Rejection: Action taken<br>**andrewr@bbbsefl.org** |
| **05/14/2024** | Business responded to rejection: Action Taken: Extranet<br>**partnerservices@innovativepartnerslp.com** |
| **05/15/2024** | Pending consumer response to rejection: Action taken<br>**andrewr@bbbsefl.org** |
| **05/15/2024** | Pending BBB Review of Consumer 2nd Rejection: Action Taken: Extranet<br>███████████ **@gmail.com** |
| **05/15/2024** | Answered: Action taken<br>**andrewr@bbbsefl.org** |

## Complaint Messages

**05/09/2024 - Innovative Partners Compliance**
Respond to Complaint

Innovative Partners strives to deliver meaningful experiences to every one of our consumers. While we certainly take all customer service issues seriously please note that Innovative Partners does not market or sell insurance or health plans nor would the consumer have spoken to any agent at Innovative Partners when enrolling in this policy. Please note that Innovative Partners does not market or sell insurance or health plans. It is regrettable to hear that the Consumer's experience with the enrolling company was not as expected. Further to that, Innovative Partners operates no websites for marketing or lead generation, does not send text messages for marketing, and has no affiliation with third party marketing/lead generation companies nor do we contract with any third party marketing companies and as such we have no control over their collateral or marketing techniques.

Unfortunately we are not privy to the customer's conversation with the enrolling company or the individual they spoke with at time of enrollment. The Consumer enrolled into this plan on 1/31/2024 and has had no communication with  Innovative Partners post enrollment and there is no record of any cancellation request until 4/23/2024. The Consumer is well outside the 30 refund policy timeframe and despite multiple attempts made from Innovative to contact the Consumer we were unable to get ahold of the Consumer. For avoidance of doubt the Consumer's plan has been terminated effective as of April 23, 2024 and a one month courtesy refund was given to the Consumer. We will share the Consumer's details with our Escalation Team and will reach out to the consumer to discuss any further concerns or questions the consumer has.

**05/10/2024 - William Munoz**
I do not accept the response made by the business to resolve this complaint

Complaint: 21653484

I am rejecting this response because: A representative surely did contact me via text, automated or not, I was then prompted to call and speak with someone over the phone where I was mislead into thinking my health insurance was cancelled and in need of a new plan.

Sincerely,

William Munoz

**05/14/2024 - Innovative Partners Compliance**
Respond to Complaint
The Consumer is well outside the 30 refund policy timeframe and despite multiple attempts made from Innovative to contact the Consumer we were unable to get ahold of the Consumer. As mentioned prior, the Consumer's plan has been terminated effective as of April 23, 2024 and a one month courtesy refund was given to the Consumer. Please note that Innovative Partners does not market or sell insurance or health plans. There is no further action Innovative Partners is able to take to assist the Consumer in this matter and a refund was provided.

**05/15/2024 - William Munoz**
I do not accept the response made by the business to resolve this complaint

Complaint: 21653484

I am rejecting this response because:

Sincerely,

William Munoz

# Muñoz
# Attachment C



May 2024



# You received a $309.86 refund from HEALTHPLANS BY INNOVAT 866-9493581 FL

**Details**

Refunded to
PayPal Cashback World Mastercard

Transaction type
Refund

Amount                                    **$309.86**

**Need help with this transaction?**

📞   Give us a call
     Operation hours: 24/7
     **(855) 938-3684**

Transaction made on May 9, 2024
Transaction ID: ███████████

# PX 15

**DECLARATION OF NICOLE SHEVCHENKO**
**PURSUANT TO 28 U.S.C. § 1746**

I, Nicole Shevchenko, hereby declare as follows:

1. My name is Nicole Shevchenko. I live in Cherry Hill, New Jersey, and did so at the time of the events described in the following paragraphs. I am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2. On or about August 18, 2024, having moved a couple of times within New Jersey for various personal reasons, I was wanting to update my current address with my AmeriHealth plan through New Jersey Marketplace. I tried to do this address update online but was informed I had to call to change it. So, I searched online for New Jersey Marketplace and found the phone number 855-470-0237 on what appeared to be a New Jersey Marketplace site.

3. I called 855-470-0237 using my cell phone while my friend was with me and I connected to a female agent, whose name I don't recall. The agent answered the phone stating that I had reached the New Jersey Marketplace and asked how she could help. I said that I needed to change my address. The agent asked for my AmeriHealth information and my new address, then placed me on hold. When the agent returned, she told me that with my address change I must have missed the letter that was sent detailing new administrative changes to my plan. The agent further stated that because I didn't call in and verify my insurance as the letter directed, unfortunately my insurance had been cancelled and I would have to wait for the new enrollment period to open in November to reenroll. I was upset and frustrated to learn that I'd lost my insurance and was trying to figure out what I would do when the agent said that I could get a "rider" insurance policy under my AmeriHealth plan. I had heard the term rider policy before and believed it to be a "fill in" type of policy until my regular AmeriHealth insurance plan

could be reinstated at open enrollment. The agent did not ask me or explain what a rider policy was except to state that it would be very similar coverage to my cancelled AmeriHealth plan, including the same benefits and copays, and that I would be able to get my original plan back during open enrollment.

4.      The agent asked if I had any preexisting health conditions and what medications I was taking. I said I have Lyme disease and take no medications. She also asked for my height and weight and my personal information, including my date of birth and social security number. She said the rider would be through First Health PPO, a branch of AmeriHealth. I understood this to mean that the rider was a PPO plan through AmeriHealth. I don't recall any of the specific plan benefits she discussed but I did ask about seeing my regular doctor and she confirmed my regular doctor would be covered under the PPO. The agent said the rider cost would be $140 per month. There was no enrollment fee mentioned.

5.      Since I thought I was uninsured, this rider plan, as described, sounded exactly like what I needed until open enrollment in November so I agreed to purchase it. The agent then asked for my credit card information. I initially gave her my Discover card information and she informed me that my card was declined. This rejection was a surprise to me as I had used my Discover card before and after this experience without issue. I then gave her my Capital One card information and it too was declined. Finally, I gave her my Santander bank debit card information for my business. I then received a text message from Santander inquiring if I approved this charge but my payment was declined before I could respond. I then clicked yes and the agent confirmed that the charge went through.

6.      As the agent was attempting to process my payment and associated rejections, the agent sent a text message to my friend's phone asking me to click a link to "complete the enrollment" while the agent stayed on the line. I had asked the agent to send the text link to my friend's phone instead of mine as I wasn't able to access the internet on my phone. As I was talking with the agent on my phone, my friend helped me by clicking the link in the text message and completing what the agent was directing me to complete. I saw the documents that the agent was directing me to complete and sign but I didn't read the documents closely as I believed I was talking with New Jersey Marketplace. I also believed the documents would outline the AmeriHealth PPO plan rider I had discussed with the agent, which I believed was the same coverage I already had and was already familiar with. I then signed in the signature box. The agent then told me I was enrolled, provided me with my Member ID number: E232355, told me my insurance card and plan documents would be emailed and mailed to me, and stated the coverage would begin right away. However, I never received any plan documentation, insurance card, or any further communication about this policy.

7.      Later that day, I checked my Santander online bank account and learned I was charged $139.99 by "Innovative Health Plan" in Florida. This concerned me and raised red flags as I know New Jersey Marketplace is not handled in Florida. I had a strong suspicion that I had been scammed. A true and correct copy of my bank account activity showing this charge is attached at **Shevchenko Attachment A**.

8.      When I saw this charge, I attempted to contact Innovative Health Plan back at 855-470-0237— the number I had called that led to enrollment in the "rider" policy—and asked the representative about my insurance card that I hadn't yet received. The representative hung up on me.

9.      I was suspicious and anxious about the rider policy I purchased and whether I still had insurance coverage with AmeriHealth so I called an urgent care office to ask them to look up my original AmeriHealth plan in their system and confirm my original AmeriHealth plan was still valid. The representative I spoke with, whose name I don't recall, confirmed that my original AmeriHealth insurance plan through the New Jersey Marketplace was still active.

10.     On or about August 19, 2024, I called AmeriHealth at the phone number listed on the back of my insurance card. The representative I spoke with, whose name I don't recall, also confirmed that my policy was active and had never been cancelled. I reported my experience with Innovative Health Plan to AmeriHealth and provided them with the phone number I had. AmeriHealth told me they were aware of Innovative Health Plan, were concerned about their conduct and were considering actions to address it.

11.     I then attempted to contact Innovative Health Plan and when the representative answered the phone, I said I had just called AmeriHealth and was told my insurance wasn't cancelled. The representative then hung up on me before I could say anything further.

