Barclays
P.O. Box 8802
Wilmington, DE 19899-8823


**BARCLAYS**

AD 01 078312 76609H 165 ASNGLP
DIANE E SMITH
█████████████
WINTERS, CA █████

████████████████████████████

Case Number: █████████

19-AUG-2024
Account ending in 6358

Regarding Your Hawaiian Airlines® World Elite Mastercard®

Dear DIANE E SMITH,

This letter is in reference to your Hawaiian Airlines® World Elite Mastercard® account.

We are pleased to notify you that while we were investigating your dispute, INNOVATIVE HEALTH PLAN issued a credit to your account for $753.27 on August 16, 2024. Since the merchant has already credited your account for the disputed amount, we consider this dispute resolved in your favor.

If you have any questions, feel free to call us at 877-390-4200 (ADA/Accessibility Services - Please use relay services 711). We're available to help you Monday through Friday from 8:00 am to 11:00 pm ET - and on Saturday and Sunday from 8:00 am to 8:00 pm ET.

When you call, please reference the case number listed above. For general questions about disputes and tips on how to protect yourself when making purchases or returning merchandise, please visit us online at HawaiianCreditCard.com and access our Frequently Asked Questions section under Help.

Sincerely,

Barclays

# Smith
# Attachment M

Airlines® World Elite™ Mastercard® Statement

E E SMITH                                    | Account Ending 6358   | Statement Period 08/06/24 - 09/05/24      Page 3 of 7

## Transactions

| Transaction Date | Posting Date | Description | | HawaiianMiles | Amount |
|---|---|---|---|---|---|
| **Payments** | | | | | |
| | | | | | |
| **Other Credits** | | | | | |
| Aug 14 | Aug 16 | INNOVATIVE HEALTH PLAN 866-9493581 FL | | -753 | -$753.27 |
| | | | | | |

Purchase Activity for DIANE E SMITH card ending 6358



▶ continued on page 5

Visit HawaiianCreditCard.com or use the Barclays US App

aiian Airlines® World Elite™ Mastercard® Statement

DIANE E SMITH

|Account Ending 6358  |Statement Period 06/06/24 - 07/05/24     Page 5 of 7



| Transaction Date | Posting Date | Description | HawaiianMiles | Amount |
|---|---|---|---|---|
| Jun 27 | Jun 28 | INNOVATIVE HEALTH PLAN 866-9495581 FL | | |

▶ To see activity after this statement period, visit HawaiianCreditCard.com

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | $0.00 |
| **Interest Charged** | | | $0.00 |
| | | No interest charged for this period | $0.00 |
| **Total interest for this period** | | | $0.00 |
| | | | $0.00 |

▶ continued on page 6

Visit HawaiianCreditCard.com or use the Barclays US App

# Smith
# Attachment N

# Innovative Partners, LP

**Case #:** 22159230

| | | | |
|---|---|---|---|
| **Consumer Info:** | Smith, Diane <br> ▮▮▮▮▮ <br> Winters, CA ▮▮▮ <br> ▮▮▮▮▮ <br> ▮▮▮▮gmail.com | **Business Info:** | Innovative Partners, LP <br> 2234 N Federal Hwy PMB 2862 <br> Boca Raton, FL 33431 <br> 2393839145 |

**Date Filed:** 8/18/2024 1:23:02 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was looking for medical insurance to cover 4 months until I turn 65. Googled covered California and this company came up, Innovative Partners, LP. Thinking that it was part of the exchange I called them and they offered a great "gap" policy that would get me through until November 2024. 80%|20%, ER & Urgent Care, Ambulance/Airlift, mammograms, MRI, x-ray, cat scan etc. $753.27 per month versus $1,100 per month for COBRA. I had 30 days to review and would be given my full refund if not satisfied. I received the documents via email and it was nothing like what I was sold. DEC page clearly stated, " Plan is not designed to be a major medical policy/plan nor is it designed to replace a major medical policy." I purchased this on 6/27/2024, I called to decline on 7/11/2024 (well within the 30 days). I was told that the policy would be cancelled and I would receive a refund. No refund came. I called on 8/9/2024, spoke to rep and she assured me that I would be refunded. She actually said, "No more games". No refund so I called again on 8/13/2024, finally got a person who stated that they don't refund premiums and accused me of threatening her before hanging up. Member ID with them is G769818 Administered by Marpai Health Their phone is 866-949-3581

**Consumer's Desired Resolution:**

Billing Adjustment

## Complaint Timeline

| | | |
|---|---|---|
| **08/18/2024** | Submitted: IABBB Complaint Form (API) <br> **Complaint Form** | |
| **08/18/2024** | Processed by blue: Automation <br> **IABBB Complaint Form** | |
| **08/18/2024** | Pending initial Business response: Action Taken <br> **Threshold Application** | |
| **08/29/2024** | Business Responded to Complaint: Action Taken: Extranet <br> **partnerservices@innovativepartnerslp.com** | |
| **08/30/2024** | Pending consumer Response: Action taken <br> **andrewr@bbbsefl.org** | |
| **08/30/2024** | Close the complaint as Resolved: Action Taken: Extranet <br> ▮▮▮▮▮▮**@gmail.com** | |

# Smith
# Attachment O

08/30/2024          Resolved: Action taken
                    andrewr@bbbsefl.org

# Complaint Messages

**08/29/2024 - Innovative Partners Compliance**
Respond to Complaint

Innovative Partners has carefully reviewed the Partner's concerns regarding the recent experience with our services. We understand the importance of clarity when selecting a health benefit plan, especially in a situation where temporary coverage is needed. Innovative Partners does not represent as Covered California or any state health exchange nor does Innovative Partners market/sell insurance/health plans but we regret to hear that the Partner's enrollment experience was not as expected.

The Partner requested to cancel the plan within the 30-day review period, and we can confirm that the policy was cancelled as requested. Additionally, we have processed a full refund, which the Partner should have recewived. We apologize for any delays in communication and for the frustration this may have caused. If the Partner has any further questions or concerns, we encourage them to reach out to us directly. We are committed to ensuring a smooth resolution.

**08/30/2024 - Diane Smith**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 22159230, and find that this resolution is satisfactory to me.

Sincerely,

Diane Smith

# PX 17

## DECLARATION OF KRISTA TAYLOR
### PURSUANT TO 28 U.S.C. § 1746

I, Krista Taylor, hereby declare as follows:

1.  My name is Krista Taylor. I live in Blue Mounds, Wisconsin and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.  In April of 2024, I began searching for health insurance because I was preparing to start nursing school, which meant leaving my job and losing my employer-sponsored health coverage. Because I would not have any income once I became a full-time student, I figured I would be eligible for Medicaid, which is known as "BadgerCare" in Wisconsin. I searched online and found what appeared to be an official BadgerCare website. I had been enrolled in BadgerCare previously, and this website looked similar to the state government website I remembered visiting during that period.

3.  On or about April 4, 2024, I called the number listed on the website, (888) 201-1810, and spoke with an agent who identified herself as a "benefits coordinator" named Ashley. I explained my situation and that I was looking to sign up for BadgerCare. Ashley told me she could help me enroll in BadgerCare, either by sending me a link to an online application or by enrolling me over the phone. I opted to enroll over the phone.

4.  After asking me a series of questions about my employment status, income, and pre-existing health conditions, Ashley explained the different plans that were available to me. All of the options she discussed cost several hundred dollars per month, which confused me because I thought that I would be eligible for free coverage due to my lack of income. When I asked about this, Ashley explained that because I was enrolling outside of the open enrollment period, I would need to pay monthly premiums for a 90-day "probationary" period. Under the cheapest of

the plans she identified, I would need to pay approximately $280 in April (to cover the May premium plus an initial enrollment fee) and then $260 in both June and July. After those three payments, the probationary period would end and my monthly payment would drop to $0.

5.      I asked Ashley about the what the co-pays would be under the cheapest plan option. Ashley told me that under this plan, I would be charged $25 co-pays for primary care appointments and $50 co-pays for visits to specialists, urgent care, and the emergency room. Throughout our conversation, Ashley repeatedly referred to the plans we were discussing as "insurance" that would cover any remaining costs associated with in-network medical care I might need. She specifically used the word "BadgerCare," which I knew to be comprehensive health insurance.

6.      I also asked Ashley if the BadgerCare plan she was offering covered dental and vision care, and she assured me that it did. She also reassured me that because the plan ran month-to-month I could cancel it at any time.

7.      Based on Ashley's description of these benefits, I told Ashley that I wanted to sign up and gave her my debit card information.

8.      While still on the phone with Ashley, I received an email from admin_noreply@innovativepartnerslp.com with the subject line "Innovative Partners – Enrollment Authorization." **Taylor Attachment A** is a true and correct copy of this email. I did not recognize the name "Innovative Partners," but I figured that it must be a BadgerCare affiliate of some kind. The email contained a link, which Ashley instructed me to click. The link brought me to a webpage that listed out the personal information I had given Ashley and asked me to verify its accuracy. After I finished clicking through the prompts, the website displayed a scrollable text box with many paragraphs of fine-print terms and conditions and a checkbox to

indicate that I accepted them. I was viewing the website from my phone while still on the line with Ashley, so I did not feel like I had time to read the lengthy fine print. I clicked the checkbox and, as a final step, typed in an electronic signature to complete the process.

9.      Ashley told me that I should shortly be receiving my insurance card in the mail. She told me that if I needed anything I should call back at the same number and request her. She also advised me to call back at the end of the 90-day probationary period to confirm that my monthly premiums had been reduced to $0. I thanked her for her help, saved the (888) 201-1810 number in my phone, and wrote a reminder in my planner to call back after the probationary period ended in July.

10.      After the call, I checked my email and saw that I had received three additional emails. The first was from partnerservices@innovativepartnerslp.com with the subject line "Sales Receipt." It stated that my enrollment had been successfully completed, that I had "coverage" through May 31, 2024, and that my card had been charged a total of $287.89, including a $25 "Enrollment Fee." **Taylor Attachment B** is a true and correct copy of this email.

11.      The second email also came from partnerservices@innovativepartnerslp.com, but it had the subject line "Innovative Partners – Partner Access." It included a link to https://providerlocator.firsthealth.com/home/index, which it said was "the provider search link for the First Health Network." **Taylor Attachment C** is a true and correct copy of this email.

12.      The third email came from admin_noreply@innovativepartnerslp.com and had the subject line "Innovative Partners – Partner Portal." It provided a username and password to access a "Partner Portal" at https://member.innovativepartnerslp.com, which the email described as "a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more." **Taylor Attachment D** is a true and correct copy of this email. I

clicked the link and followed the instructions for setting up my online account, but I did not explore the portal in-depth or review the documents it contained.

13. A few weeks later, I received an insurance card in the mail, a true and correct copy of which is attached as **Taylor Attachment E**. The card looked similar to insurance cards that I have had previously. It listed a member ID, group number, and the $25 and $50 co-pays that Ashley had discussed with me on the phone.

