# WALKER
# ATTACHMENT H



**Walker Attachment H, Page 1 of 1**

# WALKER
# ATTACHMENT I



**Innovative Partners - PAYMENT DECLINED – Action Required**

Inbox

Innovative Partners Aug 11
to me, membercc

Dear MEGAN WALKER,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $366.92
Payment Method: Credit Card
Last 4 Digits of Payment Method: ιxxxxxxxxx2030

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,

**Walker Attachment I, Page 1 of 7**



1:33   📞 10m

**Innovative Partners** Aug 11
to me, membercc ⌄

**me** 1:32 PM
to Innovative ⌄

I have tried to call you since July 15th and no one ever answers this phone number ever!! I was informed by Covered California that this company is fraudulent insurance. I thought I was getting insurance to cover medical appointments that I had for my child. This insurance is absolutely not actually insurance as you told me it was. You told me it was 100% medical coverage through the state of can and that is a lie and fraud. Please refund everything you have charged my credit card immediately. I will be reporting you to the proper authorities.
You should be ashamed of yourself for lying and stealing money. Horrible people and I will be reporting this!

On Sun, Aug 11, 2024 at 3:39 AM Innovative Partners <partnerservices@innovativepartnerslp.com> wrote:

Dear MEGAN WALKER

**Walker Attachment I, Page 2 of 7**

Gmail - Innovative Partners - PAYMENT DECLINED – Action Required

 **Gmail**                                                                    **Megen Walker** ▮▮▮▮@gmail.com>

---

## Innovative Partners - PAYMENT DECLINED – Action Required
3 messages

---

**Innovative Partners** <partnerservices@innovativepartnerslp.com>                              Sun, Aug 11, 2024 at 3:39 AM
To: ▮▮▮▮@gmail.com
Cc: membercc@innovativepartnerslp.com

Dear MEGAN WALKER,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $366.92
Payment Method: Credit Card
Last 4 Digits of Payment Method: ▮xxxxxxxxxx2030

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners

 **INNOVATIVE** PARTNERS          866-949-3581
partnerservices@
innovativepartnerslp.com

---

**Innovative Partners** <partnerservices@innovativepartnerslp.com>                              Sun, Aug 11, 2024 at 7:21 AM
To: ▮▮▮▮@gmail.com
Cc: membercc@innovativepartnerslp.com

Dear MEGAN WALKER,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

**Walker Attachment I, Page 3 of 7**

 **Gmail**                                                    **Megen Walker** ███████ @gmail.com>

## Innovative Partners - PAYMENT DECLINED – Action Required
1 message

**Innovative Partners** <partnerservices@innovativepartnerslp.com>                    Mon, Aug 12, 2024 at 11:09 AM
To: ███████ @gmail.com
Cc: membercc@innovativepartnerslp.com

Dear MEGAN WALKER,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $366.92
Payment Method: Credit Card
Last 4 Digits of Payment Method: █xxxxxxxxxx2030

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners

 **INNOVATIVE** PARTNERS

866-949-3581
partnerservices@
innovativepartnerslp.com

**Walker Attachment I, Page 4 of 7**



Megen Walker ███████ @gmail.com>

## Innovative Partners - PAYMENT DECLINED – Action Required

3 messages

**Innovative Partners** <partnerservices@innovativepartnerslp.com>        Wed, Sep 11, 2024 at 3:31 AM
To: ███████ @gmail.com
Cc: membercc@innovativepartnerslp.com

Dear MEGAN WALKER,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $366.92
Payment Method: Credit Card
Last 4 Digits of Payment Method: ███ xxxxxxxxx2030

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners



866-949-3581
partnerservices@
innovativepartnerslp.com

**Innovative Partners** <partnerservices@innovativepartnerslp.com>        Wed, Sep 11, 2024 at 8:16 AM
To: ███████ @gmail.com
Cc: membercc@innovativepartnerslp.com

[Quoted text hidden]

**Megen Walker** ███████ @gmail.com>        Wed, Sep 11, 2024 at 8:21 AM
To: Innovative Partners <partnerservices@innovativepartnerslp.com>

This is supposed to be canceled and no payment! Per phone call 9/4/24
This is fake insurance and fraudulently represented! You have been reported! Credit my account immediately all charges for this fraudulent service or I will keep reporting you to every place I can.
[Quoted text hidden]

**Walker Attachment I, Page 5 of 7**

The details are:
Payment Amount: $366.92
Payment Method: Credit Card
Last 4 Digits of Payment Method: ▮xxxxxxxxxx2030

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners



866-949-3581
partnerservices@
innovativepartnerslp.com

---

**Megen Walker** ▮▮▮▮▮ @gmail.com>                                    Tue, Sep 3, 2024 at 1:32 PM
To: Innovative Partners <partnerservices@innovativepartnerslp.com>

I have tried to call you since July 15th and no one ever answers this phone number ever!! I was informed by Covered California that this company is fraudulent insurance. I thought I was getting insurance to cover medical appointments that I had for my child. This insurance is absolutely not actually insurance as you told me it was. You told me it was 100% medical coverage through the state of can and that is a lie and fraud. Please refund everything you have charged my credit card immediately. I will be reporting you to the proper authorities.
You should be ashamed of yourself for lying and stealing money. Horrible people and I will be reporting this!

On Sun, Aug 11, 2024 at 3:39AM Innovative Partners <partnerservices@innovativepartnerslp.com> wrote:

Dear MEGAN WALKER,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $366.92
Payment Method: Credit Card
Last 4 Digits of Payment Method: ▮xxxxxxxxxx2030

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

**Walker Attachment I, Page 6 of 7**

Best regards,
Innovative Partners

 866-949-3581
partnerservices@
innovativepartnerslp.com

**Walker Attachment I, Page 7 of 7**

# WALKER
# ATTACHMENT J

## Innovative Partners, LP

**Case #:** 22235975

| | | | |
|---|---|---|---|
| **Consumer Info:** | Walker, Megen<br>██████████<br>Mount Hermon , CA ████ <br>██████████ @gmail.com | **Business Info:** | Innovative Partners, LP<br>2234 N Federal Hwy PMB 2862<br>Boca Raton, FL 33431<br>2393839145 |

**Date Filed:** 9/3/2024 9:16:44 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Im writing about fraudulent services that have been charged to my Visa account twice. Once July 12th for $416.92 and a second charge was allowed to process Aug 14th for $366.92. Originally I called 866-679-1963 after looking up Covered California insurance coverage. They said they were Covered California and they would help me get insurance that would cover me, my husband and child. This was July 11th,2024. After discussing what we needed from coverage, Alex said this coverage would be best. They said it was 100% coverage and help from the state that covered most of the insurance coverage through covered california. I asked repeatedly about the type of coverage and dental and prescription coverage. Medical was 100% covered after a $25 co-pay and Dental he said was $50 copay and 100% coverage. We discussed current Doctors and he said that ours were listed as accepted providers. On July 15th I had an appointment for my child and the clinic said this was not medical insurance, it was most likely fraudulent and it wasn't Covered California insurance. That was July 15th and I tried to call Alex back at the number he gave me again 888-679-1963. To cancel or get my money back. There was no answer after several tries see call on July 15th at least 4 attempts and several more the next week. Then I tried to call 866-949-3581 again on August 2nd, 5th and 8th, there was no answer ever at that number. Tried to call from the end of July through Aug 8th many times and finally gave up and called Bay Federal to file a fraudulent claim. Today I spoke with someone at the 1963 number and she said they were Health Enrollment Department ( they said that was the business name) Miki ext 6601 and she said they do not ever do refunds after 30 days and i told her i tried to call and that no one ever answered and the insurance wasn't what we were sold. 100% fake. I would like a refund as this service isn't the medical coverage that we were sold.

**Consumer's Desired Resolution:**

Refund

## Complaint Timeline

| | | |
|---|---|---|
| 09/03/2024 | Submitted: IABBB Complaint Form (API)<br>**Complaint Form** | |
| 09/03/2024 | Processed by blue: Automation<br>**IABBB Complaint Form** | |
| 09/04/2024 | Pending initial Business response: Action Taken<br>**Threshold Application** | |

**Walker Attachment J, Page 1 of 2**

**09/04/2024**            More Information Submitted: by Consumer
                         ███████████@gmail.com

## Complaint Messages

**09/04/2024 - Megen Walker**

More Information

Here is a more complete letter

**Walker Attachment J, Page 2 of 2**

# WALKER
# ATTACHMENT K



**MESSAGE FROM BUSINESS:**

Innovative Partners has thoroughly reviewed the Partner's concerns. We understand the frustration surrounding the situation, especially with regard to coverage expectations. It's important to clarify that Innovative Partners does not represent or sell Covered California plans. Additionally, it appears the Partner did not communicate with Innovative Partners during the enrollment process. It is possible that the phone number the Partner contacted belonged to a different third party. Innovative Partners does not operate any websites for marketing or lead generation, nor do we solicit or contact Partners directly. When Partners conduct online searches, they may encounter third-party marketing or lead generation companies that direct them to various organizations offering different products. Please note that Innovative Partners has no affiliation with these third-party companies and does not engage in such marketing activities.

Unfortunately we are not privy to the customer's conversation with the enrolling Company or the individual they spoke with at time of enrollment. This particular Partner enrolled in an Innovative Partners Health Benefit Plan. The plan provides for network benefits and discounts including prescription discount benefits. A full summary of plan benefits was provided to the Partner before, and after enrollment and is permanently available to the Partner through the Member Portal. For



**Walker Attachment K, Page 1 of 3**



**10:00**

Done    🔒 respond.bbb.org    AA  ↻

☐  Message received from the business...    ↻  ✕

Unfortunately we are not privy to the customer's conversation with the enrolling Company or the individual they spoke with at time of enrollment. This particular Partner enrolled in an Innovative Partners Health Benefit Plan. The plan provides for network benefits and discounts including prescription discount benefits. A full summary of plan benefits was provided to the Partner before, and after enrollment and is permanently available to the Partner through the Member Portal. For avoidance of doubt, Innovative Partners terminated and refunded the Partner. We hope this helps to address the Partner's issues. A copy of the refund receipt was provided to the Partner. We apologize for any difficulty reaching our representatives and are reviewing our customer service process to prevent this from happening in the future. If the Partner has further questions, we encourage them to contact us directly.

