# McGuire
# Attachment L



## [EXT] Fwd: update email

**MS** Member Services <memberservices@atropineassociates.com>
To McGuire, Chris

↩ Reply   ↩ Reply All   → Forward   ⋯

Wed 7/17/2024 11:04 AM

**External Email**

---------- Forwarded message ---------
From: **Innovative Partners** <helpdesk@innovativepartnerslp.com>
Date: Tue, Jul 16, 2024 at 4:34 PM
Subject: Re: update email
To: Member Services <memberservices@atropineassociates.com>

The member's email has been updated, and a ticket has been placed for the access code.

On Tue, Jul 16, 2024 at 4:05 PM Member Services <memberservices@atropineassociates.com> wrote:

> member name :SHELDON ▮▮▮▮▮▮
>
> member id :G673768
>
> update email and resend access code to member new email please and thank you
>
> email: ▮▮▮▮@mail.sjsm.org

--
Regards,

**HelpDesk, Innovative Partners LP**
E: helpdesk@innovativepartnerslp.com

**McGuire Att. L**
**Page 1 of 1**

# PX 21

## <u>DECLARATION OF MONICA FERNANDES</u>
### PURSUANT TO 28 U.S.C. § 1746

I, Monica Fernandes, hereby declare as follows:

1. My name is Monica Fernandes. I live in Florida and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2. I am an investigator at the Bureau of Investigation in the Division of Insurance Agent and Agency Services at the Florida Department of Financial Services (DFS). I have held this position since May 2023. I investigate individuals, agencies, and companies suspected of violating laws and regulations enforced by DFS.

3. At around 11 am on July 17, 2024, my supervisor, Regional Administrator Christopher McGuire, another investigator from my office, Glenn Chapter, and I arrived with four detectives from DFS's Orlando office to conduct a site inspection at Suites A and B of 2841 West Cypress Creek Road, Fort Lauderdale, Florida 33309. The DFS detectives have criminal enforcement authority, and unlike my supervisor, Investigator Chapter, and me, they were armed and had handcuffs.

4. Our investigation that day started with Suite A of the one-story building at 2841 West Cypress Creek Road. We entered through the exterior door of Suite A t a lobby with a reception desk and a large sign with the words "Limitless Media" above it. **Fernandes Attachment A** is true and correct copy of the photo I took of the lobby. In the lobby, facing this desk, to the right I observed an empty fridge and to the left a door that was open. We proceeded through that door and entered a space with approximately 25 to 30 cubicles and 2 or 3 offices around the perimeter, all of which were locked. The space also had an area with exercise equipment and a kitchen.

Page **1** of **8**

5.      One or two of the cubicles in Suite A were empty, and the others were equipped with computers, monitors, and headsets. The cubicles also had what appeared to be telemarketing scripts.

6.      There were approximately 15 to 20 people in Suite A when we entered, and I spoke with several of them. I asked for their names, job titles, and the length of time they had been working there. I wrote down all of the information they provided. Some people said they were only there for sales training, others said they did not know their job titles, and some stated that they were selling health insurance.

7.      Next, Investigator Chapter and I exited Suite A through the lobby, out the exterior door, and walked around the side of the building to another glass door for Suite B, which was labeled "Anatomy." **Fernandes Attachment B** is a true and correct copy of the photo I took of the interior of Suite B that day. In the center of the suite was a bank of cubicles—maybe 15 or 20 cubicles total—and the cubicles were equipped with computers, monitors, and headsets. There were also several offices around the perimeter of the suite. On the walls, I observed a few television screens that each featured a spreadsheet with rows labeled with "agents" names, followed by figures labeled "# Deals," "Total Charge," "App Fee," "AD&D" and "Estimated Payout." In my experience with call centers selling insurance, I understood this to be a "production board," which reports sales figures for telemarketing agents working at that location. One of the boards featured a spreadsheet with the document title "First Affinity Sales Ticket Entry" and the name "Anatomy" in large bold text at the top center of the spreadsheet. **Fernandes Attachment C** is a true and correct copy of the photo I took of this production board, and **Fernandes Attachment D** is a true and correct copy of a close-up photo I took of this same board.

8.      There were 20 to 25 people in Suite B when we entered. We identified ourselves as we walked in, and almost immediately, several individuals who were in the office fled out the door. Investigator Chapter and I began to walk around the office, asking the remaining individuals their names, jobs titles, and how long they had been working there, but many refused to provide us with any information.

9.      In all or almost all of the cubicles in Suite B there were notes and documents affixed to the dividers and monitors. One such note had a customer service number for "Innovative Partners," 1-877-807-3708, and an instruction that "ALL CALLS THAT CANNOT BE CLOSED for example…BROKE, MEDICAID, MEDICARE, ETC., TRANSFER TO → (855) 432-3234." **Fernandes Attachment E** is a true and correct copy of a photo I took of one of these notes. Another note I observed in the cubicles listed three phone numbers, which were labeled "Reia & Co," "True Progress," and "Atropine." **Fernandes Attachment F** is a true and correct copy of a photo I took of one of these notes. Also posted in the cubicles was a one-page document featuring a logo for "Innovative Partners" and two pricing charts. **Fernandes Attachment G** is a true and correct copy of a photo I took of one of these documents. The top chart on this document was titled "Core Plan Monthly Pricing," and the chart at the bottom of the document was titled "Add-On Monthly Pricing."

