# Gillam
# Attachment B

021524

# INNOVATIVE PARTNERS, LP HEALTH BENEFIT PLAN
### Summary Plan Description for the Benefits of the
### Elite 6MD Policy

Congratulations, you have just enrolled in Innovative Partners, LP's *Elite 6MD* Health Benefit Plan. This is a limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA"). This plan is designed to meet the needs of our employees and Active Limited Partners (including their families) who have been either unable to find a suitable major medical policy/plan, or who wish to supplement their existing major medical policy/plan. Please keep in mind that this Plan is not designed to be a major medical policy/plan nor is it designed to replace a major medical policy. This Plan has certain limitations and exclusions contained herein. Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1: GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time. |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | April 1, 2023 |
| 1.9. | Plan Year: | January 1 through December 31 |

021524

| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active Limited Partner |
|---|---|---|
| 1.11 | Program or Policy Name: | Elite 6MD |
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | Marpai PO Box 21112, Eagan, MN 55121 Payor ID #: 35245 |

## SECTION 2: NETWORK BENEFITS AND DISCOUNT PROGRAMS

We want to keep all of our partners as healthy and safe as possible; therefore, as a participant in this plan you (and any beneficiaries that you have added to your plan) will have access to the following benefits:

### 2.1 First Health Network:

Your Plan includes participation in the First Health Network which is one of the largest and most comprehensive independent participating provider (PPO) networks in the United States. When you go to a participating provider, First Health will reprice the charges from your doctor and you will receive the applicable discount. Once any applicable discount is applied, and if your medical service is covered by your Plan, the appropriate benefits will be paid toward your claim. Please remember that even after you exhaust your benefits under your Plan, you can still receive the participating provider discounts. Please visit www.FirstHealthLBP.com to find a participating provider or contact 866-949-3581 to obtain benefit information.

### 2.2 Prescription Discount Benefits:

All of the participants in your plan get to enjoy the countless discount pharmaceutical benefits of SingleCare. To download the app, simply go to: SingleCare.com and *use the code on your card*.

## SECTION 3: SCHEDULE OF HOSPITAL AND MEDICAL BENEFITS

### 3.1 General Medical Benefits:

021524

This Plan provides medical benefits in Section 3.1 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an unforeseen illness, sickness, or injury to the body. Whereas the benefits in Section 3.2 can only be for expenses resulting from an Accident, benefits in Section 3.1 can be used for either Accident or non-Accident expenses.

1.  ***Emergency Room and Urgent Care Visits: $150/ one visit per year/ $50 co-pay.***
    We will pay you p to $150 each time you, or a covered person, visit a hospital emergency room or urgent care medical professional, and you make a $50 co-pay to the medical facility. This benefit can only be used a maximum of one time per year per covered person.

2.  ***Physician Visit Benefit:***

    a.  ***Specialist Physician Visits:   $150 / per visit per year / $50 co-pay.***
        We will pay you up to $150 when you, or a covered person, visit a physician who is a Specialist, and you make a $50 co-pay to the Specialist.

    b.  ***Physicians:   $150   /   per   visit   per   year   /   $25   co-pay.***
        We will pay you up to $150 when you, or a covered person, visit a physician or urgent care medical professional, and you make a $25 co-pay to the physician.

    c.  You, or a covered person, are allocated a total of six (6) of the Specialist *or* physician visits described in the preceding two paragraphs. You, or a covered person, are free to use all six (6) of the allocated visits for either a Specialist or a physician, or you can mix or match the various benefits as long as you, or a covered person, do not exceed a combined number of six (6) visits for all Specialist and physician visits.

**3.2    Medical Benefits Resulting from an Accident Only:**

This Plan also provides additional medical benefits in this Section 3.2 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an Accident as defined herein. ***These benefits are not for unforeseen illness or sickness, they are only for an Accident as defined.***

1.  ***Hospital Room and General Nursing Care up to the Semiprivate Room Rate: up to $2,500.***
    If you, or a covered person, are confined to a hospital room as a result of an Accident, we will pay up to $2500 for the cost of the room, general boarding costs, and general nursing care up to a maximum of $2500.

2.  ***Physician's Fees for Surgery: up to $2500.***

021524

We will pay a physician's fee for a surgical procedure required by an Accident to you, or a covered person, up to a maximum of $2500. The surgery must be performed in a hospital, or other state-licensed surgical center.

3. ***Anesthesia Services: up to $2500.***
We will pay for any anesthesia services that are medically necessary as a result of an Accident to you, or a covered person, up to a maximum of $2500.

4. ***Nonsurgical Physician Care, inpatient or outpatient: $75.***
We will pay you up to $75 for any nonsurgical physician services that you incur as a result of an Accident to you, or a covered person, regardless if the services are inpatient or outpatient.

5. ***Hospital Emergency Room Care: up to $500.***
We will pay up to $500 in the event you, or a covered person, are required to receive emergency room care at a hospital as a result of an Accident.

6. ***X-rays, Ultrasounds, and other Medical Imaging: up to $250.***
We will pay up to $250 for x-rays, ultrasounds, and other medical imaging performed, as described herein, that are medically necessary as a result of an Accident to you, or a covered person.

7. ***Ambulance Service: up to $250.***
We will pay up to $250 if your injuries, or those of a covered person, as a result of an Accident that requires you, or a covered person, to be transported by an ambulance.

8. ***Prescription Drugs: up to $500.***
We will reimburse up to the amount of $500 for any prescription drug cost that you, or a covered person, incur provided that the prescription drugs are directly related to and medically necessary as a direct result of an Accident.

9. ***Dental Surgery for Injury to Sound Natural Teeth: up to $500.***
We will reimburse you, or a covered person, up to the amount of $500 for any dental surgery medically necessary and entirely required as a direct result of an Accident.

10. ***Physical Therapy: First Visit $60, Subsequent Visits, $30.***
In the event the injuries that you, or a covered person, incur as a direct result of an Accident, require you, or a covered person, to receive physical therapy services, we will reimburse $60 for the first physical therapy visit and reimburse $30 for each subsequent visit up to a maximum number of four (4) visits after the initial first visit.

**3.3   Waiting Period:**

021524

All sickness and indemnity benefits provided for in this Plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an Accident or loss of life.

***PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.***

## SECTION 4:     DEFINITIONS

The following definitions shall be controlling when used in connection with this plan. You should read and understand these definitions.

**ACA or PPACA** means the Patient Protection and Affordable Care Act of 2010, as amended.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Active Limited Partner(s)** means the limited partner made a signatory to either the Limited Partnership Agreement of the Plan Sponsor, or a Joinder Agreement to such Limited Partnership Agreement hereto, as well as other limited partners which may be added from time to time pursuant to the Limited Partnership Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

**Ambulatory Surgical Center** (ASC) means a distinct entity that operates exclusively for the purpose of furnishing outpatient surgical services.  The Ambulatory Surgical Center must be certified by the Center for Medicare and Medicaid Services (CMS).  An ASC is either an independent facility or operated by a Hospital.  A Hospital-operated facility must be a separately identifiable entity, physically and administratively, and be financially independent and distinct from other operations of the Hospital.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by the Plan and is not excluded by name or specific description in this Plan.

**Covered Person** means the plan participant. If you purchased insurance coverage that includes your spouse and/or child/children, these individuals are also included.

021524

**Covered Sickness** means a sickness that occurs on a day that coverage is in force, results in a loss covered by this plan, and is not excluded by name or specific description in this plan.

**Diagnosis** means the definitive establishment of the Critical Illness Condition through the use of clinical and/or laboratory findings. The Diagnosis must be made by a Physician who is a board-certified specialist where required under this coverage.

**Diagnostic Center or Facility** means a licensed and accredited entity that:

- Operates for the primary purpose of conducting medical diagnostic tests on patients,
- Does not assume ongoing responsibility for patient care, and
- Provides its services for use by other medical personnel.
- A Diagnostic Center or Facility may be either independent or operated by another medical entity.

**Dentist, Doctor, or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Emergency Room** means a portion of a Hospital where emergency diagnosis and treatment of a Sickness or Accident is provided.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Experimental/Investigational** means a drug, device, medical care, or medical treatment will be considered experimental/investigational if:

- The drug or device cannot be lawfully marketed without the approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished;
- The informed consent document utilized with the drug, device, medical care, or treatment states or indicates that the drug, device, medical, or medical treatment is part of a clinical trial, experimental phase, or investigational phase or if such a consent document is required by law;
- The drug, device, medical care, or medical treatment or the patient informed consent document utilized with the drug, device, medical care, or medical treatment was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal or state law requires such review and approval; or

Page **6** of **10**

021524

- Reliable evidence shows that the drug, device, medical care, or medical treatment is the subject of ongoing Phase I or Phase II clinical trials, is the research, experimental study, or investigational arm of ongoing Phase III clinical trials, or is otherwise under study to determine the maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Hospital** means a short-term, acute general hospital that is:

- Primarily engaged in providing, by or under the continuous supervision of physicians, to inpatients diagnostic and therapeutic services for diagnosis, treatment, and care of injured or sick persons;
- Has organized departments of medicine and major surgery;
- Has a requirement that every patient must be under the care of a physician or dentist;
- Provides 24-hour nursing care by or under the supervision of RNs;
- Has in effect a hospital review plan applicable to all patients which meet at least the standards set forth in Section 1861(k) of the United States Public Law 89-97 (42 USCA 1395x[k]);
- Duly licensed by the agency responsible for licensing such hospitals; and
- Not, other than incidentally, a place of rest, a place primarily for the treatment of tuberculosis, a place for the aged, a place for drug addicts or alcoholics, a place primarily for the treatment of mental disorders or chemical dependency, or a place for convalescent, custodial, educational or rehability care.

**Limited Medical Benefit** means a plan, program, or policy that has limited or defined benefits. It is not a comprehensive major medical plan, nor is it intended to replace a major medical plan. The plan is intended to provide you, and your covered dependents, with basic insurance coverage that is capped at specific amounts for specific services. This plan is also exempt from, and thus is not compliant with, ACA.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Medically Necessary** means a service or supply that is necessary and appropriate for the diagnosis or treatment of an injury or Sickness based on generally accepted current medical practice. A service or supply will not be considered Medically Necessary if:

- it is provided only as a convenience to the Covered Person or provider;
- it is not an appropriate treatment for the Covered Person's diagnosis or symptoms;
- it exceeds in scope, duration, or intensity that level of care which is needed to provide safe, adequate, and appropriate diagnosis or treatment; or
- it is an experimental/investigational treatment.

The fact that a Physician may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Plan.

021524

**Participant or Plan Participant** means the individual to whom this plan is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Pre-existing Condition** means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care, or treatment was recommended or received from a physician within a 12-month period preceding the effective date of coverage of the Covered Person.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment. Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

**Sickness** means an illness, infection, disease, or any other abnormal physical condition not caused by an Accident.

**Specialist** means *a* physician who focuses on a specific area of medicine and also *has advanced medical training in the specific area of medical specialty.* A specialist must be board-certified if certification is available for such specialty.

