## ARTICLE 3
### ACTIVE LIMITED PARTNERSHIP INTEREST

Subject to the terms and conditions of this Agreement and the Partnership Agreement, herein incorporated by reference and included as Exhibit A to this Agreement, Innovative hereby gives to NALP an Active Limited Partnership Interest which is represented as a portion of a unit of Innovative as described in Article XV of the Partnership Agreement. This Active Limited Partnership Interest entitles NALP to participate as a Limited Partner in Innovative, with voting rights equal to NALP's Active Limited Partnership Interest in Innovative.

## ARTICLE 4
### ADHERENCE TO PARTNERSHIP AGREEMENT

In accepting this Active Limited Partnership Interest, NALP hereby agrees (i) that NALP is a party to and bound by the Partnership Agreement, (ii) to take notice of, accept, and abide by the terms of the Partnership Agreement, and (iii) to execute and deliver such additional agreements, instruments, certificates, and documents as may be necessary, appropriate or convenient to reflect the foregoing matters and the election of Innovative. NALP hereby acknowledges that they have had an opportunity to review all terms of the Partnership Agreement and to receive advice from their independent legal counsel. NALP accepts this gift of an Active Limited Partnership Interest freely and without reservation and fully supports the mission of Innovative, its interest in adding new partners which may dilute NALP's own newly acquired interest/voting rights in Innovative, and all provisions of the Partnership Agreement.

NALP specifically agrees to and understands the provisions of the Partnership Agreement related to NALP's status as a **Working Partner**, whereas NALP will assist in the collection, aggregation, and selling of its data to third parties for the financial benefit of the limited partnership. NALP also specifically agrees to and understands the data sold may not always be de-identified and that NALP's identity may be contained in the sold data.

## ARTICLE 5
### NOT SECURITIES

NALP acknowledges that, due to the nature of the acquisition of an Active Limited Partnership Interest and the structure of Innovative, NALP's Active Limited Partnership Interest is not a security and is not subject to federal or state securities laws. Furthermore, based on the terms of the Partnership Agreement, NALP acknowledges that no interest in Innovative is a security interest and that all interests in Innovative are not subject to federal or state securities laws.

THE LIMITED PARTNERSHIP INTEREST REPRESENTED BY THIS AGREEMENT HAS NOT BEEN REGISTERED WITH THE SECURITIES AND EXCHANGE COMMISSION UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR QUALIFIED UNDER THE LAWS OF ANY STATE. SUCH INTEREST MAY NOT BE OFFERED FOR SALE, SOLD, DELIVERED AFTER SALE, TRANSFERRED, PLEDGED, OR HYPOTHECATED TO ANY PERSON IN THE ABSENCE OF AN OPINION OF COUNSEL SATISFACTORY TO THE

GENERAL PARTNER THAT SUCH REGISTRATION OR QUALIFICATION IS NOT REQUIRED.

## ARTICLE 6
## EFFECTS

In accordance with the Partnership Agreement, Innovative shall amend the roster of Active Limited Partners to include NALP. To the extent the General Partner of Innovative determines that it is in the best interest of Innovative to certify its Partnership Interests, Innovative may provide NALP with a certificate reflecting NALP's Limited Partnership Interest in Innovative.

## ARTICLE 7
## EMPLOYEE BENEFIT PLANS

NALP understands that Limited Partnership has created an employee health benefit plan pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") which is only available to employees and working owners such as Active Limited Partners. NALP also understands that Limited Partnership may provide other benefits in the future which will be available to Active Limited Partners as may be decided from time to time by the General Partner. NALP also understands that it is in no way obligated to enroll in any Partnership sponsored benefit plan and that if he/she chooses to enroll in any benefit plan, NALP is free to withdraw from said benefit plan at any time without losing his/her status as an Active Limited Partner.

## ARTICLE 8
## MISCELLANEOUS PROVISIONS

**8.1: Duty as an Owner.**
NALP understands that he/she is a co-owner of Innovative and thus owes a duty to his/her fellow Limited Partners, the General Partner, and the Partnership in general. NALP understands that in the process of recruiting new Limited Partners is always possible that a prospective Limited Partner may have been contacted by telephone, text message, email, or some other type of electronic means without having first received the consent of the individual contacted. NALP hereby specifically waives any and all claims that he/she may possibly have regarding a state or national Do Not Call List Registry, the Telephone Consumer Protection Act (47 USC § 227), any similar federal or state laws or regulations, and any other type of cause of action regarding how NALP may have been recruited to become a Limited Partner and/or owner of Innovative.

**8.2 Severability.**
Should any provision of this Agreement be declared or determined by any court of competent jurisdiction to be unenforceable for any reason, the validity of the remaining provisions of this Agreement shall not be affected thereby and the unenforceable provision shall be deemed not to be a part of this Agreement.

**8.3: Entire Agreement; Waiver; Modification.**
This Agreement and the Partnership Agreement constitute the entire agreement between the parties hereto with respect to the subject matter hereof and supersedes all other prior agreements and understandings, both written and oral, between the parties with respect to the

subject matter hereof. No provision of this Agreement may be modified or waived except in writing signed by both parties.

**8.4:    Anti-Waiver.**

The failure of any party to enforce any of its rights arising by reason of any breach of covenant or failure of condition on the part of the other party will not constitute a waiver of such breach. No custom or practice arising between the parties in the course of administering the Agreement will be construed to waive any party's right to: (i) insist upon the performance of the other party of any covenant or condition in the Agreement, or (ii) exercise any rights provided to it on the account of any breach of such covenant or failure of such condition.

**8.5:    Captions.**

Captions in this Agreement are inserted for convenience only and do not define, describe or limit the scope or the intent of this Agreement or form a part thereof.

**8.6:    Interpretation.**

The parties acknowledge that each of them and their respective counsel have reviewed and approved this Agreement and that the normal rule of construction to the effect that any ambiguities are to be resolved against the party responsible for drafting the agreement shall not be applied in the interpretation of this Agreement. In entering into this Agreement each of the parties represents that it has relied upon the advice of counsel of its own choosing and that it has read in full and understood the terms of this Agreement and voluntarily accepted the same.

**8.7:    Counterparts.**

This Agreement may be executed in two or more counterparts, each of which will be deemed an original, and all of which together will constitute one document. The exchange of a fully executed Agreement (in counterparts or otherwise) by electronic transmission in .PDF format or by facsimile shall be sufficient to bind the parties to the terms and conditions of this Agreement. A facsimile or scanned (e.g., .PDF, .GIF, etc.) signature shall be deemed to be an original.

**8.8:    Arbitration.**

Except as otherwise required by law, all disputes arising under or related to this Agreement (including, but not limited to, its revocability or voidability for any cause, the scope of arbitrable issues, and any defense based upon waiver, estoppel, or laches) shall be resolved by binding arbitration in Dallas County, Texas before JAMS, or its successor, pursuant to the United States Arbitration Act, 9 U.S.C. § 1, by filing a written demand for arbitration with JAMS, with a copy to the other parties. The arbitration will be conducted in accordance with the provisions of JAMS' Comprehensive Arbitration Rules and Procedures (the "JAMS Rules") in effect at the time of filing of the demand for arbitration; provided, that the parties agree that (i) the arbitration shall be conducted by three (3) arbitrators (unless the parties agree to a smaller number) selected in accordance with the JAMS Rules, and (ii) each party shall bear its or his own costs and expenses in any such arbitration and one-half of the arbitrators' fees and expenses. By agreeing to arbitration, the parties hereto do not intend to deprive any court of its jurisdiction to issue a pre-arbitral injunction, pre-arbitral attachment, or other order in aid of arbitration.

**8.9:    Governing Law; Venue.**

This Agreement is governed by and is to be construed in accordance with the laws of the State of Texas, irrespective of its choice-of-law rules. Although it is the intention of the parties that the arbitration provisions in Section 8.8 of this Agreement be fully enforced, to the extent any judicial action is required in aid of Section 8.8 of this Agreement or otherwise, the parties agree that any such action shall be filed exclusively in the state or federal courts with jurisdiction over Dallas County, Texas, and each of the parties hereby consents to the jurisdiction and venue of such

courts.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the date written below.

**Innovative Partners, LP**
Its: Manager

*Jimmie Sutton*

Jimmie Sutton
Date: 28 Mar 2024 16:03:00 GMT

**NALP:**

X : *Debbie Marcela Meschwitz Cronenbold*

DEBBIE MESCHWITZ-CRONENBOLD

Date: 28 Mar 2024 16:03:00 GMT
Effective Date:  29 Mar 2024
IP Address ▉▉▉▉▉▉▉
Device Identity: Google Chrome

EXHIBIT A

THE LIMITED PARTNERSHIP INTEREST REPRESENTED BY THIS AGREEMENT HAS NOT BEEN REGISTERED WITH THE SECURITIES AND EXCHANGE COMMISSION UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR QUALIFIED UNDER ANY STATE SECURITIES LAW. SUCH INTEREST MAY NOT BE OFFERED FOR SALE, SOLD, DELIVERED AFTER SALE, TRANSFERRED, PLEDGED, OR HYPOTHECATED TO ANY PERSON IN THE ABSENCE OF AN OPINION OF COUNSEL SATISFACTORY TO THE GENERAL PARTNER THAT SUCH REGISTRATION OR QUALIFICATION IS NOT REQUIRED.

THE CONTENTS OF THIS AGREEMENT ARE CONFIDENTIAL. NEITHER PARTY WILL DISCLOSE, PERMIT THE DISCLOSURE OF, RELEASE, DISSEMINATE, OR TRANSFER, ANY INFORMATION OBTAINED HEREUNDER OR OTHERWISE RELATED TO THE AGREEMENT TO ANY OTHER PERSON OR ENTITY EXCEPT A PARTY'S IMMEDIATE STAFF, EMPLOYEES, CONSULTANTS, ACCOUNTANTS, ATTORNEYS, OR OTHER PROFESSIONAL RETAINED FOR THE PARTY'S DUE DILIGENCE REVIEW OF THE AGREEMENT AND EXCEPT, WITH PRIOR NOTICE TO COMPANY, PURSUANT TO LEGAL COMPULSION.

## LIMITED PARTNERSHIP AGREEMENT OF
## INNOVATIVE PARTNERS, LP

This Limited Partnership Agreement of Innovative Partners, LP (the "Agreement") is made and entered into effective for all purposes and in all respects as of December 1, 2022 by Jimmie Sutton, as General Partner ("GP") and the Limited Partner who is a signatory hereto, as well as other Limited Partners which may be added from time to time pursuant to the provisions of the Texas Limited Partnership Act (Title 4, Chapter 153), this Agreement, and by subsequent agreements.

Now, THEREFORE, in consideration of the foregoing, of the mutual promises of the parties hereto, and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending legally to be bound, hereby agree to the following terms and conditions.

## ARTICLE I.
## DEFINITIONS

**Section 1.01:          Terms.**
When used in this Agreement, the following terms shall have the following meanings unless the context requires otherwise.

    a.  "Agreement" means this Limited Partnership Agreement.

    b.  "Certificate" means the Certificate of Limited Partnership described in Section 2.

    c.  "Code" means the Internal Revenue Code of 1986, as amended, or corresponding provisions of subsequent U.S. revenue laws.

d.  "General Partner" or "GP" means any person or entity from time to time admitted to the Partnership as an additional or substituted General Partner in accordance with this Agreement, and such persons' permitted successors and assigns.

e.  "Joinder Agreement" means an agreement in form and substance satisfactory to the General Partner, entered into between the Partnership and each new Limited Partner and providing for the joining of the Partnership and the possible return or revocation, as the case may be, of Limited Partnership Interests.

f.  "Active Limited Partner(s)" means the limited partner made signatory hereto, as well as other limited partners which may be added from time to time pursuant to this Agreement, and has decided to actively work for the financial success of the Partnership by downloading the Partnership's software and/or application on no less than one digital device which will allow the Partnership to collect, aggregate, and market the Limited Partner's Internet and/or electronic data for the purpose of producing revenue for the Partnership. Additionally, Active Limited Partners must spend a minimum of 500 hours per year searching on the Internet.

g.  "Inactive Limited Partner(s)" means the limited partner made signatory hereto, as well as other limited partners which may be added from time to time pursuant to this Agreement, and does not meet the definition of an "Active Limited Partner".

h.  "Limited Partners" means individuals that are either Active Limited Partners or Inactive Limited Partners, as defined herein.

i.  "Partners" means the General Partner(s) and all Limited Partners.

j.  "Partnership" means Innovative Partners, LP.

k.  "Partnership Interest" means each Partner's right to participate in the Partnership, either as a Limited Partner (a "Limited Partnership Interest") or as a General Partner (a "General Partnership Interest"), as the case may be.

l.  "Limited Partnership Act" means the Texas Business Organizations Code, including, but not limited to, Title 4, Chapter 153.

m.  "Successor General Partner" has the meaning specified in Section 10.01.

n.  "Tax Matters Partner" means the Partner so designated pursuant to Section 9.

o.  "Working Owner" means the General Partner or any Active Limited Partner.

**Section 1.02:**         **Usage.**

All references to Article or Section numbers, unless otherwise indicated, refer to articles or sections of this Agreement. Headings are used for convenience only and do not form a part of this Agreement. All pronouns shall be deemed to refer to the masculine, feminine, or neuter, and to the singular or plural, as the identity of the person, persons, entity, or entities to whom or which they refer may require.

## ARTICLE II.
## FORMATION OF LIMITED PARTNERSHIP

**Section 2.01:**         **Formation.**

The Partners hereby form a limited partnership pursuant to the provisions of the Limited

Page **7** of **21**

Partnership Act. The rights and liabilities of the Partners shall be as provided under the Limited Partnership Act, except as otherwise expressly provided in this Agreement. The General Partner shall execute and, as it deems appropriate, cause to be filed, recorded, and published a Certificate of Limited Partnership (the "Certificate") and any additional documents as may be necessary or appropriate to form a limited partnership pursuant to the Limited Partnership Act.

**Section 2.02:**       **Name.**

The limited partnership formed hereby shall operate under the name of Innovative Partners, LP ("Partnership").

**Section 2.03:**       **Initial Registered Agent, Registered Address, and Principal Place of Business**

The initial registered agent shall be Patrick Dooley. The initial registered address shall be c/o CT Corporation, 1999 Bryan St., Suite 900, Dallas, TX 75201-3136, and the initial principal place of business shall be 130 W. Ovation Drive, Pot St. Joe, FL 32456. The business of the Partnership may also be conducted at such other or additional place or places as may be designated by the General Partner. The registered address and principal place of business may be changed from time to time at the discretion of the General Partner.

**Section 2.04:**       **Term.**

The Partnership shall begin business on the date on which the Certificate of Limited Partnership is filed with the Secretary of State of the State of Texas and shall continue in perpetuity until terminated as provided herein.

## ARTICLE III.
## PURPOSES OF THE PARTNERSHIP

**Section 3.01**

The purposes of the Partnership shall be any legal purposes and shall include, but not be limited to, (i) promoting an understanding and awareness of data usage and security issues; (ii) assisting the Active Limited Partners to secure their personal data and information; (iii) assisting the Active Limited Partners in gathering and collection of data in general; (iv) the capture, segregation, aggregation, and sell to third-party marketing firms of both electronic and health data generated by Active Limited Partners and others; (v) assisting the Partners with marketing and monetizing the data and information collected by Active Limited Partners and others to third parties in a secure manner while removing any individual identifying information; (vi) providing the employees and the Active Limited Partners the opportunity to participate in Partnership-sponsored health insurance programs, the cost of which may be reduced by income generated from revenues from marketing Active Limited Partners' data and information; (vii) encouraging scholarship and research in this field; (viii) promoting publications in this field; and (ix) fostering communications among teachers and scholars to enhance the public's understanding of data usage and security.

**Section 3.02**

In order to promote the interest of the Partnership and to help recruit a significant number of Active Limited Partners which may be necessary to fulfill the needs of the Partnership and promote its ultimate success, the Partnership is authorized to provide and sponsor various health benefit plans to its common law employees and Active Limited Partners as the General Partner determines to be in the best interests of the Partnership. Only common law employees and Active

Limited Partners shall be eligible to participate in said plans. Inactive Limited Partners shall not be allowed to participate.

**Section 3.03**

In order to promote the purposes of the Partnership, each Active Limited Partner agrees and understands that he/she will function as a Working Owner by providing a minimum of 500 hours of work activity per year promoting the purposes of the Partnership.

**Section 3.04**

The Partnership shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in this Agreement.

**Section 3.05**

In carrying out the Partnership's purposes, the Partnership shall be empowered to (i) exercise all powers necessary to or reasonably connected with the Partnership's business that may be legally exercised by limited partnerships under the laws of the State of Texas and (ii) engage in all activities necessary, customary, convenient, or incidental to any of the foregoing. The Partnership may engage or work with other entities from time to time as co-owners to promote and pursue the Partnership's purpose.

## Article IV.
## ACCOUNTING FOR THE PARTNERSHIP

**Section 4.01:**          **Annual Statements.**

The General Partner shall cause annual financial statements of the operations of the Partnership to be prepared and made available upon reasonable request to each Limited Partner. Such financial statements need not be audited unless the General Partner determines that audited financial statements are necessary, or unless audited financial statements are required by creditors of the Partnership.

**Section 4.02:**          **Access to Accounting Records.**

Any Limited Partner shall have reasonable access to the accounting records of the Partnership during regular business hours of the Partnership.

**Section 4.03:**          **Income Tax Information.**

The General Partner shall make available to each Limited Partner information on the Partnership's taxable status and any business taxable income or loss and each item of income, gain, loss, deduction, or credit that is relevant to reporting Partnership income and how each Limited Partner is impacted by such income. This information shall be available to each Limited Partner within one hundred eighty (180) days after the close of the Partnership's taxable year, and, upon request to the General Partner, a copy of the Partnership's federal return of income for such year shall also be furnished.

**Section 4.04:**          **Bank Accounts.**

The funds of the Partnership shall be deposited in such separate federally insured bank account or accounts as may be required, and the General Partner shall arrange for the appropriate conduct of such account or accounts.

**Section 4.05:**          **Books of Account.**

There shall be kept at the principal office of the Partnership true and correct books of account in which shall be entered fully and accurately each and every transaction of the Partnership. The books shall be kept on the cash receipts and disbursements method for the

Partnership's accounting year.

**Section 4.06**         **Accounting Year.**

The Partnership accounting year shall be the accounting year of the Partnership for both book and (as applicable) tax purposes, beginning January 1st and ending December 31st of each year.

## Article V.
## ACQUISITION OF PARTNERSHIP INTEREST AND CAPITAL CONTRIBUTIONS

**Section 5.01:**         **Acquisition of Partnership Interest; Capital Contributions; Potential Future Revenue Potential.**

Each Inactive Limited Partner shall make a capital contribution in an amount determined by the General Partner in exchange for his/her interest in the Partnership. Active Limited Partners shall not make a capital contribution, other than his/her work effort as described herein, in exchange for his/her interest in the Partnership. The General Partner shall not have any personal liability for the repayment of any Limited Partner's capital contribution.

Notwithstanding the foregoing, it is intended that the Active Limited Partners will be given the opportunity to participate in one or more programs sponsored by the Partnership to market their personal data and information, for which the Partnership will receive compensation. Therefore, is hoped that the Partnership will receive income from such activities, which the Partnership intends to utilize to (i) pay its operational expenses, (ii) pay any outstanding debts, (iii) provide periodic dividends to the Active Limited Partners, (iv) reduce or eliminate the costs to the Partnership's employees of any sponsored health benefit plans, (v) reduce the costs to the Active Limited Partners of any sponsored health benefit plans, and/or (vi) for other purposes that benefit the Limited Partners. *All Limited Partners understand that periodic dividends may be reported to the IRS.*

**Section 5.02:**         **Loans.**

If the Partnership requires additional capital, the General Partner is authorized to cause the Partnership to borrow money upon such terms as the General Partner, in its sole discretion, shall determine and to mortgage, pledge, or hypothecate the assets of the Partnership in connection with such borrowing. In that event, the General Partner may, but shall not be required to, lend funds to the Partnership.

## Article VI.
## PROFITS AND LOSSES

**Section 6.01:**         **Determination.**

The net profits or net losses of the Partnership shall be determined in accordance with the method of accounting adopted by the Partnership.

**Section 6.02:**         **Allocation of Profits and Losses.**

The net profits of the Partnership shall be allocated eighty percent (80%) to the Limited Partners (in accordance with the formula set forth in Section 15.01) and twenty percent (20%) to the General Partner. Upon any dissolution or winding up of the Partnership, after payment of all debts and obligations, the net assets of the Partnership shall be allocated on the same basis

as netprofits of the Partnership are allocated as provided in this Section 6.02.

## Article VII.
## PARTNERSHIP RECORDS

**Section 7.01**

The General Partner shall cause the Partnership to maintain at its offices (i) a current listof the full name and last known business address of each Partner, (ii) a copy of the Certificate, (iii) copies of tax filings and financial statements for the previous four years, and (iv) copies of any then effective limited partnership agreements related to the Partnership.

## Article VIII.
## PARTICIPATION IN ALLIANCES AND CONTRIBUTION
## OF PARTNER INFORMATION

**Section 8.01:        Participation in Strategic Alliances.**

In connection with the purposes and activities described in Article III, and subject to the discretion of the General Partner, the Partnership may enter into one or more agreements, associations, or other arrangements with other organizations involved in the collection, maintenance, marketing, and use of data to help establish guidelines for certain business operations, share costs, and negotiate equitable revenue from said business operations. The General Partner is authorizedto negotiate, execute and deliver a charter and such other documents and instruments as it may deem (in its sole discretion) reasonable or appropriate to enter into and/or consummate such associations.

**Section 8.02:        Contribution of Partner Data.**

All Active Limited Partners acknowledge that, for so long as he/she remains an Active Limited Partner, each Active Limited Partner has the duty to contribute, and Partnership may collect, certain personal information and data generated from the use of the internet, mobile apps, "Smart" TVs, and other electronic devices, including without limitation information by which the Active Limited Partner may be personally identified, such as a postal address, e-mail address, telephone number, partnership benefits elections, internet usage information, mobile device app usage information, geo-location information or any other identifier by which such Active Limited Partner may becontacted ("Partner Data").

**Section 8.03:        Ownership and Use of Partner Data.**

All such Partner Data, in its aggregated form, shall be the property of the Partnership and may be used at the sole discretion of the General Partner in connection with or in support of the Partnership's business and administrative purposes. Partner Data may also be used by the Partnership to contact Active Limited Partners about goods and services that may be of interest to Active Limited Partners, provided that the Partnership provides a means by which Active Limited Partners may opt out of such use. The Partnership may disclose aggregated Partner Information and information that may, or may not, identify any individual, without restriction. The Partnership may disclose Partner Information that it collects from Active Limited Partners (or that an Active Limited Partner otherwise provides to the Partnership) to the Partnership's subsidiaries and affiliates, to contractors, service providers, and other third parties the Partnership uses to support its business, and to third parties to market their products

or services to Active Limited Partners who have not opted out of such disclosures. The Partnership may also disclose Partner Information to comply with any court order, law, or legal process, including to respond to any government or regulatory request, and to enforce its rights under any applicable agreement or applicable law, including for billing and collection purposes.

**Section 8.04:          Data Security.**

The Partnership shall use commercially reasonable legal, organizational, physical, administrative, and technical measures and security procedures to safeguard and ensure the security of the Partner Data and to protect the Partner Data from unauthorized access, disclosure, duplication, use, modification, or loss. The Partnership shall attempt to obtain data protection insurance or similar insurance to the extent such insurance is available and the premiums are commercially reasonable.

**Section 8.05:          Objection to Use by Active Limited Partner.**

All of the foregoing and other uses of Partner Data are at the discretion of the General Partner. In the event an Active Limited Partner objects to any use of such Active Limited Partner's Partner Data, such Active Limited Partner must notify the Partnership of its objection and opt out of such use. In that case, such Active Limited Partner shall be deemed to have exercised its right to return its Active Limited Partnership Interest to the Partnership. Upon return of its Active Limited Partner Interest, the General Partner will provide a withdrawing Active Limited Partner with information and instruction necessary to terminate and/or remove any software provided by the Partnership which captures and transmits Partner Data. All Partner Data provided to the Partnership prior to the withdrawal of an Active Limited Partner as well as all Partner Data transmitted to the Partnership after withdrawal and before termination and/or removal of any data capturing software shall remain the property of the Partnership to be used in accordance with the terms and conditions of this Agreement.

## Article IX.

## ADMINISTRATIVE PROVISIONS

**Section 9.01:          Management by the General Partner.**

All of the business of the Partnership, including, but not limited to, decisions on all tax elections and the voting of any shares of stock owned by the Partnership, shall be under the exclusive management of the General Partner. The Limited Partner(s) shall not participate in the management or operation of the business of the Partnership.

**Section 9.02:          Tax Matters Partner.**

The General Partner shall serve as the "Tax Matters Partner" for the Partnership. The Tax Matters Partner shall perform, and hereby agrees to perform, certain duties and obligations imposed upon a "Tax Matters Partner", as defined in § 6231(a)(7) of the Code, in connection with the audit or review of a Partnership federal return of income, as such duties and obligations are set forth in § 6221 of the Code and following sections. For all years for which the Bipartisan Budget Act of 2015 applies, the Tax Matters Partner shall also be the "Partnership Representative" of the Company under section 6223(a) of the Code (as enacted by the Bipartisan Budget Act of 2015). The Tax Matters Partner shall be reimbursed by the

Partnership for expenses incurred in the performance of such duties, including legal and accounting fees incurred in connection with such duties as Tax Matters Partner.

The General Partner shall have the right at any time to resign as Tax Matters Partner, by giving notice of such resignation in writing to all Partners. In the event it resigns, ceases to be a General Partner of the Partnership, or is unable or unwilling to serve as Tax Matters Partner for any reason, a new Tax Matters Partner will be appointed by a unanimous vote of the Partners.

**Section 9.03:       Time Devoted by the General Partner.**

The parties understand that the General Partner has other business activities which over the year take a major part of the respective total time devoted to business matters. Accordingly, the General Partner is required to devote to the business of the Partnership only the time and attention as they, in their sole discretion, shall determine what is required to conduct the business of the Partnership.

