Obtain, upon written request to the plan administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Continue health care coverage for yourself, Spouse or dependents if there is a loss of coverage under the Plan as a result of a qualifying event.  You or your dependents may have to pay for such coverage.  Review this summary plan description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

**Prudent Actions by Plan Fiduciaries**
In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**
If your claim for a welfare benefit is denied, in whole or in part, you have the right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits that is denied or ignored, in whole or in part (and you have exhausted the Plan's internal appeal procedure), you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**
If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U. S. Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.



# **NO SURPRISES ACT**

*This notice is required for legal compliance, but please be aware that this Plan does not cover any services subject to the No Surprises Act. Accordingly, the text below is just informational and is not applicable to your coverage.*

If you use an out-of-network provider, that provider may send you a bill for any amounts that are not covered by the Plan (subject to certain legal restrictions under the federal No Surprises Act described below). This practice, often called "balance billing," means that the out-of-network provider can bill you not only for the Plan's Deductible and Coinsurance but also for any difference between the billed charges and the Plan's Allowable Expenses, with no maximum/cap. These amounts can be significant.

The No Surprises Act prohibits balance billing in the following circumstances:
- if you receive emergency services from an out-of-network provider (e.g., a provider, hospital, or both),
- if you receive ancillary services from an out-of-network provider at an in-network facility,
- if you receive air ambulance services from an out-of-network provider,
- if you receive Other Non-Emergency Services from an out-of-network provider at an in-network facility, and you decline to waive the balance billing protections of the No Surprises Act.

NOTE: An out-of-network provider may ask for your consent to balance bill. If you do consent to balance billing by that out-of-network provider, the Plan will only pay Covered Expenses at the out-of-network provider level. You will be responsible for the out-of-network provider Cost-Sharing as well as the difference between the billed charges and the Plan's allowable expenses (i.e., the balance billed by the out-of-network provider), with no maximum/cap.

All provisions of the Plan will be construed and administered in a manner consistent with the requirements of the Consolidated Appropriations Act of 2021, including but not limited to the No Surprises Act, that are applicable to the Plan.

**Summary of Benefits and Coverage:** What this Plan Covers & What You Pay for Covered Services
**American Collective LP; Unity 4**

**Coverage Period:08/01/2025 – 12/31/2025**
Coverage for: <u>Family</u>    | Plan Type: <u>PPO</u>

Case 0:26-cv-60976-AHS   Document 1-19   Entered on FLSD Docket 04/07/2026   Page 4 of 68

⚠ The **Summary of Benefits and Coverage (SBC) document will help you choose a health <u>plan</u>. The SBC shows you how you and the <u>plan</u> would share the cost for covered health care services. NOTE: Information about the cost of this <u>plan</u> (called the <u>premium</u>) will be provided separately. This is only a summary.** For more information about your coverage, or to get a copy of the complete terms of coverage, [insert contact information]. For general definitions of common terms, such as <u>allowed amount</u>, <u>balance billing</u>, <u>coinsurance</u>, <u>copayment</u>, <u>deductible</u>, <u>provider</u>, or other <u>underlined</u> terms, see the Glossary. You can view the Glossary at https://www.healthcare.gov/sbc-glossary or call 1- 866-270-1554 to request a copy.

| Important Questions | Answers | Why This Matters: |
|---|---|---|
| **What is the overall <u>deductible</u>?** | $0 | See the Common Medical Events chart below for your costs for services this plan covers. |
| **Are there services covered before you meet your <u>deductible</u>?** | Yes. <u>Preventive care</u> and primary care services are covered before you meet your <u>deductible</u> | This plan covers some items and services even if you haven't yet met the <u>deductible</u> amount. But a <u>copayment</u> or <u>coinsurance</u> may apply. For example, this plan covers certain preventive services without cost sharing and before you meet your deductible. See a list of covered preventive services at https://www.healthcare.gov/coverage/preventive-carebenefits/. |
| **Are there other <u>deductibles</u> for specific services?** | $No | You don't have to meet <u>deductibles</u> for specific services. |
| **What is the <u>out-of-pocket limit</u> for this <u>plan</u>?** | $9,200 individual/$18,400 family | The <u>out-of-pocket limit</u> is the most you could pay in a year for <u>covered services</u>. |
| **What is not included in the <u>out-of-pocket limit</u>?** | Premiums, balance-billing charges (unless balanced billing is prohibited), health care this plan doesn't cover and out-of-network copayments | Even though you pay these expenses, they don't count toward the <u>out-of-pocket limit</u>. |
| **Will you pay less if you use a <u>network provider</u>?** | Yes. 866-270-1554 for a list of network providers. | This plan uses a <u>provider</u> <u>network</u>. You will pay less if you use a <u>provider</u> in the plan's <u>network</u>. You will pay the most if you use an <u>out-of-network provider</u>, and you might receive a bill from a <u>provider</u> for the difference between the <u>provider's</u> charge and what your plan pays (<u>balance billing</u>). |
| **Do you need a <u>referral</u> to see a <u>specialist</u>?** | No | You can see the <u>specialist</u> you choose without a <u>referral</u>. |

All **copayment** and **coinsurance** costs shown in this chart are after your **deductible** has been met, if a **deductible** applies.

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| If you visit a health care **provider's** office or clinic | Primary care visit to treat an injury or illness | $25 copayment | $25 copayment | Maximum of 4 office visit combined for primary care, specialist and urgent care. |
| | **Specialist** visit | $50 copayment | $50 copayment | |
| | **Preventive care**/**screening**/immunization | No charge | No charge | Office visits for preventive care do not count against the office visit limit |
| If you have a test | **Diagnostic test** (x-ray, blood work) | Not covered | Not covered | |
| | Imaging (CT/PET scans, MRIs) | Not covered | Not covered | |
| If you need drugs to treat your illness or condition More information about **prescription drug coverage** is available at www.[insert].com | Generic drugs | No charge | Not covered | For a complete list of covered drugs, contact Revive at: Phone: (888) 220-6650 Email: customercare@revive.health |
| | Preferred brand drugs | Not covered | Not covered | |
| | Non-preferred brand drugs | Not covered | Not covered | |
| | **Specialty drugs** | Not covered | Not covered | |
| If you have outpatient surgery | Facility fee (e.g., ambulatory surgery center) | Not covered | Not covered | |
| | Physician/surgeon fees | Not covered | Not covered | |
| If you need immediate medical attention | **Emergency room care** | Not covered | Not covered | |
| | **Emergency medical transportation** | Not covered | Not covered | |
| | **Urgent care** | $100 copayment | $100 copayment | Maximum of 4 office visit combined for primary care, specialist and urgent care. |
| If you have a hospital stay | Facility fee (e.g., hospital room) | Not covered | Not covered | |
| | Physician/surgeon fees | Not covered | Not covered | |
| If you need mental | Outpatient services | Not covered | Not covered | |

Case 0:26-cv-60976-AHS   Document 1-19   Entered on FLSD Docket 04/07/2026   Page 5 of 68

| Common Medical Event | Services You May Need | What You Will Pay | | Limitations, Exceptions, & Other Important Information |
|---|---|---|---|---|
| | | Network Provider (You will pay the least) | Out-of-Network Provider (You will pay the most) | |
| health, behavioral health, or substance abuse services | Inpatient services | Not covered | Not covered | |
| If you are pregnant | Office visits | Not covered | Not covered | |
| | Childbirth/delivery professional services | Not covered | Not covered | |
| | Childbirth/delivery facility services | Not covered | Not covered | |
| If you need help recovering or have other special health needs | Home health care | Not covered | Not covered | |
| | Rehabilitation services | Not covered | Not covered | |
| | Habilitation services | Not covered | Not covered | |
| | Skilled nursing care | Not covered | Not covered | |
| | Durable medical equipment | Not covered | Not covered | |
| | Hospice services | Not covered | Not covered | |
| If your child needs dental or eye care | Children's eye exam | Not covered | Not covered | |
| | Children's glasses | Not covered | Not covered | |
| | Children's dental check-up | Not covered | Not covered | |

## Excluded Services & Other Covered Services:

**Services Your Plan Generally Does NOT Cover (Check your policy or plan document for more information and a list of any other excluded services.)**

- Cosmetic surgery
- Non-emergency care when traveling outside the U.S.
- Acupuncture (if prescribed for rehabilitation purposes)
- Dental care (Adult)
- Private-duty nursing
- Routine eye care (Adult)
- Bariatric surgery
- Hearing aids
- Infertility treatment
- Long-term care
- Routine foot care
- Chiropractic care
- Weight loss programs

**Other Covered Services (Limitations may apply to these services. This isn't a complete list. Please see your plan document.)**

- 

**Your Rights to Continue Coverage:** There are agencies that can help if you want to continue your coverage after it ends. The contact information for those agencies is: [insert State, HHS, DOL, and/or other applicable agency contact information]. Other coverage options may be available to you, too, including buying individual insurance coverage through the Health Insurance Marketplace. For more information about the Marketplace, visit www.HealthCare.gov or call 1-800-318-2596.

**Your Grievance and Appeals Rights:** There are agencies that can help if you have a complaint against your plan for a denial of a claim. This complaint is called a

Case 0:26-cv-60976-AHS   Document 1-19   Entered on FLSD Docket 04/07/2026   Page 7 of 68

grievance or appeal. For more information about your rights, look at the explanation of benefits you will receive for that medical claim. Your plan documents also provide complete information on how to submit a claim, appeal, or a grievance for any reason to your plan. For more information about your rights, this notice, or assistance, contact: the plan administrator at 866-270-1554.

**Does this plan provide Minimum Essential Coverage? Yes**
Minimum Essential Coverage generally includes plans, health insurance available through the Marketplace or other individual market policies, Medicare, Medicaid, CHIP, TRICARE, and certain other coverage. If you are eligible for certain types of Minimum Essential Coverage, you may not be eligible for the premium tax credit.

**Does this plan meet the Minimum Value Standards? No**
If your plan doesn't meet the Minimum Value Standards, you may be eligible for a premium tax credit to help you pay for a plan through the Marketplace.

**Language Access Services:**
[Spanish (Español): Para obtener asistencia en Español, llame al [insert telephone number].]

[Tagalog (Tagalog): Kung kailangan ninyo ang tulong sa Tagalog tumawag sa [insert telephone number].]

[Chinese (中文): 如果需要中文的帮助，请拨打这个号码[insert telephone number].]

[Navajo (Dine): Dinek'ehgo shika at'ohwol ninisingo, kwiijigo holne' [insert telephone number].]

*To see examples of how this **plan** might cover costs for a sample medical situation, see the next section.*

## About these Coverage Examples:

 **This is not a cost estimator.** Treatments shown are just examples of how this plan might cover medical care. Your actual costs will be different depending on the actual care you receive, the prices your providers charge, and many other factors. Focus on the cost-sharing amounts (deductibles, copayments and coinsurance) and excluded services under the plan. Use this information to compare the portion of costs you might pay under different health plans. Please note these coverage examples are based on self-only coverage.

Case 0:26-cv-60976-AHS   Document 1-19   Entered on FLSD Docket 04/07/2026   Page 8 of 68

| Peg is Having a Baby | | Managing Joe's Type 2 Diabetes | | Mia's Simple Fracture | |
|---|---|---|---|---|---|
| (9 months of in-network pre-natal care and a hospital delivery) | | (a year of routine in-network care of a well-controlled condition) | | (in-network emergency room visit and follow up care) | |
| ▪ The plan's overall deductible | $0 | ▪ The plan's overall deductible | $0 | ▪ The plan's overall deductible | $050 |
| ▪ Specialist [cost sharing] | $50 | ▪ Specialist [cost sharing] | $50 | ▪ Specialist [cost sharing] | $50 |
| ▪ Hospital (facility) [cost sharing] | % | ▪ Hospital (facility) [cost sharing] | % | ▪ Hospital (facility) [cost sharing] | % |
| ▪ Other [cost sharing] | % | ▪ Other [cost sharing] | % | ▪ Other [cost sharing] | % |

**This EXAMPLE event includes services like:**

Specialist office visits *(prenatal care)*
Childbirth/Delivery Professional Services
Childbirth/Delivery Facility Services
Diagnostic tests *(ultrasounds and blood work)*
Specialist visit *(anesthesia)*

**This EXAMPLE event includes services like:**

Primary care physician office visits *(including disease education)*
Diagnostic tests *(blood work)*
Prescription drugs
Durable medical equipment *(glucose meter)*

**This EXAMPLE event includes services like:**

Emergency room care *(including medical supplies)*
Diagnostic test *(x-ray)*
Durable medical equipment *(crutches)*
Rehabilitation services *(physical therapy)*

| Total Example Cost | $12,700 |
|---|---|

**In this example, Peg would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $0 |
| Copayments | $50 |
| Coinsurance | $0 |
| What isn't covered | |
| Limits or exclusions | $12,375 |
| **The total Peg would pay is** | **$12,425** |

| Total Example Cost | $5,600 |
|---|---|

**In this example, Joe would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $0 |
| Copayments | $50 |
| Coinsurance | $0 |
| What isn't covered | |
| Limits or exclusions | $5,275 |
| **The total Joe would pay is** | **$5,325** |

| Total Example Cost | $2,800 |
|---|---|

**In this example, Mia would pay:**

| Cost Sharing | |
|---|---|
| Deductibles | $0 |
| Copayments | $50 |
| Coinsurance | $0 |
| What isn't covered | |
| Limits or exclusions | $2,475 |
| **The total Mia would pay is** | **$2,525** |

2,525

The plan would be responsible for the other costs of these EXAMPLE covered services.

# UNITY 4
## PLAN COVERAGES AND BENEFITS





# UNITY 4 — PLAN COVERED BENEFITS

This plan is offered to provide coverage of certain basic services, as outlined below. Review the plan details carefully to understand the specific coverage offered. You should assess whether the plan's coverage is right for you given your current and potential future health needs.