12.     After talking with the urgent care office and AmeriHealth and realizing I had been scammed, on or about August 19, 2024, I contacted Santander and filed a charge dispute against Innovative Health Plan for the $139.99 charge. Santander provisionally credited my account for this charge while they investigated. They also cancelled my debit card and issued me a new one. Santander informed me that Innovative Health Plan attempted to charge my account an additional 4-5 times after the initial purchase but Santander declined those charges. Santander also suggested I call Innovative Health Plan at 866-949-3581, the number listed for this charge on my account statement and attempt to cancel the plan.

13.     On or about August 19, 2024, I attempted to contact Innovative Health Plan at the 866-949-3581 phone number. When the representative answered, I said that I had been scammed, my bank was investigating the fraudulent charges to my card made by Innovative Health Plan, and I wanted to cancel my enrollment. The representative said this isn't fraud but when I asked about the documents I had yet to receive, the representative hung up on me. Over the next few days, I attempted to contact Innovative Health Plan at both 866-949-3581 and 855-470-0237 at least 5 or 6 more times—trying to cancel my policy and ensure I received a refund. During the first few call attempts, the agents would refute anything I said, reject my cancellation request, and immediately hang up on me. Eventually, I believe that Innovative Health Plan blocked both my personal cell and work phone numbers, which I had used to make the cancellation calls, because my calls to those lines would not connect and I received a recording stating my call was restricted and wouldn't go through.

14.     On or about August 19, 2024, I submitted an online complaint about my experience with Innovative Health Plan to the Federal Trade Commission's Consumer Sentinel Network. A true and correct copy of my complaint is attached as **Shevchenko Attachment B**.

15.     On or about October 2, 2024, Innovative Health Plan credited my account the $139.99 charge. I also received a letter from Santander, dated October 2, 2024, stating that it had completed its investigation and Innovative Health Plan had refunded the $139.99 charge. The letter also stated that the provisional credit Santander had previously applied to my account would be debited in 5 business days. I never received any cancellation confirmation documents or further communication from Innovative Health Plan.

Page **5** of **6**

16. On or about October 9, 2024, I submitted a complaint about my experience to the Better Business Bureau. Innovative Health Plan never responded to my complaint. A true and correct copy of my complaint is attached as **Shevchenko Attachment C**.

17. Innovative Health Plan and its sales agents lied to me, telling me they were the New Jersey Marketplace. They also told me my New Jersey Marketplace coverage was no longer valid and I needed to purchase a new policy—neither of which was true. Thankfully, my bank was responsive when I disputed the Innovative Health Plan charge, and I was ultimately refunded. Although I received my money back, this stressful experience took up a lot of my time. I spent at least a week and hours and hours not only calling Innovative Health Plan to cancel this fake health insurance and obtain a refund but I also called an urgent care office and AmeriHealth to verify my coverage and reached out to my bank to ensure I received a refund. I also had to deal with the hassle of canceling and replacing my credit cards and placing credit freezes with the credit bureaus, due to concerns that scammers at Innovative Health Plan had collected sensitive personal information like my social security number and date of birth. This entire experience with Innovative Health Plan was extremely upsetting, time consuming, and stressful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/18__, 2024.

_____
Nicole Shevchenko

# SHEVCHENKO
# ATTACHMENT A

**Account Activity**

| Date | Description | Credits | Debits | Balance |
|------|-------------|---------|--------|---------|



08-19 INNOVATIVE HEALTH PLAN 866-9493581 /FL US CARD PURCHASE $139.99



**Shevchenko Attachment A, Page 1 of 1**

# SHEVCHENKO ATTACHMENT B

| Record # 2 / 176494853 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| Reference Number: | 176494853 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC?: | No |
| Comments: | I called get covered Nj to update my insurance. Their number was listed as that. They told me my coverage was canceled and had me purchase new coverage. | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 08/19/2024 11:29:54 AM |
| Created By: | FTCCIS-FTCUSER | Created Date: | 08/19/2024 11:29:54 AM |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Mobile Complaints | Product Service Description: | Business Imposters |
| Amount Requested: | | Amount Paid: | $139.99 |
| Payment Method: | Bank Wire Transfer or Payment | Agency Contact: | Mobile |
| Complaint Date: | 08/19/2024 | Transaction Date: | |
| Initial Contact: | Online Ad or Popup: Google | Initial Response: | |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer Small Business or Organization: | | | |
| First Name: | Nicole | Last Name: | Shevchenko |
| Address 1: | ███████████ | Address 2: | ███ |
| City: | Cherry Hill | State: | New Jersey |

**Shevchenko Attachment B, Page 1 of 2**

| | | | |
|---|---|---|---|
| Zip: | ▮ | Country: | UNITED STATES |
| County: | Camden | Federal Judicial District: | New Jersey |
| Home Number: | | Cell Number: | ▮ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ▮ |
| Age Range: | ▮ | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |
| Subject | | | |
| Subject: | Nj Get Covered Health Ins | Normalized Name: | Nj Get Covered Health Ins |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | |
| County: | | Federal Judicial District: | |
| Email: | | URL: | |
| Phone Number: | | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | rep | Title: | |

**Shevchenko Attachment B, Page 2 of 2**

# SHEVCHENKO ATTACHMENT C

| Record # 1 / 179105465 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| Reference Number: | 179105465 | Originator Reference Number: | 04030022398983 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC?: | No |
| Comments: | I googled Nj market place to change my address. It was a scam number. They said they were the market place and took all of my personal information. They told me my Amerihealth was canceled and that I had to use the rider insurance and it was a part of Amerihealth. I gave them my bank information and credit card and they charged my accounts. I called Amerihealth and my insurance was never canceled. When I called them they hung up on me and blocked me. | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | Yes | | |
| Complaint Disposition: | ADMIN JUDGED INVALID. The consumer complaint is incomplete or unintelligible and the consumer cannot be reached, or the consumer and the business did not have a marketplace transaction. | | |
| Data Reference: | | Load Date: | 10/17/2024 4:23:34 AM |
| Created By: | BBBNEFL-USER | Created Date: | 10/09/2024 12:00:00 AM |
| Updated By: | | Updated Date: | |
| Complaint Source: | BBB FL Jacksonville | Product Service Description: | Medical Insurance & Discount Plans |
| Amount Requested: | | Amount Paid: | |
| Payment Method: | | Agency Contact: | External Agency |
| Complaint Date: | 10/09/2024 | Transaction Date: | |
| Initial Contact: | | Initial Response: | |
| Statute/Rule: | | Law Violation: | |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| Consumer Information | | | |
| Consumer Small Business or Organization: | | | |

**Shevchenko Attachment C, Page 1 of 2**

| First Name: | Nicole | | Last Name: | Shevchenko |
|---|---|---|---|---|
| Address 1: | | | Address 2: | |
| City: | *(Cleansed: Cherry Hill)* | | State: | New Jersey |
| Zip: | ███ | | Country: | UNITED STATES |
| County: | Camden | | Federal Judicial District: | New Jersey |
| Home Number: | | | Cell Number: | |
| Work Number: | ███ | | Ext: | |
| Fax Number: | | | Email: | ███ |
| Age Range: | | | Military Service Branch: | |
| Soldier Status: | | | Soldier Station: | |
| **Subject** | | | | |
| Subject: | Innovative Health Plan | | Normalized Name: | Innovative Health Plan |
| Address 1: | | | Address 2: | |
| City: | Jacksonville *(Cleansed: Day)* | | State/Prov: | Florida |
| ZIP: | 32013 | | Country: | UNITED STATES |
| County: | Lafayette | | Federal Judicial District: | Florida - Northern |
| Email: | | | URL: | |
| Phone Number: | 866-9493581 | | Ext: | |
| Subject ID Type: | | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | | |
| Representative: | | | Title: | |

**Shevchenko Attachment C, Page 2 of 2**

# PX 16

**DECLARATION OF DIANE SMITH**
**PURSUANT TO 28 U.S.C. § 1746**

I, Diane Smith hereby declare as follows:

1.      My name is Diane Smith. I live in Winters, California and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      In late June 2024, I was looking for health insurance as my husband had recently retired. I was previously covered under a health insurance plan with United Healthcare, which he had through his employer until he retired. I needed a new plan for a few months until I turned 65 and would be eligible for Medicare. I had looked into health insurance with COBRA, but it was very expensive, so I searched online for Covered California, my state marketplace. On June 27, 2024, I called the phone number from one of the top listings on the Google search results page, (855) 665-1865, because I wanted to speak to a health insurance agent about my Covered California plan options.

3.      The person who answered my call introduced herself as Maria. She said she was a health insurance broker that represented many insurance carriers, including "state private insurance" plans. I told Maria that I recently lost health insurance that I had through my husband's job. I explained I was looking for a similar full-coverage plan, including dental, until November, when I would turn 65 and be eligible for Medicare. Maria said she could enroll me in "gap" coverage that would end in November and offer benefits similar to those that I had through my husband's employer plan. I understood this to mean that Maria would enroll me in full coverage health insurance plan to cover me between now, when I was losing insurance through my husband's employer because he had retired, and November, when I could enroll in Medicare. This is exactly what I was looking for. Maria then asked me several questions, including if I had

been hospitalized in the last 6 months. She didn't explain why she was collecting this type of information, and I didn't ask.