14. In or around May of 2024, I called my dentist to schedule an appointment. When I provided the dentist's office with the information listed on my insurance card, I was told that my plan did not include dental benefits. Confused, I called the (888) 201-1810 number again to ask for clarification. This time, I spoke to a different Innovative Partners representative, who told me that the plan I had purchased did not cover dental or vision after all. When I explained that I had previously been told that vision and dental were included, the representative told me that I must have misunderstood. The representative advised me that a different company called 1Dental would be able to help me and gave me a new number to call. On or about May 17, 2024, I called the 1Dental number and signed up for what I believed was one year of dental and vision insurance, which cost me an additional $119.

15. On or about July 8, 2024, after Innovative Partners had debited three payments totaling more than $820 from my bank account, I followed Ashley's instruction that I call back to confirm that my monthly payment was being zeroed out now that the 90-day probation period had ended. This time, I spoke to a different company representative whose name I do not remember. I explained the reason for my call and asked to speak with Ashley. The representative told me that Ashley had been fired for falsely telling customers that their monthly payments would drop to $0 after 90 days. He claimed that it was not possible to zero out my monthly

Page **4** of **9**

payments because we were still outside the open enrollment period. I asked when the open enrollment period was scheduled to start, and he told me that it was not until November 15, 2024.

16.     When I expressed frustration about having been misled, the representative immediately started pitching me a different plan that he said offered the same benefits for $219.87 per month instead of $269.87. Although I was frustrated, I agreed to switch to this new plan because I did not think I had any other choice. The representative gave me a new Member ID and told me that my reduced monthly premium would take effect in August of 2024 and would continue until open enrollment in November, at which point my payments would finally drop to $0. Later that day, I received an email from partnerservices@innovativepartnerslp.com with the subject line "Innovative Partners – Cancellation Confirmation," confirming that my original plan had been canceled. **Taylor Attachment F** is a true and correct copy of this email. I did not receive any written confirmation that I had been enrolled in the new, reduced-cost plan, but on August 6, 2024, Innovative Partners debited $219.87 from my account.

17.     Shortly after enrolling in the new plan, I discovered that I was no longer able to log into my "Partner Portal" account. In or around August of 2024, I called the company again for help getting my portal access reinstated. I spoke to yet another company representative, who told me that I needed to provide a different email address because my original email address was linked to my earlier plan. I gave him a backup email address and was eventually able to regain access to my account, but the frustrating process—combined with everything else I had experienced—left me feeling like something was fishy. After all, I had been enrolled in BadgerCare previously, and my experience had been nothing like this.

18. I started doing research on the internet about Innovative Partners and found numerous complaints calling it a scam. It was only then that I realized that I was not actually enrolled in BadgerCare. I immediately knew that I needed to cancel right away. On or about August 20, 2024, I called the (888) 201-1810 number and stated that I wanted to cancel my plan. The company representative told me that they would connect me to someone on the cancellation team and put me on hold. After several minutes, a representative whose name I do not remember came on the line and began trying to badger me into staying enrolled. He repeatedly demanded to know why I wanted to cancel and what I would do for coverage once I was uninsured. I tried to tell him that it did not matter and was not his business, but he cut me off aggressively, insisting that it did matter and that it was a bad idea to cancel. He repeatedly threatened that if I canceled, I would be uninsured. He was so persistent and aggressive that I eventually fibbed and told him that I would be getting insurance through a new job. Only then did he back down and agree to cancel my plan. At the end of the call, he told me verbally that my account had been canceled and that I would receive a confirmation email within 24 hours.

19. I did not receive a confirmation email within 24 hours, so I called back on or around August 21, 2024 to follow up. I spoke to yet another company representative, who reassured me that my account had been canceled and that I would receive a confirmation email shortly. No confirmation email had arrived by August 22, 2024, so I went to my bank and canceled my debit card to prevent any additional charges. That same day, I called the phone number listed on one of my old BadgerCare statements and was able to enroll in BadgerCare.

20. On September 5, 2024, I received two texts and two emails from Innovative Partners notifying me that they had attempted to charge me $219.87 but that my card had been declined. **Taylor Attachment G** is a true and correct copy of one of the emails I received.

21. That same day, I called Innovative Partners and was connected to a representative whose name I do not remember. I explained that I had previously asked to cancel my plan, that I had repeatedly been assured that I would receive a confirmation email, but that no such email ever arrived. I spoke very bluntly, telling her that I needed her to verify the cancellation of my account and that I did not want Innovative Partners to attempt to charge me again. The representative became very combative and rude. She told me that it was not possible for me to cancel because I was still in my 90-day probationary period. I told her that I had signed up with Innovative Partners in April and was long past any probationary period. I repeatedly stated "I want to cancel," and she repeatedly replied "I can't cancel you." I was so shocked by her rudeness that I asked to speak to her manager, but she replied "I am the manager." After approximately seven minutes on the phone with her, I became so flustered that I simply hung up.

22. A few minutes later, I called (866) 949-3581—a new number for Innovative Partners that I found through an online search. This time, I was connected to a representative who said her name was Strees (spelled phonetically). I explained that Innovative Partners had tried to charge my card even though I had previously been told that my account was canceled. Strees said that my account showed as active and that there was nothing in her system indicating that I had requested to cancel. She then put me on hold for approximately 20 minutes. When she returned from the hold, I began recording the call because I was worried that things would become hostile again. When I told Strees that I was recording, she said that this was fine since their calls are recorded anyway. Strees was more professional than the prior representatives had been. She agreed to cancel my account and did not try to talk me out of it. I told Strees that I had gone through this same process two weeks before and asked why the cancellation had not taken effect then. In response, she said that they "may have went through the verbal, but physically,

like, it's still showing active." This explanation made no sense to me, but I let the issue drop. At the end of the call, Strees stated that my account had been canceled and that I would receive a confirmation email within 72 hours. She also assured me that I was not responsible for the September payment that Innovative Partners had tried to charge me.

23.     That same day, I filed a complaint about Innovative Partners with the Better Business Bureau. A true and correct copy of my complaint is attached as **Taylor Attachment H**.

24.     Later in the morning of September 5, 2024, I finally received an email from partnerservices@innovativepartnerslp.com with the subject line "Innovative Partners – Cancellation Confirmation," which stated that my cancellation was being processed. **Taylor Attachment I** is a true and correct copy of this email. This was the last communication I received from Innovative Partners.

25.     I am glad to finally be done with Innovative Partners, but the experience was tremendously stressful for me. I agreed to pay Innovative Partners because Ashley explicitly told me that I was being enrolled in BadgerCare. But Innovative Partners did *not* enroll me in BadgerCare (or any other comprehensive health insurance plan), and as a result I was uninsured for several months without knowing it. This was especially concerning to me because maintaining medical insurance is a condition of enrollment in my nursing school. Unbeknownst to me, I had been practicing in a clinical setting (where I risked needlestick injuries and other workplace hazards) while uninsured. I also paid Innovative Partners more than $1000—none of which has been refunded—during a time in my life when I had no income and was living off of student loans. I am lucky that I had no significant medical expenses during the time I was uninsured or the consequences might have been even more devastating.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on _December 3rd_, 2024.

_Krista Taylor_
Krista Taylor

# Taylor
# Attachment A

## Innovative Partners - Enrollment Authorization

From:  Innovative partners (admin  noreply@innovativepartnerslp.com)

To:        ▮▮▮▮▮▮▮@yahoo.com

Date:  Thursday, April 4, 2024 at 01:30 PM CDT

Hello KRISTA TAYLOR,

With this email, you can complete the Innovative Partners enrollment application process. Your representative has already entered your information in the Innovative Partners Enrollment Portal. The final step is for you to review a summary of your program and authorize your enrollment application. To do so, click the link below and follow the instructions:

**CLICK HERE**

If you have any questions, please contact your representative. And thank you for your interest in our health plan. You're making a great choice!

Sincerely,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

# Taylor
# Attachment B

9/26/24, 4:44 PM                                    Yahoo Mail - Sales Receipt

## Sales Receipt

From:  Innovative Partners (partnerservices@innovativepartnerslp.com)

To:      ▇▇▇▇▇▇▇@YAHOO.COM

Cc:     IPA0214@carynhealth.com; membercc@innovativepartnerslp.com

Date:   Thursday, April 4, 2024 at 01:32 PM CDT



866-949-3581
partnerservices@innovativepartnerslp.com

KRISTA TAYLOR, your enrollment has been successfully completed! You will receive an email notification shortly that details how to access your online portal to review your plan details, temporary identification cards, resources, and more.

## SALES RECEIPT

| | |
|---|---|
| Date: | **04-04-2024** |
| Transaction No: | **9382965400** |
| Account No: | ▇**xxxxxxxxxx9517** |
| Payment Method: | **Credit Card** |
| Coverage Through: | **05-31-2024** |
| Customer ID: | ▇▇▇▇▇▇▇**@YAHOO.COM** |

about blank                                                                                    1/2

Payment Towards:

**Enrollment Fee**                                                                    **$25.00**

**Monthly Payment for Elite MD 2**                                          **$192.90**

**Monthly Payment for Essential 5000**                                  **$69.99**

**Total Amount**   **$287.89**

## Thank you for your order!

Need help? Contact your recruiter or our partner services team today!

# Taylor
# Attachment C

9/26/24, 4:45 PM                                    Yahoo Mail - Innovative Partners - Partner Access

## Innovative Partners - Partner Access

From:  Innovative Partners (partnerservices@innovativepartnerslp.com)

To:      ████████@YAHOO.COM

Cc:     IPA0214@carynhealth.com

Date:  Thursday, April 4, 2024 at 01:32 PM CDT

Welcome KRISTA TAYLOR
Limited Partner ID: G625926

Thank you for applying for health benefits coverage & becoming a plan participant through Innovative Partners!
This is an automatically generated email. Please see the information below to get in contact with our Partner
Services Team and/or your recruiter should you have any questions regarding the plan(s) you have agreed to
enroll in today.

**Below is the provider search link for the First Health Network:**
https://providerlocator.firsthealth.com/home/index

Step 1: Click "Locate Provider".
Step 2: Next, "Select First Health network" and click "Start now".
Step 3: Select the provider type, ZIP or state and click on the "Search now" button.

**BE ON THE LOOKOUT**
You should receive your ID Cards in the mail within 10-14 business days.

You will also receive access details to the Partner Portal that is being setup for you. For questions, please call
us or send us an email. Our third-party Partner Service team is available from 9:00 am - 6:00 pm Eastern
Standard Time, Monday through Friday.

**IMPORTANT NOTICE**
All cancellations and refund request must be directed to the Partner Service team at the phone number/email
below to ensure proper handling of your cancellation and/or refund.

 INNOVATIVE PARTNERS

866-949-3581
partnerservices@innovativepartnerslp.c
om

about blank                                                                                                    1/1

# Taylor
# Attachment D

## Innovative Partners - Partner Portal

From:  Innovative partners (admin  noreply@innovativepartnerslp.com)

To:          ████████ @YAHOO.COM

Date:  Thursday, April 4, 2024 at 01:32 PM CDT

## Welcome KRISTA TAYLOR

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: ████████ **@YAHOO.COM**
Temporary Password: ████████

Need help? Contact your recruiter or our partner services team today!