The consumer provided the following when submitting the Complaint to BBB

⬇ IMG_1767.png

⬇ IMG_1766.png

⬇ IMG_1765.png

⬇ IMG_1763.png

⬇ IMG_1762.png

⬇ IMG_1761.png

⬇ IMG_1760.png



**Walker Attachment K, Page 2 of 3**



**Sent: 9/26/2024 1:20:28 PM**

**From:**
Megen Walker

**To:**
BBB Serving Southeast Florida and the Caribbean

**Subject:**
I do not accept the response made by the business to resolve this complaint

Complaint: 22235975

I am rejecting this response because:

That is a lie they absolutely told me they were getting me state funded insurance and that my coverage was as I stated above. I have not received any refund from them or any receipt for refunds. Again lies. They are fraudulent and ripping people off. Never do business with this company! How dare they take money from people under false pretenses and lie about coverage and leave people vulnerable without insurance and with unpaid medical bills. Fraudulent crooks!

The consumer provided the following when submitting the Complaint to BBB

IMG_1767.png

**Walker Attachment K, Page 3 of 3**

# WALKER
# ATTACHMENT L

| Record # 1 / 177238907 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| Reference Number: | 177238907 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC?: | No |
| Comments: | Originally I called 866-679-1963 after looking up Covered California insurance coverage. They said they were Covered California and they would help me get insurance that would cover me, my husband and child. This was July 11th,2024. The coverage they said was 100 coverage and help from the state that covered most of the insurance through covered california. I asked repeatedly about the type of coverage and dental and prescription coverage. Medical was 100 covered after a $25 co-pay and Dental he said was $50 copay and 100 coverage. We discussed current Doctors and he said that ours were listed as accepted providers. On July 15th I had an appointment for my child and the clinic said this was not insurance it was most likely fraudulent. I was also told it wasnt Covered California insurance. That was July 15th and I tried to call the number again 888-679-1963. There was no answer after several trie on July 15th at least 4 attempts. Then I tried to call 866-949-3581 again on August 2nd, 5th and 8th, there was no answer ever at that number. Tried to call from the end of July through Aug 8th many times and finally gave up and called my bank to file a fraudulent claim. After not being able to get a hold of Innovative Partners I also called Covered California at the beginning of August to ask some questions and was told by them that this was fraudulent insurance and not to pay them. They knew of the company and they didnt work with them. Covered California told me that a company like this is fraudulent and to try and call Maripi Health at 1866-805-2541 they said they handle services for Innovative Health. The person at Maripi told me they handle denial of claims for Innovative Partners and they couldnt help me cancel or get ahold of anyone. I asked, denial of claims ? and she said yes this policy most everything is denied. Again proof that this insurance is not what they said it was and its. These services are definitely not as stated. On July 11th I spoke with Alex Thompson. The only other call where someone answered was July 14th was a female who assured me that our medical visit would be covered and when I asked just to confirm its 100 if our bill is $350 how much will be covered and she said all $350. Again I asked for coverage information because I hadn't seen any documents stating coverage. She said she would email me a temporary card. I attached the email card screen shot. I never got another live person on the phone after July 14th. I tried to call from July 15th- August 8th to cancel. Completely impossible to do if they dont answer. Again proof that this is a fraudulent company. Today Sept 3rd I just went through my call history and called 888-679-1963 which is the first number I first called on July 11th. A female answered today and said they were a company named Heath Enrollment Department and they work for about 30 companies. Innovative Partners is one of them. I was told after 30 days they will not refund any services. Even if the services were not as they told me. She said she wished the representative told me about the policy but they will not refund for any reason unless you call within 30 days. This company Heath Enrollment Services-888-679-1963. Fraud is happening and i was scammed. I have filed a complaint with the BBB and my Bank. Innovative Partners has charged $783.84 to my credit card and i am not sure i will get refunded. I needed insurance and they left me and my family uninsured. Please stop this! Other-Other Update | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 09/03/2024 9:40:02 PM |
| Created By: | FTCCIS-FTCUSER | Created Date: | 09/03/2024 9:40:03 PM |

**Walker Attachment L, Page 1 of 3**

| | | | |
|---|---|---|---|
| Updated By: | agonzalezvele | Updated Date: | 09/05/2024 12:42:39 PM |
| Complaint Source: | FTC Online Complaints | Product Service Description: | Medical Insurance & Discount Plans |
| Amount Requested: | | Amount Paid: | $783.84 |
| Payment Method: | Credit Card | Agency Contact: | Internet |
| Complaint Date: | 09/03/2024 | Transaction Date: | |
| Initial Contact: | Phone Call: 8669493581 | Initial Response: | |
| Statute/Rule: | FTC Act Sec 5 (BCP) Restore Online Shoppers' Confidence Act Rule\Other | Law Violation: | Deception/Misrepresentation I never agreed to recurring charges Other (Note the Violation in the Comment Field) |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |

| Consumer Information | | | |
|---|---|---|---|
| Consumer Small Business or Organization: | | | |
| First Name: | Megen | Last Name: | Walker |
| Address 1: | ██████ | Address 2: | |
| City: | Mount Hermon | State: | California |
| Zip: | ███ | Country: | UNITED STATES |
| County: | Santa Cruz | Federal Judicial District: | California - Northern |
| Home Number: | | Cell Number: | ██████ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ██████@gmail.com |
| Age Range: | ███ | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |

| Subject | | | |
|---|---|---|---|
| Subject: | Innovative Partners | Normalized Name: | Innovative Partners |
| Address 1: | 2234 North Federal Highway #2862 | Address 2: | |

**Walker Attachment L, Page 2 of 3**

| City: | Boca Raton | State/Prov: | California<br>*(Cleansed: Florida)* |
|---|---|---|---|
| ZIP: | 33431 | Country: | UNITED STATES |
| County: | Palm Beach | Federal Judicial District: | Florida - Southern |
| Email: | | URL: | |
| Phone Number: | 888-6791963 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | Alex | Title: | |

**Walker Attachment L, Page 3 of 3**

# WALKER
# ATTACHMENT M

9/18/24, 2:13 PM                              Gmail - Innovative Partners - Cancellation Confirmation

 Gmail                                      **Megen Walker** ████████ @gmail.com>

---

## Innovative Partners - Cancellation Confirmation
2 messages

**Innovative Partners** <partnerservices@innovativepartnerslp.com>          Wed, Sep 11, 2024 at 12:47 PM
To: ████████ @gmail.com
Cc: membercc@innovativepartnerslp.com

Dear MEGAN WALKER,

We've received your request to cancel your health plan activated on 07-12-2024. We're currently processing your cancellation. Your health plan will be terminated as of 09-11-2024.

If you have any questions regarding your cancellation or if you received this email by mistake, please contact Partner Services at 866-949-3581.

Best regards,
Innovative Partners

 INNOVATIVE PARTNERS          866-949-3581
partnerservices@
innovativepartnerslp.com

---

**Megen Walker** ████████ @gmail.com>                             Wed, Sep 11, 2024 at 12:51 PM
To: Innovative Partners <partnerservices@innovativepartnerslp.com>

This insurance isn't what i signed up for. Absolutely fraudulent. Please credit my account immediately for the payments that have been made. I have filed complaints.
Megen
[Quoted text hidden]

**Walker Attachment M, Page 1 of 1**

# PX 20

## DECLARATION OF CHRISTOPHER MCGUIRE
## PURSUANT TO 28 U.S.C. § 1746

I, Christopher McGuire, hereby declare as follows:

1.      My name is Christopher McGuire. I live in Florida and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      I am a Regional Administrator at the Bureau of Investigation in the Division of Insurance Agent and Agency Services at the Florida Department of Financial Services (DFS). My region is Broward County and my office is in Fort Lauderdale. I have held this position since June 2006. I investigate individuals, agencies, and companies suspected of violating laws and regulations enforced by the Department and supervise investigators who do the same.

3.      In April 2024, my office was investigating potential misrepresentations in a licensing application submitted by Josue Eduardo Barco. We had previously found a LinkedIn profile under the name Josue Eduardo Barco that identified his employer as First Affinity Health. On April 4, 2024, one of my investigators received a phone call from Barco during which he provided his business location as 2841 West Cypress Creek Road, Suite A, Fort Lauderdale, Florida 33309.

4.      On April 22, 2024, one of my investigators and I visited 2841 West Cypress Creek Road, Suite A, Fort Lauderdale, Florida 33309 to speak with Barco. We arrived at a one-story building. The exterior of the building did not have any signs identifying First Affinity Health. We found a set of exterior doors with the label "2841-A" above it, and assuming this designated Suite A, we entered the building through these doors. We were in a lobby area with a desk, where there was a receptionist. Above the desk was a large logo with the name "Limitless Media Co." There was no sign for First Affinity. Facing the lobby desk, I observed a door to the

Page 1 of 6

right and another door to the left of the desk, which were both closed. **McGuire Attachment A** is a true and correct copy of the photo I took of the Limitless Media lobby that day.

5. We introduced ourselves to the receptionist as investigators from DFS and asked to speak with Barco. The receptionist excused herself and returned with another individual. He said his name was Vincent Michael Castellano Jr. and he was with Limitless Media. He told us that Barco did not work in Suite A but may work in Suite B. We then walked back outside around the side of the building until we found an exterior door labeled "Anatomy." There were three or four men near the entrance, and we introduced ourselves to them as investigators with DFS. Behind them, we observed banks of cubicles equipped with computers and headsets, and roughly fifteen to twenty individuals occupying the space. We spoke with two of the individuals near the entrance of Suite B, explaining we were looking for Barco. They informed us that Barco did not work in Suite B, and they were certain he works instead for Limitless Media in Suite A.

6. At around 11 a.m. on July 17, 2024, a group from DFS—consisting of myself, Investigators Monica Fernandez and Glenn Chapter from my office, and four detectives from DFS's Orlando division—conducted a site inspection of Suites A and B at 2841 West Cypress Creek Road, Fort Lauderdale, Florida 33309 in connection with our investigation of First Affinity Health. Unlike myself and my investigators, the DFS detectives have criminal enforcement authority; they are armed and equipped with handcuffs.