10.     In almost all of the cubicles, there were notebooks with handwritten notes. **Fernandes Attachment H** is a true and correct copy of the photo I took of a page from one of these notebooks. This page listed "key words," including "open enrollment," "state health department," and "affordable care act."

11.     I inspected several of the offices in Suite B. In one of the offices, there were approximately 8 workstations, and when I entered, I encountered two women who appeared to be

working there. One woman left as I entered. Before I said a word to anyone in the office, the other woman volunteered that she does human resources work and does not sell insurance. I noticed some of the computers were still on in this office, so I called out to Regional Administrator McGuire, who was in Suite B, to join me to help inspect. After he entered the office, the woman who said she did human resources work cursed at and lunged into me, knocking me into Regional Administrator McGuire. He called for assistance from the DFS detectives. They came and ordered this woman out of the office, and she then left.

12. I took pictures of some of the workstations in this office. **Fernandes Attachment I** is a true and correct copy of a photo I took of the monitors at one of the workstations. On the left monitor, there appears to be a directory with a list of agent names and extensions, and at the top of the directory is an extension labeled "MADISON ADMIN ACCT." On that same monitor screen, to the right of the directory, is a partially obstructed spreadsheet with columns labeled "Reason for Call," "Call Outcome," and "Agent Notes." **Fernandes Attachment J** is a true and correct copy of the photo I took of the monitor on the right side of that same workstation. On the screen is a spreadsheet titled "First Affinity Sales Ticket Entry," and one column of this spreadsheet listed entries like "ELITE 2," which I had observed under "Plan Names" on the "Core Plan Monthly Pricing" chart I had seen in Suite B cubicles, **Fernandes Attachment G**. The bookmarks bar on the browser includes bookmarks labeled "Agency Portal" and "Agent App." Both of those bookmarks featured the "Innovative Partners" logo I had also observed on the "Core Plan Monthly Pricing" chart, **Fernandes Attachment G**.

13. **Fernandes Attachment K** is a true and correct copy of the photo of the monitors at another workstation in the same office in Suite B; affixed to the bottom of one monitor was two notes. One was a copy of a note with phone numbers, identical to the note I had observed in

Suite B cubicles, **Fernandes Attachment F.** There was also a note with what appears to be a brief script. It states, "Hi, thank you for contacting member service [sic] my name is _____. Who do I have the pleasure of assisting today? Can you please verify your member ID for me."

14.     At another workstation in that office, the computer was locked, but I photographed two documents affixed to the wall next to the monitors. **Fernandes Attachment L** is a true and correct copy of a photo I took of one of those documents, which was titled "Directory" and listed four phone numbers. One of the numbers, 561-725-3519, was labeled "IP Member Advocacy," and another number, 561-849-4647 was labeled "IP Provider Claims." **Fernandes Attachment M** is a true and correct copy of the photo of the other one-page document affixed at that workstation in the Suite B office; this featured a logo for Innovative Partners in the top left corner and had two charts labeled "Core Plan Monthly Pricing" and "Add-On Monthly Pricing." Other than some font color differences, this appeared to be identical to the one-page document with the same pricing charts and logo posted in Suite B cubicles, **Fernandes Attachment G.**

15.     In another office in Suite B, there was a filing cabinet with a printer on top. On the printer, I found a document with the title "Health Insurance Pitch," at the top. **Fernandes Attachment N** is a true and correct copy of the photo I took of that document. Underneath the title "Health Insurance Pitch" was the line "Hello this is _____ your licensed Health Insurance Agent and how can I help you today?" This was followed by a question about whether the respondent was currently insured or uninsured. Below that, there were what appeared to be two different sales scripts on the page: one below a bold heading "IF UNINSURED" and another below a bold heading "IF INSURED."

16.     I opened a drawer of the file cabinet in the office with the printers and took a photo of the files inside. **Fernandes Attachment O** is a true and correct copy of that photo. In that drawer, there were several sets of folders coded by color. Each folder within the set was labeled with what appeared to be an individual's name and each set of colored folders was also labeled. The set of yellow folders was labeled "1ST AFFINITY," the set of blue folders was labeled "NULIFE," and the set of orange folders was labeled "TRUE PROGRESS."

17.     In this office with the printers, I found a binder labeled "Training Materials." Inside, there was a document titled "NEW HIRING TRAINING GUIDE." **Fernandes Attachment P** features true and correct copies of the photos I took of the cover and Table of Contents of this document. The "Training Materials" folder also contained a one-page document with three charts, which were labeled as follows: "Individual," "Member + Spouse/Children," and "Family." **Fernandes Attachment Q** is a true and correct copy of the photo I took of this document. Each chart had columns labeled "Annual Income," "Obamacare," "BlueCross, Cigna, Aetna, etc.," and "State Private**Pitch exact price," and there were dollar value ranges listed under those columns. In the "Training Materials" folder I also found a document titled "Scorch Health Weekly Commission Report, Week Ending 12/10/2023" and it appeared to list sales figures. **Fernandes Attachment R** is a true and correct copy of the photo I took of a page of this document. At the top of the page, there was a single row of figures below headings including "Total Premium," "Premium P/O," "App Bonus," "Chargebacks," "Paycheck," and "Charge Back %." At the bottom of the page, there is a table with information below column headings including "Sale Date," "Sales Person," "Member Name," "Plan," "Premium," "APP fee," and "Essential." Almost all of the entries under the "Plan" column was "INNOVATIVE," and the

Page **6** of **8**

other entry was "SLP." Another document I found in the "Training Materials" folder was a page of handwritten notes.