**Spouse** means any individual to whom you are legally married.

**Year, Coverage Year, or Plan Year** means the 12-month period beginning on the effective date of this plan and ending on the anniversary of the effective date of this plan. Subsequent years will run from anniversary date to anniversary date.

## SECTION 5:     DESCRIPTION OF PLAN BENEFITS

**Physicians and Urgent Care Visit Benefit:**

We will pay the Physicians and Urgent Care Visit Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for a doctor's office visit. This benefit also includes an office visit or diagnostic x-ray and/or laboratory testing for routine or preventative screenings, including a baseline mammogram, screening mammograms, cervical cytologic screenings, colorectal cancer screenings, prostate cancer screenings, and health screenings for children, per

021524

the standards and schedules of the American Academy of Pediatrics. Services must be rendered by a licensed Physician acting within the scope of his/her license.

**Emergency Room Benefit:**

We will pay the Emergency Room Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for and requires medical care from an emergency room due to injuries received in a Covered Accident or due to a Covered Sickness. The visit must occur on a day that the coverage is in force.

For a visit due to injuries received in a Covered Accident, the visit must occur within 72 hours after the date of the Covered Accident. Services must be rendered by a Physician.

## SECTION 6:     LIMITATIONS AND EXCLUSIONS

We will not pay benefits for:

- Pre-existing Conditions during the 12 months following the effective date under this Plan.
- Treatment, services, or supplies which:
  - Are not Medically Necessary;
  - Are not prescribed by a doctor as necessary to treat the Sickness or Injury;
  - Are experimental/investigational in nature, except as required by law;
  - Are received without charge or legal obligation to pay; or
  - Are provided by an immediate family member.
- Dental care or treatment, except for:
  - Dental care or treatment due to accidental injury to sound natural teeth within 12 months of a Covered Accident and
  - Dental care or treatment necessary due to congenital disease or anomaly.
- Elective procedures and cosmetic surgery. Cosmetic surgery shall not include:
  - Reconstructive surgery when such service is incidental to or follows, surgery resulting from trauma, infection, or other disease and
  - Reconstructive surgery because of a congenital disease or anomaly of a covered Dependent Child which has resulted in a functional defect.
- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Spinal manipulation or adjustment, including massage therapy.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Pregnancy.
- Charges for custodial maintenance or care.
- Treatment of mental illnesses, emotional disorders, and substance abuse.

021524

- Services rendered to a transplant donor of any organ or bodily element or the acquisition cost of any organ or bodily element.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.
- Eyeglasses, contact lenses, hearing aids, eye examinations, and hearing tests.

## SECTION 7:      CLAIMS PROCEDURE

Claims shall be submitted to:

> **Marpai**
> **PO Box 21112**
> **Eagan, MN 55121**
> **Payor ID #: 35245**

*Please include the plan number as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# Gillam
# Attachment C

# INNOVATIVE PARTNERS, LP HEALTH BENEFIT PLAN

## GUARDIAN ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT

Congratulations, you have just enrolled in Innovative Partners, LP's Guardian Accidental Death and Dismemberment Health Benefit Plan. This Guardian Accidental Death and Dismemberment Policy is intended solely to be a supplement to your other Innovative Partners, LP's Health Benefit Plan coverage. This supplemental policy is sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA").

Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1: GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time. |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | April 1, 2023 |
| 1.9. | Plan Year: | January 1 through December 31 |
| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active Limited Partner |

| | | |
|---|---|---|
| 1.11 | Program or Policy Name: | Guardian Accidental Death and Dismemberment |
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | Marpai<br>PO Box 21112<br>Eagan, MN 55121<br>Payor ID #: 35245<br>(Specify: **Innovative Partners Accidental Death and Dismemberment Claim**) |

## SECTION 2:    SCHEDULE OF BENEFIT COVERAGES

When you enrolled, you purchased coverage at a selected Principal Sum amount. Please notice that your actual coverage in the event of an Accidental Death and Dismemberment is based upon the Principal Sum amount that you purchased. If the Principal Sum amount listed below is not correct, please contact Partner Services immediately.

**Principal Sum**              $ _____

| **Covered Persons** | **Percentage of Principal Sum** |
|---|---|
| Primary Insured | 100% of Principal Sum |
| Spouse | 50% of Principal Sum |
| Dependent Children | 25% of Principal Sum |

| **Covered Losses** | **Benefit Amount** |
|---|---|
| Life | 100% of the Principal Sum |
| Both Hands or both Feet or sight of both Eyes | 100% of the Principal Sum |
| One Hand and one Foot | 100% of the Principal Sum |
| One Hand or one Foot, and sight of one Eye | 100% of the Principal Sum |
| Both Speech and Hearing | 100% of the Principal Sum |
| One Hand or one Foot or sight of one Eye | 50% of the Principal Sum |
| Speech, or Hearing in Both Ears | 50% of the Principal Sum |

Thumb and Index Finger on the Same Hand          25% of the Principal Sum

## SECTION 3:          DEFINITIONS

The following definitions shall be controlling when used in connection with this benefit. You should read and understand these definitions.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the benefit plan participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by this benefit, and is not excluded by name or specific description in this benefit.

**Covered Person** means the plan participant or limited partner. If you purchased coverage that includes your spouse and/or child/children, these individuals are also included.

**Doctor or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Loss of Hand or Foot** means the complete and permanent severance through or above the wrist or ankle joint.

**Loss of Hearing** means the total and permanent loss of hearing in both ears. Such loss correctable by surgery or implants is not considered total and permanent.

**Loss of Sight** means the total and permanent loss of entire sight. Such loss correctable by surgery or lenses is not considered total and permanent.

**Loss of Speech** means the total and permanent loss of speech.

**Loss of Thumb and Index Finger of the same Hand** means the complete and permanent severance through or above the joints where the thumb and index finger are joined to the hand.

**Participant or Plan Participant** means the individual to whom this Plan or any Policy there under is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Principal Sum or Principal Sum Amount** means the amount of coverage that you purchased. Your benefit amount that would be paid for a covered claim is based upon a percentage of the Principal Sum.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment. Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

**Spouse** means any individual to whom you are legally married.

**Year, Coverage Year, or Benefit Plan Year** means the 12-month period beginning on the effective date of this benefit plan and ending on the anniversary of the effective date of this benefit plan. Subsequent years will run from anniversary date to anniversary date.

## SECTION 4: DESCRIPTION OF POLICY BENEFITS

*All benefits are payable at most once daily per benefit category*

If a Covered Person's Accidental Bodily Injury results in a loss, within 180 days after the accident causing the loss, we will pay the Accidental Death and Dismemberment Benefit, shown in the above Schedule of Benefits.

Page **4** of **5**

If the Covered Person suffers more than one loss from any one accident, we will pay only one amount, the largest.

*Please note that a Spouse receives 50% of the above-referenced benefit, and a Child receives 25% of the above-referenced benefit.*

## SECTION 5:    LIMITATIONS AND EXCLUSIONS

- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.

## SECTION 6:    CLAIMS PROCEDURE

Claims should be submitted to:

> Marpai
> PO Box 21112
> Eagan, MN 55121
> Payor ID #: 35245
> (Specify: **Innovative Partners Accidental Death and Dismemberment Claim**)

*Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# Gillam
# Attachment D



INNOVATIVE
PARTNERS

Plan Name: Elite MD 6

Name: JACK G WOODLEY

Member ID #: G775910

Primary Physician Co-Pay: $25

Specialist Co-Pay: $50



First Health
Network

## Claims Submission:
## EDI Payor : 42049

First Health Network PPO Information
800.226.5116 or www.firsthealthlbp.com

### Mail all NON PPO Claims to:

Group Resources
P.O. Box 100043
Duluth, GA 30096-9343

## Providers -

To verify coverage call
866.949.3581

## Members -

For benefits & claims

call 866.949.3581

# Gillam
# Attachment E

1401 N University Dr,
Coral Springs, FL, 33071

 INNOVATIVE PARTNERS

Dear Fellow Partner:

Congratulations, you have just enrolled in Innovative Partners, LP's Elite 6MD Health Benefit Plan. This is a self-funded limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA") and is regulated by the United States Department of Labor. As is customary with the nature of insurance in general, this Plan has certain limitations. You have been given the Summary Plan Description document as well as the Wrap Plan Document, please carefully read these entire documents so that you will fully understand all of your benefits and coverage details. If you have any questions whatsoever you should immediately contact **Partner Services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled in your plan to cancel your plan and receive a refund of your first month's premium.

Sincerely,

*Your Partnership Team*

# Gillam
# Attachment F



# Gillam
# Attachment G



## Eligibility

Providers  To confirm eligibility, verify benefits,
or check the status of a claim:
Electronic Eligibility through Availity - Payer ID  35245
Marpai Portal. www.myMarpai.com
Innovative Partners Customer Service: 866-949-3581
Limited Benefit Plan

Partners  To confirm eligibility, verify benefits,
or check the status of a claim,
please call Innovative Partners at 866-949-3581
To find a First Health provider, please call
800-226-5116 or visit www.firsthealthlbp.com

## Claims Submission

Please submit Medical Electronic Claims
Directly to Marpai Payer ID# 35245

Or mail claims to
Marpai Health
P.O. Box 21112
Eagan, MN 55121

For identification purposes only. Not a guarantee of coverage or payment.
Benefit Plans are not sold or insured by First Health or its associates.

# Gillam
# Attachment H

J9D4 [8,069] 1 of 1

**MARPAI** Marpai Health
PO BOX 21112
EAGAN MN 55121-0112

## EXPLANATION OF BENEFITS

**Forwarding Service Requested**

**Customer Service**

If you have questions regarding this claim, please visit us online www.myMarpai.com, or call us at 877-755-2662.

JACK WOODLEY          J9D4          8,069

**Group Name: Innovative Partners, LP**

*** THIS IS NOT A BILL ***

| Patient: JACK WOODLEY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date: May 3, 2024 | | | | | | | | Claim Finalized Date: 05/28/2024 | | |
| Provider: | | | | Patient Responsibility | | | | NETWORK: | FHN | |
| Rendering Provider: | | | | | | | | | | |
| Date of Service | Description | Billed Charges | Plan Allowed/ Qualified Payment Amount | Not Covered | Deductible | Co-Pay | Coinsurance | PAID Amount | PAID % | Remark Code |
| 05/03-05/03/2024 | Medical Services | $213.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | FHN |
| | Gross Total | $213.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | Other Insurance/Adjustment | | | | | | | $0.00 | | |
| Patient #: | | | | | | | Amount Paid: | $0.00 | | |
| Claim #: | | | | | | Amount Patient May Owe Provider: | | $0.00 | | |

| Year to Date (YTD) SUMMARY - Patient | | Out-of-Pocket (OOP) | | Patient's Status | |
|---|---|---|---|---|---|
| | | Deductible | OOP | MOOP[1] | Remaining |
| Network | Medical Year to Date (YTD) Summary | $0.00 | $0.00 | UNLIMITED | UNLIMITED |
| Non-Network | Medical Year to Date (YTD) Summary | $0.00 | $0.00 | UNLIMITED | UNLIMITED |

[1]MOOP - Maximum Out-of-Pocket for Patient; Patient Responsibility amount are described in your benefits booklet; does not include "Not-Covered"

**REMARKS**

FHN    This claim was processed per your First Health PPO Contractual Agreement.  The member is not responsible for the difference between the billed covered charge and the contracted amount.