**Section 9.04:       Limitation on Liability of General Partners, Indemnification.**

To the fullest extent permitted by the Limited Partnership Act, the General Partner shall have no liability, responsibility, or accountability, in damages or otherwise, to any other Partner or the Partnership, and the Partnership agrees to indemnify, pay, protect, and hold harmless the General Partner (on the demand of and to the satisfaction of such General Partner) from and against, any and all liabilities, obligations, losses, damage, penalties, actions, judgments, suits, proceedings, costs, expenses, and disbursements, of any kind or nature whatsoever (including, without limitation, all costs and expenses of defense, appeal, and settlement of any and all suits, actions, or proceedings, instituted against any such General Partner or the Partnership and all costs of investigation in connection therewith) ("Losses ") which may be imposed on, incurred by, or asserted against any such General Partner or the Partnership in any way relating to or arising out of, or alleged to relate to or arise out of, any action or inaction on the part of the Partnership or on the part of any such General Partner as General Partner of the Partnership; provided that the General Partner shall be liable, responsible, and accountable, and the Partnership shall not be liable to the General Partner, for any portion of such Losses resulting from the General Partner's gross negligence or a willful breach of General Paliner's fiduciary duty to the Partnership or any Partner.

If any action, suit, or proceeding shall be pending or threatened against the Partnership or the General Partner relating to or arising out of, or alleged to relate to or arise out of, any such action or non-action, the General Partner shall have the right to employ, at the expense of the Partnership, separate counsel of the General Partner's choice in such action, suit or proceeding. The satisfaction of the obligations of the Partnership under this Section shall be from and limited to the assets of the Partnership and no Partner shall have any personal liability on account thereof. The General Partner shall have the right to bill the Partnership for, or otherwise request the Partnership to pay, at any time and from time to time after the General Partner has become obligated to make payment therefor, any and all amounts for which the General Partner believes, in good faith, that such General Partner is entitled to indemnification under this Section. The Partnership shall promptly pay any and all such bills and honor any and all such requests for payment when such bill or request is received by such General Partner. In the event that a final determination is made that the Partnership is not so obligated in respect of any amount paid by it to the General Partner, such General Partner shall promptly refund such amount to the Partnership.

The Partnership shall indemnify, to the extent of Partnership assets, the Limited

Partners against any claims of liability asserted against the Limited Partners solely because they are Limited Partners of the Partnership.

**Section 9.05:         Fees of General Partner.**

The Partnership shall pay reasonable fees to the General Partner for services rendered to the Partnership, as determined by the General Partner; provided, that such fees shall not exceed the fair market value of the applicable services, and any agreements providing for such fees shall be negotiated at arm's length.

**Section 9.06:         Limited Liability of Limited Partners.**

A Limited Partner shall not be liable for the debts, liabilities, contracts, or any other obligations of the Partnership. Except as otherwise provided in this Agreement, a Limited Partner shall not take part in, or interfere in any manner with, the conduct or control of the business of the Partnership and shall have no right or authority to act for or bind the Partnership.

**Section 9.07:         Additional Authority of General Partner.**

The General Partner and Limited Partner(s), by signing and executing this Agreement, hereby authorize GP as General Partner, to take, permit, and/or omit any action or actions, and to do or have done any action or actions, which are, or may be, consistent with or authorized by the provisions of this Agreement, and irrevocably make, constitute and appoint GP as General Partner, as true and lawful agent and attorney-in-fact with full power of substitution and with power and authority in each Limited Partner's name, place, and stead to make, sign, execute, acknowledge, swear to, deliver, perform, implement, file, and record any and all agreements, limited partnership agreements, deeds of trust, promissory notes, financing and continuation statements, certificates, options, leases and other conveyances and other documents or instruments, including, but not limited to, the amended certificate and every amended or restated certificate which GP as General Partner, considers to be required, necessary, desirable, or convenient (i) for, to, or in connection with the acquisition and ownership by the Partnership of interests in property, and (ii) for, to, or in the management of conduct of the business of the Partnership.

The power of attorney granted by each Limited Partner is a special power of attorney which (1) is irrevocable, (2) is coupled with an interest, (3) shall survive the death of the Limited Partner, (4) shall not be affected by the subsequent disability or incompetence of the Limited Partner, (5) shall survive the dissolution or termination of a Limited Partner which is a corporation, general or limited partnership, joint venture, trust, estate, or other entity or association, and (6) shall survive the sale, exchange, or other transfer by a Limited Partner of all or any portion of the Limited Partner's interest, where the assignee has been approved by GP as General Partner, for admission to the Partnership as a limited partner, and shall survive such admission and constitute a similar power of attorney from such assignee as a Limited Partner. If there is more than one Limited Partner, the power of attorney may be exercised by GP, as General Partner, for all the Limited Partners by a single signature and acknowledgment or verification of GP as General Partner, acting as attorney-in-fact for all the Limited Partners together, or by listing all of the Limited Partners and executing any instrument with a single signature and acknowledgment or verification of GP as General Partner, acting as attorney-in-fact for all of the Limited Partners together.

Each Limited Partner expressly agrees to be bound by the representations made by GP as General Partner, acting pursuant to this Section 9.07, and hereby waives any and all defenses which shall be available to such Limited Partner to contest, negate, or disaffirm the actions of

GP as General Partner pursuant to this Section 9.07.

Notwithstanding anything contained herein above or below to the contrary, any General Partner may act alone for and on behalf of the Partnership without the necessity of signatures, including but not limited to the exercise of the power of attorney granted to the General Partner under Section 9.07 of this Agreement.

**Section 9.08:        Voting Procedures.**

On all matters requiring a vote of the Partners under this Agreement, the General Partner shall provide written notice to all Partners of (i) the material substance of such vote, (ii) the General Partner's voting recommendation and reasons for such recommendation; (iii) the date by which votes must be received by the Partnership in order to be counted; and (iv) instructions on how each Partner shall cast their votes. Such notice may be delivered by email or other electronic means to all Limited Partners. Votes may be cast by Partners by email or other electronic means as specified in the notice. Where a vote is required of the Partners under this Agreement and does not require a unanimous vote, a simple majority of all Partnership Units casting votes on or before the voting deadline set forth in the notice provided by the General Partner shall be sufficient to approve the matter in issue. Where a unanimous vote is required of the Partners under this Agreement, the unanimous consent of all Partnership Units casting votes on or before the voting deadline set forth in the notice provided by the General Partner shall be sufficient to approve the matter in issue. Any Partner who fails to cast a vote on or before the voting deadline set forth in the notice shall be deemed to have abstained from the vote and such Partner's Partnership Units shall not be included in the determination of a simple majority or unanimous vote.

## Article X.

## DEATH OR WITHDRAWAL OF A PARTNER

**Section 10.01:        Resignation or Withdrawal of a General Partner.**

The Partnership shall not dissolve upon the following events: (a) incapacity of a General Partner, (b) filing, in any court pursuant to any federal or state statute, of a petition in bankruptcy or insolvency by, for a reorganization by, or for the appointment of a receiver of all or a portion of the petitioner's property by a General Partner, and/or (c) making an assignment for the benefit of creditors by a General Partner. Any General Partner may resign upon thirty (30) days' notice to all of the Partners.

In the event of a vacancy in the position of General Partner, a successor General Partner shall be appointed the General Partner. The General Partner will be authorized to appoint its successor any time prior to its departure as General Partner or within thirty (30) days of its vacating the position of General Partner. If the General Partner fails to appoint a successor, a successor General Partner will be appointed by a vote of the Limited Partners.

**Section 10.02:        Death, Bankruptcy, or Incapacity of a Limited  Partner.**

The death, bankruptcy, or incapacity of a Limited Partner shall not dissolve the Partnership.

**Section 10.03:        Amended Certificate of Limited Partnership.**

Upon transfer or conversion of any General Partnership Interest, the Partnership shall file for record an amended Certificate and each Partner hereby agrees to execute such instrument, if requested.

**Section 10.04:      Revocation of Limited Partnership Interest.**

Pursuant to a Limited Partner's Joinder Agreement, a Limited Partner's Partnership Interest may be revoked by the Partnership as noted in such Agreements as determined solely by the General Partner. Such action will immediately terminate any Partnership Interest in the Partnership held by such Limited Partner.

## Article XI.
## TRANSFER OF A PARTNERSHIP INTEREST

**Section 11.01:      Prohibited Transfer of a Partnership Interest.**

Except as provided in this Article XI, no Partner may transfer or dispose of any Partnership Interest by sale, assignment, gift, or otherwise without the written consent of the General Partner. Any sale, assignment, gift, or transfer, or the purported sale, assignment, gift, or transfer, of any Partnership Interest, except as specifically provided for and allowed in this Article XI, shall be null and void. This Article does not apply to revocations pursuant to Article X.

**Section 11.02:      Transfer of a Partnership Interest by Sale.**

Transfers of a Partnership Interest by sale are not permitted except with the prior written consent of the General Partner.

**Section 11.03:      Transfer of a Partnership Interest by Gift at the Death of a Partner.**

Any gift of a Partnership Interest or any transfer of Partnership Interest after the death of a Partner may be made only on the following conditions:

a. The estate of the deceased Partner or the Partner making a gift of a Partnership Interest (the "Donor") must grant a one (1) year period during which the General Partner may approve or deny the transfer of Partnership Interest; or

b. Any gift or transfer, or purported gift or transfer, of any Partnership Interest after the death of a Partner, except as otherwise provided in this Article XI, shall be null and void unless made strictly in accordance with the provisions of this Article XI.

**Section 11.04:      Substituted Limited Partner.**

No transferee of the whole or any portion of a Limited Partner's interest in the Partnership who is not already a Partner in the Partnership shall have the right to become a substituted Limited Partner in place of the assignor unless:

a. the assignor shall designate such intention in the instrument of assignment;

b. the written consent of the General Partner to such substitution shall be obtained;

c. the instrument of assignment shall be in a form and substance satisfactory to the General Partner;

d. the assignor and assignee named therein shall execute and acknowledge such other instrument or instruments as the General Partner may deem necessary or desirable to effectuate such admission;

e. the assignee shall accept, adopt, and approve in writing all of the terms and conditions of this Agreement as the same may have been amended; and

f. such assignee shall pay or, at the election of the General Partner, obligate him or herself to pay all reasonable expenses connected with such admission, including but not limited to the cost of preparing, filing, and publishing any amendment of the Certificate to effectuate such admission.

**Section 11.05:        Further Restrictions on Transfers**

In the case of the transfer of any Partnership Interest in any voluntary or involuntary manner whatsoever (other than as provided in Section 11.01, Section 11.02, and Section 11.03) under judicial order, legal process, execution, attachment, enforcement of a pledge, trust, or encumbrance or sale under any of them, the person to whom the Partnership Interest passes shall offer to give such Partnership Interest in the same manner as provided in Section 11.03 and shall be treated as a "deceased Partner." This section does not apply to revocations as noted in Article X.

No Partner shall make any transfer or assignment of all or any part of his or her interest in this Partnership if said transfer or assignment would, when considered with all other transfers during the same applicable twelve (12) month period, cause a termination of this Partnership for federal or state income tax purposes, create noncompliance of the Partnership with the Limited Partnership Act.

THE LIMITED PARTNERSHIP INTEREST REPRESENTED BY THIS AGREEMENT HAS NOT BEEN REGISTERED WITH THE SECURITIES AND EXCHANGE COMMISSION UNDER THE SECURITIES ACT OF 1933, AS AMENDED, OR QUALIFIED UNDER ANY STATE SECURITIES LAW. SUCH INTEREST MAY NOT BE OFFERED FOR SALE, SOLD, DELIVERED AFTER SALE, TRANSFERRED, PLEDGED, OR HYPOTHECATED TO ANY PERSON IN THE ABSENCE OF AN OPINION OF COUNSEL SATISFACTORY TO THE GENERAL PARTNER THAT SUCH REGISTRATION OR QUALIFICATION IS NOT REQUIRED.

**Section 11.07:        Security Interest.**

No Partnership Interest herein shall be subjected to a security interest by any Partner without the written consent of the General Partner.

**Section 11.08:        Transfer of a General Partner's Interest.**

In the event that a General Partnership Interest is to be transferred pursuant to the provisions of this Article XI, then said General Partnership Interest shall be converted into a

Limited Partnership Interest immediately prior to the closing of said transaction or the making of said transfer and the transferee or recipient shall receive only a Limited Partnership Interest. The Partnership shall file for record an amended Certificate as required by law, which shall specify the portion of the General Partnership Interest converted into a Limited Partnership Interest and the date the conversion occurred. Like other Partnership Interests, a General Partnership Interest may not be sold.

**Section 11.09:        Transfer/Granting of Limited Partnership Interest by General Partner to New Limited Partners.**


Notwithstanding anything contained herein above or below to the contrary, General Partner shall not be restricted in the granting of any Limited Partnership Interests to third parties desiring to join the Partnership so long as such new Limited Partners agree to the terms and conditions of this Agreement and a Joinder Agreement, and execute such other documents as deemed appropriate by the General Partner. The Partners anticipate a large volume of Limited Partners joining this Partnership and encourage the General Partner to give Limited Partnership Interests to any prospective Limited Partner in the best judgment of the General Partner subject to the terms of this section. Partners understand and agree that their interest's authority in Partnership may be diluted by the addition of new Limited Partners, but that they welcome new Limited Partners and desire for this Partnership to add as many Limited Partners as possible subject to the terms of this section.


**Article XII.**

**DISSOLUTION AND TERMINATION OF THE PARTNERSHIP**


**Section 12.01:        Right to Dissolve the Partnership.**

No single Partner shall have the right to cause dissolution of the Partnership. However, one hundred percent (100%) of the Partnership Interests shall have the right to cause a dissolution. Notwithstanding anything to the contrary in this Section 12.01, the General Partner has the right to cause a dissolution of the Partnership if (i) the Partnership purposes are deemed illegal or (ii) if the General Partner determines that the Partnership has failed to become economically feasible or has become economically infeasible to operate as intended.

**Section 12.02:        Winding Up the Partnership.**

In the event of a dissolution, or the death, incapacity, withdrawal, or bankruptcy of the General Partner without determining a successor General Partner, or the mutual consent of all of the Partners, the Partnership shall immediately commence to wind up its affairs. The proceeds from liquidation of Partnership assets shall be applied in the following order.

      a.  Payment to creditors of the Partnership, other than Partners, in the order of priority provided by law;

      b.  Payment to Partners for loans, if any, made by them to the Partnership;

      c.  The balance, if any, shall be distributed among all the Partners as provided in Section 6.02 herein above.

**Section 12.03:**        **Waiver of Right to Decree of Dissolution**.

The parties hereby agree that irreparable damage would be done to the goodwill and reputation of the Partnership if any Partner should bring an action in court to dissolve the Partnership. Accordingly, each party hereby waives and renounces any rights to a court decree of dissolution or to seek the appointment by the court of a liquidator for the Partnership.

## Article XIII.

## TITLE TO PARTNERSHIP PROPERTY

**Section 13.01**

Legal title to Partnership property shall be held in the name of the Partnership.  Subject to the provisions of Article IX, and the other provisions hereof, as well as their fiduciary obligations to the Limited Partners, the General Partner shall have the right, power, and authority (without regard to the term of the Partnership), acting for and on behalf of the Partnership, to enter into and execute any lease, contract, agreement, deed, mortgage, or other instrument or document required or otherwise appropriate to lease,sell, mortgage, convey, or refinance Partnership property (or any part thereof), to borrow money and execute promissory notes, to secure the same by mortgage (which term "mortgage" is hereby defined forall purposes of this Agreement to include deeds of trust, financing statements, chattel mortgages, pledges, conditional sales contracts, and similar security agreements) upon Partnership property, to renew or extend any and all such loans or notes, and to convey Partnership property in fee simple by deed, mortgage, or otherwise. In no event shall any party dealing with such General Partner with respect to any Partnership property, or to whom Partnership property (or any part thereof) shall be conveyed, contracted to be sold, leased, mortgaged, or refinanced (which term "refinanced" is hereby defined for all purposes of this Agreement to include recast, modified, extended, or increased) by such General Partner, be obligated to see to the application of any purchase money, rent, or money borrowed or advanced thereon, or be obligated to see that the terms of this Agreement have been complied with, or be obligated to inquire intothe necessity or expediency of any act or action of such General Partner, and every contract, agreement,deed, mortgage, lease, promissory note, or other instrument or document executed by such General Partner, with respect to any Partnership property, shall be conclusive evidence in favor of any and every person relying thereon or claiming thereunder that (a) at the time or times of the execution and/or delivery thereof, the Partnership was in full force and effect, (b) such instrument or document was duly executed and authorized and is binding upon the Partnership and all of the Partners thereof, and (c) such General Partner executing and delivering the same were duly authorized and empowered to execute and deliver any and every such instrument or document for and on behalf of the Partnership. It is expressly understood and agreed that the manner of holding title to Partnership property (or any part thereof) and any Partnership assets are solely for the convenience of the Partnership. Accordingly, the spouse, heirs, executors or administrators, beneficiaries, successors, or assigns, of any Partner shall have no right, title or interest inor to any Partnership property or Partnership assets regardless of the manner in which title is held; rather,Partnership property and any Partnership assets shall be subject to the terms of this Agreement.

## Article XIV.

## AMENDMENTS

**Section 14.01**

The General Partner shall have the right to amend the Certificate of Limited Partnership or this Agreement without the consent of any Limited Partners for the following purposes: (i) to change the name or address of a Limited Partner; or (ii) to change the name of the registered office or registered agent of the Partnership; or (iii) in the opinion of the General Partner, there is an inconsistent, ambiguous, false or erroneous provision in this Agreement provided the amendment does not adversely affect the rights of the Partners under this Agreement; (iv) in the opinion of counsel for the Partnership, it is necessary or appropriate to satisfy a requirement of the Code with respect to partnerships, a requirement of Limited Partnership Act, or of any federal or state laws or regulations, provided such amendments do not adversely affect the interests of the Partners. Any amendment to the Certificate of Limited Partnership or this Agreement not otherwise expressly addressed in this Section 14.01 shall require the approval of the Partners pursuant to a vote conducted in accordance with Section 9.08.

## Article XV.

## OWNERSHIP UNITS

**Section 15.01**

Each Partnership Interest may be designated in units or fractional part thereof ("Partnership Units") with each unit representing a percentage interest in the voting rights of the Partnership. The General Partner is hereby granted twenty percent (20.00%) of all Partnership Units, which shall constitute one hundred percent (100%) of all General Partnership Interests. The Limited Partners, in the aggregate, are hereby granted eighty percent (80.00%) of all Partnership Units, which shall constitute one hundred percent (100%) of all Limited Partnership Interests. With respect to each Limited Partner, the Partnership Units shall equal a percentage equal that Limited Partner's pro rata share in relation to the total aggregate number of Limited Partners. But in no case, shall the total number of Limited Partner units exceed eighty percent (80.00%) of the total number of Partnership Units. Each Partnership Interest represents a Partner's entire interest in the Partnership, including such Partner's right to vote on, consent to, or otherwise participate in any decision or action of or by the Partnership granted pursuant to this Agreement or, subject to applicable provisions of this Agreement, the Limited Partnership Act. Each Partnership Interest shall carry with it the right to vote (as specifically limited herein) as provided in this Agreement.

## Article XVI

## JURISDICTION AND VENUE

**Section 16.01.**

This Agreement is governed by and is to be construed in accordance with the laws

of the State of Texas, irrespective of its choice-of-law rules. To the extent any judicial action is required in, the parties agree that any such action shall be filed exclusively in the state or federal courts with jurisdiction over Dallas County, Texas, and each of the parties hereby consents to the jurisdiction and venue of such courts.

IN WITNESS WHEREOF, the undersigned Partners Innovative Partners, LP have sworn hereto and hereunto affixed their signatures as of the date and year first above written.

**GENERAL PARTNER**                                   **Innovative Partners, LP**
                                                      Its: Manager
*Jimmie Sutton*                                       *Jimmie Sutton*
Jimmie Sutton                                         Jimmie Sutton

**LIMITED PARTNER**:
*Tiffany Bredeson*
Tiffany Bredeson, Limited Partner

# Meschwitz Cronenbold Attachment J



YOU SHOULD CAREFULLY READ THE FOLLOWING TERMS AND CONDITIONS BEFORE USING THE INNOVATIVE SERVICES. BY CREATING AN ACCOUNT AND USING THE SERVICES, YOU ARE CONSENTING TO BE BOUND BY AND ARE BECOMING A PARTY TO THIS AGREEMENT. IF YOU DO NOT AGREE TO ALL OF THE TERMS OF THIS AGREEMENT, DO NOT LOG ON OR USE THE INNOVATIVE APPLICATION.

By continuing to use the Services, You agree as follows:

- Any information that We collect through Your use of the Services is subject to the Innovative Privacy Policy, which is part of these Terms of Use;

- You are at least 18 years old or have been legally emancipated;

- You understand and intend that this Agreement is a legally binding agreement and the equivalent of a signed, written contract;

- If You create a profile for a third party for whom you are not the parent or legal guardian, You represent and warrant that you have permission from such person to input and share their Personal Data within the App and with other third parties.

- You will use the Services in a manner consistent with applicable laws and regulations and these Terms of Use, as they may be amended by Innovative from time to time; and

- You understand, accept, and have received these Terms, and acknowledge and demonstrate that You can access these Terms at will HERE.

IF YOU DO NOT AGREE WITH AND ACCEPT THESE TERMS, **DO NOT LOG INTO THE APP AND IMMEDIATELY DELETE ALL FILES**, IF ANY, ASSOCIATED WITH THE ACCOMPANYING SERVICES AND MATERIALS FORM YOUR COMPUTER OR MOBILE DEVICE.

ARBITRATION NOTICE: EXCEPT IF YOU OPT-OUT AND EXCEPT FOR CERTAIN TYPES OF DISPUTES DESCRIBED IN THE ARBITRATION SECTION BELOW, YOU AGREE THAT DISPUTES BETWEEN YOU AND INNOVATIVE WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION. BY CONTINUING TO USE THE APPLICATION, AND UNLESS YOU OPT-OUT, YOU WAIVE YOUR RIGHT TO PARTICIPATE

IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION. YOU CAN OPT-OUT OF THE ARBITRATION AGREEMENT BY CONTACTING SUPPORT@INNOVATIVEPARTNERSLP.COM WITHIN 30 DAYS OF ACCEPTING THESE TERMS.

# TERMS OF USE
VERSION VALID AS OF March 1, 2023

Thank You for choosing Innovative to help You manage You and/or someone else's health! Please note, **these Terms of Use (the "Terms") constitute a binding agreement between You ("You" or "Your") and Innovative Partners, LP ("Innovative", "We", "Us", "Our")**. These Terms govern Your use of the Innovative website, located at https://www.innovativepartnerslp.com (the "Website"), and/or the Innovative application (the "Application" or "App") and the services available through the Website and App (collectively, the "Services"). By using or continuing to use the Services, You indicate that You have read, understand, and agree to these Terms and the Innovative Privacy Policy. All capitalized terms not defined in these Terms are defined in the Privacy Policy.

IF YOU DO NOT UNDERSTAND THIS AGREEMENT OR DO NOT AGREE TO BE BOUND BY THESE TERMS, YOU MAY NOT USE THE SERVICES.

# WHAT IS INNOVATIVE?
Section 1

The Innovative Services allow You to track and manage Your and/or someone else's health by creating individual, personal health profiles where You can upload and store health data, forms, and prescriptions, coordinate with caregivers, family members, and treatment providers, and set reminders for appointments and medications. You may access and use the Services only in accordance with these Terms, and You agree to comply with all applicable laws, rules, and regulations, including any other policies incorporated into these Terms, such as the Innovative Privacy Policy.

**We are NOT a medical record**
We do not share the information you share with us with your healthcare provider and your healthcare provider does not share information with us. **The information you share with us should not be used to make medical decisions or shared with a healthcare provider for treatment purposes.**

**We do NOT provide medical advice**
Innovative provides the Services only to help You track and manage the information You share with us. THE SERVICES DO NOT CONTAIN OR CONSTITUTE, AND SHOULD NOT BE INTERPRETED AS, MEDICAL ADVICE OR OPINION. Innovative is not a medical professional service, and Innovative does not provide medical services or render medical advice. If You require medical advice or services, You should consult a medical professional.

We may provide You with links to third parties that may provide You with medical advice (See Privacy Policy for details), but Your use of those third parties is not governed by these Terms or the Innovative Privacy Policy. Such links are provided for informational purposes and only and do not constitute an endorsement of the third parties we link to. Innovative does not evaluate

or warrant the accuracy or quality of third-party services provided to You, and You are responsible for confirming the qualifications of any third-party service provider You use.

If at any time You are concerned about Your care or treatment, or You believe that You or someone else has a serious or life-threatening condition, **call 9-1-1 immediately** in areas where that service is available, or go to the nearest open clinic or emergency room.

## WHO IS ELIGIBLE TO USE THE SERVICES?
Section 2

By registering for an account and using the Services, **You represent and warrant**:

1. That You are at least 18 years old and are otherwise legally qualified to enter into and form contracts under applicable law;

2. Your registration data is true, accurate, current, and complete;

3. You will update Your registration data as needed to maintain its accuracy;

4. You are authorized to create an account (either for Yourself or another person);

5. **By using the Services, You represent and warrant that You have legal authority to share Your health data and other Personal Information (as that term is defined in the Privacy Policy) with Innovative. In addition, if You create a profile for a third party for whom you are not the parent or legal guardian, You represent and warrant that you have permission from such person to input and share their Personal Data within the App and with other third parties.  Our use of the information You provide to Innovative via the Services is subject to the Privacy Policy in effect at the time we use it**; and

6. You are not located in a country that is subject to a U.S. Government embargo or that is designated by the U.S. Government as a "terrorist supporting' country, and You are not listed on any U.S. Government list of prohibited or restricted parties.

NOTE: THIS AGREEMENT IS VOID WHERE PROHIBITED BY LAW. DO NOT USE THE SERVICES WHERE PROHIBITED BY LAW. YOU UNDERSTAND THAT YOUR USE OF THE SERVICES MAY INVOLVE OR REQUIRE THE TRANSMISSION OF SIGNIFICANT AMOUNTS OF DATA. YOU ARE RESPONSIBLE FOR ALL DATA CHARGES THAT MAY BE CHARGED BY YOUR WIRELESS CARRIER OR INTERNET SERVICE PROVIDER OR THAT MAY OTHERWISE ARISE FROM YOUR USE OF THE SERVICES.