## Benefits for Treatment of Sickness and Accidents During Office Visits and Urgent Care Visits

| COVERED BENEFIT | UNITY 4 PLAN |
| --- | --- |
| Deductible | There are no deductibles |
| Coinsurance/Out-Of-Pocket Limit | There is No Coinsurance or Out-of-Pocket |

The American Collective Plans provide coverage for the preventive health services required under Section 2713(a) of the Public Health Services Act without any cost-sharing requirements. Amendments to this section through legislation, regulations or other published guidance are incorporated by reference.

| OFFICE VISITS FOR SICKNESS AND ACCIDENT | |
| --- | --- |
| Maximum Visits Per Year | 4 |
| Visit Limit Applies | Combined Total of PCP, Specialist, and Urgent Care |
| Primary Care Physician (PCP) | $25 Copayment, then 100% of Allowed |
| Providers Considered PCP | Internal Medicine, Pediatrician, Family Practice, General Practice, and Geriatrician (All Other Provider Types are considered Specialists) |
| Specialist | $50 Copayment, then 100% of Allowed |
| Urgent Care Center | $100 Copayment, then 100% of Allowed |

| PHARMACY | |
| --- | --- |
| Preventative (If included on Revive's Preferred Drug List) | 100% Covered, $0 Copayment |
| Non-Preventative | Over 1,100 Drugs Covered, $0 Copayment |

**Note:** Office visit charges, Diagnostic Labs and Radiology Completed in the Office; Specialist testing such as Cardiac Testing, Pulmonary Testing (Including Sleep Studies), Neurologic Testing, and Gastroenterology Testing are not covered.

# PREVENTION AND WELLNESS CARE FOR ADULTS

| COVERED BENEFIT | UNITY 4 PLAN |
| --- | --- |
| **This does not apply to your annual sickness or accident office visit limit.** | |
| Adult Benefit Apply For | Applicable to Members between the ages of 18 and 64 |
| Benefit for Prevention/Wellness | 100% of Maximum Allowable Benefits (No Deductible, Coinsurance or Copayments) |
| Preventive Exam/Physical | Up to One Exam Every 12 Months |
| Abdominal Aortic Aneurysm Screening | Up to One Exam Per Lifetime for Members who have smoked |
| Alcohol Misuse: Unhealthy Alcohol Use Screening and Counseling | Up to One Alcohol and Drug Screening Per Year |
| Anxiety Disorders in Adults | Up to One Anxiety Screening Per Year |
| Aspirin: Preventive Medication | Low Dose Aspirin is covered for adults ages 50-59 with a high cardiovascular risk |
| Blood Pressure Screening | For Members up to Age 40, a least one Blood Pressure Screening every 2 Years; For Members Age 40 and above, one Blood Pressure Screening Per Year |
| Cholesterol Screening | For Members with Heart Disease, Diabetes or a Family History of High Cholesterol, one Cholesterol Screening Per Year |
| Colorectal Cancer Screening | For Members Ages 45-64, Up to One Colorectal Cancer Screening Every 10 Years; Up to One Fecal Screening Test (Cologuard Every 2 Years) |
| Depression Screening | Up to One Depression Screening Per Year |
| Diabetes Screening | Up to One Diabetes Screening Per Year for those Ages 40-65 overweight or obese, or have other risk factors |
| Healthy Diet and Physical Activity Counseling | Up to One Diet and Physical Activity Counseling Per Year for those at higher risk for chronic diseases |
| Hepatitis B Virus Infection Screening | Up to One Hepatitis B Screening Per Year for Members at high risk (Not vaccinated as an infant or from a Country with a high prevalence of Hepatitis B) |
| Hepatitis C Virus (HCV) Infection Screening | Up to One Hepatitis C Screening Per Year |
| HIV Preexposure Prophylaxis for the Prevention of HIV Infection | These are Covered; Please see the subsection "Preventive Medications" for more information. |
| HIV Screening and Counseling | Up to One HIV Screening Per Year for Members Over Age 15 or with Higher Risk |
| Latent Tuberculosis Infection Screening in Adults | Up to One Tuberculosis Screening Per Year for Members at High Risk |
| Lung Cancer Screening | Up to One Lung Cancer Screening Per Year for Members Over Age 50 or those who have quit smoking in last 15 Years |
| Sexually Transmitted Infections Counseling | Up to One Counseling Session Per Year for Adults at Higher Risk |
| Syphilis Screening | Up to One Syphilis Screening Per Year for Members at High Risk |
| Tobacco Use Counseling and Interventions | Up to One Tobacco Counseling Per Year for Tobacco Users |





# PREVENTION AND WELLNESS CARE FOR WOMEN

| COVERED BENEFIT | UNITY 4 PLAN |
|---|---|
| This does not apply to your annual sickness or accident office visit limit. | |
| Well Women Exams | Up to one Well Women exam Per Year |
| Bone Density Screening | Up to One Bone Density Screening Per Year for Women 64 and Under who have gone through menopause |
| Breast Cancer Genetic Test (BRCA) | One-time Test for Women at Higher Risk (Risk must be established via Screening) |
| Breast Cancer Screening Via Mammogram | Mammogram Screening every Year for Women ages 40 and Older |
| Breast Cancer Chemoprevention Counseling | Up to One Counseling Session Per Year for Women at High Risk |
| Cervical Cancer Screening | One Test Per Year for Women Ages 21 to 65 |
| Chlamydia Infection Screening | One Test Per Year for Women at Higher Risk |
| Diabetes Screening | For Women with a history of gestational diabetes who aren't currently Pregnant or haven't been diagnosed with Type 2 diabetes previously |
| Domestic and Interpersonal Violence Screening and Counseling | Up to One Screening and Counseling Session Per Year |
| Gonorrhea Screening | One Test Per Year for Women at Higher Risk |
| Urinary Incontinence Screening | One Screening Per Year |

# PREVENTION AND WELLNESS CARE FOR PREGNANT WOMEN (OR THOSE WHO MAY BECOME PREGNANT)

| COVERED BENEFIT | UNITY 4 PLAN |
|---|---|
| This does not apply to your annual sickness or accident office visit limit. | |
| Breastfeeding Support and Counseling | Programs provided by Trained Professionals for Pregnant and Nursing Women |
| Breastfeeding Supplies | Rental or Purchase of a Breast Pump |
| Birth Control | Up to One Patient Education and Counseling Session for Birth Control |
| Gestational Diabetes Screening | Up to One Screening for Women 24 weeks' Pregnant or those at risk of developing gestational diabetes |
| Maternal Depression Screening | Available at Each Well Baby Visit |
| Preeclampsia Prevention and Screening | Available for Women with High Blood Pressure or other risk factors |
| Rh Incompatibility Screening | Up to One Screening for Pregnant Women, with follow-up testing for Women at High Risk |

# PREVENTION/WELLNESS CARE FOR CHILDREN
## (APPLIES TO MEMBERS UNDER AGE 18)

| COVERED BENEFIT | UNITY 4 PLAN |
|---|---|
| | **This does not apply to your annual sickness or accident office visit limit.** |
| Well Child Visits | Up to One Exam within each of the following timeframes/ages (Please refer to Immunization Schedule Below) |

| | | |
|---|---|---|
| Birth to 3-5 days | | |
| 1 Month | | Up to 1 Visit |
| 2 Months | | Up to 1 Visit |
| 4 Months | | Up to 1 Visit |
| 6 Months | | Up to 1 Visit |
| 9 Months | | Up to 1 Visit |
| 12 Months | | Up to 1 Visit |
| 15 Months | | Up to 1 Visit |
| 18 Months | | Up to 1 Visit |
| 2 Years | | Up to 1 Visit |
| 30 Months | | Up to 1 Visit |
| 3 Years | | Up to 1 Visit |
| 4 Years | | Up to 1 Visit |
| 5+ Years | | Up to 1 Visit |

| COVERED BENEFIT | UNITY 4 PLAN |
|---|---|
| Alcohol, Tobacco and Drug Use Assessment for Adolescents | Up to One Assessment Per Year for Children between 10 and 19 Years old |
| Autism Screening | One Screening at 18 Months and Another at 24 Months |
| Behavioral Assessment | Up to One Assessment Per Year for Children between 10 and 19 Years old |
| Bilirubin Concentration Screening | As needed for Newborns |
| Blood Screening for Newborns | As needed for Newborns |
| Depression Screening for Adolescents | Up to One Screening Per Year for Children Age 12 and Over |
| Developmental Screening | Up to One Screening for Children Age 3 and Under |
| Dyslipidemia Screening | Up to One Screening for Children between 9 and 11 Years and between 17 and 21 Years who are at risk for Lipid Disorders |
| Gonorrhea Preventive Medication | Up to one administration of the medication for the eyes of all Newborns |
| Hearing Screenings | Up to One Screening for a Newborn and regular Screenings is recommended by a medical Provider |
| Hematocrit or Hemoglobin Screening | Up to One Screening Per Child |
| Hemoglobinopathies and/or Sickle Cell Screening for Newborns | Up to One Screening Per Newborn |
| Hypothyroidism Screening | Up to One Screening Per Newborn |
| Lead Screening | Screening based on Exposure to Lead |
| Obesity Screening and Counseling | Up to One Screening and Counseling Session Per Year |
| Oral Health Risk Assessment | Up to One Screening and Counseling Session Per Year for Children Ages 6 Months to 6 Years |
| Phenylketonuria (PKU) Screening | Up to One Screening for Newborns |
| STI Prevention Counseling | Up to One Counseling Session for Adolescents at Higher Risk |
| Vision Screening | Up to One Screening Per Year |



# IMMUNIZATIONS

| COVERED BENEFIT | UNITY 4 PLAN |
|---|---|
| Frequency of Immunization | Varies based on Age with Standards detailed in https://www.cdc.gov/vaccines/hcp/imz-schedules |
| Chickenpox (Varicella) | Covered based on CDC Recommended Schedule |
| Diphtheria, Tetanus and Pertussis (DTaP) | Covered based on CDC Recommended Schedule |
| Haemophilus Influenzae Type B | Covered based on CDC Recommended Schedule |
| Hepatitis A | Covered based on CDC Recommended Schedule |
| Hepatitis B Virus Infection Screening | Covered based on CDC Recommended Schedule |
| Human Papillomavirus (HPV) | Covered based on CDC Recommended Schedule |
| Inactive Poliovirus | Covered based on CDC Recommended Schedule |
| Influenza (Flu Shot) | Covered based on CDC Recommended Schedule |
| Measles | Covered based on CDC Recommended Schedule |
| Meningococcal | Covered based on CDC Recommended Schedule |
| Mumps | Covered based on CDC Recommended Schedule |
| Pneumococcal | Covered based on CDC Recommended Schedule |
| Rotavirus | Covered based on CDC Recommended Schedule |
| Rubella | Covered based on CDC Recommended Schedule |

\* Office visits are covered only for in-network providers.
\*\*Office visits for preventive care do not count toward the office visit limits.
\*\*\*See the SPD for a complete list of covered and excluded services.

# PREVENTIVE MEDICATIONS

In accordance with the Patient Protection and Affordable Care Act (PPACA) certain preventive medicines are covered at 100 percent with no member out of pocket cost. All medicines, including over-the-counter items, require a prescription from the doctor and must be provided by a participating retail, or through the home delivery pharmacy.

**BELOW IS INFORMATION ABOUT THE MEDICINES AVAILABLE.  A SUMMARY OF THE CATEGORIES INCLUDES:**

- Low-dose aspirin to prevent cardiovascular disease for men age 45-79 and to prevent cardiovascular disease and preeclampsia for women age 13-79.
- Generic bowel prep medicines required for the preparation of a preventive colonoscopy screening.
- Generic breast cancer prevention medicines for women age 35 and older.
- Fluoride supplements for children ages 6 months through 5 years old.
- Folic acid supplements for women.
- Statins for primary prevention of cardiovascular diseases in adults: low to moderate intensity statins are recommended for adults who are between the ages of 40-75, have no history of cardiovascular disease (CVD), have one or more risk factors for CVD and have a calculated 10-year CVD event risk of 10% or greater. Lovastatin and pravastatin are covered.
- Smoking cessation: Generic, brand-name with no generic equivalent (single source) and over the counter smoking cessation medicines. The day supply limit applied to these FDA-approved tobacco cessation medicines is 180 days per member per 365 days. Brand smoking cessation medicines that do have a generic equivalent (multi-source) are covered with copayment/cost sharing, or according to your benefit design.
- Routine immunizations for children, adolescents and adults as recommended from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (covered under medical benefit).
- Iron supplementation for children ages 6 months to 1 year old who are at increased risk for iron deficiency anemia.
- Contraceptives: Generic contraceptives are covered with no cost share. Brand contraceptive products that do have a generic equivalent (multi-source) and brand name contraceptives with no generic equivalent (single source) are covered with copayment/cost sharing
- Pre-Exposure Prophylaxis (PrEP) for the prevention of HIV infection.







# Summary Plan Description (SPD) for American Collective LP's Safeguard+ Accidental Death and Dismemberment Benefit

## August 1, 2025

**For the Schedule of Benefits, See Page 8**

For assistance in a non-English language, please call 888-701-2975.

Para obtener asistencia en Español, por favor llame al número arriba.