4.      Next, Maria said she found multiple options for me and then described what she had determined was the best one. She said it was a full coverage "PPO" plan with Multiplan. Maria said this plan had a $0 deductible and $25 copays for doctor and specialist visits. She specifically said the plan would cover emergency room and urgent care visits, ambulance and medical flights, mammograms, CT scans, and MRIs. Maria said the plan had "80/20 coverage." I understood this to mean that for medical expenses, the insurance company would cover 80% of the costs and I would be responsible for the remaining 20%. Maria quoted the premium or cost of this plan as $753.85 per month, which was less than the $1230.83 quote for a COBRA plan with similar coverage. Maria also told me I would have a 30-day look period, starting from the day that I enrolled, during which I could cancel and receive a full refund for the first month's premium. Maria confirmed that my doctor and dentist were covered under this plan. This plan sounded exactly like what I needed until I could enroll in Medicare, so I decided to enroll. **Smith Attachment A** is a true and correct copy of my handwritten notes taken down during this call and subsequent calls with Innovative Partners.

5.      I provided Maria with my credit card information, and I don't remember if I completed the enrollment over the phone or on my device. In my inbox, however, I did find an email from "admin_noreply@innovativepartnerslp.com" with subject "Innovative Partners - Enrollment Authorization," stating "[w]ith this email, you can complete the Innovative Partners enrollment application process." It also featured a link to "authorize your enrollment application." **Smith Attachment B** is a true and correct copy of this email.

Page **2** of **8**

6.      On June 27, 2024, my credit card was charged $753.27 for the plan's monthly premium, which was a few cents less than the original $753.85 Maria quoted. That same day, I received an email from "partnerservices@innovativepartnerslp.com" also copying "IPA2901@carynhealth.com" and "membercc@innovativepartnerslp.com." The subject of the email stated "Sales Receipt." The email included a line-by-line breakdown of the $753.27 monthly premium charge for my health insurance plan. The email showed a $50.00 "Enrollment Fee," $323.30 "Monthly Payment for Optimum-MD 3," $169.99 "Monthly Payment for Essential 25000," $119.99 "Monthly Payment for Guardian 50000," and $89.99 "Monthly Payment for Dental 1000." **Smith Attachment C** is a true and correct copy of this email.

7.      While still on the phone with Maria, she confirmed that my enrollment was successful. She then provided me with a member ID number and told me I would be receiving emails related to my plan soon. She also said that if I had any questions about my plan, I should call the following customer service number: (908) 838-0185.

8.      A few minutes after my call with Maria, I received two emails from "partnerservices@innovativepartnerslp.com." The subject of one email was "Innovative Partners - Partner Access" and the message included a "provider search link" for finding "in-network providers." **Smith Attachment D** is a true and correct copy of this email. The subject of the other email was "Innovative Partners - Partner Portal," and the message included login information to access a web portal, at URL https://member.innovativepartnerslp.com, to access my "temporary ID cards, resources, [and] monthly payment details" **Smith Attachment E** is a true and correct copy of this email. I logged into the portal and downloaded two of the plan-related documents that were posted there. These documents are attached and labeled as follows: **Smith Attachment F** is a true and correct copy of the document titled "Innovative Partners, LP

Page **3** of **8**

Health Benefit Plan, Summary Plan Description for the Benefits of the Optimum 3MD Policy"; and **Smith Attachment G** is a true and correct copy of the document titled "Innovative Partners, LP Health Benefit Plan, Summary Plan Description for the Benefits of the Dental 1K Plan."

9.      Once I read the plan documents, **Smith Attachments F and G**, I realized this plan was nothing like what Maria had described. For example, even though Maria said this would be full coverage—similar to the coverage I had through my husband's employer—**Smith Attachment F** stated in fine print that it is "not designed to be a major medical policy nor is it designed to replace a major medical policy plan."

10.      Nor did this plan provide the 80/20 coverage that Maria had described on the phone; instead, my understanding, based on the plan documents, was that I would only receive limited benefits that were capped. For example, on my initial phone call with Maria, she told me that the ambulance trips were fully covered, which I understood to mean that the company would cover 80% of the cost. In the health plan documents, **Smith Attachment F**, the "Hospital Benefits" section stated that ambulance trips will be reimbursed *up to* $200 for each trip. I know ambulance trip costs way more than $200. A plan that only offered limited discounts, such as $200 off an ambulance trip that could be thousands of dollars, is not something I wanted. I also noticed that there were similar coverage caps for almost every single type of care or service listed in the plan documents. What I wanted was real health insurance that would pay for a significant portion of medical bills like ambulance costs, and I would not have bought the Innovative Partners plan if Maria had explained the limited benefits to me honestly.

11.      In the week following my call with Maria, I received a letter in the mail with an enclosure that had two insurance cards affixed.  **Smith Attachment H** is a true and correct image of the letter. The letter had an Innovative Partners logo in the top right corner and stated

that I had thirty days from the date of enrollment to cancel and receive a refund of my first monthly premium. **Smith Attachment I** is a true and correct image of the document with the two insurance cards attached. The return address at the top identified the sender as a company called Marpai in Minnesota. There was no other written plan information enclosed in the envelope with the letter. Both cards had a large Innovative Partners logo in the top left. One card identified the plan as "Optimum MD 3" and in the lower left corner, under the "Provider Network" heading was a logo for "MultiPlan." It also listed the following amounts under the heading "Member Out of Pocket": PCP: $25; Specialist: $25; Urgent Care: $25; ER: $25; and "Wellness: $0." This description of out-of-pocket costs was consistent with the plan Maria described over the phone. The other card identified the plan as Dental 1000. The bottom right of the card had the words "Aetna Dental Administrators" in large bold text. In fine print above that, it stated "[a]dministered by Marpai Health." The right side of the card listed two numbers: one for "Partner Services," (866) 949-3581 and another to find a participating dentist, 1-800-513-7177. There was also a website listed to find participating dentist for www.aetna.com/Dentaladministrators.

12.     By early July, I had realized, based on the plan documents, that the plan Maria had sold me was nothing like the plan described in the documents. I would not have purchased a plan that only offered very limited discounts on medical expenses. Had I known Maria was selling me a discount plan, I would have enrolled instead through COBRA, which I knew would offer full coverage.

13.     On July 11, 2024, I called (866) 949-3581, the number listed on the letter that contained my health insurance cards, **Smith Attachment H,** to cancel the plan and request a refund. I explained to the representative on the phone that the plan documents indicated that the

plan was not full coverage, and this is not what I was sold over the phone. Despite this, the representative tried to convince me to stay enrolled in the Innovative Partners plan, and I reiterated that I wanted to cancel and receive a full refund. At this point, the agent said they would have to transfer the call to a different department. Next, they placed me on a series of long holds, and I was transferred to at least two other agents until I finally connected to the "cancellation desk." The representative at the "cancellation desk" agreed to cancel my plan and given that I was in the "free look period," he confirmed I would receive a refund of my first month's premium. He said he would send me an email confirmation shortly.

14.     After the call, I received an email from "partnerservices@innovativepartnerslp.com" titled "Innovative Partners - Cancellation Confirmation." This email stated that Innovative Partners had received my request to cancel my health plan and that my "health plan will be terminated as of 07-27-2024." **Smith Attachment J** is a true and correct copy of that email. I waited until my next credit card statement so that I could check to see if the refund was processed.

15.     Around the beginning of August 2024, I checked my credit statement and noticed that I did not receive a refund from Innovative Partners. On August 9, 2024, I called (866) 949-3581, the number listed on the letter that contained my health insurance cards, **Smith Attachment H**, that I had called to submit my cancellation request on July 11. The representative to whom I connected told me that I would receive an email in 24 hours confirming the refund. I asked her what I should do if I don't receive an email, and she asked me to call back in three days. I didn't receive a refund confirmation email from Innovative Partners that evening.

16.     On August 13, 2024, I called Innovative Partners again at (866) 949-3581 to check on the status on my refund. The representative stated that they could not give me a refund

on my premium because they do not refund premiums. They added that refunds—even inside the 30-day look period—are not part of the company's policies. I refuted this statement and cited my July 11 conversation with the "cancellation desk" representative, who had confirmed that I would receive a refund of my first month's payment because I was in the 30-day look period. The representative replied that I must have called a different company or what I said was a lie. I felt insulted that she was calling me a liar and I was frustrated that the company was refusing to refund hundreds of dollars, as it had stated it would during the June 27 sales call, the July 11 cancellation call, and the letter to me, **Smith Attachment H**.