**INNOVATIVE** PARTNERS

866-949-3581
partnerservices@innovativepartnerslp.com

# Taylor
# Attachment E



**Innovative Partners, LP**

Partner Services: 866-949-3581

Name:  KRISTA TAYLOR

Member ID:  G625926

Group #:  MP200

Elite MD 2

**Member Out of Pocket**

PCP: $25
Specialist: $50
Urgent Care: $50
ER: $50

Provider Network

First Health Network
Limited Benefit Plan

**Eligibility**

Providers: To confirm eligibility, verify benefits,
or check the status of a claim:
Electronic Eligibility through Availity - Payer ID: 35245
Marpai Portal: www.myMarpai.com
Innovative Partners Customer Service: 866-949-3581
Limited Benefit Plan

Partners: To confirm eligibility, verify benefits,
or check the status of a claim,
please call Innovative Partners at 866-949-3581
To find a First Health provider, please call
800-226-5116 or visit www.firsthealthlbp.com

**Claims Submission**

Please submit Medical Electronic Claims
Directly to Marpai Payer ID# 35245

Or mail claims to:
Marpai Health
P.O. Box 21112
Eagan, MN 55121

For identification purposes only. Not a guarantee of coverage or payment.
Benefit Plans are not sold or insured by First Health or its associates.

# Taylor
# Attachment F

## Innovative Partners - Cancellation Confirmation

From:   Innovative Partners (partnerservices@innovativepartnerslp.com)

To:     ██████████ @YAHOO.COM

Cc:     membercc@innovativepartnerslp.com

Date:   Monday, July 8, 2024 at 01:35 PM CDT

Dear KRISTA TAYLOR,

We've received your request to cancel your health plan activated on 05-01-2024. We're currently processing your cancellation. Your health plan will be terminated as of 07-31-2024.

If you have any questions regarding your cancellation or if you received this email by mistake, please contact Partner Services at 866-949-3581.

Best regards,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

# Taylor
# Attachment G

 **Gmail**                                                    Krista Taylor ▌▌▌▌▌@gmail.com>

---

## Innovative Partners - PAYMENT DECLINED – Action Required

3 messages

---

**Innovative Partners** <partnerservices@innovativepartnerslp.com>                Thu, Sep 5, 2024 at 5:36 AM
To ▌▌▌▌@gmail.com
Cc: membercc@innovativepartnerslp.com

Dear KRISTA TAYLOR,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $219.87
Payment Method: Credit Card
Last 4 Digits of Payment Method: ▌ xxxxxxxxxx9517

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners

 **INNOVATIVE** PARTNERS          866-949-3581
                                        partnerservices@
                                        innovativepartnerslp.com

---

**Innovative Partners** <partnerservices@innovativepartnerslp.com>                Thu, Sep 5, 2024 at 8:09 AM
To ▌▌▌▌@gmail.com
Cc: membercc@innovativepartnerslp.com

[Quoted text hidden]

---

**Innovative Partners** <partnerservices@innovativepartnerslp.com>                Thu, Sep 5, 2024 at 9:08 AM
To: ▌▌▌▌@gmail.com
Cc: membercc@innovativepartnerslp.com

[Quoted text hidden]

---

# Taylor
# Attachment H

# Innovative Partners, LP

**Case #:** 22244051

| | | | |
|---|---|---|---|
| **Consumer Info:** | Taylor, Krista ▓▓▓▓▓ Blue Mounds, WI ▓▓▓ ▓▓▓▓ @yahoo.com | **Business Info:** | Innovative Partners, LP 2234 N Federal Hwy PMB 2862 Boca Raton, FL 33431 2393839145 |

**Date Filed:** 9/5/2024 12:08:26 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Company: Innovative Partners LP Reason for complaint: I want to cancel my account. Innovative Partners falsely advertised they were Badgercare. Now they are refusing to cancel my account after they said they had. 04/04/2024-ongoing >$1,295 spent - Innovative Partners LP advertised to be Badgercare and I signed up on 04/04/2024 - Member ID: G625926 (rate $287.89 for April then $269.87/month for 3 month probationary period, Ashley (benefits coordinator) stated that they were Badgercare and my payments would go to $0/month after this period) - Received insurance cards in the mail mid-April 2024 - Called July/August 2024 to have the rate reduced after probationary period, they claimed they couldn't drop it to $0 because it was outside open enrollment. They gave me a new Member ID: G198435 and dropped the rate to $219.87/month for August 2024 - Innovative Partners blocked my online access to my account through their website. I called 08/17/24 for assistance. I can no longer see my payment history or account information - I discovered they weren't Badgercare, and called to cancel the account 08/20/24 and 08/21/24. Customer service speaker forwarded me to cancellation services who stated my policy was canceled and I would receive a confirmation email within 24 hours. The email never came. - 09/05/24 Innovative Partners tried to charge me for the month of September. I blocked the charge. I called twice on 09/05/24. First customer service person refused to cancel my account and stated I was still in the probationary period. Second customer service person, Strees, stated my account was not canceled before, and that she was going to cancel it. Strees stated I should receive email confirmation within 72 hours of my cancellation. I informed Strees I recorded this call and have documentation of their verbalizing cancellation of my policy. - I am concerned this will impact my credit score for payment issues in September 2024.

**Consumer's Desired Resolution:**

Correction to a credit report; Cancel my policy and send me confirmation of cancellation

## Complaint Timeline

| | | |
|---|---|---|
| **09/05/2024** | Submitted: IABBB Complaint Form (API) **Complaint Form** | |
| **09/05/2024** | Processed by blue: Automation **IABBB Complaint Form** | |
| **09/05/2024** | Pending initial Business response: Action Taken **Threshold Application** | |

# Taylor
# Attachment I

 **Gmail**

**Krista Taylor** <████████@gmail.com>

## Innovative Partners - Cancellation Confirmation

1 message

**Innovative Partners** <partnerservices@innovativepartnerslp.com>
To ████████ @gmail.com
Cc: membercc@innovativepartnerslp.com

Thu, Sep 5, 2024 at 10:16 AM

Dear KRISTA TAYLOR,

We've received your request to cancel your health plan activated on 07-06-2024. We're currently processing your cancellation. Your health plan will be terminated as of 09-05-2024.

If you have any questions regarding your cancellation or if you received this email by mistake, please contact Partner Services at 866-949-3581.

Best regards,
Innovative Partners



866-949-3581
partnerservices@
innovativepartnerslp.com

# PX 18

**DECLARATION OF ROBERT TRACY**
**PURSUANT TO 28 U.S.C. § 1746**

I, Robert Tracy hereby declare as follows:

1.      My name is Robert Tracy. I live in Broomfield, Colorado and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      I lost my health insurance through my employer when I was laid off in early April 2024. I wanted to buy health insurance from the Colorado state marketplace. I searched online and found what appeared to be a Colorado state marketplace website, and it requested my phone number for a call from a health insurance agent.  After I submitted my phone number on that website, I was bombarded with telemarketing calls day and night.

3.      On April 29, 2024, I picked up a call from 646-362-3938. The caller identified herself as Haley, and she said could enroll me in a health insurance plan from the Colorado state marketplace. Haley first explained that open enrollment had already closed, but I could still enroll in a plan if I had experienced certain qualifying life events. I told her that I had recently lost my job and relatedly health insurance through my employer, and Haley responded that loss of employment was a qualifying life event that would make me eligible to enroll in a plan from the Colorado marketplace.

4.      Next, Haley asked if I was looking for coverage just for myself or a family plan. I told her I needed individual coverage that was similar to the health insurance plan I had through my employer. Haley said she was searching policies to find some options for me that would offer similar coverage but would be cheaper than COBRA. Shortly afterward, Haley said she had found a policy for me through UnitedHealth, and the premium was $421.28 per month. I was excited to hear that Haley had found insurance through UnitedHealth, because that was the

Page **1** of **8**

carrier for the employer plan that I had through my job. Haley said that under this plan, all of my medical expenses would be fully covered. Specifically, she stated that I would only have to pay $20 copays for doctor's visits and $10 copays for prescriptions. For accidents and emergency care, Haley said that this plan had "80/20 coverage." She also said there was no limit on the coverage under this plan.

5.      I asked Haley many questions to ensure I knew what I was buying, and our entire call was around 50 minutes long. I asked her to confirm that this was a plan offered through the Colorado state marketplace, and she assured me it was. I also wanted to better understand the "80/20 coverage" Haley promised, so I asked her to talk me through several examples. I don't remember the exact details of the hypotheticals, but Haley confirmed that I would only owe 20% of any medical bill, such as ambulance and hospitalization cost, and the plan would cover the rest.

6.      I also asked Haley to confirm that my prescription medications would be covered under the plan she was offering. I have prescriptions for two drugs: Keppra, an essential medication for epilepsy, and Synthroid, a thyroid medication. Haley stated that my copay for each of these drugs would only be $10 for a 180-day supply. I was thrilled to hear this because this was even better coverage than I had through the insurance from my employer.

7.      I asked Haley if there were plan documents I could review, and she responded that I had to wait until after UnitedHealth had approved me for a plan. Once that occurred, I would receive an email with a link to a web portal on which I could review all of the plan documents.

8.      Because the plan that Haley described provided full coverage from a carrier that I knew—UnitedHealth—I decided to purchase. Haley then collected my payment information and

she said that to complete the purchase I would need to click a link that would be texted to my phone while she stayed on the line. **Tracy Attachment A** is a true and correct image of the text I received. When I clicked the link, it opened a browser page that only featured a number that Haley asked me to read back to her. I don't recall seeing any information other than this number on that page. Once I read the number back to Haley, she confirmed that my enrollment was complete. Before ending the call, Haley gave me her number to call with any questions about the plan: 954-824-5569.

9. A few minutes later, I received an email from admin_noreply@innovativepartnerslp.com that provided login inforomation to a "Partner Portal" at URL https://member.innovativepartnerslp.com, and it stated that at the portal, I could access my "temporary ID card[], resources, and monthly payment details." **Tracy Attachment B** is a true and correct image of this email. I logged into the portal, and **Tracy Attachment C** is a true and correct image of the site as it appeared once I had logged in. A tab on the left of the screen was labeled "Membership Card," and **Tracy Attachment D** is a true and correct image of the ID card I downloaded from the portal. Given that Haley had said that UnitedHealth was the carrier for this plan, I was surprised to see there was no logo or mention of UnitedHealth on the ID card.

10. One of the tabs on the left panel of the Member Portal, **Tracy Attachment C**, was labeled "Documents," and when I clicked it, a pop-up box appeared with links to four different documents with titles "Specific Plan Document – Optimum MD 1," "Optimum MD Plan Brochure," "Specific Plan Document Essential," and "Essential Plan Brochure." **Tracy Attachment E** is a true and correct image of the screen as it appeared when I clicked that tab. I opened and saved several of those documents, which are attached. **Tracy Attachment F** is a true and correct pdf of the document I downloaded from the link titled "Specific Plan Document –

Optimum MD 1." **Tracy Attachment G** is a true and correct pdf of the document I downloaded from the link titled "Optimum MD Plan Brochure." **Tracy Attachment H** is a true and correct pdf of the document I downloaded from the link titled "Specific Plan Document Essential."