7. We began our inspection at Suite A. My investigators and I walked into the lobby area with the "Limitless Media" sign and announced ourselves as representatives of DFS. There was no receptionist at the lobby desk, and we observed a door to the left of the lobby was open. The detectives proceeded first through this doorway to Suite A, and we followed behind. As soon as the detectives entered Suite A, we observed several individuals hurriedly exiting the

premises. The suite was lined with one double-sided row of cubicles with approximately 12 cubicles on each side. The cubicles were equipped with desktop computers, headsets, monitors, and keyboards. The suite also had a kitchen and an area with gym equipment. There were a few offices along the perimeter. There were a handful of people left in the suite when I entered, and the individual who had previously identified himself as Vincent Michael Castellano Jr. was not present. I spoke with two of the people in Suite A. They gave me their names, which I wrote down, and they informed me they had recently been hired to "sell insurance" at this location. I later checked DFS records and discovered that neither individual was licensed.

8. At the cubicles in Suite A, I found several documents. One document was titled "Innovative Partners Optimum Script." I captured a photo of each page of this document, and **McGuire Attachment B** features true and correct copies of these photos. I also found a two-page document titled "Handbook" at a cubicle, and I took photos of each of the pages. **McGuire Attachment C** features true and correct copies of these photos. **McGuire Attachment D** is a true and correct copy of a photo I took of another document from a cubicle in Suite A; it appears to contain notes with login information for a site with the URL "agent.innovativepartnerslp.com." **McGuire Attachment E** is a true and correct image of a page of another document I found in a Suite A cubicle, and this page has the words "Elite 4MD Overview" in large text at the top.

9. Next, I inspected Suite B. I went back outside and walked around the side of the building to enter Suite B. The DFS detectives were already inside Suite B when I arrived. Upon entering Suite B, I observed a bank of roughly 16 cubicles, and at the back of the suite, along a wall, was another bank of roughly 10 cubicles. Each cubicle was equipped with a computer, headset, monitors, and a keyboard. Affixed to the interior walls of Suite B, there were at least

three television screens, each displaying a spreadsheet; the spreadsheets listed agent names, the number of "deals" for each agent, the amount of an "[a]pp [f]ee," and "[e]stimated [p]ayout" for each agent for the day and for the week. Based on my experience with call centers, I understood these to be "production boards," which display sales figures and commissions for the telemarketing agents in a call room. I photographed one such board, which featured the name "True Progress" in bold text at the top and the phone number 855-822-6237. **McGuire Attachment F** is a true and correct image of this production board. Another production board in Suite B featured the name "Anatomy" at the top of the screen, and in the list of agents on that spreadsheet, I saw the names of the two individuals who had identified themselves to me that day as new hires in Suite A.

10.     At one of the cubicles in Suite B, I found a notebook. **McGuire Attachment G** contains true and correct copies of the photos I captured of pages from that notebook. The notes appear to be a script outlining a sales call. On the first page in **McGuire Attachment G** are the following lines: "Were [sic] with the State Health Department. Hi this is Eva your licensed health insurance agent. How may I help you?"

11.     **McGuire Attachment H** is a true and correct copy of a photograph I took of a monitor screen from one of the cubicles in Suite B. It features what appears to be a list of agent names and phone extensions, and above that list is the heading "Optum Holdings LLC" in bold text.

12.     In one of the cubicles in Suite B I found a document with the title "New Hire Training Guide." I photographed all of the pages of that document, and **McGuire Attachment I** features true and correct copies of those photos.

13. My inspection of Suite B was disrupted by an individual who refused to identify himself to me and asked me a long series of questions about my legal authority to examine the business's records. While he was speaking with me, preventing me from inspecting cubicles or taking photos, I observed other individuals hurrying around Suite B and switching off computers. My conversation with this individual ended when Investigator Fernandes called me into one of the offices on the perimeter of Suite B.

14. Inside the office, I observed a handful of cubicles—five to ten total—equipped with computers and headsets. One of the computers in this office in Suite B was still running with an email account open. I forwarded a few of the emails from the inbox to my DFS email account, all of which were from the address "memberservices@atropineassociates.com." Some of these emails are attached and labeled as follows: **McGuire Attachment J** is a true and correct copy of the message with the subject "Health Plan Information-Multiplan"; **McGuire Attachment K** is a true and correct copy of the message with the subject "Re: Policy Change"; and **McGuire Attachment L** is a true and correct copy of the message with the subject "Re: update email." Before I was able to do anything more, the individual in Suite B who was asking me questions about my legal authority to do the inspection entered the office and unplugged the computer. He told me that he was doing this on the advice of his counsel. My DFS colleagues and I left the premises shortly afterward.

15. After the site inspection, I received a letter, dated July 17, 2024, from attorney Michael J. Lober, of Lober & Dobson, LLC, stating that he had been "retained to represent Anatomy, the tenant located at 2831 W Cypress Creek Rd., Suite B, Fort Lauderdale, FL." On July 22, 2024, I received an email from Lober informing me that he had also been retained to

represent Vincent Castellano, the individual who had introduced himself to us in Suite A and said he was with Limitless Media.

16.     On July 18, 2024, one of my investigators prepared a spreadsheet for me listing names collected during the 2841 West Cypress Creek Road site inspection from the following sources: names provided during DFS investigators' interviews of personnel during the site inspection, names that appeared in the images of the production boards, and names on file folders in an image Investigator Fernandes captured from an office in Suite B. The investigator searched DFS records for licenses under each of those names. Of the fifty-five individual names listed, there were insurance licenses for three individuals.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on ___November 7___, 2024.

_Christopher M. McGuire_
Christopher McGuire

Page **6** of **6**

# McGuire Attachment A



# McGuire

# Attachment B

## Innovative Partners Optimum Script:

Hello, this is _____, your Licensed Health Agent. How can I **help** you today?

Are You Currently insured with one of our plans now, or are you uninsured?

### IF UNINSURED:

- When was the last time you had health insurance?

- Was that through your work or on your own?

- What happened to that plan? (was it canceled, did you not make the monthly premium the reasoning)

### IF INSURED:

- Who do you currently have your insurance with?

- Is that through your company or on your own?

- What is the premium you are responsible for on a monthly basis?

Your Zipcode will bring up **ALL** the plans in your Region, So what is your Zipcode?

Are you looking for an Individual or Family plan?

The First thing the Underwriters look at for all US Citizens is the Date of Birth. So what is your date of birth? *(Get-Date of birth for Family members or spouse if needed)*

What is your estimated Gross household income for the current year (2023)?

When the Underwriters pull up your Medical records, are there any conditions or prescriptions that will appear on your records?

So you never had any Critical illnesses like Cancer, HIV, or Strokes?

OKAY GREAT! So you are BLESSED with Good Health!

Some plans can be customized based on needs. Are there any specific benefits you are looking for **TODAY** with this plan?

This bracket is income-dependent, but this is a good rubric to go by for any income. Start high and go low. Tell them you are taking Maternity and Substance abuse off to justify the rate drop. Or as long as they come up healthy.

| Example Chart | State Private brackets | Obamacare brackets |
|---|---|---|
| Individual | $400-$550 monthly | $611-$733 monthly |
| 2 people on the plan | $550-$600 monthly | $848-923 monthly |
| Family | $750-$800 monthly | $1038-$1224 monthly |

Now that I'm placing all of your data in the system, a Chart pops up. The chart gives us an accurate reflection of what the plans cost within your bracket. And your bracket is telling me that plans range from _____ to _____ a month. So since you fall within that bracket, is that affordable for you on a ~~monthly basis?~~ Today!

**IF THE RESPONSE IS NO**

Okay, let me ask you, you don't need Drug and Alcohol coverage for rehabs or Maternity coverage for newborn babies on your plan, right? (WHEN THEY SAY NO) Okay, I can take off those extra benefits of the plan. I have a more affordable bracket that ranges from_____ to _____. Is that more affordable for you?

**Once you have agreed on a price --->**

Ok Great! Just to give you some Background information on me and what I do here, I am a Benefits coordinator, which means I have access to all of the Top A rated insurance companies in the country, so it's my job to shop **ALL** of the available insurance plans with you to help you find the **MOST** coverage at the **BEST RATE**. So what I'm going to do now is place you on a brief hold while I pinpoint which plan comes back the most cost-effective, and when I get back on the line, we'll go over all your best options together. **OK?**

**OKAY GREAT!** So just hang on tight for about 30 seconds to a minute, and I'll be right back on the line, **OKAY?**

**HOLD FOR 30 seconds to a MINUTE**

**COME BACK FROM HOLD**

Start the call d pros

Can you hear me? (CUSTOMER: Yes)

So After Shopping in your county, I noticed that our Government's Obamacare Marketplace plans returned higher. When I pulled up BLUECROSS, UNITED, HUMANA, CIGNA, and AETNA, their premiums ranged from Higher Cost - Higher Cost.

But when I pulled up our State Issued plans for healthy Citizens like yourself, their bracket ranged from Low-Cost-Low Cost. but the plan that came up as the most cost-effective is underwritten through Innovative Partners, which gives you access to (Plan Network) **The Multiplan PPO network.**

**The Multiplan PPO network** is the largest network in the country. This means The Multiplan PPO will allow you to pick and choose all your Doctors, Hospitals, and Specialists. giving you the Flexibility of Choice.

Also, some plans are statewide but this plan is nationwide! So if you have to travel or see relatives, you will be covered in all 50 states!

You'll also get a prescription card with the plan, and all your prescriptions are sent to a Prescription assistance division program where your Generic medications come back between $4 and $15, and your Brand name drugs will come back at $30 or higher. (Tier or drug dependent)

Instead of getting stuck with a High deductible because you're healthy, it allowed me to remove the deductible from the plan. So there is NO DEDUCTIBLE TO SATISFY. What you'll receive is called 1st dollar coverage at any Hospital of your Choice. That's why a low deductible or NO DEDUCTIBLE is way better than a higher one.

All your Primary Doctor Visits will have a $25 Copay

Specialist Visits $50 Copay, and Urgent Care is also a $50 Copay.

Also, for all of your Preventative and Wellness Screenings i.e., your Annual Checkups, Physicals, Pap Smears, or Mammograms, they will be covered at 100% at no cost to you.

*(If you're adding a Dental policy, explain the benefits, Read off of the Benefits portal)*

Now the only thing the plan doesn't cover is Maternity for newborn babies and Substance abuse for Drugs and alcohol, and YOU DON" T NEED THAT, RIGHT????

Because if we left that on the plan, the plan was coming back at Higher Cost. But since we took the Maternity and Substance abuse off the plan it allowed us to drop the plan to Plan Cost

(Pause let them realize that)

So you like being at Plan Cost better than being stuck at the Higher Cost a month, **RIGHT?**

OK, great! So the next step is that we'll fax everything over to the Underwriters. Everything is processed electronically, and then once you are approved for the plan, you will receive an email confirmation first with temporary insurance cards until you get the hard copy policy in the mail in about 7-14 days.