18.    I also inspected another office in Suite B. There was a couch and one workstation with a computer. The computer was locked when I entered, and **Fernandes Attachment S** is a true and correct copy of the photo I took of the monitor, which displayed a login for the user "Thomas Puglisi." On the desk I found a printed spreadsheet, and **Fernandes Attachment T** is a true and correct copy of the photo I took of this one-page document. It appears to list sales, refunds, and chargebacks for one "Deal Owner." The closing date for each transaction was June 2024. The policies listed for these transactions were different combinations of the following: Elite, Essential, and Guardian. I had seen those listed as "Plan Name[s]" in the charts I had seen in Suite B cubicles, **Fernandes Attachment G**, and in the other Suite B office, **Fernandes Attachment M**. The spreadsheet in **Fernandes Attachment T** listed total dollar amounts for each transaction, along with breakdowns of the "Enrollment Fee," "Core Commission," "AD&D Commission," and "Total Commission." The top part of the spreadsheet appears to list sales, and reported a total of 19 "[d]eals" at a total value of $6,765.70, of which $2,842.45 was commission. The bottom part of the spreadsheet was labeled "Refund/Chargeback." This section reported 7 "[d]eals" that ended with a refund or chargeback, amounting to $1,841.39 total. Also on the desk in this office I found a page of handwritten notes including a note regarding "Optum Health Group." **Fernandes Attachment U** is a true and correct image of that page of notes.

19.    On one of the interior walls of Suite B, I observed an "Exit" sign above a hallway, which I thought was unusual and decided to investigate. At the end of this hallway was a door with a note affixed to it stating that the door should be kept closed at all times. When I pushed the door open, I found myself in the lobby of Suite A with the "Limitless Media" sign and

reception desk. I realized that this door had been covered and fully blocked by the empty fridge I had seen in the lobby that morning. **Fernandes Attachment V** is a true and correct photo of the hallway in Suite B that was below the interior "Exit" sign. This photo shows the hallway with door open at the end of the hallway into the Limitless Media lobby. **Fernandes Attachment W** is a true and correct copy of the photo I took from the Suite A Limitless Media lobby, looking down the hallway into Suite B, after I had pushed the door behind the fridge open.

I state under penalty of perjury that the foregoing statement is true and correct.

Executed on November 12, , 2024.

Mónica Fernandes

# Fernandes
# Attachment A



# Fernandes Attachment B



# Fernandes Attachment C

Fernandes Att. C
Page 1 of 1



# Fernandes
# Attachment D

# ANATOMY

## Weekly

| Agent | # Deals | Total Charge | App Fee | AD&D | Estimated Payout |
|---|---|---|---|---|---|
| Isaiah Calos | 9 | $ 3,724.99 | $ 450.00 | $1,229.63 | $ 1,345.33 |
| Christine Petitfrere | 7 | $ 2,844.27 | $ 150.00 | $ 969.75 | $ 1,095.19 |
| Josh Jernigan | 5 | $ 1,915.58 | $ 200.00 | $ 499.95 | $ 652.16 |
| Ingrid Gomez | 5 | $ 1,751.21 | $ 250.00 | $ 509.74 | $ 591.27 |
| Onica Budhu | 4 | $ 1,555.10 | $ - | $ 725.36 | $ 690.41 |
| Kimberly Grant | 4 | $ 1,355.45 | $ 100.00 | $ 209.80 | $ 420.07 |
| Arianna Knight | 4 | $ 1,221.50 | $ 100.00 | $ 349.80 | $ 428.88 |
| Monica Hill | 3 | $ 948.55 | $ 150.00 | $ 219.85 | $ 294.01 |
| Lore Martinez | 3 | $ 1,080.70 | $ 125.00 | $ 319.93 | $ 376.19 |
| David Valencia | 3 | $ 1,052.76 | $ 150.00 | $ 119.98 | $ 290.32 |
| Santiago Sur | 2 | $. 822.80 | $ 50.00 | $ 329.93 | $ 332.32 |
| Khaliyah Dauphin | 2 | $ 668.77 | $ 100.00 | $ 125.90 | $ 199.70 |
| Isaiah Gomez | 2 | $ 625.77 | $ 50.00 | $ 152.90 | $ 211.25 |
| Alyssa Arena | 2 | $ 525.75 | $ 50.00 | $ 89.95 | $ 159.21 |
| Victor Sacristi | 1 | $ 312.85 | $ 50.00 | $ 69.95 | $ 95.84 |
| Tamia Hanna | 1 | $ 362.84 | $ - | $ 79.95 | $ 129.33 |
| Sabrina Ferrari | 1 | $ 312.85 | $ 50.00 | $ 69.95 | $ 95.84 |
| Grand Total | 58 | $ 21,081.74 | $2,025.00 | $6,072.22 | |