## APPEAL RIGHTS

<u>This document contains important information that you should retain for your records.</u>
This document serves as notice of benefit determination.  We may have declined to provide benefits, in whole or in part, for the requested treatment or service described on the front side of this document.  If you think this determination was made in error, you have the right to appeal (see below for information about your appeal rights).

Important Information about Your Appeal Rights

**What if I need help understanding this denial?**  <u>Contact Customer Service at the number located on the front of your explanation of benefits and on your Identification Card</u> if you need assistance understanding this notice or our decision to deny you a service or coverage.

**What if I don't agree with this decision?**  You have a right to appeal any decision not to provide or pay for an item or service (in whole or in part).  As part of our standard appeal process, you have 180 days from receipt of this notice to file an appeal. Failure to comply with this timeframe may constitute forfeiture of your right or your designated agent's right to appeal a claim denial, partial payment or service rejection.
**How do I file an appeal?**  Send your request and any supporting documentation to:

Appeals Department
PO Box 21112
Eagan, MN 55121

**What if my situation is urgent?**  If your situation meets the definition of urgent under the law, your review will generally be conducted within 72 hours.  Generally, an urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal.  If you believe your situation is urgent, you may request an expedited appeal by contacting the customer service phone number listed on your ID card. If your request does not meet the requirements for an expedited review, we will follow the standard appeal timeframe for pre-service reviews which is 30 calendar days. You, your authorized representative, or healthcare provider will receive a written determination of our review.

**Who may file an appeal?**  You or someone you name to act for you (your authorized representative) may file an appeal.  The authorized representative and the applicant request must both be in writing accompanied by a signature, unless the applicant is unable to sign.

**Can I provide additional information about my claim?**  Yes, you may supply additional information by contacting customer service by phone or in writing.

**Can I request copies of information relevant to my claim?**  Yes, you may request copies (free of charge).  If you think a coding error may have caused this claim to be denied, you have the right to have billing and diagnosis codes sent to you, as well.  You can request copies of this information by contacting Customer Service.

**What happens next?**  If you appeal, we will review our decision and provide you with a written determination. Standard pre-service appeals are processed in 30 calendar days from receipt. Post or after service appeals are reviewed within 60 calendar days from receipt or your request. You, your authorized representative, or healthcare provider will receive a written determination of our review and outcome of the appeal.  If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.
**Other resources to help you:** For questions about your rights, this notice, or for assistance, you can contact:  the Employee Benefits Security Administration at 1-866-444-EBSA (3272)

# Gillam
# Attachment I

# SINGLE CARE

**PHARMACY SAVINGS CARD**

SingleCare®

AUTHORIZATION NUMBER
001 000 029

BIN 610378
GRP BK0029
PCN SC1

UP TO 80% OFF YOUR PRESCRIPTIONS

This card is not insurance.    Customer Support: 1-844-234-3057

## Save up to 80% on your prescriptions with SingleCare!

Just show one of these cards to the pharmacist next time you fill a prescription.

## Your Free Card Is Ready To Download

This SingleCare pharmacy savings card entitles you to up 80% off 10,000+ prescription medications.

The card is pre-activated and ready for immediate use at any participating pharmacy nationwide.

SingleCare cards work whether you have health insurance or not, and our prices often beat insurance cost-share. A typical person that regularly fills prescriptions saves an average of $37 a script and hundreds of dollars per year.

Using SingleCare is easy: just show our card to the pharmacist when you fill your next prescription.

Savings are automatically applied at checkout.

Keep one card for yourself and share the QR code with a friend or family member so they can get their digital card!

SingleCare is not insurance. There are no claim forms, deductibles, limitations, or maximums.

SingleCare can be used by anyone. No one is excluded from this program for any reason.

# Gillam
# Attachment J

Fwd: Innovative Partners - PAYMENT DECLINED – Action Required

From: Jack Woodley ▮▮▮▮▮▮▮▮▮▮▮▮▮

To:      hailey.gillam▮▮▮▮▮                                                                              )

Date:  Saturday, June 15, 2024 at 05:57 PM CDT

---------- Forwarded message ---------
From: **Innovative Partners** <partnerservices@innovativepartnerslp.com>
Date: Fri, 14 Jun 2024 at 05:41
Subject: Innovative Partners - PAYMENT DECLINED – Action Required
To: <jack.woodley▮▮▮▮▮▮▮▮▮▮▮
Cc: <IPA2702@carynhealth.com>, <membercc@innovativepartnerslp.com>

Dear JACK WOODLEY,

We regret that your payment method for Innovative Partners has been declined. We do not want you to miss out on the benefits of your health plan, but we are unable to process your payment and provide health services to you until you correct your bank information or provide a new payment method.

The details are:
Payment Amount: $339.86
Payment Method: Credit Card
Last 4 Digits of Payment Method: ▮ xxxxxxxxxx1139

Health services will be suspended until payment is resolved, so we urge you to please provide another payment method as soon as possible by calling Partner Services at 866-949-3581 between 10am to 6pm. They will help you verify your existing bank information or process a new payment method.

If you feel this was in error or have questions about this transaction, please contact our Partner Services team. You may also want to contact your bank or credit card company.

Best regards,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

# Gillam
# Attachment K

To: +1 (936) 628-8432                                                                    ⓘ

**Text Message**
Wed, Mar 13 at 6:20 PM

Hey I'm going to call you from my computer in just a moment 👍

Mon, Mar 18 at 12:11 PM

> This is Hailey Gillam, Jack Woodley's wife. Is there an online portal for his health insurance that he can register on?

Fri, Jun 21 at 1:44 PM

> Good afternoon, my husband bought health insurance through you and we are having a difficult time contacting them regarding payment. We got a new card and they tried to process the payment through our old card and he has received messages to call and update the payment, but he stays on hold and then it eventually disconnects the call. We emailed and have not received a response. He got a message today saying that if he did not update it today, they would cancel his plan. Nobody is answering and now we don't know what to do.

I will have my customer service team. Call you right now.

What is your member ID?

And are you calling the 8554321273 number?

> His phone number is ███████ so you can have them call him. His member id is G775910. The email said to call 8669493581 and is the same number that's on the back of his insurance card

Yeah, that's the wrong number to call

Call the 855-432-1273 number

Number you called is automated number which is probably why you were having so much trouble. If you call that number it connects you directly over to my customer service team for my clients which is your customer service team.

Sorry, I don't know if you caught but when I was speaking to you, I mentioned that they're going to send you a few other phone numbers were gonna be for member service. One will be for claims and when you'll be for customer service but that's all the automated systems and that is not individually for you, the customer service number that I gave you is individually for you so it's gonna be a real person that answers the phone and they'll be able to do that for you very easily.

call the 855-432-1273 number right now, do you have any trouble with that number, Text me back.

To: +1 (936) 628-8432

call the **855-432-1273** number right now, do you have any trouble with that number, Text me back.

**Fwd: Innovative Partners - PAYMENT DECLINED — Action Required**

---------- Forwarded message ----------
From: **Innovative Partners**
<partnerservices@innovativepartne-slp.com>
Date: Fri, 14 Jun 2024 at 05:41
Subject: Innovative Partners - PAYMENT DECLINED — Action Required
To: <jack.woodley███████████>
Cc: <IFAZ702@carynhealth.com>,
<memberce@innovativepartnerslp.com>

*That's so odd. Well try that now. This is the email we received*

No, like I said, yes they're gonna send you multiple different numbers. That number is for the insurance company as a whole but again you have a agent of record which means that you have a specific agent you deal with instead of having to deal with a new person every time you call Lynn and you also had a customer service team that is for you specifically rather than having to be connected to a customer service department that has two 300 people that also outsourced to different countries so that way you have the direct number to your specific team that can help you out with everything and you're not waiting on hold or going through any automated systems.

Not every agent has their own customer service department. It's something that you have to pay for, but every insurance company will have an automated customer service for example for people that enroll by themselves like through blue cross, or for example, if you spoke to an agent that only worked for that specific insurance company they would not have their own customer service team. They would only have the customer service

To: +1 (936) 628-8432

company they would not have their own customer service team. They would only have the customer service department at the insurance carrier has which again is automated and outsourced so it's much harder to use, which is why agents like myself that don't work for just one company we have our own customer service teams for our clients so that you're always dealing with the same people no matter the plan that we have you on. That way you also don't just go through the same thing you went through when you tried to call the automated number.

Sorry for the misspellings, I had a client on hold and did talk to text so please excuse my grammar and if there are any words that were incorrect.

Thank you for explaining! I told my husband to call immediately and we'll let you know if we have any promblems

No problem I'm glad that I texted you from my number. That way you didn't only have the number from the email.

Also, I'm sorry I forgot to respond to your message in regards to the online portal. Yes there is one of the emails that they sent you originally which will have a password and your member ID is the login after you log into that and then you'll get an access code it's gonna be sent to you and the access code is how you log into the app med Trust and from the app you'll have a digital copy of your cards access to your member portal without having to go online and login every time and then you're also gonna have a step counter in there that counts how many steps you physically take. You get a small rebate check at the end of the year based on how many steps taken so I would download it on both you and your husband's phone just so you get the most bang for your bank it's not a dollar per stamp, but you might get $50-$100 at the end of the year cause of it so it's better than nothing. The insurance company will give you where they'll give you like a gift card for getting your flu shots and stuff like that but with this plan, you actually get a rebate check at the end of the year and you have your phone in your pocket everywhere you go. The customer service would explain that you how to set all that up. It's just to incentivize people to be more active and healthy.

Yeah we saw that email after I messaged you and signed up for the portal. I didn't see the step counter thing but I'll check again

He was able to get through and get the payment fixed. Thank you so very much for your help!

It is built there internally. I don't know if you have to do something turn turn it or if it's just automatically done, but I do know that it does have it built into it. I don't know if it shows it to you though that's something that you would probably have to ask the customer service team about.