## HOW WILL INNOVATIVE TELL ME IF THEY CHANGE THESE TERMS?
Section 3

With the exception of the Arbitration Agreement included at the end of these Terms, Innovative reserves the right to change or modify these Terms at any time without prior notice to You. If we materially change or modify these Terms, we will let You know by (1) posting a new version to the Services; and/or (2) posting a change notice on our Website and/or Application.

If You continue to use the Services after we have let You know that we have made changes, You agree to be bound by the modified Terms. If You do not accept the changes, You should immediately stop using the Services and delete all files associated with the Services on Your computer and/or mobile device.

## WHO OWNS THE INNOVATIVE SERVICES?
### Section 4

Innovative owns the Services and all materials You access through the App or Website. Subject to Your compliance with these Terms, Innovative grants You a non-exclusive, non-sublicensable, revocable, non-transferable license to use the Services through the Website or by downloading and installing the Application. THE SERVICES ARE FOR YOUR PERSONAL AND NON-COMMERCIAL USE ONLY. You may not use the Services for any other purpose than what is allowed under these Terms without Innovative's express written permission.

You may not use Innovative's name, trademarks, service marks, or logos, or those of third parties appearing on the Services in any advertising or publicity or to otherwise indicate Innovative's or such third party's sponsorship or affiliation with any product or service without express written permission from Innovative or such third party.

You own Your Personal Data and any other content You post on or through the Services. If you are entering someone else's information into the Services, you represent and warrant that you have permission to do so. For us to provide You with the Services, You grant to Innovative a perpetual, non-exclusive, fully paid and royalty-free, transferable, sublicensable, worldwide license to use Your content for the purpose of providing the Services, subject to the restrictions in the Privacy Policy. You also agree to allow Innovative to de-identify and anonymize Your content, including without limitation, Your personal health information in accordance with this Privacy Policy, and to use or disclose such de-identified information for any purpose.

## WHAT AM I NOT ALLOWED TO DO WITH THE SERVICES?
### Section 5

Innovative imposes certain restrictions on Your use of the Services. While using the Website, App, or Services, You shall not:

1.  provide false, misleading or inaccurate information to Innovative or any other user;

2. impersonate, or otherwise misrepresent affiliation, connection, or association with, any person or entity;

3. use or attempt to use any engine, software, tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to harvest or otherwise collect information from the Website for any use, including without limitation use on third-party websites;

4. access content or data not intended for You, or log onto a server or account that You are not authorized to access;

5. violate any applicable law or regulation;

6. attempt to probe, scan, or test the vulnerability of the Services, the Website, the App, or any associated system or network, or breach security or authentication measures without proper authorization;

7. interfere or attempt to interfere with the use of the Website, the App, or the Services by any other user, host, or network, including, without limitation by means of submitting a virus, overloading, "flooding," "spamming," "mail bombing," or "crashing";

8. forge any TCP/IP packet header or any part of the header information in any e-mail or in any uploading or posting to, or transmission, display, performance, or distribution by means of, the Services;

9. post or transmit any unsolicited advertising, promotional materials, "junk mail", "spam," "chain letters," "pyramid schemes" or any other form of solicitation;

10. avoid, bypass, remove, deactivate, impair, descramble or otherwise circumvent any technological measure implemented by Innovative, You, or any other third party (including another user) to protect the Services;

11. attempt to modify, reverse-engineer, decompile, disassemble or otherwise reduce or attempt to reduce to a human-perceivable form any of the source code used by Innovative in providing the Website or App. Any violation of this section may subject You to civil and/or criminal liability; or

12. encourage or enable any other individual to do any of the above.

Innovative is not obligated to monitor Your use of the Services, but We may do so to ensure Your compliance with these Terms, and to respond to law enforcement or other government agencies if and when we are required to. Innovative reserves the right to suspend or terminate

Your use of the Services without notice to You if You partake in any of the prohibited uses described above.

## WHO PROTECTS MY LOGIN INFORMATION?
### Section 6

You will choose a username and password when you register for the Application. You are responsible for maintaining the confidentiality of Your password. You may not use the account, username, or password of any other user at any time. You agree to notify Innovative immediately of any unauthorized use of Your account, username, and/or password. INNOVATIVE WILL NOT BE LIABLE FOR ANY LOSS THAT YOU INCUR AS A RESULT OF SOMEONE ELSE USING YOUR PASSWORD, EITHER WITH OR WITHOUT YOUR KNOWLEDGE. You may be held liable for any losses incurred by Innovative, its affiliates, officers, directors, employees, consultants, agents, and/or its representatives due to someone else's use of Your account or password, regardless of whether You were aware of such use.

## HOW DOES INNOVATIVE PROTECT MY PRIVACY?
### Section 7

Innovative respects the information You provide to us. Please see our Privacy Policy for an explanation of the information that we collect from You and how we use Your information that is NOT subject to the Health Insurance Portability and Accountability Act ("HIPAA"), which is the primary federal law governing the privacy of health information. By accessing or using the Website, App, or Services, or by downloading or uploading any content from or through the Services, You acknowledge and agree to the provisions of the Privacy Policy and affirm that the Privacy Policy is a part of these terms.

By using the Services and accepting these Terms, You acknowledge that Innovative may share Your Personal Data with other users (if you choose to allow this). We will seek Your consent before sharing your information with third parties according to the terms of the Privacy Policy.

We are not responsible for nor liable to You or any third party for a third party's treatment of Personal Data, including any collection, use, disclosure, storage, loss, theft, or misuse of Personal Data, whether or not such treatment violates applicable law.

## THE APP STORE AND GOOGLE PLAY
### Section 8

If You downloaded the App from the Apple App Store or Google Play (the "App Provider"), by agreeing to these Terms, You acknowledge that You understand and agree to the following:

1. This Agreement is only between You and Innovative, and not between You and the App Provider, and only Innovative is responsible for the Application;

2. The App Provider has no obligation to furnish any maintenance or support services with respect to the App;

3. In the event of any failure of the App to conform to any applicable warranty, (i) You may notify the App Provider and the App Provider will refund Your purchase price for the App to You (if applicable); (ii) to the maximum extent permitted by applicable law, the App Provider will have no other warranty obligation with respect to the App; and (iii) any other claims, losses, liabilities, damages, costs, or expenses attributable to any failure to conform to any warranty will be Our responsibility;

4. The App Provider is not responsible for addressing any claims You have or any claims of any third party relating to the App or Your possession and use of the App, including without limitation: (i) product liability claims; (ii) any claim that the app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation;

5. In the event of any third party claim that the App or Your possession and use of the App infringes that third party's intellectual property rights, the App Provider will not be responsible for the investigation, defense, settlement, or discharge of any such intellectual property infringement claim; and

6. The App Provider, and its subsidiaries, are third-party beneficiaries of these Terms as they relate to Your license to use the App. This means that, upon Your acceptance of these Terms, the App Provider will have the right (and will be deemed to have accepted the right) to enforce these Terms as related to Your license of the App against You.

**Apple users only**: If You downloaded the App from the App Store, the license granted to You in these Terms is non-transferable and is for use of the App on any Apple products that You own or control.

## WHAT IS INNOVATIVE'S COPYRIGHT POLICY?
### Section 9

By creating, posting, or sharing data, sound, and images on or through the Website or App ("Your User Content"), and subject to the Privacy Policy, You grant Innovative a perpetual, irrevocable, worldwide, non-exclusive, sub-licensable, royalty-free, fully paid up, transferable license to reproduce, distribute, publicly display, publicly perform, create derivative works of, and otherwise use and modify Your User Content for the purposes of providing and enhancing the Website, App, or other Innovative products and services. We may also create anonymized data and images from Your User Content, and such data and images will no longer be Your User

Content. You waive any rights you may have regarding Your User Content being altered or manipulated in any way that may be objectionable to you. This license will terminate after you stop using the Website and App. Innovative reserves the right to refuse to accept, post, display, or transmit any of Your User Content in its sole discretion.

You represent and warrant that: (i) you own the content posted by you on or through the Website or App or otherwise have the right to grant the license set forth in these Terms, (ii) the posting and use of Your User Content on or through the Website or App does not violate the privacy rights, publicity rights, copyrights, contract rights, intellectual property rights, or any other rights of any person, and (iii) the posting of Your User Content on the Website or App does not result in a breach of contract between you and a third party. You agree to pay for all royalties, fees, and any other monies owed to any person by reason of content you post on or through the Website or App. You also acknowledge and agree that Your User Content is non-confidential and non-proprietary.

Innovative may review and remove Your User Content at any time for any reason, including for activity which, in its sole judgment: violates these Terms; violates applicable laws, rules, or regulations; is abusive, disruptive, offensive or illegal; or violates the rights of, or harms or threatens the safety of, users of the Website or App.

<u>Copyright Policy</u>

Innovative respects copyright law and expects its users to do the same.  It is Innovative's policy to terminate, in appropriate circumstances, users or other account holders who are believed to have infringed the rights of copyright holders.

**Digital Millennium Copyright Act (DMCA) notifications for intellectual property infringement.** If you believe that your work is the subject of copyright infringement and/or trademark infringement and appears in our Services, please provide Innovative's designated agent (listed below) with the following information:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- Identification of the copyrighted and/or trademarked work claimed to have been infringed, or, if multiple works at a single online site are covered by a single notification, a representative list of such works at that site.
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled via the Application, and information reasonably sufficient to permit Innovative to locate such material.
- Information reasonably sufficient to permit Innovative to contact you as the complaining party, such as an address, telephone number, and, if available, an email address at which you may be contacted.

- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright and/or trademark owner, its agent, or the law.
- A statement that the information in the notification is accurate and, under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Innovative's agent for notice of claims of copyright or trademark infringement on this App can be reached at:

Innovative Partners, LP
Attn: Innovative Partner Services
2234 North Federal Highway, #2862 Boca Raton, FL 33431
Email: SUPPORT@INNOVATIVEPARTNERSLP.COM

Please note that the procedure described above is exclusively for notifying Innovative and its affiliates that your copyrighted material has been infringed. The preceding requirements are intended to comply with Innovative's rights and obligations under the DMCA, including 17 U.S.C. §512(c), but do not constitute legal advice. It may be advisable to contact an attorney regarding your rights and obligations under the DMCA and other applicable laws.

Please also note that for copyright infringements under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity is infringing may be subject to criminal prosecution for perjury and civil penalties, including monetary damages, court costs, and attorneys' fees.

**Submitting a DMCA Counter-Notification**
We will notify you that we have removed or disabled access to copyright-protected material that you provided if such removal is pursuant to a valid DMCA take-down notice that we have received.  If you receive such notice from us, you may provide us with a counter-notification in writing to  Innovative's copyright agent (listed above) that includes all of the following information:

- Your physical or electronic signature;
- Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled;
- A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and
- Your name, physical address, and telephone number, and a statement that you consent to the jurisdiction of a court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial

district in which Innovative may be located, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

**Termination of Repeat Infringers**
Innovative reserves the right, in its sole discretion, to terminate the account or access of any User of our Application who is the subject of repeated DMCA or other infringement notifications.

We may give notice of a claim of copyright infringement to our users by means of a general notice on our Website, electronic mail to Your email address in our records, or by written communication sent by first-class mail to Your address in our records, as determined in our sole discretion. In accordance with the DMCA and other applicable laws, Innovative has adopted a policy of terminating, in appropriate circumstances and at Innovative's sole discretion, members who are deemed to be repeat infringers. Innovative may also at its sole discretion limit access to the Website and Services and/or terminate the accounts of any users who infringe any intellectual property rights of others, whether or not there is any repeat infringement.

## COMPUTER EQUIPMENT AND INTERNET ACCESS
### Section 10

You are responsible for obtaining, installing, maintaining, and operating all software, hardware, or other equipment (collectively, "Systems") necessary for You to access and use the Services. This includes, without limitation, obtaining internet services, and using up to date web-browsers and the best commercially available encryption, antivirus, anti-spyware, and internet security software. You are responsible for the data security of the Systems used to access the Services and for the transmission and receipt of information using such Systems. We are not responsible for any errors or problems that arise from the malfunction or failure of the Internet or Your Systems.

THERE ARE ALWAYS CERTAIN SECURITY AND ACCESS AVAILABILITY RISKS ASSOCIATED WITH USING OPEN NETWORKS SUCH AS THE INTERNET, AND YOU EXPRESSLY ASSUME SUCH RISKS.

## HOW DO I OPT-OUT OF RECEIVING EMAILS FROM INNOVATIVE?
### Section 11

In providing the Services, You may receive periodic email communications regarding the Services, new product offers and information regarding the Services, which are part of the Services and which You cannot opt out of receiving. You may also receive periodic promotions and other offers or materials Innovative believes might be of interest to You. You can opt-out of

receiving these promotional messages at any time by following the unsubscribe instructions contained in each newsletter.

## LINKS TO OUTSIDE THIRD-PARTY WEBSITES & SERVICES
### Section 12

The Services may contain links to third-party websites or services that we do not own or control ("Third-Party Websites"). Innovative does not have control over, and we assume no responsibility for, the content and performance of Third-Party Websites. ACCORDINGLY, INNOVATIVE DOES NOT REPRESENT, WARRANT OR ENDORSE ANY THIRD-PARTY WEBSITE, OR THE ACCURACY, CURRENCY, CONTENT, FITNESS, LAWFULNESS, OR QUALITY OF THE INFORMATION, MATERIAL, GOODS, OR SERVICES AVAILABLE THROUGH THIRD-PARTY WEBSITES. INNOVATIVE WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE OR LIABLE FOR ANY DAMAGES OR OTHER HARM, WHETHER TO YOU OR TO THIRD PARTIES, RESULTING FROM YOUR USE OF OR RELIANCE ON THIRD-PARTY WEBSITES.

YOU AGREE THAT, WHEN LINKING TO OR OTHERWISE ACCESSING OR USING A THIRD-PARTY WEBSITE, YOU ARE RESPONSIBLE FOR: (I) TAKING PRECAUTIONS AS NECESSARY TO PROTECT YOU AND YOUR COMPUTER SYSTEMS FROM VIRUSES, WORMS, TROJAN HORSES, MALICIOUS CODE, AND OTHER HARMFUL OR DESTRUCTIVE CONTENT; (II) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT IS OBSCENE, INDECENT, OFFENSIVE, OR OTHERWISE OBJECTIONABLE OR UNLAWFUL, OR THAT CONTAINS TECHNICAL INACCURACIES, TYPOGRAPHICAL MISTAKES, AND OTHER ERRORS; (III) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT VIOLATES THE PRIVACY OR PUBLICITY RIGHTS, OR INFRINGES THE INTELLECTUAL PROPERTY AND OTHER PROPRIETARY RIGHTS OF THIRD PARTIES, OR THAT IS SUBJECT TO ADDITIONAL TERMS AND CONDITIONS, STATED OR UNSTATED; (IV) ALL FINANCIAL CHARGES OR OTHER LIABILITIES TO THIRD PARTIES RESULTING FROM TRANSACTIONS OR OTHER ACTIVITIES; AND (V) READING AND UNDERSTANDING ANY TERMS OF USE OR PRIVACY POLICIES THAT APPLY TO THOSE THIRD-PARTY WEBSITES.

## YOUR REPRESENTATIONS AND WARRANTIES
### Section 13

You represent and warrant that Your use of the Services will be in accordance with these Terms and all applicable laws, regulations, rules, and Innovative policies and procedures. Specifically, **YOU REPRESENT AND WARRANT THAT YOU ARE LEGALLY AUTHORIZED TO SHARE PERSONAL DATA (WHETHER YOURS OR SOMEONE ELSE'S) WITH INNOVATIVE.**

## WARRANTY DISCLAIMERS & LIMITATION OF LIABILITY
### Section 14

**NO WARRANTIES**

THE WEBSITE, APP, AND SERVICES ARE PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. INNOVATIVE EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF THE COURSE OF DEALING OR USAGE OF TRADE.  WE MAKE NO WARRANTY THAT THE SERVICES OR MATERIALS WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. WE MAKE NO WARRANTY REGARDING THE QUALITY OF ANY SERVICES OR MATERIALS PURCHASED OR OBTAINED THROUGH THE SERVICES OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS, OR RELIABILITY OF ANY CONTENT OBTAINED THROUGH THE SERVICES.

**YOUR RESPONSIBILITY FOR OUR LOSS OR DAMAGE**
YOU AGREE THAT YOUR USE OF THE WEBSITE, APP, AND SERVICES IS AT YOUR SOLE RISK. YOU WILL NOT HOLD INNOVATIVE OR ITS THIRD-PARTY SERVICE PROVIDERS, LICENSORS, OR SUPPLIERS, AS APPLICABLE, RESPONSIBLE FOR ANY LOSS OR DAMAGE THAT RESULTS FROM YOUR ACCESS TO OR USE OF THE SERVICES, INCLUDING WITHOUT LIMITATION ANY LOSS OR DAMAGE TO ANY OF YOUR COMPUTERS OR DATA.

**YOUR RESPONSIBILITY TO BACKUP YOUR DATA**
THE WEBSITE, APP, AND SERVICES MAY CONTAIN BUGS, ERRORS, PROBLEMS, OR OTHER LIMITATIONS. YOU HEREBY ACKNOWLEDGE THAT A CATASTROPHIC SERVER FAILURE OR OTHER EVENT COULD RESULT IN THE LOSS OF ALL OF THE DATA RELATED TO YOUR ACCOUNT. YOU AGREE AND UNDERSTAND THAT IT IS YOUR RESPONSIBILITY TO BACKUP YOUR DATA TO YOUR PERSONAL COMPUTER OR EXTERNAL STORAGE DEVICE AND TO ENSURE SUCH BACKUPS ARE SECURE.

**NO LIABILITY FOR THIRD-PARTY DATA**
NEITHER INNOVATIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA, OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE STORAGE AND/OR DISCLOSURE OF A THIRD PARTY'S PERSONAL DATA WITHOUT THAT PARTY'S CONSENT.

**LIMITATION OF LIABILITY**
NEITHER INNOVATIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE USE OF OR INABILITY TO USE THE SERVICES OR MATERIALS, OR FROM

ANY COMMUNICATIONS, INTERACTIONS, OR MEETINGS WITH OTHER USERS OF THE SERVICES OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SERVICES WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT INNOVATIVE HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE.

IF YOU ARE NOT SATISFIED WITH THE WEBSITE, APP, OR SERVICES, YOU SHOULD DISCONTINUE USING THEM – **THIS IS YOUR ONLY REMEDY**.  BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU.  IN SUCH STATES, INNOVATIVE'S LIABILITY IS LIMITED AND WARRANTIES ARE EXCLUDED TO THE GREATEST EXTENT PERMITTED BY LAW, BUT SHALL IN NO EVENT EXCEED $100.00.  YOU MUST BRING ANY CLAIM ARISING FROM THE USAGE OF THE SERVICES OR MATERIALS WITHIN ONE (1) YEAR OF THE EVENT FROM WHICH THE CLAIM AROSE.

## INDEMNIFICATION
### Section 15

You agree to indemnify, defend and hold harmless Innovative, its clients, its suppliers, and their respective affiliates, employees, officers, directors, agents, servants, and representatives of each from any liability, loss, claim, suit, damage, and expense (including reasonable attorneys' fees and expenses) arising out of or in any way connected with Your access to or use of the Website, App, or Services, Your violation of this Agreement, or any negligent or wrongful conduct by You or related to Your account by You or any other person accessing the Website, App or Services through Your account, regardless of whether You were aware of such use, including without limitation the storage and/or disclosure of any third party's Personal Data without that party's permission or consent.

## GOVERNING LAW
### Section 16

These Terms are governed by the laws of the state of Texas without regard to its conflict of laws principles. The United States District Court for the Northern District of Texas shall be the appropriate venue and have jurisdiction over any action arising under these Terms or Your use of the Services.

## HOW AND WHEN CAN MY ACCOUNT BE TERMINATED?
### Section 17

If You breach any of these Terms, we may suspend or disable Your account or terminate Your access to the Website, App, or Services without prior notice to You.  There may be other instances where We may need to terminate Your access to the Website, App, or Services that are not related to any of Your actions or inactions.  We reserve the right to terminate Your

access to and use of the Website, App, or Services and materials at any time, with or without cause.

If You wish to terminate Your account, please contact Innovative at support@InnovativePartnersLP.com to immediately discontinue Your use of the Services, and delete all files associated with the Services from Your computer or mobile device.

## HOW DO I PROVIDE FEEDBACK AND WHO OWNS IT?
### Section 18

We welcome and encourage You to provide us with feedback, comments, and suggestions for improvements to the Website, App, or Services ("Feedback").  You may submit Feedback by emailing us at support@InnovativePartnersLP.com   If You submit any Feedback to us, we will own all intellectual property rights in such Feedback and may use such Feedback for any lawful purpose.

## NOTICES
### Section 19

All notices required or permitted to be given under these Terms must be in writing. Innovative shall give any notice by email sent to the most recent email address, if any, that You have provided to Us. You agree that any notice received from Innovative electronically satisfies any legal requirement that such notice be in writing. YOU ALONE ARE RESPONSIBLE FOR ENSURING THAT YOUR EMAIL ADDRESS ON FILE WITH INNOVATIVE IS ACCURATE AND CURRENT, AND NOTICE TO YOU SHALL BE DEEMED EFFECTIVE UPON THE SENDING BY INNOVATIVE OF AN EMAIL TO THE ADDRESS WE HAVE ON FILE.

You shall give any notice to Innovative by means of: (1) U.S. mail, postage prepaid, to Innovative Partners, LP 2234 North Federal Highway, #2862 Boca Raton, FL 33431,; or (2) email to support@InnovativePartnersLP.com  Notice to Innovative shall be effective upon receipt of notice by Innovative.

## GENERAL CONTRACT LANGUAGE
### Section 20

If any provision of these Terms is determined to be invalid, illegal, or unenforceable, the remaining provisions of these Terms remain in full force, provided that the essential terms and conditions remain valid, binding, and enforceable and the economic and legal substance of the transactions contemplated by these Terms are materially preserved.

The United States export control laws regulate the export and re-export of technology originating in the United States. This includes the electronic transmission of information and

software to foreign countries and to certain foreign nationals. You agree to abide by these laws and their regulations.

Nothing in these Terms creates an agency, partnership, or joint venture. Failure to enforce any provision will not constitute a waiver of that provision.

## DISPUTE RESOLUTION
### Section 22

**\*PLEASE READ THIS SECTION CAREFULLY AS IT AFFECTS YOUR RIGHTS\***

Most user concerns can be resolved quickly and to Your satisfaction by emailing Innovative Partner Services at support@InnovativePartnersLP.com.  In the unlikely event that our support team is unable to resolve a complaint You may have (or if Innovative has not been able to resolve a dispute it has with You after attempting to do so informally), including but not limited to any alleged breach of these Terms, You and Innovative agree to resolve the dispute through binding arbitration in the State of Texas before a single arbitrator, in accordance with the rules and procedures of the American Arbitration Association and governed by the laws of the State of Texas. Arbitration, which is often less expensive, faster, and less formal than a lawsuit in court, uses a neutral arbitrator instead of a judge or jury. Arbitrators can award the same damages and relief that a court can award, and may, but do not have to, award legal fees, arbitrator's fees, costs, and other costs incurred by the party that does not win the dispute.

Any arbitration under these Terms will take place on an individual basis; class arbitrations and class actions are not permitted. Any arbitration will be strictly confidential and neither party will disclose to any person (other than necessary to carry out the arbitration) the existence of the dispute or any aspect of the dispute.

This agreement to arbitrate will not preclude You or Innovative from seeking provisional remedies in aid of arbitration, including without limitation orders to stay a court action, compel arbitration or confirm an arbitral award, from a court of competent jurisdiction. Furthermore, this agreement to arbitrate will not preclude You or Innovative from applying to a court of competent jurisdiction for a temporary restraining order, preliminary injunction, or other interim or conservatory relief, as necessary. THE PROPER VENUE FOR ANY ACTION PERMITTED UNDER THIS SUBSECTION REGARDING "EQUITABLE RELIEF" WILL BE THE FEDERAL AND STATE COURTS LOCATED IN THE NORTHERN DISTRICT OF TEXAS; THE PARTIES HEREBY WAIVE ANY OBJECTION TO THE VENUE AND PERSONAL JURISDICTION OF SUCH COURTS.

## HOW DO I CONTACT INNOVATIVE?
### Section 23

Innovative is headquartered in Boca Raton, Florida, in the United States of America.

Specific questions and comments should be directed to the appropriate department via email to **support@innovativepartnerslp.com**. While we make every effort to respond to emails within 1 week of receiving them, we cannot guarantee a response to every electronic communication.

You may also contact us via postal mail at:

**Innovative Partners, LP**
2234 North Federal Highway, #2862 Boca Raton, FL 33431

# Meschwitz Cronenbold Attachment K

1401 N University Dr,
Coral Springs, FL, 33071

J0DB [5.299] 2 of 2 Bins[16660]

 INNOVATIVE PARTNERS

 [DR-1

Dear Fellow Partner:

    Congratulations, you have just enrolled in Innovative Partners, LP's Elite 6MD Health Benefit Plan. This is a self-funded limited medical health benefit plan sponsored by Innovative Partners, LP, and is governed by the Employee Retirement Income Act of 1974 ("ERISA") and is regulated by the United States Department of Labor. As is customary with the nature of insurance in general, this Plan has certain limitations. You have been given the Summary Plan Description document as well as the Wrap Plan Document, please carefully read these entire documents so that you will fully understand all of your benefits and coverage details. If you have any questions whatsoever you should immediately contact **Partner Services** at: **1-866-949-3581** or email us at: **PartnerServices@InnovativePartnersLP.com**. Please remember that you have 30 calendar days from the day you enrolled in your plan to cancel your plan and receive a refund of your first month's premium.