1



# TABLE OF CONTENTS

INTRODUCTION ........................................................................................................................... 3
GENERAL PLAN INFORMATION ................................................................................................... 4
DEFINITIONS .............................................................................................................................. 5
SCHEDULE OF BENEFITS ............................................................................................................. 8
    COVERED LOSSES............................................................................................................... 8
DESCRIPTION OF BENEFITS ........................................................................................................ 9
LIMITATIONS AND EXCLUSIONS................................................................................................. 10
CLAIMS PROCEDURE ................................................................................................................. 11
    DISCRETIONARY AUTHORITY............................................................................................. 11
PARTICIPATION ......................................................................................................................... 12
    WHO IS ELIGIBLE TO BE A PARTICIPANT? ........................................................................... 12
    WHO ARE ELIGIBLE DEPENDENTS? .................................................................................... 12
    HOW TO ENROLL .............................................................................................................. 13
    WHEN PARTICIPATION BEGINS .......................................................................................... 13
    NEW HIRES ....................................................................................................................... 13
    MID-YEAR COVERAGE CHANGES ........................................................................................ 13
    OTHER INFORMATION REGARDING COVERAGE ................................................................... 13
    WHEN YOUR PARTICIPATION ENDS .................................................................................... 14
    WHEN YOUR DEPENDENT'S PARTICIPATION ENDS .............................................................. 14
ADMINISTRATION, APPEALS, SUBROGATION, AND RIGHT OF RECOVERY .................................... 15
    ADMINISTRATION.............................................................................................................. 15
    CHANGING OR ENDING THE PLAN ...................................................................................... 15
    AUTHORIZED REPRESENTATIVE ......................................................................................... 16
MISCELLANEOUS AND STATEMENT OF ERISA RIGHTS................................................................. 17
    MISCELLANEOUS LIMITATIONS ON RIGHTS......................................................................... 17
    SERVICE OF PROCESS......................................................................................................... 17
    PLAN SPONSOR'S EMPLOYER IDENTIFICATION NUMBER; PLAN NUMBER............................. 17
    TYPE OF PLAN................................................................................................................... 17
    PLAN ADMINISTRATOR AND ADMINISTRATION OF PLAN ..................................................... 17
    INDEMNIFICATION ............................................................................................................ 17
    CIRCUMSTANCES WHICH MAY AFFECT BENEFITS................................................................. 17
    SOURCE OF PLAN CONTRIBUTIONS.................................................................................... 18
    FUNDING MEDIUM FOR PROVIDING BENEFITS.................................................................... 18
    NONTRANSFERABILITY ...................................................................................................... 18
    EMPLOYMENT .................................................................................................................. 18
    INCOMPETENCE OF PARTICIPANTS AND BENEFICIARIES....................................................... 18
    WAIVER ........................................................................................................................... 18
    ERRORS AND MISTAKES..................................................................................................... 19
    DISCRETION/NONDISCRIMINATION ................................................................................... 19
    RIGHT TO REQUIRE INFORMATION AND RELIANCE THEREON ............................................... 19
    CONCLUSIVENESS OF RECORDS ......................................................................................... 19
    END OF PLAN YEAR ........................................................................................................... 19
    GOVERNING LAW .............................................................................................................. 19
    STATEMENT OF ERISA RIGHTS ........................................................................................... 19



# **<u>INTRODUCTION</u>**

Congratulations, you have just enrolled in American Collective LP's Safeguard+ Accidental Death and Dismemberment coverage. This Safeguard+ Accidental Death and Dismemberment Policy is intended to be a supplement to your other American Collective LP's Welfare Benefits Plan coverage. This supplemental policy is sponsored by American Collective LP and is governed by the Employee Retirement Income Act of 1974, as amended ("ERISA"). Please carefully read this entire document as well as the Wrap Plan Document carefully so that you will fully understand all of the benefits and coverage details.

If you have any questions whatsoever you should immediately contact partner services at: 866-270-1554 or email us at: PartnerServices@AmericanCollectiveLP.com. Please remember that you have 30 calendar days from the day you enrolled into your plan to cancel your purchase and receive a free refund of your first month's premiums minus your enrollment fee.

*Your Partnership Team*



# <u>GENERAL PLAN INFORMATION</u>

| | |
|---|---|
| **Plan Name** | American Collective LP Welfare Benefits Plan |
| **Plan Number** | 501 |
| **Plan Sponsor** | American Collective LP<br>650 Poydras Street, Suite 1400, PMB #6807<br>New Orleans, LA 70130 |
| **Plan Sponsor FIEN** | 92-1623773 |
| **Plan Administrator** | American Collective LP<br>650 Poydras Street, Suite 1400, PMB #6807<br>New Orleans, LA 70130<br>(866) 270-1554 |
| **Type of Plan** | Welfare Benefit Plan |
| **Funding Method of Plan** | Self-Funded |
| **Original Plan Effective Date** | August 1, 2025 |
| **Plan Year** | January 1 through December 31 |
| **Open Enrollment Period** | Within 30 days of becoming an Employee or an Active Limited Partner |
| **Program or Policy Name** | Safeguard+ Accidental Death and Dismemberment |
| **Waiting Period** | 90 days |
| **Agent for Service of Process** | CT Corporation System<br>1999 Bryan St., Suite 900<br>Dallas, TX 75201 |
| **Partner Services** | PartnerServices@AmericanCollectiveLP.com |
| **Claims** | ATTN: American Collective Accidental Death and Dismemberment Claim<br>Premiere Administrative Solutions<br>PO Box 21751<br>Eagan, MN 55121<br>Payor ID #: 29084<br>(866) 270-1554 |



# DEFINITIONS

The following definitions shall be controlling when used in connection with this benefit. You should read and understand these definitions.

**Accident**

An unintended or unforeseen bodily injury sustained by a Covered Person, wholly independent of disease, bodily infirmity, illness, infection, or any other abnormal physical condition.

**Child**

Any living person that is the natural issue, an adopted child, or a stepchild of the benefit plan participant. This term does not include fostering a child. A child must be below the age of 26.

**Covered Accident**

An Accident that occurs on a day that coverage is in force for a Covered Person, results in a loss or injury covered by this benefit, and is not excluded by name or specific description in this benefit.

**Covered Person**

The plan participant or limited partner. If you purchased coverage that includes your spouse and/or child/children, these individuals are also included.

**Doctor or Physician**

A legally qualified practitioner of the healing arts acting within the scope of his or her license and is not an Immediate Family Member. For purposes of this definition, Immediate Family Member means a Covered Person's Spouse, son, daughter, mother, father, sister, or brother.

**Employee**

A W-2 employee of the Plan Sponsor or an Active Limited Partner of the Plan Sponsor as defined in the Limited Partnership Agreement, as may be amended from time to time.

**Employer**

The Plan Sponsor.

**ERISA**

The Employee Retirement Income Security Act of 1974, as amended.

**Health Benefit Plan**

This ERISA-governed self-funded Plan sponsored by American Collective LP.

**Limited Partnership Agreement**

The Limited Partnership Agreement (as may be amended from time to time) of American Collective LP, which is its governing document.

**AMERICAN**
Collective LP

**Loss of Hand or Foot**

The complete and permanent severance through or above the wrist or ankle joint.

**Loss of Hearing**

The total and permanent loss of hearing in both ears. Such loss correctable by surgery or implants is not considered total and permanent.

**Loss of Sight**

The total and permanent loss of entire sight. Such loss correctable by surgery or lenses is not considered total and permanent.

**Loss of Speech**

 The total and permanent loss of speech.

**Loss of Thumb and Index Finger of the Same Hand**

The complete and permanent severance through or above the joints where the thumb and index finger are joined to the hand.

**Participant or Plan Participant**

The individual to whom this Plan or any Policy there under is issued.

**Plan**

The Health Benefit Plan.

**Plan Sponsor**

American Collective LP, the sponsor of this Health Benefit Plan, and such meanings as further defined by the ERISA.

**Principal Sum or Principal Sum Amount**

means the amount of coverage that you purchased. Your benefit amount that would be paid for a covered claim is based upon a percentage of the Principal Sum.

**Program or Policy**

means the individual self-insured Policy or Policies that the Plan Participant enrolled in. Each Policy is a subpart or individual Program in the Health Benefit Plan. The terms Program(s) and Policy(ies) may be used interchangeably.

**Reliable Evidence**

Means only:

- Published reports and articles in an authoritative medical and scientific literature;
- Written protocol or protocols by the treating facility studying substantially the same drug, device, or medical care or treatment; or
- The written informed consent used by the treating facility or other facility studying substantially the same drug, device, medical care or treatment.

Benefits will be considered in accordance with the drug or device at the time it is given or when medical care is received.

6

**Spouse**

Any individual to whom you are legally married.

**Plan Year**

The 12-month period for which current benefits, limits, Deductibles, and maximums apply.  For the Plan, the Plan Year is the calendar year (January 1 - December 31). The initial Plan Year is a short Plan Year, running from August 1, 2025- December 31, 2025.



# <u>SCHEDULE OF BENEFITS</u>

When you enrolled, you purchased coverage at a selected Principal Sum amount. Please notice that your actual coverage in the event of an Accidental Death and Dismemberment is based upon the Principal Sum amount that you purchased. If the Principal Sum amount listed below is not correct, please contact Partner Services immediately.

**Principal Sum:** $ _____

| Covered Persons | Percentage of Principal Sum |
|---|---|
| Plan Participant | 100% of Principal Sum |
| Spouse | 50% of Principal Sum |
| Dependent Children | 25% of Principal Sum |

## Covered Losses

| Covered Losses | Benefit Amount |
|---|---|
| Life | 100% of the Principal Sum |
| Both Hands or both Feet or sight of both Eyes | |
| One Hand and one Foot | |
| One Hand or one Foot, and sight of one Eye | |
| Both Speech and Hearing | |
| One Hand or one Foot or sight of one Eye | 50% of the Principal Sum |
| Speech or Hearing in Both Ears | |
| Thumb and Index Finger on the Same Hand | 25% of the Principal Sum |



# DESCRIPTION OF BENEFITS

All benefits are payable at most once daily per benefit category.

If a Covered Person's Accidental Bodily Injury results in a loss, within 180 days after the accident causing the loss, we will pay the Accidental Death and Dismemberment Benefit, shown in the above Schedule of Benefits.

If the Covered Person suffers more than one loss from any one accident, we will pay only one amount, the largest.

Please note that a Spouse receives 50% of the above-referenced benefit and a Child receives 25% of the above-referenced benefit.

9



# LIMITATIONS AND EXCLUSIONS

1. Commission of, or attempt to commit, a felony or to which a contributing cause was the insured's being engaged in an illegal occupation.
2. Suicide, attempted suicide, or intentionally self-inflicted injury.
3. War or act of war (whether declared or undeclared); participation in a felony, riot, or insurrection; service in the Armed Forces or any unit auxiliary thereto.
4. Work-related Injury or Sickness, whether or not benefits are payable under any state or federal Workers' Compensation, employer's liability or occupational disease law, or similar law.
5. Participation in the following sports, activities, or occupations:
   o Scuba diving,
   o Bungee jumping,
   o Skydiving,
   o Parachuting,
   o Hang gliding,
   o Ultra-light gliding,
   o Mountaineering,
   o Spelunking,
   o Traveling in or on any all-terrain vehicles (including dirt bikes, snowmobiles, go-carts, ATVs),
   o Motorized racing, speed test, or stunt show,
   o Interscholastic tackle football,
   o Intercollegiate sports,
   o Semi-professional sports, or
   o Professional sports.



# CLAIMS PROCEDURE

Claims should be submitted to:

**ATTN: American Collective AD&D Claim**
Premiere Administrative Solutions
PO Box 21751
Eagan, MN 55121
Payor ID #: 29084

Please include the plan number, your plan participant number, as well as the full name, telephone number, and email address of the Participant by which the claim is being submitted.  Include copies (no originals) of all medical records regarding your claim.

A decision will be made on your claim within a reasonable period of time, but not later than **90 days** after receipt of your claim by the Third-Party Administrator.

**Extension of time for processing claim—**If special circumstances require an extension of time for processing the claim, you will receive a written notice before the end of the initial 90-day period, and this extension will not exceed an additional **90 days**. The notice will explain why an extension of time is necessary and when the claims administrator expects to render a decision.

If your claim is denied, you may file an appeal with the Third-Party Administrator within 60 days of receipt of notice of the claim denial.

A decision will be made on your appeal within a reasonable period of time, but not later than **60 days** after receipt of the request for review by the Third-Party Administrator. If necessary, the period may be extended for an additional **60 days**. In this case, you will be notified in writing prior to the extension of the special circumstances and the date a decision will be rendered. A decision shall be made as soon as possible, but no later than **120 days** after receipt of the request for review.

## Discretionary Authority

Benefits will be paid only if the entity or its delegate responsible for deciding claims and appeals (if applicable) as listed above decides, in its discretion, that the applicant is entitled to benefits.  Similarly, eligibility for participation will be granted only if the Plan Administrator decides, in its discretion, that the applicant is eligible to participate with respect to the particular benefits. In exercising such discretion, the Plan Administrator and each of its delegates responsible for deciding claims shall give controlling weight to the intent of the sponsor of the Plan.

All decisions of the Plan Administrator in the exercise of its authority under the Plan shall be final and binding on the Plan, the Plan Sponsor and all participants and beneficiaries.

11



# <u>PARTICIPATION</u>

Before you can receive benefits under this Plan, there are certain rules you must satisfy.  First, you must meet the eligibility requirements.  After that, the next step is to actually join the Plan on the entry date established by the Plan Administrator. To enroll in the Plan, you must complete the application process established by the Plan in a timely manner.

## Who Is Eligible To Be A Participant?

You must be a partner in the American Collective limited partnership to be eligible to participate in the Plan. Participants in the Plan may also enroll their spouses and/or Children for certain coverages, so long as they qualify as Eligible Dependents. The term "Eligible Dependent" is defined below.

For the rest of this document, American Collective limited partners may be referred to as "eligible Employees" or sometimes just "you."

The Employer's classification of an individual as an eligible Employee or a non-employee (or independent contractor) is conclusive and binding for purposes of determining eligibility for Plan participation.  If, for any reason, a person is reclassified from a non-employee to an employee, that person will not be retroactively eligible for benefits.  Instead, benefits eligibility will begin prospectively on the date the re-classification is made.

## Who Are Eligible Dependents?

The following individuals are Eligible Dependents:
- Your Spouse
- Your Child under age 26, without regard to marital, student or financial status.

An Eligible Dependent does not include anyone who:
- Is enrolled as an Employee,
- Is enrolled as an Eligible Dependent of another Employee, or
- Resides outside of the United States.

The Plan Administrator has the discretion to make all factual determinations on whether a person is an Eligible Dependent.

"*Child*" means:
- Your natural born child,
- Your legally adopted child,
- A child placed with you for adoption,
- Your stepchild, or
- Dependents who are eligible as a result of a Qualified Medical Child Support Order (QMCSO). See the subsection "Qualified Medical Child Support Orders (QMCSO)" for more information.

Foster children are not eligible for coverage.

"*Spouse*" refers to a person who is a husband or wife in a marriage (whether opposite-sex or same-sex) as recognized for federal tax purposes.  Due to difficulties in verifying common law marriage, if you have a Spouse by



common law marriage, you must provide a court decree (or similar official documentation acceptable to the Plan Administrator) recognizing such marriage.

## How To Enroll

Participation in the Plan does not begin unless you actually enroll.  You will receive enrollment information from the Third-Party Administrator, including an enrollment notice.  The deadline for new hire enrollment in the Plan is 30 days following the date of hire (or 30 days following the first date of new eligibility, if later).  Generally, you can complete your enrollment via the Plan's enrollment web site as provided in the enrollment information.  If you prefer to enroll or make changes to your benefit elections by paper, you should contact the Third-Party Administrator.  No additional charge applies for enrollment by paper.