17. On August 15, 2024, I called my credit card company and disputed the $753.27 charge from Innovative Partners over the phone. **Smith Attachment K** is a true and correct copy of the Barclays's August 15, 2024, letter to me acknowledging receipt of the charge dispute related to the $753.27 charge from "INNOVATIVE HEALTH PLAN." Before Barclays could finish their investigation, Innovative Partners, under the name Innovative Health Plan, credited my account on August 16, 2024, for the full amount of $753.27. **Smith Attachment L** is a true and correct copy of the Barclays's August 19, 2024, letter to me notifying me that the charge had been reversed. **Smith Attachment M** is a true and correct copy of my credit card statements with Barclays the initial charge and credit.

18. On August 18, 2024, I submitted a complaint to the BBB about Innovative Partners. **Smith Attachment N** is a true and correct copy of my BBB complaint.

19. On August 29, 2024, Innovative Partners Compliance responded to my complaint to the BBB. **Smith Attachment O** is a true and correct copy of this response. It stated, "Innovative Partners does not represent as Covered California or any state health exchange nor

does Innovative Partners market/sell insurance/health plans." It also confirmed that I submitted a cancellation request "within the 30-day review period" and that they had processed a full refund.

20.     I did receive my refund from Innovative Partners, and I haven't interacted with Innovative Partners since August 2024. Maria tricked me into purchasing the Innovative Partners plan by lying about the plan benefits, such as telling me that this was an "80/20" plan. I never would have purchased the Innovative Partners product if I had known it was not a marketplace plan and did not provide full coverage for my medical expenses—only limited discounts. I lost a lot of sleep due to stress from my experience with Innovative Partners. I was worried about not receiving a refund for the fake health insurance Maria had sold to me, and the money I had paid, $753.27, was not insignificant—it was worth many grocery store visits for me. I am also extremely upset about the time I lost battling with Innovative Partners to get my refund. I worry that if I had not closely reviewed the fine print on the plan documents, I might have been left without health insurance. I have since signed up for COBRA coverage though my husband's insurance.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on  14 NOVEMBER , 2024.

Diane Smith

# Smith
# Attachment A



# Smith
# Attachment B

Case 0:26-cv-60976-AHS Document 1-9 Entered on FLSD Docket 04/07/2026 Page 59 of 100

# Innovative Partners - Enrollment Authorization Inbox

**Innovative partners** <admin_noreply@innovativepartnerslp.com>    Thu, Jun 27, 4:00 PM

to me

Images in this message are hidden. This message might be suspicious or spam.

Show images        Report spam

Hello DIANE SMITH,

With this email, you can complete the Innovative Partners enrollment application process. Your representative has already entered your information in the Innovative Partners Enrollment Portal. The final step is for you to review a summary of your program and authorize your enrollment application. To do so, click the link below and follow the instructions:

**CLICK HERE**

If you have any questions, please contact your representative. And thank you for your interest in our health plan. You're making a great choice!

Sincerely,
Innovative Partners

Innovative Partners

866-949-3581
partnerservices@
innovativepartnerslp.com

Case 0:26-cv-60976-AHS   Document 1-9   Entered on FLSD Docket 04/07/2026   Page 60 of 100

# Smith
# Attachment C

**From:** Diane Smith ███████████ @gmail.com>
**Date:** September 28, 2024 at 5:32:39 PM PDT
**To:** ████████████ @msn.com>
**Subject: Fwd: Sales Receipt**

Sent from my iPhone.  Please excuse any typos.

Begin forwarded message:

> **From:** Innovative Partners <partnerservices@innovativepartnerslp.com>
> **Date:** June 27, 2024 at 4:03:49 PM PDT
> **To:** ████████ @gmail.com
> **Cc:** IPA2901@carynhealth.com, membercc@innovativepartnerslp.com
> **Subject: Sales Receipt**

96



Innovative Partners

866-949-3581
partnerservices@innovativepartnerslp.com

DIANE SMITH, your enrollment has been successfully completed! You will receive an email notification shortly that details how to access your online portal to review your plan details, temporary identification cards, resources, and more.

**SALES RECEIPT**

| | |
|---|---|
| Date: | **06-27-2024** |
| Transaction No: | **9665848977** |
| Account No: | ▉**xxxxxxxxxx6358** |
| Payment Method: | **Credit Card** |
| Coverage Through: | **07-27-2024** |

| | |
|---|---|
| Customer ID: | ▉**@gmail.com** |
| Customer: | **DIANE SMITH** |
| | ▉ WINTERS, CA, US, ▉ |
| | +▉ |

Payment Towards:

| | |
|---|---|
| Enrollment Fee | **$50.00** |
| Monthly Payment for Optimum-MD 3 | **$323.30** |
| Monthly Payment for Essential 25000 | **$169.99** |
| Monthly Payment for Guardian 50000 | **$119.99** |
| Monthly Payment for Dental 1000 | **$89.99** |
| Total Amount | **$753.27** |

Thank you for your order!

Need help? Contact your recruiter or our partner services team today!

# Smith
# Attachment D

## Innovative Partners - Partner Access  Inbox

**Innovative Partners** <partnerservices@innovativepartnerslp.com>      Thu, Jun 27, 4:04 PM
to me, IPA2901

Welcome DIANE SMITH
Limited Partner ID: G769818

Thank you for applying for health benefits coverage & becoming a plan participant through Innovative Partners! This is an automatically generated email. Please see the information below to get in contact with our Partner Services Team and/or your recruiter should you have any questions regarding the plan(s) you have agreed to enroll in today.

**Below is the provider search link for the PHCS Multiplan PPO Network:**
https://www.multiplan.com/webcenter/portal/ProviderSearch

Step 1: Click "Select Network" and select MultiPlan.
Step 2: Next, Select Limited Benefit Plan.
Step 3: Enter your specialty, provider name, or facility and click on the "Search" button.
Step 4: Enter your zip code. Now you can look at in-network providers in your area.

**BE ON THE LOOKOUT**
You should receive your ID Cards in the mail within 10-14 business days.

You will also receive access details to the Partner Portal that is being setup for you. For questions, please call us or send us an email. Our third-party Partner Service team is available from 9:00 am - 6:00 pm Eastern Standard Time, Monday through Friday.

**IMPORTANT NOTICE**
All cancellations and refund request must be directed to the Partner Service team at the phone number/email below to ensure proper handling of your cancellation and/or refund.



866-949-3581
partnerservices@
innovativepartnerslp.com

# Smith
# Attachment E

## Innovative Partners - Partner Portal  Inbox

**Innovative partners** <admin_noreply@innovativepartnerslp.com>     Thu, Jun 27, 4:04 PM
to me

### Welcome DIANE SMITH

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: ████████████**@gmail.com**
Temporary Password: ████████████

Need help? Contact your recruiter or our partner services team today!

 **INNOVATIVE** PARTNERS

866-949-3581
partnerservices@
innovativepartnerslp.com

# Smith
# Attachment F

021524

# INNOVATIVE PARTNERS, LP
# HEALTH BENEFIT PLAN
### Summary Plan Description for the Benefits of the
### Optimum 3MD Policy

Congratulations, you have just enrolled in Innovative Partners, LP's *Optimum 3MD* Health Benefit Plan. This is a limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA"). This plan is designed to meet the needs of our employees and Active Limited Partners (including their families) who have been either unable to find a suitable major medical policy/plan, or who wish to supplement their existing major medical policy/plan. Please keep in mind that this Plan is not designed to be a major medical policy/plan nor is it designed to replace a major medical policy. This Plan has certain limitations and exclusions contained herein. Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **866-949-3581** or email us at: PartnerServices@InnovativePartnersLP.com. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1:    GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | April 1, 2023 |
| 1.9. | Plan Year: | January 1 through December 31 |

021524

| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active Limited Partner |
|---|---|---|
| 1.11 | Program or Policy Name: | Optimum 3MD |
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | Marpai PO Box 21112, Eagan, MN 55121 Payor ID #: 35245 |

## SECTION 2:     NETWORK BENEFITS AND DISCOUNT PROGRAMS

### 2.1     MultiPlan Network:

Your plan includes participation in the MultiPlan Network - a flexible provider network offering greater choice and savings for members. We have negotiated discounts with over a million healthcare providers, bringing you significant savings when you choose to see a participating provider. The network includes both practitioners and facilities, such as hospitals and surgical centers, and your provider will file your claim on your behalf and be reimbursed for the plan's portion of covered charges with the applicable discount agreements applied. Any out-of-pocket costs that you are responsible for will also be based on the discounted amount. In order to find out which participating providers in your area are covered, please contact 800-457-1403 or visit MultiPlan.com and select "Find a Provider" to get started. When selecting a network, be sure to select Network >MultiPlan Network > Limited Benefit Plan.