11. Another tab on the left panel of the screen in the Member Portal, **Tracy Attachment C** was labeled "Partnership Documents," and when I clicked it, a pop-up box appeared with links to four different documents with titles "Joinder Agreement," "Specific Plan Document – Optimum MD 1," "Specific Plan Document – Essential," and "Health Benefit Plan Wrap Document." **Tracy Attachment I** is a true and correct image of the site as it appeared when I clicked the "Partnership Documents" tab. I opened all of these documents. Two of the documents listed in the pop-up box, "Specific Plan Document – Optimum MD 1" and "Specific Plan Document – Essential" were the same as the documents with the same title that were linked from the pop-up box that appeared in the "Documents" tab. I downloaded and saved the other two documents from the "Partnership Documents" tab, and they are attached. **Tracy Attachment J** is a true and correct pdf of the document I downloaded from the link titled "Joinder Agreement." **Tracy Attachment K** is a true and correct pdf of the document I downloaded from the link titled "Health Benefit Plan Wrap Document."

12. A tab on the left panel of the Member Portal screen in **Tracy Attachment C** was labeled "My Transactions," and when I clicked it, a page with the heading "My Transactions" appeared. **Tracy Attachment L** is a true and correct image of that page. It listed a "Transaction Date" of April 29, 2024, which is the date I purchased the plan from Haley, and a "Total Amount" of $421.28, which was the amount I had paid.

13. When I began reading the documents that I had downloaded from the portal, I was shocked. First, I did not see UnitedHealth mentioned in any of the documents, even though

Haley told me that I was purchasing a UnitedHealth plan. Instead, the documents repeatedly referenced "Innovative Partners," a company I had never heard of and that Haley had never mentioned during our call. Second, the plan features as they were described in the documents were a joke—they were completely different from the benefits I had specifically requested and that Haley had confirmed were included in my plan. Although Haley had stated there were no limits on coverage, my understanding of the plan based on these documents is that the payouts were capped. For example, page 4 of the "Summary Plan Description – Optimum 1MD," **Tracy Attachment F**, states that the plan coverage for emergency room visits is only "one (1) visit per year," and the plan would pay just $150 for that visit. On page 3, this document also states that for "[p]hysicians and [u]rgent care visits," coverage is capped at "four (4) visits per year" and $150 for each of those visits. Indeed, page 4 of "Optimum MD Plan Brochure," **Tracy Attachment G,** lists $150 as the "[m]aximum amount per plan year" for emergency room visits and for all "Primary Care Physician, Specialist, [and] Urgent Care Visits." I never would have agreed to purchase a plan with such limited benefits.

14.    Also, even though Haley had told me that under the plan, a 180-day supply of my prescriptions for Keppra and Synthroid would only cost me a $10 copay for each, my understanding of the plan based on the documents was that it only provided a discount on prescription medications. I would not have purchased the plan if Haley had truthfully informed me that this was a prescription discount plan—I did not want such a plan. I wanted an insurance plan that would fully cover my prescriptions, and I had clearly explained that to Haley.

15.    I was especially frustrated and shocked to discover fine print on page 4 of the "Optimum MD Plan Brochure," **Tracy Attachment G**, stating that this plan is "exempt from the Patient Protection and Affordable Care Act and . . . do[es] not come under the definition of

minimum benefits for the purposes of the Act." I understood this to mean that the product I purchased was not a Colorado state marketplace plan, despite Haley's assurances that she was enrolling me in one. If I had known this was not a Colorado marketplace plan, I would not have purchased it.

16.     The "Joinder Agreement," **Tracy Attachment J**, also raised alarms for me. On page 1, it stated that I had agreed to "provide a minimum of five hundred (500) hours of work activity on the internet." My understanding of the Joinder Agreement was that it was supposed to represent my consent to the collection and sale of my information. But I had never agreed to any of this, and Haley had made no mention whatsoever of any work requirement or collection or sale of my personal information. I was shocked to see my name had been signed in the agreement on page 5, dated April 29, 2024—the date I enrolled in the health plan. This is not my signature, and I did not sign any such agreement. I had never seen this document prior to downloading it from the portal.

17.     I was very worried after reviewing the documents and thought perhaps I had been mistakenly enrolled in the wrong plan. A few days after my purchase, I called Haley back at the number she had provided during the sales call, 954-824-5569. She did not pick up and I left a voicemail. Haley did not call me back, so on the morning of May 6, 2024, I texted Haley stating all of my concerns and requesting a call back. **Tracy Attachment M** is a set of true and correct images of the text that I sent to Haley. Haley did not reply to this text. Later that day, May 6, 2024, I texted Haley again repeating my concerns, and there was no response to this text either. Finally, I tried calling the "Partner Services" number, 866-949-3581, which was listed on the membership card, **Tracy Attachment D**. I connected with an answering service, which informed me I would receive a callback. I never received a call back.

18.     I decided to cancel this plan because I believed it was not health insurance and I had been scammed. I was worried about being uninsured, especially if any medical emergency arose, so my first priority was enrolling in health insurance immediately. On May 6, 2024, I made an in-person appointment at the Adams County Health Department, where I enrolled in a health insurance plan from the Colorado state marketplace. Because of my confusing and stressful experience with Innovative Partners, I did not trust any online or phone method of enrolling in health insurance.

19.     On May 7, 2024, I sent a letter and an email to Innovative Partners requesting cancellation and a refund of the $421.28 that I had been charged for the plan. **Tracy Attachment N** is a true and correct copy of the cancellation letter that I sent through certified mail to Innovative Partners. That same day, I received an email from partnerservices@innovativepartnerslp.com stating that my cancellation request was being processed. **Tracy Attachment O** is a true and correct copy of this email. On May 9, 2024, I received a full refund from Innovative Partners.

20.     On May 8, 2024, I reported my experience to the Federal Trade Commission (FTC), and around that date, I also filed a complaint with the Colorado Attorney General's office.

21.     Although I was fortunate enough to receive a refund, this experience was incredibly stressful and frustrating. Even though Haley had stated explicitly that I was purchasing a health insurance plan through UnitedHealth, she enrolled me in a product from a company I'd never heard of. During my initial call with Haley, I had been exceedingly clear that I wanted a full-coverage plan from the Colorado state marketplace, and Haley sold me a plan with such limited benefits that it would have been essentially useless to me. This was especially

stressful because health insurance is a matter of life or death—without coverage, critical healthcare could be withheld or lead to significant, unaffordable medical bills. I also feel violated because this company has acquired my personal information and affixed my signature to an agreement to collect and sell my data. I never consented to the terms in that agreement, and I am worried about sale or dissemination of my information that the company already acquired through the sales process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___Sep  23___, 2024.

Robert Tracy

# Tracy
# Attachment A



# Tracy
# Attachment B

From: **Innovative partners** <admin_noreply@innovativepartnerslp.com>
Date: Mon, Apr 29, 2024 at 9:36 AM
Subject: Innovative Partners - Partner Portal
To: <███████████@gmail.com>

## Welcome ROBERT TRACY

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: ██████████**@gmail.com**
Temporary Password: ███████████

Need help? Contact your recruiter or our partner services team today!

866-949-3581
partnerservices@innovativepartnerslp.com

# Tracy

# Attachment C

Case 0:26-cv-60976-AHS   Document 1-10   Entered on FLSD Docket 04/07/2026   Page 52 of 100



# Tracy
# Attachment D



**Innovative Partners, LP**

Partner Services: 866-949-3581

Name: ROBERT TRACY

Member ID: G938002

Group #: MP200

Optimum-MD 1

**Member Out of Pocket**

PCP: $25
Urgent Care: $25
ER: $25
Wellness: $0

Provider Network





Limited Benefit Plan

$0 co-Pay Telehealth
www.teladoc.com
800-835-2362

---

**Eligibility**

Providers: To confirm eligibility, verify benefits,
or check the status of a claim:
Electronic Eligibility through Availity - Payer ID: 35245
Marpai Portal: www.myMarpai.com
Innovative Partners Customer Service: 866-949-3581

Partners: To confirm eligibility, verify benefits,
or check the status of a claim,
please call Innovative Partners at 866-949-3581
Call 800-457-1403 or visit multiplan.com
to find a MultiPlan provider.

**Claims Submission**

Please submit Medical Electronic Claims
Directly to Marpai Payer ID# 35245

Or mail claims to:
Marpai Health
P.O. Box 21112
Eagan, MN 55121

For identification purposes only. Not a guarantee of coverage or payment.

# Tracy
# Attachment E



# Tracy
# Attachment F

# INNOVATIVE PARTNERS, LP
# HEALTH BENEFIT PLAN
### Summary Plan Description for the Benefits of the
### Optimum 1MD Policy

Congratulations, you have just enrolled in Innovative Partners, LP's *Optimum 1MD* Health Benefit Plan. This is a limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA"). This plan is designed to meet the needs of our employees and Active Limited Partners (including their families) who have been either unable to find a suitable major medical policy/plan, or who wish to supplement their existing major medical policy/plan. Please keep in mind that this Plan is not designed to be a major medical policy/plan nor is it designed to replace a major medical policy. This Plan has certain limitations and exclusions contained herein. Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1:      GENERAL PLAN INFORMATION

1.1.   Plan Name:                   Innovative Partners, LP Health Benefit Plan

1.2.   Plan Number:                501

1.3.   Plan Sponsor:                Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431

1.4.   Plan Sponsor FIEN:          92-1623773

1.5.   Plan Administrator:          Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time

1.6.   Type of Plan:                Employee Health Benefit Plan

1.7.   Funding Method of Plan:     Self-Funded

1.8.   Original Plan Effective Date: April 1, 2023

1.9.   Plan Year:                   January 1 through December 31

| | | |
|---|---|---|
| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active Limited Partner |
| 1.11 | Program or Policy Name: | Optimum 1MD |
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | PHCS, P.O. Box 21823, Eagan, MN  55121 Electronic payor ID: 28680 |

## SECTION 2:      NETWORK BENEFITS AND DISCOUNT PROGRAMS

### 2.1     MultiPlan Network:

The MultiPlan Network is the largest and most comprehensive independent participating provider (PPO) network in the United States. Your plan includes participation in this network. When you go to a participating provider, MultiPlan will reprice the charges from your doctor and you will receive the applicable discount. Once any applicable discount is applied, and if your medical service is covered by your plan, the appropriate benefits will be paid toward your claim. Please remember that even after you exhaust your benefits under your plan, you can still receive the participating provider discounts. In order to find out which providers in your area are covered and defined details regarding your specific benefits, please go to **MultiPlan.com** and register using the code on your insurance card.

### 2.2     Teladoc Health:

Teladoc Health is one of the largest telemedicine companies in the United States. Your plan allows you to have a consultation with a physician, or other healthcare providers, licensed in your individual state. You will be able to talk to a doctor virtually anytime, anywhere by either telephone or video. You can contact your doctor through your landline telephone, your cellular telephone, the Teladoc app, or through the website. After your consultation, your doctor will diagnose your symptoms and send a prescription if necessary. *All of this is provided for you with a $0 Co-Pay!* Yes, you will not be charged for your medical consultation!