Also, during the enrollment, your state regulates an additional $125 for the first month. So only for the First month, your plan will be Plan Cost + $125 but all future months will be the Plan Cost going forward. What that does is it puts your approval through within 24 hours so your policy goes into effect immediately, then it locks in the rate at the Plan Cost going forward so your plan will never increase, and also your plan stays month to month with NO contract so you can keep the plan as long or as little as you would like!

**Now I'll walk you through the Medical History questions shortly, but since you're the Primary on the plan, as long as we can get you approved. How do you want your name to appear on the Hard Medical Cards?**

And what's the Mailing address? I can have your insurance cards sent to you, assuming you do get accepted.

Now before I Start the Medical History questions, I want you to write my number down in case you have any questions after we get you underwritten, so it is **(877)393-0934** . I'm going to ask you a few Medical questions at this time. Please Let me know if any of these apply to your current Medical History.

## MEDICAL QUESTIONS:

1. **To the Best of your knowledge and belief, within the last five years, has any applicant been diagnosed or treated with any of the following symptoms or conditions:**
   - **Cancer**
   - **Tumor**
   - **Stroke**
   - **Had a heart attack**
   - **Had heart surgery**
   - **COPD or Emphysema**

2. To the Best of your knowledge and belief, within the last five years, has any applicant been diagnosed or treated with any of the following symptoms or conditions:

- Crohn's disease
- Liver Disorder
- Kidney disorder or End-stage renal disease

3. Lastly, to the best of your knowledge and belief, within the last five years, has any applicant been diagnosed or treated by a physician or medical practitioner for Acquired immune deficiency syndrome (AIDS) or tested positive for Human Immunodeficiency Virus (HIV)?

4. Now, we're going to attach those medical questions to the application.

But for the First month with the plan, would you like to use a **VISA** or **MASTERCARD?**

**FOR DEBIT OR CREDIT:**

Okay, is that going to be a VISA, MASTERCARD, AMEX, or DISCOVER?

OKAY, All Visas begin with the # 4 all Mastercards begin with the # 5. I'm ready for the card number whenever you are....

## ONCE YOU RECEIVE CREDIT CARD #

## SEND TEXT MESSAGE LINK TO FINISH APPROVAL PROCESS

The text will say "To Complete the Enrollment App, click the link._____"

It will bring you to a secure page to verify your **Date of Birth**, enter the two digit month, two digit day, and four digit year. Once you submit that it will bring you to a page with enrollment details. Verify your information is spelled correctly at the top, then scroll down you will see the breakdown of your policy. Scroll down again and you will see three boxes to the left hand side for you to check.

Make sure you check all the boxes.

What you see there is the breakdown of your core policy, broken down similar to how a restaurant bill would be itemized.

Then you can e-sign your name in the space and click the navy blue button below that says **"SUBMIT"**.

**Once you see the Credit Card has processed :**

**Tell Customer: Congratulations! So we are getting the green light over here! You have been approved! Clap your hands with them! Cheer them on! WOOHOO!**

# McGuire
# Attachment C



Handbook

**Hours of Operation:**
Agents - 11:00AM - 7:00PM
Customer Service - 10:00AM - 6:00PM

## Welcome letter and introduction to the Company

Welcome! We are thrilled to have you join our team and look forward to working with you.

Your role will be Sales Agent. In this position you will be responsible for converting inbound only leads to Sales. We believe that your skills and experience will make a valuable contribution to our team.

Here, we pride ourselves on our culture, values, and mission. Our team is passionate about connecting people to coverage and works together to achieve our goals. We believe that by working together, we can create a positive impact on our customers and the community.

Your onboarding process will begin on your first day, and we will provide you with all the necessary information and training to get started. If you have any questions or concerns, please do not hesitate to reach out to me.

Once again, welcome to the team. We are excited to have you on board!

Best Regards,


Management Team


## Affirmative Action Statement

We are committed to providing a workplace free from discrimination or harassment. We expect every member of our community to do their part o cultivate and maintain an environment where everyone has the opportunity to feel included, and is afforded the respect and dignity they deserve.

Decisions related to hiring, compensating, training, evaluating performance, or terminating are made fairly, and we provide equal employment opportunities to all qualified candidates and employees. We examine our unconscious biases and take responsibility for always striving to create an inclusive environment that makes every employee and candidate feel welcome.

## Code of conduct -

**Dress Code** - Business Casual and Business Professional.

**Drug and Alcohol Use** - We are committed to safeguarding the health of contractors to work and supplying our customers with the highest quality products and service possible. As part of that commitment, we believe that illegal drugs and abuse of alcohol have no place in workplaces and establish a drug and alcohol free environment for all its workplaces.

## Expectations -

**Deals per week** - Minimum 10 deals per week

**Closing percentage** - Minimum acceptable Closing percentage is 10%

**Agent Profitability-** - We provide very generous bonus and commission structures exceeding industry standards, so in return we expect agents to remain profitable. This means that agents' Average premium is to exceed Agent CPA and closing percentage is to exceed 10%.

**Enrollment Fees** - $100 is the minimum acceptable enrollment fee.

**Promoting Within** - We pride ourselves on the fact that we primarily promote from within. This means there are endless opportunities for growth. We are expanding rapidly and aim to have no less than 50 agents meaning that there is always a demand for more management staff.

**.Disclaimer** - This Handbook does not address every potential situation in the workplace nor does it create a contract for employment.

# McGuire
# Attachment D



McGuire Att. D
Page 1 of 1

# McGuire
# Attachment E



# ELITE 4MD          OVERVIEW

## Primary Care, Physician, Specialist, or Urgent Care Visits

Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| ELITE 4 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| | Primary Care | 4 | $150 | $25 |
| Outpatient Services | Specialist | 4 | $150 | $50 |
| | Urgent Care Visits | 4 | $150 | $50 |
| | Emergency Room | 1 | $150 | $50 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category;(2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

**Waiting Period**

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

5

**McGuire Att. E**
**Page 1 of 1**

# McGuire
# Attachment F



McGuire Att. F
Page 1 of 1

# McGuire

# Attachment G

Text Blast

Were with the state
Health Department.

Hi this is Eva your Licensed
health insurance agent. How
May I help you?

When did you recieve the
text
What did it say?

On if you are a member with
us I can pull up your
account.

Whats your DOB & Zipcode.

I have your account
pulled up

McGuire Att. G
Page 1 of 9



It says your coverage
is currently inactive, were
you aware of that.'

No Why?
Cause your proof of residency
& proof of Income wasn't
submitted.

So you could be responsible
for a month

I can assist you with
renewing your coverage. Im
just going to ask you
a series of questions
* Whats your annual
Income

McGuire Att. G
Page 2 of 9



Okay. And have you ever been diagnosed with any critical illness in the last 5 years Such as (cancer, HIV, strokes, heart attacks?

Do you have any pre-existing conditions such as (Diabetes, heart disease, asthma, cancer, high blood pressure) or any condition that requires ongoing medical treatment?

So you would be responsible for a monthly premium or payment to keep the insurance active. during that they are going to do income verification & proof of residency that would take up to 60-90 days to be completed.



After that is completed
the state would give you
a redetermined rate & take
over your monthly payment.

"Everything will be covered
(Doctors, medication, ee visit.)

How much?

"Do you need dental &
Vision? Or just medical
coverage?

Medical, Dental & Vision.
392.85 (60-90 days)

Medical only 311.44
(60-90) Days



"Go Ahead & verify your home address, where they would be mailing out your hard copy ID cards - This the address for proof of residency as well Is this an apartment or home?

Go Ahead & Verify your email address where they will send out the electronic copy of ID cards & the welcome package.

Go Ahead & spell the First & LAST name that you will like to see it on your ID card. Go Ahead & verify DoB ... Zipcode

McGuire Att. G
Page 5 of 9

Medical Questions

To the best of your knowledge within the last 5 years has any applicant been diagnosed with any of the fowling symptoms or conditions.

Cancer, Stroke, Tumor, Heart Attack, Heart Surgery COPD Emphysema?

To the best of your knowledge & belief within the least 5 years has any applicnt been diagnosed or treated for any of the following Chrons disease Liver disorder Kidney disorder or Stage renal disease

McGuire Att. G
Page 6 of 9



Lastly To the best of your knowledge & belief within the last 5 years has any applicant been diagnosed or treated for AIDs or tested positive for HIV?

Collecting Card Information.

OK I'm getting ready to send over the application In order for you to recieve it. I need to confirm that you have a Smartphone to send the link over to. Do you have access to an Android or Smart Iphone?



Ok Great! and for the payment method that you wanted to attach to your plan for financial Responsib, if was that going to be VISA or Master Card)

It dosnt matter, for were with the state contracted with all the Carriers. Who is your Carrer.

# McGuire Attachment H



# McGuire
# Attachment I



# NEW HIRE TRAINING GUIDE

## WELCOME TO THE TEAM!!!

**PLEASE
DO NOT WRITE
IN THESE BOOKLETS!**

AT THE END OF DAY...
BOOKLETS ARE COLLECTED
PLEASE RETURN YOUR BOOKLET TO YOUR
TRAINER/MANAGER

*"The only thing standing between you and your
goal is the bullsh\*t story you keep telling yourself
as to why you can't achieve it."*

*-Wolf of Wall Street*

# Health Insurance Terminology

### Insurance

**Coinsurance:**
A type of insurance in which the insured pays a share of the payment made against a claim.
- → 80/20 coinsurance in which the insurance covers 80% and the member is responsible for the remaining 20%

**Copay:** a flat fee that you pay on the spot each time you go to your doctor or fill a prescription.

**Deductible:** the financial amount the insured is responsible for before benefits will be paid.

**Premium:** the financial amount the insured is responsible for on a monthly basis.

**Max Out-of-Pocket/Stop Loss Feature:** limits the amount out-of-pocket expense the insured will pay, after that benefits are paid at 100% by the insurer.

**Network:** The facilities, providers and suppliers your health insurer or plan has contracted with to provide health care services. Depending on how many plans are offered in your area, you may find plans of all or any of these types at each meta level - Bronze, Silver, Gold, and Platinum.

### HIPAA: Verify information
The Health Insurance Portability and Accountability Act of 1996 (HIPAA) is a federal law that requires the creation of national standards to protect sensitive patient health information from being disclosed without the patient's consent or knowledge.