Mitch's deal sheet

Fernandes Att. D
Page 1 of 1

# Fernandes
# Attachment E



Fernandes Att. E
Page 1 of 1

# Fernandes
# Attachment F



# Fernandes
# Attachment G



**INNOVATIVE** PARTNERS

### Core Plan Monthly Pricing

| Plan Name: | Primary | Primary+Spouse | Primary+Child | Family |
|---|---|---|---|---|
| Elite 2 | $192.90 | $229.97 | $249.97 | $276.97 |
| Elite 4 | $213.97 | $247.90 | $272.90 | $298.87 |
| Elite 6 | $219.87 | $276.94 | $302.97 | $324.00 |
| Optimum 1 | $251.29 | $361.77 | $372.84 | $483.32 |
| Optimum 2 | $298.61 | $441.88 | $456.22 | $599.49 |
| Optimum 3 | $323.30 | $491.26 | $508.07 | $676.03 |
| Optimum 4 | $377.80 | $600.26 | $622.49 | $844.95 |
| Optimum 5 | $395.41 | $635.49 | $659.49 | $899.57 |
| Optimum 6 | $502.26 | $849.18 | $883.88 | $1230.80 |
| Optimum 7 | $614.11 | $1072.88 | $1118.76 | $1577.53 |
| Value-Med | $139.99 | $190.52 | $204.18 | $236.62 |
| Ranger | $139.99 | $190.52 | $204.18 | $236.62 |

### Add-On Monthly Pricing

| Plan Name: | Primary | Primary+Spouse | Primary+Child | Family |
|---|---|---|---|---|
| Essential 5000 | $69.99 | $72.95 | $74.95 | $79.99 |
| Essential 10000 | $79.99 | $82.95 | $84.95 | $89.99 |
| Essential 15000 | $119.00 | $122.90 | $125.99 | $129.99 |
| Essential 20000 | $139.99 | $149.99 | $139.99 | $169.99 |
| Essential 25000 | $169.99 | $179.99 | $199.99 | $209.99 |
| Guardian 5000 | $49.95 | $52.95 | $55.95 | $59.95 |
| Guardian 10000 | $59.95 | $62.95 | $64.95 | $69.95 |
| Guardian 15000 | $69.95 | $72.50 | $74.50 | $79.95 |
| Guardian 20000 | $79.95 | $82.50 | $84.50 | $89.95 |
| Guardian 25000 | $89.95 | $92.50 | $94.50 | $99.95 |
| Guardian 35000 | $99.95 | $109.95 | $129.95 | $159.00 |
| Guardian 50000 | $119.99 | $129.99 | $139.99 | $199.90 |
| Dental 1000 | $89.99 | $149.99 | $149.99 | $219.99 |
| Dental 3000 | $99.99 | $159.99 | $159.99 | $239.99 |
| Dental 5000 | $109.99 | $169.99 | $169.99 | $259.99 |

# Fernandes
# Attachment H



**Fernandes Att. H**
**Page 1 of 1**

# Fernandes
# Attachment I



Fernandes Att. I
Page 1 of 1

# Fernandes
# Attachment J



# Fernandes
# Attachment K

Fernandes Att. K
Page 1 of 1



# Fernandes
# Attachment L



# Fernandes
# Attachment M



Fernandes Att. M
Page 1 of 1

# Fernandes
# Attachment N



## Health Insurance Pitch

Hello this is _____ your licensed Health Insurance Agent and how can I help you today?

Are you Currently insured with one of our plan's now or are uninsured looking to ENROLL?

**IF UNINSURED:**

When was the last time you had health insurance ?

Was that through your work or on your own ?

What happened to that plan?

**IF INSURED:**

Who do you currently have your insurance with?

Okay is that through your company or on your own?

How much are you paying with that plan ?

Your Zip code will bring up all the plans in your Region, So what is your Zipcode?

Are you looking for an Individual or Family plan?

The First thing the Underwriters take a look at for all US Citizens is Date of Birth. (Ge Date of births for Family members or spouse if needed)

What is your estimated Gross household income for the current year? (2024)

Now when the Underwriters pull your Medical records are there any conditions  or prescriptions that will show up on your records?

So you have had No Major Critical illnesses like Cancer, HIV, or Strokes ?

# Fernandes
# Attachment O



# Fernandes
# Attachment P

# <u>NEW HIRE</u>
# <u>TRAINING GUIDE</u>

## *WELCOME TO THE TEAM!!!*

### PLEASE
### <u>DO NOT WRITE</u>
### IN THESE BOOKLETS!

AT THE END OF DAY...
BOOKLETS ARE COLLECTED
PLEASE RETURN YOUR BOOKLET TO YOUR
TRAINER/MANAGER

*"The only thing standing between you and your goal is the bullsh\*t story you keep telling yourself as to why you can't achieve it."*

*-Wolf of Wall Street*

Fernandes Att. P
Page 1 of 2

## Table Of Contents

| | |
|---|---|
| Human Resources | 3 |
| Health Insurance Terminology | 4 |
| How to Handle a call | 10 |
| General Probing Questions | 11 |
| Sales Script | 12 |
| Choose A Platform: Innovative | 17 |
| Choose a Platform: Strategic | 18 |
| Button Up | 19 |
| Rebuttals | 21 |
| How To Ninja | 28 |
| How The Leads Work | 33 |
| Probing Questions for Sales Calls | 34 |

# Human Resources

*Be on Time for Your Shift:* If you need 10-15 minutes to get settled in before you start your shift, please plan your morning accordingly and arrive with enough time to spare before your scheduled shift.