Wed, Jul 17 at 8:36 PM

My husband went to the dr and they are saying the insurance company is not payingfor his visits. I looked up the phone number you sent me to call before and there are a million complaints about this being a scam

Thu, Jul 18 at 7:12 AM

So he just got an email last night that says his request to cancel and it says that it will be cancelled as of 7/13/2024. That's not correct. We haven't cancelled yet, our bank suspected fraud again so we were going to call to process it again and have the insurance until 8/31/2024. Please call me

# Gillam
# Attachment L

Fwd: Innovative Partners - Payment Method Change

From:   Jack Woodley

To:     hailey.gillam

Date:   Tuesday, September 24, 2024 at 07:55 PM CDT

---------- Forwarded message ---------
From: **Innovative Partners** <partnerservices@innovativepartnerslp.com>
Date: Fri, 21 Jun 2024 at 14:04
Subject: Innovative Partners - Payment Method Change
To: <jack.woodley                >

Dear JACK WOODLEY,

We have received a request to change your payment method for Innovative Partners to the following:
Payment Method: Credit Card
Last 4 Digits of Payment Method: ******6606

If you did not change your payment method, please call Partner Services at 866-949-3581.

Best regards,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

# Gillam
# Attachment M

| Date ▼ | Description ◇ | Category | | Amount ◇ | |
| --- | --- | --- | --- | --- | --- |
| Jul 18, 2024 | INNOVATIVE HEALTH PLANS | Bills & utilities | ∨ | −$339.86 | › |
|  | INNOVATIVE HEALTH PLANS | Bills & utilities | ∨ | −$339.86 | › |
| Jul 15, 2024 | INNOVATIVE HEALTH PLANS | Bills & utilities | ∨ | $339.86 | › |
| Jun 24, 2024 | INNOVATIVE HEALTH PLANS | Bills & utilities | ∨ | $339.86 | › |

# Gillam
# Attachment N

Fwd: Innovative Partners - Cancellation Confirmation

From:   Jack Woodley ███████████████████

To:     hailey.gillam@███████

Date:   Thursday, July 18, 2024 at 12:16 AM CDT

---------- Forwarded message ---------
From: **Innovative Partners** <partnerservices@innovativepartnerslp.com>
Date: Wed, 17 Jul 2024 at 22:40
Subject: Innovative Partners - Cancellation Confirmation
To: <jack.woodley███████████>
Cc: <membercc@innovativepartnerslp.com>

Dear JACK WOODLEY,

We've received your request to cancel your health plan activated on 03-14-2024. We're currently processing your cancellation. Your health plan will be terminated as of 07-13-2024.

If you have any questions regarding your cancellation or if you received this email by mistake, please contact Partner Services at 866-949-3581.

Best regards,
Innovative Partners



866-949-3581
partnerservices@innovativepartnerslp.com

Case 0:26-cv-60976-AHS   Document 1-17   Entered on FLSD Docket 04/07/2026   Page 43 of 100

# Gillam
# Attachment O

# MARPAI

| Member: | JACK WOODLEY |
|---|---|
| Member ID: | G775910 |
| Group ID: | MP200 |

## Claims Summary

Questions about this claim?
Call:   866-949-3581
Email:  claims@innovativepartnerslp.com

**Download EOB**

**Share EOB**

Claim Number: ███████████

| Member: | JACK WOODLEY | Total Billed Charges: ⓘ | 931.35 |
|---|---|---|---|
| Service Date(s): | 07/03/2024 | Total Plan Allowed: ⓘ | 931.35 |
| Claim Status: | Completed | Total Not Covered: ⓘ | 931.35 |
| Claim Finalized Date: ⓘ | 09/16/2024 | Total Deductible: ⓘ | 0.00 |
| Plan: | IP Elite MD 6 | Total Co-Pays: ⓘ | 0.00 |
| Claim Type: | Medical | Total Coinsurance: ⓘ | 0.00 |
| Provider: | Laboratory Corporation America Holdings | Total Gross Paid: ⓘ | 0.00 |
| Rendering Provider: | | Total Other Insurance/Adjustments: ⓘ | 0.00 |
| | | Total Amount Paid: ⓘ | 0.00 |
| | | Total Member May Have to Pay: ⓘ | 931.35 |

# MARPAI

| Member: | JACK WOODLEY |
| Member ID: | G775910 |
| Group ID: | MP200 |

## Claims Summary

Questions about this claim?
Call:    866-949-3581
Email:   claims@innovativepartnerslp.com

**Download EOB**

**Share EOB**

Claim Number: ████████

| Member: | JACK WOODLEY | Total Billed Charges: ⓘ | 931.35 |
| Service Date(s): | 07/03/2024 | Total Plan Allowed: ⓘ | 931.35 |
| Claim Status: | Completed | Total Not Covered: ⓘ | 931.35 |
| Claim Finalized Date: ⓘ | 09/16/2024 | Total Deductible: ⓘ | 0.00 |
| Plan: | IP Elite MD 6 | Total Co-Pays: ⓘ | 0.00 |
| Claim Type: | Medical | Total Coinsurance: ⓘ | 0.00 |
| Provider: | Laboratory Corporation America Holdings | Total Gross Paid: ⓘ | 0.00 |
| Rendering Provider: | | Total Other Insurance/Adjustments: ⓘ | 0.00 |
| | | Total Amount Paid: ⓘ | 0.00 |
| | | Total Member May Have to Pay: ⓘ | 931.35 |

# MARPAI

| Member: | JACK WOODLEY |
|---|---|
| Member ID: | G775910 |
| Group ID: | MP200 |

## Claims Summary

Questions about this claim?
Call:    866-949-3581
Email:  claims@innovativepartnerslp.com

**Download EOB**

**Share EOB**

Claim Number: ▮▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| Member: | JACK WOODLEY | Total Billed Charges: ⓘ | 224.00 |
| Service Date(s): | 07/16/2024 | Total Plan Allowed: ⓘ | 224.00 |
| Claim Status: | Completed | Total Not Covered: ⓘ | 224.00 |
| Claim Finalized Date: ⓘ | 09/16/2024 | Total Deductible: ⓘ | 0.00 |
| Plan: | IP Elite MD 6 | Total Co-Pays: ⓘ | 0.00 |
| Claim Type: | Medical | Total Coinsurance: ⓘ | 0.00 |
| Provider: | | Total Gross Paid: ⓘ | 0.00 |
| Rendering Provider: | ▮▮▮▮▮▮ | Total Other Insurance/Adjustments: ⓘ | 0.00 |
| | | Total Amount Paid: ⓘ | 0.00 |
| | | Total Member May Have to Pay: ⓘ | 224.00 |

# EXPERT EXHIBIT 6

## <u>DECLARATION OF DEBBIE MARCELA MESCHWITZ CRONENBOLD</u>
### PURSUANT TO 28 U.S.C. § 1746

I, Debbie Marcela Meschwitz Cronenbold hereby declare as follows:

1.       My name is Debbie Marcela Meschwitz Cronenbold. I live in Brighton, Massachusetts and am over eighteen years of age. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to these same facts.

2.       I moved to the United States in 2023, and in March 2024, I was uninsured and looking to enroll in health insurance.  I was working a temporary job at that time, and it did not provide health insurance. I was worried about a potential tax penalty if I did not have health insurance. Sometime in March 2024, I googled "insurance mass health." I landed at what appeared to be a site for MassHealth, where I believed I could enroll in a state-sponsored health insurance plan. I'm fairly certain the URL was masshealthplans.com. The site solicited my personal information, including my phone number and zip code, and answers to a questionnaire about my health insurance needs. I submitted the information, completed the questionnaire, and shortly afterwards, I started receiving lots of phone calls about enrolling in health insurance.

3.       During one of these calls, which I received on March 28, 2024, I purchased a healthcare plan that I believed to be a MassHealth plan. The agent I spoke to when enrolling told me told it would cover all of my medical expenses, and I would not have any out-of-pocket costs. The agent also said the plan only required payment for three months, and after that, I would be covered for the rest of the year for free. After I enrolled in the plan, I did not see any confirmation or plan documents in my email inbox. To ask about this, that same day, I decided to call back at the same number from which the agent had just called me.

4.      When the call connected, I was speaking to a different agent. I told him that I had just purchased a MassHealth plan and was looking for documents related to this plan, because I had not received them yet. This new agent, who said his name was David, identified himself as a licensed health insurance agent but did not give the name of the company or agency he was working for. I told him that the plan I had just purchased had full coverage for all medical expenses and only required 3 months of payments, after which the coverage would continue for the rest of the year for free. He told me that he had found my enrollment information, and it was a plan through another company. David said I had not purchased the type of plan I was describing. He told me he could enroll me in the correct full-coverage healthcare plan, and after enrolling in this plan, I would need to call the other company to cancel the first enrollment.

5.      I decided to follow David's advice and proceed with enrolling in a plan with him. At that time, I did not know much about the health insurance plan I needed, because I was still relatively new to the country. I did know, however, that health insurance coverage is essential in this country, and I was eager for coverage. Also, I trusted David's recommendations about enrolling in a health insurance plan because I believed he was with MassHealth.

6.      To enroll me in a plan, David asked for my personal information, including health conditions and social security number.  He told me that the plan he found for me would only require me to pay around $250 per month for three months, and then I would be insured for the rest of the year. David also said that with this plan I would have no out-of-pocket costs for any medical expenses, which was what I was looking for.

7.      At some point during our calls, David learned that I am a native Spanish speaker, and David speaks Spanish fluently. We switched to speaking in Spanish, and I asked David to explain the plan benefits again in Spanish so I could be very certain that I fully understood what I

Page **2** of **8**

was buying. David stated in Spanish that under the health insurance plan he had found for me, I would only have to pay for three months but would receive coverage for the full year, and there would be no out-of-pocket costs for any medical expenses.

8.     I decided to purchase the plan David recommended, which I believed to be a MassHealth plan. David told me that my charge for the first month would be around $340, because it included an enrollment fee, and the payment in the other months would be lower. He explained that the fee was non-refundable but was required in order to process my enrollment paperwork. David then collected my debit card information and sent me a text with a link to complete the enrollment on my device while he stayed on the phone line. **Meschwitz Cronenbold Attachment A** is a true and correct image of that text, which was from 956-625-4397. When I clicked the text link, and it opened a webpage that asked me to enter my date of birth "to verify [my] identity" before accessing the application. **Meschwitz Cronenbold Attachment B** is a true and correct screenshot of that page. I submitted this information, and then there was another page with checkboxes requesting confirmation that I wanted to enroll in the plan. I do not recall seeing any details about the plan features on this page. David instructed me to check the boxes to complete enrollment. I followed these instructions, and afterwards, David told me that I was enrolled. Before ending the call, David said that if I have any questions about my plan, I should call 888-201-1810, which was an exclusive "members only" line; he warned me that no one will pick up the phone if I called the customer service number on my plan documents. David also told me that he is my personal insurance agent, and gave me his direct number: 628-900-8986.