Sincerely,

*Your Partnership Team*

# Meschwitz Cronenbold
# Attachment L

.ull 📶 M M ~ M 🔀 ···                    )[]( ■) 8:56

‹                  Communications

🔍 ⸢Hi, I'm Erica. May I h…

Provided by Bank of America

For Claims updates, log in to your Online Banking
Message Center from a laptop or desktop computer.

## Alerts

Your notifications from Bank of America

## Manage Alert settings

## Security Alert

Transaction verification needed

Your debit card ending in ▮▮▮▮ was used at:

INNOVATIVE HEALTH PLAN, $289.82, Declined,
04/28.

Did you authorize this activity?

7 days ago

# Meschwitz Cronenbold
# Attachment M

# Innovative Partners, LP

**Case #:** 21649346

| | | | |
|---|---|---|---|
| **Consumer Info:** | Meschwitz, Debbie Marcela<br>█████████ ,<br>Boston, MA ████<br>████████<br>█████████████@gmail.com | **Business Info:** | Innovative Partners, LP<br>2234 N Federal Hwy PMB 2862<br>Boca Raton, FL 33431<br>2393839145 |

**Date Filed:** 4/30/2024 10:18:02 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

In March 28 I called a call center from looking infomation for mass health goverment healtcare, so I spoked with a men named David. He told me that the service was MASSHEALTH and also said if I enrolled and paid 3 months, the rest of the year It will be for free, He made me a lot of cuestion about my health, etc etc also ask for my SSN, and know he has all my information. He promised all that thing like de 3 months pay and the rest of the year free with masshealth and he made me sign something, and when I get my mail with all the information I just realized is nothing like he said. I called immediately to cancel my plan and they said, "wait 10 days to get your refund" and also I send a mail and they never answered and the next 10 days I called and told that is not possible and a lot of more lies. They try to charge me a second month but my bank identify as fraud. I called then again to get my cancelation and they dont wanna do it, Im still waiting for my confirmation of the cancellation and my refund. The people who works on that company is a full of liars, They stoled money from the people

**Consumer's Desired Resolution:**

Refund; Finish the job; Cancel the plan subscription

# EXPERT EXHIBIT 7



---

# Medical Plan Document and Summary Plan Description (SPD) For American Collective Unity Plans

## August 1, 2025

---

**For the Schedule of Benefits, See Page 8**

For assistance in a non-English language, please call 888-701-2975.

Para obtener asistencia en Español, por favor llame al número arriba.

1



# TABLE OF CONTENTS

INTRODUCTION ............................................................................................................................. 4

GENERAL PLAN INFORMATION ...................................................................................................... 5

DEFINITIONS ................................................................................................................................. 6

SCHEDULE OF BENEFITS ................................................................................................................ 8

    MEDICAL BENEFITS........................................................................................................................ 9
    PREVENTION AND WELLNESS BENEFITS ........................................................................................ 10
    PREVENTIVE MEDICATIONS ........................................................................................................... 14
    AVAILABLE PHARMACY BENEFIT .................................................................................................... 14
    YOUR PHARMACY PLAN................................................................................................................. 15

COVERED EXPENSES .................................................................................................................... 16

GENERAL EXCLUSIONS AND LIMITATIONS ................................................................................... 18

PARTICIPATION ........................................................................................................................... 26

    WHO IS ELIGIBLE TO BE A PARTICIPANT? ...................................................................................... 26
    WHO ARE ELIGIBLE DEPENDENTS? ............................................................................................... 26
    HOW TO ENROLL ......................................................................................................................... 26
    WHEN PARTICIPATION BEGINS ..................................................................................................... 27
    NEW HIRES.................................................................................................................................. 27
    MID-YEAR COVERAGE CHANGES .................................................................................................. 27
    OTHER INFORMATION REGARDING COVERAGE .............................................................................. 27
    WHEN YOUR PARTICIPATION ENDS .............................................................................................. 28
    WHEN YOUR DEPENDENT'S PARTICIPATION ENDS......................................................................... 28
    CHOICES AVAILABLE WHEN PARTICIPATION ENDS ......................................................................... 28

HEALTH CARE COVERAGE............................................................................................................ 29

    MEDICAL COVERAGE ................................................................................................................... 29
    YOUR COVERAGE ........................................................................................................................ 29
    MEDICAL COVERAGE OPTIONS..................................................................................................... 29
    COVERED AND NON-COVERED MEDICAL SERVICES ....................................................................... 29

CONTINUATION COVERAGE UNDER COBRA ................................................................................ 30

    WHAT IS COBRA COVERAGE? .................................................................................................... 30
    WHO IS ENTITLED TO ELECT COBRA? ......................................................................................... 31
    WHEN IS COBRA COVERAGE AVAILABLE? .................................................................................... 31
    YOU MUST GIVE NOTICE OF SOME QUALIFYING EVENTS................................................................ 31
    NOTICE TO QUALIFIED BENEFICIARY ............................................................................................. 32
    ELECTING COBRA ...................................................................................................................... 32
    HOW LONG DOES COBRA COVERAGE LAST?................................................................................ 33
    SECOND QUALIFYING EVENT EXTENSION....................................................................................... 34
    PAYMENT FOR CONTINUATION COVERAGE.................................................................................... 34
    ALTERNATE RECIPIENTS UNDER QMCSOS..................................................................................... 35
    OTHER OPTIONS BESIDES COBRA ................................................................................................ 35
    IF YOU HAVE QUESTIONS.............................................................................................................. 35
    KEEP YOUR PLAN INFORMED OF ADDRESS CHANGES ..................................................................... 35
    CONTACT INFORMATION .............................................................................................................. 35
    COBRA NOTICE PROCEDURES..................................................................................................... 35
    COBRA ADMINISTRATION .......................................................................................................... 37
    CORRECTION OF MISTAKES........................................................................................................... 37


**MERICAN**
**Collective LP**

**ADMINISTRATION, APPEALS, SUBROGATION, AND RIGHT OF RECOVERY** ........................................................................ **38**

ADMINISTRATION ................................................................................................................................ 38
CHANGING OR ENDING THE PLAN ........................................................................................................ 38
CLAIMS PROCEDURE ........................................................................................................................... 39
AUTHORIZED REPRESENTATIVE ............................................................................................................. 39
HOW TO FILE A CLAIM ....................................................................................................................... 39
CLAIM DETERMINATION TIME LIMITS ..................................................................................................... 40
CALCULATING TIME PERIODS ............................................................................................................... 41
MANNER AND CONTENT OF NOTICE OF BENEFIT DETERMINATION ............................................................. 41
APPEALS PROCEDURE .......................................................................................................................... 42
VOLUNTARY EXTERNAL REVIEW PROGRAM FOR GROUP HEALTH CLAIMS ................................................... 43
NOTICE OF BENEFIT DETERMINATION ON APPEAL ................................................................................... 46
DISCRETIONARY AUTHORITY ................................................................................................................. 46
EXTERNAL REVIEW OR LEGAL ACTION ................................................................................................... 47
USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION ................................................................... 47
DEFINITIONS RELATED TO THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION ........................ 47
DISCLOSURE OF PHI TO THE EMPLOYER ................................................................................................ 49
EMPLOYER CONDITIONS WITH REGARD TO PHI ...................................................................................... 49
SECURITY WITH REGARD TO PHI .......................................................................................................... 50
NONCOMPLIANCE ISSUES ..................................................................................................................... 50
SUBROGATION AND RIGHT OF RECOVERY ............................................................................................... 50

**MISCELLANEOUS AND STATEMENT OF ERISA RIGHTS** ..................................................................................... **52**

MISCELLANEOUS LIMITATIONS ON RIGHTS .............................................................................................. 52
QUALIFIED MEDICAL CHILD SUPPORT ORDERS (QMCSO) ....................................................................... 52
FAMILY AND MEDICAL LEAVE ............................................................................................................... 52
MILITARY SERVICE .............................................................................................................................. 53
DESIGNATION OF PRIMARY CARE PROVIDERS AND/OR OB/GYN .............................................................. 53
UTILIZATION TEST ............................................................................................................................... 53
SERVICE OF PROCESS ........................................................................................................................... 53
PLAN SPONSOR'S EMPLOYER IDENTIFICATION NUMBER; PLAN NUMBER ..................................................... 53
TYPE OF PLAN ................................................................................................................................... 53
PLAN ADMINISTRATOR AND ADMINISTRATION OF PLAN ............................................................................ 53
INDEMNIFICATION ............................................................................................................................... 53
CIRCUMSTANCES WHICH MAY AFFECT BENEFITS ..................................................................................... 54
SOURCE OF PLAN CONTRIBUTIONS ....................................................................................................... 54
FUNDING MEDIUM FOR PROVIDING BENEFITS ........................................................................................ 54
NONTRANSFERABILITY .......................................................................................................................... 54
EMPLOYMENT .................................................................................................................................... 54
INCOMPETENCE OF PARTICIPANTS AND BENEFICIARIES .............................................................................. 54
WAIVER ............................................................................................................................................ 55
ERRORS AND MISTAKES ....................................................................................................................... 55
DISCRETION/NONDISCRIMINATION ........................................................................................................ 55
RIGHT TO REQUIRE INFORMATION AND RELIANCE THEREON ..................................................................... 55
CONCLUSIVENESS OF RECORDS ............................................................................................................. 55
END OF PLAN YEAR ........................................................................................................................... 55
GOVERNING LAW ............................................................................................................................... 55
STATEMENT OF ERISA RIGHTS ............................................................................................................ 55

**NO SURPRISES ACT** ..................................................................................................................................... **57**



# INTRODUCTION

Welcome to the American Collective LP Welfare Benefits Plan.  This Plan Document applies to the Unity Plan(s).  This document explains the operation of your health plan. Please call 866-270-1554 if you have any questions.

**Introduction**
The Plan Sponsor has established the Plan to help offset the financial impact of an Injury or Sickness.

The Plan Document describes the terms for payment of covered medical and prescription charges.

**Applicable Law**
This Plan is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). To the extent not preempted by Federal law, the Plan shall be governed by the law of the State where the Plan Sponsor maintains its principal place of business.

**Discretionary Authority**
The Plan Administrator has the exclusive right to interpret the Plan and to decide all matters arising under the Plan, including the right to make determinations of fact, and construe and interpret possible ambiguities, inconsistencies, or omissions in the Plan and the SPD. The Plan Administrator also has full discretionary authority to interpret the Plan and to determine all questions relating to the Plan as they relate to eligibility to participate in the Plan or the level of stipend offered under the Plan. The Plan Administrator may delegate one or more of its responsibilities to one or more individuals, committees, or third parties.

**Fiduciary**
The Plan Administrator is the named fiduciary of the Plan.

**Legal Entity; Service of Process**
The Plan is a legal entity. Legal process may be served on the Plan Administrator. You must exhaust your appeal rights (other than external review) before bringing legal action.

**Plan Contributions and Funding**
The Plan is self-funded by the general assets of the Plan Sponsor and participants. The Plan Sponsor determines the level of required participant contributions.



# GENERAL PLAN INFORMATION

| | |
|---|---|
| **Plan Name** | American Collective LP Welfare Benefits Plan |
| **Plan Number** | 501 |
| **Plan Sponsor** | American Collective LP<br>650 Poydras Street, Suite 1400, PMB #6807<br>New Orleans, LA  70130 |
| **Plan Sponsor FIEN** | 39-2150479 |
| **Plan Administrator** | American Collective LP<br>650 Poydras Street, Suite 1400, PMB #6807<br>New Orleans, LA  70130<br>(866) 270-1554 |
| **Type of Plan** | Welfare Benefits Plan |
| **Funding Method of Plan** | Self-Funded |
| **Original Plan Effective Date** | August 1, 2025 |
| **Plan Year** | January 1 through December 31 |
| **Program or Policy Name** | Unity Plan |
| **Waiting Period** | 30 days |
| **Agent for Service of Process** | CT Corporation System<br>1999 Bryan St., Suite 900<br>Dallas, TX 75201 |
| **Partner Services** | PartnerServices@AmericanCollectiveLP.com |
| **Claims** | ATTN: American Collective LP Medical Claim<br>Premiere Administrative Solutions<br>PO Box 21751<br>Eagan, MN 55121<br>Payor ID #: 29084<br>(866) 270-1554 |



# DEFINITIONS

**Ancillary Services**
Items and services provided by an out-of-network provider at a health care facility, as that term is defined in the No Surprises Act, that is in-network and for which balance billing is prohibited under the No Surprises Act.

**Appeals Authority**
The Plan Administrator, Third-Party Administrator or other persons or entities, as described in the Plan, that have the authority to grant or deny an appeal of a claim arising under the Plan.

**Child(ren)**
"Child" or "Children" has the meaning as defined in the "Who Are Eligible Dependents?" subsection.

**COBRA Administrator**
The entity designated by the Plan Administrator to fulfill the COBRA administrative functions of the Plan.

**Code**
The Internal Revenue Code of 1986, as amended from time to time.

**Coinsurance**
Percentage of covered expenses that you pay after meeting the applicable Deductible.

**Copay**
A flat fee that is paid to the provider of the medical service each time a service is provided.

**Covered Expenses, Covered Services**
Those services or supplies eligible for payment under the coverage you have selected.  Please note, however, that even if a service is covered, it may not be covered at 100% (see Coinsurance and Maximum Allowance), or it may not be paid for if you have not yet met your Deductible.

**Deductible**
The amount you are required to pay each year before any payments are made by the medical coverage options for covered services, except for specified services to which the Deductible requirement does not apply.

**Eligible Dependents**
Individuals eligible for dependent coverage under the Plan.  "Eligible Dependents" has the meaning as defined in the "Who Are Eligible Dependents?" subsection.

**Employee**
For purposes of this Plan, "Employee" means an individual who is a partner in the limited partnership.

**ERISA**
The Employee Retirement Income Security Act of 1974, as amended from time to time.

**Experimental/Investigative**
Experimental/Investigative is determined at the sole discretion of the Third-Party Administrator.  For a detailed definition, see the "General Exclusions and Limitations" section.



**Maximum Allowable Charge**

The amount that an in-network provider has agreed to accept as payment for a particular service. Also called a negotiated or contracted fee. The amount that is applied to your in-network Deductible and Out-of-Pocket Maximum is based on the Allowance.

**Plan**

The American Collective LP Welfare Benefits Plan.

**Plan Document**

This American Collective LP Welfare Benefits Plan document, together with all Appendices.

**Plan Sponsor**

The sponsor of the Plan as described in the Introduction section of this Plan document, or any successor entity with respect to this Plan.

**Plan Year**

The 12-month period for which current benefits, limits, Deductibles, and maximums apply. For the Plan, the Plan Year is the calendar year (January 1 - December 31). The initial Plan Year is a short Plan Year, running from August 1, 2025- December 31, 2025.

**Preventive Care**

To the extent not otherwise specified by an Insurer-provided documents or under applicable law or regulations, any medical, vision or dental service that is designed to avoid illness or promote wellness.

**Qualified Medical Child Support Order (QMCSO)**

Any court order or an equivalent administrative order which:

- Provides for child support with respect to a participant's Child or directs the participant to provide coverage under a health benefits plan under a state domestic relations law and conforms to the applicable requirement under ERISA regarding qualified medical child support order; or
- Enforces a law relating to medical child support described in Social Security Act, Section 1908, with respect to a group health plan law and conforms to the applicable requirement under ERISA regarding qualified medical child support order.

**Spouse**

"Spouse" has the meaning as defined in the "Who Are Eligible Dependents?" subsection.

**Third-Party Administrator (or Plan Administrator)**

The Third-Party Administrator as set forth in the section "General Plan Information."



# SCHEDULE OF BENEFITS

**You, as the Plan Participant, are responsible for ensuring that any medical service you are planning or is being planned on your behalf is covered by this Plan.  You should read this Plan Document, paying particular attention to this Schedule of Benefits and the list of Exclusions from the Plan.  If, after reading this Plan Document you or a provider has questions about whether a medical service is covered and how it is covered, you should Call 866-949-3581 with your questions.**

Reimbursement from the Plan may be reduced or denied due to the provisions in the Plan, such as coordination of benefits, subrogation, or medical necessity.

### Maximum Allowable Charge Limitation
The Plan pays benefits based on the Maximum Allowable Charge, as defined in the "Definitions" section of this Plan Document, rather than billed charges. If a Provider charges more than the Maximum Allowable Charge (as determined by the Plan), the Plan Participant may be responsible for the amount in excess of the Maximum Allowable Charge, unless prohibited by applicable law.

The Plan has a fiduciary obligation to its participants to preserve Plan assets against charges that exceed the Maximum Allowable Charge. This excess amount is considered outside the scope of the Plan: it is not counted toward satisfaction of the Deductible, and it is not paid by the Plan even after satisfaction of the Deductible.

The Maximum Allowable Charge will not include charges for any items billed separately by the provider that are not customarily included in a global billing procedure code in accordance with the American Medical Association's CPT® (Current Procedural Terminology) and/or the Healthcare Common Procedure Coding System (HCPCS) codes used by CMS.

### Advocacy
It is the Plan's position that a Provider should not balance bill a Plan Participant for amounts in excess of the Maximum Allowable Charge. It is the Plan's position that these Excess Charges are clearly excessive and exorbitant.

### Physician Network
Your physician network name, **First Health**, phone number and website are displayed on the front of your ID card. American Collective has entered into an agreement with the displayed physician network. In-network physicians have agreed to charge reduced fees to Plan Participants.

The Plan may pay for services from physicians who are not contracted by the displayed network at the in-network benefit level if the Plan Participant has no in-network physician in the necessary specialty who is accepting patients within a 20-mile radius of their home, or

You have a free choice of any physician (i.e. in-network or out-of-network) and you, together with your physician, are ultimately responsible for determining the appropriate course of medical treatment, regardless of whether the Plan will pay for all or a portion of the cost of such care.

If a physician is removed from the Plan's network, the Plan will notify Plan Participants who are receiving care from the physician that the physician is no longer in the Plan's network and that the Participant has the right to elect to continue receiving transitional care from the physician subject to the Maximum Allowable Charge Limitation.

### Information and Records
Premier Administrative Solutions ("PAS") may require additional information to make a benefit determination on behalf of the Plan.  The Plan Participant or Provider must send this information in the timeframe requested.  Failure to send may result in denial of payment.



**Claims Review**

PAS may use its discretionary authority to utilize an independent bill review and/or claim audit program.

PAS has the discretionary authority to reduce any charge to a Usual and Customary or Reasonable amount. The Usual and Customary amount will be determined based on the amount allowed by Medicare on the same date of service and in the same geographic area where the service was provided.

For professional services, the Usual and Customary amount will be determined at 140% of the amount allowed by Medicare.

Other services covered by the Plan will be determined at 150% of the amount allowed by Medicare.

## Medical Benefits

Unity Plans only provide coverage for Office and Urgent Care visits with Medical Providers for Sickness, Accident, and Preventive Care.  All benefits are outlined below and are detailed in the Plan Benefits and Exclusions sections which follow. **If a benefit is not included in the following Schedule of Benefits or in the Plan Benefits section, you should consider the benefit not covered.**

Sickness, Accident and Preventive Care services must be provided outside of a hospital.  You may use Medical Providers contracted by the PPO network listed on the front of your ID card to avoid any balance billing by a provider.  If you do not utilize a Medical Provider contracted with the PPO, we will utilize the Maximum Allowable Charge Limitation, and you may be subject to balance billing by the provider.

**Note:** This plan does not cover any services provided by a hospital (inpatient, outpatient, or rehabilitation), any diagnostic testing outside of those described in the preventive care benefits, surgery, anesthesia, emergency room, rehabilitation, medical equipment and supplies, or ambulance.

## Benefits for Treatment of Sickness and Accidents During Office Visits and Urgent Care Visits

| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| Deductible | There are No Deductibles | | | |
| Coinsurance/Out-of-Pocket Limit | There is no Coinsurance or Out-of-Pocket | | | |
| OFFICE VISITS FOR SICKNESS OR ACCIDENT | | | | |
| Maximum Visits Per Year | 1 Visit | 2 Visits | 4 Visits | 6 Visits |
| Visit Limit Applies | Combined total of PCP, Specialist and Urgent Care | | | |
| Primary Care Physician (PCP) | $25 Copayment, then 100% of Allowed | | | |
| Providers Considered PCP | Internal Medicine, Pediatrician, Family Practice, General Practice, and Geriatrician (All Other Provider Types are considered to be Specialists) | | | |
| Specialist | $50 Copayment, then 100% of Allowed | | | |
| Urgent Care Center | $100 Copayment, then 100% of Allowed | | | |

**Note**: Office visit charges, Diagnostic Labs and Radiology Completed in the Office; Specialist testing such as Cardiac Testing, Pulmonary Testing (Including Sleep Studies), Neurologic Testing, and Gastroenterology Testing are not covered.

9



## Prevention and Wellness Benefits

| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| PREVENTION/WELLNESS CARE FOR ADULTS | | | | |
| This does not apply to your annual sickness or accident office visit limit. | | | | |
| Adult Benefit Apply For | Applicable to members between the ages of 18 and 64 | | | |
| Benefit for Prevention/Wellness | 100% of Maximum Allowable Benefits (No Deductible, Coinsurance or Copayments) | | | |
| Preventive Exam/Physical | Up to One Exam Every 12 Months | | | |
| Abdominal Aortic Aneurysm Screening | Up to One Exam Per Lifetime for Members who have smoked | | | |
| Alcohol Misuse: Unhealthy Alcohol Use Screening and Counseling | Up to One Alcohol and Drug Screening Per Year | | | |
| Anxiety Disorders in Adults | Up to One Anxiety Screening Per Year | | | |
| Aspirin: Preventive Medication | Low Dose Aspirin is covered for adults ages 50-59 with a high cardiovascular risk | | | |
| Blood Pressure Screening | For members up to Age 40, a least one Blood Pressure Screening every 2 years; For members Age 40 and above, one Blood Pressure Screening Per Year | | | |
| Cholesterol Screening | For Members with Heart Disease, Diabetes or a Family History of High Cholesterol, one Cholesterol Screening Per Year | | | |
| Colorectal Cancer Screening | For Members Ages 45-64, Up to One Colorectal Cancer Screening Every 10 Years; Up to One Fecal screening Test (Cologuard Every 2 Years) | | | |
| Depression Screening | Up to One Depression Screening Per Year | | | |
| Diabetes Screening | Up to One Diabetes Screening Per Year for those Ages 40-65 overweight or obese, or have other risk factors | | | |
| Healthy Diet and Physical Activity Counseling | Up to One Diet and Physical Activity Counseling Per Year for those at higher risk for chronic diseases | | | |
| Hepatitis B Virus Infection Screening | Up to One Hepatitis B Screening Per year for members at high risk (Not vaccinated as an infant or from a Country with a high prevalence of Hepatitis B) | | | |
| Hepatitis C Virus (HCV) Infection Screening | Up to One Hepatitis C Screening Per Year | | | |
| HIV Preexposure Prophylaxis for the Prevention of HIV Infection | These are Covered; Please see the subsection "Preventive Medications" for more information. | | | |
| HIV Screening and Counseling | Up to One HIV Screening Per Year for Members Over Age 15 or with Higher Risk | | | |
| Latent Tuberculosis Infection Screening in Adults | Up to One Tuberculosis Screening Per Year for Members at High Risk | | | |



| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| **PREVENTION/WELLNESS CARE FOR ADULTS, Continued** | | | | |
| **This does not apply to your annual sickness or accident office visit limit.** | | | | |
| Lung Cancer Screening | Up to One Lung Cancer Screening Per Year for Members Over Age 50 or those who have quit smoking in last 15 years | | | |
| Sexually Transmitted Infections Counseling | Up to One Counseling Session Per Year for Adults at Higher Risk | | | |
| Syphilis Screening | Up to One Syphilis Screening Per Year for Members at High Risk | | | |
| Tobacco Use Counseling and Interventions | Up to One Tobacco Counseling Per Year for Tobacco Users | | | |
| **PREVENTION/WELLNESS CARE FOR WOMEN** | | | | |
| **This does not apply to your annual sickness or accident office visit limit.** | | | | |
| Well Women Exams | Up to one Well Women exam per Year | | | |
| Bone Density Screening | Up to One Bone Density Screening Per year for Women 64 and Under who have gone through menopause | | | |
| Breast Cancer Genetic Test (BRCA) | One-time Test for Women at Higher Risk (Risk must be established via screening) | | | |
| Breast Cancer Screening Via Mammogram | Mammogram screening every year for Women ages 40 and Older | | | |
| Breast Cancer Chemoprevention Counseling | Up to One Counseling Session Per year for Women at High Risk | | | |
| Cervical Cancer Screening | One Test Per year for Women Ages 21 to 65 | | | |
| Chlamydia Infection Screening | One Test Per Year for Women at Higher Risk | | | |
| Diabetes Screening | For Women with a history of gestational diabetes who aren't currently pregnant or haven't been diagnosed with Type 2 diabetes previously | | | |
| Domestic and Interpersonal Violence Screening and Counseling | Up to One Screening and Counseling Session Per year | | | |
| Gonorrhea Screening | One Test Per Year for Women at Higher Risk | | | |
| Urinary Incontinence Screening | One Screening Per year | | | |
| **PREVENTION/WELLNESS FOR PREGNANT WOMEN (OR THOSE WHO MAY BECOME PREGNANT)** | | | | |
| **This does not apply to your annual sickness or accident office visit limit.** | | | | |
| Breastfeeding Support and Counseling | Programs provided by Trained Professionals for Pregnant and Nursing Women | | | |
| Breastfeeding Supplies | Rental or Purchase of a Breast Pump | | | |
| Birth Control | Up to One Patient Education and Counseling Session for Birth Control | | | |
| Gestational Diabetes Screening | Up to One Screening for Women 24 weeks' pregnant or those at risk of developing gestational diabetes | | | |
| Maternal Depression Screening | Available at Each Well Baby Visit | | | |