Each year, usually sometime in the fall, you will be able to choose or change the coverages in which you wish to participate under the Plan.  During this "Annual Enrollment Period," you may make any available coverage changes you wish for any reason, subject to specific limitations that may apply.  The coverages you elect during the Annual Enrollment Period will generally be effective for the entire twelve-month period of the plan year beginning on January 1st.

## When Participation Begins

Except as specifically provided otherwise in this document, actual coverage for each type of benefit under the Plan cannot begin until you have timely completed all eligibility and enrollment requirements.

## New Hires

If you complete the enrollment process for yourself and for any of your Eligible Dependents within 30 days following the date of hire, generally your (and any enrolled Eligible Dependents') participation can begin the 91st day.

## Mid-Year Coverage Changes

The elections you make during annual enrollment will remain in effect from the next January 1 through December 31.  You may add new Eligible Dependents to the coverage you elected or drop individuals who are no longer Eligible Dependents.

## Other Information Regarding Coverage

The Plan may establish an eligibility rule that requires an individual to begin work for the Employer before coverage becomes effective, provided that such eligibility rule applies regardless of the reason for the absence.  Further, eligibility rules and individuals' premium or contribution rates may be established in accordance with the rules relating to "similarly situated individuals" as defined in Department of Labor Regulation §2590.702(d).  For example, different eligibility rules or premium contribution rates may apply based on:
- A bona fide employment based on classifications (such as full-time vs. part-time),
- Whether the individual is an employee or a dependent, or
- A dependent's relationship to the employee (e.g., as a spouse or an eligible child).

For this purpose, eligibility rules mean any rules relating to enrollment, effective date of coverage, waiting periods, late and special enrollment, eligibility for benefit packages, benefits, continued eligibility, or termination of coverage.



## When Your Participation Ends

Your participation in the Plan ordinarily ends when:

- You are no longer actively employed by the Employer or are no longer a limited partner for any reason (other than vacation or holidays),
- You otherwise cease to meet the eligibility requirements (whether as a result of a status change or a Plan amendment),
- You cease to make the required contributions for coverage,
- You fail to complete dependent eligibility verification requirements,
- Fraud, intentional misrepresentation, or misconduct attempted by you with regard to any coverage or benefits under the Plan, or
- Your death.

We say "ordinarily ends" because there are several possible exceptions and also because each coverage under the Plan also may have its own, additional eligibility requirements. Any such specific rule takes precedence over the general rule described here.

The actual date on which coverage terminates may vary depending on the covered dependent and/or the circumstances involved. Plan coverage will end, for you and your covered dependents, midnight on your last day of work in which your employment terminates. As long as you are covered, most coverages generally continue for your dependent child until midnight of the day before your child turns age 26.

## When Your Dependent's Participation Ends

Your dependents cease to participate in the Plan if you cease to participate in the Plan. A dependent's participation also ceases if the dependent no longer meets the definition of Eligible Dependent.

14



# ADMINISTRATION, APPEALS, SUBROGATION, AND RIGHT OF RECOVERY

## Administration

The Plan Administrator has the responsibility for administering the Plan. Except as otherwise specifically provided, the Plan Administrator has all rights, duties and powers to administer the Plan, including:

- The discretionary authority to interpret the Plan,
- Determine the status and rights of participants, beneficiaries, and other persons,
- Make rulings,
- Make regulations and prescribe procedures,
- Gather needed information,
- Prescribe forms,
- Exercise all of the power and authority contemplated by ERISA and the Internal Revenue Code with respect to the Plan,
- Employ or appoint persons to help or advise in any administrative functions, and
- General do anything needed to operate, manage, and administer the Plan.

The Plan has other fiduciaries, advisors, and service providers. The Plan Administrator may allocate fiduciary responsibility among the Plan's fiduciaries and may delegate responsibilities to others. For each type of benefit available under the Plan, the Plan Administrator has delegated its fiduciary duties with respect to claims processing, benefit determination, appeals of adverse benefit determinations, and payment of benefits to the respective insurers/claims administrators listed in the section "General Plan Information." The Plan Administrator retains fiduciary obligations with respect to all other Plan functions.

Each fiduciary is solely responsible for its own improper acts or omissions. Except to the extent required by ERISA, no fiduciary has the duty to question whether any other fiduciary is fulfilling all of the responsibilities imposed upon the other fiduciary by law. Nor is a fiduciary liable for a breach of fiduciary duty committed before it became, or after it stopped being, a fiduciary.

The Plan Administrator and other Plan fiduciaries have the requisite discretionary authority and control over the Plan to required deferential judicial review of its decisions, as set forth by the U.S. Supreme Court in *Firestone Tire & Rubber Co. v. Bruch*.

## Changing or Ending the Plan

### Changing the Plan

The Plan Sponsor is authorized to adopt and to execute any amendment or amendments to the Plan which is required by law or deemed advisable. In addition, the Plan Administrator reserves the right to amend the provisions of the Plan to any extent and in any manner where such amendment, as determined by the Plan Administrator, (1) is necessary or desirable to comply with applicable law (including regulatory guidance), or (2) is not expected to result in a material increase in the cost of maintaining the Plan.

### Ending the Plan

The Plan Sponsor has no obligation whatsoever to maintain the Plan or any benefit under the Plan for any given length of time. The Plan Sponsor reserves the right to terminate the Plan or any benefit option or procedure under



the Plan at any time by a written document executed by the Plan Sponsor.  Upon termination or discontinuance of the Plan, all elections with respect to the Plan shall terminate, and payments with respect to benefits shall be made only with respect to claims incurred on or prior to the date of the Plan's termination.

## Authorized Representative

You are entitled to have a representative act on your behalf when pursuing a benefit claim or an appeal.
To verify that a person is an authorized representative, you must submit to the Third-Party Administrator a letter that states the person is your duly authorized representative and the scope of the representative's authority.  That authorized representative's address must be included in the letter.  Once you have selected an authorized representative, the Third-Party Administrator will generally send all information and notifications to the authorized representative and not to you, unless you state otherwise in the letter appointing the authorized representative.
Notwithstanding the foregoing, if you are physically or mentally unable to designate an authorized representative, a health care professional with knowledge of your medical condition may act as your authorized representative for purposes of this Plan with regard to an Urgent Health Care Claim.

You are solely responsible for any costs, fees, or charges of the authorized representative that may be incurred if you obtain an authorized representative.

16



# MISCELLANEOUS AND STATEMENT OF ERISA RIGHTS

## Miscellaneous Limitations on Rights

The Plan does not constitute a contract between you and the Employer, nor is it to be consideration or inducement for your employment. Nothing contained in the Plan gives you the right to be retained in the service of the Employer or to interfere with the right of your Employer to discharge you at any time, with or without cause (subject only to the provisions of any employment agreement), regardless of the effect which that discharge will have upon you under the Plan.

## Service of Process

Service of legal process may be made on the Plan Administrator.

## Plan Sponsor's Employer Identification Number; Plan Number

The Employer Identification Number (EIN) assigned by the Internal Revenue Service to the Plan Sponsor is shown in the table at the front of this document. The Plan Number assigned to the Plan is 501.

## Type of Plan

The Plan is a welfare benefits plan. The Plan's components include medical coverage (which includes prescription drug coverage), dental, accidental death & dismemberment (AD&D) coverage, and fixed indemnity critical illness and hospital coverage.

## Plan Administrator and Administration of Plan

Contact information for the Plan Administrator, and information about how the Plan is administered, can be found in the section "Information About the Plan Administrator and Vendors."

## Indemnification

To the maximum extent permitted by law, the Employer agrees to indemnify and hold harmless the Plan Administrator and its members (if a committee) against any and all expenses and liabilities including, without limitation, the amount of any settlement or judgment, costs, counsel fees and related charges reasonably incurred in connection with a claim asserted or a proceeding brought against the Plan Administrator or the settlement thereof, which may be incurred in the course of the Plan Administrator's duties under or relationship with the Plan, or which arises out of its actions or failure to act in executing the duties assigned under the Plan. The Employer may purchase fiduciary liability insurance to insure its obligations under this provision. This right of indemnification is in addition to any other rights to which the Plan Administrator may be entitled. The Employer may, at its own expense, settle any claim asserted or proceeding brought against the Plan Administrator when such settlement appears to be in the best interests of the Employer.

## Circumstances Which May Affect Benefits

The Plan and the Employer are committed to conducting the benefits operations in a safe manner and will not tolerate actions which may endanger those involved in the provision of benefits. In the event that a Plan participant, in the opinion of benefits operations personnel (including personnel of benefits vendors or carriers) commits an act or threat of violence involving or affecting Employees or contractors, its benefits vendors or



insurance carriers, the Plan Administrator may take action up to and including prohibiting the participant from participating in the Plan.

Finally, if the Plan Administrator determines that you or any dependent have attempted to obtain benefits, or obtained benefits, under the Plan fraudulently or by intentional misrepresentation of facts, participation in the Plan may be terminated, retroactively if appropriate, for (1) the individual who committed or attempted to commit the fraud or misrepresentation, and (2) for any individual who assisted such individual to commit, or to attempt to commit, such fraud.

## Source of Plan Contributions

The contributions required to provide coverage available under the Plan are made from the Employer from its general assets, by contributions from the Plan participants, or by a combination of both. For each available type of coverage under the Plan, the amount or levels of contributions required to be paid by the Plan participant are determined by the Plan Sponsor from time to time, generally on an annual basis, and are shown on your applicable enrollment documents or other Employee communications.

## Funding Medium for Providing Benefits

Benefits are paid from the Employer's general assets. The Plan has no separate funding vehicle; provided, however, that in the event any separate funding becomes available for the Plan, such assets may be used to pay for Plan benefits and/or administrative expenses at the discretion of the Plan Administrator.

Employees are still responsible for any copay, coinsurance, and deductibles as required under the terms of the coverage provided through this Plan. For details on copays, coinsurance, deductibles, and other dollar limitations, refer to the charts under the subsection "Medical Benefits."

## Nontransferability

To the extent permitted by law, the right of any participant or any beneficiary in any benefit or to any payment under the Plan cannot be subject in any manner to attachment or other legal process for the debts of such participant or beneficiary; and any such benefit or payment under the Plan cannot be subject to anticipation, alienation, sale, transfer, assignment, or encumbrance.

## Employment

Neither this Plan nor any action taken hereunder may be construed as giving any Employee any equitable or legal right against the Employer, except as specifically provided in this document, or any right to be retained in the employ of the Employer.

## Incompetence of Participants and Beneficiaries

In the event the Plan Administrator deems any person incapable of receiving benefits to which he/she is entitled by reason of minority, illness, infirmity, or other similar incapacity, the Plan Administrator may make payment directly for the benefit of such person to the court-appointed representative of such person. Such payment shall, to the extent thereof, discharge all liability of the Employer and Plan Administrator.

## Waiver

Failure by the Plan Administrator or its designee to insist upon compliance with any provisions of the Plan at any time or under any set of circumstances shall not operate to waive or modify the provision or in any manner render



it unenforceable as to any other time or as to any other occurrence, whether or not the circumstances are the same.

## Errors and Mistakes

An error cannot give a benefit to you if you are not actually entitled to the benefit. In the event of a mistake as to the eligibility or participation of an employee, or the allocations made to the account of any participant, or the amount of distributions made or to be made to a participant or other person, the Plan Administrator may, to the extent administratively feasible and not prohibited by applicable law, cause to be allocated or cause to be withheld or accelerated, or otherwise make adjustment of, such amounts as will in its judgment accord to such participant or other person the credits to the account or distributions to which he is properly entitled under the Plan. Such action by the Administrator may include withholding, or causing the withholding of, any amounts due the Plan or the Employer from compensation paid by the Employer.

## Discretion/Nondiscrimination

Wherever it is provided in the Plan, the Company may perform or not perform any act, or permit or consent to any action, non-action or procedure, or whenever it shall be given discretionary power or authority, it shall have exclusive discretion in the premises; provided, however, that it shall not exercise its discretion in such a manner as to violate the Internal Revenue Code or ERISA or knowingly to unlawfully discriminate either for or against any employee, participant or covered individual or any group of such persons.

## Right to Require Information and Reliance Thereon

The Plan Administrator shall have the right to require any participant to provide it and its agent with such information, in writing, and in such form as it may deem necessary to the administration of the Plan and may rely on that information in carrying out its duties hereunder. Any payment to a participant in accordance with the provisions of the Plan in good faith reliance upon any written information provided by the participant shall be in full satisfaction of all claims by the participant.

## Conclusiveness of Records

The records of the Employer with respect to age, employment history, compensation, absences, illnesses, and all other relevant matters shall be conclusive for purposes of the administration of, and the resolution of claims arising under, the Plan.

## End of Plan Year

The date of the end of the Plan Year for purposes of maintaining the Plan's records is December 31.

## Governing Law

To the extent not superseded by Federal Law, the laws of the state in which the Plan Sponsor is established will control in all matters related to this Plan, without regard to any conflicts of law provisions.

## Statement of ERISA Rights

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:



**Receive Information About Your Plan and Benefits**

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all Plan documents, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 series) filed by the Plan with the U.S. Department of Labor, and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the plan administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Continue health care coverage for yourself, Spouse or dependents if there is a loss of coverage under the Plan as a result of a qualifying event.  You or your dependents may have to pay for such coverage.  Review this summary plan description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a welfare benefit is denied, in whole or in part, you have the right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.  Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator. If you have a claim for benefits that is denied or ignored, in whole or in part (and you have exhausted the Plan's internal appeal procedure), you may file suit in a state or federal court. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about the Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U. S.

**AMERICAN**
Collective LP

Department of Labor, listed in your telephone directory, or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# SAFEGUARD+ AD&D
BENEFIT





# SAFEGUARD+ AD&D — BENEFIT

This plan is offered to provide coverage of certain basic services, as outlined below. Review the plan details carefully to understand the specific coverage offered. You should assess whether the plan's coverage is right for you given your current and potential future health needs.