### 2.2     Teladoc Health:

Teladoc Health is one of the largest telemedicine companies in the United States. Your plan allows you to have a consultation with a physician, or other healthcare providers, licensed in your individual state. You will be able to talk to a doctor virtually anytime, anywhere by either telephone or video. You can contact your doctor through your landline telephone, your cellular telephone, the Teladoc app, or through the website. After your consultation, your doctor will diagnose your symptoms and send a prescription if necessary. *All of this is provided for you with a $0 Co-Pay!* Yes, you will not be charged for your medical consultation!

For more information on how to take advantage of this phenomenal opportunity, please use the code on your insurance card to set up an account at Teladoc.com.

021524

**2.3     Prescription Discount Benefits:**

All of the participants in your plan get to enjoy the countless discount pharmaceutical benefits of SingleCare. To download the app simply go to: SingleCare.com and *use the code on your card*.

**SECTION 3:        SCHEDULE OF HOSPITAL AND MEDICAL BENEFITS**

**3.1     Hospital Benefits:**

1.  *Hospital Admission: $400/ one (1) time per year/ $100 co-pay.*
    You will be reimbursed up to $400 one (1) time per year that you, or a covered person, are admitted to a hospital and you make a $100 co-pay to the hospital.

2.  *Hospital Confinement:  $200 / ten (10) confinement days per year / $0 co-pay.*
    You will be reimbursed up to  $200 for each day that you, or a covered person, are confined in a hospital for up to a total of ten (10) confinement days per year, and we will not ask you for a co-pay.

3.  *ICU Admission: $400/ one time per year/ $100 co-pay.*
    You will be reimbursed up to $400 one (1) time per year if you, or a covered person, are admitted to the Intensive Care Unit (ICU) of a Hospital and you make a $100 co-pay to the Hospital.

4.  *ICU Confinement:  $200 / five (5) confinement days per year / $0 co-pay.*
    You will be reimbursed up to $200 for each day that you, or a covered person, are confined in the Intensive Care Unit (ICU) of a hospital for up to a total of five (5) confinement days per year, and we will not ask you to make a co-pay.

5.  *Inpatient Surgery:    $400/ one (1) time per year/ $0 co-pay.*
    You will be reimbursed up to $400 for any surgery that you, or a covered person, have in a hospital on an in-patient basis, not to exceed one surgery per year, and we will not ask you to make a co-pay.

6.  *General Anesthesia (In-Patient):    $200/ one (1) time per year/ $0 co-pay.*
    You will be reimbursed up to $200 if you, or a covered person, are required to have general anesthesia in conjunction with in-patient hospital treatment, and we will not ask you to make a co-pay. This benefit can only be used one time per year per covered person.

7.  *Outpatient Surgery: $200/ one (1) time per year/ $100 co-pay.*
    You will be reimbursed up to $200 for any surgery that you, or a covered person, have at a hospital on an out-patient basis, and you make a $100 co-pay to the hospital. This benefit can only be used one time per year per covered person.

021524

8.    *General Anesthesia (Out-Patient):   $100 / one (1) time per year/ $25 co-pay.* You will be reimbursed up to $100 if you, or a covered person, are required to have general anesthesia in conjunction with out-patient hospital treatment, and you make a $25 co-pay. This benefit can only be used one (1) time per year.

9.    *Emergency Room Visit: $200 / two (2) visits per year/ $25 co-pay.* We will pay you up to $200 each time you, or a covered person, visit a physician or urgent care medical professional, and you make a $25 co-pay to the medical facility. This benefit can only be used a maximum of two (2) times per year per covered person.

**3.2   General Medical Benefits:**

1.    *Physicians and Urgent Care Visits: $200 / six (6) visits per year / $25 co-pay.* We will pay you up to $200 each time you, or a covered person, visit a physician or urgent care medical professional, and you make a $25 co-pay to the medical facility. This benefit can only be used a maximum of six (6) times per year per covered person.

2.    *Wellness Visits: $500 / one (1) visit per year / $0 co-pay.* We will reimburse you not to exceed $500 when you, or a covered person, has a wellness visit with a medical professional or chiropractor, and we will not ask you to make a co-pay to the healthcare facility. This benefit can only be used a maximum of one (1) time per year per covered person.

3.    *Ambulance Trips: $200 / two (2) trips per year / $0 co-pay.* We will reimburse you up to $200 each time you, or a covered person, is required to be transported to a medical facility by an ambulance, and we will not ask you to make a co-pay to the ambulance provider. This benefit can only be used a maximum of two (2) times per year per covered person.

4.    *Laboratory Testing:   $200 / one (1) laboratory test per year / $25 co-pay.* We will reimburse you up to $200 when you, or a covered person, receive laboratory testing of body tissue or bodily fluid from a state-licensed laboratory, and you make a $25 co-pay to the laboratory. This benefit can only be used a maximum of one time per year per covered person.

5.    *Imaging: $400 / one (1) image per year / $25 co-pay.* We will reimburse you up to $400 when you, or a covered person, receive medical imaging as defined in the Plan Document below, and you make a $25 co-pay to the imaging facility. This benefit can only be used a maximum of one (1) time per year per covered person.

021524

### 3.3 Medical Benefits Resulting from an Accident Only:

This Plan also provides additional medical benefits in this Section 3.3 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an Accident as defined herein. *These benefits are not for unforeseen illness or sickness, they are only for an Accident as defined.*

1. *Hospital Room and General Nursing Care up to the Semiprivate Room Rate: up to $2,500.*
   If you, or a covered person, are confined to a hospital room as a result of an Accident, we will pay up to $2500 for the cost of the room, general boarding costs, and general nursing care up to a maximum of $2500.

2. *Physician's Fees for Surgery: up to $2500.*
   We will pay a physician's fee for a surgical procedure required by an Accident to you, or a covered person, up to a maximum of $2500. The surgery must be performed in a hospital, or other state-licensed surgical center.

3. *Anesthesia Services: up to $2500.*
   We will pay for any anesthesia services that are medically necessary as a result of an Accident to you, or a covered person, up to a maximum of $2500.

4. *Nonsurgical Physician Care, inpatient or outpatient: $75.*
   We will pay you $75 for any nonsurgical physician services that you incur as a result of an Accident to you, or a covered person, regardless if the services are inpatient or outpatient.

5. *Hospital Emergency Room Care: up to $500.*
   We will pay up to $500 in the event you, or a covered person, are required to receive emergency room care at a hospital as a result of an Accident.

6. *X-rays, Ultrasounds, and other Medical Imaging: up to $250.*
   We will pay up to $250 for x-rays, ultrasounds, and other medical imaging performed, as described herein, that are medically necessary as a result of an Accident to you, or a covered person.

7. *Ambulance Service: up to $250.*
   We will pay up to $250 if your injuries, or those of a covered person, as a result of an Accident that requires you, or a covered person, to be transported by an ambulance.

8. *Prescription Drugs: up to $500.*

021524

We will reimburse up to the amount of $500 for any prescription drug cost that you, or a covered person, incur provided that the prescription drugs are directly related to and medically necessary as a direct result of an Accident.

9. ***Dental Surgery for Injury to Sound Natural Teeth: up to $500.***
We will reimburse you, or a covered person, up to the amount of $500 for any dental surgery medically necessary and entirely required as a direct result of an Accident.

10. ***Physical Therapy: First Visit $60, Subsequent Visits, $30.***
In the event the injuries that you, or a covered person, incur as a direct result of an Accident, require you, or a covered person, to receive physical therapy services, we will reimburse $60 for the first physical therapy visit and reimburse $30 for each subsequent visit up to a maximum number of four (4) visits after the initial first visit.

## 3.4   Waiting Period:

All sickness and indemnity benefits provided for in this Plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an Accident or loss of life.

***PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.***

## Section 4:   DEFINITIONS

The following definitions shall be controlling when used in connection with this Plan. You should read and understand these definitions.

**ACA or PPACA** means the Patient Protection and Affordable Care Act of 2010, as amended.

**Accident** means an unintended **and** unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Active Limited Partner(s)** means the limited partner made a signatory to either the Limited Partnership Agreement of the Plan Sponsor, or a Joinder Agreement to such Limited Partnership Agreement hereto, as well as other limited partners which may be added from time to time pursuant to the Limited Partnership Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

Page **6** of **12**

021524

**Ambulatory Surgical Center** (ASC) means a distinct entity that operates exclusively for the purpose of furnishing outpatient surgical services. The Ambulatory Surgical Center must be certified by the Center for Medicare and Medicaid Services (CMS). An ASC is either an independent facility or operated by a Hospital. A Hospital-operated facility must be a separately identifiable entity, physically and administratively, and be financially independent and distinct from other operations of the Hospital.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the participant. This term does not include fostering a child. A child must be below the age of 26.

**Confined or Confinement** means the assignment to a bed as a resident inpatient in a Hospital on the advice of a Physician or Confinement in an Observation Unit within a Hospital for a period of no less than 20 continuous hours on the advice of a Physician.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by the plan, and is not excluded by name or specific description in this Plan.