For more information on how to take advantage of this phenomenal opportunity, please use the code on your insurance card to set up an account at Teladoc.com.

### 2.3     Prescription Discount Benefits:

All of the participants in your plan get to enjoy the countless discount pharmaceutical benefits of SingleCare. To download the app simply go to: SingleCare.com and *use the code on your card*.

## SECTION 3:        SCHEDULE OF MEDICAL BENEFITS

### 3.1    General Medical Benefits:

This Plan provides medical benefits in Section 3.1 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an unforeseen illness, sickness, or injury to the body. Whereas the benefits in Section 3.2 can only be for expenses resulting from an Accident, benefits in Section 3.1 can be used for either Accident or non-Accident expenses.

1.  *Physicians and Urgent Care Visits: $150 / four (4) visits per year / $25 co-pay.*
    We will pay you $150 each time you, or a covered person, visit a physician or urgent care medical professional, and you make a $25 co-pay to the medical facility. This benefit can only be used a maximum of four (4) times per year per covered person.

2.  *Wellness Visits: $1,000 / one (1) visit per year / $0 co-pay.*
    We will reimburse you not to exceed $1,000 when you, or a covered person, has a wellness visit with a medical professional or chiropractor, and we will not ask you to make a co-pay to the healthcare facility. This benefit can only be used a maximum of one (1) time per year per covered person.

3.  *Ambulance Trips: $150 / one (1) trip per year / $0 co-pay.*
    We will reimburse you $150 each time you, or a covered person, is required to be transported to a medical facility by an ambulance, and we will not ask you to make a co-pay to the ambulance provider. This benefit can only be used a maximum of one (1) time per year per covered person.

4.  *Laboratory Testing:   $150 / one (1) laboratory test per year / $25 co-pay.*
    We will reimburse you $150 when you, or a covered person, receive laboratory testing of body tissue or bodily fluid from a state-licensed laboratory, and you make a $25 co-pay to the laboratory. This benefit can only be used a maximum of one time per year per covered person.

5.  *Imaging: $150 / one (1) image per year / $25 co-pay.*
    We will reimburse you $150 when you, or a covered person, receive medical imaging as defined in the Plan Document below, and you make a $25 co-pay to the imaging facility. This benefit can only be used a maximum of one (1) time per year per covered person.

6. *Emergency Room Visit: $150 / one (1) visit per year/ $25 co-pay.*
   We will pay you $150 each time you, or a covered person, visit a physician or urgent care medical professional, and you make a $25 co-pay to the medical facility. This benefit can only be used a maximum of one (1) time per year per covered person.

**3.2     Medical Benefits Resulting from an Accident Only:**

This Plan also provides additional medical benefits in this Section 3.2 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an Accident as defined herein. *These benefits are not for unforeseen illness or sickness, they are only for an Accident as defined.*

1. *Hospital Room and General Nursing Care up to the Semiprivate Room Rate: up to $2,500.*
   If you, or a covered person, are confined to a hospital room as a result of an Accident, we will pay up to $2500 for the cost of the room, general boarding costs, and general nursing care up to a maximum of $2500.

2. *Physician's Fees for Surgery: up to $2500.*
   We will pay a physician's fee for a surgical procedure required by an Accident to you, or a covered person, up to a maximum of $2500. The surgery must be performed in a hospital, or other state-licensed surgical center.

3. *Anesthesia Services: up to $2500.*
   We will pay for any anesthesia services that are medically necessary as a result of an Accident to you, or a covered person, up to a maximum of $2500.

4. *Nonsurgical Physician Care, inpatient or outpatient: $75.*
   We will pay you $75 for any nonsurgical physician services that you incur as a result of an Accident to you, or a covered person, regardless if the services are inpatient or outpatient.

5. *Hospital Emergency Room Care: up to $500.*
   We will pay $500 in the event you, or a covered person, are required to receive emergency room care at a hospital as a result of an Accident.

6. *X-rays, Ultrasounds, and other Medical Imaging: up to $250.*
   We will pay $250 for x-rays, ultrasounds, and other medical imaging performed, as described herein, that are medically necessary as a result of an Accident to you, or a covered person.

7. *Ambulance Service: up to $250.*

We will pay $250 if your injuries, or those of a covered person, as a result of an Accident that requires you, or a covered person, to be transported by an ambulance.

8.   ***Prescription Drugs: up to $500.***
We will reimburse up to the amount of $500 for any prescription drug cost that you, or a covered person, incur provided that the prescription drugs are directly related to and medically necessary as a direct result of an Accident.

9.   ***Dental Surgery for Injury to Sound Natural Teeth: up to $500.***
We will reimburse you, or a covered person, up to the amount of $500 for any dental surgery medically necessary and entirely required as a direct result of an Accident.

10.   ***Physical Therapy: First Visit $60, Subsequent Visits, $30.***
In the event the injuries that you, or a covered person, incur as a direct result of an Accident, require you, or a covered person, to receive physical therapy services, we will reimburse $60 for the first physical therapy visit and reimburse $30 for each subsequent visit up to a maximum number of four (4) visits after the initial first visit.

## 3.3   Waiting Period:

All sickness and indemnity benefits provided for in this Plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an Accident or loss of life.

***PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.***

## Section 4:   DEFINITIONS

The following definitions shall be controlling when used in connection with this Plan. You should read and understand these definitions.

**ACA or PPACA** means the Patient Protection and Affordable Care Act of 2010, as amended.

**Accident** means an unintended **and** unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Active Limited Partner(s)** means the limited partner made a signatory to either the Limited Partnership Agreement of the Plan Sponsor, or a Joinder Agreement to such Limited Partnership Agreement hereto, as well as other limited partners which may be added from time to time pursuant to the Limited Partnership Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less

than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

**Ambulatory Surgical Center** (ASC) means a distinct entity that operates exclusively for the purpose of furnishing outpatient surgical services. The Ambulatory Surgical Center must be certified by the Center for Medicare and Medicaid Services (CMS). An ASC is either an independent facility or operated by a Hospital. A Hospital-operated facility must be a separately identifiable entity, physically and administratively, and be financially independent and distinct from other operations of the Hospital.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the participant. This term does not include fostering a child. A child must be below the age of 26.

**Confined or Confinement** means the assignment to a bed as a resident inpatient in a Hospital on the advice of a Physician or Confinement in an Observation Unit within a Hospital for a period of no less than 20 continuous hours on the advice of a Physician.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by the plan, and is not excluded by name or specific description in this Plan.

**Covered Person** means the plan participant. If you purchased insurance coverage that includes your spouse and/or child/children, these individuals are also included.

**Covered Sickness** means a sickness that occurs on a day that coverage is in force, results in a loss covered by this plan, and is not excluded by name or specific description in this plan.

**Diagnosis** means the definitive establishment of the illness condition through the use of clinical and/or laboratory findings. The Diagnosis must be made by a Physician who is a board-certified specialist where required under this coverage.

**Diagnostic Center or Facility** means a licensed and accredited entity that:

- Operates for the primary purpose of conducting medical diagnostic tests on patients,
- Does not assume ongoing responsibility for patient care, and
- Provides its services for use by other medical personnel.
- A Diagnostic Center or Facility may be either independent or operated by another medical entity.

**Dentist, Doctor, or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Emergency Room** means a portion of a Hospital where emergency diagnosis and treatment of a Sickness or Accident is provided.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Experimental/Investigational** means a drug, device, medical care, or medical treatment will be considered experimental/investigational if:

- The drug or device cannot be lawfully marketed without the approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished;
- The informed consent document utilized with the drug, device, medical care, or treatment states or indicates that the drug, device, medical, or medical treatment is part of a clinical trial, experimental phase, or investigational phase or if such a consent document is required by law;
- The drug, device, medical care, or medical treatment or the patient informed consent document utilized with the drug, device, medical care, or medical treatment was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal or state law requires such review and approval; or
- Reliable evidence shows that the drug, device, medical care, or medical treatment is the subject of ongoing Phase I or Phase II clinical trials, is the research, experimental study or investigational arm of ongoing Phase III clinical trials, or is otherwise under study to determine the maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Hospital** means a short-term, acute general hospital that is:

- Primarily engaged in providing, by or under the continuous supervision of physicians, to inpatients diagnostic and therapeutic services for diagnosis, treatment, and care of injured or sick persons;
- Has organized departments of medicine and major surgery;
- Has a requirement that every patient must be under the care of a physician or dentist;
- Provides 24-hour nursing care by or under the supervision of RNs;
- Has in effect a hospital review plan applicable to all patients which meets at least the standards set forth in Section 1861(k) of the United States Public Law 89-97 (42 USCA 1395x(k));
- Duly licensed by the agency responsible for licensing such hospitals; and

- Not, other than incidentally, a place of rest, a place primarily for the treatment of tuberculosis, a place for the aged, a place for drug addicts or alcoholics, a place primarily for the treatment of mental disorders or chemical dependency, or a place for convalescent, custodial, educational or rehabilitory care.

**Limited Medical Benefit** means a plan, program, or policy that had limited or defined benefits. It is not a comprehensive major medical plan, nor is it intended to replace a major medical plan. The plan is intended to provide you, and your covered dependents, with basic insurance coverage that is capped at specific amounts for specific services. This plan is also exempt from, and thus is not compliant with, ACA.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Medically Necessary** means a service or supply that is necessary and appropriate for the diagnosis or treatment of an injury or Sickness based on generally accepted current medical practice. A service or supply will not be considered Medically Necessary if:

- it is provided only as a convenience to the Covered Person or provider;
- it is not an appropriate treatment for the Covered Person's diagnosis or symptoms;
- it exceeds in scope, duration, or intensity that level of care which is needed to provide safe, adequate, and appropriate diagnosis or treatment; or
- it is an experimental/investigational treatment.

The fact that a Physician may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Plan.

**Participant or Plan Participant** means the individual to whom this Plan or any Policy there under is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Pre-existing Condition** means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care, or treatment was recommended or received from a physician within a 12-month period preceding the effective date of coverage of the Covered Person.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the

same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment. Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

**Sickness** means an illness, infection, disease, or any other abnormal physical condition not caused by an Accident.

**Spouse** means any individual to whom you are legally married.

**Year or Coverage Year** means the 12-month period beginning on the effective date of this Policy and your participation in this Plan and ending on the anniversary of the effective date of this Policy. Subsequent years will run from anniversary date to anniversary date.

## SECTION 5:      DESCRIPTION OF PLAN BENEFITS

### 5.1      Hospital Confinement Benefit:

We will pay the Hospital Confinement Benefit, shown in the Schedule of Benefits, if a person incurs charges for and is Confined in a Hospital due to injuries received in a Covered Accident or due to a Covered Sickness. The Confinement to a Hospital must begin on a day that the coverage is in force.

### 5.2      Surgery and Anesthesia Benefits:

We will pay the Surgery Benefit, shown in the Schedule of Benefits, for any day a Covered Person undergoes a surgical procedure due to a Covered Accident or Covered Sickness. The procedure must be performed by a board-certified surgeon in a Hospital or Ambulatory Surgical Center.