McGuire Att. I
Page 2 of 32

*Open Enrollment:* (OE) is an annual period of time, anywhere from a few weeks to 3 months, when individuals and families have the chance to change health insurance plans, enroll in coverage for the first time, or apply for subsidies to help pay for health insurance for the coming year. Which ONE applies to you depends on what kind of health coverage you qualify to receive. Generally speaking, there are three types of open enrollment:

• *Employer Coverage* -
Set by your employer, based on whether you qualify for employer-sponsored health insurance and other benefits

• *ACA/Individual Coverage* -
The annual period to see if you qualify for subsidies to help pay for your health insurance and/or get insurance for the coming year if you don't qualify for the other two kinds of coverage listed here, or military (Tricare) coverage.

• *Medicare Advantage/Supplement Coverage* -
Additional coverage for those who qualify basically anyone 65 years and older, or those with permanent disabilities.

Open enrollment will start November 1, 2024. In most states, it's slated to end December 15, 2023, although the Biden administration has proposed an extension through January 15, 2025 and some states will have later deadlines.



*Medical Underwriting:* Medical underwriting is the process of evaluating application for health insurance coverage by examining the applicant's medic history. The price of coverage is determined by the risk factors of the applicant. Depending on the insurance company's policies and federal and state regulation medical underwriting for high-risk candidates may lead to the exclusion of covera for certain conditions, denial of coverage altogether, or coverage offered only a very high price.

*Special Enrollment Period: (SEP)*
A time outside the yearly Open Enrollment Period when you can sign up for heal insurance. You qualify for a Special Enrollment Period if you've had certain li events, including losing health coverage, moving, getting married, having a baby, adopting a child.
Depending on your Special Enrollment Period type, you may have 30 days befor or 60 days following the event to enroll in a plan. If you miss your Speci Enrollment Period window, you may have to wait until the next Open Enrollmer Period to apply.You can enroll in Medicaid or the Children's Health Insuranc Program (CHIP) any time of year, whether you qualify for a Special Enrollmer Period or not.

*Health Maintenance Organization (HMO):* A type of health insurance plan tha usually limits coverage to care from doctors who work for or contract with th HMO. It generally won't cover out-of-network care except in an emergency. A HMO may require you to live or work in its - OF I work service area to be eligibl for coverage. HMOs often provide integrated care and focus on prevention an wellness. Most Obamacare and group plans are HMO's.

*Preferred Provider Organization (PPO):* A type of health plan where you pay less i you use providers in the plan's network. You can use doctors, hospitals, anc providers outside of the network without a referral for an additional cost. It allow you to pick and choose your doctors.

McGuire Att. I
Page 4 of 32

*Medical Underwriting:* Medical underwriting is the process of evaluating application for health insurance coverage by examining the applicant's medic history. The price of coverage is determined by the risk factors of the applicant. Depending on the insurance company's policies and federal and state regulation medical underwriting for high-risk candidates may lead to the exclusion of covera; for certain conditions, denial of coverage altogether, or coverage offered only a very high price.

*Special Enrollment Period: (SEP)*
A time outside the yearly Open Enrollment Period when you can sign up for heali insurance. You qualify for a Special Enrollment Period if you've had certain li; events, including losing health coverage, moving, getting married, having a baby, ( adopting a child.
Depending on your Special Enrollment Period type, you may have 30 days befor or 60 days following the event to enroll in a plan. If you miss your Speci; Enrollment Period window, you may have to wait until the next Open Enrollmer Period to apply.You can enroll in Medicaid or the Children's Health Insuranc Program (CHIP) any time of year, whether you qualify for a Special Enrollmer Period or not.

*Health Maintenance Organization (HMO):* A type of health insurance plan tha usually limits coverage to care from doctors who work for or contract with th HMO. It generally won't cover out-of-network care except in an emergency. A HMO may require you to live or work in its - OF I work service area to be eligibl for coverage. HMOs often provide integrated care and focus on prevention an( wellness. Most Obamacare and group plans are HMO's.

*Preferred Provider Organization (PPO):* A type of health plan where you pay less i you use providers in the plan's network. You can use doctors, hospitals, an( providers outside of the network without a referral for an additional cost. It allow: you to pick and choose your doctors.

McGuire Att. I
Page 5 of 32

*Exclusive Provider Organization (EPO):* A managed care plan where services are covered only if you use doctors, specialists, or hospitals in the plan's network. You do not need a referral if you want to see a specialist with EPO insurance. An EPO is a hybrid between an HMO and PPO plan.

*Major Medical:* Major medical health insurance is a type of health insurance that covers the expenses associated with serious illness or hospitalization. It pays for all or a percentage of covered expenses after you meet certain deductibles, copays or out-of-pocket costs.

MEDICAID: *[medic-AID]*

Medicaid provides health coverage to millions of Americans, including:

- Eligible Low-Income Adults,
- Children,
- Pregnant Women,
- Elderly Adults and
- People with Disabilities.

Medicaid is administered by states, according to federal requirements.
The program is funded jointly by individual states and the federal government.
Medicaid income limits depend on the State.



7

**MEDICARE:** *[medi-CARE]*

Medicare is Federal Health Insurance for anyone age 65 and older, and some people und

65 with certain disabilities or conditions.

**To Qualify for Medicare:**

→ *Be age 65 or older; Be a U.S. resident;* AND.

→ Be either a *U.S. citizen,* OR.

→ Be an *Alien* who has been lawfully admitted for permanent residence and h been residing in the United States for 5 continuous years prior to the month of filing application for Medicare.

*Part A:* Provides inpatient hospitalization, post hospital skilled facility care, and home ca coverage.

*Part B:* Provides medical coverage for physician visits, diagnostic tests, physical therapy an medical supplies.

*Part C:* Provides Medicare A & B supplemental coverage through "Medicare Advantage". Provided by private insurance carriers. Options include HMO, PPO, POS, and specialty plans

*Part D:* Provides prescription drug coverage.

*Medicare Supplemental Insurance (MEDIGAP):* Extra insurance you can buy fror a private company that helps pay your share of costs in Original Medicare. Policie are standardized, and in most states named by letters, like Plan G or Plan K. Th benefits in each lettered plan are the same, no matter which insurance compan sells it.



8

# How To Handle A Generic Call

[Manners Matter] ☺

"Good Morning/ Afternoon"

"Hello my name is _____ your Licensed Insurance Agent."

"Who do I have the pleasure of speaking with?"

"How can I help you?"

"May I please have your Member ID to better assist you?"

*Search using phone numbers or names if they don't have a member ID.*

"Thank you, one moment while I pull up your account....."

"Ok, great. Now for HIPAA verification, may I please have you verify yo[u]
DOB (date of birth) and the full address on file?"

"Thank you for verifying that information, I'm happy to help you with that!"

"Please give me a moment while I look into this for you."

*If a member refuses to verify information:*

"We are HIPPA compliant so we do have to verify your information."

## 5Ps of Telephone Etiquette

Follow these 5 Ps while on the phone;

**Polite**
Use a soft tone

**Prepared**
Have all the relevant details (names, numbers, dates, etc.)

**to the Point**
Don't beat around the bush

**Perceptive**
Don't waste people's time by talking on irrelevant topics

**cooPerative**
Provide the information needed, if you can't help,
find someone who can, or tell the
caller you will call back with the information.

# General Probing Questions

- Is your coverage through the state?
- Individual or a Family plan?
- Who is your current provider?
- When was the last time you submitted a payment and the amount?
- Do you currently have any medical needs that need immediate care?
- How often do you go to the doctor?
- Do you have any upcoming scheduled appointments?
- Any specific medications that you are currently taking?
- How soon do you need to refill your prescriptions?
- Are you open to using a broader network of healthcare providers?

## Types of Probing Questions



**Rapport Building**

I see you live in [location]. Have you ever been to [local landmark]? I came across it in an article and it stuck with me for some reason.

Did you read that [relevant article in prospect's industry]? What did you think of that?

Have you traveled recently for work or leisure?

**Problem-Solving**

How much is this problem costing the company? In time? In dollars?

How would you describe the problem you're trying to solve? Why haven't you solved it yet?

What worries you most about the current problem?

**Budget**

Do you have a budget range in mind?

What will happen if your available budget doesn't cover the cost of your must-haves?

Are there opportunities for additional funding?

**Solution-Oriented**

What does the ideal solution look like to you?

Beyond product features, what are the brand qualities you need from a provider?

What are your must-haves and nice-to-haves in a solution?

**Buying Process**

Can you tell me more about your decision-making process? Who is involved? Is there a timeline?

What additional information do you need to feel ready to make a purchase?

Have you ruled out other providers for this solution? Why?

**Deep Probing**

Can you tell me more about that?

How do you feel about that?

Can you be more specific?

11

McGuire Att. I
Page 9 of 32

## The Sales Script

"Hi, This is _____ your licensed health insurance agent. How can I help yo today?"

"Are you looking for an individual or family plan?"

"When was the last time that you had a health insurance policy?"

"Who was your previous health insurance carrier?"

"Was that through your employer's benefit or on your own?"

"OK, Great and when are you looking to have your policy effective?"

"And what was the monthly premium that you were responsible for with that plan

"Okay, and have you ever been diagnosed with any critical illness in the last 5 yea such as (cancer, HIV, strokes, heart attacks)?"

"Do you have any pre-existing conditions such as (diabetes, heart disease, asthm cancer, high blood pressure),or any condition that requires ongoing medic treatment?"

"And if you had to estimate your gross household income for the year what woul that be?"

"Are there any specific benefits that you are looking for with the plan TODAY? ( anything you needed covered in particular?"

"Do you mind spelling your first and last name for me please?"
"What is your date of birth?"
"Zip code?"
"Email Address?"

"Okay let me place you on a brief hold while I put your information into the syste and pull up the options available in your state."
**(Place on hold and build policy)**

"Thank you for holding. So I did go ahead and pull up the options available in your state. What I'm going to do is start with the most comprehensive and work our way down the list of options. Feel free to write any of this down if you like."

"First, We have the government Obamacare marketplace plans. *Currently, those premiums are charting back at the highest rates.* Those are ranging anywhere anywhere between $_____ and $_____ per month and the deductibles are anywhere between $1500 to $3000 (per person)."