*Running Late:* Life happens, we understand. Please let your floor manager know in your designated chat as soon as possible *BEFORE* your scheduled shift. Do not make this a habit; your check will then reflect any excessive tardiness.

*Calling Out:* When calling out please send a text message to your floor manager no less than two hours prior to your scheduled shift.

*Requesting Time Off:* When requesting time off please send a text message to your floor manager no less than a week prior along with the requested start and end date of desired time off.

*Breaks:* You are permitted 2 ten minute breaks and 1 thirty minute lunch.

*Clean Desk Policy:* Do not leave any food or drink items on your desk overnight. No paper or pens are permitted besides management.

*Open door policy:* When expressing any issues or concerns please follow the chain of command and feel free to reach out to your floor manager; allow a 24-48 hour turnaround time.

*Dress Code:* Semi business casual.

*Men:* Casual shirts: All shirts business casual crew-neck or V-neck shirts, and Polos. No tank tops, gym shorts, or pants worn below the waist or hip line.

*Women:* Skirts or dresses. A button-down shirt,dress, sweater, or polo shirt. No short shorts or crop tops.

# Fernandes
# Attachment Q

| Example Chart | Annual Income | Obamacare | BlueCross Cigna Aetna etc | State Private** Pitch exact price |
|---|---|---|---|---|
| Individual | $15k - $30k | $400-$450 | $350-$400 | $200-$300** |
| | $30k - $50k | $450-$500 | $400-$450 | $300-$350** |
| | $50k - $70k | $550-$600 | $500-$550 | $400-$450** |
| | $70k - $100k | $700-$750+ | $650-$700+ | $500-$600+** |

| Example Chart | Annual Income | Obamacare | BlueCross Cigna Aetna etc | State Private** Pitch exact price. |
|---|---|---|---|---|
| Member + Spouse/Children | $15k - $30k | $450-$500 | $400-$450 | $300-$350** |
| | $30k - $50k | $500-$600 | $450-$500 | $400-$450** |
| | $50k - $70k | $700-$750 | $650-$700 | $500- $550** |
| | $70k - $100k | $750-$800+ | $700-$750+ | $650-$800+** |

| Example Chart | Annual Income | Obamacare | BlueCross Cigna Aetna etc | State Private** Pitch exact price |
|---|---|---|---|---|
| Family | $15k - $30k | $550-$600 | $500-$550 | $350-$400** |
| | $30k -$ 50k | $650-$700 | $600-$650 | $500-$550** |
| | $50k - $70k | $750-$800 | $700-$750 | $600-$700** |
| | $70k - $100k | $1200-$1300 | $1100-$1200 | $900-$1100+** |

# Fernandes
# Attachment R



## Scorch Health

**Week Ending   12/10/2023**

Weekly   Commission   Report

| Salesperson | Paid Deals | Total Premium | Adj. PREM | AD&D Prem | Premium P/O | AD&D P/O | App Bonus | | Chargebacks Paycheck | Charge Back % |
|---|---|---|---|---|---|---|---|---|---|---|
| Enyer Mtz Enyer Martinez | 10 | 4,226.67 | 2,787.93 | 249.75 | 836.38 | 244.35 | 0 | | $ 426.74 $ 663.99 | 39% |

**Chargeback this week by Agent**

| Agent and Member | Health Commsions | AD&D Commissions | Total Chargeback |
|---|---|---|---|
| Enyer Martinez | 212.06 | 214.68 | 426.74 |
| Silvano | | | |
| Rabelo | 79.19 | 124.14 | |
| Raem | | | |
| Naaman | 64.19 | 37.17 | |
| Sueda | | | |
| Kare | 68.62 | 53.37 | |
| Grand Total | 212.06 | 214.68 | |

**Post Dated Sales Outstanding by Agent**

| Agent and Member | Charge | APP Fees | AD&D Fees |
|---|---|---|---|
| Enyer Martinez | 963.82 | 120.00 | 61.95 |
| Madison Tale | 320.90 | 20.00 | 61.95 |
| Vimeria Freeman | 298.97 | 50.00 | 0.00 |
| Ezralee Faike | 242.95 | 50.00 | 0.00 |
| Grand Total | 963.82 | 120.00 | 61.95 |