9. David gave me the phone number to call to cancel that health insurance plan I had previously enrolled in, and after my call with him, I did so. I do not remember the name of the company or the number that I called, but I do remember the cancellation was quick and easy.

10. A few minutes after my call with David ended, I received several emails related to my new plan from addresses with the domain "innovativepartnerslp.com." One was an email with subject "Sales Receipt" and a large Innovative Partners logo at the top, and it stated that my card had been charged a $50 enrollment fee, $216.87 "[m]onthly payment for Elite MD 6," and $69.95 "[m]onthly payment for Guardian 15000," for a total of $339.82. **Meschwitz Cronenbold Attachment C** is a true and correct pdf copy of this email. Another email, with the subject "Innovative Partners – Partner Portal," included login information and a link to a portal that would provide "immediate access" to my "temporary ID card[], resources, [and] monthly payment details." **Meschwitz Cronenbold Attachment D** is a true and correct image of this message.

11. That day, I signed into the "Partner Portal," from the link in **Meschwitz Cronenbold Attachment D**, and I downloaded several documents that I found in the portal. I have attached those documents, which are labeled as follows: **Meschwitz Cronenbold Attachment E** is a true and correct pdf of my temporary ID card; **Meschwitz Cronenbold Attachment F** is a true and correct pdf of the document with file name "SPD-Elite-6MD"; **Meschwitz Cronenbold Attachment G** is a true and correct pdf of the document with file name "Elite-MD-Plan-Brochure"; **Meschwitz Cronenbold Attachment H** is a true and correct pdf of the document with file name "SPD-Guardian"; **Meschwitz Cronenbold Attachment I** is a true and correct pdf of the document titled "New Limited Partner Joinder Agreement"; and

**Meschwitz Cronenbold Attachment J** is a true and correct pdf of a document with "terms and conditions" for "using the [I]nnovative services."

12. When I opened and read these documents, I discovered that the benefits listed were significantly different from those that David had described to me over the phone. My understanding of the plan described in the documents is that it would only provide limited benefits, such as a total of $150 towards one emergency room visit per year, and I would have to pay the rest of the costs. The plan that David told me I was purchasing offered complete coverage and no out-of-pocket expenses. I would not have purchased this product had David been honest with me and had I known it only offered limited benefits and not full coverage. I decided to call the company and cancel immediately.

13. Less than one hour after I had purchased the plan from David on March 28, 2024, I called the "members only" customer service number he had provided, 888-201-1810, to cancel my plan. I connected with an agent who told me that my cancellation would be processed with a full refund within five days. I also sent an email Innovative Partners at partnerservices@innovativepartnerslp.com to ensure there was a written record of my cancellation request.

14. I waited five to ten days, and when I checked my bank statement, I saw that the charge still had not been reversed. I also had not received a response to my cancellation email. To check on the status of my cancellation and refund request, I called the "members only" customer service number, 888-201-1810, again. I connected to the same agent as I did during my previous call to this number, and he confirmed that my cancellation request had been received and was being processed. The agent said it would take five more days to process and for the refund to appear in my bank statement.

15. Around two weeks after I had purchased (and attempted to cancel) the Innovative Partners plan, I received some documents related to the plan in the mail. These included a letter from Innovative Partners stating that if I canceled within "30 calendar days," I would "receive a refund of [my] first month's premium." **Meschwitz Cronenbold Attachment K** is a true and correct image of this letter.

16. When I received these documents in the mail, I still had not received a refund or reply to my cancellation email, so I called the "members only" customer service number, 888-201-1810, again. I connected to the same agent as during my previous calls to this line, and the agent told me that under the terms of my contract, I could not cancel my plan until I had been enrolled a minimum of three months. I told the agent that the physical documents I had received in the mail stated that I could cancel within 30 days for a full refund, but the agent still refused.

17. Throughout April 2024, I called the "members only" customer service number, 888-201-1810, many times—at least 15 to 20 times if I had to guess—to ask why my cancellation and refund request had not been completed. Over the course of the month, the agent for the "members only" service number kept changing his response to the cancellation request. During the calls earlier in the month, he had stated that my refund would be processed within five days; during the later calls, he told me that I was not eligible for a refund and under the terms of the contract, I needed to be enrolled for a minimum of three or six months. When I disputed this, citing for example the language from the Innovative Partners letter, **Meschwitz Cronenbold Attachment K,** the agent tried to convince me that I was confused or did not understand the terms of the contract properly. This was very frustrating. I felt like the agent was lying to me to hang onto my personal information and continue collecting money from me.

18. Sometime in April 2024, I also tried calling David back on his direct line, 628-900-8986, for help with my cancellation request and refund. When I reached David, he told me he was not aware of my cancellation request. After that call, I attempted to call David again, but he never picked up any of my subsequent calls.

19. Despite my repeated requests, I did not receive a refund or a response to my cancellation email in April 2024. What I did receive was a security alert from my bank asking if I had authorized a $289.82 charge, dated April 28, 2024, from "Innovative Health Plan." **Meschwitz Cronenbold Attachment L** is a true and correct image of this alert. In response, I notified the bank that I did not authorize the charge. I could not believe the company was attempting to charge me again, after so many cancellation requests over the course of the past month! After I notified my bank that the Innovative Health Plan charge was unauthorized, the bank canceled my debit card and issued me a new one, thankfully preventing any additional charges from Innovative Partners. The initial charge, however, had not been reversed or refunded.

20. On April 29, 2024, I reported my experience to the Federal Trade Commission. On April 30, 2024, I filed a complaint with the Better Business Bureau (BBB). **Meschwitz Cronenbold Attachment M** is a true and correct copy of my BBB complaint. After I complained to the BBB, on May 9, 2024, I received two emails from partnerservices@innovativepartnerslp.com; one message stated Innovative Partners was "processing [my] cancellation" and the other stated that the initial $339.82 charge would be refunded that day. I did receive the refund.

21. My experience searching for health insurance and being tricked into purchasing the Innovative Partners product has been very upsetting and stressful. I feel upset that David and

Innovative Partners lied to me to take my money. When I asked David to confirm he was with MassHealth, he told me he was and that he was selling me a plan with full coverage and no out-of-pocket costs. What he actually sold me, according to the documents, is a plan with very limited benefits, putting me at risk of potentially large medical bills that I cannot afford. Innovative Partners—especially the agent on the "members only" customer service line—continued to lie to me about my refund and the terms for cancellation, including by pressuring me to stay enrolled for at least six months. Innovative Partners ignored my repeated cancellation and refund requests until I contacted the BBB. It was very frustrating that I had to spend so much time fighting to get my money back. I feel anxious that this company has collected sensitive personal information about me, including information about my health conditions and my social security number. I would not have provided any of this information had I known that this was not a real health insurance company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _November 22_, 2024.

_Debbie Marcela Meschwitz Cronenbold_

# Meschwitz Cronenbold

# Attachment A



Thursday, Mar 28 • 12:30 PM

Texting with (956) 625-4397 (SMS/MMS)



To complete the enrollment app,click this link :https://enroll.innovativepartnerslp.com/autologin?u=

████████████████████@gmail.com&p=██████████

C
Tap to load preview

Text message

# Meschwitz Cronenbold

# Attachment B



# Meschwitz Cronenbold

# Attachment C

From: Innovative Partners <partnerservices@innovativepartnerslp.com>
Date: Thu, Mar 28, 2024, 12:35 PM
Subject: Sales Receipt
To: <████████████████████@gmail.com>
Cc: <IPA0213@carynhealth.com>, <membercc@innovativepartnerslp.com>



866-949-3581
partnerservices@innovativepartnerslp.com

DEBBIE MESCHWITZ CRONENBOLD, your enrollment has been successfully completed! You will receive an email notification shortly that details how to access your online portal to review your plan details, temporary identification cards, resources, and more.

| | |
|---|---|
| Customer ID: | ████████████████ @gmail.com |
| Customer: | DEBBIE MESCHWITZ CRONENBOLD BRIGHTON, MA, US, ████ +█ |
| Payment Method: | Credit Card |
| Coverage Through: | 04-28-2024 |

Payment Towards:

| | |
|---|---|
| Enrollment Fee | $50.00 |
| Monthly Payment for Elite MD 6 | $219.87 |
| Monthly Payment for Guardian 15000 | $69.95 |
| Total Amount | $339.82 |

Thank you for your order!

Need help? Contact your recruiter or our partner services team today!

# Meschwitz Cronenbold

# Attachment D

From: **Innovative partners** <admin_noreply@innovativepartnerslp.com>
Date: Thu, Mar 28, 2024, 12:35 PM
Subject: Innovative Partners - Partner Portal
To: <█████████████████████@gmail.com>


## Welcome DEBBIE MESCHWITZ CRONENBOLD

Thank you! Your enrollment has been successfully completed and you gain immediate access to a dedicated area for easy access to your programs, temporary ID cards, resources, monthly payment details, and more.

Bookmark the page below for easy reference and quick access to your portal. Your login credentials will be the email used on enrollment and the temporary password listed below. Upon successful login, you will be prompted to update your password for continued access.

Partner Portal URL: **https://member.innovativepartnerslp.com**

**PORTAL LOGIN CREDENTIALS**
Username: █████████████████████@gmail.com
Temporary Password: ███████████

Need help? Contact your recruiter or our partner services team today!