11



| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| Preeclampsia Prevention and Screening | Available for Women with High Blood Pressure or other risk factors | | | |
| Rh Incompatibility Screening | Up to One Screening for pregnant women, with follow-up testing for Women at High Risk | | | |

| PREVENTION/WELLNESS FOR CHILDREN (APPLIES TO MEMBERS UNDER AGE 18) |
|---|
| **This does not apply to your annual sickness or accident office visit limit.** |

| Well Child Visits | Up to One Exam within each of the following timeframes/ages (Please refer to Immunization Schedule Below) | | |
|---|---|---|---|
| | Birth to 3-5 Days | | |
| | 1 Month | Up to 1 Visit | |
| | 2 Months | Up to 1 Visit | |
| | 4 Months | Up to 1 Visit | |
| | 6 Months | Up to 1 Visit | |
| | 9 Months | Up to 1 Visit | |
| | 12 Months | Up to 1 Visit | |
| | 15 Months | Up to 1 Visit | |
| | 18 Months | Up to 1 Visit | |
| | 2 Years | Up to 1 Visit | |
| | 30 Months | Up to 1 Visit | |
| | 3 Years | Up to 1 Visit | |
| | 4 Years | Up to 1 Visit | |
| | 5+ Years | Up to 1 Visit | |

12



| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| PREVENTION/WELLNESS CARE FOR CHILDREN, Continued | | | | |
| This does not apply to your annual sickness or accident office visit limit. | | | | |
| Alcohol, Tobacco and Drug Use Assessment for Adolescents | Up to One Assessment Per year for Children between 10 and 19 years old | | | |
| Autism Screening | One Screening at 18 Months and Another at 24 Months | | | |
| Behavioral Assessment | Up to One Assessment Per year for Children between 10 and 19 years old | | | |
| Bilirubin Concentration Screening | As needed for Newborns | | | |
| Blood Screening for Newborns | As needed for Newborns | | | |
| Depression Screening for Adolescents | Up to One Screening Per Year for Children Age 12 and Over | | | |
| Developmental Screening | Up to One Screening for Children Age 3 and Under | | | |
| Dyslipidemia Screening | Up to One Screening for Children between 9 and 11 years and between 17 and 21 years who are at risk for Lipid Disorders | | | |
| Gonorrhea Preventive Medication | Up to one administration of the medication for the eyes of all newborns | | | |
| Hearing Screenings | Up to One Screening for a Newborn and regular screenings is recommended by a medical provider | | | |
| Hematocrit or Hemoglobin Screening | Up to One Screening Per Child | | | |
| Hemoglobinopathies and/or Sickle Cell Screening for Newborns | Up to One Screening Per Newborn | | | |
| Hypothyroidism Screening | Up to One Screening Per Newborn | | | |
| Lead Screening | Screening based on Exposure to Lead | | | |
| Obesity Screening and Counseling | Up to One Screening and Counseling Session Per Year | | | |
| Oral Health Risk Assessment | Up to One Screening and Counseling Session Per Year for Children Ages 6 Months to 6 Years | | | |
| Phenylketonuria (PKU) Screening | Up to One Screening for Newborns | | | |
| STI Prevention Counseling | Up to One Counseling Session for Adolescents at Higher Risk | | | |
| Vision Screening | Up to One Screening Per Year | | | |
| IMMUNIZATIONS | | | | |
| Frequency of Immunization | Varies based on Age with Standards detailed in https://www.cdc.gov/vaccines/hcp/imz-schedules | | | |
| Chickenpox (Varicella) | Covered based on CDC Recommended Schedule | | | |
| Diphtheria, Tetanus and Pertussis (DTaP) | Covered based on CDC Recommended Schedule | | | |
| Haemophilus Influenzae Type B | Covered based on CDC Recommended Schedule | | | |
| Hepatitis A | Covered based on CDC Recommended Schedule | | | |
| Hepatitis B Virus Infection Screening | Covered based on CDC Recommended Schedule | | | |
| Human Papillomavirus (HPV) | Covered based on CDC Recommended Schedule | | | |
| Inactive Poliovirus | Covered based on CDC Recommended Schedule | | | |
| Influenza (Flu Shot) | Covered based on CDC Recommended Schedule | | | |
| Measles | Covered based on CDC Recommended Schedule | | | |
| Meningococcal | Covered based on CDC Recommended Schedule | | | |

13



| Covered Benefit | Unity 1 Plan | Unit 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| IMMUNIZATIONS, Continued | | | | |
| Mumps | Covered based on CDC Recommended Schedule | | | |
| Pneumococcal | Covered based on CDC Recommended Schedule | | | |
| Rotavirus | Covered based on CDC Recommended Schedule | | | |
| Rubella | Covered based on CDC Recommended Schedule | | | |

**NOTE:** You may be able to obtain your immunization(s) in your local pharmacy. In such cases the Pharmacy may charge you at the time the immunization is administered. If this occurs you must complete the Immunization Transmittal found in your web portal and mail it to Premiere Administrative Solutions at the address shown in the table above. Your submission must include an itemized statement from the Pharmacy and a receipt indicating your payment.

## Preventive Medications

In accordance with the Patient Protection and Affordable Care Act (PPACA) certain preventive medicines are covered at 100 percent with no member out of pocket cost. All medicines, including over-the-counter items, require a prescription from the doctor and must be provided by a participating retail, or through the home delivery pharmacy.

Below is information about the medicines available. A summary of the categories includes:
- Low-dose aspirin to prevent cardiovascular disease for men age 45-79 and to prevent cardiovascular disease and preeclampsia for women age 13-79.
- Generic bowel prep medicines required for the preparation of a preventive colonoscopy screening.
- Generic breast cancer prevention medicines for women age 35 and older.
- Fluoride supplements for children ages 6 months through 5 years old.
- Folic acid supplements for women.
- Statins for primary prevention of cardiovascular diseases in adults: low to moderate intensity statins are recommended for adults who are between the ages of 40-75, have no history of cardiovascular disease (CVD), have one or more risk factors for CVD and have a calculated 10-year CVD event risk of 10% or greater. Lovastatin and pravastatin are covered.
- Smoking cessation: Generic, brand-name with no generic equivalent (single source) and over the counter smoking cessation medicines. The day supply limit applied to these FDA-approved tobacco cessation medicines is 180 days per member per 365 days. Brand smoking cessation medicines that do have a generic equivalent (multi-source) are covered with copayment/cost sharing, or according to your benefit design.
- Routine immunizations for children, adolescents and adults as recommended from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (covered under medical benefit)
- Iron supplementation for children ages 6 months to 1 year old who are at increased risk for iron deficiency anemia.
- Contraceptives: Generic contraceptives are covered with no cost share. Brand contraceptive products that do have a generic equivalent (multi-source) and brand name contraceptives with no generic equivalent (single source) are covered with copayment/cost sharing.
- Pre-Exposure Prophylaxis (PrEP) for the prevention of HIV infection.

## Available Pharmacy Benefit

| Medications Available at No Cost | |
|---|---|
| No Cost Drugs | Only Drugs included on Revive's Preferred Drug List are available at no cost. There are over 70 Preferred Drugs available at the retail Pharmacy and over 1,100 Preferred Drugs available through Mail Order. The list of Preferred Drugs is found using the QR code reflected below: |
| Retail Pharmacy | You may obtain up to a 30-Day supply of medications on Revive's Preferred Drug List for the treatment of acute conditions, like antibiotics and steroids. These are available at any Retail Pharmacy contracted with Revive. Contracted Pharmacies can be identified on the Revive Web Portal or by calling (888) 220-6650. |



| Mail Order Pharmacy | You may obtain up to a 90-Day supply of medications on Revive's Preferred Drug List for ongoing use or for the treatment of chronic conditions by using Revive's Mail Order Pharmacy. Instructions for getting set up with Revive are shown below. Please note: Up to 4 deliveries of Mail Order Drugs are available at no cost. If you request more than 3 refills per year, shipping cost will be charged to you for the extra deliveries. |
|---|---|
| **Medications Available at Discounted Cost** | |
| Drugs which are not included on Revive's Preferred Drug List may be subject to a 20-50% discount by showing your ID Card at a contracted Pharmacy. | |

## Your Pharmacy Plan

### About Revive

The Revive Prescription Benefit Program provides members with free access to over 1,100 commonly prescribed maintenance medications delivered directly to their homes. It also includes more than 70 urgent care medications available for pickup at over 70,000 pharmacies- all at no cost with membership.

### Available Drugs

Scan the QR Code to view the list of drugs available with Revive



### How to get Set Up with Revive

Revive provides access to healthcare benefits through its member portal or the Revive app, so you can access care whenever it's convenient for you. Complete your enrollment today and gain instant access to on-demand, personalized care.

#### Sign-up Instructions:
1. Scan the QR Code or go to member.myrevive.health/selfsignup



2. You will be taken to a web page where you will be prompted to enter a code.  Enter **tczK7bzr3s**
3. Next, enter your First and Last Name, Email Address, then click **Submit**
4. You will receive an email to login and complete the registration process to access the program
5. When asked, create a unique password and click **Submit**
6. You will now be sent to your personal portal to access the care services that have been selected for you.

### Access your Revive Personal Health Care Portal

Go to https://member.myrevive.health

### Revive Customer Support

Should you have any trouble with registration, accessing your benefits, or scheduling an appointment, reach out to the revive customer care team at:
- Phone: (888) 220-6650
- Email: customercare@revive.health

15



# COVERED EXPENSES

Members are covered or not covered for the following health care facilities, providers, and services, as specifically described below.

For services that are deemed covered and received from a Practitioner or Medical Professional CONTRACTED by the PPO reflected on the front of the ID card, charges for those services will be covered, subject to medical necessity and program limitations. For services that are deemed covered and received from a Practitioner or Medical Professional NOT CONTRACTED by the PPO reflected on the front of the ID card, charges for those services will be covered, subject to the Maximum Benefit Limit, medical necessity and program limitations.

**Annual Preventive Exams**
Annual Preventive Exams, Screening, Counseling, Testing and Immunizations are covered by the Unity Plan(s), subject to the frequency and other limitations outlined in the Schedule of Benefits.

**Audiological Procedures**
Hearing treatment, if provided in an Office Visit or Urgent Care Center, is covered subject to the benefits and limitations applicable to Office Visits and Urgent Care visit for Sickness or Accident.  Other treatment, such as surgery is NOT covered in your Unity Plan.

**Cologuard**
Cologuard fecal testing is covered for Ages 45 to 64 every two years, at 100%.

**Colonoscopy**
Diagnostic colonoscopies are covered for Ages 45 to 64 every 10 years.

**Diagnostic Imaging**
All Diagnostic Imaging with the exception of Preventive Mammography and Bone Density Testing described in the Schedule of Benefits is NOT covered under your Unity Plan.  This includes X-Rays, MRI, MRA, Ultrasound, CT Scans, and PET Scans.

**Mammograms**
Mammograms are covered as part of your Unity Plan Preventive Services, at a frequency identified in the Schedule of Benefits.

**Mental Health**
Mental health and substance abuse counseling is NOT covered except to the extent required as a preventive service.

**Physician Services**
Physician services include the diagnosis, treatment, management or prevention of an Illness or Injury. Office visits for Primary Care, Urgent Care, and Specialty Care are eligible for sharing subject to a Copayment and 100% coverage for treatment of sickness and accident.  There is a limit based on the Unity Plan in which you enrolled, of the number of office visits for sickness and accident which are covered each year you are enrolled.  Each year, at the anniversary of your enrollment, your office benefit maximum benefit will reset. For Preventive/Wellness Services provided by a Physician, coverage will be at 100% for the specific services outlined in the Schedule of Benefits.

**Vaccines Administered by Pharmacists**
Vaccination services administered by pharmacists are covered, subject to the list of covered Immunizations and frequency identified in the Schedule of Benefits. If you receive vaccines from a Pharmacist, you may be required to pay for the vaccine when it is administered by the Pharmacist.  In such cases, you must file a Transmittal for Reimbursement available on your Member Portal with a copy of the Pharmacist's printout of services rendered and your receipt.



**Well Baby Visits**

Well baby visits, including immunizations, are eligible for sharing within the first year of birth.

**Well Child Exam**

Well Child Exams, Screening, Counseling, and Immunizations are covered by your Unity Plan subject to the list of specific services and limitations listed in the Schedule of Benefits.



# GENERAL EXCLUSIONS AND LIMITATIONS

It is very important to review the Schedule of Benefits and the Description of Covered Services in the previous Section.  This Section details General Exclusions and Limitations applicable to the Plan.

1. **Abortion**
   Services, supplies, care or treatment in connection with an abortion.

2. **ADD/ADHD/SPD and Similar Chemical Imbalances**
   Treatment of purported chemical imbalances not demonstrable by lab tests, such as for Attention Deficit Disorder, Attention Deficit Hyperactivity Disorder, Sensory Processing Disorder, and similar disorders. Please note:  Office visits where medication reviews are completed ARE COVERED, up to the maximum number of office visits in the Unity plan.

3. **Alcohol/Drug-Related Problems**
   Services, supplies, care or treatment for an injury and/or disease and/or bodily malfunction which occurred as a result of that Partner's abuse and/or use of alcohol or drugs/pharmaceuticals, including Drug and/or Alcohol Rehabilitation Treatment are not covered.

4. **Allergy Testing**
   Allergy testing, including skin tests, blood tests, and provocation tests, is not covered.

5. **Alternative Medicine and Non-Conventional Treatments**
   An "alternative medical treatment" or "non-conventional treatment" is a treatment proposed by a member for a condition lawfully diagnosed by a licensed medical professional, but which treatment was not prescribed by the member's provider. Expenses of Alternative Treatment are not covered.

6. **Ambulance**
   Ambulance transportation, including Emergency and/or Non-Emergency land or air ambulance transportation, is not covered.

7. **Ambulatory Surgery**
   Ambulatory surgery, also referred to as "day surgery" or "outpatient surgery," is not covered.

8. **Anesthesia**
   Anesthesia, inclusive of that related to surgery and spinal injections, is not covered.

9. **Anti-Aging or Aging "Reversal"**
   Treatments and devices for the normal changes or declines in bodily functions that typically occur with age (e.g., sexual aids, eyeglasses, hearing aids, dentures, etc.) are not covered.

10. **Armed Conflict**
    Injuries or illness resulting from a member's participation as a combatant in an armed conflict, but not including actions taken purely in self-defense or in defense of an immediate family member, are not covered.

11. **Audiological Therapy**
    Hearing Therapy by a licensed audiologist is not covered.

12. **Breast Implants**
    The placement, replacement or removal of breast enhancement devices and complications related to breast implants are not covered.

18



13. **Cardiac Therapy**
Cardiac Therapy, in accord with a Physician's order to improve body function, is not covered.

14. **Charges before or after Active Membership**
Medical care, treatment, or supplies for which a charge was incurred before a person was enrolled, or after membership ceased or became inactive, is not covered.

15. **Chemotherapy and Radiation Therapy**
Chemotherapy and Radiation Therapy are not covered.

16. **Chiropractic Therapy**
Treatment of skeletal or musculoskeletal disease or injury by a person holding a Doctor of Chiropractic degree (abbreviated as "D.C.") is not covered.

17. **Circumcision**
Circumcision is not covered.

18. **Civil Disobedience/Protests/Riots**
Injuries or illness resulting from or occurring during participation in an act of civil disobedience, demonstrating, protesting or rioting is not covered.

19. **Complications of Non-Eligible Treatments**
Care, services, or treatment required as a result of complications from a treatment not eligible for sharing is not covered.

20. **Cosmetic Procedures**
Cosmetic care or treatment is not covered, including but not limited to:
   - Pharmacological regimens,
   - Nutritional procedures or treatments,
   - Cosmetic surgery,
   - Plastic surgery,
   - Salabrasion,
   - Chemosurgery, and
   - Other such skin abrasion procedures associated with the removal or revision of scars, tattoos or actinic changes.

21. **CT Scan**
CT Scans are not covered.

22. **Custodial Care**
Services or supplies provided mainly as a rest cure, maintenance, custodial care, or other care that does not treat an Illness or Injury, are not covered.

23. **Dental Care**
Dental prostheses and care or treatment of the person's teeth above or below the gums is not covered.

24. **Durable Medical Equipment**
The purchase, rental or replacement of durable or reusable equipment or devices is not covered, including, but not limited to:
   - Orthotics,
   - Hearing aids,

19



- Tubing,
- Masks, and
- Their associated expenses.

25. **Emergency Room**

Emergency Room services are not covered.  This is regardless of the medical necessity of the ER visit and/or whether the enrolled member is admitted to the facility.  When the ER facility is not covered, neither are the services of any medical professional who treated the patient while they were in the ER.

26. **Excess Charges**

The part of an expense for care and treatment of an injury or illness that is in excess of the Maximum Allowable Charge is not covered.

27. **Exercise Programs**

Exercise programs for treatment of any condition, except for Physician- supervised cardiac rehabilitation and/or physical therapy are not covered.

28. **Experimental, Investigational, Unproven or Unapproved Services**

Care and treatment that is either Experimental, Investigational, or Unproven, or that has not been approved by the American Medical Association, FDA, or other industry recognized authoritative bodies, or that is illegal by U.S. law, is not covered.

29. **Euthanasia/Assisted Suicide**

Expenses for intentionally terminating or assisting with the termination of a human life are not covered.

30. **Eye Care**

Eye exercise therapy, radial keratotomy or other eye surgery to correct near-sightedness, routine eye examinations, including refractions, lenses for the eyes, and exams for their fitting, are not covered.

31. **Failure to Follow Medical Advice**

Expenses for care and treatment of an injury or illness, the need for which was the result of a failure to follow medical advice or an unreasonable delay in following medical advice, are not covered.

32. **Genetic Testing**

Genetic Testing including the process of analyzing cells or tissue to look for changes in genes, chromosomes, or proteins that may be a sign of a disease or condition, such as cancer, is not covered. This includes:
- Pre-symptomatic and predictive testing,
- Carrier testing,
- Pharmacogenetics,
- Prenatal testing,
- Newborn screening, and
- Preimplantation testing.

The only exception to this exclusion is BRCA testing for women where there is a confirmed high risk of breast cancer.

33. **Goods and Services Purchased from Relatives**

Purchases of Services from a relative are not covered.

34. **Hair Loss**

Care and treatment for hair loss, hair transplants or any drug that promises hair growth, whether or not it is prescribed by a Physician, is not covered.



35. **Hearing Aids and Exams**
Charges for services or supplies in connection with routine hearing exams, hearing aids, or exams for their fitting, are not covered.

36. **Hazardous Hobbies**
Care and treatment of an injury or illness that results from engaging in a hazardous hobby is not covered. A hobby is hazardous if it is an activity which is characterized by a constant or recurring threat of danger or risk of bodily harm. Examples of hazardous hobbies include, but are not limited to:
- Rock/cliff climbing,
- Spelunking,
- Scuba diving,
- Skydiving,
- Bungee jumping,
- Hang gliding,
- Kite surfing,
- Paragliding,
- Base jumping, and
- All other extreme sports.

37. **Hemophilia**
No form of Hemophilia is covered.

38. **Home Health Care**
Skilled care services at home are not covered.

39. **Homeopathic**
Homeopathic treatments and prescriptions are not covered.

40. **Hospice Care**
Hospice Care services are not covered.

41. **Hospital Charges**
Medical Services provided by a Hospital on Inpatient or Outpatient basis are not covered.

42. **Hyperbaric Oxygen Therapy**
Hyperbaric Oxygen Therapy is not covered.

43. **Illegal Acts**
Charges for services received as a result of the following are not covered:
- Injury or illness caused by engaging in an illegal act or occupation,
- By committing or attempting to commit any crime, criminal act, assault, or other felonious behavior, including but not limited to:
  - Illegal drug activity,
  - Crimes against persons,
  - Crimes against property,
  - DUI, and
  - Gun offenses.

44. **Impotence**
Surgical and non-surgical services for the treatment of impotence are not covered.



45. **Infertility**
    Diagnostics, testing, surgical repair, non-surgical repair, surgical impregnation, in vitro fertilization, or other procedures and Prescription Drugs for the treatment of infertility, are not covered.

46. **Infusion Therapy**
    Infusion therapy, at home, in a Physician's Office, or Facility (Hospital, Rehabilitation Hospital, Skilled Nursing Facility or any other facility), is not covered.

47. **In-Office Surgery and Therapeutic Injections**
    Surgery which can be performed in the office of a Medical Professional is not covered.  Therapeutic injections completed in a Medical Professional's office are not covered.

48. **Interest/Late Charges/Penalties**
    Costs incurred for interest charges, late charges, or penalties from any Provider are not covered. Interest or finance charges from a credit card or lending institution that a Member borrows from to pay medical bills are also not covered.

49. **Long-Term Care**
    Nursing home and other long-term care is not covered.

50. **Mental Health Services**
    Charges for psychiatric or psychological counseling, mental disability, learning disability, bereavement counseling, biofeedback therapy, and psychological testing are not covered.

51. **MRIs**
    MRIs are considered a Diagnostic Radiology service and are not covered.

52. **Naturopathic Care**
    Naturopathic adjustments, manipulations, and other treatments are not covered.

53. **Negligent Acts**
    Expenses resulting from an Illness or Injury as to which the Partner or covered family member has acted with negligence or with reckless disregard to safety, as evidenced by medical records, are not covered.

54. **Non-Medical Expenses**
    Expenses not directly related to provided medical services are not covered (e.g., phone chargers, cots and/or meals for visitors, etc.).

55. **No Obligation to Pay**
    Charges incurred for which the patient has no legal obligation to pay are not covered.

56. **Not a Medically Necessary Service**
    Care and treatment that does not meet the criteria of a Medically Necessary Service or is not specified as a Medically Necessary Service; care, treatment, services, or supplies not recommended and approved by a Physician; or treatment, services, or supplies received when the Sharing Member is not under the regular care of a Physician are not covered. American Collective reserves the right to review billing submitted by providers for payment, and upon review by a qualified medical professional, decline to share expenses deemed to be Not a Medically Necessary Service.

57. **Nutritional Supplements**
    Nutritional products, supplements, consultations, education, and educational materials are not covered.



58. **Nutritionist**
Services of nutritionists and dietary consultants are not covered.

59. **Occupational Therapy**
Occupational therapy is not covered.

60. **Optometric Vision Therapy**
Optometric vision therapy is not covered.

61. **Organ/Tissue Donation**
Expenses related to organ or tissue donation are not covered.

62. **Organ Transplant**
Expenses incurred in connection with any organ or tissue transplant are not covered.

63. **Outpatient Prescribed or Non-Prescribed Medical Supplies**
Outpatient prescribed or non- prescribed medical supplies are not covered. This is including, but not limited to:
- Over-the-counter drugs and treatments,
- Elastic stockings,
- Tubings,
- Masks,
- Ostomy supplies,
- Insulin infusion pumps,
- Ace bandages,
- Gauze,
- Syringes,
- Diabetic test strips, and
- Similar supplies.

64. **Personal Comfort Items**
Personal comfort items or other equipment are not covered, such as, but not limited to:
- Air conditioners,
- Air-purification units,
- Humidifiers,
- Electric heating units,
- Orthopedic mattresses,
- Blood pressure instruments,
- Scales,
- Elastic bandages or stockings,
- Non-prescription drugs and medicines and first-aid supplies, and
- Non-hospital adjustable beds.

65. **Physical Therapy**
Physical therapy is not covered.

66. **Pre-Employment and Pre-School/Athletic Physicals**
Pre-Employment, Pre-School/Athletic Physicals are not covered if outside a normal schedule of wellness and preventive care provided by the patient's regular physician.

67. **Professional Racing or Competitive Events**
Charges for treatment of injuries or illness while racing or competing as an amateur or professional are not covered. "Professional" means that such activity is one's primary vocation and means of financial support.



"Amateur" means competing in similar events, but with no resulting financial rewards for success. Racing and competitive events include, but are not limited to:
- Automobile,
- Motorcycle,
- Watercraft,
- Ski, or
- Rodeo races or competitions.

**68. PSA Test**
PSA tests are not covered.

**69. Relatives Providing Services**
Professional services performed by a person who ordinarily resides in the Member's home or is related to the Member as a Spouse, parent, Child, brother or sister, whether the relationship is by blood or exists in law are not covered.

**70. Replacement Braces**
Replacement of braces of the leg, arm, back, or neck are not covered.

**71. Respiratory Therapy**
Respiratory therapy is not covered.

**72. Self-Inflicted Injuries**
Any medical expense due to injuries that are self-inflicted or otherwise intentionally caused to oneself, while sane or insane, are not covered.

**73. Sex Changes**
Care, services or treatment for non-congenital transsexualism, gender dysphoria or sexual reassignment or change are not covered. This includes:
- Medications,
- Implants,
- Hormone therapy,
- Surgery, or
- Medical or psychiatric treatment.

**74. Speech Therapy/Speech Pathology**
Speech therapy is not covered.

**75. Sports-Related Safety/Performance Devices and Programs**
Devices used specifically as safety items or to affect performance primarily in sports-related activities are not covered. All membership, registration or participation costs as they relate to physical conditioning programs are not covered. This includes:
- Athletic training,
- Bodybuilding,
- Exercise,
- Fitness flexibility, and
- Diversion or general motivation.

**76. Surgery**
Surgery is not covered, regardless of the setting for the surgery, including a Medical Office, outpatient or Ambulatory Surgery Facility, or Inpatient Surgery.  Surgery includes the following:
- A cutting operation,

24



- Suturing of a wound,
- Treatment of a fracture,
- Reduction of a dislocation,
- Radiotherapy (including radioactive isotope therapy) if used in lieu of a cutting operation for removal of a tumor,
- Electro cauterization,
- Diagnostic and therapeutic endoscopic procedures, and
- Injection treatment of hemorrhoids and varicose veins.

77. **Surgical Sterilization or Reversal**

Charges for care and treatment for, or reversal of, surgical sterilization, including vasectomy and tubal ligation, are not covered.

78. **Surrogacy**

Expenses related to a surrogate pregnancy are not covered.

79. **Temporomandibular Joint Dysfunction (TMJ)**

Charges for care and treatment of, for, related to, or in connection with Temporomandibular Joint Dysfunction are not covered.

80. **Travel or Accommodations**

Charges for travel or accommodations, whether or not recommended by a Physician, are not covered.

81. **Vision Therapy**

Vision Therapy is not covered.

82. **War**

Any cost incurred that is due to any declared or undeclared act of war, act of terrorism, or military activity.

83. **X-Rays**

X-Rays are not covered.



# PARTICIPATION

Before you can receive benefits under this Plan, there are certain rules you must satisfy.  First, you must meet the eligibility requirements.  After that, the next step is to actually join the Plan on the entry date established by the Plan Administrator.  To enroll in the Plan, you must complete the application process established by the Plan in a timely manner.