Principal Sum: $_____

| COVERED PERSONS | PERCENTAGE OF PRINCIPAL SUM |
|---|---|
| Plan Participant | 100% of Principal Sum |
| Spouse | 50% of Principal Sum |
| Dependent Children | 25% of Principal Sum |

| COVERED LOSSES | BENEFIT AMOUNT |
|---|---|
| Life | |
| Both Hands or Both Feet or Sight of Both Eyes | |
| One Hand and one Foot | 100% of the Principal Sum |
| One Hand or one Foot, and sight of one Eye | |
| Both Speech and Hearing | |
| One Hand or one Foot or sight of one Eye | |
| Speech or Hearing in Both Ears | 50% of Principal Sum |
| Thumb and Index Finger on the Same Hand | 25% of Principal Sum |

undercover call

Page 1



UNDERCOVER CALL RECORDING AND PURCHASE

FROM AMERICAN COLLECTIVE

JANUARY 21, 2026

CASE NO. 2423043

JOB No.: 7873222

Page 2

PARTICIPANTS

CHRISTINE CARSON / ████████

Investigator, Federal Trade Commission, Midwest

Region, Chicago, Illinois

HALEY

Sales Representative

Page 3

MS. CARSON:  My name is Christine Carson, and I am an investigator with the Federal Trade Commission in the Midwest Region in Chicago, Illinois.  The date is January 21st, 2026, and the time is approximately 1:11 P.M. Central Time.

I'm going to be calling a number associated with American Collective LP.  The phone number is 463-208-7475.  I will be using the undercover profile of "████████."  My phone is simultaneously recording video of anything that appears on the screen including any text messages it may receive and any websites that are linked from text messages.

(Phone dialing.)

HALEY:  Thank you for calling.  Good afternoon.  My name is Haley.  How can I help you?

MS. CARSON:  Hi, Haley.  I am looking for some insurance.

HALEY:  Okay.  Absolutely.  Yes ma'am.  We can definitely assist with you with that.  Are you needing insurance as soon as possible or do you have a specific date in mind?

MS. CARSON:  Well, possibly as soon as

Page 4

possible.  I have been laid-off and COBRA is going to be too expensive and so I guess I'm looking to see what's out there and what, what I can get.

HALEY:  Yeah.  Absolutely.  Yes ma'am.  Yes ma'am.  Absolutely.  I am definitely familiar with the COBRA insurance being, you know, a lot more ... I would say the least cost-effective route just because it's a continuation, you know, of your plan, but they are no longer covering, you know, Employer's no longer responsible for paying their portion.  So we can definitely look into your options here.  Can I just have your first and last name to get started?

MS. CARSON:  Sure.  It's ████████ and my last name is ████████.

HALEY:  Wonderful, and, and you said your first name is ████ with a T-as-in-Tom, correct?

MS. CARSON:  Correct.

HALEY:  Wonderful, and, ████████, what is your date of birth?

MS. CARSON: ████████, and you can call me ████  That's fine.

HALEY:  (Cross talk) okay, perfect, thank you

Page 5

so much, and, ████, what is your zip code?

MS. CARSON:  It is ████.

HALEY:  Perfect, okay, and now will this be just used for individual coverage, correct?

MS. CARSON:  Yes, just for myself --

HALEY:  Okay.

MS. CARSON:  -- medical and maybe dental depending on the cost.

HALEY:  -- on the cost.  Right.  Right.  You want to try to keep it as cost-effective, of course, as possible, but I'll definitely keep that in mind when I look into all of your options here.

Just to briefly tell you a little bit about, you know, who you're calling, I do work with all the carriers that we ... We are contracted with the Blue Cross and Blue Shield, Aetna, United Healthcare.  We, we really try to see what, you know, as far as savings that we are able to apply.

There's two ways that we do generate your savings, right, and so the first way will be primarily based on your health and, you know, your age, your health.  Secondly is going to be based on income.

2 (Pages 2 - 5)

██████ undercover call

Page 6

Now, being that you are right now … You just … You said you'd … You mentioned that you got laid off. How long has it been since … Was it recent or --

MS. CARSON: Well, I'm back to work now. I've got a job. So … But I'm wondering about that, too.

HALEY: Wonderful. Okay.

MS. CARSON: I make about $40,000.00, so I'm hopeful that I can get a discount because of how much I make in Chicago.

HALEY: Okay. Yeah, absolutely, and with COBRA I'm just curious what's, what's the carrier? What, what insurance did you previously have?

MS. CARSON: Blue Cross Blue Shield, so I would really like --

HALEY: Okay.

MS. CARSON: -- to get something similar to that if at all possible?

HALEY: -- possible, mm-hmm. Absolutely. Yes. Yeah. So just give … Like, for example, we'll, we'll get into that, as well. I'll be able to, like,

Page 7

convert factors if you have any that … So we can see what plans they are, you know, would be the most cost-effective there. Do you have, like, a primary doctor, ███, that you would like to keep or --

MS. CARSON: No, and that's the issue, too, Haley. I have not been to the doctor in quite some time and I need to go. There's --

HALEY: Right.

MS. CARSON: Diabetes runs in the family, and I'm kind of concerned --

HALEY: Right.

MS. CARSON: -- about that --

HALEY: (Cross talk) --

MS. CARSON: -- so I'm wondering if, like, medications would be covered, diabetes medication --

HALEY: Mm-hmm.

MS. CARSON: -- that sort of thing.

HALEY: Absolutely. Absolutely. So, yes, that's … Anything you tell me is just, it's going to help me kind of navigate through those options here --

MS. CARSON: Okay.

HALEY: -- so I do appreciate you telling me

Page 8

that, but as far as, like, medications right now, ███, are you on any medications?

MS. CARSON: No, no medications right now.

HALEY: Okay. Great. Great. Okay. Wonderful.

And then what's going to be the best e-mail address for you?

MS. CARSON: It is my name. So it's ████-██████████████.

HALEY: Mm-hmm. All right, and then I'm just going to confirm that again just one more time. So that is fully-spelled, fully-spelled-out. It's ████ ████████████, and then your last name fully spelled-out, ██████████.

MS. CARSON: Correct, yes --

HALEY: Okay, great.

MS. CARSON: -- and ██████████.

HALEY: Yes, perfect, and then, ████, let me ask you, in case you disconnect, I would love to be able to reach you. I do have your phone number here. I have ████████.

MS. CARSON: Yes.

Page 9

HALEY: Is that the best number?

MS. CARSON: Yes, that's fine. Yes, that's correct.

HALEY: Okay. Okay, great. Okay, let's see here …

Now, as far as that … So it seems like you are in good health. What I like to say, you're, you know, blessed, right? You're very fortunate with your health so far --

MS. CARSON: So far so good, yes.

HALEY: Yes! Very good, very good, and, and that will definitely work in your favor. You know, as I mentioned before, some plans are strictly based on that, and then we would be required to ask some health questions, but as far as, like, any, God forbid any illnesses or any preexisting you have, you have doctor-diagnosed for any of those major conditions, correct, in the last five years?

MS. CARSON: No. No, just the concern about maybe pre-diabetes. That's it.

HALEY: Pre-diabetes. Right. Right, right, absolutely. All right, let's see here --

3 (Pages 6 - 9)

█████ undercover call

Page 10

MS. CARSON: But nothing yet. No diagnosis. I mean, that's why I need to go to the doctor.

HALEY: To go to the doctor soon. Yeah, that's definitely important as soon as possible to just, you know, make sure everything is under control.

So we … All of our plans, they do cover those things, so it's very much like, you know, what you're used to having with the Blue Cross and Blue Shield.

With the COBRA, I'm curious, what was the monthly cost with COBRA? Did they provide you the --

MS. CARSON: I don't remember the exact amount. It, it seems like it was, like, $800.00, $900.00, maybe more. I didn't really --

HALEY: It triples.

MS. CARSON: -- (cross talk) yeah.

HALEY: Yeah, it triples in cost (inaudible) or doubles. Yeah.

MS. CARSON: Yes, it was insane, and I'm just like, "I can't afford that," and even now --

HALEY: Right.

MS. CARSON: -- now that I'm working, it's

Page 11

still too much. I can't pay that.

HALEY: Absolutely. Okay. Perfect. So pretty much right now I'm, you know, I'm going to pull out and generate the entire system. It will pull up every single option. We'll go based on your area, as well. So just so you know, we do like to make sure that whatever plan you signed is highly-accepted in your region, so … And then when I get back in a few moments, ███, I'll go over the plan with you in detail. Do you have any questions before I place you on a brief hold?

MS. CARSON: No. Just you said "highly-accepted" in my region. You mean like doctors take it? Hospitals? That sort of thing? Is that what you mean?

HALEY: Correct. Mm-hmm.

MS. CARSON: Okay. Oh, yes, yes, yes. I definitely want that because … Yes. And this is … This, this is like the, the alternative to COBRA, like, the Obamacare?

HALEY: Mm-hmm.

MS. CARSON: Okay. Okay.

Page 12

HALEY: Yeah. Yeah. Exactly. So this is where you would get insurance outside of your employer.

MS. CARSON: Okay. Perfect.

HALEY: Absolutely. Mm-hmm.

MS. CARSON: Perfect.

HALEY: Yep.

Now, I'm going to go ahead and just place you on a brief hold and I'll be right back on the line. Thank you so much for holding.

MS. CARSON: Okay, wonderful. Thank you so much.

(Call placed on hold from 0:10:05 to 0:14:40.)

HALEY: Hello? ███?

MS. CARSON: Yes?

HALEY: Hey. Thank you so much for holding. I do appreciate your patience.

MS. CARSON: Sure.

HALEY: I just have a few things I want to go over with you before we get started.

MS. CARSON: Okay.

Page 13

HALEY: So I was actually going, looking into your, your savings, right? So when, when the system looks into your savings, it does look at your income eligibility with the Marketplace, and then it looks based on your health. So your government Marketplace plan, I pulled up the Blue Cross and Blue Shield, I pulled up United Healthcare, and then Humana, as well. Those premiums range, actually, almost $650.00 a month all the way up to, like, $8, $900.00 a month right now.

So what I noticed, there was a plan that came back - actually very well-known, very accepted, as well, in, in your state – and it's, in fact, this one's going to be under … It's a PPO. It's under Aetna First Health. Have you heard of Aetna before?

MS. CARSON: I have heard of Aetna. Okay --

HALEY: Mm-hmm.

MS. CARSON: -- and because I'm like, 'Oh my gosh.' So what does that …

Well, first of all, so the ones under the Marketplace, $650.00 to, like, $1,000.00 a month or something? That's insane. I … Oh my gosh.

4 (Pages 10 - 13)

undercover call

Page 14

HALEY: Yeah. Right.

MS. CARSON: But you said this one's --

HALEY: Your (inaudible) ... So I was able to apply a ... Basically it's state-issued. So it's a, it's a health-based savings rather than going based on your income, and I was, I was noticing that if we go strictly based on your health, your, your most affordable option is going to be around $295.00 a month. I think that's a lot more doable than the, than the $650.00 a month, correct?

MS. CARSON: Oh my goodness, yes. So that's for this Aetna plan?

HALEY: Yeah, it's going to be ... It's actually full coverage. I want to go over the benefits really quick --

MS. CARSON: Oh, please, yes.

HALEY: -- and then, of course ... Yeah, feel free to ask me any questions here.

So, first and foremost, this is the largest network. It's known as a PPO. Do you know what that means when it comes to, like, health plans or do you want me to go over that?

Page 15

MS. CARSON: I've heard it, but ... Would you please?

HALEY: Mm-hmm.

MS. CARSON: That would be great.

HALEY: Yeah, absolutely. So with ... The fact when you have insurance, you have a, something called an HMO or a PPO, and so PPO stands for "Preferred Provider Organization." It actually allows you flexibility of choice to your own doctors, your own hospitals, and your own specialists. So instead of ... When you have a PPO, you don't have, you don't necessarily have a list that you have to follow to go to a specific doctor, make sure they're in the network, and things like that.

So the HMOs are a little bit more restricting, right? Those are the ones that gives you a list. The PPO is ... It, it allows you to prefer your own doctors --

MS. CARSON: Oh.

HALEY: -- with, with ... Yeah, with no limitations. So that's what you would have, actually. It's, it's a PPO, and there's --

Page 16

MS. CARSON: So I could see any doctor?

HALEY: Any doctor, any hospital, any specialist in the United States.

MS. CARSON: Oh, good.

HALEY: It's considered a nationwide network, as well.

MS. CARSON: Okay. Great. Great. Okay.

HALEY: Mm-hmm.

And then you ... There's no referrals, so, which is better in your case. So, like, if let's say you went to your primary doctor. You can go as needed to a specialist. You don't have to get a referral to see your specialist, which is good.

MS. CARSON: Oh, okay. That is good. Okay.

HALEY: You're also going to get a prescription card with the plan. All of your prescriptions are sent to a Prescription Assistance Division, and it's a program where your generic medications are actually covering at a high 96% coverage, so that's really good. That's pretty much what you had, probably had before. So with this insurance, it does reduce your medications. I would

Page 17

say they're going to be around $4.00 to $15.00.

MS. CARSON: Oh, wow, and you did say in the event I do need diabetes medication, that would be covered?

HALEY: That would be covered, yes.

MS. CARSON: Okay.

HALEY: Now, for diabetes medication, it's considered most likely a high-level medication. It's a high-tier medication. I want to say those ... The brand ... Anything that's brand-name and it's not generic is going to be around a $30.00 copay, but still that's not bad --

MS. CARSON: Okay. Okay.

HALEY: -- because that medication could be ... Yeah. I mean, that, that ... Those medications are in the high-thousands, $1500.00 easy --

MS. CARSON: Oh, jeez. Okay.

HALEY: -- but, yeah, you will only have to pay the $30.00 copay for that.

MS. CARSON: Okay. Okay. Okay. That's good news. Okay.

HALEY: Yes.

5 (Pages 14 - 17)

█████ undercover call

Page 18

Now, at your primary care visits you will see a $25.00 copay --

MS. CARSON: Oh, wow. Okay.

HALEY: -- which is really good. So they cover 100% of your screenings. If you need to go get your blood work drawn, if you need to get any sort of labs, get a physical … So you actually don't pay anything for those visits, so any one of those things if you ever need it, we call it "wellness," like an annual, you know, check-up or blood work and things that are, like, routine, those wellness visits are 100% $0.00 to you. You don't pay any copay on that, so, which is good.