**Covered Person** means the plan participant. If you purchased insurance coverage that includes your spouse and/or child/children, these individuals are also included.

**Covered Sickness** means a sickness that occurs on a day that coverage is in force, results in a loss covered by this plan, and is not excluded by name or specific description in this plan.

**Diagnosis** means the definitive establishment of the illness condition through the use of clinical and/or laboratory findings. The Diagnosis must be made by a Physician who is a board-certified specialist where required under this coverage.

**Diagnostic Center or Facility** means a licensed and accredited entity that:

- Operates for the primary purpose of conducting medical diagnostic tests on patients,
- Does not assume ongoing responsibility for patient care, and
- Provides its services for use by other medical personnel.
- A Diagnostic Center or Facility may be either independent or operated by another medical entity.

**Dentist, Doctor, or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Emergency Room** means a portion of a Hospital where emergency diagnosis and treatment of a Sickness or Accident is provided.

021524

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Experimental/Investigational** means a drug, device, medical care, or medical treatment will be considered experimental/investigational if:

- The drug or device cannot be lawfully marketed without the approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished;
- The informed consent document utilized with the drug, device, medical care, or treatment states or indicates that the drug, device, medical, or medical treatment is part of a clinical trial, experimental phase, or investigational phase or if such a consent document is required by law;
- The drug, device, medical care, or medical treatment or the patient informed consent document utilized with the drug, device, medical care, or medical treatment was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal or state law requires such review and approval; or
- Reliable evidence shows that the drug, device, medical care, or medical treatment is the subject of ongoing Phase I or Phase II clinical trials, is the research, experimental study or investigational arm of ongoing Phase III clinical trials, or is otherwise under study to determine the maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

**Health Benefit Plan** means this ERISA-governed self-funded Plan sponsored by Innovative Partners, LP.

**Hospital** means a short-term, acute general hospital that is:

- Primarily engaged in providing, by or under the continuous supervision of physicians, to inpatients diagnostic and therapeutic services for diagnosis, treatment, and care of injured or sick persons;
- Has organized departments of medicine and major surgery;
- Has a requirement that every patient must be under the care of a physician or dentist;
- Provides 24-hour nursing care by or under the supervision of RNs;
- Has in effect a hospital review plan applicable to all patients which meets at least the standards set forth in Section 1861(k) of the United States Public Law 89-97 (42 USCA 1395x(k));
- Duly licensed by the agency responsible for licensing such hospitals; and
- Not, other than incidentally, a place of rest, a place primarily for the treatment of tuberculosis, a place for the aged, a place for drug addicts or alcoholics, a place primarily for the treatment of mental disorders or chemical dependency, or a place for convalescent, custodial, educational or rehabilitory care.

Page **8** of **12**

021524

**Limited Medical Benefit** means a plan, program, or policy that has limited or defined benefits. It is not a comprehensive major medical plan, nor is it intended to replace a major medical plan. The plan is intended to provide you, and your covered dependents, with basic insurance coverage that is capped at specific amounts for specific services. This plan is also exempt from, and thus is not compliant with, ACA.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Medically Necessary** means a service or supply that is necessary and appropriate for the diagnosis or treatment of an injury or Sickness based on generally accepted current medical practice. A service or supply will not be considered Medically Necessary if:

- it is provided only as a convenience to the Covered Person or provider;
- it is not an appropriate treatment for the Covered Person's diagnosis or symptoms;
- it exceeds in scope, duration, or intensity that level of care which is needed to provide safe, adequate, and appropriate diagnosis or treatment; or
- it is an experimental/investigational treatment.

The fact that a Physician may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Plan.

**Participant or Plan Participant** means the individual to whom this Plan or any Policy there under is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Pre-existing Condition** means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care, or treatment was recommended or received from a physician within a 12-month period preceding the effective date of coverage of the Covered Person.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment. Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

021524

**Sickness** means an illness, infection, disease, or any other abnormal physical condition not caused by an Accident.

**Spouse** means any individual to whom you are legally married.

**Year or Coverage Year** means the 12-month period beginning on the effective date of this Policy and your participation in this Plan and ending on the anniversary of the effective date of this Policy. Subsequent years will run from anniversary date to anniversary date.

## SECTION 5:   DESCRIPTION OF PLAN BENEFITS

### 5.1   Hospital Confinement Benefit:

We will pay the Hospital Confinement Benefit, shown in the Schedule of Benefits, if a person incurs charges for and is Confined in a Hospital due to injuries received in a Covered Accident or due to a Covered Sickness. The Confinement to a Hospital must begin on a day that the coverage is in force.

### 5.2   Surgery and Anesthesia Benefits:

We will pay the Surgery Benefit, shown in the Schedule of Benefits, for any day a Covered Person undergoes a surgical procedure due to a Covered Accident or Covered Sickness. The procedure must be performed by a board-certified surgeon in a Hospital or Ambulatory Surgical Center.

We will pay the Anesthesia Benefit, shown in the Schedule of Benefits, for any day a Covered Person is administered anesthesia for a covered surgical procedure. Anesthesia must be administered by a licensed anesthesiologist or certified registered nurse anesthetist (CRNA).

### 5.3   Physicians and Urgent Care Visit Benefit:

We will pay the Physicians and Urgent Care Visit Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for a doctor's office visit. This benefit also includes an office visit or diagnostic x-ray and/or laboratory testing for routine or preventative screenings, including a baseline mammogram, screening mammograms, cervical cytologic screenings, colorectal cancer screenings, prostate cancer screenings, and health screenings for children, per the standards and schedules of the American Academy of Pediatrics. Services must be rendered by a licensed Physician acting within the scope of his/her license.

### 5.4   Emergency Room Benefit:

We will pay the Emergency Room Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for and requires medical care from an emergency room due to injuries received in a Covered Accident or due to a Covered Sickness. The visit must occur on a

021524

day that the coverage is in force. For a visit due to injuries received in a Covered Accident, the visit must occur within 72 hours after the date of the Covered Accident. Services must be rendered by a Physician.

**5.5    Outpatient Diagnostic X-Ray and Laboratory Test Benefit:**

We will pay the Emergency Room Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for diagnostic x-ray and/or laboratory testing caused by a Covered Accident or Covered Sickness.

A covered test must be performed:
- on a day that the coverage is in force; and
- in a Hospital, Ambulatory Surgical Center, Doctor's office, or Diagnostic Center or Facility.

We will not pay the Diagnostic X-Ray and Laboratory Test Benefit amount for any day a Covered Person is Hospital Confined.

Pathology includes laboratory tests performed for diagnostic purposes.

Radiology includes x-rays, ultrasounds, and other medical imaging performed for diagnostic purposes such as Angiogram, Arteriogram, Computer Tomography Scan (CT), Magnetic Resonance Imaging (MRI), Myelogram, and Positron Emission Tomography Scan (PET).

## SECTION 6:    LIMITATIONS AND EXCLUSIONS

We will not pay benefits for:

- Pre-existing Conditions during the 12 months following the effective date under this Plan.
- Treatment, services or supplies which:
  - Are not Medically Necessary;
  - Are not prescribed by a doctor as necessary to treat the Sickness or Injury;
  - Are experimental/investigational in nature, except as required by law;
  - Are received without charge or legal obligation to pay; or
  - Are provided by an immediate family member.
- Dental care or treatment, except for:
  - Dental care or treatment due to accidental injury to sound natural teeth within 12 months of a Covered Accident and
  - Dental care or treatment necessary due to congenital disease or anomaly.
- Elective procedures and cosmetic surgery.   Cosmetic surgery shall not include:
  - Reconstructive surgery when such service is incidental to, or follows, surgery resulting from trauma, infection or other disease and
  - Reconstructive surgery because of a congenital disease or anomaly of a covered Dependent Child which has resulted in a functional defect.
- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.

021524

- Spinal manipulation or adjustment, including massage therapy.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Pregnancy.
- Charges for custodial maintenance or care.
- Treatment of mental illnesses, emotional disorders, and substance abuse.
- Services rendered to a transplant donor of any organ or body element or the acquisition cost of any organ or bodily element.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.
- Eyeglasses, contact lenses, hearing aids, eye examinations, and hearing tests.

## SECTION 7:    CLAIMS PROCEDURE

Claims should be submitted to:

**Marpai**
**PO Box 21112, Eagan, MN 55121**
**Payor ID #: 35245**

*Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# 2023 Instructions for Form FTB 3533
## Change of Address for Individuals

## General Information

For purposes of California income tax, references to a spouse, husband, or wife also refer to a California registered domestic partner (RDP), unless otherwise specified. When we use the initials RDP, they refer to both a California registered domestic "partner" and a California registered domestic "partnership," as applicable. For more information on RDPs, get FTB Pub. 737, Tax Information for Registered Domestic Partners.