We will pay the Anesthesia Benefit, shown in the Schedule of Benefits, for any day a Covered Person is administered anesthesia for a covered surgical procedure.  Anesthesia must be administered by a licensed anesthesiologist or certified registered nurse anesthetist (CRNA).

### 5.3      Physicians and Urgent Care Visit Benefit:

We will pay the Physicians and Urgent Care Visit Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for a doctor's office visit. This benefit also includes an office visit or diagnostic x-ray and/or laboratory testing for routine or preventative screenings, including a baseline mammogram, screening mammograms, cervical cytologic screenings, colorectal cancer screenings, prostate cancer screenings, and health screenings for children, per the standards and schedules of the American Academy of Pediatrics. Services must be rendered by a licensed Physician acting within the scope of his/her license.

### 5.4      Emergency Room Benefit:

Page **9** of **11**

We will pay the Emergency Room Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for and requires medical care from an emergency room due to injuries received in a Covered Accident or due to a Covered Sickness. The visit must occur on a day that the coverage is in force. For a visit due to injuries received in a Covered Accident, the visit must occur within 72 hours after the date of the Covered Accident. Services must be rendered by a Physician.

**5.5     Outpatient Diagnostic X-Ray and Laboratory Test Benefit:**

We will pay the Emergency Room Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for diagnostic x-ray and/or laboratory testing caused by a Covered Accident or Covered Sickness.

A covered test must be performed:
- on a day that the coverage is in force; and
- in a Hospital, Ambulatory Surgical Center, Doctor's office, or Diagnostic Center or Facility.

We will not pay the Diagnostic X-Ray and Laboratory Test Benefit amount for any day a Covered Person is Hospital Confined.

Pathology includes laboratory tests performed for diagnostic purposes.

Radiology includes x-rays, ultrasounds, and other medical imaging performed for diagnostic purposes such as Angiogram, Arteriogram, Computer Tomography Scan (CT), Magnetic Resonance Imaging (MRI), Myelogram, and Positron Emission Tomography Scan (PET).

## SECTION 6:     LIMITATIONS AND EXCLUSIONS

We will not pay benefits for:

- Pre-existing Conditions during the 12 months following the effective date under this Plan.
- Treatment, services or supplies which:
    - Are not Medically Necessary;
    - Are not prescribed by a doctor as necessary to treat the Sickness or Injury;
    - Are experimental/investigational in nature, except as required by law;
    - Are received without charge or legal obligation to pay; or
    - Are provided by an immediate family member.
- Dental care or treatment, except for:
    - Dental care or treatment due to accidental injury to sound natural teeth within 12 months of a Covered Accident and
    - Dental care or treatment necessary due to congenital disease or anomaly.
- Elective procedures and cosmetic surgery.   Cosmetic surgery shall not include:
    - Reconstructive surgery when such service is incidental to, or follows, surgery resulting from trauma, infection or other disease and

Page **10** of **11**

- o Reconstructive surgery because of a congenital disease or anomaly of a covered Dependent Child which has resulted in a functional defect.
- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Spinal manipulation or adjustment, including massage therapy.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Pregnancy.
- Charges for custodial maintenance or care.
- Treatment of mental illnesses, emotional disorders, and substance abuse.
- Services rendered to a transplant donor of any organ or body element or the acquisition cost of any organ or bodily element.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.
- Eyeglasses, contact lenses, hearing aids, eye examinations, and hearing tests.

## SECTION 7:     CLAIMS PROCEDURE

Claims should be submitted to:

> **PHCS**
> **P.O. Box 21823**
> **Eagan, MN  55121**
> **Electronic payor ID: 28680**

*Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# Tracy
# Attachment G



INNOVATIVE PARTNERS

# HEALTH BENEFIT PLAN

# TABLE OF CONTENTS

Multiplan Overview ...................................................3

Optimum 1MD ......................................................4

Optimum 2MD .....................................................5

Optimum 3MD.......................................................6

Optimum 4MD.......................................................7

Optimum 5MD.......................................................8

Optimum 6MD.......................................................9

Optimum 7MD.......................................................10

Program Comparisons ................................................ 11

Accidental Medical Benefit ............................................12

Additional Benefits

    Teladoc ................................................. 13

    Single Care ......................................... 15

    Progressive Nutracare .......................... 16

  Ancillary Benefits

    Guardian ................................................ 17

    Essential ............................................... 18

    Dental ................................................ 19

# MULTIPLAN OVERVIEW

As a participant of this plan, you and any beneficiaries you have added to your plan will have access to the following benefits:

## MultiPlan Network:

The MultiPlan Network is the largest and most comprehensive independent participating provider (PPO) network in the United States. Your plan includes participation in this network. When you go to a participating provider, MultiPlan will reprice the charges from your doctor and you will receive the applicable discount. Once any applicable discount is applied, and if your medical service is covered by your plan, the appropriate benefits will be paid toward your claim. Please remember that even after you exhaust your benefits under your plan, you can still receive the participating provider discounts. In order to find out which providers in your area are covered and defined details regarding your specific benefits, please contact 866.949.3581





# OPTIMUM 1MD OVERVIEW

## Wellness Services

$0 Copay. Wellness services are covered 100% up to a maximum of $1,000 annually per plan participant, per year.

## Primary Care, Physician, Specialist, or Urgent Care Visits

$25 Copay. Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| OPTIMUM 1 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Outpatient Services | Emergency Room | 1 | $150 | $25 |
| | Primary Care Physician, Specialist, Urgent Care Visits | 4 | $150 | $25 |
| Other Care Services | Ambulance | 1 | $150 | $0 |
| | Labs | 1 | $150 | $25 |
| | Imaging | 1 | $150 | $25 |
| | Wellness | 1 | $1000 | $0 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

### Waiting Period

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

4

# OPTIMUM 2MD — OVERVIEW

## Wellness Services
$0 Copay. Wellness services are covered 100% up to a maximum of $500 annually per plan participant, per year.

## Primary Care, Physician, Specialist, or Urgent Care Visits
$25 Copay. Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $100 per plan, per year.

| OPTIMUM 2 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Inpatient Services | Hospital Admission | 1 | $200 | $100 |
| | Hospital Confinement | 10 | $100 | N/A |
| | ICU Admission | 1 | $200 | $100 |
| | ICU Confinement | 5 | $100 | N/A |
| | Inpatient Surgery | 1 | $200 | N/A |
| | General Anesthesia | 1 | $100 | N/A |
| Outpatient Services | Outpatient Surgery | 1 | $200 | $100 |
| | General Anesthesia | 1 | $100 | $25 |
| | Emergency Room | 2 | $100 | $25 |
| | Primary Care Physician, Specialist, Urgent Care Visits | 4 | $100 | $25 |
| Other Care Services | Ambulance | 2 | $200 | N/A |
| | Labs | 1 | $200 | $25 |
| | Imaging | 1 | $200 | $25 |
| | Wellness | 1 | $500 | N/A |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

## Waiting Period
All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

# OPTIMUM 3MD  OVERVIEW

## Wellness Services
$0 Copay. Wellness services are covered 100% up to a maximum of $500 annually per plan participant, per year.

## Primary Care, Physician, Specialist, or Urgent Care Visits
$25 Copay. Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $200 per plan, per year.

| OPTIMUM 3 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Inpatient Services | Hospital Admission | 1 | $400 | $100 |
| | Hospital Confinement | 10 | $200 | N/A |
| | ICU Admission | 1 | $400 | $100 |
| | ICU Confinement | 5 | $200 | N/A |
| | Inpatient Surgery | 1 | $400 | N/A |
| | General Anesthesia | 1 | $200 | N/A |
| Outpatient Services | Outpatient Surgery | 1 | $200 | $100 |
| | General Anesthesia | 1 | $100 | $25 |
| | Emergency Room | 2 | $200 | $25 |
| | Primary Care Physician, Specialist, Urgent Care Visits | 6 | $200 | $25 |
| Other Care Services | Ambulance | 2 | $200 | N/A |
| | Labs | 1 | $200 | $25 |
| | Imaging | 1 | $400 | $25 |
| | Wellness | 1 | $500 | N/A |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

## Waiting Period
All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

# OPTIMUM 4MD   OVERVIEW

## Wellness Services

$0 Copay. Wellness services are covered 100% up to a maximum of $1,000 annually per plan participant, per year.

## Primary Care, Physician, Specialist, or Urgent Care Visits

$25 Copay. Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $300 per plan, per year.

| OPTIMUM 4 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Inpatient Services | Hospital Admission | 1 | $800 | $100 |
| | Hospital Confinement | 10 | $400 | N/A |
| | ICU Admission | 1 | $800 | $100 |
| | ICU Confinement | 5 | $400 | N/A |
| | Inpatient Surgery | 1 | $800 | N/A |
| | General Anesthesia | 1 | $400 | N/A |
| Outpatient Services | Outpatient Surgery | 1 | $400 | $100 |
| | General Anesthesia | 1 | $200 | $25 |
| | Emergency Room | 2 | $400 | $25 |
| | Primary Care Physician, Specialist, Urgent Care Visits | 8 | $300 | $25 |
| Other Care Services | Ambulance | 2 | $400 | N/A |
| | Labs | 1 | $400 | $25 |
| | Imaging | 1 | $800 | $25 |
| | Wellness | 1 | $1,000 | N/A |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

## Waiting Period

All sickness and indemnity benefits provided for in this plan are subject to a 30 day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

# OPTIMUM 5MD ▶ OVERVIEW

## Wellness Services
$0 Copay. Wellness services are covered 100% up to a maximum of $1,000 annually per plan participant, per year.

## Primary Care, Physician, Specialist, or Urgent Care Visits
$25 Copay. Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $200 per plan, per year.

| OPTIMUM 5 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Inpatient Services | Hospital Admission | 2 | $3,000 | $500 |
| | Hospital Confinement | 30 | $500 | N/A |
| | CU Admission | 1 | $1,000 | $500 |
| | CU Confinement | 5 | $500 | N/A |
| | npatient Rehabilitation | 10 | $500 | $500 |
| | Skilled Nursing Facility | 10 | $500 | $500 |
| | Hospice Facility | 10 | $500 | $500 |
| | npatient Surgery | 3 | $1,000 | N/A |
| | General Anesthesia | 3 | $500 | N/A |
| Outpatient Services | Outpatient Surgery | 3 | $1,000 | $250 |
| | General Anesthesia | 3 | $500 | N/A |
| | Emergency Room | 4 | $500 | $250 |
| | Observation Room | 2 | $500 | $250 |
| | Primary Care Physician, Specialist, Urgent Care Visits | 6 | $200 | $25 |
| | Occupational, Physical Therapy | 5 | $100 | N/A |
| Other Care Services | Ambulance | 3 | $500 | N/A |
| | Chiropractic Care | 5 | $25 | N/A |
| | Home Health Care | 10 | $25 | N/A |
| | Labs | 1 | $250 | $25 |
| | maging | 1 | $500 | $25 |
| | Wellness | 1 | $1,000 | N/A |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

## Waiting Period
All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

8

# OPTIMUM 6MD OVERVIEW

## Wellness Services

$0 Copay. Wellness services are covered 100% up to a maximum of $1,000 annually per plan participant, per year.