"Next, You have your consumer private market options. This would be your Bluecross Blueshield, United, Humana, Cigna, And Aetna options. Those policy premiums are ranging anywhere between $_____ and $_____ per month. The deductibles are a little higher and start at around $5000 a person."

"However, your most affordable option would be through the state private issued plans and with your state deductions applied you do qualify for a zero dollar deductible and those policy premiums are looking to be anywhere between $_____ to $_____."

"So, of the options that I just listed for you, which of them sounds best? And then we can get into the details of the plan....."

**(STOP TALKING AND WAIT... THEY WILL PICK LAST OPTION)**

"Okay, perfect. The network that the policy utilizes is through Multiplan PPO. Are you familiar with what a PPO policy is? What having a PPO network means is that you're part of an Open Access agreement and can go to any doctor, hospital, or specialist of your choice so you're not restricted to a limited access network. The plan is also nationwide. So, you can also utilize your coverage benefits in all 50 states so If you are ever traveling or visiting relatives you will be covered."

"Now, in terms of your prescriptions, your generic medications are going to be anywhere between $0 to $15 and your brand name medications are anywhere between $0 to $30."
"Like I said, it is a *$0 deductible plan*; Do you know how a Deductible works?, what that means is that you don't have any out-of-pocket annual amount to satisfy before your coverage benefits kick in."

13

McGuire Att. I
Page 11 of 32

"Your coverage benefits kick in immediately."

"For your _Primary Care Doctor's Visits_ and any _Specialist Visits_ the copays are $25. Also, just a $25 copay to be seen in an _Urgent Care or ER Visit._"

"For both Primary Care Doctors and Specialist Visits, the copays are only $25. If seen by Urgent Care or ER, there will also only be a $25 copay."

*check in*
"Does that work for you?"

"Now, in terms of your wellness and preventative screenings such as (any checkups, physicals, pap smears, mammograms, any cancer screenings, bloodwork) those are all covered at 100%, making it a $0 coinsurance."

**Get information for Hard Copy Medical cards**
(confirm spelling of first & last name, address, phone number, and email)




### Enrollment Fee:

"Now, for the first month of the policy there is a one-time state mandated enrollment fee of $125 that is applied to the first month only. So for the first month it's going to be your premium total of $_____ plus the $125 state fee and all future months it's just going to be the $_____ moving forward."

"You're not bound by a 6 month or year long contract, it also guarantees that for the lifetime of the plan, however long you decide to keep it,, your premium rate of $_____ can never increase."

"Now, before we move forward with your payment method and text message verification, I do have to put a couple of medical history questions on file for you for underwriting purposes. So, just let me know once you are ready to begin the medical history questions and then we can start."

## Medical Questions:

1.  "To the best of your knowledge and belief, within the last five years has any applicant been diagnosed with any of the following symptoms or conditions
    - Cancer
    - Tumor
    - Stroke
    - Heart Attack
    - Heart Surgery
    - COPD emphysema"

2.  "To the best of your knowledge and belief within the last five years has any applicant been diagnosed or treated for any of the following symptoms or conditions:
    - Crohn's disease
    - Liver Disorder
    - Kidney disorder or end stage renal disease"

3.  "Lastly, To the best of your knowledge and belief within the last five years has any applicant been diagnosed or treated for AIDS or tested positive for HIV?"

**When addressing medical questions, it's vital to approach with Empathy and Respect for the applicant's comfort level. Create a supportive environment where they feel safe to share by using open-ended questions and actively listening to their concerns.*



15

McGuire Att. I
Page 13 of 32

## COLLECTING CARD INFORMATION

"OK, I'm getting ready to send over the application. In order for you to receive it, need to confirm that you have a Smartphone to send the link over to. Do you ha access to an Android or an Iphone?"

"Okay great! and then for the payment method that you wanted to attach to yo plan for Financial Responsibility was that going to be with a *VISA, MASTERCAR* *DISCOVER, OR AMERICAN EXPRESS.*"

"Whenever you are ready to begin provide me with the full card number in 4 digit increments for clarity"

"Expiration date?"
"CVV?"

"Thank you, and please <u>verify the name as it appears on the card.</u>"

"Is there a middle initial?"

"Verify the correct billing address associated with this card."





## Choose Your Platform:

### INNOVATIVE OR STRATEGIC

### INNOVATIVE:

"You will receive a *Text Message Confirmation* from our system to verify your approval and finalize your Enrollment."

"The text will say 'To complete your enrollment [members name], please click the link below."

(Email will say the same thing)

*Once the link open in their browser the must complete

1. Client types in the Date of Birth for the Primary Applicant to *Verify Identity* before accessing the application, then click "Done" to continue.
2. The next page will load an *Itemized Breakdown* of billing, have them scroll down and click "I Accept".
3. The next page has *3 boxes of Acknowledgements* to check off on, once all 3 boxes have a check, have them click next.
4. Next is the *Authorization for Enrollment,*
   a. First, have them look for the text box that says "Authorize this application by typing in your full name"
   b. After typing their name, underneath their name is a box for an E-Signature.
   c. Have them check that the "Use Stylized Script" is selected.
   d. Finally, guide them to click on "Submit Application"
5. A window will pop up for the applicant to *Verify their Primary Address.*
   a. IF, Billing Address is Different than their primary address, they must check off the box at the lower left of the window that says
      i. "Billing address is different from mailing address."
   b. Once addresses are entered, click "Submit"
6. While the app is being processed, a pop up will instruct the applicant "Do not close the browser window until you see a success message." this may take a few moments.
7. The pop-up will close on its own and depending on the status of the payment, it will bring them to either;
   a. Successful Transaction, will let the member know their application has been submitted and that they'll receive an email with further info.
   b. Unsuccessful Transaction; There will be some kind of error
      i. Insuffficient Funds 1
      ii. General Error
      iii. Pick Up Card SF 2
      iv. Blocked First User
      v. CVV mismatch
      vi. Do Not Honor

17

**McGuire Att. I**
**Page 15 of 32**



## Choose Your Platform:

### INNOVATIVE OR STRATEGIC

### STRATEGIC:

"You will receive a *Text Message Confirmation* from our system to verify your approval and finalize your Enrollment."

The text will say "[Applicant Name], to complete your plan enrollment, please click here" with a link provided to click into the application.
(The Email will let them know they are One Step Closer, it will have the same wording with the link provided)

1. Client types in the Date of Birth for the Primary Applicant to Verify Identity before accessing the application, then click "Submit" to continue.
2. The next page will show them their Enrollment Application Summary.
   a. Have them scroll down, down, down to where there are boxes to check off
   b. It is required that ALL boxes with selected plans are checked off before continuing; including the two Acknowledgements at the bottom.
3. Below the acknowledgements, there is an E-Signature box that they must sign or initial before clicking "Enroll".
4. While the app is being processed, a pop-up will instruct the applicant "Do not close the browser window until you see a success message." this may take a few moments.
5. The pop-up will close on its own and depending on the status of the payment, it will bring them to either;
   a. Successful Transaction, will let the member know their application has been submitted and that they'll receive an email with further info.
   b. Unsuccessful Transaction; There will be some kind of error:
      i. Insufficient Funds 1
      ii. General Error
      iii. Pick Up Card SF 2
      iv. Blocked First User
      v. CVV mismatch
      vi. Do Not Honor

### Your payment was successful

Thank you for your payment. We will be in contact with more details shortly

### BUTTON UP:

"What you will receive within the next 24 hours is 3 emails from Member Services. Make sure to check your spam and junk folder just in case. One is your welcome email, the other will have your temporary password for your benefits portal account. The username is your member ID number which is (1-***-***-****) …

That is an important number, that is how we will recognize you, that's like your medical social security number. If anyone calls you trying to solicit you, trying to change or update your coverage and they DO NOT know your member ID number, then they are not with us, they are not CMS.GOV appointed and approved, you can just hang up, and that's for your protection."

"Since you officially have health coverage, I can give you access to get placed on the National Do Not Call List. Just call 1-888-382-1222. So you won't have to worry about brokers and solicitors calling you."

"Also, here is our direct line to Customer Service. Because you are a member and have a policy number you don't have to call the main insurance line that you called today. You do not need to call the number you see on your medical cards, that's for doctors to call for claims purposes, you do not need to call the number in the welcome emails either, that is a global service number where you will speak to someone in the Philippines. If you want to speak to an American agent, you call the customer service number I gave you, which is our direct Customer Service line which is _____."

"You can ask for me, again my name is _____. If I am on a call, one of the customer service professionals will be more than capable to help you 10am-6pm EST."



Summarise The Phone Call — STEP 01

Say What Happens Next — STEP 02

Ask if The Customer Has Any Other Queries — STEP 03

Courteous Call Closing Statement — STEP 04

19

# TEXT BLAST FLOW

"Hello My name is _____ your Licensed Health Insurance Agent."
"How can I help you today?"

"The reason you would receive a text message would be because you need to update your healthcare coverage for this year."

"Verify who your current healthcare provider so i can further assist you What is your member identification number?"

"Let me put your information in the database and pull up your policy."
"For HIPAA Verification, please verify your
(First & Last Name) (DOB) (Email) & (Address)"

*Place on brief hold to review.*

"It's showing you  did not complete your income verification & medical background check. This has a $125 state mandated enrollment fee, and initiates your income verification for eligibility for any subsidies.
The deadline for this was April 1st so you are required to satisfy the full consumer market value of the premium until your income has been verified.(60-90 days) "

### ***FLIPS***

** *The ones that say they're on autopay*, reassure them that there is no longer a card on file for autopay.

** *The ones that pay nothing*, let them know that they did not complete medical underwriting and that there is also a state enrollment fee to continue with the policy.PAST DUE IN INSTALLMENTSFor example: If they currently pay 20 monthly, offer a one time yearly fee of $1,004. Break that down monthly to show them what they can save by purchasing the policy for the year. (INSTALLMENT UP TO 6 Months!!)

20

McGuire Att. I
Page 18 of 32

- Definition: A reply intended to show fault in an opponent's argument.

- If nothing else, the writer must anticipate potential objections from his/her readers and plan his/her argument accordingly.

# Rebuttals⤵

## *"CAN YOU SEND ME SOMETHING IN WRITING?"*

"Of course! You will get everything in writing once you get approved for the plan. First what we need to do is submit an application to see if we even can get you approved for the plan. IF you are approved for the plan, you will receive an email confirmation with benefit details and your temporary insurance cards that you can print out and use until you get the hard copy policy in the mail. And you also have a 10-Day look period to overlook all the coverage to make sure you're still satisfied with the plan. If for any reason you aren't 100% satisfied with the coverage, just call me back, we can switch to something else cause we have all the insurance plans in your state and it doesn't matter to me which one you go with as long as you're happy with the plan!"