| Sale Date | Salesperson | Member Name | Member ID | Plan | Premium | APP Fee | AD&D Fee | Essential | Checked | Paid | Adj. PREM | Prem Comm | AD&D Comm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/6/2023 | Enyer Martinez | | T974165 | INNOVATIVE | 0.00 | 0.00 | 0.00 | | y | 0 | $ - | 0.00 | $ - |
| 12/6/2023 | Enyer Martinez | | T699967 | INNOVATIVE | 0.00 | 0.00 | 0.00 | | y | 0 | $ - | 0.00 | $ - |
| 12/6/2023 | Enyer Martinez | | T580235 | INNOVATIVE | 0.00 | 0.00 | 0.00 | | y | 0 | $ - | 0.00 | $ - |
| 12/6/2023 | Enyer Martinez | | L4929865 | SLP | 0.00 | 0.00 | 0.00 | | y | 0 | $ - | 0.00 | $ - |
| 12/6/2023 | Enyer Martinez | | S1636495 | SLP | 0.00 | 0.00 | 0.00 | | y | 0 | $ - | 0.00 | $ - |
| 12/4/2023 | Enyer Martinez | | G235424 | INNOVATIVE | 362.84 | 50.00 | 49.96 | $ 69.99 | y | 1 | $ 167.90 | 50.37 | $ 64.97 |
| 12/4/2023 | Enyer Martinez | | G349027 | INNOVATIVE | 242.90 | 50.00 | 0.00 | $ - | y | 1 | $ 167.90 | 50.37 | $ - |
| 12/6/2023 | Enyer Martinez | | G116533 | INNOVATIVE | 292.86 | 50.00 | 49.96 | $ - | y | 1 | $ 167.90 | 50.37 | $ 29.97 |
| 12/6/2023 | Enyer Martinez | | G944259 | INNOVATIVE | 311.90 | 0.00 | 0.00 | $ 119.00 | y | 1 | $ 167.90 | 50.37 | $ 59.50 |
| 12/6/2023 | Enyer Martinez | | G477513 | INNOVATIVE | 388.92 | 125.00 | 49.96 | $ - | y | 1 | $ 188.97 | 56.69 | $ 29.97 |
| 12/5/2023 | Enyer Martinez | | G830869 | INNOVATIVE | 404.92 | 125.00 | 0.00 | $ - | y | 1 | $ 254.82 | 76.45 | $ - |
| 12/5/2023 | Enyer Martinez | | G976691 | INNOVATIVE | 428.92 | 125.00 | 0.00 | $ - | y | 1 | $ 278.92 | 83.68 | $ - |
| 12/7/2023 | Enyer Martinez | | G419443 | INNOVATIVE | 555.36 | 100.00 | 0.00 | $ - | y | 1 | $ 430.36 | 129.11 | $ - |
| 12/7/2023 | Enyer Martinez | | G108883 | INNOVATIVE | 583.81 | 125.00 | 49.96 | $ - | y | 1 | $ 383.86 | 115.16 | $ 29.97 |
| 12/4/2023 | Enyer Martinez | | G425845 | INNOVATIVE | 654.36 | 0.00 | 49.96 | $ - | y | 1 | $ 579.40 | 173.82 | $ 29.97 |

Fernandes Att. R
Page 1 of 1

# Fernandes
# Attachment S



# Fernandes
# Attachment T

Fernandes Att. T
Page 1 of 1

# Fernandes
# Attachment U



# Fernandes
# Attachment V



# Fernandes Attachment W



# PX 22

## DECLARATION OF CRYSTAL ROGERS
## PURSUANT TO 28 U.S.C. § 1746

I, Crystal Rogers, hereby declare as follows:

1.      My name is Crystal Rogers. I live in Lauderdale Lakes, Florida and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.      In the spring of 2024, I applied to a job posting I found on ZipRecruiter for a customer service representative position at Innovative Partners LP. **Rogers Attachment A** is a true and correct image of the posting to which I applied. I interviewed for the position in late May 2024 with Shaked Yaloz, who is either an executive assistant or in human resources for the company. After a brief phone interview, I interviewed with Shaked at Innovative Partners, located at 1401 North University Drive, Suite 207, Coral Springs, Florida 33017. Shaked offered me the job after the on-site interview.

3.      This was a fulltime, in-person job, and on June 3, 2024, I arrived at the Innovative Partners office for my first day. I worked there until I was improperly terminated on September 27, 2024.

4.      Innovative Partners, LP sells limited benefit health plans that auto-renew monthly. The company offers two types of plans: "First Health" plans and "Multiplan" plans. The plans are tiered, and the higher tier plans are more expensive and offer more benefits. None of these plans—even at the highest tiers—are full coverage health insurance. They all offer limited benefits like discounts on certain expenses. For example, I recall that only the highest tiers of the Multiplan policies offered some coverage for physical therapy, and there was no physical therapy coverage at all under the First Health plans.

5. Under Innovative Partners, LP's policies, people who cancel within the first 30 days of enrollment are entitled to a refund of the first month's charges.

6. The Innovative Partners office at 1401 North University Drive, Suite 207 is a call center that handles customer service and provider inquiries related to Innovative Partners plans. Sales are done by telemarketing at the company's "downlines," which are related businesses focused on selling the plans and enrolling new customers.

7. The Innovative Partners call center has four departments: Member Advocacy, Retention, Renewals, and Claims. Member Advocacy answers incoming calls from "members," meaning people enrolled in Innovative Partners plans, and this department's job is to answer all plan-related questions. The Renewals department assists members with updating their payment information on file. The Retention department handles "saves," which means trying to prevent cancellations and keeping members enrolled. The Claims department answers health providers' questions about the plan benefits and status of claims.