 **INNOVATIVE** PARTNERS

866-949-3581
partnerservices@innovativepartnerslp.com

# Meschwitz Cronenbold

# Attachment E



## INNOVATIVE PARTNERS

**Innovative Partners, LP**

Partner Services: 866-949-3581

Name: DEBBIE MESSERSZMIDT

**Member Out of Pocket**

Member ID: G589083

PCP: $25
Specialist: $50

Group #: MP200   Urgent Care: $50

**Elite MD 6**   ER: $50

Provider Network



First Health
Network
**Limited Benefit Plan**

---

### Eligibility

**Providers:** To confirm eligibility, verify benefits,
or check the status of a claim:
Electronic Eligibility through Availity – Payer ID: 35245
Marpai Portal: www.myMarpai.com
Innovative Partners Customer Service: 866-949-3581
Limited Benefit Plan

**Partners:** To confirm eligibility, verify benefits,
or check the status of a claim,
please call Innovative Partners at 866-949-3581
To find a First Health provider, please call
800-226-5116 or visit www.firsthealthlbp.com

### Claims Submission

Please submit Medical Electronic Claims
Directly to Marpai Payer ID# 35245

Or mail claims to:
Marpai Health

P.O. Box 21112
Eagan, MN 55121

# Meschwitz Cronenbold
# Attachment F

# INNOVATIVE PARTNERS, LP HEALTH BENEFIT PLAN
### Summary Plan Description for the Benefits of the Elite 6MD Policy

Congratulations, you have just enrolled in Innovative Partners, LP's *Elite 6MD* Health Benefit Plan. This is a limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA"). This plan is designed to meet the needs of our employees and Active Limited Partners (including their families) who have been either unable to find a suitable major medical policy/plan, or who wish to supplement their existing major medical policy/plan. Please keep in mind that this Plan is not designed to be a major medical policy/plan nor is it designed to replace a major medical policy. This Plan has certain limitations and exclusions contained herein. Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1:     GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time. |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | April 1, 2023 |
| 1.9. | Plan Year: | January 1 through December 31 |

RV110723

| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active Limited Partner |
| 1.11 | Program or Policy Name: | Elite 6MD |
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | First Health, PO Box 3040, Farmington Hills, MI 48333 Payor ID: 42049 |

## SECTION 2:   NETWORK BENEFITS AND DISCOUNT PROGRAMS

We want to keep all of our partners as healthy and safe as possible; therefore, as a participant in this plan you (and any beneficiaries that you have added to your plan) will have access to the following benefits:

### 2.1   First Health Network (*an Aetna and CVS Health Company*):

The First Health Network is one of the largest and most comprehensive independent participating provider (PPO) networks in the United States. This network is owned and sponsored by two names in healthcare that you can trust – **Aetna and CVS**! Your plan includes participation in this network. When you go to a participating provider, First Health will reprice the charges from your doctor, and you will receive the applicable discount. Once any applicable discount is applied, and if your medical service is covered by your plan, the appropriate benefits will be paid toward your claim. Please remember that even after you exhaust your benefits under your plan, you can still receive the participating provider discounts. In order to find out which providers in your area are covered and defined details regarding your specific benefits, please go to **FirstHealthLBP.com**.

### 2.2   Prescription Discount Benefits:

All of the participants in your plan get to enjoy the countless discount pharmaceutical benefits of SingleCare. To download the app, simply go to: SingleCare.com and *use the code on your card*.

## SECTION 3:   SCHEDULE OF HOSPITAL AND MEDICAL BENEFITS

RV110723

### 3.1    General Medical Benefits:

This Plan provides medical benefits in Section 3.1 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an unforeseen illness, sickness, or injury to the body. Whereas the benefits in Section 3.2 can only be for expenses resulting from an Accident, benefits in Section 3.1 can be used for either Accident or non-Accident expenses.

1. ***Emergency Room and Urgent Care Visits: $150/ one visit per year/ $50 co-pay.*** We will pay you $150 each time you, or a covered person, visit a hospital emergency room or urgent care medical professional, and you make a $50 co-pay to the medical facility. This benefit can only be used a maximum of one time per year per covered person.

2. **Physician Visit Benefit:**

   a. ***Specialist Physician Visits:   $150 / per visit per year / $50 co-pay.*** We will pay you $150 when you, or a covered person, visit a physician who is a Specialist, and you make a $50 co-pay to the Specialist.

   b. ***Physicians:   $150  /  per  visit  per  year  /  $25  co-pay.*** We will pay you $150 when you, or a covered person, visit a physician or urgent care medical professional, and you make a $25 co-pay to the physician.

   c. You, or a covered person, are allocated a total of six (6) of the Specialist *or* physician visits described in the preceding two paragraphs. You, or a covered person, are free to use all six (6) of the allocated visits for either a Specialist or a physician, or you can mix or match the various benefits as long as you, or a covered person, do not exceed a combined number of six (6) visits for all Specialist and physician visits.

### 3.2    Medical Benefits Resulting from an Accident Only:

This Plan also provides additional medical benefits in this Section 3.2 that are designed to assist with the expenses that you, or a covered person, may incur as a result of an Accident as defined herein. ***These benefits are not for unforeseen illness or sickness, they are only for an Accident as defined.***

1. ***Hospital Room and General Nursing Care up to the Semiprivate Room Rate: up to $2,500.*** If you, or a covered person, are confined to a hospital room as a result of an Accident, we will pay up to $2500 for the cost of the room, general boarding costs, and general nursing care up to a maximum of $2500.

2. ***Physician's Fees for Surgery: up to $2500.***

RV110723

We will pay a physician's fee for a surgical procedure required by an Accident to you, or a covered person, up to a maximum of $2500. The surgery must be performed in a hospital, or other state-licensed surgical center.

3. *Anesthesia Services: up to $2500.*
   We will pay for any anesthesia services that are medically necessary as a result of an Accident to you, or a covered person, up to a maximum of $2500.

4. *Nonsurgical Physician Care, inpatient or outpatient: $75.*
   We will pay you $75 for any nonsurgical physician services that you incur as a result of an Accident to you, or a covered person, regardless if the services are inpatient or outpatient.

5. *Hospital Emergency Room Care: up to $500.*
   We will pay $500 in the event you, or a covered person, are required to receive emergency room care at a hospital as a result of an Accident.

6. *X-rays, Ultrasounds, and other Medical Imaging: up to $250.*
   We will pay $250 for x-rays, ultrasounds, and other medical imaging performed, as described herein, that are medically necessary as a result of an Accident to you, or a covered person.

7. *Ambulance Service: up to $250.*
   We will pay $250 if your injuries, or those of a covered person, as a result of an Accident that requires you, or a covered person, to be transported by an ambulance.

8. *Prescription Drugs: up to $500.*
   We will reimburse up to the amount of $500 for any prescription drug cost that you, or a covered person, incur provided that the prescription drugs are directly related to and medically necessary as a direct result of an Accident.

9. *Dental Surgery for Injury to Sound Natural Teeth: up to $500.*
   We will reimburse you, or a covered person, up to the amount of $500 for any dental surgery medically necessary and entirely required as a direct result of an Accident.

10. *Physical Therapy: First Visit $60, Subsequent Visits, $30.*
    In the event the injuries that you, or a covered person, incur as a direct result of an Accident, require you, or a covered person, to receive physical therapy services, we will reimburse $60 for the first physical therapy visit and reimburse $30 for each subsequent visit up to a maximum number of four (4) visits after the initial first visit.

## 3.3   Waiting Period:

All sickness and indemnity benefits provided for in this Plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days

RV110723

thereafter. The waiting period limitation does not apply to benefits regarding an Accident or loss of life.

*PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category; (2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.*

## SECTION 4:   DEFINITIONS

The following definitions shall be controlling when used in connection with this plan. You should read and understand these definitions.

**ACA or PPACA** means the Patient Protection and Affordable Care Act of 2010, as amended.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Active Limited Partner(s)** means the limited partner made a signatory to either the Limited Partnership Agreement of the Plan Sponsor, or a Joinder Agreement to such Limited Partnership Agreement hereto, as well as other limited partners which may be added from time to time pursuant to the Limited Partnership Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

**Ambulatory Surgical Center** (ASC) means a distinct entity that operates exclusively for the purpose of furnishing outpatient surgical services. The Ambulatory Surgical Center must be certified by the Center for Medicare and Medicaid Services (CMS). An ASC is either an independent facility or operated by a Hospital. A Hospital-operated facility must be a separately identifiable entity, physically and administratively, and be financially independent and distinct from other operations of the Hospital.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by the Plan and is not excluded by name or specific description in this Plan.

**Covered Person** means the plan participant. If you purchased insurance coverage that includes your spouse and/or child/children, these individuals are also included.

RV110723

**Covered Sickness** means a sickness that occurs on a day that coverage is in force, results in a loss covered by this plan, and is not excluded by name or specific description in this plan.

**Diagnosis** means the definitive establishment of the Critical Illness Condition through the use of clinical and/or laboratory findings. The Diagnosis must be made by a Physician who is a board-certified specialist where required under this coverage.

**Diagnostic Center or Facility** means a licensed and accredited entity that:

- Operates for the primary purpose of conducting medical diagnostic tests on patients,
- Does not assume ongoing responsibility for patient care, and
- Provides its services for use by other medical personnel.
- A Diagnostic Center or Facility may be either independent or operated by another medical entity.

**Dentist, Doctor, or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Emergency Room** means a portion of a Hospital where emergency diagnosis and treatment of a Sickness or Accident is provided.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Experimental/Investigational** means a drug, device, medical care, or medical treatment will be considered experimental/investigational if:

- The drug or device cannot be lawfully marketed without the approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished;
- The informed consent document utilized with the drug, device, medical care, or treatment states or indicates that the drug, device, medical, or medical treatment is part of a clinical trial, experimental phase, or investigational phase or if such a consent document is required by law;
- The drug, device, medical care, or medical treatment or the patient informed consent document utilized with the drug, device, medical care, or medical treatment was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal or state law requires such review and approval; or
- Reliable evidence shows that the drug, device, medical care, or medical treatment is the subject of ongoing Phase I or Phase II clinical trials, is the research, experimental study, or

RV110723

investigational arm of ongoing Phase III clinical trials, or is otherwise under study to determine the maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Hospital** means a short-term, acute general hospital that is:

- Primarily engaged in providing, by or under the continuous supervision of physicians, to inpatients diagnostic and therapeutic services for diagnosis, treatment, and care of injured or sick persons;
- Has organized departments of medicine and major surgery;
- Has a requirement that every patient must be under the care of a physician or dentist;
- Provides 24-hour nursing care by or under the supervision of RNs;
- Has in effect a hospital review plan applicable to all patients which meet at least the standards set forth in Section 1861(k) of the United States Public Law 89-97 (42 USCA 1395x[k]);
- Duly licensed by the agency responsible for licensing such hospitals; and
- Not, other than incidentally, a place of rest, a place primarily for the treatment of tuberculosis, a place for the aged, a place for drug addicts or alcoholics, a place primarily for the treatment of mental disorders or chemical dependency, or a place for convalescent, custodial, educational or rehabilitory care.

**Limited Medical Benefit** means a plan, program, or policy that had limited or defined benefits. It is not a comprehensive major medical plan, nor is it intended to replace a major medical plan. The plan is intended to provide you, and your covered dependents, with basic insurance coverage that is capped at specific amounts for specific services. This plan is also exempt from, and thus is not compliant with, ACA.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Medically Necessary** means a service or supply that is necessary and appropriate for the diagnosis or treatment of an injury or Sickness based on generally accepted current medical practice. A service or supply will not be considered Medically Necessary if:

- it is provided only as a convenience to the Covered Person or provider;
- it is not an appropriate treatment for the Covered Person's diagnosis or symptoms;
- it exceeds in scope, duration, or intensity that level of care which is needed to provide safe, adequate, and appropriate diagnosis or treatment; or
- it is an experimental/investigational treatment.

The fact that a Physician may prescribe, authorize, or direct a service does not, of itself, make it Medically Necessary or covered by the Plan.

**Participant or Plan Participant** means the individual to whom this plan is issued.

RV110723

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Pre-existing Condition** means a condition (whether physical or mental), regardless of the cause of the condition, for which medical advice, diagnosis, care, or treatment was recommended or received from a physician within a 12-month period preceding the effective date of coverage of the Covered Person.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment.  Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

**Sickness** means an illness, infection, disease, or any other abnormal physical condition not caused by an Accident.

**Specialist** means *a* physician who focuses on a specific area of medicine and also *has advanced medical training in the specific area of medical specialty*. A specialist must be board-certified if certification is available for such specialty.