## Who Is Eligible To Be A Participant?

You must be a partner in the American Collective limited partnership to be eligible to participate in the Plan.
Participants in the Plan may also enroll their spouses and/or Children for certain coverages, so long as they qualify as Eligible Dependents. The term "Eligible Dependent" is defined below.

For the rest of this document, American Collective limited partners may be referred to as "eligible Employees" or sometimes just "you."

The Employer's classification of an individual as an eligible Employee or a non-employee (or independent contractor) is conclusive and binding for purposes of determining eligibility for Plan participation.  If, for any reason, a person is reclassified from a non-employee to an employee, that person will not be retroactively eligible for benefits.  Instead, benefits eligibility will begin prospectively on the date the re-classification is made.

## Who Are Eligible Dependents?

The following individuals are Eligible Dependents:
- Your Spouse
- Your Child under age 26, without regard to marital, student or financial status.

An Eligible Dependent does not include anyone who:
- Is enrolled as an Employee,
- Is enrolled as an Eligible Dependent of another Employee, or
- Resides outside of the United States.

The Plan Administrator has the discretion to make all factual determinations on whether a person is an Eligible Dependent.

"*Child*" means:
- Your natural born child,
- Your legally adopted child,
- A child placed with you for adoption,
- Your stepchild, or
- Dependents who are eligible as a result of a Qualified Medical Child Support Order (QMCSO). See the subsection "Qualified Medical Child Support Orders (QMCSO)" for more information.

Foster children are not eligible for coverage.

"*Spouse*" refers to a person who is a husband or wife in a marriage (whether opposite-sex or same-sex) as recognized for federal tax purposes.  Due to difficulties in verifying common law marriage, if you have a Spouse by common law marriage, you must provide a court decree (or similar official documentation acceptable to the Plan Administrator) recognizing such marriage.

## How To Enroll

Participation in the Plan does not begin unless you actually enroll.  You will receive enrollment information from the Third-Party Administrator, including an enrollment notice.  The deadline for new hire enrollment in the Plan is 30 days following the date of hire (or 30 days following the first date of new eligibility, if later).  Generally, you can complete your enrollment via the Plan's enrollment web site as provided in the enrollment information.  If you prefer to enroll or make changes to your

26



benefit elections by paper, you should contact the Plan Benefits Staff at (888) 868-9767.  No additional charge applies for enrollment by paper.

Each year, usually sometime in the fall, you will be able to choose or change the coverages in which you wish to participate under the Plan.  During this "Annual Enrollment Period," you may make any available coverage changes you wish for any reason, subject to specific limitations that may apply.  The coverages you elect during the Annual Enrollment Period will generally be effective for the entire twelve-month period of the plan year beginning on January 1st.

## When Participation Begins
Except as specifically provided otherwise in this document, actual coverage for each type of benefit under the Plan cannot begin until you have timely completed all eligibility and enrollment requirements.

## New Hires
If you complete the enrollment process for yourself and for any of your Eligible Dependents within 30 days following the date of hire, generally your (and any enrolled Eligible Dependents') participation can begin the 31st day.

## Mid-Year Coverage Changes
The elections you make during annual enrollment will remain in effect from the next January 1 through December 31.  You may add new Eligible Dependents to the coverage you elected.  If you elected medical coverage, you may add and remove the following coverage options during the plan year: dental, AD&D and critical illness.  If you did not elect any medical coverage during annual enrollment, you may add medical coverage at any time during the plan year and that coverage will remain in effect through the next December 31st.  You may not change medical coverage from Unity to Prestige mid-year.

If you decline enrollment for yourself or your dependents (including your spouse) because of other health insurance or group health plan coverage, you may be able to enroll yourself and your dependents in this plan if you or your dependents lose eligibility for that other coverage (or if the employer stops contributing toward your or your dependents' other coverage). However, you must request enrollment within 30 days after your or your dependents' other coverage ends (or after the employer stops contributing toward the other coverage). In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents. However, you must request enrollment within 30 days after the marriage, birth, adoption, or placement for adoption. To request special enrollment or obtain more information, contact the Third-Party Administrator.

## Other Information Regarding Coverage
The Plan may not, with respect to medical or other health coverage, establish eligibility rules or set any individual's premium or contribution rate based on:
- Whether an individual is confined to a hospital or other health care institution,
- An individual's ability to engage in normal life activities, or
- Whether an individual is actively at work (including whether an individual is continuously employed), unless absence from work due to any health factor is treated, for purposes of the Plan, as being actively at work.

Notwithstanding the foregoing, the Plan may establish an eligibility rule that requires an individual to begin work for the Employer before coverage becomes effective, provided that such eligibility rule applies regardless of the reason for the absence.  Further, eligibility rules and individuals' premium or contribution rates may be established in accordance with the rules relating to "similarly situated individuals" as defined in Department of Labor Regulation §2590.702(d).  For example, different eligibility rules or premium contribution rates may apply based on:
- A bona fide employment based on classifications (such as full-time vs. part-time),
- Whether the individual is an employee or a dependent, or
- A dependent's relationship to the employee (e.g., as a spouse or an eligible child).

For this purpose, eligibility rules mean any rules relating to enrollment, effective date of coverage, waiting periods, late and special enrollment, eligibility for benefit packages, benefits, continued eligibility, or termination of coverage.



## When Your Participation Ends

Your participation in the Plan ordinarily ends when:

- You are no longer actively employed by the Employer or are no longer a limited partner for any reason (other than vacation or holidays),
- You otherwise cease to meet the eligibility requirements (whether as a result of a status change or a Plan amendment),
- You cease to make the required contributions for coverage,
- You fail to complete dependent eligibility verification requirements,
- Fraud, intentional misrepresentation, or misconduct attempted by you with regard to any coverage or benefits under the Plan, or
- Your death.

We say "ordinarily ends" because there are several possible exceptions and also because each coverage under the Plan also may have its own, additional eligibility requirements. Any such specific rule takes precedence over the general rule described here.

The actual date on which coverage terminates may vary depending on the covered dependent and/or the circumstances involved. Plan coverage will end, for you and your covered dependents, midnight on your last day of work in which your employment terminates. As long as you are covered, most coverages generally continue for your dependent child until midnight of the day before your child turns age 26.

## When Your Dependent's Participation Ends

Your dependents cease to participate in the Plan if you cease to participate in the Plan. A dependent's participation also ceases if the dependent no longer meets the definition of Eligible Dependent.

## Choices Available When Participation Ends

In certain circumstances, it is possible to temporarily continue health coverage under the Plan beyond the time it would normally end. For information on temporary health coverage continuation, see the section, "Continuation Coverage Under COBRA."

28



# HEALTH CARE COVERAGE

## Medical Coverage

The benefit provided by this feature of the Plan is the payment of medical expenses.  If your contribution is not received for any reason within 30 days following the date it is due, medical coverage for yourself and your Eligible Dependents may be discontinued in accordance with the Plan's policy.

The available medical coverage options are set forth in the section "Schedule of Benefits."

## Your Coverage

When you initially enroll, you decide which medical coverage option will apply to you and your dependents for the remainder of that Plan Year (*i.e.*, calendar year).  And then, each year at annual enrollment, you decide which medical coverage option will apply for the following Plan Year, which begins on January 1.

The following are some special eligibility requirements:

- You may only cover your dependents for the same medical option as you choose for yourself.  You cannot cover your dependents if you choose No Coverage for yourself.
- If an eligible Employee is married to another eligible Employee, the Employees can each take his/her own coverage, or one Employee can choose to cover his/her Spouse as a dependent.  Only one of you, however, may cover a Child who is an Eligible Dependent.

## Medical Coverage Options

The medical coverage available under the Plan is described in the section "Schedule of Benefits."

## Covered and Non-Covered Medical Services

Each of the medical coverage options pays benefits only as set forth in the section "Schedule of Benefits" and for services that are Medically Necessary as determined by the Third-Party Administrator.  Medical coverage does not pay for certain services, which are described in the section "General Exclusions and Limitations."  The list of non-covered services, which is determined by the Third-Party Administrator, is subject to change without advance notice.  If you are uncertain whether a certain medical service is covered, please contact the Third-Party Administrator.



# <u>CONTINUATION COVERAGE UNDER COBRA</u>

This section contains important information about COBRA continuation coverage, which is a temporary extension of group health coverage under the Plan under certain circumstances when coverage would otherwise end.  Below is a general explanation of COBRA coverage, when it may become available to you and your eligible family members, and what you need to do to protect the right to receive it.  COBRA (and the description of COBRA coverage contained in this section) applies only to the group health plan benefits offered under the Plan and not to any other benefits offered under the Plan or by the Employer.

The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA").  COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage under the Plan.  It can also become available to other members of your family who are covered under the Plan when they would otherwise lose their group health coverage under the Plan.  If, upon reading this section, you have additional questions about your COBRA coverage rights and obligations under the Plan and under federal law, you should contact the Plan Benefits Staff at (888) 868-9767. Unless this Plan Document specifically provides otherwise, the Plan provides no greater COBRA rights than what COBRA requires—nothing in this section is intended to expand your rights beyond COBRA's requirements.

Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called "a special enrollment period."  Some of these options may cost less than COBRA continuation coverage.   For example, you may be eligible to buy an individual plan through the Health Insurance Marketplace.  By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs.   Once you have exhausted your COBRA continuation coverage and the coverage expires, you will be eligible to enroll in coverage through the Marketplace through a special enrollment period, even if Marketplace open enrollment has ended.  If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

## What Is COBRA Coverage?

COBRA coverage is a temporary continuation of group health coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in this section. After a qualifying event occurs and any required notice of that event is properly provided, COBRA coverage must be offered to each "qualified beneficiary," *i.e.*, you and your covered Eligible Dependents who lost (or would otherwise lose) group health coverage under this Plan because of the qualifying event. (Certain newborns, newly adopted children, and alternate recipients under QMCSOs may also be qualified beneficiaries. See below for details.)

A qualified beneficiary who timely elects and pays for COBRA continuation coverage receives the same coverage as similarly situated participants in the group health plan who have not experienced a qualifying event.  For example, changes in coverage, Deductibles, Coinsurance amounts, Copayments and insurance carriers applicable to participants who have not incurred a qualifying event will apply equally to each qualified beneficiary.

Each qualified beneficiary will also have the same rights as a similarly situated participant who has not experienced a qualifying event, to participate in annual enrollment periods and to make changes in his or her coverage, including, for example, the right to add a Spouse or Children. (Note, however, that a Spouse or Child added in this manner is not – and cannot become – a qualified beneficiary, because the individual was not covered by the Plan at the time of the original qualifying event.)

Unless otherwise specifically provided in this Plan Document, qualified beneficiaries who elect COBRA must pay the applicable premium for such coverage plus a 2% administrative charge. The applicable premium is the actual cost to the Plan of providing the same group health coverage to Plan participants and beneficiaries who have not experienced a qualifying event.



## Who Is Entitled to Elect COBRA?

If you are an Employee, you will be entitled to elect COBRA if you lose your group health coverage under the Plan due to either of the following qualifying events:

- Reduction in your hours of employment, or
- Termination of your employment for any reason other than gross misconduct.

If you are the Spouse of an Employee, you will be entitled to elect COBRA if you lose your group health coverage under the Plan due to any of the following qualifying events:

- Your Spouse dies,
- Your Spouse's hours of employment are reduced,
- Your Spouse's employment ends (for any reason other than gross misconduct),
- You become divorced or legally separated from your Spouse. Also, if your Spouse (the Employee) reduces or eliminates your group health coverage in anticipation of a divorce or legal separation, and the divorce or legal separation later occurs, then the divorce or legal separation may be considered a qualifying event for you even though your coverage was reduced or eliminated before the divorce or separation, or
- Your Spouse becomes entitled to Medicare (under Part A or B, or both).

A person enrolled as your Child will be entitled to elect COBRA if he or she loses group health coverage under the Plan due to any of the following qualifying events:

- The parent-Employee dies,
- The parent-Employee's hours of employment are reduced,
- The parent-Employee's employment ends (for any reason other than gross misconduct),
- The Child ceases to qualify as an "Eligible Dependent" under the Plan, or
- The parent-Employee becomes entitled to Medicare (under Part A or B, or both).

Children born to, adopted by, or placed for adoption with, the covered Employee during COBRA continuation coverage are considered qualified beneficiaries when born or placed for adoption, provided that, if the covered Employee is a qualified beneficiary, the covered Employee has elected COBRA coverage for himself or herself. The Child's COBRA coverage begins when the Child is enrolled in the Plan's group health coverage, whether through special enrollment or open enrollment, and it can last up to the end of the COBRA coverage period during which the Child was born, adopted or placed for adoption.  To be enrolled in the Plan, the Child must satisfy the otherwise applicable Plan eligibility requirements.

## When is COBRA Coverage Available?

The Plan will offer COBRA coverage to qualified beneficiaries only after it has been notified that a qualifying event has occurred.  When the qualifying event is the end of employment or reduction of hours of employment, death of the Employee, the Employee's becoming entitled to Medicare benefits (under Part A, Part B or both), or commencement of a proceeding in bankruptcy with respect to the Employer, the Employer must notify the COBRA Administrator of the qualifying event (see the section "General Plan Information").

## You Must Give Notice of Some Qualifying Events

For qualifying events other than the Employee's termination of employment, reduction in employment hours or death, (*e.g.,* divorce or legal separation of the Employee and Spouse, or Child's loss of Eligible Dependent status), COBRA will be available to you only if you notify the Benefits Service Center in writing no later than 60 days after the later of:

- The date of the qualifying event, and
- The date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Plan as a result of the qualifying event.

In providing this notice, you must follow the notice procedures specified in this Continuation Coverage under COBRA section.  If the notice procedures are not followed in a timely manner, THEN ALL QUALIFIED BENEFICIARIES WILL LOSE THEIR RIGHT TO ELECT COBRA.

31



A qualifying event is considered to occur when the event occurs, not when health coverage under the Plan is lost.  Except as otherwise specifically provided in this document, any extension of coverage after such an event will count toward the maximum COBRA coverage period.

## Notice to Qualified Beneficiary

Within 14 days after receiving notice of a COBRA qualifying event, the COBRA Administrator will notify all qualified beneficiaries of their right to elect continuation coverage under COBRA, using the latest address shown on the records of the COBRA Administrator.

Where qualified beneficiaries are the Employee, Spouse and/or Children, and the latest record of the COBRA Administrator shows that all qualified beneficiaries reside at the same address, notice will be given by first-class mail addressed to the Employee and Spouse at that address. If, according to the COBRA Administrator's records, any qualified beneficiary lives at another address, a duplicate notice will be given by first-class mail addressed to that qualified beneficiary at the other address, except that notice to the Spouse will be considered notice to all other qualified beneficiaries who reside with the Spouse.

Where the qualified beneficiaries are the Spouse and/or Children, and, according to the COBRA Administrator's latest records, all qualified beneficiaries reside at the same address, notice will be given by first-class mail addressed to the Spouse at that address. (Notice to the Spouse is considered notice to all other qualified beneficiaries residing with the Spouse.) If any qualified beneficiary lives at another address according to the COBRA Administrator's records, a duplicate notice will be given by first-class mail addressed to that qualified beneficiary at the other address.

Where the qualified beneficiary is only one or more Children, notice will be given by first-class mail addressed to each qualified beneficiary at the last known address, according to the COBRA Administrator's records, of that qualified beneficiary.

## Electing COBRA

Each qualified beneficiary has 60 days to elect continued coverage under COBRA. (If the COBRA election notice from the COBRA Administrator arrives before the date of the qualifying event, the qualified beneficiary will have 60 days from the date of the qualifying event – or, if later, 60 days from the date the COBRA election notice is provided – to elect continued coverage under COBRA.)  Election of COBRA continuation coverage is made by returning to the COBRA Administrator such properly completed and signed forms as the COBRA Administrator may require. The COBRA election form may be returned at any time during the 60-day period described above.  The coverage offered for election is the same coverage that the qualified beneficiary had immediately before the qualifying event.  Upon valid election, coverage will generally be provided retroactively to the date of the qualifying event, subject to timely receipt by the insurer of the required COBRA premium payment.

Election of continuation coverage is an individual election of each qualified beneficiary in accordance with the following rules:

- When an Employee, Spouse and Children are eligible for COBRA, if an Employee elects continuation coverage for the Employee, Spouse and Children, the election is effective for the Employee, Spouse and Children; the Spouse and Children do not have a separate election.
- When an Employee, Spouse and Children are eligible for COBRA, if an Employee fails to elect continuation coverage for the Spouse and/or Children (regardless of whether the Employee elects continuation coverage for the Employee), the Spouse and/or Children are entitled to elect continuation coverage independently of the Employee.
- If a Spouse elects continuation coverage for the Spouse and/or Children, the election is effective for the Spouse and/or Children; the Children do not have a separate election.
- If neither the Employee nor the Spouse elect continuation coverage for a Child, the Child is entitled to elect continuation coverage independently.

32



In the case of a Child that, during Continuation Coverage, is born to or adopted by a qualified beneficiary who is a former Employee, Continuation Coverage for the Child will be immediately available only if you enroll the Child by contacting the Benefits Service Center within the 60-day period beginning with the date of birth, adoption or placement for adoption.

Though the form supplied by the COBRA Administrator is the preferred and usual method for making the election, any other reasonable method will be accepted if it contains all of the information necessary to process the election, so long as the notice is in writing and is submitted in a timely manner to the COBRA Administrator.

**Failure to elect COBRA continuation coverage within the 60-day deadline described in this section is a complete, final and permanent waiver of COBRA continuation coverage rights.**

**Note:** Where a qualified beneficiary returns the form during the 60-day period showing an election not to take COBRA continuation coverage, the qualified beneficiary may still change his or her mind and elect continuation coverage if he or she completes, signs and returns another form within the same 60-day period. In that case, the continuation coverage will be provided prospectively only (not retroactively to the qualifying event).

## How Long Does COBRA Coverage Last?

COBRA coverage is temporary. COBRA coverage cannot last more than 36 months if the qualifying event is the death of the Employee, the covered Employee's divorce or legal separation, the Employee becoming entitled to Medicare (under Part A or B, or both), or a Child's losing his or her status as an Eligible Dependent. When the qualifying event is the end of employment or reduction of the Employee's hours of employment, COBRA coverage generally lasts for only up to 18 months.

There are ways in which this 18-month period of COBRA coverage can be extended:

**Medicare-Related Extension for Dependents**

When the qualifying event is the end of employment or reduction of the Employee's hours of employment and the Employee became entitled to Medicare (under Part A or B, or both) less than 18 months before the qualifying event, COBRA coverage for qualified beneficiaries – other than the Employee – can last for up to 36 months after the date of Medicare entitlement. For example, if a covered Employee becomes entitled to Medicare 8 months before the date on which his employment terminates, COBRA coverage for his Spouse and Children who lost coverage as a result of his termination can last up to 36 months after the date of Medicare entitlement, which is equal to 28 months after the date of the qualifying event (36 months minus 8 months).

**Disability Extension of COBRA Coverage**

Coverage may be extended up to an additional 11 months if the qualified beneficiary (or any other COBRA-covered qualified beneficiary in the family) is determined by the Social Security Administration to be disabled. The Benefits Service Center must be notified in a timely fashion (see below). Also, the disability must have started at some time before the 61st day after the covered Employee's termination of employment or reduction of hours and must last at least until the end of the 18-month period of continuation coverage.

The disability extension is available only if you notify the Benefits Service Center in writing of the Social Security Administration's determination of disability within 60 days after the latest of:
- The date of the Social Security Administration's disability determination,
- The date of the covered Employee's termination of employment or reduction of hours, and
- The date on which coverage is (or would be) lost under the terms of the Plan as a result of the covered Employee's termination of employment or reduction of hours.

You must provide this notice within 18 months after the covered Employee's termination of employment or reduction of hours in order to be entitled to a disability extension. In providing this notice, you must follow the procedures specified in the "COBRA Notice Procedures" subsection below. If these procedures are not followed or if the notice is not provided to the Benefits Service Center during the 60-day notice period and within 18 months after the covered Employee's termination of employment or reduction of hours, THEN DISABILITY EXTENSION OF COBRA COVERAGE WILL NOT BE AVAILABLE.



A qualified beneficiary receiving extended continuation coverage due to disability must notify the COBRA Administrator of any final determination that the person is no longer disabled and must do so within 30 days after receiving the determination.

## Second Qualifying Event Extension

If your family experiences another qualifying event while receiving COBRA coverage on account of the covered Employee's termination of employment or reduction of hours (including COBRA coverage during a disability extension period as described above), the Spouse and Children receiving COBRA coverage can get up to 18 additional months of COBRA coverage, for a maximum of 36 months, provided that notice of the second qualifying event is properly given to the Plan and required premiums continue to be paid in a timely manner. This extension may be available to the Spouse and any Children receiving COBRA coverage if the Employee or former Employee dies or gets divorced or legally separated, if the Employee becomes eligible for Medicare (Part A or B, or both), or if the Child stops being eligible under the Plan as an Eligible Dependent, but only if the event would have caused the Spouse or Child to lose coverage under the Plan had the first qualifying event not occurred.

This extension due to a second qualifying event is available only if you notify the Benefits Service Center in writing of the second qualifying event within 60 days after the date of the second qualifying event. In providing this notice, you must follow the procedures specified below, entitled "Notice Procedures." If these procedures are not followed or if the notice is not provided to the Benefits Service Center during the 60-day notice period, THEN EXTENSION OF COBRA COVERAGE WILL NOT BE AVAILABLE.

The COBRA coverage periods described above are maximum coverage periods. If a period of COBRA continuation coverage is terminated before the end of its maximum duration, the qualified beneficiary will be provided a specific notice of that fact describing the reason for termination of the coverage, the date of coverage termination; and any rights the qualified beneficiary may have under the Plan or under applicable law to elect an alternative group or individual coverage.  The following are situations that will result in automatic termination of COBRA coverage:
- The qualified beneficiary first becomes covered under any other group health plan after the date of the election of COBRA coverage, unless the other group health plan excludes or limits coverage for a pre-existing condition that the qualified beneficiary has and that exclusion or limitation is not satisfied by the qualified beneficiary's previous coverage, or
- The qualified beneficiary first becomes covered by Medicare after the COBRA election, or
- The continuation coverage is by reason of disability and the individual ceases to be disabled, or
- Payment of the required COBRA premium is not timely made, or
- The Employer (and its affiliates as may be considered the same employer for COBRA purposes) ceases to provide any group health plan coverage.

If the Plan's group health coverage under which a qualified beneficiary is receiving COBRA continuation coverage terminates, but the Employer (and its affiliates as may be considered the same employer for COBRA purposes) continues to provide one or more other group health coverages, the qualified beneficiary will be afforded the same opportunity as participants with respect to whom a qualifying event has not occurred to participate in another group health coverage provided by the Employer.

## Payment for Continuation Coverage

Unless otherwise specifically provided in this Plan Document, qualified beneficiaries who elect COBRA must pay the applicable premium for such coverage plus a 2% administrative charge. The applicable premium is the actual cost to the Plan of providing the same group health coverage to Plan participants and beneficiaries who have not experienced a qualifying event.

As an exception, qualified beneficiaries who are receiving an additional 11 months of continuation coverage due to disability must pay an amount equal to 150% of the applicable premium during those additional 11 months. Also, where the qualifying event is the Employee's absence due to service in the uniformed services of the United States (meeting the

34



requirements of the federal Uniformed Services Employment and Reemployment Rights Act of 1994) and the Employee performs such service for less than 31 days, the charge for COBRA coverage is limited to the contribution required of active Employees.

Payment for all months up to and including the month in which the qualified beneficiary returns the election form to the COBRA Administrator must be made within 45 days after the election form is returned to the COBRA Administrator. Payment for months following the month in which the election form is returned to the COBRA Administrator must be made by the first of the month for which payment is due, and in no event more than 30 days after the date the payment was due.  You must pay the COBRA premium for the entire month of coverage; you may not prorate the COBRA premium for partial months of COBRA coverage.

**Please note: It is the responsibility of the qualified beneficiary to make timely premium payments. The COBRA Administrator is not required to send bills or reminder notices.**

## Alternate Recipients under QMCSOs
A Child of the covered Employee who is receiving benefits under the Plan pursuant to a qualified medical child support order (QMCSO) received by the employer during the covered Employee's period of employment with the employer is entitled to the same rights to elect COBRA as an Eligible Dependent Child of the covered Employee.

## Other Options besides COBRA
Instead of enrolling in COBRA continuation coverage, there may be other coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a Spouse's plan) through what is called a "special enrollment period."  Some of these options may cost less than COBRA continuation coverage.  You can learn more about many of these options at www.healthcare.gov.

## If You Have Questions
Questions concerning your Plan or your COBRA rights should be addressed to one of the contacts identified below. For more information about your rights under ERISA, including COBRA, the Patient Protection and Affordable Care Act, and other laws affecting group health plans, contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit the EBSA website at www.dol.gov/ebsa. (Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website.)  For more information about the Marketplace, visit www.HealthCare.gov.

## Keep Your Plan Informed of Address Changes
In order to protect your family's rights, you should keep your employer informed of any changes in the addresses of family members. You should also keep a copy, for your records, of any notices you send to the Benefits Service Center.

## Contact Information
The contact information for the COBRA Administrator is listed in the section "General Plan Information."  This contact information may change from time to time. The most recent information will be included in the Plan's most recent summary plan description (or the most recent update to the summary plan description).  If you do not have a copy, you may request one from your employer.

## COBRA Notice Procedures
Warning: If your notice is late or if you do not follow these notice procedures, you and all related qualified beneficiaries will lose the right to elect COBRA (or will lose the right to an extension of COBRA coverage, as applicable).

**Notices Must Be Written and Submitted**
Any notice that you provide must be in writing.  Oral notice, including notice by telephone, is not acceptable.



**How, When, and Where to Send Notices**

You must mail or fax your notice to the COBRA Administrator at the Benefits Service Center at the address or fax number listed in the section "General Plan Information." If mailed, your notice must be postmarked no later than the last day of the applicable notice period. If hand-delivered, your notice must be received by the individual at the address specified above no later than the last day of the applicable notice period. (The applicable notice periods are described in the subsections above entitled "You Must Give Notice of Some Qualifying Events," "How Long Does COBRA Coverage Last?," and "Second Qualifying Event Extension.")