MS. CARSON: Oh, wow. Okay. That's good. Okay.

HALEY: Yeah, and then anything, anything else is only $25.00 at your primary doctor.

MS. CARSON: And that's … Can I see them anytime? Is that only so many visits? Is that … Because, again (cross talk) --

HALEY: Mm-hmm. Anytime.

MS. CARSON: Anytime. Okay.

Page 19

HALEY: Yes.

MS. CARSON: Great. Great, great, great.

HALEY: Mm-hmm.

Now, for a specialist … So in this case of you need to go to a diabetes specialist, you are covered. That would only be a $50.00 copay --

MS. CARSON: Okay. Okay.

HALEY: -- and urgent care is also $50.00, as well.

MS. CARSON: Okay, like urgent … Gotcha. Okay.

What about, like, hospital visits - God forbid – but if I needed to, I don't know --

HALEY: Yeah.

MS. CARSON: -- break a leg, break a bone --

HALEY: Emergency room … Absolutely. So emergency room I believe is only $100.00 copay, but you have a zero deductible, so … Which is amazing. So what that means is with insurance they have a deductible yearly, and then basically that's … It's kind of like … I'll compare it really quick, ███, to, like, your car insurance that you pay every month.

Page 20

So in the event that you get into, like, God forbid any accident, right? Even though you pay monthly for your car insurance, you still have what they call an "out-of-pocket" that you have to meet at the hospital. Let's say it's $1,000.00, right?

MS. CARSON: Oh, yes. Gotcha. Okay.

HALEY: You would reach the $1,000.00, and then they cover everything else pertaining to what you get done.

So with this plan, it's the same way, but the, you qualify for a no-deductible policy, so we call it "first seller coverage." So basically you only have your copay that you pay your doctors and the medications that you pay (cross talk) --

MS. CARSON: Oh, wow. This sounds like --

HALEY: Yeah.

MS. CARSON: -- an amazing plan. This better than what I had with Blue Cross Blue Shield.

HALEY: Yeah, no, I, I'm telling you it's … They're … Right now they're, like, the number one right now in (inaudible) just so you know. They are number one right now. These are --

Page 21

MS. CARSON: This Aetna plan? Wow.

HALEY: Yeah, the Aetna plan is, like, number one. All the other carriers … I would say Blue Cross is, like, is a top five, but it's not, it's not, like, the, the top, at the top. It's, like, at the bottom because their premiums are just unaffordable, you know?

MS. CARSON: Right.

HALEY: Things are getting more expensive, and, yeah. Yeah. So …

Now, the only thing is it does … So we would have to ask you some questions to get you initially … There's an approval process. Approval takes maybe five minutes --

MS. CARSON: Oh, okay.

HALEY: -- to find out if you're approved, and then if you are approved, then I could actually do what's called a "next-day coverage," which means you don't have to wait until the first of the month to get it starting. I might be able to get it starting next-day.

MS. CARSON: Oh, wow. Okay. Okay. And then

6 (Pages 18 - 21)

undercover call

Page 22

it … Go ahead. I'm sorry.

HALEY: (Cross talk) dental … So really quick. So this, the $295.00 a month is for everything, it covers everything that we just went over with healthcare. Dental is something that is always going to be an add-on. Just like your job, how they, you know, they ask you do you want dental, do you want vision. It's considered an add-on. So we can add it on and I can tell you what it would be if you like.

MS. CARSON: Sure. Sure. Please. Yeah, and then I can see.

HALEY: Yeah, and then you tell me what would be best. You know, it's, it's up to you.

So if we do dental, I don't have any discount dentals. Basically if you've ever had a dental plan where they don't cover very much, right, and you call it a dental plan because it's, like, a … It only gives you, like, 50% savings on your visit. I don't have that. I actually have a better option available, and it's 100% for the, the exam, the cleaning. It's a little bit more a month, it's about $89.00 a month,

Page 23

but then that would bring you at $385.00 a month for total, for your healthcare and your dental insurance together.

MS. CARSON: Oh, wow.

HALEY: $385.00. Yeah.

MS. CARSON: And that would be … And you said the dental was no deductibles, or I mean 100%?

HALEY: Yeah, I have more I need to tell you. So it's a no-deductible for the year, so, again, you don't have a deductible. When you go in for your exams, your x-ray and your cleanings are free, so you get that every six months for free.

MS. CARSON: Oh, wow, because I know that's incredibly expensive --

HALEY: Yeah.

MS. CARSON: -- and is that the same thing? Can I go to any dentist or --

HALEY: Any dentist. Mm-hmm.

MS. CARSON: Okay.

HALEY: Any dentist, yeah. It's a PPO. It's, it's an open-access plan.

MS. CARSON: Okay, and then what if I needed,

Page 24

I don't know, a root canal or cavities, things like that filled?

HALEY: Mm-hmm. Yep. So the … So cavity fillings, extractions, and basic services, those actually are covered at 80%, which is really good, and then if you needed any root canals … So root canals, crowns, implants, and believe it or not, implants and dentures are covered, as well, but you are looking at 50% for those, which is still not bad. I mean, that's, that's actually … Class 3 services are … A lot of plans don't cover those. So, so, yeah, I mean, that would be included with this plan.

MS. CARSON: Okay, okay, and now is this something … Can I add it later?

HALEY: Absolutely. Yes. So you don't necessarily have to get it right away. This plan, I want to go over something really quick. So what I did notice is this plan is actually a, it's a customizable plan. So basically it's short, it's considered short-term, but it's month-to-month, so basically if you ever needed to let's say drop this coverage at any time, you have the freedom of doing so because there's

Page 25

not, like, a contract or anything, it's considered month-to-month --

MS. CARSON: Okay.

HALEY: -- so that means that you can, you can, you can always add things, you can add dental later, and you can remove things, as well, if you need to.

MS. CARSON: Okay. Okay, because I'm just … I mean, not … I know that sounds like a great plan, but my budget is right about $300.00 and I'm just … I may need to add that later if I … I'm really more concerned with the health insurance at this point (inaudible).

HALEY: Absolutely, and, and so, yes, and, and so you can definitely add it later, ▮ if, if you would like. So you want to just do the health for now and just do the, the full coverage?

MS. CARSON: Yes. Yes. So … And … So the health insurance then for the month is … Because you said it's $295.00?

HALEY: Yep (cross talk) … Yep. So the, the total monthly - and this would cover you for

7 (Pages 22 - 25)

██████ undercover call

Page 26

medications, doctors, everything, we went over - so your monthly total would be $295.00 month-to-month.

MS. CARSON: Okay. Okay. Okay, and, and I know you said this was the best option because the Marketplace, I think you said the Marketplace … I'm sorry, I was trying to take some notes --

HALEY: Mm-hmm.

MS. CARSON: -- but I know you gave me a ton of information, and I'm so grateful for that. Is … Can you send it to me in an e-mail, as well, so I can have it --

HALEY: So … Yeah. So, so basically … So remember we do need to get you approved. So, so there's … The carriers, they don't --

MS. CARSON: That's right. That's right.

HALEY: -- they don't … Yeah. We have to make sure that you are approved first before … You know, I, I cannot unfortunately send anything because of the fact that we are also outside of open enrollment, so basically what you would get today, when you sign up today, you get your e-mail with everything, but that, that comes from the insurance

Page 27

company directly. It wouldn't come from an agent just because we don't have that ability.

MS. CARSON: I got you. So it'll come from the insurance company? So from Aetna I'll get the documents --

HALEY: You'll get everything --

MS. CARSON: -- everything that will explain everything that I need?

HALEY: -- yeah. You get your --

MS. CARSON: Okay. Okay.

HALEY: -- digital ID number, your member ID, your digital insurance card, and then you get also a welcome packet in the mail, but it usually takes about a week.

MS. CARSON: Okay. Okay. Okay. All right, and … Okay. Yep. Let's … I think, I think … Yeah, let's do it.

HALEY: Okay (cross talk) --

MS. CARSON: Well, and I guess that … Oh, go ahead. I'm sorry. Go ahead.

HALEY: Oh, no, no, you had a question. I, I was just going to move on to your medical questions

Page 28

just so we can see … Again, I don't … You know, I, I want to make sure you're approved --

MS. CARSON: Okay.

HALEY: -- if you want to … You know, there is an approval here, but go ahead, you had a question for me?

MS. CARSON: Well, I'm just, like … So what if I since I can't see … And, I mean, the plan sounds amazing. What if I don't like it? Can I, can I cancel it? Can I switch plans? Can I get a refund?

HALEY: Yeah.

MS. CARSON: How does that all work?

HALEY: Absolutely. Yeah. So with … So … Exactly. So typically … So when you get, and I know this is your first time getting insurance outside of your job. So --

MS. CARSON: Right.

HALEY: -- I completely understand your question. Now … Absolutely. So whenever you get a plan outside of your employer, you have what's called a "forty-five-day free-look period." It's actually … They … The insurance would like you to use the

Page 29

insurance to see if it's to your liking, and if it's not for whatever reason, if it's, you want to change it or cancel it, you actually have that revisionary period to do so, and it's a money-back guarantee.

MS. CARSON: Oh, wow. Okay. Okay. That, that is a piece of mind because I'm, I mean, I know $300.00 doesn't sound like a lot, but it is a lot, so I just want to make sure --

HALEY: Oh, it is. Yeah. Absolutely. Absolutely.

MS. CARSON: -- so that I can if it isn't what I think or … Okay.

HALEY: Yep.

MS. CARSON: Okay. All right. Thank you so much for your patience. I appreciate that.

HALEY: Absolutely. So would you like to, ████, go ahead and see if we can get you approved to the, to, for the policy?

MS. CARSON: Yes, yes, and, and you said that --

HALEY: Okay.

MS. CARSON: -- this approval, that's what's

8 (Pages 26 - 29)

███████ undercover call

Page 30

needed because --

HALEY: Yeah.

MS. CARSON: -- of my income, or that's why it's so much cheaper than COBRA or, and my Blue Cross plan and even the, the, the government ones?

HALEY: Yes, because we have to go through a medical approval.

MS. CARSON: Okay.

HALEY: That's right. So, yes, absolutely.

MS. CARSON: Okay.

HALEY: So ... Now, these questions, I don't want you to be alarmed, ███. These questions, they are based on the last five years, so they might, they may seem a little extreme, but they're just requiring you to answer them yes or no at the end of the question --

MS. CARSON: Okay.

HALEY: -- okay? So here we go.

To the very best of your knowledge and belief, within the last five years, ███ has there been any medical treatments or been medically diagnosed for any of the following conditions or

Page 31

symptoms: cancer, tumor, stroke, had a heart attack, had a heart surgery, or COPD diagnosis?

MS. CARSON: No.

HALEY: Okay.

To the best of your knowledge and belief, within the last five years has, has there been any medical treatment or diagnosis for Crohn's Disease, liver disease, or kidney disease?

MS. CARSON: No.

HALEY: Okay, and, lastly, to the best of your knowledge and belief, within the last five years has there been any medical treatment by any physician or a medical practitioner for AIDS or HIV?

MS. CARSON: No.

HALEY: Okay.

Now, we're going to go ahead and attack those medical questions to the application, and then while we're waiting on that, we will just complete the primary information here.

And, ███, just really quick, for your insurance application, do you have a middle initial or just your first and last name?

Page 32

MS. CARSON: My --

HALEY: (Inaudible) you do, right? J? Is it J?

MS. CARSON: Mm-hmm. J. Yes. Yes. Good job. Good memory.

HALEY: Yep. I remember that ... Yes, yes, I remember that from your e-mail, and then for mailing, of course, so mailing, primary mailing address, and this is just for us to mail you your physical welcome packet.

MS. CARSON: Okay, because I have a mailbox separate from my home address. So my mail goes to ███ ████████████████████████████ ███████████████████████████.

HALEY: (Cross talk) ... Okay, ████, and then just for verification I'm going to read that back to you if that's okay, so here we go.

So your mailing ... Mailing is different. So for mailing is going to be ██████████████████, and that's box ████████████████████

MS. CARSON: Correct.

HALEY: -- and the zip code on that is ████.

Page 33

MS. CARSON: That is correct, yes.

HALEY: Okay. Perfect. Thank you so much.

MS. CARSON: So are these plans, is it just because of my, the health-based because of the questions that you asked, is that why this plan is so cheap and so much cheaper than --

HALEY: So this plan ... Well, no. So remember this plan (inaudible) because I can tell you directly how much an individual would pay without savings, so I can tell you how much this plan is. Give me one second here.

MS. CARSON: I guess I'm just wanting to make sure I'm not going to see, like, a huge increase in a, you know, in a month, six months, a year, that sort of thing.

HALEY: Yeah. No. Absolutely. So ... Well, remember, anything that's state-issued ... This is state-issued --

MS. CARSON: Okay.

HALEY: -- so it, it ... Yeah. State-issued plans, they are guaranteeing your monthly cost. As long as you pay monthly, it's guaranteed, not only

9 (Pages 30 - 33)

Page 34

your benefits, but your premiums, as well, is guaranteed to you. The only time it'll change is if you call us to say, "Hey, I want to add dental on the plan," but you would have to authorize that, and then your insurance would increase back to remember I think it was, like, three, three-something a month.

MS. CARSON: Three ... Yeah, three ... Like, like, eighty-something more. Okay, got it --

HALEY: Uh-huh. Yeah.

MS. CARSON: -- and you said I can add that any time, so I could call --

HALEY: Yes.

MS. CARSON: -- in a month or so and --

HALEY: Mm-hmm.

MS. CARSON: Okay. So I can just kind of see --

HALEY: Yes.

MS. CARSON: Okay. Perfect. Perfect.

HALEY: Yeah. Yeah.

So, like, this plan I'm looking here is typically around $625.00 a month.

MS. CARSON: Oh, wow.

Page 35

HALEY: With your savings ... So, actually ... Yeah. So if we are to get the approval today, that, that would be $295.97 (inaudible).

MS. CARSON: Okay. Oh, wow.

HALEY: That's your monthly cost. Yeah.

MS. CARSON: Wow.

HALEY: Mm-hmm.

MS. CARSON: Okay. That's great. Thank you. Okay.