## Purpose

Use form FTB 3533, Change of Address for Individuals, to change your mailing address. The changes to your mailing address will be used for future correspondence. Generally, complete only one form FTB 3533 to change your mailing address. If this change also affects the mailing address for your children who filed separate tax returns, complete a separate form FTB 3533 for each child. If you are a representative filing for the taxpayer, go to **ftb.ca.gov/poa** for more information.

You may also go to **ftb.ca.gov** and login or register for MyFTB or call 800.852.5711 to change your address. If you change your address online or by phone, you do not need to file this form.

## Who Must File

Complete form FTB 3533 only if you file any of the following individual income tax returns: Forms 540, 540 2EZ, California Resident Income Tax Return, or Form 540NR, California Nonresident or Part-Year Resident Income Tax Return.

## Name, Identification Number, and Address

Enter the first name(s), middle initial(s), last name(s), social security number(s) (SSN) or individual taxpayer identification number(s) (ITIN), and address in the spaces provided.

Use the Suffix field for generational name suffixes such as "SR", "JR", "III", "IV". Do not enter academic, professional, or honorary suffixes.

## Prior Name

If you or your spouse/RDP filed your 2022 tax return under a different last name, write the last name **only** from the 2022 tax return in the "Prior name" field(s).

## Additional Information

Use the Additional Information field for "In-Care-Of" name or other supplemental address information only.

## PO Box

If your post office does not deliver mail to your street address, show your PO box number instead of your street address.

## Foreign Address

If you have a foreign address, follow the country's practice for entering the city, county, province, state, country, and postal code, as applicable, in the appropriate boxes. Do not abbreviate the country name.

## Signature

You must sign in the space provided. If your spouse/RDP is also requesting a change of address, they must sign in the space provided.

## Where to File

Mail this form to:

FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240-0002

If you moved after you filed your tax return and you are expecting a refund, notify the post office serving your old address to assist in forwarding your check to the new address.

# Smith
# Attachment G

# INNOVATIVE PARTNERS, LP
# HEALTH BENEFIT PLAN
### Summary Plan Description for the Benefits of the
### Dental 1K Plan

Congratulations, you have just enrolled in Innovative Partners, LP's *Dental 1K* Supplemental Benefit Plan. This is an optional supplemental dental benefits plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA"). This plan is designed to meet the needs of our employees and Active Limited Partners (including their families) who wish to add dental coverage as a supplement to their existing health policy/plan. This Plan has certain limitations and exclusions contained herein. Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1: GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time. |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | April 1, 2023 |
| 1.9. | Plan Year: | January 1 through December 31 |
| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active |

3062024

Limited Partner

1.11   Program or Policy Name:   Dental 1K

1.12.   Waiting Period:   Claims for **Basic Procedures** (Section 2.2) will not be covered if incurred within the first three (3) months of the effective date of coverage. Claims for **Major Procedures** (Section 2.3) will not be covered if incurred within the first six (6) months of the effective date of coverage.

1.13.   Agent for Service of Process: CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201

1.14.   Partner Services:   PartnerServices@InnovativePartnersLP.com

1.15.   Claims:   Marpai
PO Box 21112
Eagan, MN 55121
Payor ID #: 35245
(Specify: **Innovative Partners Dental Claim**)

## SECTION 2:      SCHEDULE OF BENEFITS

### 2.1   Preventative Procedures:

1. Routine dental exams and/or cleanings with a maximum of two (2) per plan year per covered person.

2. Bitewing X-rays, maximum two (2) per plan year per covered person.

3. Fluoride treatment for covered persons under the age of 18, no more than once per plan year.

### 2.2   Basic Procedures:

1. Either Composite Resin or Metal Amalgam Fillings.

2. Non-periodontal Oral Surgery, excluding Inlays, Outlays, or Crowns.

3. Extractions of teeth when medically necessary.

### 2.3   Major Procedures:

3062024

1. Installation of original Inlays, Outlays, or Crowns

2. Periodontal Services

3. Repair of Crowns

4. Repair of Dentures

5. The initial installation of fixed bridgework

6. The initial installation of dentures

7. Replacement of existing dentures or fixed bridgework if it is necessary because of the loss of one or more natural teeth after the existing denture or bridgework was installed, or if the existing denture or bridgework can no longer be used and was installed more than 10 years prior to the date of service.

8. Replacing an existing denture or bridgework when it is needed to replace one or more natural teeth extracted after the existing denture or bridgework was installed.

9. Replacing an existing temporary denture with a new permanent denture.

10. Denture or bitewing adjustment that is medically necessary and does not exceed once in a plan year.

11. Major restorative dental services other than those listed above.

*All Basic Procedure benefits (Section 2.2) provided for in this plan are subject to a three (3) month waiting period. All Major Procedure benefits (Section 2.3) provided for in this plan are subject to a six (6) month waiting period. These waiting periods shall begin on the first day of coverage.*

## SECTION 3:   DEDUCTIBLES, AMOUNTS PAID, AND MAXIMUM ANNUAL BENEFIT AMOUNT

### 3.1   Deductibles
Each covered person will have an annual plan year deductible of $50; however, the total deductible amount for a covered family shall not exceed $150 for a plan year. This Plan will not pay any benefits until the appropriate deductible has been met. The deductible amount will have to be met each Plan Year.

### 3.2   Benefit Amounts Paid by This Plan
This Plan is designed to give you the maximum discount for your dental services and reduce your out-of-pocket expenses. In order to do that, it is imperative that you only use dental providers that are part of the Aetna Dental® Administrators network. By going to an in-network provider we are able to reprice the charges from your provider to a pre-negotiated discounted

3062024

contract rate. If you go to an out-of-network dental provider there are no restrictions on what that provider might charge you and you will most likely have substantially higher out-of-pocket costs. This Plan has two different types of reimbursement percentages. The amount of reimbursement depends on whether or not your services are rendered by an in-network provider or an out-of-network provider. Please see the breakdown below.

     **a.**     <u>**In-Network Provider**</u>

This Plan will pay 100% of the in-network Allowed Amount for the Preventative Procedures listed in Section 2.1 after the annual Plan Year deductible is met by the covered person. This plan will pay for 80% of the in-network Allowed Amount for the Basic Procedures listed in Section 2.2 after the annual Plan Year deductible is met by the covered person. This Plan will pay 50% of the in-network Allowed Amount for the Major Procedures listed in Section 2.3 after the annual Plan Year deductible is met by the covered person.

     **b.**     <u>**Out-of-Network Provider**</u>

This Plan will pay 75% of the out-of-network Allowed Amount for the Preventative Procedures listed in Section 2.1 after the annual Plan Year deductible is met by the covered person. This plan will pay for 50% of the out-of-network Allowed Amount for the Basic Procedures listed in Section 2.2 after the annual Plan Year deductible is met by the covered person. This Plan will pay 25% of the out-of-network Allowed Amount for the Major Procedures listed in Section 2.3 after the annual Plan Year deductible is met by the covered person.

**3.3**    **Maximum Annual Benefit Amount**

Benefits under this Dental Plan are subject to the maximum annual benefit of $3,000 per covered person per plan year.

**SECTION 4:**      **UNDERSTANDING HOW YOUR DENTAL BENEFITS WORK**

The following example is merely an illustration that is designed to help you better understand how your benefits would work. The numbers provided here are merely for illustration purposes only and should not be relied upon as specific numbers or pricing.

*In-Network Example:*     Mary goes to her **in-network dentist** for a regular checkup upon examination, the dentist realizes that Mary needs a filling. Luckily, Mary has a Dental Plan with Innovative Partners. Mary has already met her annual deductible of $50.

| Procedure | Provider Charge | In-Network Cost | Innovative Pays | Mary Pays |
|---|---|---|---|---|
| Dental Exam | $150 | $35 | 100% of Preventive Services - $35 | $0 |

3062024

| Filling | $275 | $99 | 80% of Basic Services - $79 | $20 |

*Out-of-Network Example:*   Mike goes to his **out-of-network dentist** for a regular checkup upon examination, the dentist realizes that Mike needs a filling. Mike has a Dental Plan with Innovative Partners; however, Mike chose to go to an out-of-network dentist instead of an in-network dentist. Mike has already met his annual deductible of $50.

| Procedure | Provider Charge | Out-of-Network Allowable Amount | Innovative Pays | Mike Pays |
|---|---|---|---|---|
| Dental Exam | $150 | $100 | 75% of Preventive Services - $75 | $25 |
| Filling | $275 | $200 | 50% of Basic Services - $100 | $100 |

## SECTION 5:      DEFINITIONS

The following definitions shall be controlling when used in connection with this Plan. You should read and understand these definitions.