## Primary Care, Physician, Specialist, or Urgent Care Visits

$25 Copay. Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $300 per plan, per year.

| OPTIMUM 6 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Inpatient Services | Hospital Admission | 2 | $4,000 | $500 |
| | Hospital Confinement | 30 | $1,000 | N/A |
| | ICU Admission | 1 | $2,000 | $500 |
| | ICU Confinement | 5 | $1,000 | N/A |
| | Inpatient Rehabilitation | 10 | $1,000 | $500 |
| | Skilled Nursing Facility | 10 | $1,000 | $500 |
| | Hospice Facility | 10 | $1,000 | $500 |
| | Inpatient Surgery | 3 | $2,000 | N/A |
| | General Anesthesia | 3 | $1,000 | N/A |
| Outpatient Services | Outpatient Surgery | 3 | $2,000 | $250 |
| | General Anesthesia | 3 | $1,000 | N/A |
| | Emergency Room | 4 | $1,000 | $250 |
| | Observation Room | 2 | $1,000 | $250 |
| | Primary Care Physician, Specialist, Urgent Care Visits | 8 | $300 | $25 |
| | Occupational, Physical Therapy | 5 | $150 | N/A |
| Other Care Services | Ambulance | 3 | $1,000 | N/A |
| | Chiropractic Care | 5 | $50 | N/A |
| | Home Health Care | 10 | $50 | N/A |
| | Labs | 1 | $500 | $25 |
| | Imaging | 1 | $750 | $25 |
| | Wellness | 1 | $1,000 | N/A |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

9

## Waiting Period

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

# OPTIMUM 7MD   OVERVIEW

## Wellness Services
$0 Copay. Wellness services are covered 100% up to a maximum of $1,000 annually per plan participant, per year.

## Primary Care, Physician, Specialist, or Urgent Care Visits
$25 Copay. Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $400 per plan, per year.

| OPTIMUM 7 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Inpatient Services | Hospital Admission | 2 | $5,000 | $500 |
| | Hospital Confinement | 30 | $2,000 | N/A |
| | ICU Admission | 1 | $3,000 | $500 |
| | ICU Confinement | 5 | $2,000 | N/A |
| | Inpatient Rehabilitation | 10 | $1,500 | $500 |
| | Skilled Nursing Facility | 10 | $1,500 | $500 |
| | Hospice Facility | 10 | $1,500 | $500 |
| | Inpatient Surgery | 3 | $3,000 | N/A |
| | General Anesthesia | 3 | $1,500 | N/A |
| Outpatient Services | Outpatient Surgery | 3 | $3,000 | $250 |
| | General Anesthesia | 3 | $1,500 | N/A |
| | Emergency Room | 4 | $1,500 | $250 |
| | Observation Room | 2 | $1,500 | $250 |
| | Primary Care Physician, Specialist, Urgent Care Visits | 10 | $400 | $25 |
| | Occupational, Physical Therapy | 5 | $200 | N/A |
| Other Care Services | Ambulance | 3 | $1,500 | N/A |
| | Chiropractic Care | 5 | $75 | N/A |
| | Home Health Care | 10 | $75 | N/A |
| | Labs | 1 | $750 | $25 |
| | Imaging | 1 | $1,000 | $25 |
| | Wellness | 1 | $1,000 | N/A |

10

# PROGRAM COMPARISONS

| PROGRAM COMPARISONS | Optimum 1 | Optimum 2, 3, 4 | Optimum 5, 6, 7 |
|---|---|---|---|
| Primary Care Physician, Specialist, Urgent Care Visits | ✓ | ✓ | ✓ |
| Emergency Room | ✓ | ✓ | ✓ |
| Ambulance | ✓ | ✓ | ✓ |
| Laboratory | ✓ | ✓ | ✓ |
| Imaging | ✓ | ✓ | ✓ |
| Wellness and Preventative | ✓ | ✓ | ✓ |
| Telemedicine | ✓ | ✓ | ✓ |
| Hospitalization | | ✓ | ✓ |
| Inpatient and Outpatient Surgery | | ✓ | ✓ |
| Chiropractic Care | | | ✓ |
| Occupational, Physical, Cardiac Rehab, Speech Therapy | | | ✓ |

# Accidental Medical

## ADDITIONAL BENEFITS

Optimum participants have access to an additional accidental benefit. This benefit is designed to assist with expenses that you, or a covered person may incur as a result of an accident.

| ELIGIBLE ACCIDENTAL MEDICAL | Allowed Amount |
|---|---|
| Nonsurgical Physician Care, inpatient or outpatient | $75 |
| X-rays, Ultrasounds, and other Medical Imaging | $2500 |
| Anesthesia | $2500 |
| Hospital room & General Nursing Care | $2500 |
| Hospital Emergency Room Care | $500 |
| Physician's Fees for Surgery | $2500 |
| Ambulance Service | $250 |
| Prescription Drugs | $500 |
| Dental Surgery for Injury to Sound Natural Teeth | $500 |
| Physical Therapy | First Visit $60, Subsequent Visits, $30 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

### Waiting Period

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

12

# TELADOC

Teladoc Health is one of the largest telemedicine companies in the United States. Your plan allows you to have a consultation with a physician, or other healthcare providers, licensed in your individual state. You will be able to talk to a doctor virtually anytime, anywhere by either telephone or video. You can contact your doctor through your landline telephone, your cellular telephone, the Teladoc app, or through the website. After your consultation, your doctor will diagnose your symptoms and send a prescription if necessary. All of this is provided for you with a $0 Co-Pay! Yes, you will not be charged for your medical consultation!

## Get Started In Minutes!

To get started, download the app or get started online. You can also call 1-800-Teladoc. Then fill out a brief medical history like you would at a doctor's office

## Teladoc Advantages

Get connected with the right medical care. Don't wait weeks for an appointment. Our doctors, therapists, and specialists can help you with:

- The flu
- Infections
- Anxiety
- Stress
- Skin conditions
- Advice on serious medical conditions.

No matter what you're facing, we're available from wherever you are by phone, video or app.



13

# TELADOC

## Get Peace of Mind

Whether it's a perscription sent to the pharmacy of your choice, the guidance to move forward, or a review of your condition from a medical expert, Teladoc is ready to help.

## Get Started Now

https://member.teladoc.com/registrations/get_started

## Download The App

https://apps.apple.com/US/app/id656872607?mt=8











14

# SINGLE CARE

## Save up to 80% on your prescriptions with SingleCare!

Just show one of these cards to the pharmacist next time you fill a prescription.



**SingleCare**

### PHARMACY SAVINGS CARD

AUTHORIZATION NUMBER
001 000 029

BIN 610378
GRP BK0029
PCN SC1

**UP TO 80% OFF YOUR PRESCRIPTIONS**

This card is not insurance.    Customer Support: 1-844-234-3057

## Your Free Card Is Ready To Download

This SingleCare pharmacy savings card entitles you to up 80% off 10,000+ prescription medications.

The card is pre-activated and ready for immediate use at any participating pharmacy nationwide.

SingleCare cards work whether you have health insurance or not, and our prices often beat insurance cost-share. A typical person that regularly fills prescriptions saves an average of $37 a script and hundreds of dollars per year.

Using SingleCare is easy: just show our card to the pharmacist when you fill your next prescription.

Savings are automatically applied at checkout.

Keep one card for yourself and share the QR code with a friend or family member so they can get their digital card!

SingleCare is not insurance. There are no claim forms, deductibles, limitations, or maximums.

SingleCare can be used by anyone. No one is excluded from this program for any reason.



15

# PROGRESSIVE NUTRACARE

Progressive Nutracare specializes in professional grade Nutraceuticals offering a wide arrangement of science backed formulas to support your healthy lifestyle. From Fish Oils and Probiotics, to Thyroid and Adrenal Support, our team of medical experts weigh in on each formula to ensure we exceed industry quality standards.

MEMBERSSAVE15 – this can be included at checkout and you will receive 15% off of your entire Purchase.

## Benefits:

Supplements and Vitamins

- Amino Acids
- Antioxidants
- Fish Oils and Omegas
- Homeopathics
- Probiotics and Enzymes
- Protein

Health Concerns Supported

- Adrenal
- Cardiovascular
- Gut Health
- Joint and Inflammation
- Immune Health
- Weight Loss Support
- Men's Health
- Women's Health
- Yeast and Fungal



16

# GUARDIAN

## ANCILLARY BENEFITS

$5,000 | $10,000 | $15,000 | $20,000 | $25,000 | $35,000 | $50,000

Optimum participants may enroll in our Guardian plan to add coverage for accidental death and dismemberment.

These plans are optional add-on benefits at an additional monthly cost for you and are available for additional family members.

| COVERED PERSONS | Percentage of Principal Sum |
| --- | --- |
| Primary Insured | 100% |
| Spouse | 50% |
| Dependent Children | 25% |

| COVERED LOSSES | |
| --- | --- |
| Life | 100% |
| Both Hands, feet, or sight of both eyes | 100% |
| One hand and one foot | 100% |
| One hand or one foot and sight of one eye | 100% |
| Both speech and hearing | 100% |
| One hand or one foot or sight of one eye | 50% |
| Speech or hearing in both ears | 50% |

17

# ESSENTIAL

## ANCILLARY BENEFITS

$5,000 | $10,000 | $15,000 | $20,000 | $25,000

Optimum participants may enroll in our Essential plan to help with their critical illness needs.

These plans are optional add-on benefits at an additional monthly cost for you and are available for additional family members.

| ELIGIBLE ADULT CRITICAL ILLNESS | Percent of Allowed Amount |
|---|---|
| Invasive Cancer | 100%<br>If the Diagnosis is more than 90 days after both the Plan and Policy Effective Date |
| Invasive Cancer | 10%<br>If the Diagnosis is during the first 90 days after the Plan or Policy Effective Date |
| Cancer in Situ | 25% |
| Heart Attack | 100% |
| Stroke | 100% |
| Major Organ Transplant<br>(Only one Major Organ per Lifetime) | 100% |
| Coronary Artery Bypass Surgery | 25% |
| Angioplasty | 25% |
| Aortic Surgery | 25% |
| Heart Valve Replacement/Repair Surgery | 25% |
| Coma<br>(Lasting more than 15 consecutive days) | 100% |
| Paralysis | 100% |
| End-Stage Renal Failure | 100% |

18

# DENTAL

## Copay

Participating members are eligible for dental coverage with copay.

Please contact 866.949.3581 to confirm participating providers and copays.

## Covered Services and Procedures:

- Diagnostic Services
- Preventive Services
- Restorative Services
- Endodontic Services
- Periodontic Services
- Prosthodontic Services
- Prosthodontic Services (removable)
- Implant Services
- Prosthodontic Services
- Oral Surgery Services
- Orthodontic Services
- Adjunctive Services

Procedures and services not included will be discounted 20% of Dentist's normal fee at time of service





# Tracy
# Attachment H

# INNOVATIVE PARTNERS, LP HEALTH BENEFIT PLAN
## Summary Plan Description of the Essential Critical Illness Benefit

Congratulations, you have just enrolled in Innovative Partners, LP's Essential Critical Illness Health Benefit Plan. This Essential Critical Illness Policy is intended solely to be a supplement to your other Innovative Partners, LP's Health Benefit Plan coverage. This supplemental policy is sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA").

Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **1-888-677-6074** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1:   GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time. |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | |
| 1.9. | Plan Year: | January 1 through December 31 |
| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active |

Limited Partner

| | | |
|---|---|---|
| 1.11 | Program or Policy Name: | Essential Critical Illness |

1.12.   Waiting Period:   No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage

1.13.   Agent for Service of Process: CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201

1.14.   Partner Services:   PartnerServices@InnovativePartnersLP.com

1.15.   Claims:   Group Resources, Inc.
PO Box 100043,
Duluth, GA 30096
(Specify: **Innovative Partners Critical Illness Claim**)

## SECTION 2:   SCHEDULE OF THE HEALTHCARE BENEFIT COVERAGES

When you enrolled, you were given a choice to purchase coverage in various principal sum amounts. Please notice that your actual coverage in the event of a Critical Illness is based upon the Principle Sum amount that you purchased. If the Principal Sum amount listed below is not correct, please contact Partner Services immediately.

**Principal Sum**                    $_____

| **Covered Persons** | **Percentage of Principal Sum** |
|---|---|
| Plan Participant | 100% of Principal Sum |
| Spouse | 50% of Principal Sum |
| Dependent Children | 25% of Principal Sum |

Maximum Lifetime Benefit:   Three (3) Times the Initial Benefit Amount

Only One Cancer (of any type) Per Lifetime

| **Covered Losses** | **Benefit Amount** |
|---|---|
| • Invasive Cancer | 100% |

(*If the Diagnosis is more than 90 days after both the Plan and Policy Effective Date*)

• Invasive Cancer                                                   10%
(*If the Diagnosis is during the first 90 days after the Plan or Policy Effective Date*)

- Cancer In Situ      25%
  (*If the Diagnosis is more than 90 days after both the Plan and Policy Effective Date*)

- Cancer In Situ      5%
  (*If the Diagnosis is during the first 90 days after the Plan or Policy Effective Date*)

- Heart Attack      100%
- Stroke      100%
- Major Organ Transplant (*Only one Major Organ per Lifetime*)      100%
- Coronary Artery Bypass Surgery      25%
- Angioplasty      25%
- Aortic Surgery      25%
- Heart Valve Replacement/Repair Surgery      25%
- Coma (lasting more than 15 consecutive days)      100%
- Paralysis      100%
- End-Stage Renal Failure      100%

*All benefits are payable at most once daily per benefit category*

## SECTION 3:     DEFINITIONS

When used in connection with this health benefit plan or policy, the following definitions shall be controlling. You should read and understand these definitions.

**ACA or PPACA** means the Patient Protection and Affordable Care Act of 2010, as amended.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Active Limited Partner(s)** means the limited partner made a signatory to either the Limited Partnership Agreement of the Plan Sponsor, or a Joinder Agreement to such Limited Partnership Agreement hereto, as well as other limited partners which may be added from time to time pursuant to the Limited Partnership Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

**Cancer In Situ** means cancer that is confined to the organ where it first developed and has not spread to other parts of the body. *Please note that this type of cancer has a reduced benefit.*

Page **3** of **9**

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the plan participant. This term does not include foster a child. A child must be below the age of 26.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by the Plan and is not excluded by name or specific description in this Plan.

**Covered Person** means the plan participant. If you purchased insurance coverage that includes your spouse and/or child/children, these individuals are also included.

**Covered Sickness** means a sickness that occurs on a day that coverage is in force, results in a loss covered by the Plan, and is specifically described in this Plan.

**Critical Illness** means the Diagnosis, while coverage is in force, of one of the following Covered Conditions:

- Heart Attack
- Invasive Cancer
- Cancer In Situ
- End-Stage Renal Disease
- Major Organ Transplant
- Stroke

**Diagnosis** means the definitive establishment of the Critical Illness Condition through the use of clinical and/or laboratory findings. The Diagnosis must be made by a Physician who is a board-certified specialist where required under this coverage.

**Doctor or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**End-Stage Renal Disease** means the chronic and irreversible failure of both of a Covered Person's kidneys, which requires the Covered Person to undergo periodic and ongoing dialysis. The Diagnosis must be made by a Physician board-certified as a Nephrologist.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Experimental or Investigational** means a Major Organ Transplant for which one or more of the following is true:

Page 4 of 9

1.     The transplant is under study or in a clinical trial to evaluate its toxicity, safety or efficacy for a particular diagnosis or set of indications. Clinical trials include but are not limited to phase I, II and III clinical trials.

2.     The prevailing opinion within the appropriate specialty of the United States medical profession is that the transplant needs further evaluation for the particular diagnosis or set of indications before it is used outside clinical trials or other research settings. We will determine if this item 2. is true based on:

    A.    Published reports in authoritative medical literature; and
    B.    Regulations, reports, publications and evaluations issued by government agencies such as the Agency for Health Care Policy and Research, the National Institutes of Health and the FDA.

3.     The provider's institutional review board acknowledges that the use of the transplant is Experimental or Investigational and subject to the board's approval.

4.     Research protocols indicate that the transplant is Experimental or Investigational. This item 4 applies for protocols used by the Covered Person's provider as well as for protocols used by other providers studying substantially the same transplant.

**First Ever Diagnosis** means that the diagnosis or procedure is the first time ever in his/her lifetime that the Covered Person has undergone that specific Critical Illness procedure, or been diagnosed with that specific Critical Illness condition.

**First Ever Occurrence** means the date a Covered Person is positively diagnosed by a Physician as having a Critical Illness for the first time ever in his/her lifetime.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Heart Attack** means the death of a portion of the heart muscle (myocardium) as a result of inadequate blood supply. The diagnosis must be made by a Physician board-certified as a cardiologist and based on both:

- New clinical presentation and electrocardiographic changes consistent with an evolving heart attack; and
- Serial measurement of cardiac biomarkers showing a pattern and to a level consistent with a Diagnosis of a Heart Attack.

**Invasive Cancer** means a malignant neoplasm (including lymphatic and hematological malignancy) characterized by the uncontrolled growth and spread of malignant cells and the invasion of normal tissue. The Diagnosis of Cancer must be supported by histological evidence of malignancy and must be made by a Pathologist Physician.

**Limited Medical Benefit** means a plan, program, or policy that has limited or defined benefits. It is not a comprehensive major medical plan, nor is it intended to replace a major medical plan. The

plan is intended to provide you, and your covered dependents, with basic insurance coverage that is capped at specific amounts for specific services. This plan is also exempt from, and thus is not compliant with, ACA.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Major Organ Transplant** means the clinical evidence of major organ(s) failure which requires the malfunctioning organ(s) or tissue of the Insured to be replaced with an organ(s) or tissue from a suitable human donor (excluding the Insured) under generally accepted medical procedures. This Benefit is limited to: heart, liver, kidney, lung, pancreas, pancreas-kidney or bone marrow transplants. In order for the Major Organ Transplant to be covered under the Plan, the Covered Person must be registered by the United Network of Organ Sharing (UNOS) or the National Marrow Donor Program (NMDP).

**Medically Necessary** means a service or supply that is necessary and appropriate for the diagnosis or treatment of an injury or Sickness based on generally accepted current medical practice. A service or supply will not be considered Medically Necessary if:

- it is provided only as a convenience to the Covered Person or provider;
- it is not appropriate treatment for the Covered Person's diagnosis or symptoms;
- it exceeds in scope, duration or intensity that level of care which is needed to provide safe, adequate and appropriate diagnosis or treatment; or
- it is experimental/investigational treatment.

The fact that a Physician may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Plan or Policy.

**Participant or Plan Participant** means the individual to whom this Plan or any Policy there under is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Pre-existing Condition** means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care or treatment was recommended or received from a physician within a 12-month period preceding the effective date of coverage of the Covered Person.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Spouse** means any individual to whom you are legally married.

**Stroke** means any acute cerebrovascular accident producing neurological impairment and resulting in paralysis or other measurable objective neurological deficit, persisting for at least 96 hours and expected to be permanent. Transient ischemic attack (mini-stroke), head injury, chronic cerebrovascular insufficiency, and reversible ischemic neurological deficits are excluded. The Diagnosis must be made by a Physician who is board-certified as a Neurologist and verified by computed tomography (CT) scan or magnetic resonance imaging (MRI).

**Year, Coverage Year, or Plan Year** means the 12-month period beginning on the effective date of this plan and ending on the anniversary of the effective date of this plan. Subsequent years will run from anniversary date to anniversary date.

## SECTION 4: DESCRIPTION OF BENEFITS

*All benefits provided for in this policy are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter.*

We will pay the Critical Illness Benefit, shown in the Schedule of Benefits, for any Covered Person upon the First Ever Diagnosis by a Physician of one of the following covered conditions or procedure[s] as defined in this Plan:

- Invasive Cancer
- Cancer In Situ
- Heart Attack
- End-Stage Renal Failure
- Major Organ Transplant
- Stroke

The First Ever Occurrence and Diagnosis must occur while the Plan is in force. Any diagnosis or procedure not specifically listed is excluded. In no event will benefits be payable for more than one occurrence of the same Critical Illness. In no event will more than one Maximum Benefit Amount be payable per Covered Person during the entire duration of Coverage, regardless of how many conditions the Covered Person is diagnosed with.

*In-Situ Cancer includes:*

- Stage 1 Hodgkin's disease and
- Early prostate Cancer Diagnosed as T1N0M0 or equivalent staging.

*Cancer does not include:*

- Benign tumors or polyps that are histologically described as non-malignant, pre-malignant or non-invasive.
- All tumors, benign or malignant, in the presence of HIV infection.
- All skin Cancers with the exception of invasive melanoma classified as Clark level II or higher or having a thickness measured in excess of 0.75mm.

- All tumors of the prostate, unless having progressed to at least TNM classification T2N0M0 or histologically classified as having a Gleason score greater than 6.
- Chronic Lymphocytic Leukemia (CLL) unless Rai Stage 3 or greater.
- Papillary micro-invasive Cancer of the thyroid, bladder, cervix, or breast.

*Major Organ Transplants do not include those that are Experimental or Investigational.*

## SECTION 5:     LIMITATIONS AND EXCLUSIONS

No matter how many illnesses a Plan Participant may have, the maximum lifetime benefit is three (3) times the Principal Sum.

A Plan Participant may only be compensated for one type of cancer during his/her entire lifetime.

We will not pay benefits for:

- Pre-existing Conditions during the 12 months following the effective date under this Plan.
- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Services rendered to a transplant donor of any organ or body element or the acquisition cost of any organ or bodily element.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.

## SECTION 6:     CLAIMS PROCEDURE

Claims should be submitted to:

**Group Resources, Inc.**
**PO Box 100043**
**Duluth, GA 30096**
**(Specify: Innovative Partners Critical Illness Claim)**

*Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# Tracy
# Attachment I