"This is a customized plan which includes coverage for all of your major/minor needs, but we did take maternity/substance abuse coverage off of the plan to make it more manageable cost/wise and there is no reason to pay for benefits that you would not be utilizing. Customizable plans do not have a set brochure, as it is generated at the time of enrollment. You will receive everything in writing later today via email, and at that time you will see the entire benefit outline. If at any point you want to make any changes on the coverage you can give us a call and we will make those necessary changes."

21

McGuire Att. I
Page 19 of 32

## "I DON'T FEEL COMFORTABLE GIVING YOU MY PAYMENT INFO OVER THE PHONE?"

"Having financial responsibility is required by all insurance companies because the insurance company isn't going to go through the means of underwriting you unless you have the means to pay for it. Same case with car insurance, life insurance, etc. Keep in mind, your payment method is only being attached to your application. You are NOT being charged right now. Now, if you are accepted, you will receive email confirmation with the outline of coverage as well as your temporary insurance cards."

"Keep in mind you called me today. We don't call anyone at the Marketplace. We are contracted with the Federal Government, and all of our calls are recorded for quality assurance. I work in the most highly regulated industry in the country, Health Insurance. I'm licensed in over 40 states around the country, so I'm not going to risk my insurance licenses, and how I provide for my family over (the monthly premium).
Back to script."

## "DO I HAVE TO GIVE MY PAYMENT INFO TO YOU NOW?"

"Yes, having financial responsibility is required by all insurance companies because the insurance companies will not go through the means of underwriting you unless you have the means to pay for it."

"Keep in mind, your payment method is only being attached to your application so we can try and get you approved. You are NOT being charged right now. If you get accepted you will receive an email confirmation with the entire outline of coverage and your temporary insurance cards! By any means, if you don't like anything about the plan you have a 10-day free look period to see if you're still satisfied with the coverage, but I know you're going to love the plan!"

(Back to script)

## "I NEED TO TALK TO MY SPOUSE"

"As you should speak with your spouse."

Or

"I understand, my spouse and I are exactly the same way."

"But all we are doing is seeing if we can get you approved for the plan with the medical underwriters today. This is all hypothetical as of now, I would hate for you to speak with your spouse, get him/her excited about the plan benefits/cost when you have not been approved yet, it would be wasteful. Once you get approved for the plan you will get an email confirmation with the entire outline of coverage as well as your temporary medical cards so you and your spouse can overlook all the coverage together black and white, clear as crystal. By any means when you both take a look at the policy and have any questions about the plan or don't like anything about it you can always give me a call and we can switch you into something else."

"Is your spouse available to get on the line with us now? That way we can go over the benefits with them; in case they have questions."

"Also, remember you also have your 10 - Day free look period to overlook all the coverage to make sure you're still satisfied with the plan and by any means you aren't you can get a full refund. But, I know you will love the plan because I shopped all the plans with you! This is the best plan at the best price for you and your family."



23

McGuire Att. I
Page 21 of 32

## "I NEED TO THINK ABOUT THIS"

"I completely understand that you need to think about everything, that's what we are doing here together, we looked at all the available plans and prices in your area together. If there was a better plan that was more beneficial for you then that's the plan we would be going over because it's definitely in my best interest to put you in the right plan the first time. If I don't do it right the first time it's a losing situation for both of us."

When people say they need to think about it, it could mean one of two things:

1. They are not interested in the plan we are going over or "CUSTOMER NAME"

2. They are interested but they are just unsure.

### Which of the Two is it?

Once they answer with option #2...

"Since you're interested and Unsure. Are you unsure about the coverage or is it unaffordable?"

*(Once you get the truth out of them you have to work with them to get the sale done whether it be post date or lowering the cost of the plan.)*



## "I SPOKE TO ANOTHER AGENT AND HE/SHE GAVE ME A CHEAPER PRICE":

"That's okay, so like I told you earlier I am a benefits coordinator for the marketplace. We have access to all the plans in the country and specifically within your state. There is no plan I do not have access to."

"What that plan sounds like is a discount plan with very limited coverage. What insurance carrier was that through? What was the deductible? Did it have dental and vision? (Unsell the other plan by explaining the benefits it doesn't have, having a high deductible, and explain how there are higher copays and higher deductibles)."

## "I'M JUST SHOPPING, I WANT TO KEEP LOOKING AROUND"

"I completely understand that you want to shop around, but that's exactly what we are doing here together. As your licensed health insurance agent, I have access to all plans nationwide and specifically within your state. There is no plan I do not have access to, however there are many plans I have access to that you CANNOT find online. We looked at all the available plans and prices in your area together. If there was a better plan that was more beneficial for you then that's the plan we would be going over because it's in my best interest to put you in the right plan the first time. If I don't you'll be back at square one shopping around calling 5-10 brokers, hearing different things until you get even MORE frustrated! That's why shopping with the marketplace, we are not contracted with any specific carrier and you have equal access to all health plans. Again first all we're going to do is see if we can get you approved."

## "I DON'T HAVE THE MONEY"

1. "Okay do you have any savings account or any account you can transfer funds from?"
2. "Is there a CC that you can pay with today to secure the plan, that way you can pay that off later on when you get paid?"
3. "Do you have any family members or friends that can help you until you get the money?"
4. "Okay, when do you get paid next? We can set what's called a post date, which means the payment will ONLY be taken out on the date that we select. When do you get paid next?"

25

McGuire Att. I
Page 23 of 32

## "I SAW A RATE ONLINE FOR CHEAPER"

"That's okay, so like I told you earlier I am a benefits coordinator for the marketplace. We have access to all the plans in the country and specifically within your state. There is no plan I do not have access to."

"What that plan sounds like is a discount plan with very limited coverage. Those rates are sometimes advertised to entice people, but the details of the plan are not advertised. That's what I have access to. What insurance carrier was that through? What was the deductible? Did it have dental and vision?"

*Unsell the other plan by explaining benefits it doesn't have, having a high deductible, and explain how there are higher copays and higher coinsurance at hospital ...*

"Sure no worries. However, as your licensed health agent I am obligated to tell you these are live rates for the day. The premium costs do go up daily due to supply and demand. It's based on how many people are enrolling within your state and within your county. The rates increase similar to how flight prices do."

"As the seats fill up the rates go up. As the policy fills up, the rates increase. There also will likely be a deductible of $4,000 or more at a later date. If you like the plan, it's wise to get it approved promptly. By doing so, you secure the current rate and it protects you from any future increases. It's essentially about ensuring you're getting the best value for your commitment.

## "I'M NOT SUPPOSED TO PAY ANYTHING"

"I understand that you haven't paid in the past but under the new administration, you are required to submit an income verification and medical background check with a licensed agent through the state in order to maintain eligibility. Based on your updated application and the income provided you are required to satisfy the full consumer market value of the plan to initiate your health coverage, this is due to the recent changes to the federal poverty level requirements post pandemic effective as of April 1, 2023."



## "I DON'T HAVE THE MONEY TO PAY FOR THIS"

"I totally understand that, and don't want to put you in a financial bind, that's why I'm here to help you to avoid those expensive medical bills that God forbid happens. Let me have your zip code so I can pull up the fixed income plans in your area. This is for the what ifs, so let's see where we can help you out with getting you the coverage you need........So I do see that based on your income you do qualify for a state private issued plan with $0 deductible these are plans offered to low income families to ensure health coverage."

## "I'M ON A FIXED INCOME"

"I totally get that so I mean if a major medical emergency happens you wouldn't be able to afford that either so that's why we need medical insurance for when that happens, because in reality this is going to save you money especially when you're if God forbid you have to make a trip to the hospital."

## "I'M JUST GOING TO CALL MY INSURANCE"

"You can, but again, you do not have health insurance, only a discount plan. You can let me, a licensed agent, with 7 years of experience and high retention rates assist you, or you can let someone else mislead you and be left with no coverage or discount. I'm just trying to figure out how I can assist you with making sure that you don't lose your benefits or have a lapse of coverage and also that you don't have the tax penalty."



27

## How To Ninja

THE KEY TO ANY GOOD FLIP IS ASKING **A LOT OF QUESTIONS!** IN ORDER TO **GATHER INFORMATION** THAT CAN BE USED TO FLIP THE CLIENT INTO BUYING TODAY!

**10-95 A form:**

Customer: "I'm looking for my 10-95 A form."

Agent: "Absolutely I can get you your 10-95 A form. Underneath the new administration for us to legally release it, you must have ACTIVE coverage for 2022 (current year)."

"So are you currently insured with one of our plans now or are you uninsured?"

*If a customer is currently enrolled in a plan, ask them for their personal/plan information and compare their current coverage with the one that you are offering them. Most likely their current coverage has a deductible, explain that they do not technically have coverage until they meet their high deductible.*

*If they give you a hard time about giving out their information, or if they say that you should already have their info, let them know that in order to speak with them you have to verify their info first and make sure they are who they say they are (HIPPA LAW)*

"Absolutely, I can help you get you your 10-95 A form. Under the Biden administration for us to release it, you must have ACTIVE STATE coverage for 2022 (or current year) for 90 days."

28

McGuire Att. I
Page 26 of 32

So are you currently insured with state coverage through CMS now or are you uninsured?"

Customer A : I already have coverage through_____.

Customer B; I do not have coverage..

Customer C: I do not have coverage..and I don't want it or can't afford it...

Agent A: Alright, so unfortunately that coverage does not satisfy the legal state requirements so you can receive your 10-95A form. Again, underneath the current administration for us to release it, you must have ACTIVE STATE coverage for 2022 (or current year) for 90 days and you will receive access to the form today. Go into the script and explain benefits..

Agent B: Alright let's get you active state coverage for 90 days.. The most affordable plan in your state starts at $_____. Go into the script

Agent C: Alright, so unfortunately the only way the system will allow me to send your 10-95A form is if you have active state coverage. You are only required to have it for 90 days, and you will receive access to the form today. The most affordable plan in your state starts at $_____.

Go to healthcare.gov and send them their new log in.

Agent: "Now that you have fulfilled the state requirements you will receive an email from health.care gov and have access to your 10-95A documents."