8. During my time at Innovative Partners, about 60 to 65 people worked in the call center in cubicles that were on the main call room floor. The cubicles had chairs, computers, monitors, and headsets.

9. The executives had their own offices, and this group included Shaked, who had interviewed me, Arman Motiwalla, the Chief Operating Officer, Amani, the Chief Executive Officer (CEO), and Elsa Gonzalez, whose title I do not know.

10. Arman's duties included responding to member complaints filed with the Better Business Bureau (BBB). I do not know what his other duties were.

11. Although Amani was the CEO of Innovative Partners "on paper," everyone at Innovative Partners knew that the real CEO was her brother, Ackmon. Although Ackmon made

all of the major decisions and any major issues at the company would be brought to him, he did not want his name on any of the Innovative Partners paperwork. I was not aware of any office fro Ackmon at Innovative Partners, but he would stop in regularly to show the business to potential investors. During these visits, Ackmon would talk with team leads and agents on the call room floor. He would also come in routinely to look at the company's financial records.

12.     New hires at Innovative Partners complete one week of training, which ends with shadowing agents on the call room floor to see how they typically handle calls. After training, new hires are first assigned to the Member Advocacy department. After two or three weeks in this department, associates who meet their call quotas may be transferred to another department. The call quota is a requirement to answer about 35 calls per day. We are also required to wrap up our calls within 8 minutes at the most.

13.     Like all new employees, I started out in the Member Advocacy department after training. This job was very challenging, because often, members were angry and upset. Many members purchased the Innovative Partners policies believing it was full coverage health insurance, because that's what the downline telemarketing agents told them. After buying the plans or attempting to use them, members discovered that the plans were only limited benefit plans. This was common. We were told that the downline agents were allowed to say anything to convince consumers to purchase the Innovative Partners plans.

14.     Members who had discovered that they had actually purchased a limited benefit plan would call Member Advocacy to request cancellation. Member Advocacy associates did not have authorization to cancel plans, and the cancellation request calls were transferred to the Retention department.

15.     When I first started, it seemed that cancellations and refunds were generally being granted when members requested them. A few days or weeks into my job, however, Arman held a meeting with everyone on the call room floor, and he told us that the cancellation and refund rates were too high. He said that going forward, we needed to lower the refund rate and focus more on rebuttals. Rebuttals are responses to cancellation requests that attempt to persuade members not to cancel.

16.     Although Member Advocacy associates had rebuttal scripts outlining what to say in response to a request to cancel, we were told to say whatever was necessary to keep people from cancelling in the first 30 days. These instructions were delivered by team leads, although the real source was Arman and Amani. They would typically call team leads into their offices and direct them on how to instruct agents on the floor.

17.     In Member Advocacy, we focused on "soft rebuttals" to prevent cancellations. An example of a soft rebuttal is an offer to walk a member through other Innovative Partners plans to see if there is something else that could be a better fit for their needs. If the member was still adamant about cancelling after a soft rebuttal, Member Advocacy would transfer the call to the Retention department, which handled "saves." I did not work in the Retention department and do not know much about "saves" other than the goal of preventing cancellation

18.     After two or three weeks in the Member Advocacy department, I was transferred to the Claims department. Many calls to Claims would be from providers with questions about a member's coverage. Other calls would be questions from providers about the status of claims that had not yet been paid. The claims were processed through a third-party company called Marpai, and we would log in to the Marpai system to check the status of claims, which typically

took six to eight weeks to process. I worked in the Claims department until I was terminated on September 27, 2024.

19.     Sometime around August 2024, team leads came to each cubicle on the call room floor and collected all training documents, sticky notes, and any handwritten notes they found. Then, they proceeded to shred them all. They told us that they needed to shred everything because Innovative Partners was being audited soon.

20.     On Monday or Tuesday of the week of September 23, 2024, my team lead informed me I was going to be moved to a different cubicle. I did not understand why I was being moved, particularly given that I had consistently received positive feedback on my performance. I did not want to move cubicles, and I was upset about this decision.

21.     My team lead gave me the cell phone number of Ackmon, the real CEO, so that I could raise the issue with him. **Rogers Attachment B** is a true and correct screenshot of the contact I saved with Ackmon's number. On Tuesday, September 24, 2024, I called that number, 954-892-1092, but Ackmon did not pick up the call. I texted him stating that I was one of his employees and really needed to speak with him, but he did not reply. **Rogers Attachment C** is a true and correct screenshot of my text conversation with Ackmon that week.

22.     Later that day, shortly after I texted Ackmon, Arman called me into a conference room along with Miguel Salavar, who was a floor manager who reported to Arman and the other executives. Arman told me that contacting Ackmon directly is "not a good idea" and that doing so could result in termination from Innovative Partners.

23.     On Friday, September 27, 2024, shortly before the end of my shift, my team lead informed me that Arman wanted to see me. I met Arman in his office, and he told me that although I was one of the top agents in Claims, things were not working out. He said I might be

more comfortable working in one of the company's downlines. Arman explained that Innovative Partners has many different downlines all over South Florida, and he would be able to call around and find me a new position quickly. He also said he could offer three weeks of severance pay if I would sign some paperwork he had ready on his desk. I believe the paperwork included some kind of non-disclosure agreement.