**Spouse** means any individual to whom you are legally married.

**Year, Coverage Year, or Plan Year** means the 12-month period beginning on the effective date of this plan and ending on the anniversary of the effective date of this plan. Subsequent years will run from anniversary date to anniversary date.

## SECTION 5:      DESCRIPTION OF PLAN BENEFITS

**Physicians and Urgent Care Visit Benefit:**

We will pay the Physicians and Urgent Care Visit Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for a doctor's office visit. This benefit also includes an office visit or diagnostic x-ray and/or laboratory testing for routine or preventative screenings, including a baseline mammogram, screening mammograms, cervical cytologic screenings, colorectal cancer screenings, prostate cancer screenings, and health screenings for children, per the standards and schedules of the American Academy of Pediatrics. Services must be rendered by a licensed Physician acting within the scope of his/her license.

RV110723

**Emergency Room Benefit:**

We will pay the Emergency Room Benefit, shown in the Schedule of Benefits, for any day a Covered Person incurs charges for and requires medical care from an emergency room due to injuries received in a Covered Accident or due to a Covered Sickness. The visit must occur on a day that the coverage is in force.

For a visit due to injuries received in a Covered Accident, the visit must occur within 72 hours after the date of the Covered Accident. Services must be rendered by a Physician.

## SECTION 6:    LIMITATIONS AND EXCLUSIONS

We will not pay benefits for:

- Pre-existing Conditions during the 12 months following the effective date under this Plan.
- Treatment, services, or supplies which:
  - Are not Medically Necessary;
  - Are not prescribed by a doctor as necessary to treat the Sickness or Injury;
  - Are experimental/investigational in nature, except as required by law;
  - Are received without charge or legal obligation to pay; or
  - Are provided by an immediate family member.
- Dental care or treatment, except for:
  - Dental care or treatment due to accidental injury to sound natural teeth within 12 months of a Covered Accident and
  - Dental care or treatment necessary due to congenital disease or anomaly.
- Elective procedures and cosmetic surgery.   Cosmetic surgery shall not include:
  - Reconstructive surgery when such service is incidental to or follows, surgery resulting from trauma, infection, or other disease and
  - Reconstructive surgery because of a congenital disease or anomaly of a covered Dependent Child which has resulted in a functional defect.
- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Spinal manipulation or adjustment, including massage therapy.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Pregnancy.
- Charges for custodial maintenance or care.
- Treatment of mental illnesses, emotional disorders, and substance abuse.
- Services rendered to a transplant donor of any organ or bodily element or the acquisition cost of any organ or bodily element.

RV110723

- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.
- Eyeglasses, contact lenses, hearing aids, eye examinations, and hearing tests.

## SECTION 7:     CLAIMS PROCEDURE

Claims shall be submitted to:

> First Health
> PO Box 3040
> Farmington Hills, MI  48333
> Payor ID: 42049

*Please include the plan number as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

RV110723

# Meschwitz Cronenbold
# Attachment G



INNOVATIVE
PARTNERS

# HEALTH BENEFIT PLAN

# TABLE OF CONTENTS

First Health Plan Overview ............................................ 3

Elite 2MD ............................................................ 4

Elite 4MD ............................................................ 5

Elite 6MD .......................................................... 6

Ancillary Benefits

    Guardian .................................................... 7

    Essential ................................................... 8

    Teladoc ................................................... 9

    Dental ................................................... 11

Additional Benefits

    Accidental Medical.................................................12

    Single Care ...............................................13

    Progressive Nutracare ...........................................14

# FIRST HEALTH PLAN > OVERVIEW

As a participant of this plan, you and any beneficiaries you have added to your plan will have access to the following benefits:

## First Health Network:

The First Health Network is one of the largest and most comprehensive independent participating provider (PPO) network in the United States. Your plan includes participation in this network. When you go to a participating provider, First Health will reprice the charges from your doctor and you will receive the applicable discount. Once any applicable discount is applied, and if your medical service is covered by your plan, the appropriate benefits will be paid toward your claim. Please remember that even after you exhaust your benefits under your plan, you can still receive the participating provider discounts. In order to find out which providers in your area are covered and defined details regarding your specific benefits, please contact 866.949.3581







## OVERVIEW

## Primary Care, Physician, Specialist, or Urgent Care Visits

Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| ELITE 2 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| | Primary Care | 2 | $150 | $25 |
| Outpatient Services | Specialist | 2 | $150 | $50 |
| | Urgent Care Visits | 2 | $150 | $50 |
| | Emergency Room | 1 | $150 | $50 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category;(2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

**Waiting Period**

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

# ELITE 4MD   OVERVIEW

## Primary Care, Physician, Specialist, or Urgent Care Visits

Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| ELITE 4 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Outpatient Services | Primary Care | 4 | $150 | $25 |
| | Specialist | 4 | $150 | $50 |
| | Urgent Care Visits | 4 | $150 | $50 |
| | Emergency Room | 1 | $150 | $50 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category;(2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

**Waiting Period**

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

# ELITE 6MD OVERVIEW

## Primary Care, Physician, Specialist, or Urgent Care Visits

Eligible outpatient visits with Primary Care Physician, Specialist, or Urgent Care up to a maximum of $150 per plan, per year.

| ELITE 6 | Services | Days per plan year | Maximum amount per plan year | Copay |
|---|---|---|---|---|
| Outpatient Services | Primary Care | 6 | $150 | $25 |
| | Specialist | 6 | $150 | $50 |
| | Urgent Care Visits | 6 | $150 | $50 |
| | Emergency Room | 1 | $150 | $50 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category;(2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

**Waiting Period**

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

6

# GUARDIAN

## ANCILLARY BENEFITS

$5,000 | $10,000 | $15,000 | $20,000 | $25,000 | $35,000 | $50,000

Elite participants may enroll in our Guardian plan to add coverage for accidental death and dismemberment.

These plans are optional add-on benefits at an additional monthly cost for you and are available for additional family members.

| COVERED PERSONS | Percentage of Principal Sum |
| --- | --- |
| Primary Insured | 100% |
| Spouse | 50% |
| Dependent Children | 25% |

| COVERED LOSSES | |
| --- | --- |
| Life | 100% |
| Both Hands, feet, or sight of both eyes | 100% |
| One hand and one foot | 100% |
| One hand or one foot and sight of one eye | 100% |
| Both speech and hearing | 100% |
| One hand or one foot or sight of one eye | 50% |
| Speech or hearing in both ears | 50% |

7

# ESSENTIAL ANCILLARY BENEFITS

## $5,000 | $10,000 | $15,000 | $20,000 | $25,000

Elite participants may enroll in our Essential plan to help with their critical illness needs.

These plans are optional add-on benefits at an additional monthly cost for you and are available for additional family members.

| ELIGIBLE ADULT CRITICAL ILLNESS | Percent of Allowed Amount |
|---|---|
| Invasive Cancer | **100%** If the Diagnosis is more than 90 days after both the Plan and Policy Effective Date |
| Invasive Cancer | **10%** If the Diagnosis is during the first 90 days after the Plan or Policy Effective Date |
| Cancer in Situ | 25% |
| Heart Attack | 100% |
| Stroke | 100% |
| Major Organ Transplant (Only one Major Organ per Lifetime) | 100% |
| Coronary Artery Bypass Surgery | 25% |
| Angioplasty | 25% |
| Aortic Surgery | 25% |
| Heart Valve Replacement/Repair Surgery | 25% |
| Coma (Lasting more than 15 consecutive days) | 100% |
| Paralysis | 100% |
| End-Stage Renal Failure | 100% |

8

# ACCIDENTAL MEDICAL ▸ ADDITIONAL BENEFITS

Elite participants have access to an additional accidental benefit. This benefit is designed to assist with expenses that you, or a covered person may incur as a result of an accident

| ELIGIBLE ACCIDENTAL MEDICAL | Allowed Amount |
| --- | --- |
| Nonsurgicl Physician Care, inpatient or outpatient | $75 |
| X-rays, Ultrasounds, and other Medical Imaging | $2500 |
| Anesthesia | $2500 |
| Hospital room & General Nursing Care | $2500 |
| Hospital Emergency Room Care | $500 |
| Physician's Fees for Surgery | $2500 |
| Ambulance Service | $250 |
| Prescription Drugs | $500 |
| Dental Surgery for Injury to Sound Natural Teeth | $500 |
| Physical Therapy | First Visit $60, Subsequent Visits, $30 |

PLEASE NOTE: (1) All benefits are payable at most once daily per benefit category;(2) This plan and its benefits are exempt from the Patient Protection and Affordable Care Act and they do not come under the definition of minimum benefits for purposes of the Act.

**Waiting Period**

All sickness and indemnity benefits provided for in this plan are subject to a 30-day waiting period. This waiting period shall begin on the first day of coverage and terminate 30 days thereafter. The waiting period limitation does not apply to benefits regarding an accident or loss of life.

# TELADOC

Teladoc Health is one of the largest telemedicine companies in the United States. Your plan allows you to have a consultation with a physician, or other healthcare providers, licensed in your individual state. You will be able to talk to a doctor virtually anytime, anywhere by either telephone or video. You can contact your doctor through your landline telephone, your cellular telephone, the Teladoc app, or through the website. After your consultation, your doctor will diagnose your symptoms and send a prescription if necessary. All of this is provided for you with a $0 Co-Pay! Yes, you will not be charged for your medical consultation!

## Get Started In Minutes!

To get started, download the app or get started online. You can also call 1-800-Teladoc. Then fill out a brief medical history like you would at a doctor's office

## Teladoc Advantages

Get connected with the right medical care. Don't wait weeks for an appointment. Our doctors, therapists, and specialists can help you with:

- The flu
- Infections
- Anxiety
- Stress
- Skin conditions
- Advice on serious medical conditions.

No matter what you're facing, we're available from wherever you are by phone, video or app.



10

# TELADOC

## Get Peace of Mind

Whether it's a perscription sent to the pharmacy of your choice, the guidance to move forward, or a review of your condition from a medical expert, Teladoc is ready to help.

## Get Started Now

https://member.teladoc.com/registrations/get_started

## Download The App

https://apps.apple.com/US/app/id656872607?mt=8










11

# DENTAL

## Copay

Participating members are eligible for dental coverage with copay.

Please contact: • • • •• • • •• • • •to confirm participating providers and copays.