**Information Required for All Notices**

Any notice you provide must include the following:
- The name of the Plan,
- The name and address of the Employee who is (or was) covered under the Plan,
- The name(s) and address(es) of all qualified beneficiary(ies) who lost coverage as a result of the qualifying event,
- The qualifying event and the date it happened, and
- The certification, signature, name, address, and telephone number of the person providing the notice.

**Additional Information Required for Notice of Qualifying Event**

If the qualifying event is a divorce or legal separation, your notice must include a copy of the decree of divorce or legal separation. If your coverage is reduced or eliminated and later a divorce or legal separation occurs, and if you are notifying the Benefits Service Center that your Plan coverage was reduced or eliminated in anticipation of the divorce or legal separation, your notice must include evidence satisfactory to the Benefits Service Center that your coverage was reduced or eliminated in anticipation of the divorce or legal separation.

**Additional Information Required for Notice of Disability**

Any notice of disability that you provide must include the following:
- The name and address of the disabled qualified beneficiary,
- The date that the qualified beneficiary became disabled,
- The names and addresses of all qualified beneficiaries who are still receiving COBRA coverage,
- The date that the Social Security Administration made its determination,
- A copy of the Social Security Administration's determination, and
- A statement whether the Social Security Administration has subsequently determined that the disabled qualified beneficiary is no longer disabled.

**Additional Information Required for Notice of Second Qualifying Event**

Any notice of a second qualifying event that you provide must include the following:
- The names and addresses of all qualified beneficiaries who are still receiving COBRA coverage,
- The second qualifying event and the date that it happened, and
- If the second qualifying event is a divorce or legal separation, a copy of the decree of divorce or legal separation.

**Who May Provide Notices**

The covered Employee (i.e., the Employee or former Employee who is or was covered under the Plan), a qualified beneficiary who lost coverage due to the qualifying event described in the notice, or a representative acting on behalf of either may provide notices. Generally, a notice provided by any of these individuals will satisfy any responsibility to provide notice on behalf of all qualified beneficiaries who lost coverage due to the qualifying event described in the notice.

Notwithstanding the deadlines above, your deadline for electing COBRA and/or making premiums payments may be extended beyond the normal deadlines pursuant to COVID relief issued by the federal government. These rules are complex. Please contact the COBRA Administrator or the Plan Benefits Staff if you would like more information about these extended deadlines.

36



## COBRA Administration

There are a number of different entities involved in the Plan's COBRA administration, as described in this section.

- COBRA administrative services are provided by the COBRA Administrator (see the section "Definitions" for the definition of the COBRA Administrator).
- The Plan Administrator has the final authority to determine matters regarding an individual's eligibility for COBRA coverage.

## Correction of Mistakes

If at any time it is determined that a mistake has been made with regard to administration of COBRA continuation coverage, regardless of whether the mistake is favorable or detrimental to the Employee, former Employee, Spouse or Child, the Plan Administrator is authorized, to the extent not prohibited by applicable law, to take any and all feasible steps to correct the mistake by returning all affected parties to the position in which they would have been had the mistake not occurred, including, if necessary and due to material misrepresentation or fraud (as determined by the Plan Administrator in its discretion), retroactive collection or refund of COBRA premiums and retroactive provision or denial of coverage.



# ADMINISTRATION, APPEALS, SUBROGATION, AND RIGHT OF RECOVERY

## Administration

The Plan Administrator has the responsibility for administering the Plan.  Except as otherwise specifically provided, the Plan Administrator has all rights, duties and powers to administer the Plan, including:

- The discretionary authority to interpret the Plan,
- Determine the status and rights of participants, beneficiaries, and other persons,
- Make rulings,
- Make regulations and prescribe procedures,
- Gather needed information,
- Prescribe forms,
- Exercise all of the power and authority contemplated by ERISA and the Internal Revenue Code with respect to the Plan,
- Employ or appoint persons to help or advise in any administrative functions, and
- General do anything needed to operate, manage, and administer the Plan.

The Plan has other fiduciaries, advisors, and service providers.  The Plan Administrator may allocate fiduciary responsibility among the Plan's fiduciaries and may delegate responsibilities to others.  For each type of benefit available under the Plan, the Plan Administrator has delegated its fiduciary duties with respect to claims processing, benefit determination, appeals of adverse benefit determinations, and payment of benefits to the respective insurers/claims administrators listed in the section "General Plan Information."  The Plan Administrator retains fiduciary obligations with respect to all other Plan functions.

Each fiduciary is solely responsible for its own improper acts or omissions.  Except to the extent required by ERISA, no fiduciary has the duty to question whether any other fiduciary is fulfilling all of the responsibilities imposed upon the other fiduciary by law.  Nor is a fiduciary liable for a breach of fiduciary duty committed before it became, or after it stopped being, a fiduciary.

The Plan Administrator and other Plan fiduciaries have the requisite discretionary authority and control over the Plan to required deferential judicial review of its decisions, as set forth by the U.S. Supreme Court in *Firestone Tire & Rubber Co. v. Bruch*.

## Changing or Ending the Plan

### Changing the Plan

The Plan Sponsor is authorized to adopt and to execute any amendment or amendments to the Plan which is required by law or deemed advisable. In addition, the Plan Administrator reserves the right to amend the provisions of the Plan to any extent and in any manner where such amendment, as determined by the Plan Administrator, (1) is necessary or desirable to comply with applicable law (including regulatory guidance), or (2) is not expected to result in a material increase in the cost of maintaining the Plan.

### Ending the Plan

The Plan Sponsor has no obligation whatsoever to maintain the Plan or any benefit under the Plan for any given length of time.  The Plan Sponsor reserves the right to terminate the Plan or any benefit option or procedure under the Plan at any time by a written document executed by the Plan Sponsor.  Upon termination or discontinuance of the Plan, all elections with respect to the Plan shall terminate, and payments with respect to benefits shall be made only with respect to claims incurred on or prior to the date of the Plan's termination.



## Claims Procedure

For purposes of this section, a "claim for benefits" under the Plan is a request for a benefit made according to the Plan's procedures for filing benefit claims. If you or your Eligible Dependent file a claim for specific benefits and that claim is denied for lack of eligibility, the coverage determination is treated as a claim for benefits and is subject to the claims and appeals procedures described below.

**A request for a determination of whether you are eligible to enroll or participate in the Plan is not a "claim for benefits."** "Casual inquiry" about benefits or the circumstances under which benefits might be paid under the terms of the Plan is not a claim governed by the claims and appeals procedures described below.

A claim for benefits may be made by you or your Eligible Dependent. **In this section, the word "you" should be read to refer to whomever is filing the claim for benefits or appealing a denied claim – that is, you or, if applicable, your Eligible Dependent.**

For purposes of this section, the following situations each constitute an "adverse benefit determination:"

- Denial, reduction, or termination of a benefit,
- Failure to provide or make payment (in whole or in part) for a benefit, or
- Rescission of health benefit coverage, whether or not the rescission has an adverse impact on any particular benefit at this time.

## Authorized Representative

You are entitled to have a representative act on your behalf when pursuing a benefit claim or an appeal.

To verify that a person is an authorized representative, you must submit to the Third-Party Administrator a letter that states the person is your duly authorized representative and the scope of the representative's authority. That authorized representative's address must be included in the letter. Once you have selected an authorized representative, the Third-Party Administrator will generally send all information and notifications to the authorized representative and not to you, unless you state otherwise in the letter appointing the authorized representative.

Notwithstanding the foregoing, if you are physically or mentally unable to designate an authorized representative, a health care professional with knowledge of your medical condition may act as your authorized representative for purposes of this Plan with regard to an Urgent Health Care Claim.

You are solely responsible for any costs, fees, or charges of the authorized representative that may be incurred if you obtain an authorized representative.

## How to File a Claim

You can file a claim with the Third-Party Administrator by filing a claim form provided by the Third-Party Administrator or by such other means as the Third-Party Administrator may prescribe.

**AMERICAN**
Collective LP

## Claim Determination Time Limits

| For Claims Regarding: | Follow this procedure: |
|---|---|
| **Plan Eligibility** | If you have any questions about a denied eligibility claim, contact the Plan Benefits Staff for an additional explanation. If your eligibility claim is denied in whole or in part, you may file a final appeal of the eligibility claim by writing to the Plan Administrator, as described in the Appeals Procedure section of this Plan. |
| **Medical Programs** Medical coverage, including prescription drug coverage | Please refer to the section "General Plan Information" for the appropriate contact numbers and addresses.  Except as otherwise provided in this document, the following rules apply: <br><br>**Urgent Health Care Claims** <br>In the case of an Urgent Health Care Claim, you will be notified of the Plan's benefit determination (whether adverse or not) as soon as possible, taking into account the medical exigencies, but not later than 72 hours after receipt of the claim by the Plan. However, if you fail to provide sufficient information to determine whether, or to what extent, benefits are covered or payable under the Plan, you will be notified as soon as possible (but not later than 24 hours after receipt of the claim by the Plan) of the specific information necessary to complete the claim. You will be given a reasonable amount of time (but not less than 48 hours) to provide the information required to complete the claim.  If you were required to submit additional information, the determination of the Urgent Health Care Claim will be made within 24 hours of when the additional information is submitted. <br><br>If you request an extension of a course of treatment beyond the time or number of treatments that have been approved, and the request involves an Urgent Health Care Claim, a decision will be made on the request as soon as possible, taking into account the medical exigencies.  You will be notified of the Plan's benefit determination (whether adverse or not) within 24 hours after receipt of the claim by the Plan, provided that you make the request at least 24 hours before the scheduled termination of the treatment. <br><br>**Concurrent Care Decisions** <br>You will be notified of any decision to reduce or terminate coverage of an ongoing treatment (other than by Plan amendment or termination) within a time frame that allows you to appeal such decision, and to obtain a determination of the appeal prior to the reduction or termination of coverage. <br><br>**Post-Service Claims** <br>You will be notified of the Plan's determination of a Post-Service Claim within 30 days of the Plan's receipt of the claim. However, this limit may be extended by 15 days if you are notified of the need for an extension within the initial 30-day period.  If you fail to submit information necessary for the Plan to decide the claim, you will have 45 days from receipt of a notice of such failure to submit the required information. |
| **Other Coverages** Hospital Indemnity | After you submit a claim, the Third-Party Administrator will review your claim and notify you of its decision. <br><br>The Third-Party Administrator will generally notify you of its decision within 90 days from the date the claim was submitted, unless the Third-Party Administrator |

40



| For Claims Regarding: | Follow this procedure: |
|---|---|
| | determines that special circumstances require an extension of time for processing the claim. The Third-Party Administrator will notify you prior to the expiration of the initial 90-day period if the Third-Party Administrator determines that an extension of time is required, state the reason why the extension is needed, and state when it will make its determination. If an extension is needed, the Third-Party Administrator will notify you of its decision within 180 days from the date the claim was submitted. If the Third-Party Administrator denies a claim in whole or in part, the notification will state the reason why the claim was denied. If the claim is denied because the Third-Party Administrator did not receive sufficient information, the claims decision will describe the additional information needed and explain why such information is needed. If you have any questions about a denied claim, contact the Third-Party Administrator for additional explanation.<br><br>If a claim is denied in whole or in part, you may file an appeal in writing to the Third-Party Administrator, as described below. |

## Calculating Time Periods

The period of time within which a benefit determination is to be made begins at the time a claim is filed, without regard to whether the filing includes all of the information necessary to make a benefit determination on review. If a period of time is extended because you do not submit the information that is necessary to decide the claim, the period for making the benefit determination is suspended from the date on which a notice of the extension is sent to you until the date on which you respond to the request for additional information.

## Manner and Content of Notice of Benefit Determination

Notice of an adverse benefit determination will be in writing and will contain:
- The specific reason(s) for the adverse determination. For medical benefit claims, the reason(s) will include any applicable denial code and its corresponding meaning, as well as a description of the standard, if any, that was used in denying the claim,
- Reference to the specific Plan provisions on which the determination is based,
- A description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary, and
- A description of the Plan's appeals procedures and the time limits applicable to such procedures, including a statement of your right to bring a civil action following an adverse determination on appeal.

In addition, in the case of an adverse benefit determination for a medical benefit, the notice will include:
- If any internal rule, guideline, or protocol or other similar criterion was relied upon in making the adverse determination, a copy of the actual rule, guideline, protocol or other criterion, or a statement that the rule, guideline, protocol or other criterion was used and how you can request a copy free of charge;
- If the adverse determination was based on medical necessity, experimental treatment or a similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination based on the Plan terms and your medical circumstances, or a statement that you can receive the explanation free of charge upon request;
- In the case of an adverse benefit determination of a medical benefit claim, (1) information sufficient to identify the claim involved, including the date of service, the health care provided, and the claim amount (if applicable), (2) a statement describing the availability, upon request, of the diagnosis code, the treatment code, and their corresponding meanings and (3) a statement describing the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman established under the Affordable Care Act to assist individuals with the internal claims and appeals and external review processes; and

41

**AMERICAN**
**Collective LP**

- In the case of an adverse determination regarding an Urgent Health Care Claim, an explanation of the expedited review process for such claims.

In the case of an adverse benefit determination concerning an Urgent Health Care Claim, the information described above may be provided to you orally, provided that a written notification is furnished to you not later than 3 days after the oral notice.

## Appeals Procedure

If a claim is denied and you disagree with the denial and want to pursue the matter, you must file an appeal in accordance with the procedure set forth below. You cannot take any other steps unless and until you have exhausted the appeal procedure. For example, if a claim is denied and you do not use the appeal procedure, the denial of the claim is conclusive and cannot be challenged, even in court.

For detailed information on how to file an appeal, please see the procedures below.  You will need to state the reasons why you disagree with the denial of your claim. You must do this within the specified time period after the claim was denied. The Appeals Authority needs complete, accurate information in order to decide your appeal. By making an appeal, you are authorizing the Appeals Authority to get additional, relevant information from any sources, including from the Employer.

You are entitled to see all documents, records or other information pertinent to your appeal. Just ask the Plan Administrator or Third-Party Administrator.  Whether a document, record, or other information is relevant to a claim will be determined by considering:

- Whether it was relied upon in making the benefit determination;
- Whether it was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination;
- Whether it demonstrates compliance with the administrative processes and safeguards designed to ensure and to verify that the benefit claim determination was made in accordance with governing Plan documents and that, where appropriate, the Plan provisions have been applied consistently with respect to similarly situated claimants; and
- Whether it constitutes a statement of policy or guidance with respect to the Plan concerning the denied treatment option or benefit for your diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

The Appeals Authority will perform a review that takes into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.  The Appeals Authority may, in its sole discretion, hold a hearing. The Appeals Authority will issue a written decision within the specified time period. The decision will explain the reasoning of the Appeals Authority and refer to the specific provisions of this Plan on which the decision is based.  If your appeal involves an adverse determination that is based in whole or in part on a medical judgment, including determinations of whether a particular treatment, drug, or other item is experimental, investigational, or not medically necessary or appropriate, the fiduciary will consult with a health care professional who has appropriate training and experience in the field of medicine involved or in medical judgment.  This professional will be an individual who was not consulted in connection with the initial adverse determination that is the subject of your appeal nor a subordinate of that individual.

The Plan will provide for the identification of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with the initial adverse determination, without regard to whether the advice was relied upon in making the determination.  You will be entitled to continue coverage pending the outcome of your appeal to the extent mandated by the ACA, which generally provides that benefits for an ongoing course of treatment cannot be reduced or terminated without providing advance notice and an opportunity for advance review.  Before issuing a final determination based on a new or additional rationale, you shall be provided, free of charge, with the rationale as soon as possible and sufficiently in advance of the date on which the decision is required to be provided, as described below, to give you a reasonable opportunity to respond prior to that date.

42

**AMERICAN**
Collective LP

Please keep in mind that the Appeals Authority has a duty under federal law to administer the Plan in accordance with its terms. The Appeals Authority does not have any authority to depart from the terms of the Plan, no matter how compelling the circumstances.

## Voluntary External Review Program for Group Health Claims

For group health claims, we will notify claimants of the option to request an external review of adverse benefit determinations following the required internal appeal process. We will, through the relevant claim administrator or group health insurer providing coverage under the Plan:

- Provide claimant with the necessary procedures to obtain the external review, which notice will be designed to comply with ERISA,
- Coordinate submission of the claimant's case to an independent review organization, and
- Notify the claimant of the final external review decision.

A claimant may have the right to have an independent group of health care professionals who have no association with the Plan review the claim following a denial on appeal if the claim involves:

- Medical judgment, as determined by an external reviewer,
- A rescission of coverage, or
- Items and services within the scope of the requirements under the No Surprises Act (i.e., Emergency Services provided by an out-of-network provider, air ambulance services provided by an out-of-network provider, ancillary services, and other non-emergency services), except that external review is not available when:
  - o Adjudication of the claim results in a decision that does not affect the amount the Covered Person owes,
  - o The dispute only involves payment amounts due from the Plan to the provider, and/or
  - o The provider has no recourse against the Covered Person.

| For Appeals Regarding: | Follow this procedure: |
|---|---|
| **Plan Eligibility** | **Appeals Authority: Plan Administrator**<br>(Refer to the section "General Plan Information" for the address of the Plan Administrator.) If you have any questions about a denied eligibility claim, contact the Third-Party Administrator for an additional explanation. If your claim is denied in whole or in part, you may file a final appeal of the eligibility claim by writing to the Plan Administrator. This request must be submitted within 60 days of the date your eligibility claim was totally or partially denied. It should include any documents, records, questions, or comments necessary for a complete review.<br><br>The Plan Administrator will review your request and notify you in writing of its final decision, the specific reasons for such decision, and specific references to Plan provisions. This decision will be made within 60 days after receiving your request, unless there are special circumstances. If there are special circumstances, you will be notified within 120 days. The Plan Administrator has the discretionary authority to interpret the terms and application of the Plan as they relate to your application for eligibility to participate in the Plan and to make a final determination of all claims. Its decision will be final and binding.<br>The Appeals provisions applicable for Medical Coverages or Other Coverages (rather than this eligibility appeal provision) will apply if the claim relates to:<br>    • A denial, reduction, or termination of a benefit,<br>    • A failure to provide or make payment (in whole or in part) for a benefit, or<br>    • Rescission of health benefit coverage, whether or not the rescission has an adverse impact on any particular benefit at this time. |

43

AMERICAN
Collective LP

| For Appeals Regarding: | Follow this procedure: |
|---|---|
| | This is the case even if the denial, reduction, termination, or failure to provide or make payment is based on a determination of a participant's or beneficiary's eligibility to participate in the Plan. |
| **Medical Coverages** Medical coverage, including prescription drug coverage | The following procedures apply.<br><br>**Appeals Authority**<br>• 1st Level: Third-Party Administrator.<br>• 2nd Level: Third-Party Administrator.<br>• Voluntary External Review Upon Exhausting Appeals:  Obtained through Third-Party Administrator.<br><br>**Appeal of an Adverse Benefit Determination**<br>If your initial health claim is denied, you may appeal the denial within 180 days of your receipt of the written denial.  You will be provided, upon request and free of charge, reasonable access to and copies of all documents, records and other information relevant to the claim. You may, upon appeal, submit written comments, documents, records, and other information relating to the claim for benefits.<br><br>A decision on review will be made:<br>• As soon as possible following the Plan's receipt of a written request for review of an Urgent Health Care Claim, but not later than 72 hours after receipt of the claim;<br>• Within a reasonable period of time following the Plan's receipt of a written request for review of a Pre-Service Claim, but not later than 15 days after receipt of the claim; and<br>• Not later than 30 days following the Plan's receipt of a written request for review of a Post-Service Claim.<br><br>If your initial appeal for a Pre-Service Claim is denied, you may appeal the denial of the initial appeal within 30 days of your receipt of the written denial.  In that case, the decision on review will be made within a reasonable period of time following the Plan's receipt of the second written request for review of a Pre-Service Claim, but not later than 15 days after receipt of the appeal.  If your initial appeal for a Post-Service Claim is denied, you may appeal the denial of the initial appeal within 60 days of your receipt of the written denial.  In that case, the decision on review will be made within a reasonable period of time following the Plan's receipt of the second written request for review of a Post-Service Claim, but not later than 30 days after the receipt of the appeal.<br>The review of an appeal of a denied claim will be made by a person different from the person who made the initial determination (or, in the case of a second appeal, by a different person from the person who decided the initial appeal) and will not grant deference to the initial denial (or, in the case of a second appeal, to the initial denial or initial appeal). The decision maker will not be the original decision maker's subordinate. In the case of a claim denied on the grounds of medical judgment, a health care professional with appropriate training and experience in the field of medicine involved in the medical judgment will be consulted. The health care professional who is consulted on appeal will not be the individual who was consulted during the initial determination or a subordinate of that person (or, in the case of a second appeal, will not be the individual |

AMERICAN
Collective LP

| For Appeals Regarding: | Follow this procedure: |
| --- | --- |
| | consulted during the initial determination or initial appeal, or a subordinate of that person).<br>For an appeal of a medical benefit claim:<br>• If new or additional evidence was considered, relied upon, or generated by the Third-Party Administrator in connection with the claim, the Third-Party Administrator will provide you, free of charge, with such new or additional evidence as soon as possible and sufficiently in advance of the date on which the notice of 2nd level appeal denial determination is provided in order to give you a reasonable opportunity to respond prior to that date; and<br>• If 2nd level appeal denial determination is based on a new or additional rationale, you will receive the rationale, free of charge, as soon as possible and sufficiently in advance of the date on which the notice of 2nd level appeal denial determination is provided in order to give you a reasonable opportunity to respond prior to that date.<br><br>The Third-Party Administrator has the discretionary authority to interpret the terms and application of the Plan as they relate to your application for benefits and to make a final determination of all claims. Its decision will be final and binding.  Your beneficiary should follow these same instructions to appeal a claim that follows your death.<br><br>**Voluntary External Review Program for Group Health Claims**<br>You have an option to request an external review of adverse benefit determinations following the required internal appeal process. Specifically, we will, through the Third-Party Administrator:<br>• Provide you with the necessary procedures to obtain the external review, which notice will be designed to comply with ERISA,<br>• Coordinate the submission of your case to an independent review organization, and<br>• Notify you of the final external review decision.<br><br>This Plan intends to comply with the state and federal external review procedures, as applicable, and you will be provided with information describing your rights to file a request for any external review of a claim denial in accordance with those procedures if applicable. |
| **Other Coverages**<br>Hospital Indemnity coverage | The following procedures apply, except as otherwise indicated in applicable coverage booklets from the insurer.<br><br>**Appeals Authority:  Plan Administrator**<br>If your claim is denied in whole or in part, you may file an appeal of the denial in writing to the Third-Party Administrator. State why you think your claim should be granted, and include any documents, records, questions, or comments you think are necessary or will aid in a complete review. Upon written request, the Third-Party Administrator will provide you with copies of documents, records and other information relevant to your claim.<br><br>Your review request must be made within 60 days of the date your claim was totally or partially denied. |

AMERICAN
Collective LP

| For Appeals Regarding: | Follow this procedure: |
|---|---|
| | The Plan Administrator will furnish you with a written decision providing the final determination of the claim. The Plan Administrator's review will take into account all comments, documents, records and other information related to the claim, regardless of whether such items were considered in the initial claim decision. The Plan Administrator's decision on review will be final and binding on you, your dependents and any other interested party. |

## Notice of Benefit Determination on Appeal

A notice of the appeal determination will be in writing. If an appeal is denied, in whole or in part, the notice will contain the following information:

- The specific reason(s) for the determination, including (1) any applicable denial code and its corresponding meaning, (2) a description of the standard, if any, that was used in denying the claim, (3) a discussion of the denial decision, and (4) a statement describing the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman established under the Affordable Care Act to assist individuals with the internal claims and appeals and external review processes;
- Information sufficient to identify the claim involved, including the date of service, the health care provided, the claim amount (if applicable), and a statement describing the availability, upon request, of the diagnosis code, the treatment code, and their corresponding meanings;
- A reference to the specific Plan provision(s) on which the determination is based;
- A statement that you are entitled to receive upon request, and without charge, reasonable access to or copies of all documents, records or other information relevant to the determination; and
- A statement that the individual has the right to bring an action under section 502(a) of ERISA.

In addition, in the case of an adverse appeal determination for a medical benefit, the notice will include:

- A statement disclosing any internal rule, guideline, protocol or similar criterion relied on in making the adverse determination (or a statement that such information will be provided free of charge upon request);
- If the adverse determination was based on medical necessity, experimental treatment or a similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination based on the Plan terms and your medical circumstances (or a statement that such information will be provided free of charge upon request);
- A statement that the identity of any medical or vocational experts whose advice was obtained in connection with the adverse benefit determination, without regard to whether the advice was relied upon in making the adverse benefit determination, will be provided free of charge upon request; and
- A statement regarding how to look into other voluntary alternative dispute resolution options that may be available, such as mediation (e.g., by contacting the local U.S. Department of Labor office and the State insurance regulatory agency).

## Discretionary Authority

Benefits will be paid only if the entity or its delegate responsible for deciding claims and appeals (if applicable) as listed above decides, in its discretion, that the applicant is entitled to benefits. Similarly, eligibility for participation will be granted only if the Plan Administrator decides, in its discretion, that the applicant is eligible to participate with respect to the particular benefits. In exercising such discretion, the Plan Administrator and each of its delegates responsible for deciding claims shall give controlling weight to the intent of the sponsor of the Plan.

All decisions of the Plan Administrator in the exercise of its authority under the Plan shall be final and binding on the Plan, the Plan Sponsor and all participants and beneficiaries.

AMERICAN
Collective LP

## External Review or Legal Action

A claimant cannot initiate an external review or bring an action in an appropriate court under state law or Section 502(a) of ERISA without first exhausting the claims procedures set forth above if the violation by the Plan was:

- De minimis,
- Was not likely to cause (or did not cause), prejudice or harm to the claimant,
- Attributable to good cause or matters beyond the Plan's control,
- In the context of an ongoing good-faith exchange of information between the claimant and the claims administrator, and
- Not reflective of a pattern or practice of non-compliance by the Plan.