HALEY: You're welcome.

All right, and then for ... What is your approximate height and weight?

MS. CARSON: About 5'7 and 145.

HALEY: Okay. All right.

All right, and then if you can just please confirm, ████ just the last four of your social?

MS. CARSON: I am ... I'm not really comfortable giving that out. Can, can I sign up without giving my Social?

HALEY: Oh, no, you don't have to give the whole Social, but it does require the, just the last four with health insurance.

Page 36

MS. CARSON: Okay. Okay. ████.

HALEY: Okay. Thank you. All right.

Now, for ... Perfect, and then for the e-mail address, I just want ... If you can, just go ahead and confirm that for me one more time. You're going to receive welcome e-mails, as well.

MS. CARSON: Okay. Right now? Should I ... Do I need to log in or no? Just that something --

HALEY: Oh, no, no. Just, just confirm it for me so I can confirm that I have it correct. Yes. Mm-hmm (cross talk) --

MS. CARSON: Oh, gotcha. Gotcha. So it's my first name, ████, ██████████,
██████████.

HALEY: Perfect. All right, I have that here.

Well, also being that this is a, this is a plan that's considered ... You're paying monthly, so it's a month-to-month. With this plan, yes, it guarantees your benefits and your monthly cost. So if let's say you decided on keeping this, you know, for a few years or a few months, remember that your price is

Page 37

guaranteed. So unlike income, income-based plans, they can change based on your income or based on ... You know, every year insurance does go up, right? But with going based on the state ... Anything that's state, it's going to be a fixed premium. So even let's say that your job --

MS. CARSON: Oh, wow.

HALEY: Yeah. If your job says, "Hey, your ... You know, your income now is X amount." Let's just say it went up to $45 or $50,000.00. That will never affect your monthly cost for your insurance, which is good.

MS. CARSON: Oh, you're kidding.

HALEY: Yeah.

MS. CARSON: So this will always stay the $295.00? Is --

HALEY: It will stay the $295.00, but remember once you turn sixty-five I believe you go on your Red White and Blue, you obviously have a lot of time, but, yes, once you get onto Medicare, then, then it would, then you would have to go to Medicare, but until then, yes. I've actually had members that have

10 (Pages 34 - 37)

undercover call

Page 38

had this policy for, like, five, six years-plus --

MS. CARSON: Oh, wow. Okay.

HALEY: -- and it stays the same ... Yeah, it stays the same cost.

MS. CARSON: Okay.

HALEY: Mm-hmm.

MS. CARSON: Okay.

HALEY: And then also keep in mind, ███, like, if your, if your employer ... I know you mentioned that you do have a new job right now. If they offer you benefits and you want to go with that, remember that you can cancel this insurance. There's no, like, you know, penalty if you do decide to cancel.

MS. CARSON: Okay, great, and, and no issues to cancel and get a refund? Because you mentioned there's that "free-look" period, too --

HALEY: A forty-five day ... Right.

MS. CARSON: Okay.

HALEY: Right. Yeah. You always have that legally with the state ... Any policy, any health insurance gives you a provisionary period, and that

Page 39

pre-look period is the forty, the first forty-five days.

MS. CARSON: Okay. So I don't have to pay for forty-five days or --

HALEY: Nope. No, no. So, remember, so you ... Today when your, when we do your payment, your first month does come out today.

MS. CARSON: Okay. Okay.

HALEY: However, what I'm saying is you do have the forty-five days. They actually want you to use your benefits, see if it's something that's to your liking, of course, and, and if for whatever reason if you wanted, you know, had a change of mind or anything like that, remember you do have that, that forty-five-day period.

MS. CARSON: Okay. Okay. Got it. Got it.

HALEY: Mm-hmm.

MS. CARSON: Got it.

HALEY: Now, now, the, the first month you will see your breakdown. So once they set up your payment here shortly, you're going to, I'm going to send you an, an enrollment link. We'll just have you

Page 40

do a signature. So it's actually going to show you a quick breakdown of your ... It's your payment monthly, and then it will show you that the state does have a one-time enrollment. So in, in the state of Illinois they do have a one-time enrollment. It's ... Normally enrollment ... For 2026 it looks like it's $100.00. I'm going to work on getting that reduced for you. I do want to help you out today as your agent. Let me see if I can get it reduced here.

MS. CARSON: Oh, that would be great. Thank you.

HALEY: (Inaudible).

MS. CARSON: And you said it's an enrollment fee and --

HALEY: Enrollment. Yeah. So let me see here ... Every state has their own enrollment, which is a one-time enrollment. Typically it's added on the first month, and actually I got it reduced here to it looks like the statement above is $50.00, so I was able to get that reduced to $50.00.

MS. CARSON: Oh, great. Okay.

HALEY: Now ... Yes. Any policy that has

Page 41

this, like, month-to-month like this, it typically has an enrollment.

MS. CARSON: And so my ... This plan is month-to-month, too? I'm sorry, I thought just the dental was. So this is month-to-month, too, so I can cancel ... What? I ... Yes, I know you said I can cancel.

HALEY: The whole policy is month-to-month. Yeah.

MS. CARSON: Okay.

HALEY: The whole policy.

MS. CARSON: Okay, and so you said it's a, a fee, you got it down to $50.00, so thank you so much for that. Does that go to the state then to, like, fund these policies or what, what's the fee?

HALEY: (Cross talk) ... Yes. Correct. Yeah. So it goes, it goes to the, to the state enrollment. So because right now you're, you're outside of enrollment period, ███, it's outside of open enrollment, so they have an enrollment fee.

MS. CARSON: Okay. Okay. When did enrollment end then? This is so new to me.

11 (Pages 38 - 41)

Page 42

HALEY: So January 15th actually. So they amended it from December … It started back in November of 2025, November 1st. It's always the same, so November 1st, and then it went all the way to December 15th, and then we had an extension until January 15th. So, yeah, the deadline was on the 15th of this month.

MS. CARSON: Okay. Okay, but I can still enroll? That's not an issue? No problem with --

HALEY: Exactly.

MS. CARSON: Okay.

HALEY: Exactly. That's why, that's why they have that enrollment, enrollment fee on the first month. Mm-hmm.

MS. CARSON: Gotcha. Okay. So that … And I only have to pay that one time then and it goes to the state?

HALEY: Only one time.

MS. CARSON: Okay.

HALEY: Yeah.

MS. CARSON: Got it. Got it. Got it.

HALEY: Yeah. Yeah, it's not like an annual

Page 43

fee or anything like that. You'll never see that again, okay?

MS. CARSON: Okay. Okay. Got it.

HALEY: Yeah.

MS. CARSON: Sorry for all the questions. This is just so … But you've been fabulous.

HALEY: No, no (cross talk) mm-hmm. Yeah. Absolutely. Absolutely.

And so … And then what I'm going to do is I am ready to set up … I'm going to attach a card on-file, and then … And you're not being charged. This is just to add onto the application, right?

MS. CARSON: Okay.

HALEY: So we need to attach a card on-file, and then after that I will have you do your enrollment application link, I'll, I'll walk you through that link, and then for the first month, do you want to go ahead and put a Visa, Mastercard, Discover, or American Express on the first month?

MS. CARSON: I have to go get my card. It's a Visa. Let me get that. Give me one sec. Let me get that out real quick.

Page 44

HALEY: Sure. Take your time.

MS. CARSON: And then while I'm getting that, so I know you said this is with Aetna, but you said it was Aetna something else?

HALEY: Yeah. So with insurance you have the carrier and then you have the network, so this is … Aetna pays the claims. This is a First Health Network, First Health PPO.

MS. CARSON: Okay. So Aetna pays the claims? They're the insurance company?

HALEY: Correct. Mm-hmm.

MS. CARSON: Okay. Okay. Got it. Okay, I have my card. I'm sorry.

HALEY: All right, perfect, and then whenever you're ready, ██. At this time you are on a secured line. You can start with the sixteen-digit card number, please.

MS. CARSON: Okay. It's ████████.

HALEY: Perfect, and then the expiration date?

MS. CARSON: It is ████.

HALEY: All right, and then just the three

Page 45

digits on the back, please.

MS. CARSON: ██.

HALEY: And then just for verification I'm going to read the card back to you, ████ and just let me know if this all correct, please.

MS. CARSON: Okay.

HALEY: So your card, it will be, we'll be using on the first payment, it will be a Visa card, and that's going to be ████████.

MS. CARSON: That's correct.

HALEY: Wonderful, and then on the card, ████, does your middle initial appear or will it just be ████?

MS. CARSON: Just ████.

HALEY: Okay, and I know you mentioned that … Billing. So for the billing address on the card, will that be the same billing address that you gave me earlier or is it different?

MS. CARSON: Yes. Yes.

HALEY: Perfect. It's the same. Okay.

MS. CARSON: Same address. Yes. I'm sorry.

HALEY: (Cross talk) --

12 (Pages 42 - 45)

█████ undercover call

Page 46

MS. CARSON: And then the charge ... So just so I know, what's, how much is the charge going to be for then today?

HALEY: Yeah, absolutely. So the total today, and this is, including your full month of coverage with the enrollment fee, is $345.97 --

MS. CARSON: $345.97. Okay.

HALEY: -- and then every month following it will reflect the $295.97, and you'll see, actually see that here in just a moment. I'm going to send you a breakdown here.

MS. CARSON: Oh, okay. Okay.

HALEY: Mm-hmm.

MS. CARSON: You're going to e-mail it to me or how are you going to send it to me?

HALEY: Yeah, I'm going to have ... I'm actually going to walk you through it self-by-step.

MS. CARSON: Okay.

HALEY: So it's (inaudible) verification, and you're going to receive an SMS text message --

MS. CARSON: Oh, gotcha.

HALEY: -- with the enrollment link, and then

Page 47

I'll walk you through that here in one moment. Okay (inaudible) ... I'm just putting in the, the address here. 121 ... We want to make sure you receive your insurance cards and your welcome packet.

MS. CARSON: Yes, and, and I know, I think at one point you said this could be next-day coverage or will it be next month or what with the fee? When will this start?

HALEY: Yeah. Yeah. So the ... So they did approve you for next-day coverage --

MS. CARSON: Oh, fabulous.

HALEY: -- is, is that okay?

MS. CARSON: Yeah, that's wonderful. So that'll start tomorrow then?

HALEY: Yes. Now, typically with any insurance they always suggest that you wait for any, like, new appointments. They, they like to have you wait about fifteen to twenty-five days to make a new appointment. However, if you already have an existing appointment, you can still make a new appointment, right? This is just a suggestion, but with any insurance emergency room starts right away, so I did

Page 48

want to let you know emergency room starts at midnight tonight, and then prescription, doctor's visits, everything starts within twenty-four hours.

MS. CARSON: Okay.

HALEY: We always say if you, if you have, like, an existing appointment, you can go to that right away, but if, if let's say you absolutely have to make a new appointment, you can also do that, as well.

MS. CARSON: Okay, but if ... So are, are you going to send me then my card and stuff like --

HALEY: (Cross talk) --

MS. CARSON: I know you're going to mail it, but will it come another way, too?

HALEY: -- mm-hmm. Yes. Yeah. You're also going to get a member portal, so very much like what you're used to having. You, you have a member portal in your e-mail, and once you create your own password and things like that, you'll actually have access to your digital card, as well --

MS. CARSON: Oh. Okay, great. So a, a mailer, as well.

Page 49

HALEY: -- so you will get that one in twenty-four hours.

MS. CARSON: Okay.

HALEY: Mm-hmm.

MS. CARSON: Great. Okay.

HALEY: Yeah.

MS. CARSON: Okay.

HALEY: Yeah, they make everything kind of, you know ... Technology has taken over.

MS. CARSON: Yes, yes, and we're, we're always like, "Gimme, gimme, gimme," so --

HALEY: But it's good, you know, because, I mean, you know, in the event, like, you, you know, you need to use your insurance, you need to just ... Sometimes ... Like, I'll give you ... Today I'm going to give you your insurance number --

MS. CARSON: Oh, okay.

HALEY: -- in just a moment, and so ... But sometimes, like, like, the hospital or, you know, doctors, they need to see a card, so that's why I always tell my members, like, "You're literally going to receive a digital card within the next twenty-four

13 (Pages 46 - 49)

undercover call

Page 50

hours," which is amazing.

MS. CARSON: Okay. Okay. Okay.

HALEY: Yeah.

Now, you should be receiving a text message verification. For this part, ▮, I do encourage you to please go ahead and place me on speakerphone just so I can walk you through that process here. So here we go.

MS. CARSON: Okay.

HALEY: There we go. So it should be coming through right now. It will come in and it'll say, "To complete your health enrollment application" --

MS. CARSON: Oh, yep.

HALEY: -- "you must (inaudible) link." So perfect. Let me know once you, it successfully loads for you.

MS. CARSON: Okay. So ... Okay. So it says, "To enroll American Collective" --

HALEY: You're going to click the (inaudible) yes. Mm-hmm.

MS. CARSON: Okay. Okay, and American Collective, that's not the insurance company, right?

Page 51

HALEY: No, no, no. That is ... So that's actually you go through underwriting, so they're responsible to, for the approval here today.

MS. CARSON: Oh, okay. Okay. So they're going to approve me. Oh, gotcha. Okay. Okay.

HALEY: And then as soon as it comes up on the next page, it's going to have you ... It's going to say ... There we go. I think it just loaded for you. It'll say, "Please verify the primary applicant's date of birth."

MS. CARSON: Okay.

HALEY: Now, this part is important. You'll just ... You'll enter your date of birth normally, just make sure to put a zero before the two, and then the full year after that.

MS. CARSON: Okay.

HALEY: Let me know if you need my help, and then once you are able to type that in, it'll have you click "submit."

MS. CARSON: "Done?"

HALEY: Or "done." Mm-hmm. Yes.

MS. CARSON: Okay. Okay.

Page 52

HALEY: And then on the next page after, you should see it says, "Program summary breakdown." So it just breaks it down. The safeguard is just part of your hospitals, so that should total out ... It likes to break it down like a little itemization receipt, but that's, the total at the bottom is just your monthly cost and then plus the one-time enrollment fee, so --

MS. CARSON: And, and I'm sorry, I missed it, Haley, as I was looking through there. What did you say the safeguard was? I'm so sorry.