**Active Limited Partner(s)** means the limited partner made a signatory to either the Limited Partnership Agreement of the Plan Sponsor, or a Joinder Agreement to such Limited Partnership Agreement hereto, as well as other limited partners which may be added from time to time pursuant to the Limited Partnership Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

**Allowed Amount**: The maximum amount that this Plan will authorize to be charged for a dental service. This includes any amount you will pay. For in-network providers, the Allowed Amount is based on that provider's previous contracted rate with our network. With out-of-network providers, the Allowed Amount is generally based upon the usual, reasonable, and customary amount ("UCR") for your community. In situations with out-of-network providers, you will generally have to pay a higher out-of-pocket amount.

3062024

**Bitewings:** Images of upper and lower, front and back teeth. They are used to check for decay, whether the teeth line up, bone loss from gum disease, and infection. Bitewings are usually provided in sets of two or four X-rays.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Person** means the plan participant. If you purchased insurance coverage that includes your spouse and/or child/children, these individuals are also included.

**Deductible** means the amount you pay for covered dental care services before this Plan begins to pay. You must pay the deductible amount each Plan Year. If this Dental Plan covers several family members, you will have both an individual deductible and a family deductible. The family deductible is the overall limit on what a family will pay before this Plan pays.

**Dentist** means a Doctor of Dental Medicine ("DMD") or a Doctor of Dental Surgery ("DDS"), is licensed by the state in which he/she practices, and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Denture** means an artificial substitute for some or all of the natural teeth and adjacent tissues. A complete denture is a prosthetic for the edentulous upper or lower arch, that replaces all teeth. This usually includes six front teeth and eight back teeth. A fixed partial denture is a prosthetic replacement of one or more missing teeth that is generally attached to the support teeth or implant replacements. A removable partial denture is a prosthetic replacement of one or more missing teeth that can be removed by you. A temporary denture is an interim prosthesis designed for use over a limited period of time.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Hospital** means a short-term, acute general hospital that is:

- Primarily engaged in providing, by or under the continuous supervision of physicians or dentists, to inpatients diagnostic and therapeutic services for diagnosis, treatment, and care of injured or sick persons;
- Has organized departments of medicine and major surgery;
- Has a requirement that every patient must be under the care of a physician or dentist;
- Provides 24-hour nursing care by or under the supervision of RNs;
- Has in effect a hospital review plan applicable to all patients which meets at least the standards set forth in Section 1861(k) of the United States Public Law 89-97 (42 USCA 1395x[k]); and

3062024

- Duly licensed by the agency responsible for licensing such hospitals.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Medically Necessary** means a service or supply that is necessary and appropriate for the diagnosis or treatment of a covered dental service based on generally accepted current medical dental practice. A service or supply will not be considered Medically Necessary if:

- it is provided only as a convenience to the Covered Person or provider;
- it is not an appropriate treatment for the Covered Person's diagnosis or symptoms;
- it exceeds in scope, duration, or intensity that level of care which is needed to provide safe, adequate, and appropriate diagnosis or treatment; or
- it is an experimental/investigational treatment.

The fact that a Dentist may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Plan.

**Participant or Plan Participant** means the individual to whom this Plan or any Policy there under is issued.

**Periodontal Services** means the treatment of gum disease such as the inflammation of gums and/or periodontal membrane of the teeth, which can result in an abnormally deep gingival sulcus that may produce periodontal pockets and loss of supporting alveolar bone. These services must be performed by a Periodontist who specializes in performing these services.

**Plan** means this Dental Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Dental Benefit Plan, and such meanings as further defined by the ERISA.

**Pre-existing Condition** means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care, or treatment was recommended or received from a dentist or medical professional within a 12-month period preceding the effective date of coverage of the Covered Person.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in this Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Routine Dental Exam** means a limited clinical exam. Used to find possible signs of oral or other diseases. Also looks for malformation or injury. This also includes the cleaning, scaling, and polishing of teeth.

**Spouse** means any individual to whom you are legally married.

3062024

**Surgery** means dental surgery that is medically necessary and provided in a dental office or outpatient medical facility that is not a hospital.

**Year, Coverage Year, or Plan Year** means the 12-month period beginning on the effective date of this Plan and your participation in this Plan, and ending on the anniversary of the effective date of this Plan. Subsequent Plan Years will run from anniversary date to anniversary date. The terms Year, Coverage Year, or Plan Year may be used interchangeably.

## SECTION 6:  LIMITATIONS AND EXCLUSIONS

This Plan will *not* pay benefits for:

- Pre-existing Conditions during the 12 months following the effective date under this Plan.
- Treatment, services, or supplies which:
  - Are not Medically Necessary;
  - Are experimental/investigational in nature, except as required by law;
  - Are received without charge or legal obligation to pay; or
  - Are provided by an immediate family member.
- Elective procedures and cosmetic surgery.
- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related injuries or conditions, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.

## SECTION 7: CLAIMS PROCEDURE

Claims should be submitted to:

> **Marpai**
> **PO Box 21112**
> **Eagan, MN 55121**
> **Payor ID #: 35245**
> (Specify: **Innovative Partners Dental Claim**)

3062024

*Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all dental records regarding your claim.*

3062024

# Smith
# Attachment H

1401 N University Dr,
Coral Springs, FL, 33071

 

Dear Fellow Partner:

Congratulations, you have just enrolled in Innovative Partners, LP's Optimum 3MD Health Benefit Plan. This is a self-funded limited medical health benefit plan sponsored by Innovative Partners, LP. and is governed by the Employee Retirement Income Act of 1974 ("ERISA") and is regulated by the United States Department of Labor. As is customary with the nature of insurance in general, this Plan has certain limitations. You have been given the Summary Plan Description document as well as the Wrap Plan Document, please carefully read these entire documents so that you will fully understand all of your benefits and coverage details. If you have any questions whatsoever you should immediately contact Partner Services at: 1-866-849-3581 or email us at PartnerServices@InnovativePartnersLP.com. Please remember that you have 30 calendar days from the day you enrolled in your plan to cancel your plan and receive a refund of your first month's premium.

Sincerely,

Your Partnership Team

# Smith
# Attachment I

Case 0:26-cv-60976-AHS   Document 1-9   Entered on FLSD Docket 04/07/2026   Page 95 of 100





NOTICE:

**Identification Cards Enclosed**

[DR-]

FORWARDING SERVICE REQUESTED

***********************ALL FOR AADC 956
PB-0MA-37-ENV 3F73          17
DIANE SMITH
WINTERS CA

Marpai
PO BOX 21112
EAGAN, MN 55121-0112

# Smith
# Attachment J

## Innovative Partners - Cancellation Confirmation

 **Innovative Partners** <partnerservices@innovativepartnerslp.com>
to me, membercc

Thu, Jul 11, 2:55 PM

Dear DIANE SMITH,

We've received your request to cancel your health plan activated on 06-28-2024. We're currently processing your cancellation. Your health plan will be terminated as of 07-27-2024.

If you have any questions regarding your cancellation or if you received this email by mistake, please contact Partner Services at 866-949-3581.

Best regards,
Innovative Partners

 **INNOVATIVE** PARTNERS

866-949-3581
partnerservices@
innovativepartnerslp.com

# Smith
# Attachment K

Barclays
P.O. Box 8802
Wilmington, DE 19899-8823

 **BARCLAYS**

SP 01 015218 70178 H 48 ASNGLP
DIANE E SMITH
WINTERS, CA

Case Number: ██████

15-AUG-2024
Account ending in 6358

Regarding Your Hawaiian Airlines® World Elite Mastercard®

Dear DIANE E SMITH,

Thank you for notifying us of your billing dispute for the $753.27 transaction from INNOVATIVE HEALTH PLAN that was billed to your account on June 27, 2024. We will do our best to represent your interest in this case.

We have referred your transaction to a dispute specialist. Our specialist will begin an investigation, which may take up to 45 days depending on the complexity of the investigation.

Here are some common questions that we often receive from our customers during the dispute process. We hope the answers to these questions will help you understand this process and know what to expect.

**What happens to this transaction while it is in dispute?**
This transaction will not be subject to interest charges and you do not need to pay any portion of the disputed transaction while we look into this for you. However, while this transaction is in dispute, it will continue to remain as part of your account balance.

When you receive your next statement there will be a message in the Customer News section on the left hand side acknowledging that you have items in dispute.

**Do I need to provide additional information?**
Generally the information you have already provided us is enough. However we may need to contact you for additional information to ensure that we have the strongest case.

If you have not already attempted to contact the merchant, we encourage you to do so and advise us of the outcome. Many of our customers have had success in resolving their disputes quickly by contacting the merchant directly.

**How will I know when my dispute is resolved?**
Once we have completed our review of your dispute, we will send you a letter detailing the results of our investigation.

If you have any questions, feel free to call us at 877-390-4200 (ADA/Accessibility Services - Please use relay services 711). We're available to help you Monday through Friday from 8:00 am to 11:00 pm ET - and on Saturday and Sunday from 8:00 am to 8:00 pm ET.

# Smith
# Attachment L