29

McGuire Att. I
Page 27 of 32

### Medicaid:

*Need to hold
Plan for at least 60 days*

Customer: "Is this Medicaid?"

"I'd like to enroll in Medicaid?"

"I'd like to check on the status of my Medicaid?"

*Agent:* "Yes this is Medicaid. How can I help you today?"

"Yes, we can help you enroll today. Let's see what you qualify for!"

"Yes we can help you check your status, when did you first enroll with us?"
*(Back to script)*

TO PULL UP ELIGIBILITY YOU WILL NEED TO GO TO GOOGLE, TYPE THE CURRENT STATE THE CUSTOMER RESIDES IN AND MEDICAID ELIGIBILITY
   ie. Google Search: "*Florida Medicaid Eligibility*"

*\*Scroll down to the government affiliated site and read the requirements out loud\**
*(Most likely they do not meet all of the requirements)*

*Advise that due to increases in federal poverty level requirements we have to get a new application submitted to maintain eligibility, you do qualify but it takes up to 3 months for the benefits to go into effect. It's crucial to make sure there is no lapse in coverage during that time. If there is a gap of coverage, underneath the new administration their application for income verification will be null and void and the applicant will no longer receive assistance or benefits as well as be faced with a tax penalty up to $4800 and that is per member per household.*

"Now to comply with Federal and your state's guidelines in the State of (members current State) the applicant must pass the Income Means Test, proving you have limited income and assets. The applicant must satisfy the Means Test as it consists of maintaining the lowest costing state qualifying plan proving insurability for a minimum sixty days."

30

**McGuire Att. I
Page 28 of 32**

...the applicant passes the Income Means Test, the qualified insured begins ...immediately with the satisfactory period. Once the satisfactory period has ...the qualified insured is immediately eligible for state assistance and welfare."

*(pause)*

...so the carrier requires a medical background check and a method of ...attached to your application. Once enrolled with the plan your Test of ...period begins and you will have proof of insurance emailed. So let's get you ...today."

...you receive your medical ID cards how would you like the first and last ...to appear?"

*...all information*

> If they qualify for medicaid, enroll them into a low cost plan that they can keep and use while their medicaid application is being processed UP TO 90 DAYS

> Explain that enrolling into a state issued plan now will expedite their medicaid app because it shows that they are in need of health coverage

> If they do not meet the requirements for state medicaid: Pitch a low cost plan (around $200/month) and try to build value in acquiring health insurance, especially during a PANDEMIC. It can be helpful to break the cost down into weekly amounts to make it sound more affordable/attainable, for EX: $50/week.

> If they CANNOT afford a month to month plan) -Pitch the lowest wellness & preventive with app fee - Explain that this plan allows for a "reassessment of usage" after 90 days, which means that since they are in good health and are considered low risk, the carrier will automatically assess the usage of the plan once they hit their 90 day mark and if they minimally used the coverage and not for any high risk situations (like a hospital stay) they may qualify for a premium reduction of anywhere between 30-50% and they will still be able to keep the zero deductible! This way they may only have to pay the full premium for 3 months. full Price for 3 months after it might get reduced.

31

McGuire Att. I
Page 29 of 32

**"I'm looking for a replacement on my card":**

Agent: "No problem! What policy did we get you approved with?"

*(Follow up with...)*

"How much are you responsible for on a monthly basis for that plan?"

"And you're blessed with Good health, no major pre-ex Cancer, Tumor, Stroke etc..."

*(Once they say they have nothing major pre-ex GO FOR THE FLIP!!)*

*Overview...explain they are over paying and pre qualify for a lower rate through the state enrollment. Go right in for the kill. Pitch hard, sell the benefits and unsell their current plan. If it is HMO, or has high deductibles/coinsurance. Tell them they are throwing money away. Because they are healthy, they pre qualify. Let's see if we can get them approved!!*

**"Is my policy still active?"**

"You will need to do some digging here, ASK QUESTIONS! There is a reason they are calling to check if their policy is active."

*Question examples:*

- "When did you enroll into the plan?"
- "Did you make your initial payment?"
- "When did you last use the coverage?"
- "When did you make the last payment?"

*More than likely you'll be able to use one of their answers to explain to them that their coverage is not active and that you can find them a new plan that meets their needs so that they don't go uninsured.*

32

**McGuire Att. I**
**Page 30 of 32**

# How The Leads Work

**Leads:**
There are thousands of offices just like us that are bidding for a call and it's sort of like going to a casino and gambling money because we are bidding against other offices to target the same exact call just for you!!! How it works is the customer goes online looking for health insurance they are usually on a website where it's an ad and they look to see the different options that they have, they sometimes fill out a few questions depending on their income, medical background, zip code as well as many other factors that determine if the customer is worth $50 or if they are worth $300. There are several marketing campaign platforms that we use, our main one is Media Alpha which is IVR, PRIORITY, AND HIGH INCOME. And then we have a text blast sent out to people regarding health insurance from forms they submit for health insurance inquiries.

**The Buffer:**
The company pays for the call as soon as it rings, a buffer is the cut off time you have to disconnect the call to not be charged for it. This should not be abused and only done if you receive a call that is not health insurance related. Buffers range from about 30 sec to 1 min, the longer the buffer the slower the calls come in. It's very important to work every call you get because they are paid calls. So, love the one you're with because chances are the company paid anywhere from $50-$400 for that call you just answered.

**Ask Questions:**
The leads are different and the calls vary so it's important to probe. Never shop with YOUR pocket, go by what they had before in terms of insurance. Ask how much they were paying for their coverage before because based on that information you are able to pitch a similar price and they are comfortable paying that amount. Deductibles are a selling point, plans with lower deductibles have greater selling points because most insurance carriers have anywhere from $5-12k deductible. When you know what they really need it's easier to get the sale so ask questions and customize a policy based on their needs.

33

McGuire Att. I
Page 31 of 32

# Probing Questions For Sales Calls

- Who is your current provider?
- Is that on your own or through your employer?
- When was the last time you submitted a payment and the amount?
- Do you currently have any medical needs that require immediate care?
- *How often* do you go to the Doctor?
- Do you have any *upcoming scheduled appointments*?
- Any *specific medications* that you are currently taking?
- How soon do you need to refill your prescriptions?

**"Who am I speaking to?"**
State Health Enrollment

**"Why are you contacting me?"**
This is the final attempt to resolve a time sensitive issue, there have been multiple attempts to resolve this matter via mail and email however on our end it's as though it has been ignored. Failure to resolve this today to comply with your state's healthcare regulatory requirements will result in forfeiting your coverage and be faced with a tax penalty.

**"You should have my information, why do I have to tell you?"**
We are HIPPA compliant and cannot disclose any information until you have been verified.

34

McGuire Att. I
Page 32 of 32

# McGuire Attachment J

## [EXT] Fwd: Health Plan Information-Multiplan

**MS**   Member Services <memberservices@atropineassociates.com>
To   McGuire, Chris

⤺ Reply   ⤺ Reply All   → Forward   ⬛  ⋯

Wed 7/17/2024 11:02 AM

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.

**External Email**

---------- Forwarded message ----------
From: **Member Services** <memberservices@atropineassociates.com>
Date: Tue, Jul 16, 2024 at 5:59 PM
Subject: Health Plan Information-Multiplan
To: <▮▮▮▮▮@yahoo.com>





You will receive your ID cards  in the mail within 10-14 business days.

Your member materials are available electronically on our secure online member portal immediately after you enroll, where you can manage your account information, benefits, access provider search links and manage your billing. Your member portal is the roadmap to helping you maximize your benefits.

For questions or to make changes to your policy contact Member Services.

# (877)-807-3708

| Your Member ID: | G457538 |
|---|---|
| Temporary Password: | Separate email sent from the portal |
| Portal Link | **https://member.innovativepartnerslp.com/** |

**Click the link below to download the app available in the App Store:**

**iOS: https://apps.apple.com/us/app/medtrust/id1671647682**

**Google Play: https://play.google.com/store/apps/details?id=com.wellific**

*Your username will be your email address and your password will be the same as your member portal*



# Below is the link to search providers in your PHCS Multiplan PPO Network:

https://www.multiplan.com/webcenter/portal/ProviderSearch

**Step 1: Click on Find a Provider at the top right corner**

**Step 2: Click on the Select Network button and choose PHCS , Extended PPO**

**Step 3: Search by Name, Specialty, Facility Type. Type in the zip code for your local area**

We appreciate your business and providing you with outstanding customer service is our top priority.

If you have any questions, our friendly, dedicated customer service professionals will be glad to help

you! Contact Information Call:(877)-807-3708

MON – THU: 10:00am-6:00pm; FRI: 10:00am-5:00pm (Eastern Time)

CONFIDENTIALITY / PRIVILEGE NOTICE: This transmission, including any attachments, is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, non-public, proprietary, or otherwise protected from disclosure. The information contained in this transmission may also be protected by attorney-client, legal or other privilege. Unauthorized reading, disseminating, distributing, disclosing, storing, printing, forwarding or copying of this email or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited and may be unlawful. Receipts by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you have received this email in error, please notify the sender immediately by a "reply to sender only" message and immediately delete or destroy the original message and all copies from your system without reading, saving, printing, forwarding or using it in any manner. Unauthorized interception of an electronic transmission is a violation of Federal Criminal Law pursuant to 18 U.S. Code Section 2510, et seq.

MALWARE / VIRUS NOTICE: Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

# McGuire
# Attachment K

## [EXT] Fwd: Policy Change

**MS** Member Services <memberservices@atropineassociates.com>
To ○ McGuire, Chris

↩ Reply    ↩ Reply All    → Forward    •••

Wed 7/17/2024 11:05 AM

---------- Forwarded message ---------
From: **Innovative Partners** <helpdesk@innovativepartnerslp.com>
Date: Mon, Jul 15, 2024 at 3:07 PM
Subject: Re: Policy Change
To: Member Services <memberservices@atropineassociates.com>

Done.

On Mon, Jul 15, 2024 at 2:41 PM Member Services <memberservices@atropineassociates.com> wrote:

Member ID: **G641038**
Member Name: Lynda ▮▮▮▮▮▮

Member is requesting to have dental 5000 downgraded to dental 1000.

--
Regards,

**HelpDesk, Innovative Partners LP**
E: helpdesk@innovativepartnerslp.com



**INNOVATIVE**
PARTNERS

**External Email:** Please do not click on links or attachments unless you know the content is safe.

**McGuire Att. K**
**Page 1 of 1**