24.    I told Arman that I understood he was trying to terminate me, and I had no interest in signing the paperwork. I got up to leave, and Arman tried to convince me to sit back down and sign the paperwork. I refused.

25.    Shortly after I left Innovative Partners that night, Arman called me and tried to convince me to sign the papers again, in exchange for severance pay, and move to a downline. Again, I refused.

26.    A little later that same evening, Arman sent me a text stating that I was bound by the terms of a non-disclosure agreement with Innovative Partners that he claims I signed on June 4, the day after I started working at the company. **Rogers Attachment D** is a true and correct screenshot of this text. I have no recollection of signing this agreement. There was no mention of a non-disclosure agreement when I started or when we were completing new-hire paperwork. The only documents I signed when I started were my direct deposit form and tax-related documents.

27.    I texted Ackmon again on the evening of September 27, 2024, stating that I had been wrongly fired and that I was contemplating legal action against the company. As shown in the screenshot in **Rogers Attachment C**, I did receive a reply to this text, stating "I think you have the wrong #."

Page **6** of **7**

28. The next week, Arman and Amani called and texted me to see if there was any way to reconcile. They both asked me to come back in to sign the paperwork. I still refused.

29. On October 16, 2024, I filed a BBB complaint about Innovative Partners. **Rogers Attachment E** is a true and correct copy of that complaint. The BBB business profile page for Innovative Partners listed three people as the "Business Management": Ben Wilson, Direct of Compliance; Briana Harrington, Manager; and Jimmy Sutton, Business Manger. I had never heard of or met Ben Wilson or Jimmy Sutton. Briana Harrington had been an employee of Innovative Partners while I was there, but she was not working there anymore when I was terminated in September. The Claims department was still using Briana's Marpai login information, however, because we did not have our own logins for that system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12|12__, 2024.

Crystal Rogers

# Rogers
# Attachment A

 

# Customer Service Representative

Innovative Partners LP
Coral Springs, FL
Expired: over a month ago Applications are no longer accepted.

$15 to $17 Hourly
Paid Time Off
Full-Time

## Job Description

We are seeking a Customer Service Representative to join our team!
Responsibilities:
- Provide exceptional customer service by phone, email, and chat
- Assist customers with inquiries, complaints, and product information
- Process orders, returns, and exchanges accurately and efficiently
- Maintain customer records and update information as needed
- Resolve customer issues in a timely and professional manner
- Collaborate with other departments to ensure customer satisfaction
- Upsell products and services to increase sales revenue
Experience:
- Previous customer service experience preferred
- Excellent phone etiquette and communication skills
- Fluent in English; additional languages such as Spanish are a plus
- Strong data entry skills with attention to detail
- Ability to multitask and prioritize tasks effectively
- Experience with outbound calling and sales is a bonus

As a Customer Service Representative, you will be the first point of contact for our valued customers. Your role is crucial in providing exceptional service and ensuring customer satisfaction. If you have excellent communication skills, enjoy helping others, and thrive in a fast-paced environment, we want to hear from you!

Please note that this is not a remote position. The successful candidate must be able to work on-site at our location.

We offer competitive pay rates and opportunities for career growth within our organization. Join our team of dedicated professionals and make a difference in the lives of our customers every day.

To apply for this position, please submit your resume highlighting your relevant experience and skills. We will contact qualified candidates for further consideration. Thank you for your interest in joining our team!

Job Type: Full-time

Pay: $15.00 - $17.00 per hour

Expected hours: 40 per week

Experience level:

- Under 1 year

Shift:

- 8 hour shift

Weekly day range:

- Monday to Friday

Work setting:

- Call center
- In-person

Work Location: In person

### Why Work Here?

Amazing family atmosphere, Great support from team, Lunch parties, bonuses, lots of growth opportunities!

### Address

Innovative Partners LP
1401 N University Dr
Coral Springs, FL
33071 USA

### Industry

Business

⚠ Report Job

# Rogers
# Attachment B



# Rogers
# Attachment C




# Rogers
# Attachment D



# Rogers
# Attachment E

# Innovative Partners, LP

**Case #:** 22430826

| | | | |
|---|---|---|---|
| **Consumer Info:** | Rogers, Crystal | **Business Info:** | Innovative Partners, LP |
| | | | 2234 N Federal Hwy PMB 2862 |
| | | | Boca Raton, FL 33431 |
| | | | 2393839145 |

**Date Filed:** 10/16/2024 2:00:00 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

This company is so fraudulent. Nothing about this company is real or accurate. The sales agents lie just to get you signed into what members think is a great insurance policy when it's actually a complete scam . It's insane the amount of complaints filed against this company. I was not aware of any of this until I became suspicious of the fraudulent activities. They shred all documents to hide their tracks . Big scam and not a real insurance company!!! They discriminate against people who speak up for themselves they try to bride you into signing an agreement 1st before they pay you what they call (hush money) but what they tell you is a severance pay after they terminate you for no reason . Yes I know Florida is a at will at state and an employer do not have to have a reason to let you go but it just all a sudden come to a conclusion of that action because of an employee speaking up for what she believe is right is unfair. If there were any problems then there should have been company policies and employee code of conduct in place .

**Consumer's Desired Resolution:**

Refund