## Covered Services and Procedures:

- Diagnostic Services
- Preventive Services
- Restorative Services
- Endodontic Services
- Periodontic Services
- Prosthodontic Services
- Prosthodontic Services (removable)
- Implant Services
- Prosthodontic Services
- Oral Surgery Services
- Orthodontic Services
- Adjunctive Services

Procedures and services not included will be discounted 20% of Dentist's normal fee at time of service



12

# SINGLE CARE



## Save up to 80% on your prescriptions with SingleCare!

Just show one of these cards
to the pharmacist next time
you fill a prescription.

## Your Free Card Is Ready To Download

This SingleCare pharmacy savings card entitles you to up 80% off 10,000+ prescription medications.

The card is pre-activated and ready for immediate use at any participating pharmacy nationwide.

SingleCare cards work whether you have health insurance or not, and our prices often beat insurance cost-share. A typical person that regularly fills prescriptions saves an average of $37 a script and hundreds of dollars per year.

Using SingleCare is easy: just show our card to the pharmacist when you fill your next prescription.

Savings are automatically applied at checkout.

Keep one card for yourself and share the QR code with a friend or family member so they can get their digital card!

SingleCare is not insurance. There are no claim forms, deductibles, limitations, or maximums.

SingleCare can be used by anyone. No one is excluded from this program for any reason.



# PROGRESSIVE NUTRACARE

Progressive Nutracare specializes in professional grade Nutraceuticals offering a wide arrangement of science backed formulas to support your healthy lifestyle. From Fish Oils and Probiotics, to Thyroid and Adrenal Support, our team of medical experts weigh in on each formula to ensure we exceed industry quality standards.

MEMBERSSAVE15 – this can be included at checkout and you will receive 15% off of your entire Purchase.

## Benefits:

Supplements and Vitamins

- Amino Acids
- Antioxidants
- Fish Oils and Omegas
- Homeopathics
- Probiotics and Enzymes
- Protein

Health Concerns Supported:

- Adrenal
- Cardiovascular
- Gut Health
- Joint and Inflammation
- Immune Health
- Weight Loss Support
- Men's Health
- Women's Health
- Yeast and Fungal





# Meschwitz Cronenbold Attachment H

# INNOVATIVE PARTNERS, LP
# HEALTH BENEFIT PLAN
## GUARDIAN ACCIDENTAL DEATH AND DISMEMBERMENT BENEFIT

Congratulations, you have just enrolled in Innovative Partners, LP's Guardian Accidental Death and Dismemberment Health Benefit Plan. This Guardian Accidental Death and Dismemberment Policy is intended solely to be a supplement to your other Innovative Partners, LP's Health Benefit Plan coverage. This supplemental policy is sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA").

Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details. If you have any questions whatsoever you should immediately contact **partner services** at: **1-888-677-6074** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*

## SECTION 1:     GENERAL PLAN INFORMATION

| | | |
|---|---|---|
| 1.1. | Plan Name: | Innovative Partners, LP Health Benefit Plan |
| 1.2. | Plan Number: | 501 |
| 1.3. | Plan Sponsor: | Innovative Partners, LP; 2234 North Federal Hwy., #2862, Boca Raton, FL 33431 |
| 1.4. | Plan Sponsor FIEN: | 92-1623773 |
| 1.5. | Plan Administrator: | Innovative Partners, LP, or any entity so designated by the Plan Sponsor from time to time. |
| 1.6. | Type of Plan: | Employee Health Benefit Plan |
| 1.7. | Funding Method of Plan: | Self-Funded |
| 1.8. | Original Plan Effective Date: | |
| 1.9. | Plan Year: | January 1 through December 31 |
| 1.10. | Open Enrollment Period: | Within 30 days of becoming an Employee or an Active Limited Partner |

| | | |
|---|---|---|
| 1.11 | Program or Policy Name: | Guardian Accidental Death and Dismemberment |
| 1.12. | Waiting Period: | No claim will be paid for medical services that are incurred within the first 30 days of the effective date of coverage |
| 1.13. | Agent for Service of Process: | CT Corporation System, 1999 Bryan St., Suite 900, Dallas, TX 75201 |
| 1.14. | Partner Services: | PartnerServices@InnovativePartnersLP.com |
| 1.15. | Claims: | Group Resources, Inc. Po Box 100043 Duluth, GA 30096 (Specify: **Innovative Partners Accidental Death and Dismemberment Claim**) |

## SECTION 2:     SCHEDULE OF BENEFIT COVERAGES

When you enrolled, you purchased coverage at a selected Principal Sum amount. Please notice that your actual coverage in the event of an Accidental Death and Dismemberment is based upon the Principal Sum amount that you purchased. If the Principal Sum amount listed below is not correct, please contact Partner Services immediately.

**Principal Sum**                          $ _____

| Covered Persons | Percentage of Principal Sum |
|---|---|
| Primary Insured | 100% of Principal Sum |
| Spouse | 50% of Principal Sum |
| Dependent Children | 25% of Principal Sum |

| Covered Losses | Benefit Amount |
|---|---|
| Life | 100% of the Principal Sum |
| Both Hands or both Feet or sight of both Eyes | 100% of the Principal Sum |
| One Hand and one Foot | 100% of the Principal Sum |
| One Hand or one Foot, and sight of one Eye | 100% of the Principal Sum |
| Both Speech and Hearing | 100% of the Principal Sum |
| One Hand or one Foot or sight of one Eye | 50% of the Principal Sum |
| Speech, or Hearing in Both Ears | 50% of the Principal Sum |

Thumb and Index Finger on the Same Hand          25% of the Principal Sum

## SECTION 3:       DEFINITIONS

The following definitions shall be controlling when used in connection with this benefit. You should read and understand these definitions.

**Accident** means an unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Child** means any living person that is the natural issue, an adopted child, or a stepchild of the benefit plan participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Accident** means an Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by this benefit, and is not excluded by name or specific description in this benefit.

**Covered Person** means the plan participant or limited partner. If you purchased coverage that includes your spouse and/or child/children, these individuals are also included.

**Doctor or Physician** means a legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Employee** means a W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer** means the Plan Sponsor.

**ERISA** means the Employee Retirement Income Security Act of 1974, as amended.

**Health Benefit Plan** means this ERISA governed self-funded Plan sponsored by Innovative Partners, LP.

**Limited Partnership Agreement** means the Limited Partnership Agreement (as may be amended from time to time) of Innovative Partners, LP, which is its governing document.

**Loss of Hand or Foot** means the complete and permanent severance through or above the wrist or ankle joint.

**Loss of Hearing** means the total and permanent loss of hearing in both ears. Such loss correctable by surgery or implants is not considered total and permanent.

**Loss of Sight** means the total and permanent loss of entire sight. Such loss correctable by surgery or lenses is not considered total and permanent.

**Loss of Speech** means the total and permanent loss of speech.

**Loss of Thumb and Index Finger of the same Hand** means the complete and permanent severance through or above the joints where the thumb and index finger are joined to the hand.

**Participant or Plan Participant** means the individual to whom this Plan or any Policy there under is issued.

**Plan** means the Health Benefit Plan.

**Plan Sponsor** means Innovative Partners, LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Principal Sum or Principal Sum Amount** means the amount of coverage that you purchased. Your benefit amount that would be paid for a covered claim is based upon a percentage of the Principal Sum.

**Program or Policy** means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence** means only: published reports and articles in an authoritative medical and scientific literature; written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or the written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment. Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

**Spouse** means any individual to whom you are legally married.

**Year, Coverage Year, or Benefit Plan Year** means the 12-month period beginning on the effective date of this benefit plan and ending on the anniversary of the effective date of this benefit plan. Subsequent years will run from anniversary date to anniversary date.

## SECTION 4: DESCRIPTION OF POLICY BENEFITS

*All benefits are payable at most once daily per benefit category*

If a Covered Person's Accidental Bodily Injury results in a loss, within 180 days after the accident causing the loss, we will pay the Accidental Death and Dismemberment Benefit, shown in the above Schedule of Benefits.

Page **4** of **5**

If the Covered Person suffers more than one loss from any one accident, we will pay only one amount, the largest.

*Please note that a Spouse receives 50% of the above-referenced benefit, and a Child receives 25% of the above-referenced benefit.*

## SECTION 5:     LIMITATIONS AND EXCLUSIONS

- Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
- Suicide, attempted suicide, or intentionally self-inflicted injury.
- War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
- Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
- Participation in the following sports, activities, or occupations: scuba diving; bungee jumping; skydiving; parachuting; hang gliding; ultra-light gliding; mountaineering; spelunking; traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs); motorized racing, speed test or stunt show; interscholastic tackle football; intercollegiate sports; semi-professional sports; professional sports.

## SECTION 6:     CLAIMS PROCEDURE

Claims should be submitted to:

**Group Resources, Inc.**
**PO Box 100043**
**Duluth, GA 30096**
**(Specify: Innovative Partners Accidental Death and Dismemberment Claim)**

*Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted. Include copies (no originals) of all medical records regarding your claim.*

# Meschwitz Cronenbold Attachment I

# INNOVATIVE PARTNERS, LP
# NEW LIMITED PARTNER JOINDER AGREEMENT

**THIS NEW LIMITED PARTNER JOINDER AGREEMENT** ("Agreement") is made and entered into effective for all purposes and in all respects on the date of execution indicated below by Innovative Partners, LP, a Texas limited partnership ("Innovative") and DEBBIE MESCHWITZ-CRONENBOLD, a New Active Limited Partner ("NALP") (collectively, the "parties").

**WHEREAS,** Innovative was formed subject to that certain Limited Partnership Agreement dated December 1, 2022, among Jimmie Sutton, as the General Partner, and the limited partner(s) named therein (the "Partnership Agreement") (capitalized terms used and not otherwise defined herein have the meanings given them in the Partnership Agreement);

**WHEREAS,** Innovative desires to gift an Active Limited Partnership Interest in Innovative to NALP; and

**WHEREAS,** NALP desires to accept a gift of an Active Limited Partnership Interest and become an Active Limited Partner of Innovative subject to the terms and conditions contained herein.

**NOW, THEREFORE,** in consideration of the mutual promises, covenants, and conditions contained herein, the parties agree as follows:

## ARTICLE 1
## PURPOSE

The purpose of this Agreement is to establish the terms and conditions upon which Innovative gives and NALP receives an Active Limited Partnership Interest in Innovative, and to confirm that NALP adopts and agrees to all of the terms on the Partnership Agreement which is attached hereto as Exhibit A.

## ARTICLE 2
## ACKNOWLEDGEMENT OF THE NATURE OF ACQUIRING AN ACTIVE LIMITED PARTNERSHIP INTEREST

The parties hereby acknowledge that no money has been exchanged for the issuance of the Active Limited Partnership Interest hereunder by Innovative to NALP; however, NALP has agreed to provide a minimum of five hundred (500) hours of work activity on the internet. This acquisition of the Active Limited Partnership Interest is conditioned upon and subject to the terms of both this Agreement and NALP's compliance with the terms of the Partnership Agreement, as may be amended from time to time.