## Use and Disclosure of Protected Health Information

The Plan will use protected health information (PHI) to the extent and in accordance with the Uses and Disclosures permitted by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and the Privacy and Security Rules. For purposes of this section of the Plan, the term "Plan" refers only to the Medical and prescription drug portions of the Plan.

The Plan will Use and Disclose PHI for purposes related to Payment, Health Care Operations and the other purposes described in the Plan's Privacy Notice. The Plan may also Disclose PHI to the Employer in certain instances as described in greater detail, below.

## Definitions Related to the Use and Disclosure of Protected Health Information

The following special definitions apply only for purposes of this section:

**Disclose, Disclosing or Disclosure**

The release, transfer, provision of access to, or divulging in any other manner of PHI.

**Health Care Operations**

Include, but are not limited to, the following activities:

- Quality assessment;
- Underwriting, premium rating, and other activities relating to the creation, renewal or replacement of a contract of health insurance or health benefits, and ceding, securing, or placing a contract for reinsurance of risk relating to health care claims (including stop-loss insurance and excess of loss insurance);
- Conducting or arranging for medical review, legal services and auditing functions, including fraud and abuse detection and compliance programs;
- Business planning and development, such as conducting cost-management and planning-related analyses related to managing and operating the Plan; and
- Business management and general administrative activities of the Plan, including, but not limited to:
  - Management activities relating to the implementation of and compliance with HIPAA's administrative simplification requirements, and
  - Customer service, including the provision of data analyses for the Employer.

**Individual**

The person who is the subject of the PHI and shall include a person who qualifies as a personal representative in accordance with the Privacy Rule.

**Payment**

This includes activities undertaken by the Plan to obtain premiums or determine or fulfill its responsibility for coverage and provision of plan benefits that relate to an individual to whom health care is provided. These activities include, but are not limited to, the following:

- Determination of eligibility, coverage, and cost sharing amounts (for example, cost of a benefit, plan maximums, Coinsurance amounts, and Copayments as determined for an individual's claim);

47

**AMERICAN**
Collective LP

- Coordination of benefits;
- Adjudication of health benefit claims (including appeals and other payment disputes);
- Subrogation of health benefit claims;
- Establishing Employee contributions;
- Billing, collection activities and related health care data processing;
- Claims management and related health care data processing, including auditing payments, investigating and resolving payment disputes, and responding to participant inquiries about payments;
- Obtaining payment under a contract for reinsurance (including stop-loss and excess of loss insurance);
- Medical necessity reviews or reviews of appropriateness of care or justification of charges;
- Utilization review, including precertification, preauthorization, concurrent review, and retrospective review; and
- Disclosure to consumer reporting agencies of the Individual's name and address, date of birth, Social Security number, payment history, account number, and name and address of the Plan, but solely for purposes related to obtaining reimbursement for the Plan of any amount the Individual owes the Plan.

**Privacy Rule**

Means the Final Rules on Standards for Privacy of Individually Identifiable Health Information set forth in Federal regulations at 45 CFR Part 160 and Part 164, Subparts A and E.

**Protected Health Information** or **PHI**

Information (including demographic information collected from an Individual) that is transmitted or maintained in any form or medium (i.e., electronic, written or oral) that:

- Relates to the past, present, or future physical or mental health or condition of an Individual; the provision of health care to an Individual; or the past, present, or future payment for the provision of health care to an Individual;
- Is created by a health care provider, health plan, employer, or health care clearinghouse; and
- Identifies the Individual, or there is a reasonable basis to believe that the information can be used to identify the Individual.

**Required by Law**

A mandate contained in law that compels an entity to Use or Disclose PHI and that is enforceable in a court of law. The phrase "Required by Law" includes but is not limited to: court orders and court-ordered warrants; subpoenas or summons issued by a court, grand jury, or an administrative body authorized to require the production of information; a civil or an authorized investigative demand; and statutes or regulations that require the production of information, including those that require such information if payment is sought under a government program providing public benefits.

**Secretary**

The Secretary of the U.S. Department of Health and Human Services.

**Security Rule**

The Final Rule on Security Standards for the Protection of Electronic Protected Health Information set forth in Federal regulations at 45 CFR Part 160, Part 162, and Part 164.

**Security Incident**

The attempted or successful unauthorized access, use, disclosure, modification, or destruction of information or interference with system operations in an information system.

**Summary Health Information**

Means information:

- That summarizes the claims history, claims expenses, or type of claims experienced by Individuals for whom the Employer has provided health benefits under a group health plan; and

- From which the information described at 45 CFR section 164.514(b)(2)(i) has been deleted, except that the geographic information described in 45 CFR section 164.514(b)(2)(i)(B) need only be aggregated to the level of a five-digit zip code.

**Use**

The sharing, employment, application, utilization, examination, analysis, de-identification, or commingling with other information, of information by a party that holds that information.

## Disclosure of PHI to the Employer

This section describes the situations in which the Plan may Disclose PHI to the Employer.

- The Plan may disclose an Individual's PHI to the Employer pursuant to the Individual's authorization. For example, if an Individual asks his or her local human resources representative and/or advocacy service for assistance in obtaining benefits under the Plan, the Individual must complete and sign an authorization before the Plan will Disclose the Individual's PHI to the human resources representative and/or advocacy service; if the Individual does not sign an authorization in this situation, the Plan will not be able to Disclose any of the Individual's PHI to the human resources representative and/or advocacy service. In that case, the human resources representative and/or advocacy service may not be able to provide the Individual with effective assistance. Similarly, if a person seeks assistance from a human resources representative and/or advocacy service regarding another Individual, the Individual must appoint the person as his or her personal representative; if, for example an Employee seeks assistance in obtaining benefits under the Plan for his or her Spouse, the Spouse must designate the Employee as his or her personal representative before the Employee will be given access to the Spouse's PHI or allowed to take any action for the Spouse.
- The Plan may Disclose an Individual's PHI to the Employer as Required by Law.
- The Plan may Disclose to the Employer whether an Individual is participating in (or has stopped participating in) the Plan. This information may be needed to determine the Employee contributions (if any) that are withheld from an Employee's pay to pay for the benefits provided under the Plan.
- The Plan may Disclose PHI to the Employer for purposes related to Payment or Health Care Operations, or for any such other purpose described in the Plan's Privacy Notice. These Disclosures may be necessary because Employees of the Employer perform many of the administrative functions necessary for the management and operation of the Plan, such as conducting cost-management and planning-related analyses for the Employer regarding the Plan.
- The Plan may Disclose Summary Health Information to the Employer. The Employer must limit its use of that information to: (1) Obtaining quotes from insurers, Third-Party Administrators, and other plan providers; or (2) Modifying, amending or terminating the Plan.

For purposes of the last three bullet points listed above, only the following Employees or classes of Employees may be given access to PHI:

- The Plan Benefits Staff,
- The members of the Employer
- Human resources representatives of the Employer as named on the Plan Benefits Staff contact list, and
- Members of the Employer's Accounting Department who are responsible for allocating the cost for group health benefits for Individuals terminated as part of a Layoff to individual business units of the Employer.

The person who holds any position described in the previous sentence may only have access to, and Use and Disclose PHI, to the extent that the person performs management or administrative functions for the Employer that are related to the Plan. The Plan Sponsor has certified to the Plan that the Plan has been amended (pursuant to these provisions) to reflect the above-described restrictions on the Use and Disclosure of PHI.

## Employer Conditions with Regard to PHI

The Employer agrees that, with respect to any PHI Disclosed to the Employer by the Plan, the Employer will:

- Not Use or further Disclose PHI, other than as permitted or required by the Plan document or as Required by Law;
- Ensure that any agents, including a subcontractor, to whom the Employer provides PHI received from the Plan agree to the same restrictions and conditions that apply to the Employer with respect to such PHI;

49

- Not Use or Disclose PHI for employment-related actions and decisions unless authorized by an Individual;
- Not Use or Disclose PHI in connection with any other benefit or employee benefit plan of the Employer unless authorized by an Individual;
- Report to the Plan any Use or Disclosure of PHI that is inconsistent with the Uses or Disclosures provided for in this Plan document of which it becomes aware;
- Make PHI available to an Individual in accordance with the Privacy Rule's access requirements;
- Make PHI available for amendment and incorporate any amendments to PHI in accordance with the Privacy Rule;
- Make available the information required to provide an accounting of Disclosures in accordance with the Privacy Rule;
- Make internal practices, books and records relating to the Use and Disclosure of PHI received from Plan available to the Secretary for the purposes of determining the Plan's compliance with the Privacy Rule; and
- If feasible, return or destroy all PHI received from the Plan that the Employer still maintains in any form, and retain no copies of that PHI when no longer needed for the purpose for which Disclosure was made (or if return or destruction is not feasible, limit further Uses and Disclosures to those purposes that make the return or destruction infeasible).

## Security with Regard to PHI

The Plan Sponsor will, in accordance with the Security Rule:

- Implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity, and availability of the electronic PHI that it creates, receives, maintains, or transmits.
- Ensure that "adequate separation" is supported by reasonable and appropriate security measures. "Adequate separation" means the Plan Sponsor will use electronic PHI only for Plan administration activities and not for employment-related actions or for any purpose unrelated to Plan administration.
- Ensure that any agent or subcontractor to whom electronic PHI is provided agrees to implement reasonable and appropriate security measures to protect the information.
- Report to the Plan any Security Incident of which it becomes aware.

## Noncompliance Issues

The Employer has developed a mechanism for resolving issues of noncompliance, including disciplinary sanctions, if the persons described above in the section captioned "Use and Disclosure of PHI" make an impermissible Use or Disclosure of PHI. Any failure to comply with the policies and procedures described in this Plan document for handling PHI is a violation of the Employer's policies and procedures and applicable standards of conduct. Such behavior may result in disciplinary action, up to and including discharge. In addition, impermissible Use or Disclosure of PHI may result in the imposition of civil and/or criminal penalties under the Privacy Rule and/or Security Rule. The Employer will take any necessary steps to mitigate any harmful effects to the affected Individual resulting from the Employer's improper Use or Disclosure of PHI. If you believe the Plan or the Employer has violated your privacy or security rights with respect to your PHI, you may file a complaint with the Plan's Privacy and Security Officer at P.O. Box 2078, Carlsbad, NM 88221. The Plan will not penalize you for filing a complaint. You may also file a complaint with the Secretary of the U.S. Department of Health and Human Services.

## Subrogation And Right Of Recovery

For medical coverage, in addition to certain other programs as may be described in the attached Appendices, the Plan is designed to only pay covered expenses for which payment is not available from anyone else, including any insurance company or another health plan. In order to help a covered person in a time of need, however, the Plan may pay covered expenses that may be or become the responsibility of another person, provided that the Plan later received reimbursement for those payments (hereinafter called "Reimbursable Payments").

Therefore, by enrolling in the Plan, as well as by applying for payment of covered expenses, a covered person is subject to, and agrees to, the following terms and conditions with respect to the amount of covered expenses paid by the Plan:

- **Assignment of Rights (Subrogation)**
  The covered person automatically assigns to the Plan any rights the covered person may have to recover all or part of the same covered expenses from any party, including an insurer or another group health program, but limited to

50

the amount of Reimbursable Payments made by the Plan. This assignment includes, without limitation, the assignment of a right to any funds paid by a third party to a covered person or paid to another for the benefit of the covered person.  This assignment applies on a first-dollar basis (i.e., has priority over other rights), applies whether the funds paid to (or for the benefit of) the covered person constitute a full or a partial recovery, and even applies to funds paid for non-medical charges, attorney fees, or other costs and expenses.  This assignment also allows the Plan to pursue any claim that the covered person may have, whether or not the covered person chooses to pursue that claim.  By that assignment, the Plan's right to recover from insurers includes, without limitation, such recovery rights against no-fault auto insurance carriers in a situation where no third party may be liable, and from any uninsured or underinsured motorist coverage.

- **Equitable Lien and other Equitable Remedies**
  The Plan shall have an equitable lien against money or property the covered person (or anyone else on behalf of, or for the benefit of, the covered person, such as an agent, representative, attorney, or a trust) may obtain as a result of the covered person's rights of recovery (sometimes referred to as "proceeds"), including amounts from an insurer or another group health program, but limited to the amount of Reimbursable Payments made by the Plan. The equitable lien also attaches to payment from workers' compensation, whether by judgment or settlement, where the Plan has paid covered expenses prior to a determination that the covered expenses arose out of and in the course of employment.  Payment by workers' compensation insurers or the Employer will be deemed to mean that such a determination has been made.  The Plan shall also be entitled to seek any other equitable remedy against any party possessing or controlling such proceeds.  At the discretion of the Plan Administrator, the Plan may reduce any future covered expenses otherwise available to the covered person under the Plan by an amount up to the total amount of Reimbursable Payments made by the Plan that is subject to the equitable lien.  This and any other provisions of the Plan concerning equitable liens and other equitable remedies are intended to meet the standards for enforcement under ERISA that were enunciated in the U.S. Supreme Court's decision in *Great-West Life & Annuity Insurance Co. v. Knudson* and in *Sereboff v. Mid-Atlantic Medical Services, Inc.*  The provisions of the Plan concerning subrogation, equitable liens and other equitable remedies are also intended to supersede the applicability of the federal common law doctrines commonly referred to as the "make whole" rule and the "common fund" rule.

- **Assisting in the Plan's Reimbursement Activities**
  The covered person has an obligation to assist the Plan to obtain reimbursement of the Reimbursable Payments that it has made on behalf of the covered person, and to provide the Plan with any information concerning the covered person's other insurance coverage (whether through automobile insurance, other group health program, or otherwise) and any other person or entity (including their insurer(s)) that may be obligated to provide payments or benefits to or for the benefit of the covered person.  The covered person is required to:
  - Cooperate fully in the Plan's exercise of its right to subrogation and reimbursement,
  - Not do anything to prejudice those rights (such as settling a claim against another third party without including the Plan as a co-payee for the amount of the Reimbursable Payments and notifying the Plan),
  - Sign any document deemed by the Plan Administrator to be relevant to protecting the Plan's subrogation, reimbursement or other rights, and
  - Provide relevant information when requested.

The term "information" includes any documents, insurance policies, police reports, or any reasonable request by the Plan Administrator (or its designee) to enforce the Plan's rights.

Failure by a covered person to follow the above terms and conditions for Subrogation and Rights of Recovery may result, at the discretion of the Plan Administrator, in a reduction from future benefit payments available to the covered person under the Plan of an amount up to the aggregate amount of Reimbursable Payments that has not been reimbursed to the Plan.

51

**AMERICAN**
**Collective LP**

# MISCELLANEOUS AND STATEMENT OF ERISA RIGHTS

## Miscellaneous Limitations on Rights

The Plan does not constitute a contract between you and the Employer, nor is it to be consideration or inducement for your employment. Nothing contained in the Plan gives you the right to be retained in the service of the Employer or to interfere with the right of your Employer to discharge you at any time, with or without cause (subject only to the provisions of any employment agreement), regardless of the effect which that discharge will have upon you under the Plan.

## Qualified Medical Child Support Orders (QMCSO)

If the Plan Benefits Staff receives a child support order that (1) is a judgment, decree or order of a court (including approval of a settlement agreement) (or else issued through an administrative process established under state law that has the force and effect of law under applicable state law), that (2) provides for child support for a Child of an eligible Employee and (3) either relates to benefits under the health care coverages of the Plan or enforces a federally prescribed state law relating to Medicaid recipients, then the Plan Benefits Staff will notify you and the Child that the order has been received and describe the procedure that the Plan Benefits Staff will follow in deciding whether to honor the order.

Next, the appropriate vendors will separately account for health care claims filed that, in the absence of the order, would not be paid. Payment of these claims will be neither approved nor denied while the Plan Benefits Staff decides whether to honor the order.   The Plan will not honor a child support order unless it constitutes a "Qualified Medical Child Support Order" under the law. That means the Plan will not honor a child support order unless it specifies:

- That it applies to this Plan,
- The name and last known mailing address of the affected Employee,
- The name and last known mailing address of the Child,
- A reasonable description of the type of coverage to be provided by the Plan to each Child or the manner in which the coverage is to be determined, and
- The time period to which the order applies.

Also, the Plan will not honor a child support order that purports to require the Plan to provide any type or form of benefit, or any option, that is not already provided for in the Plan (except as necessary to satisfy a federally prescribed state law relating to Medicaid recipients).   Upon making the decision whether the order is a "Qualified Medical Child Support Order" under the law, the Plan Benefits Staff will notify the Employee and the Child and act in accordance with the decision.

## Family and Medical Leave

While on a Leave of Absence to which you are entitled under the federal Family and Medical Leave Act of 1993, you will not suffer the loss of any "employment benefit" (as defined for the purpose of the Family and Medical Leave Act) under any feature of the Plan which had accrued before you took the leave and which would not have been lost if you had remained actively at work. But you will not accrue any additional "employment benefits" under any feature of the Plan during the leave, except as specifically set forth in any particular feature.   The Company also may allow you to continue to receive all other Plan coverages under your FMLA leave.   If you receive pay during your leave, then your paycheck will continue to be reduced by an amount necessary to pay for the cost of eligible coverage which you wish to receive.   If you do not wish to receive during your FMLA leave some or all of the eligible coverage which you were receiving just prior to your leave, you must inform the Company prior to the start of your leave.   If, however, your FMLA leave is unpaid and you wish to continue participation in the Plan, you must make arrangements with the Company to pay for the eligible coverages maintained during your leave.   Your eligibility to continue any coverage which requires payments from you may be cancelled if you do not make the required payments during the period of your FMLA leave.   If the Company advances money by making any or all of these required payments for you, it can recoup the amounts advanced through payroll deductions upon your return to employment following your FMLA leave to the extent permitted by law.   If you fail to return from your FMLA leave, and the reasons for your failure are not beyond your control, you are indebted to the Company for the full amount of the cost of health coverage provided during your FMLA leave.   The Company intends to deduct, or cause to be deducted, any such amounts owed by you from any compensable time payments owed to you upon your termination for failure to return from an FMLA leave to the extent permitted by law.

You should consult your Human Resources department before embarking on any FMLA leave.

## Military Service

Upon re-employment in accordance with the federal Uniformed Services Employment and Reemployment Rights Act of 1994 (which has rules about honorable discharge and time limits on returning to work), you regain entitlement to all rights and benefits which are determined by length of service that you had under the Plan when the military service began, plus any additional such rights and benefits that you would have accrued if you had remained continuously employed during the military service.  In addition, no exclusion or waiting period will be applied under any health feature of the Plan that would not have been applied if you had remained continuously employed, except with respect to an illness or injury determined by the Secretary of Veterans Affairs to have been incurred in, or aggravated during, performance of service in the uniformed services.

## Designation of Primary Care Providers and/or OB/GYN

Some of the medical benefit options may require or permit the designation of a primary care provider.  You have the right to designate any primary care provider who participates in your insurer's network and who is available to accept you or your family members.  For Children, you may designate a pediatrician as the primary care provider.  For information on how to select a primary care provider, and for a list of the participating primary care providers, contact the Plan Administrator at the information described in this booklet.  You do not need prior authorization from the Plan, your insurer, or from any other person (including a primary care provider) in order to obtain access to obstetrical or gynecological care from a health care professional in the network who specializes in obstetrics or gynecology.  The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or following for making referrals.

## Utilization Test

With regard to those features of the Plan that constitute a "cafeteria" plan, while the Plan makes the same benefits available to all eligible Employees, regardless of the level of their compensation, it is possible for the top-level Employees to actually take advantage of those features to a significantly greater extent than other Employees. In that case (which we see as highly unlikely), the Internal Revenue Code denies the tax advantage to these top-level Employees. (Everyone else still enjoys the full tax advantage.) The Plan Administrator will monitor this situation and notify any top-level Employee who is affected by it. The Plan Administrator also has authority to cut back the utilization of top-level Employees in order to avoid the problem.

## Service of Process

Service of legal process may be made on the Plan Administrator.

## Plan Sponsor's Employer Identification Number; Plan Number

The Employer Identification Number (EIN) assigned by the Internal Revenue Service to the Plan Sponsor is shown in the table at the front of this document. The Plan Number assigned to the Plan is 501.

## Type of Plan

The Plan is a welfare benefits plan.  The Plan's components include medical coverage (which includes prescription drug coverage), dental, accidental death & dismemberment (AD&D) coverage, and fixed indemnity critical illness and hospital coverage.

## Plan Administrator and Administration of Plan

Contact information for the Plan Administrator, and information about how the Plan is administered, can be found in the section "Information About the Plan Administrator and Vendors."

## Indemnification

To the maximum extent permitted by law, the Employer agrees to indemnify and hold harmless the Plan Administrator and its members (if a committee) against any and all expenses and liabilities including, without limitation, the amount of any

53

settlement or judgment, costs, counsel fees and related charges reasonably incurred in connection with a claim asserted or a proceeding brought against the Plan Administrator or the settlement thereof, which may be incurred in the course of the Plan Administrator's duties under or relationship with the Plan, or which arises out of its actions or failure to act in executing the duties assigned under the Plan.  The Employer may purchase fiduciary liability insurance to insure its obligations under this provision. This right of indemnification is in addition to any other rights to which the Plan Administrator may be entitled. The Employer may, at its own expense, settle any claim asserted or proceeding brought against the Plan Administrator when such settlement appears to be in the best interests of the Employer.

## Circumstances Which May Affect Benefits

The Plan and the Employer are committed to conducting the benefits operations in a safe manner and will not tolerate actions which may endanger those involved in the provision of benefits.  In the event that a Plan participant, in the opinion of benefits operations personnel (including personnel of benefits vendors or carriers) commits an act or threat of violence involving or affecting Employees or contractors, its benefits vendors or insurance carriers, the Plan Administrator may take action up to and including prohibiting the participant from participating in the Plan.

Finally, if the Plan Administrator determines that you or any dependent have attempted to obtain benefits, or obtained benefits, under the Plan fraudulently or by intentional misrepresentation of facts, participation in the Plan may be terminated, retroactively if appropriate, for (1) the individual who committed or attempted to commit the fraud or misrepresentation, and (2) for any individual who assisted such individual to commit, or to attempt to commit, such fraud.

## Source of Plan Contributions

The contributions required to provide coverage available under the Plan are made from the Employer from its general assets, by contributions from the Plan participants, or by a combination of both.  For each available type of coverage under the Plan, the amount or levels of contributions required to be paid by the Plan participant are determined by the Plan Sponsor from time to time, generally on an annual basis, and are shown on your applicable enrollment documents or other Employee communications.

## Funding Medium for Providing Benefits

Benefits are paid from the Employer's general assets.  The Plan has no separate funding vehicle; provided, however, that in the event any separate funding becomes available for the Plan, such assets may be used to pay for Plan benefits and/or administrative expenses at the discretion of the Plan Administrator.

Employees are still responsible for any copay, coinsurance, and deductibles as required under the terms of the coverage provided through this Plan.  For details on copays, coinsurance, deductibles, and other dollar limitations, refer to the charts under the subsection "Medical Benefits."

## Nontransferability

To the extent permitted by law, the right of any participant or any beneficiary in any benefit or to any payment under the Plan cannot be subject in any manner to attachment or other legal process for the debts of such participant or beneficiary; and any such benefit or payment under the Plan cannot be subject to anticipation, alienation, sale, transfer, assignment, or encumbrance.

## Employment

Neither this Plan nor any action taken hereunder may be construed as giving any Employee any equitable or legal right against the Employer, except as specifically provided in this document, or any right to be retained in the employ of the Employer.

## Incompetence of Participants and Beneficiaries

In the event the Plan Administrator deems any person incapable of receiving benefits to which he/she is entitled by reason of minority, illness, infirmity, or other similar incapacity, the Plan Administrator may make payment directly for the benefit of such person to the court-appointed representative of such person.  Such payment shall, to the extent thereof, discharge all liability of the Employer and Plan Administrator.

AMERICAN
Collective LP

## Waiver

Failure by the Plan Administrator or its designee to insist upon compliance with any provisions of the Plan at any time or under any set of circumstances shall not operate to waive or modify the provision or in any manner render it unenforceable as to any other time or as to any other occurrence, whether or not the circumstances are the same.

## Errors and Mistakes

An error cannot give a benefit to you if you are not actually entitled to the benefit.  In the event of a mistake as to the eligibility or participation of an employee, or the allocations made to the account of any participant, or the amount of distributions made or to be made to a participant or other person, the Plan Administrator may, to the extent administratively feasible and not prohibited by applicable law, cause to be allocated or cause to be withheld or accelerated, or otherwise make adjustment of, such amounts as will in its judgment accord to such participant or other person the credits to the account or distributions to which he is properly entitled under the Plan.  Such action by the Administrator may include withholding, or causing the withholding of, any amounts due the Plan or the Employer from compensation paid by the Employer.

## Discretion/Nondiscrimination

Wherever it is provided in the Plan, the Company may perform or not perform any act, or permit or consent to any action, non-action or procedure, or whenever it shall be given discretionary power or authority, it shall have exclusive discretion in the premises; provided, however, that it shall not exercise its discretion in such a manner as to violate the Internal Revenue Code or ERISA or knowingly to unlawfully discriminate either for or against any employee, participant or covered individual or any group of such persons.

## Right to Require Information and Reliance Thereon

The Plan Administrator shall have the right to require any participant to provide it and its agent with such information, in writing, and in such form as it may deem necessary to the administration of the Plan and may rely on that information in carrying out its duties hereunder.  Any payment to a participant in accordance with the provisions of the Plan in good faith reliance upon any written information provided by the participant shall be in full satisfaction of all claims by the participant.

## Conclusiveness of Records

The records of the Employer with respect to age, employment history, compensation, absences, illnesses, and all other relevant matters shall be conclusive for purposes of the administration of, and the resolution of claims arising under, the Plan.

## End of Plan Year

The date of the end of the Plan Year for purposes of maintaining the Plan's fiscal records is December 31.

## Governing Law

To the extent not superseded by Federal Law, the laws of the State of Florida will control in all matters related to this Plan, without regard to any conflicts of law provisions.

## Statement of ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all Plan documents, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 series) filed by the Plan with the U.S. Department of Labor, and available at the Public Disclosure Room of the Employee Benefits Security Administration.