HALEY: That's okay. So you know how when you sign up through your employer they like to break down, like, your benefits, like, almost like a, a breakdown receipt. So the safeguard is your hospitalization. It just likes to ... And the top, the unity is, like, your doctors' visits and prescriptions, and the safeguard is your hospital and your critical illness.

MS. CARSON: Oh, okay. I see at the top then ... Okay. So unity, that's my, my normal care, and then safeguard, that's my emergent (sic) care?

Page 53

HALEY: Emergent (sic) care, exactly. So it just breaks it down for you.

MS. CARSON: Okay. Got it, got it, and then I see the enrollment fee for the state. Got it, okay, and thank you again for discounting that for me, and then --

HALEY: Absolutely.

MS. CARSON: -- and then --

HALEY: And then you'll click "I accept."

MS. CARSON: Okay. Got it. Okay.

HALEY: And then on this screen is just a quick ... It's going to be a (inaudible) little tiny "I agree and acknowledge (inaudible)" so you'll see that each ... And you're going to receive it all today, as well. You get everything that you're signing in, in your e-mail, but the acknowledgments are acknowledging ...

The first box is acknowledging the, the payment setup. So we did successfully set up your payment as autopay, and then you can always unenroll in that, as well.

The second payment, I mean, the second

14 (Pages 50 - 53)

▮ undercover call

Page 54

acknowledge is going to be your joinder agreement I believe. That's just acknowledging that you have your forty-five-day period and that you have, it's month-to-month.

MS. CARSON: That's the joinder agreement? Okay. Got it. Okay.

HALEY: Yeah. Yeah. You're going to check each individual box.

MS. CARSON: Okay.

HALEY: The third box is just acknowledging that we went over all of the benefits today.

MS. CARSON: Okay, and, and then it … Okay, and it's got my documents. Got it, okay, and then --

HALEY: And then you'll click "next."

MS. CARSON: "Next?" Okay.

HALEY: Mm-hmm.

Now, on this part it's a little tricky because we've, we've had an issue with (inaudible). There should be another option for "use stylized scripts," and that should be highlighted of checked off for you already, ▮. So --

MS. CARSON: Yep. It is.

Page 55

HALEY: -- as, as long as that's checked … Perfect. You're going to go ahead and type your name using your keyboard. So it should … Let me know if it gives you some issues. We've been working on the, troubleshooting the system here.

MS. CARSON: Okay. In this box I'm just typing my name, though?

HALEY: Perfect. Yeah. You're going to type your first and last name. You can put your middle initial. It, it's not required.

MS. CARSON: Okay. Okay. Got it.

HALEY: And then you'll actually see it beautifully typed out there at the bottom.

MS. CARSON: Okay.

HALEY: It, it, like, kind of stylizes it for you. Did you … Do you see that at the bottom?

MS. CARSON: I do. Okay. That's neat. Okay.

HALEY: (Cross talk) okay. Okay, and then you'll be able to click "submit."

MS. CARSON: Okay.

HALEY: You're going to click "submit

Page 56

application."

MS. CARSON: Not "view." Just hit "submit," right?

HALEY: Yes.

MS. CARSON: Okay.

HALEY: That's right, and then it'll take you … The last page is just confirming that I entered your mailing address --

MS. CARSON: Oh, okay.

HALEY: -- and as long as that looks good … Actually, you don't have to check the box for the billing (inaudible) billing is the same --

MS. CARSON: Yep.

HALEY: -- so you just … You, you click "submit application" once again, and then it's going to come up with a message, "Just wait one moment while we receive everything here," and I believe now you should see it change. It's going to come up with a "success" message. Do you see it?

MS. CARSON: Oh, I do. Yes. Okay. Okay.

HALEY: Okay. Awesome. So you can log out, ▮ and, congratulations, everything has been

Page 57

successfully approved, so congratulations on your policy. It will begin tomorrow, January 22nd, and then I actually want to give you a few things.

MS. CARSON: Okay.

HALEY: If you want to, you can log out at this time, and I'm going to have you write down just a few things here for me. Let me know when you're ready.

MS. CARSON: Okay. Okay, I am ready. Go ahead.

HALEY: All right.

So, ▮ first and foremost, I do want to thank you so much for letting me try to talk your ear off today.

MS. CARSON: Oh my God, thank you so much for all of my questions, too. I appreciate it.

HALEY: Awww. No, actually, it's my job. I, I enjoy helping people and, and I'm, I'm glad I can simplify this process for you.

MS. CARSON: Well, you did, because it's been a nightmare, and so thank you so much.

HALEY: Awww. No, you're welcome. We always

15 (Pages 54 - 57)

undercover call

Page 58

(inaudible) ...  You know, we always (inaudible) doing things like this, but I'm glad I was able to make it as somewhat enjoyable here.

MS. CARSON:  Yes.

HALEY:  Now, let me give you a few things just to write down before you leave me today.  So my name is Haley.

MS. CARSON:  Okay.

HALEY:  I am your agent on-record.  That's spelled H-A-L-E-Y.

MS. CARSON:  Okay, great.

HALEY:  And, ▮▮, my ...  Your ...  I'm going to give you a customer service number.

MS. CARSON:  Okay.

HALEY:  So for ...  Because I'm in the Enrollment Department, but you do have a Member Services, and this is the number you call, this is directly to your member account, and they can answer all your member-related questions, as well.  So the number is 888 --

MS. CARSON:  Okay.

HALEY:  -- 563, and then 2313.

Page 59

MS. CARSON:  Okay.  Are there specific hours for that or is that --

HALEY:  All right, and then I'll confirm that for ...  Yes.  So the hours of operation are Monday through Friday.  Their best time is 10:00 A.M. to 5:00 P.M.

MS. CARSON:  Okay (inaudible).

HALEY:  Mm-hmm.  Eastern Standard Time --

MS. CARSON:  Eastern.  Okay.

HALEY:  -- so it's Monday through Friday.

MS. CARSON:  Got it.  Okay.

HALEY:  And then I'm going to give you your member ID.  So ...  And remember this is just for your records.  Everything is going to be mailed and electronically e-mailed, as well.  So your --

MS. CARSON:  Okay.

HALEY:  -- member ID is going to start with a capital-U --

MS. CARSON:  Okay.

HALEY:  -- and then ▮▮, and I'll just repeat it here.  So that's capital-U ▮▮.

MS. CARSON:  Okay, and can I repeat the

Page 60

customer service number just to make sure I got that right, too?

HALEY:  Of course.

MS. CARSON:  888-563-2313?

HALEY:  That's right, yes.

MS. CARSON:  Okay, and then my insurance number: U-as-in-umbrella ▮▮?

HALEY:  That's right (cross talk) --

MS. CARSON:  Okay.  Great.

HALEY:  And then let me also just confirm here.  So your mail, your box is the ▮▮ (cross talk) --

MS. CARSON:  Correct, and it doesn't need "box."

HALEY:  Okay.

MS. CARSON:  I mean, it could just have the number, but it is a box, so --

HALEY:  Okay, beautiful, and then the, and then the address is ▮▮, and that zip code is ▮▮.

MS. CARSON:  Correct.  Yep.

HALEY:  Got it.  Okay.  Awesome.

Page 61

Well, typically for business days, right, because they typically mail it, like, the following business day, but it could take anywhere from seven-to-ten business days.  Sometimes fourteen business days.  I've had members get it, like, within ten days usually, but for your physical card you're going to get, like, a hard copy in the mail --

MS. CARSON:  Okay.

HALEY:  -- but you're going to get a prescription card and a medical card --

MS. CARSON:  Okay.

HALEY:  -- so just, just look out for that, and then let me just make sure you have ...  Let's see ...  You have your member ID ...  Yeah, and then one more thing, as well.  So remember today we did the first initial payment for your first month.  It did come out today.

MS. CARSON:  Okay.

HALEY:  So you're taken care of up until ...  Let's see here ...  So you're covered until ...  It'll be coming out on the 21st of each month.

MS. CARSON:  Okay.  So February 21st will

16 (Pages 58 - 61)

undercover call

Page 62

be my next payment. Okay. Okay, and then --

HALEY: If you want to just make a note for that.

MS. CARSON: Yep, I sure will. I'll put that in my (inaudible) for auto payments, and then since the documents will come, like, seven-to-ten days, business days or whatever --

HALEY: Mm-hmm.

MS. CARSON: -- but my ... You're going to send me a link to the portal --

HALEY: Yes.

MS. CARSON: -- and my insurance card will be in there --

HALEY: Exactly.

MS. CARSON: -- and my insurance plan? Okay, great, and my prescription card and all that. It ... I mean, I don't need it right now, but, okay, got it.

HALEY: Yes, everything is sent to you ... Yeah, everything is sent to you from Customer Service. So the American Collective is the company that is going to be responsible to send that out to you. Just take a look in your e-mail. I want to say it usually

Page 63

takes up to twenty-four hours, so just give it that twenty-four hours to get, and then your policy will start on tomorrow. Like midnight tonight, but really you'll get all your digital cards. Just make sure to set up your own portal, and it will actually tell you how to do it in that, in that e-mail itself.

MS. CARSON: Okay. So I'll get e-mails from American Collective, and you said they --

HALEY: That is correct.

MS. CARSON: -- they're the ... What were they again? Because that's not the --

HALEY: So they're the underwriters --

MS. CARSON: The underwriters. Okay.

HALEY: -- so they are responsible for approving ... Yes, for approving you. Mm-hmm.

MS. CARSON: Okay. Okay. Perfect. Perfect. Okay. Great.

HALEY: Okay. Awesome. Well, yeah, other than that, I mean, everything else is basically all set up and approved, so you're all set on my end, and, ▮ is there any other questions? Anything else I can help you with today?

Page 64

MS. CARSON: I don't think so at all, no. You have been so incredibly helpful, Haley. I appreciate all of your time.

HALEY: Awww, you're so welcome, and it's really been a pleasure again assisting you, ▮. Best of luck with everything, and I hope you have a great rest of your day.

MS. CARSON: Thank you so much. You, as well. Take care.

HALEY: All right. Thank you. Bye-bye.

MS. CARSON: Bye-bye.

The time is now 2:13 P.M. Central time, and that concludes my call to American Collective.

(End of recording.)

Page 65

CERTIFICATE OF TRANSCRIBER

I, TIMOTHY ROBERT DUVAL, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

*Timothy Robert DuVal*

TIMOTHY ROBERT DUVAL

17 (Pages 62 - 65)


**AMERICAN** Collective LP

Partner Services: 866-270-1554

**Name:** ▮▮▮▮▮▮
**Member ID: U**▮▮▮▮▮
**Group #: N/A**
**Unity 4**
**Dependent(s):**

Partner Out of Pocket
PCP: $25
Specialist: $50
Urgent Care: $100
Preventive Care: $0

✕

Provider Network


**First Health** Network

PRINT    VIEW BACK OF CARD

**Member card_front.png**

✕

## Eligibility

**Providers:** To confirm eligibility, verify benefits, or check the status of a claim:
American Collective Customer Service: 866-270-1554
**Partners:** To confirm eligibility, verify benefits, or check the status of a claim,
please call American Collective at 866-270-1554
Call 800-226-5116 or visit firsthealthlbp.com to find a First Health provider

## Claims Submission

**Please submit Medical Electronic
Claims Using Payer ID# 29084
Or**

**Mail Claims To:
American Collective
P.O. Box 211475
Eagan, MN 55121-3075**

**American Collective Rx Discount**



the virtual care clinic
**Authorization #: 001 000 029
Bin: 610378
GRP: 218347
PCN: SC1
Customer Support: (888) 220-6650
member.myrevive.health**

For identification purposes only. Not a guarantee of coverage or payment.

PRINT    VIEW FRONT OF CARD

**Member card_back.png**

# PROGRAM INFORMATION



| | Summary | | Eligible Services | | Add Ons | | Enrolled Members |
|---|---|---|---|---|---|---|---|

| Member Name | Member ID | Relationship | Birth Date | Birth Gender | Effective Date |
|---|---|---|---|---|---|
| Adult 1 ▓▓▓▓ | U▓▓▓ | Self | ▓▓▓▓ | Female | Jan 22, 2026 |

( UPDATE HOUSEHOLD )

Program Info_Enrolled Members.png

# PROGRAM INFORMATION

| Summary | Eligible Services | Add-Ons | Enrolled Members |
|---|---|---|---|

## Unity 4

The First Health Network is one of the largest and most comprehensive independent participating provider (PPO) networks in the United States. Your plan includes participation in this network. When you go to a participating provider, First Health will reprice the charges from your doctor and you will receive the applicable discount. Once any applicable discount is applied, and if your medical service is covered by your plan, the appropriate benefits will be paid toward your claim. Please remember that even after you exhaust your benefits under your plan, you can still receive the participating provider discounts. In order to find out which providers in your area are covered and defined details regarding your specific benefits, please contact 866.270.1554

View Brochure

( **Change Program** )

**Program Info_Summary.png**

# PROGRAM INFORMATION

| Summary | Eligible Services | Add-Ons | Enrolled Members |
|---|---|---|---|

| Benefit | Value |
|---|---|
| Benefit | Unity 4 |
| SICKNESS AND ACCIDENT - Max Visits Per Year | 4 |
| Primary Care Physician | $25 |
| Specialist | $50 |
| Urgent Care Center | $100 |
| Wellness | 100% |

**Program Info_Eligible Services.png**

# PROGRAM INFORMATION

| Summary | Eligible Services | Add-Ons | Enrolled Members |
|---|---|---|---|

## Safeguard

`Active`

Members Enrolled

Effective Date
**Jan, 22 2026**

Our Safeguard plans help members with their critical illness needs. These plans are optional add-on benefits at an additional monthly cost for you and are available for additional family members.

( MANAGE ADD-ONS )

**Program Info_Add-ons.png**

# MY TRANSACTIONS

| Transaction ID | Transaction Date | Payment Method | Total Amount | Status |
|---|---|---|---|---|
| ▬▬▬ | January 21, 2026 | Credit Card | $345.97 | APPROVED |

| Protector Amount | Safeguard Amount | Dental Amount | Allstate Amount | Program Amount | Enrollment Fee |
|---|---|---|---|---|---|
| $0 | $69.95 | $0 | $0 | $226.02 | $50 |

**My Transactions.png**