# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Civ. Case No. _____

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INNOVATIVE PARTNERS, LP, also doing | ) | **[FILED UNDER SEAL]** |
| business as INNOVATIVE HEALTH PLAN or | ) | |
| HEALTHCARE PLAN, a Texas limited | ) | |
| partnership, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBITS SUPPORTING PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, OTHER RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INUNCTION SHOULD NOT ISSUE

### VOLUME IV OF V

Dated: ___APRIL 7___, 2026

Presented by:

Matthew G. Schiltz (Special Bar No. A5502617)
William J. Hodor (Special Bar No. A5501501)
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5619 [telephone, Schiltz]
(312) 960-5592 [telephone, Hodor]
mschiltz@ftc.gov [e-mail, Schiltz]
whodor@ftc.gov [e-mail, Hodor]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## VOLUME I

## CONSUMER DECLARATIONS

Declaration of Deann Armes .................................................................................PX 1

Declaration of Karl P. Clark..................................................................................PX 2

Declaration of Francesca D'Angelo ......................................................................PX 3

Declaration of Lisa Frazer ....................................................................................PX 4

Declaration of Hailey Gillam................................................................................PX 5

Declaration of David Hicks ..................................................................................PX 6

Declaration of Kimberly Hood .............................................................................PX 7

Declaration of Autumn Leddon ............................................................................PX 8

Declaration of Holly Lewis ..................................................................................PX 9

Declaration of Gary Litman...................................................................................PX 10

Declaration of Griffin Malnar................................................................................PX 11

## VOLUME II

## CONSUMER DECLARATIONS

Declaration of Trevon McKenzie ..........................................................................PX 12

Declaration of Debbie Marcela Meschwitz Cronenbold .......................................PX 13

Declaration of William Muñoz, Jr. ........................................................................PX 14

Declaration of Nicole Shevchenko ........................................................................PX 15

Declaration of Diane Smith ...................................................................................PX 16

Declaration of Krista Taylor ..................................................................................PX 17

Declaration of Robert Tracy ..................................................................................PX 18

Declaration of Megen Walker.................................................................................PX 19

## LAW ENFORCEMENT DECLARATIONS

Declaration of Christopher McGuire .............................................................................PX 20
Regional Administrator, Bureau of Investigation, Division of Insurance
Agent and Agency Services, Florida Department of Financial Services

Declaration of Monica Fernandes.................................................................................PX 21
Investigator, Bureau of Investigation, Division of Insurance Agent and
Agency Services, Florida Department of Financial Services

## FORMER EMPLOYEE DECLARATION

Declaration of Crystal Rogers ......................................................................................PX 22
Former Employee, Customer Service Representative, Innovative Partners, LP

## VOLUME III

## EXPERT DECLARATION

Declaration of Helen G. Levy, Ph.D.............................................................................PX 23
Research Professor, University of Michigan, Institute for Social Research

## VOLUME IV

## INVESTIGATOR DECLARATION

Declaration of Christine Carson ...................................................................................PX 24
Investigator, Federal Trade Commission

## VOLUME V

## INVESTIGATOR DECLARATION

Declaration of Christine Carson, *continued*...................................................................PX 24
Investigator, Federal Trade Commission

# PX 24

## DECLARATION OF CHRISTINE L. CARSON
## PURSUANT TO 28 U.S.C. § 1746

I, Christine L. Carson, hereby declare as follows:

1. My name is Christine L. Carson. I am a United States citizen and over eighteen years of age. I have been employed with the Federal Trade Commission ("FTC" or "Commission") for over four years and have held the position of investigator for over two years. My office address is 230 South Dearborn Street, Room 3030, Chicago, IL 60604. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I would testify to the same.

2. As part of my duties, I research, monitor, and investigate parties who are suspected of engaging in deceptive or unfair acts or practices in violation of Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a), the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310, the Rule on Impersonation of Government and Businesses ("Impersonation Rule"), 16 C.F.R. Part 461, the Gramm-Leach-Bliley Act ("GLB Act"), 15 U.S.C. §§ 6801–6809, §§ 6821–6827, and other laws or rules enforced by the FTC. I gather information and review documents, financial records, and other evidence in connection with FTC investigations and federal court litigation. I am also a custodian of documents and records obtained by the FTC during the course of investigations to which I am assigned.

3. In the course of my employment, I have been assigned to participate in the FTC's investigation of Innovative Partners, LP ("Innovative Partners"), American Collective, LP ("American Collective"), Health Plan Administrators, LLC ("Health Plan Administrators"), Papyrus Green Investments LLC ("Papyrus Green Investments"), Ahmed Ibrahim Shokry ("Ahmed"), and Amani Ibrahim Shokry ("Amani") (collectively, "Defendants"). As part of the FTC's investigation of Defendants, and pursuant to Section 20 of the FTC Act, 15 U.S.C. § 57b-

1

1, the Commission issued Civil Investigative Demands ("CIDs") to third-party entities having information relevant to the investigation. I am one of the custodians of documents produced pursuant to the CIDs issued in this investigation. As a custodian, I was primarily responsible for downloading the responsive productions that FTC staff received via email or secure file transfer link and saved them to a secure FTC server.

4.      Throughout this declaration and in its attachments, information that constitutes or would reveal personally identifiable information has been redacted.

## CORPORATE RECORDS

5.      In the course of this investigation, I obtained certain business records relating to Defendants and their Florida-based limited liability companies from the Florida, Delaware, Georgia, and Texas Secretaries of State.

A.      Attached hereto as **Carson Attachment A** is a true and correct copy of the Certificate of Formation Limited Partnership for Innovative Partners, LP, filed November 28, 2022, in Austin, Texas. Jimmie Sutton is listed as the LP's General Partner.

B.      Attached hereto as **Carson Attachment B** is a true and correct copy of the Florida Sunbiz.org Division of Corporations' Application by Foreign Limited Partnership or Limited Liability Limited Partnership to Transact Business in Florida for Innovative Partners, LP filed January 16, 2024. Jimmie Sutton is listed as the LP's General Partner and the principal place of business along with the mailing address for the business is listed as 1401 North University Drive, Suite 207, Coral Springs, Florida 33071.

C.      Attached hereto as **Carson Attachment C** is a true and correct copy of the Florida Sunbiz.org Division of Corporations' 2025 Foreign Limited Partnership Reinstatement for Innovative Partners, LP filed November 3, 2025. Jimmie Sutton is

2

listed as the LP's General Partner and the principal place of business along with the mailing address for the business is listed as 1401 North University Drive, Suite 207, Coral Springs, Florida 33071.

D.     Attached hereto as **Carson Attachment D** is a true and correct copy of the Florida Sunbiz.org Division of Corporations' 2026 Foreign Limited Partnership Annual Report for Innovative Partners, LP filed February 26, 2026. Jimmie Sutton is listed as the LP's General Partner. The current principal place of business, current mailing address, and current registered agent are listed as Northwest Registered Agent LLC, 7901 4th Street N, Suite 300, St. Petersburg, Florida 33702.

E.     Attached hereto as **Carson Attachment E** is a true and correct copy of the Florida Sunbiz.org Division of Corporations' Detail by Entity Name for Innovative Partners, LP as captured by me on April 2, 2026. Jimmie Sutton is listed as the LP's General Partner. The current principal place of business, current mailing address, and current registered agent are listed as Northwest Registered Agent LLC, 7901 4th Street N, Suite 300, St. Petersburg, Florida 33702.

F.     Attached hereto as **Carson Attachment F** is a true and correct copy of the Certificate of Formation Limited Partnership for American Collective, LP, filed May 1, 2025, with the Secretary of State in Austin, Texas. Shermar Moore is listed as the LP's General Partner.

G.     Attached hereto as **Carson Attachment G** is a true and correct copy of the Florida Sunbiz.org Division of Corporations' Application by Foreign Limited Partnership or Limited Liability Limited Partnership to Transact Business in Florida for American Collective, LP, filed November 6, 2025. Shermar Moore is listed as the LP's

3

General Partner. The current principal place of business, current mailing address, and current registered agent are listed as Northwest Registered Agent LLC, 7901 4th Street N, Suite 300, St. Petersburg, Florida 33702.

H.       Attached hereto as **Carson Attachment H** is a true and correct copy of the Florida Sunbiz.org Division of Corporations' Detail by Entity Name for American Collective, LP as captured by me on April 2, 2026. Shermar Moore is listed as the LP's General Partner. The current principal place of business, current mailing address, and current registered agent are listed as Northwest Registered Agent LLC, 7901 4th Street N, Suite 300, St. Petersburg, Florida 33702.

I.       Attached hereto as **Carson Attachment I** is a true and correct copy of the State of Georgia Certificate of Organization for Health Plan Administrators, LLC, filed August 11, 2022. John W. Oxendine is listed as the LLC's Organizer.

J.       Attached hereto as **Carson Attachment J** is a true and correct copy of Florida Sunbiz.org Division of Corporations' Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida for Health Plan Administrators, LLC, filed May 16, 2025. Catherine O'Callaghan is listed as the LLC's Member and Jennifer Hayes is listed as the LLC's Authorized Person. The mailing address for the business is listed as 21264 Via Eden, Boca Raton, Florida 33433. Catherine O'Callaghan's address on this filing is also listed as 21264 Via Eden, Boca Raton, Florida 33433.

K.       Attached hereto as **Carson Attachment K** is a true and correct copy of the Florida Sunmbiz.org Division of Corporations' Detail by Entity Name for Health Plan Administrators, LLC as captured by me on April 2, 2026. Catherine O'Callaghan is listed

4

as the LLC's Member and Jennifer Hayes is listed as the LLC's Authorized Person. The mailing address for the business is listed as 21264 Via Eden, Boca Raton, Florida 33433. Catherine O'Callaghan's address on this capture is also listed as 21264 Via Eden, Boca Raton, Florida 33433.

L.     Attached hereto as **Carson Attachment L** is a true and correct copy of the Delaware Department of State: Division of Corporations' Entity Details for Papyrus Green Investments LLC filed May 25, 2021, and as captured by me on April 2, 2026. A Best Registered Agent LLC, 8 The Green, Suite E, Dover, Delaware 19901, is listed as the registered agent for this LLC. A review of the bank records received for Bank of America account x9018 for Papyrus Green Investments states that the address on file for this account is 21264 Via Eden, Boca Raton, Florida 33433. This address is not only the official mailing address for Health Plan Administrators, LLC, appearing on corporate records. (*see Carson Attachments J and K*), but is also the single-family home shared by Catherine V. O'Callaghan and Ibrahim Shokry, a married couple, and on information and belief, the parents of Ahmed and Amain Shorky (*see Carson Attachment M)*.

## PROPERTY SEARCH

6.     On September 25, 2025, and again on February 25, 2026, I searched Google for the address 1401 N. University Drive, Coral Springs, FL 33071, which is the physical address associated with Innovative Partners, LP, according to their Foreign Limited Partnership application filed with the State of Florida, Division of Corporation (Sunbiz.org). The results included a listing for KEI Properties, the building's leasing agent, which on February 25, 2026, indicated that Suites 200-207 on the second floor are available for lease. (https://keiproperties.com/bank-loc-fast-food-drive-thrus-office-1401-n-university-dr/).

5

7.      On March 17, 2026, I searched Google for the address 650 Poydras Street, New Orleans, LA 70130, which is the physical address associated with American Collective, LP, according to their Certificate of Formation Limited Partnership application filed with the State of Texas, Secretary of State. The results included a listing for The Poydras Center and the building's Property Management Office (https://650poydras.com/#).

8.      On September 24, 2025, and again on April 1, 2026, using the Palm Beach County Property Appraiser official records website (https://pbcpao.gov/index.htm), I searched the property records database for the address 21264 Via Eden, Boca Raton, Florida 33433, which is the official mailing address for Health Plan Administrators, LLC, appearing on corporate records (*see Carson Attachments J and K*). The search indicated that this property is a single-family home shared by Catherine V. O'Callaghan and Ibrahim Shokry, a married couple. Attached hereto as **Carson Attachment M** is a true and correct copy of the Warranty Deed for the property dated March 27, 2012, and recorded on April 11, 2012.

## **CORPORATE BANK RECORDS**

9.      As part of this investigation, the Commission issued CIDs to two depository institutions at which Defendants have opened and maintained corporate accounts: Bank of America, N.A. ("Bank of America") and JP Morgan Chase Bank, N.A. ("Chase"). In response, these banks produced documents and records for thirty-one corporate accounts related to Defendants, twelve from Bank of America and nineteen from Chase.

10.     Bank statements produced by Bank of America and Chase associated with the thirty-one corporate accounts were produced in PDF format, so FTC staff used a financial investigation tool known as Comprehensive Financial Investigations Solutions ("CFIS") to convert some of them into a format better suited for review and analysis. CFIS is a software

product published by Actionable Intelligence Technologies, Incorporated. Among other things, CFIS uses proprietary technology to convert paper and/or electronic account records from financial institutions into an investigative database that can be searched, analyzed, and used to issue a variety of reports, Microsoft Excel spreadsheets, and other exhibits. CFIS is used by numerous government agencies, including the International Revenue Service, the Federal Bureau of Investigation, the Organized Crime Drug Enforcement Task Force, several U.S. Attorney's Offices, and the United States Secret Service.

11. Through CFIS, PDF account statements can be imported and processed using Intelligent Document Analyzers that rely on proprietary algorithms and Optical Character Recognition technology to create a searchable database. Intelligent Document Analyzers are document format readers associated with a particular bank or financial statement. After a statement has been indexed and processed, the CFIS database record for that statement is reconciled with the original version of the statement obtained in the proceeding (i.e., the statement produced by a bank or financial institution) to ensure the accuracy of its details, such as the account a transaction is associated with, the date a transaction posted to an account, the transaction amount, transaction category codes, and whether the transaction is an inflow or outflow of funds.

12. FTC staff used CFIS in this matter to generate a table containing the transactions for many of the corporate bank accounts associated with Defendants. The table was then exported into Excel. I used the Excel statements from CFIS to sort the account transactions by source, destination, and remarks, which provide some details on the transactions. I also created spreadsheets outside of CFIS to analyze bank account transactions for other accounts. Reviewing the documents and records for the thirty-one corporate bank accounts related to Defendants, as

well as the Excel spreadsheets derived from those records as described above, FTC staff and I were able to trace Defendants' financial activity. In the paragraphs that follow, I summarize the information in the documents the FTC obtained from Bank of America and Chase, and what those documents revealed about Defendants' operations.

## A.      **Bank Records Reviewed**

### i.  **Bank of America Records**

13.      The corporate bank records the FTC obtained from Bank of America included bank statements, signature cards, wire transfer records, and checks associated with twelve bank accounts listed and summarized in the following table:

| Bank of America Corporate Accounts | | | | | |
|---|---|---|---|---|---|
| **Name on Account** | **Account Last 4** | **Signatory or Signatories** | **Account Opened** | **Last Statement Date** | **Last Statement Balance** |
| Papyrus Green Investments LLC | 9018 | Ahmed Shokry | 07/06/2021 | 01/31/2026 | $950,201.26 |
| Health Plan Administrators, LLC | 4428 | Catherine V. O'Callaghan | 08/25/2022 | 01/31/2026 | $183,114.40 |
| Safe Guard Management, LLC | 7049 | Ahmed Shokry; Amani Shokry | 12/12/2023 | 1/31/2026 | $17,597.45 |
| Health Plan Administrators, LLC | 4525 | Catherine V. O'Callaghan | 08/25/2022 | 01/31/2026 | $100.00 |
| Health Plan Administrators, LLC | 4538 | Catherine V. O'Callaghan | 08/25/2022 | 01/31/2026 | $100.00 |
| Innovative Partners, LP | 0340 | Amani Shokry; Jimmie Lee Sutton | 06/21/2023 | 12/31/2025 | 12/9/2025 account closed $24,176.98 was deposited into Chase acct x1697 |
| Innovative Partners, LP | 1282 | Amani Shokry; Jimmie Lee Sutton | 11/20/2023 | 12/31/2025 | 12/3/2025 account closed $14,095.15 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | was deposited into Chase acct x3876 |
| Innovative Partners, LP | 1295 | Amani Shokry; Jimmie Lee Sutton | 11/20/2023 | 12/31/2025 | 12/3/2025 account closed $23,209.49 was deposited into Chase acct x3876 |
| Innovative Partners, LP | 4156 | Amani Shokry; Jimmie Lee Sutton | 06/21/2023 | 12/31/2025 | 12/5/2025 account closed $150,781.13 was deposited into Chase acct x3876 |
| Innovative Partners, LP | 5838 | Amani Shokry; Jimmie Lee Sutton | 06/21/2023 | 01/31/2026 | 12/17/2025 account closed $282,085.02 was deposited into Chase acct x1697 |
| Golden Gates of Salvation LLC | 0214 | Ahmed Shokry | 09/01/2021 | 12/31/2024 | $0 |
| Golden Gates of Salvation LLC | 0243 | Ahmed Shokry | 09/01/2021 | 12/31/2024 | $0 |

14.     Attached hereto as **Carson Attachment N** are true and correct copies of the signature cards for the Bank of America accounts listed above.

### ii.  Chase Records

15.     The corporate bank records the FTC obtained from Chase consisted of bank statements, signature cards, wire transfer records, checks, and deposit slips associated with nineteen bank accounts listed and summarized in the table below:

| Chase Corporate Accounts | | | | | |
|---|---|---|---|---|---|
| Name on Account | Account Last 4 | Signatory or Signatories | Account Opened | Last Statement Date | Last Statement Balance |
| American Collective, LP | 0008 | Mitchell Glass; Ahmed Shokry | 06/12/2025 | 12/31/2025 | $100,923.55 |

9

| | | | | | |
|---|---|---|---|---|---|
| American Collective, LP | 0073 | Mitchell Glass; Ahmed Shokry | 6/12/2025 | 12/31/2025 | $7,023.55 |
| American Collective, LP | 0123 | Mitchell Glass; Ahmed Shokry | 06/12/2025 | 12/31/2025 | $3,976.34 |
| American Collective, LP | 0198 | Mitchell Glass; Ahmed Shokry | 06/12/2025 | 12/31/2025 | $2,084.50 |
| American Collective, LP | 9901 | Mitchell Glass; Ahmed Shokry | 06/12/2025 | 12/31/2025 | $5,580.64 |
| American Collective, LP | 9935 | Mitchell Glass; Ahmed Shokry | 06/12/2025 | 12/31/2025 | $288,279.37 |
| Health Plan Administrators, LLC | 2595 | Catherine O'Callaghan; Amani Shokry; Ahmed Shokry | 07/15/2025 | 12/31/2025 | $1,741,712.76 |
| Innovative Partners LP | 1697 | Jimmie Lee Sutton V; Amani Shokry | 09/08/2023 | 12/31/2025 | $2,622,940.07 |
| Innovative Partners LP | 3876 | Mitchell Glass; Ahmed Shokry | 02/25/2025 | 12/31/2025 | $472,886.35 |
| Innovative Partners LP | 5103 | Mitchell Glass; Ahmed Shokry | 02/25/2025 | 12/31/2025 | $0 |
| Innovative Partners LP | 5769 | Jimmie Lee Sutton V; Amani Shokry | 09/08/2023 | 12/31/2025 | $0 |
| Innovative Partners LP | 5863 | Mitchell Glass; Ahmed Shokry | 02/25/2025 | 12/31/2025 | $0 |
| Innovative Partners LP | 5988 | Mitchell Glass; Ahmed Shokry | 02/25/2025 | 12/31/2025 | $0 |
| Innovative Partners LP | 5991 | Jimmie Lee Sutton V; Amani Shokry | 09/08/2023 | 12/31/2025 | $655,125.64 |
| Innovative Partners LP | 6150 | Mitchell Glass; Ahmed Shokry | 02/25/2025 | 12/31/2025 | $0 |
| Kind Healthcare, LLC | 2238 | Catherine O'Callaghan; Mitchell Glass; Ahmed Shokry | 09/22/2025 | 12/31/2025 | $59,864.13 |
| Meliora Management Group LLC | 3955 | Amani Shokry | Unknown | 12/31/2025 | $2,500.00 |
| Meliora Management Group LLC | 4002 | Amani Shokry | Unknown | 12/31/2025 | Asset account – no value noted |
| Meliora Management Group LLC | 6001 | Amani Shokry | Unknown | 12/31/2025 | $1,622.86 ending cash balance; |

10

| | | | | | $319,669.75 ending market value |
|---|---|---|---|---|---|
| | | | | | |

16.     Attached hereto as **Carson Attachment O** are true and correct copies of the signature cards for the Chase accounts listed above, with the exception of the Meliora Management accounts as they were not provided by Chase in response to our CID.

**B.      Deposit Activity into Defendants' Corporate Accounts**

17.     I reviewed deposit activity (income) into Defendants' corporate accounts. In doing so, I identified nine remitters for Innovative Partners and three for American Collective that accounted for the bulk of deposits into various corporate accounts. These remitters for Innovative included the following: BankCard, Cliq, M Merchant, Merchant Service(s), Merche-Solutions, Payarc, PayFacto, Paynote, and Woodforest. The remitters for American Collective included the following: Harlow, M Merchant, and Woodforest. I searched online for the names of these remitters, and I concluded, based on my search results, that these are payment processors. In my experience, payment processors provide credit and debit card processing services to entities that accept credit and debit cards as payment for goods or services.  Payment processors process the transactions and generally remit the proceeds to the entities less transaction fees.  In my experience, payment processor remittances to bank accounts represent payments by consumers for goods and services.

**i.   Total consumer receipts – Innovative Partners**

18.     To calculate the net amount of inflow (deposits) of consumer funds into Innovative Partners' business accounts, I used the spreadsheets created in CFIS and totaled the deposits from Innovative Partners' payment processors. From May 2023 through May 2025, funds from payment processors identified above were all received into the various Innovative

11

Partners corporate bank accounts, also identified above. I have summarized these payments in the table below, listing the remitter; amount received; amount paid back to the remitter in the form of chargebacks, reversals, and fees; and the net amount deposited into the Innovative Partners accounts, which I calculated by subtracting the amount paid back to the remitter from the amount received (deposited) by the remitter.

| Funds Received by Innovative Partners May 2023 to May 2025 | | | |
|---|---|---|---|
| **Payment Processor** | **Amount** | **Chargebacks, Reversals, and Fees** | **Net Amount** |
| BankCard | $7,379,227.56 | $438,386.62 | $6,940,840.94 |
| Cliq | $15,493,036.52 | $798,561.53 | $14,694,474.99 |
| M Merchant | $26,523,441.48 | $553,306.26 | $25,970,135.22 |
| Merchant Service(s) | $4,275,259.06 | $587,722.99 | $3,687,536.07 |
| Merche-Solutions | $1,515,734.14 | $397,631.34 | $1,118,102.80 |
| Payarc | $17,379,316.64 | $104,496.61 | $17,274,820.03 |
| PayFacto | $5,331,295.56 | $317,921.61 | $5,013,373.95 |
| Paynote | $513,899.70 | $0 | $513,899.70 |
| Woodforest | $18,136,109.24 | $1,942,816.79 | $16,193,292.45 |
| **Total** | $96,547,319.90 | $5,140,843.75 | **$91,406,476.15** |

19. By my calculations reflected in the table above, from May 2023 through May 2025, Defendant Innovative Partners received a net total of $91,406,476.15 in consumer funds, that is, net deposits from payment processors who processed consumers' credit and debit card transactions.

## ii. Total consumer receipts – American Collective

20. To calculate the net amount of inflow (deposits) of consumer funds into American Collective's business accounts, I reviewed Chase bank statements from June 12, 2025, to December 31, 2025, for the six Chase accounts associated with American Collective. Only American Collective account ending x0008 was used in this analysis, as the other accounts (x0073, x0123, x0198, x9901, and x9935) did not have inflow (deposits) of consumer funds from

12

payment processors. For the account ending x0008, I totaled the deposits from the payment processors that made deposits into the account, which included Harlow, Woodforest, and M Merchant. From July 10, 2025, through December 31, 2025, funds from these payment processors were received by American Collective. I have summarized these payments in the table below, listing the date range; remitter; amount received; amount paid back to the remitter in the form of chargebacks, reversals, and fees; and the net amount deposited into the American Collective account, which I calculated by subtracting the amount paid back to the remitter from the amount received (deposited) by the remitter.

| Funds Received by American Collective July 2025 to December 2025 | | | | |
|---|---|---|---|---|
| Date | Payment Processor | Amount | Chargebacks, Reversals, Fees | Net Amount |
| 07/10/25-07/31/25 | Harlow, Woodforest | $19,086.15 | $1,590.45 | $17,495.70 |
| 08/01/25-08/31/25 | Harlow, Woodforest, M Merchant | $451,249.80 | $58,719.42 | $392,530.38 |
| 09/01/25-09/30/25 | Harlow, Woodforest | $543,421.87 | $89,722.71 | $453,699.16 |
| 10/01/25-10/31/25 | Harlow, Woodforest | $1,028,818.20 | $119,407.78 | $909,410.42 |
| 11/01/25-11/30/25 | Harlow, Woodforest | $1,122,701.99 | $283,445.53 | $839,256.46 |
| 12/01/25-12/31/25 | Harlow, Woodforest | $1,771,934.47 | $374,828.69 | $1,397,105.78 |
| TOTAL | | $4,937,212.48 | $927,714.58 | **$4,009,497.90** |

21.     By my calculations, reflected in the table above, from July 10, 2025 through December 31, 2025, Defendant American Collective received a net total of $4,009,497.90 in consumer funds.

C.     **Payments Among the Defendants**

22.     When I reviewed account transactions from the thirty-one corporate bank accounts associated with the Defendants, I observed hundreds of transactions involving the transfer of tens of millions of dollars among the Defendants' various accounts, as discussed in

13

more detail below. I further observed a significant percentage of Papyrus Green Investments' funds have flowed from Innovative Partners accounts. I also noticed that beginning in or around August 2025, checks issued from Innovative Partners account x1282 actually have the name American Collective on the checks.

23.     Defendants' financial records show that the majority of funds received from outside sources (*e.g.*, payment processors) were deposited into accounts in the name of Innovative Partners and American Collective. These accounts appear to be used to pay a variety of expenses including for vendors and business affiliates. I observed that from June 1, 2025 through December 31, 2025, over $30 million was transferred among the Corporate Defendants' accounts.

24.     **Innovative Partners** (Chase accounts x1697, x3876, x5103, x5769, x5863, x5988, x5991, and x6150; Bank of America accounts x0340, x1282, x1295, x4156, and x5838): From October – November, 2025, Innovative Partners' account x0340 made five transfers to Innovative Partners' Bank of America account x4156 in the amount of $132,970.72. From June – December, 2025, Innovative account x5838 made sixteen transfers to account x0340, totaling $1,398,851.43. From June – November, 2025, account x1697 transferred $2,756,494.57 to Innovative account x5838. From July – September, 2025, Innovative account x1697 transferred $1,300,000 to Health Plan Administrators' account x4428. From June – December, Innovative account x1697 transferred $1,825,000 to Papyrus Green Investments account x9018.

25.     **American Collective** (Chase accounts x0008, x0319, x9901, x9935): From August 1, 2025 to December 31, 2025, American Collective account x0008 made thirty-one transfers to account x9935, totaling $4,421,000. Account x0008 transferred $50,000 to account x9901, account x9935 transferred $265,000 to account x0008, and account x9901 transferred

14

$44,000 to account x9935. Additionally, American Collective account x0319 transferred $19,412.30 to Health Plan Administrator's account x4428 and American Collective account x9935 received $704,923.44 in seventeen transfers from Safe Guard Management LLC's Bank of America account.

26.     **Health Plan Administrators ("HPA")** (Chase account ending x2595, Bank of America accounts ending x4428, x4525, and x4538): From June 2024 through May 2025, accounts in the name of HPA received thirteen payments totaling $1,950,000 from Innovative Partners. From July – September, 2025, HPA's Bank of America account(s) made three transfers totaling $525,000 to American Collective account x9935. From September – October, 2025, HPA's Chase account x2595 received three transfers from its Bank of America account(s) totaling $1,600,100. This Chase account x2595 also made two transfers in the amount of $100,100 to Kind Healthcare, LLC's Chase account x2238, of which Ahmed Shokry is one of the signatories. From October – December 2025, HPA account x2595 made nine transfers, totaling $538,269.74 to Safe Guard Management LLC's Bank of America account.

27.     **Golden Gates of Salvation:** The primary activity I observed for the two Golden Gates of Salvation accounts (accounts x0214 and x0243), of which Ahmed Shokry is a signatory, involves transfers of funds between the two accounts and from those accounts to other accounts belonging to Defendants, including Health Plan Administrators, Innovative Partners, and Papyrus Green Investments. From April to June 2022, Golden Gates of Salvation account x0214 transferred $3,000,000 to Golden Gates of Salvation account x0243. In July 2022, account x0243 transferred $2,750,000 to Papyrus Green Investments account x0918. From June 2023 to August 2023, Golden Gates of Salvation made five transfers totaling $1,376,000 to Innovative Partners' accounts. On November 20, 2024, Golden Gates of Salvation transferred $229,941.59 to Papyrus

15

Green Investments account x0918 and those two accounts ending x0214 and x0243 have since had a $0 balance.

28.      **Papyrus Green Investments** (Bank of America account x9018): From August 2023 – September 2023, Papyrus Green Investments made five transfers totaling $1,898,000 to Innovative Partners' bank accounts. From April 2024 – September 2024, Papyrus Green account x00918 received thirty-one transfers totaling $1,051,100 from Innovative Partners' accounts. On May 30, 2025, Papyrus Green account x9018 was used to wire transfer $1,422,423.33 to South Florida Title Association for the purchase of 6282 NW 74th Terrace, Parkland, Florida 33067 by Ahmed Shokry. Additionally, from June – December 2025, Papyrus Green account x9018 received 28 transfers, totaling $1,825,000, from Innovative Partners' account x1697. During this same timeframe (June 2025 – January 2026), Papyrus Green account x9018 made nineteen transfers to Zinab Bakroun, who upon information and belief, is Ahmed Shokry's wife, in the amount of $246,936.33. The account also transferred $10,000 in September 2025 to Ibrahim Shokry, who upon information and belief, is Ahmed and Amani Shokry's father, with "Happy Birthday" in the memo field for this transaction. From July 2025 – January 2026, the Papyrus Green account made sixteen payments to Luxera Kitchen (home remodeling) in the amount of $1,013,023.80 and two payments to Connexion Custom Design totaling $11,950.

29.      **Safe Guard Management, LLC** (Bank of America account x7049): From September to December 2025, Safe Guard Management account x7049, for which Ahmed and Amani Shokry are signatories made seventeen transfers totaling $704,923.44, to American Collective account x9935. Safe Guard also received nine transfers from August 2025 – January 2026, totaling $527,198.21, from Innovative Partners' account x4428.

16

30.     **Meliora Management Group LLC** (Chase accounts x3955, x4002, and x6001; Bank of America accounts x1259 and x1372)**:** Meliora Management account x3955, for which Amani Shokry is a signatory, transferred $300,000 to account x6001 in August 2025. Meliora Management also transferred $260,000 between accounts x1259 and x1372 from June – September, 2025. Innovative Partners' account x0340 transferred $100,000 to Meliora account x1259 from June – August, 2025.

### CORPORATE CREDIT CARD RECORDS

31.     As part of this investigation, the Commission issued CIDs to American Express ("Amex") at which Defendants have opened and maintained corporate credit card accounts. In response to the CIDs, Amex produced documents and records for the three corporate credit card accounts related to Defendants and listed below. Amex produced records pursuant to CIDs on November 25, 2024; July 18, 2025; and February 11, 2026.

A.     **Amex account x6-15006 for Prosperity Health LLC** with an address 21264 Via Eden, Boca Raton, Florida 33433. This account was opened on June 20, 2023, by Defendant Ahmed Shokry as "President" of Prosperity Health LLC. Authorized users of this account include: Defendant Ahmed Shokry, Defendant Amani Shokry, and Zinab Bakroun, who, upon information and belief, is Ahmed Shokry's wife. This account has been paid from Bank of America accounts x0340 for Innovative Partners and x9018 for Papyrus Green Investments.

B.     **Amex account x7-61005 for Meliora Management Group LLC** with an address 5301 Myrtlewood Circle East, Palm Beach Gardens, Florida 33418. This account was opened on April 25, 2023, by Defendant Amani Shokry as "Owner" of Meliora Management Group LLC. Authorized users of this account include: Defendant Amani

17

Shokry and Ibrahim Shokry, who on information and belief is Ahmed and Amani's father.

C.     **Amex account x9-91008 for CB Innovative Partners** with an address 1401 N. University Drive, Coral Springs, FL 33071. This account was opened on April 19, 2024, by Defendant Amani Shokry. Authorized users of this account include: Defendant Innovative Partners, Defendant Amani Shokry, Defendant Ahmed Shokry, CJ Pagnanelli, and Jonathan Martin.

32.    FTC staff and I reviewed the statements for these three accounts received from American Express from these productions and I made the following observations.

A.     Amex account x6-15006 for Prosperity Health LLC appears to be used for a mix of business and other expenses, including over $2,200,000 in charges from what appear to be lead generation companies and over $275,000 in charges from what appear to be religious organizations. A sampling of charges from this account include the following:

i.     From April 1, 2023 to November 30, 2024, Ahmed's card associated with this account was used to charge approximately $60,000 on clothing & accessories, over $1600 on cosmetics, approximately $14,000 on entertainment, over $75,000 at Harry Winston Jewelry, approximately $13,500 at Mercedes-Benz, approximately $20,000 on air and lodging for travel to St. Kitts, and over $30,000 in air travel to Toronto. Additionally, Ahmed's card was used to charge $18,465.30 at Only the Best Firearms on May 4, 2025, approximately $4,000 at Apex Shooting Center on May 3, 2025, and $7,500 at DermGroup Plastic Surgery Center on July 17, 2025.

18

ii.	During the same period, Amani's card associated with this account was used to charge over $28,000 on clothing and accessories, over $25,000 on personal care, and over $1,800 on cosmetics.

iii.	During the same period, Zinab Bakroun's card associated with this account was used to charge $122,136.64; all the related expenses appear to be personal in nature, including clothing, personal care, fitness, dining, groceries, gas, electronics, travel, dental care, entertainment, and over $50,000 to St. George's University.

B.	Amex account ending x7-61005 for Meliora Management appears to be used by Amani Shokry for personal expenses, including clothing, aesthetics services, cosmetics, medical and dental care, travel, and dining. This Amex account is paid from Bank of America account x1259 for Meliora Management. From statement closing date May 18, 2023 – January 18, 2026, this Amex account had total charges of $140,992.57, including over $40,000 for aesthetic services and over $10,000 for clothing and accessories.

C.	Amex account x9-91008 for CB Innovative Partners appears to be used to pay some business expenses, including over $600,000 in purchases from what appear to be lead generation companies from April 2023 to November 2024. It also appears to have been used for hundreds of thousands of dollars in additional personal expenses, including clothing, travel, dining, and entertainment. From November 2024 – July 2025, this Amex account was paid from Chase account x1697 for Innovative Partners.

## OTHER RECORDS

33.     In addition to the records noted above, as part of this investigation, I collected and reviewed other documents and information related to Defendants. For instance, Amani Shokry is listed as the point of contact for payroll provider

34.     It is my understanding that payment processor or affiliated bank records were produced to the FTC, including CardFlex.1.FTC2.00001809, CardFlex.1.FTC2.00001945, Cardflex.4.FTC.00049234, Cardflex.4.FTC.00049129, CardFlex.5.FTC3.00004582, CardFlex.5.FTC3.00004622, CardFlex.6.FTC3.00005028, CardFlex.6.FTC3.00009973, SYNOVUS0003065, SYNOVUS0003934, SYNOVUS0005017, SYNOVUS0005076. I have reviewed those records that appear to reflect interactions or records related to Defendants, including many documents that identify Ahmed Shokry as "Director," 100% owner, and "Responsible Individual" for Innovative Partners, LP. True and correct copies of a sampling of these documents are attached hereto as **Carson Attachment P**.

35.     I collected and reviewed documents Avidia Bank produced pursuant to a CID issued by the FTC, including a "Payment Customer Profile" document concerning American Collective, LP, which identifies Ahmed Shokry as "CEO" and an owner of American Collective, LP. The CID response also included a "Payment Customer Profile" document for Innovative Partners, LP, which identifies Ahmed Shokry as "CEO" and 100% owner of Innovative Partners, LP. Attached as **Carson Attachment Q** are true and correct copies of these documents.

36.     I collected and reviewed and captured various public social media posts believed to be made by Ahmed Shokry concerning the marketing of healthcare-related products, true and correct copies of which are attached hereto as **Carson Attachment R**.

20

## CONSUMER SENTINEL NETWORK COMPLAINTS

37.     The FTC maintains Consumer Sentinel, which is a database of complaints received from consumers, directly or through law enforcement agencies, U.S. federal agencies, state agencies, local agencies, foreign agencies, and other organizations. The Consumer Sentinel database, and the information contained in the database, are to be used for law enforcement purposes. Consumer Sentinel includes consumer complaints involving the following issues: (a) General Fraud; (b) Do Not Call; and (c) Identity Theft.

**Innovative Partners complaints**

38.     On March 23, 2026, I accessed and searched Consumer Sentinel for consumer complaints about Innovative Partners. Specifically, I searched for all complaints mentioning Innovative Partners, or close variations of that name, as well as websites, business addresses, names, telephone numbers, and email addresses that I know to be associated with Defendants' operation. In some instances, a consumer may have filed complaints against Defendants with multiple law enforcement agencies, government agencies, or other organizations (such as the Federal Trade Commission, the Better Business Bureau, and the Consumer Financial Protection Bureau), which then provided the complaint data to Consumer Sentinel. Any duplicate complaints, submitted by a consumer with the same name on the same date, were removed and not double-counted. FTC staff and I reviewed a sampling of these consumer complaints to confirm that they appeared to be related to Defendants or Defendants' business practices.

39.     Based on the Consumer Sentinel search results, I identified approximately 914 unique consumer complaints filed against Innovative Partners from May 15, 2023, to March 19, 2026. The results of that search are as follows:

21

A.      Of these approximately 914 complaints, about 905 were found in Consumer Sentinel's General Fraud database, about 6 were found in the Identity Theft database, and about 3 were found in the Do Not Call database;

B.      The bulk of the consumer complaints about Innovative Partners — approximately 791 out of 914—were submitted in 2024 or later with 141 having been submitted in the 12 months preceding my search; and

C.      Of those 914 complaints submitted, at least 631 were filed with the Better Business Bureau, at least 246 were filed with the FTC, and several others were filed with various state attorney general's offices.

40.      Based upon my review, the consumer complaints against Innovative Partners frequently raise one or more of the following issues (all excerpts below are provided as they stand in the original):

A.      Numerous consumers reported deception about, including omission of, product features, coverage, or limitations. The following are excerpts from narratives associated with such complaints:

i.      "I was sold what was presented to me as legitimate health insurance coverage. I was led to believe this plan functioned like a major medical insurance plan and would be accepted by healthcare providers." (complaint 199229227)

ii.      "…represented to me that pregnancy-related medical care and emergency visits would be covered under this plan. This information influenced my decision to enroll. I have since learned pregnancy is excluded under your plan documents and am now stuck with a medical bill of over 35,000 that was for child's birth which i [sic] was told would be covered…" (complaint 195519150)

iii.      "It does not activate for 30 days after signing on. There is one lie. It does not cover preexisting conditions. Second lie by omission. And it only covers 2 office calls a year. This agent knew full well after me explaining my health issues that I would need to go more than twice a year and he said nothing." (complaint 178269448)

22

   iv.  "The consumer called MNsure in December 2023 to sign up for individual insurance and was connected with a broker who set them up with Innovative Partners LP, stating that they would cover the consumer's pre-existing condition and monthly lab tests. However, the consumer later discovered that Innovative Partners LP was not affiliated with MNsure and did not provide the coverage they promised." (complaint 179372845)

   v.  "…misrepresentation and denial of confirmed health-insurance coverage for a surgery, which has resulted in a $26,402.38 hospital bill. In May 2025, I enrolled in a health plan offered by Innovative Partners. Before my surgery, both my physicians office (ENTA) and Good Samaritan Hospital verified coverage directly with Innovative Partners and documented that the procedure was covered and that no prior authorization was required." (complaint 193660002)

   vi.  "I was misled into paying Innovative Partners LP for what was described as legitimate health insurance[.]" (complaint 193718651)

   vii.  "I purchased what Innovative Partners described as an Aetna-Multiplan PPO plan with 1st-dollar coverage at any hospital, routine care (physical, mammogram, Pap, labs, diagnostics) fully covered, $25 primary / $50 specialist copays, no deductible, no waiting period, and only exclusions for drug treatment & childbirth." (complaint 192856273)

  B.  Numerous consumers reported deception about business affiliation. The following are excerpts from narratives associated with such complaints:

   i.  "someone from Innovative Partners that Acted as if they represented BC/BS." (complaint 198870070)

   ii.  "they deceived me by impersonating Blue Shield" (complaint 189772631)

   iii.  "They lied and misrepresented that they sell BCBS [Blue Cross Blue Shield] and would work directly with BCBS to keep our existing coverage going." (complaint 184537314)

   iv.  "They misled me in thinking I was renewing my Blue Shield Blue Cross policy, but instead they signed me up for this bogus Insurance Company" (complaint 187894737)

   v.  "He said it was an Aetna ppo and it is not." (complaint 171903363)

23

vi.      "What was sold to me on November 7th, 2024, as 'Aetna' insurance was an absolute lie." (complaint 188174449)

vii.      "I was told Innovative Partners is a multiplan health insurance, and second PPO in the nation. I paid premiums from Dec2024 until May 2025. For a family of 3. They never paid any of the claims, and kept bouncing the issue from Innovative Partners to Aetna which is their partner in California. I was told I also will get Aetna Dental with this plan. But the dentists that I called said that my ID number is not a Aetna Dental ID. So I paid over $7000 in premium, and I have claims that have not been paid by this health insurance." (complaint 191283735)

C.      Numerous consumers reported deception about a health insurance marketplace or other government affiliation. The following are excerpts from narratives associated with such complaints:

i.      "I did not want a new policy, I just wanted to change mine and that is why I called and I also had asked the guys this was the marketplace and he said yes. A lie, it was not." (complaint 187995534)

ii.      "The woman on the phone answered and said they were covered California" (complaint 171764029)

iii.      "…company called Innovative Partners, allegedly based in Florida, which claimed to be affiliated with the health marketplace." (complaint 189547792)

iv.      "they claimed that they were marketplace insurance" (complaint 183184353)

v.      "I reached an individual who introduced himself as a marketplace representative" (complaint182916238)

vi.      "Innovative Partners Agent/Rep fraudulently misrepresented herself as a CoveredCA Rep." (complaint 171620417)

D.      Numerous consumers reported deception about cancellation or refund terms, or the inability to cancel or obtain a refund. The following are excerpts from narratives associated with such complaints:

i.      "When I then tried to cancel my plan, they said, "the cancellation department isn't open now." (complaint 196105132)

24

ii.      "Now they are hanging up on me or leaning me permanently on hold ager trying to cancel." (complaint 197009143)

iii.      "They won't let me cancel my policy nor will they let me view claims that have been made to pay for existing medical bills." (complaint 195936640)

iv.      "When I try to cancel they say the person isn't there to do so." (complaint 186691955)

v.      "I tried to cancel within 30 days, they kept telling me I had cancelled and delayed until after the 30 day window. Now they will not cancel and just hang up on me. They have charged 2 months of premiums." (complaint 183785561)

41.      Attached hereto as **Carson Attachment S** are true and correct copies of 25 illustrative consumer complaints about Innovative Partners, which I retrieved from Consumer Sentinel.

**American Collective complaints**

42.      On March 20, 2026, I accessed and searched Consumer Sentinel for consumer complaints about American Collective. Specifically, I searched for all complaints mentioning American Collective, or close variations of that name, as well as websites, business addresses, names, telephone numbers, and email addresses that I know to be associated with Defendants' operation. In some instances, a consumer may have filed complaints against Defendants with multiple law enforcement agencies, government agencies, or other organizations (such as the Federal Trade Commission, the Better Business Bureau, and the Consumer Financial Protection Bureau), which then provided the complaint data to Consumer Sentinel. Any duplicate complaints, submitted by a consumer with the same name on the same date, were removed and not double-counted. I reviewed these consumer complaints and determined that the complaints appear to be related to Defendants or Defendants' business practices.

25

43. Based on the Consumer Sentinel search results, I identified approximately 38 unique consumer complaints filed against American Collective from August 8, 2025, to March 13, 2026. The results of that search are as follows:

A. Of those 38 complaints submitted, 21 were filed with the Better Business Bureau, 15 were filed with the FTC, 1 was filed with USA.gov, and one was filed with the Louisiana Attorney General's Office.

B. All 38 complaints filed against American Collective were found in the Consumer Sentinel's General Fraud database.

44. Based upon my review, the consumer complaints against American Collective frequently raise one or more of the following issues (all excerpts below are provided as they stand in the original):

A. Numerous consumers reported deception about, including omission of, product features, coverages, or limitations. The following are excerpts from narratives associated with such complaints:

> i. "I called American Collective and requested a health insurance plan that covered prenatal and delivery Healthcare. The entire point of the service was stated very clearly. We want prenatal AND delivery Healthcare as we're expecting in August. The American Collective representative, Greg Hoffman, assured us that our plan covered prenatal and delivery care. We agreed to the Healthcare plan. When we looked for prenatal clinics in their network, from a list THEY PROVIDED, every time we were turned away due to our health insurance not covering prenatal or delivery." (complaint 198555324)

> ii. "we purchased health insurance through this company and it turned out to be a lie. they do not cover anything that they said they covered and all of my husbands [sic] diabetic meds are not even on their list of meds covered." (complaint 198946003)

> iii. "The agent, Brittany from American Collective, told me there was no deductible and failed to mention exclusions for major services like surgery or emergency room visits. Believing I was purchasing standard major medical insurance, I authorized a payment of $632.11 via debit card on December 7,

26

2025. After receiving the plan documents, I discovered it was a limited-benefit discount plan that would not cover the services I needed." (complaint 194704670)

iv.    "The plan was a PPO but if I went out of network nothing was covered. After my premium cleared I was told there was a 30 day waiting period before I could see a doctor or refill meds. After the 30 day waiting period, I went to order the medication I need to take daily to not die. The med wasn't covered (in fact no medications are) but I was told a coupon may be available... I'm spending $706.00 a month for coverage that literally covers nothing. No doctors have even heard of American Collective much less accept it." (complaint 199028592)

B.    Numerous consumers reported deception about business affiliation. The following are excerpts from narratives associated with such complaints:

i.    "The plan, First Health Plan Prestige One, was supposed to be a mirrored plan from Aetna, but it did not cover any procedures, including a colonoscopy." (complaint 198335321)

ii.    "I called what I thought was an Anthem insurance representative last night, 1/13/26 it [sic] was instructed by a man whose name he said was Michael, stating that he worked for Anthem insurance." (complaint 196341935)

C.    Numerous consumers reported deception about a health insurance marketplace or other government affiliation. The following are excerpts from narratives associated with such complaints:

i.    "I called what I thought would be Florida blue's customer service. Thinking back I believe I just looked at a website that looked exactly like Florida blue's...he pretended to be a Florida blue employee and when I had a Florida blue related question to him, he explained that I ran out of my benefits on the specific biological medication I had a question about, and I needed to switch Health insurance plans. He grossly misrepresented the benefits and also stated that the plan he was signing me up was a Florida blue plan...The plan was called first health from American collective lp." (complaint 193128456)

ii.    "I went on the healthcare.gov website and was redirected/hijacked by American Collective. I was pressured into signing up for this health insurance with the premise of being penalized if I didn't have insurance...I was worried about the penalty he spoke of." (complaint 197762264)

iii.    "I was told by the broker/insurance agent that the insurance I was signing up for was through marketplace and was BCBS like I had requested, as well as what I was wanting in my insurance plan, as well as it being active immediately after I made the premium payment, which I was told it would go in affect the moment my transactions went through, but found out, the insurance was not active til [sic] next month, and that the insurance was first health through his own company he works for American Collective LP and had nothing to do with BCBS." (complaint 198602798)

D.    Numerous consumers reported deception about cancellation or refund terms, or the inability to cancel or obtain a refund. The following are excerpts from narratives associated with such complaints:

i.    "I attempted to cancel was placed and [sic] hold and hung up on. I asked for a refund they didn't provide the $500 back and said I would receive an email confirming cancelation. I called back because I never received and [sic] email which someone over the phone told me I would receive the refund. We did not. A month later we got a text saying American collective was trying to bill us again, even after cancelling." (complaint 198722847)

ii.    "I called to cancel the insurance and ask for a refund because I was also told this insurance is available for low income and I qualifyed [sic] for no premium and they have taken $336.00 out of my account. When I asked to speak to a supervisor I was told my call would not be transferred to anyone." (complaint 198390581)

iii.    "I had to apply for the Insurance on Dec 1, 2025 so I could get details about coverage and they said I had 30 days to cancel. I reviewed the email they sent me and it was not what they told me I would get so called back same day, Dec 1, 2025 and cancelled with Eve. She said she would cancel and I would get a refund. I never got the refund. On Jan 1, 2026, they charged me again. I called back and spoke to Eve. She said there was a mistake and it didnt [sic] get cancelled but she would cancel it & I would get a refund. I still dont [sic] have a refund and now the company is refusing my refund saying its [sic] been more than 30 days. I cancelled same day I applied and they gave false info about their coverage and are refusing my refund for 2 months premiums." (complaint 197009301)

45.    Attached hereto as **Carson Attachment T** are true and correct copies of 12 illustrative consumer complaints about American Collective, which I pulled from Consumer Sentinel.

28

**DEFENDANTS' RESPONSES TO CONSUMER COMPLAINTS**

46.     The Better Business Bureau ("BBB") website accepts consumer complaints and encourages businesses to respond to those complaints (https://www.bbb.org/process-of-complaints-and-reviews/complaints).

47.     According to the BBB website, "[o]nce a complaint has been closed, the text of the complaint may be publicly posted on Better Business Bureau's website…BBB may include complaint/response text for all reportable complaints against a business unless the business receives a high volume of complaints. If this is the case, complaint/response text for a representative sample of complaints may be published, and BBB will disclose the percentage of complaints published…[c]omplaints will appear on BBB Business Profiles for three years from the date the complaint was filed with the BBB." (https://www.bbb.org/process-of-complaints-and-reviews/complaints)

48.     On six occasions, from June 5, 2024, to November 19, 2025, I requested copies of any complaints filed against Innovative Partners from the BBB serving southeast Florida, including any responses from the company, which the BBB provided. FTC staff and I reviewed a sampling of these complaints and any responses received.

49.     Many of Defendants' responses to consumers' complaints provided to me by the BBB contain the statement, "note that Innovative Partners does not market or sell insurance or health plans," and that Innovative Partners is "not privy to the customer's conversation with the enrolling agency or the agent they spoke with at the time of enrollment." Many responses from Defendants provided by the BBB also indicate that Innovative Partners, "operates no websites for marketing or lead generation and has no affiliation with third party marketing companies and as such [it has] no control over their collateral or marketing techniques" and "operates no

29

websites for marketing or lead generation and does not solicit or contact Partners whatsoever. When a Partner makes an online search, they typically find third-party marketing or lead generation companies that offer various products. Innovative Partners has no affiliation with these companies and does not operate any marketing websites."

50.     Attached hereto as **Carson Attachment U** are ten sample consumer complaints and responses that the BBB provided to me in response to my requests, including the responses referenced in the previous paragraph.

## UNDERCOVER TELEPHONE CALL

51.     As part of the FTC's investigation into Defendants, I made an undercover purchase, which involved calls to phone numbers believed to be associated with Defendants in which I posed as a consumer seeking health insurance in order to gather evidence of representations made to consumers and the products Defendants offer.

52.     On January 21, 2026, at approximately 1:11 p.m. Central Time, I used an undercover cellphone to place a telephone call to 463-208-7475. This telephone number appeared in a consumer complaint about Defendant American Collective submitted to the Better Business Bureau and the FTC's Consumer Sentinel Network. I recorded the audio of my telephone conversation that followed and simultaneously recorded video of anything that would appear on my telephone screen, including text messages it may receive and any websites that may have been linked from text messages, using an AverMedia recording device on an FTC computer.

53.     During the January 21 telephone call described in the preceding paragraph, I posed as a fictitious consumer with the initials "T.R." (full name redacted) and I spoke with a person who identified herself as "Haley."

54. After the call, I reviewed the recording to confirm that the conversation had been documented properly. I then sent the audio and video recording from the FTC's computer through a secure file transfer link to the FTC's network. I also sent it through a secure file transfer link to the legal transcription company called Capital Recording Company. Capital Recording transcribed the recording and sent the transcript to me. I reviewed the transcript against the original recording to verify the accuracy of the transcript. I noted any needed corrections in the transcript on the errata sheet and submitted them to Capital Recording for revision. Capital Recording then sent the corrected transcript to me. Attached hereto as **Carson Attachment V** is a true and correct copy of the corrected transcript of the January 21, 2026, recorded call with "Haley."

55. During the January 21 call, I posed as a consumer seeking comprehensive or full coverage health insurance and engaged in a conversation with "Haley" during which "Haley" proceeded to sell me a product. "Haley" requested contact information for fictitious consumer "T.R." including an email address, which I provided. "Haley" explained the product (*see Attachment Transcript)* and I decided to purchase it. After my purchase and credit card charge of $345.97, "Haley" informed me that I would be receiving emails from customer service and "American Collective," which would include login credentials for a member portal to access certain documents. After the call, I accessed the Microsoft Outlook email address associated with "T.R." that I had created and then provided to "Haley," which had received four emails from American Collective (partnerservices@americancollectivelp.com). These emails included links and login credentials to authorize my "enrollment application", review "program documents" and register for and access a "partner portal" at https://member.adv.americancollectivelp.com. Attached hereto as **Carson Attachments W** are true and correct copies of the emails that the

email account associated with "T.R." received from partnerservices@americancollectivelp.com on January 21, 2026.

56. On January 21, 2026, I accessed the American Collective "partner portal" (https://member.adv.americancollectivelp.com) using the login credentials reflected in the emails attached as **Attachment W**. I took screenshots of information displayed in the portal and saved copies of PDF documents made available for download. Attached hereto as **Carson Attachments X** are true and correct copies of the PDFs and screenshots I collected from the American Collective "partner portal" on January 21, 2026.

57. After my undercover call to American Collective, as part of our continuing investigation, I sent copies of my original transcript of the undercover call and copies of all documents I downloaded from the American Collective portal to Helen Levy, our expert, by secure file transfer link.

## UNDERCOVER TELEPHONE CALLS ATTEMPTING TO CANCEL

58. On January 29, 2026, I made three undercover telephone calls during which I continued to pose as fictitious consumer "T.R." attempting to cancel my purchase and get a refund. I recorded my telephone conversations using a digital audio recorder.

59. My first attempt to cancel and obtain a refund was on January 29, 2026, at 12:20 p.m. Central Time, and was a call to the American Collective customer service telephone number (888-563-2313) "Haley" provided to me during our sales call on January 26, 2026. The person who answered stated that it was the reservations line for a Holiday Inn Express in Jersey City, New Jersey, so I terminated the call.

60. My second attempt to cancel and obtain a refund was on January 29, 2026, at 12:21 p.m. Central Time, and was a call to the "Partner Services" telephone number (866-270-

32

1554) I found on the American Collective partner portal. An unidentified person answered the telephone and said "hello." I then said "hello" in response, and the call was disconnected. The person who answered appeared to be a male and to have hung up on me.

61. My third call attempt to cancel and obtain a refund was on January 29, 2026, at 12:24 p.m. Central Time, and was a call to the Partner Services telephone number (866-270-1554) from the American Collective partner portal. On this call, I spoke with 3 representatives. Including hold times and time speaking, the call lasted over 40 minutes.

A. The first person I spoke with answered "American Collective" and said her name was "Carnelle." When I said I wanted to cancel, "Carnelle" asked why and then asked me for my member ID as well as my name, address, date of birth, phone number, and email address. This process took over three minutes at which time "Carnelle" advised that my request to cancel was being handled by a different department and she would need to transfer me. I asked for a number for the cancellation department, and she informed me there was no separate number to dial, but she could transfer me internally. She told me that if I got disconnected, I could just call back and be transferred again.

B. After approximately 10 minutes on hold, I spoke with another representative who introduced herself as "Lovely." "Lovely" also asked me to verify my date of birth, phone number, address, and email address and asked me why I wanted to cancel. After I explained that the American Collective plan was not working for me and I was going to get insurance from an employer, "Lovely" placed me on another hold for approximately 10 minutes. When "Lovely" returned, she said she was going to transfer me to the "enrollment department" to cancel my policy. "Lovely" stated she was in

33

customer service and wasn't able to cancel my plan within the first 30 days, but the "enrollment department" could.

C.      After another hold for over 2 minutes, the hold music stopped and the call was dead air. I kept saying "hello, is anyone there?" After another minute, a representative named "Kim" finally came on the line and I again had to verify all of my information. "Kim" stated that my plan was a "First Health PPO" of Aetna, that I was obligated to maintain the plan I purchased for a minimum of 60 days unless I could provide proof of other insurance, and that 60-day minimum term was in the documents that I signed before I got the policy. When I asked her to point me to that part of the documents, "Kim" told me that I could ask a supervisor, and the supervisor would call me back the same day by 6:00 p.m. Eastern Time. The call then terminated. To my knowledge, I did not receive a follow-up call from any supervisor.

62.     My fourth attempt to cancel and obtain a refund was on February 11, 2026, at 2:17 p.m. Eastern Time, and was a call to the Partner Services telephone number (866-270-1554) from the American Collective partner portal. This call lasted over 26 minutes. On this call, a representative named "Bella" answered the call and asked me to verify my personal information. When I stated I wanted to cancel my policy, "Bella" said she needed to place me on hold for assistance. After approximately 15 minutes on hold, a representative named "Kim" picked up the phone and said she could help process my cancellation. I believe this was the same representative I spoke with on January 29, 2026. "Kim" said she would cancel my policy that day and I would receive a cancellation email. I asked if I could receive a refund because I hadn't used the policy and "Kim" told me I was not eligible for a refund but did not provide details as to why.

34

63.     On February 11, 2026, the Microsoft Outlook email address associated with "T.R." received an email from American Collective (partnerservices@americancollectivelp.com) with the subject "Cancellation Confirmation" and stating that my health plan would be terminated as of February 21, 2026. Attached hereto as **Carson Attachment Y** is a true and correct copy of the cancellation confirmation email I received from American Collective.

64.     FTC staff confirmed to me that as of February 24, 2026, the credit card I used to make a purchase on my January 26, 2026, call with "Haley" showed no additional charges from American Collective.

65.     FTC staff confirmed to me that as of March 30, 2026, American Collective had not refunded the $345.97 that the company charged me on January 26, 2026.

## WEBSITE CAPTURES

### A. Innovative Partners website

69.     On July 25, 2025, using an FTC computer, I visited Innovative Partner's website at www.innovativepartnerslp.com and captured the website using a program called "Snag-It." Attached as **Carson Attachment Z** are true and correct copies of selected pages from that capture. The website's landing page and other tabs list Innovative Partner's address as "1401 N University Dr, Coral Springs, FL 33071," its telephone number as (866) 949-3581, and its email address as helpdesk@innovativepartnerslp.com. The "Privacy Policy" and "Terms of Service" list Innovative Partner's address as "2234 North Federal Highway #2862, Boca Raton, FL 33431."

70.     The Innovative Partners "Healthcare Benefits" tab states, "Find the Right Plan for You" and has links to explore the "Prestige Plans" and "Unity Plans." Attached as **Carson Attachment AA** are screenshots of the plan documents.

**B. American Collective website**

71.    On September 30, 2025, using an FTC computer, I visited American Collective's website at www.americancollectivelp.com and captured the website using a program called "Snagit." Attached as **Carson Attachment BB** are true and correct copies of selected pages from that capture. The website's landing page and other tabs list American Collective's address as "650 Poydras Street, Suite 1400, PMB #6807, New Orleans, LA 70130," its telephone number as (866) 270-1554, and its email address as info@americancollectivelp.com. The "Contact" page has a form to complete to contact a company named "North American LP." The "Privacy Policy" and "Terms of Service" list American Collective's address as "136 Madison Ave, FL 6, New York, NY 10016." I used Adobe's "Compare" tool to compare the Terms of Service I obtained on the American Collective partner portal with Innovative Partners' Terms of Service, and the tool indicated the documents were identical with the exception of certain business name and contact information. The American Collective Terms of Service also includes the term "Innovative" in at least seven locations.

72.    The American Collective website states, "Your Health is Our Top Priority" and has links to their "Unity Plan" and "Prestige Plan" documents Attached as **Carson Attachment CC** are true and correct copies of the Unity and Prestige Plan documents.

**C.    State Insurance Regulators' Actions and Posts**

73.    On January 30, 2026, using an FTC computer, I accessed an Order to Cease and Desist, entered November 4, 2025, on the Michigan Department of Insurance and Financial Services' website (https://www.michigan.gov/difs/-/media/Project/Websites/difs/DO/2025/November/Innovative_Partners_24-17818_25-18221.pdf#:~:text=Respondent(s)%20shall%20immediately%20CEASE%20AND,in%20the%20

36

Statement%20of%20Findings). I downloaded the Cease and Desist Order and Statement of Findings.  Attached as **Carson Attachment DD** is a true and correct copy of the document.

74.     On July 16, 2025, using an FTC computer, I accessed a press release, dated July 15, 2025, posted on the California Department of Insurance's website (https://www.insurance.ca.gov/0400-news/0100-press-releases/2025/release047-2025.cfm). I downloaded the press release and Cease and Desist Order. Attached as **Carson Attachment EE** are true and correct copies of those captures.

75.     On January 27, 2025, using an FTC computer, I accessed a consumer notice, dated November 22, 2024, posted on the Connecticut Insurance Department's website (https://portal.ct.gov/cid/consumer-resource-library/consumer-alerts/2024-consumer-alerts/notice-2024-11-22?language=en_US). I captured the page using Snagit. Attached as **Carson Attachment FF** is a true and correct image of that capture.

76.     On January 27, 2025, using an FTC computer, I accessed a press release, dated August 5, 2024, posted on the Maine Bureau of Insurance's website (https://www.maine.gov/pfr/insurance/press/insurance-superintendent-warns-mainers-about-self-funded-health-plans-offered-to-individuals). I captured the page using Snagit. Attached as **Carson Attachment GG** is a true and correct image of that capture.

**D.     Lead Generation Website**

77.     FTC staff informed me that on December 8, 2023, using an FTC computer, FTC staff captured various lead generation websites using Snag-It. Below is one of those captures.



## CIVIL LITIGATION RELATED TO DEFENDANTS' OPERATION

78.     On March 20, 2026 I accessed the case detail page for *Arman Motiwalla v. Innovative Partners L.P.,* docket number 0:25-cv-61290, filed June 26, 2025, from the website of the United States District Court, Southern District of Florida, Fort Lauderdale Division (https://ecf.flsd.uscourts.gov/cgi-bin/ShowIndex.pl). I downloaded the complaint referenced as Document 1 filed June 26, 2025, as well as Document 15 – Verified Amended Complaint filed September 4, 2025, Document 19 – Defendant's Answer and Affirmative Defenses to Plaintiff's

Verified Amended Complaint filed September 18, 2025, Motiwalla's Disclosure Statement filed September 25, 2025, and REIA Co. LLC's Answer to Counterclaim filed on December 29, 2025. True and correct copies of these documents are attached as **Carson Attachment HH**.

79.     On March 19, 2026, I accessed the case detail page for *Innovative Partners L.P. v. RWM Health and Consulting and Robert McCarthy*, docket number 25-2102, filed February 13, 2025, from the website of the Broward County, Florida Clerk of the Courts (https://www.browardclerk.org/Web2). I downloaded the pdf of the complaint posted on this site, and a true and correct copy of this pdf is attached as **Carson Attachment II**.

80.     On March 19, 2026, I accessed the case detail page for *Innovative Partners L.P. v. Atropine and Associates LLC and Madison Bounahra*, docket number 25-1553, filed February 4, 2025, from the website of the Broward County, Florida Clerk of the Courts (https://www.browardclerk.org/Web2). I downloaded the pdf of the complaint, amended complaint, and second amended complaint posted on this site, and true and correct copies of these pdfs are attached as **Carson Attachment JJ**.

81.     On March 19, 2026, I accessed the case detail page for *Innovative Partners L.P. v. True Progress LLC and Thomas Puglisi, Jr.*, docket number 25-18126, filed November 25, 2025, from the website of the Broward County, Florida Clerk of the Courts (https://www.browardclerk.org/Web2). I downloaded the pdf of the complaint posted on this site, and a true and correct copy of this pdf is attached as **Carson Attachment KK**.

82.     On March 19, 2026, I accessed the case detail page for *Innovative Partners L.P. v. United Way Health LLC, et al.*, docket number 25-2856, filed February 27, 2025, from the website of the Broward County, Florida Clerk of the Courts

39

(https://www.browardclerk.org/Web2). I downloaded the pdf of the complaint posted on this site, and a true and correct copy of this pdf is attached as **Carson Attachment LL**.

83.　　On March 19, 2026, I accessed the case detail page for *Innovative Partners LP v. One Choice Coverage LLC and Jamal Morgan*, docket number 25-838, filed January 20, 2025, from the website of the Broward County, Florida Clerk of the Courts (https://www.browardclerk.org/Web2). I downloaded the pdf of the complaint posted on this page, and a true and correct copy of this pdf is attached as **Carson Attachment MM**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2026.

Christine L. Carson

40

# Carson Attachment A

**Form 207**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $750



**Certificate of Formation
Limited Partnership**

Filed in the Office of the
Secretary of State of Texas
Filing #: 804821667 11/28/2022
Document #: 1201049060002
Image Generated Electronically
for Web Filing

### Article 1 - Entity Name and Type

The filing entity being formed is a limited partnership. The name of the entity is:

**Innovative Partners, LP**

The name must contain the words "Limited Partnership," or "Limited," or the abbreviation "L.P.," "LP," or "Ltd." The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

### Article 2 - Principal Office

The address of the principal office in the United States where records of the partnership are to be kept or made available is set forth below:

**130 West Ovation Dr., Port Saint Joe, FL, USA 32456-32456**

### Article 3 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be limited partnership named above) by the name of:

**CT Corporation**

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**1999 Bryan St.**
**Suite 900  Dallas  TX  75201-3136**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

**OR**

☑B. The consent of the registered agent is maintained by the entity.

### Article 4 - General Partner Information

The name and address of each general partner are as follows:

General Partner 1: **Jimmie    Sutton**                    Title: **General Partner**

Address: **1396 Fairfax Circle    Boynton Beach  FL, USA  33436**

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

**Carson Attachment A, Page 1 of 2**

⊓ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Initial Mailing Address**

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**130 West Ovation Dr.**
**Port Saint Joe, FL 32456**
**USA**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Signature of General Partner 1: **Jimmie Sutton, GP**

**FILING OFFICE COPY**

**Carson Attachment A, Page 2 of 2**

# Carson Attachment
# B

B240000000045

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100421743741

01/19/24--01022--024   **1000.00

2024 JAN 16 AM 10: 04

**Carson Attachment B, Page 1 of 4**

**COVER LETTER**

TO:    Registration Section
       Division of Corporations

SUBJECT: Innovative Partners, LP
_____
       Name of Foreign Limited Partnership or Limited Liability Limited Partnership

The enclosed application, certificate of status and fees are submitted to register a foreign limited partnership or limited liability limited partnership to transact business in Florida.
Please return all correspondence concerning this matter to:

John Oxendine
_____
              Contact Person

Oxendine Law Group
_____
              Firm/Company

4370 Peachtree Road, NE; First Floor
_____
              Address

Atlanta, GA 30319
_____
         City, State and Zip Code

JWOLAW@gmail.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

John Oxendine                                    404      734-5738
_____ at (_____)_____
     Name of Contact Person            Area Code and Daytime Telephone Number

Enclosed is a check for the following amount:

■$1,000.00 Filing Fee      ☐$1,008.75 Filing Fees    ☐$1,052.50 Filing Fees    ☐$1,061.25 Filing Fee,
 ($965 Filing Fee and       and Certificate of         and Certified Copy         Certified Copy, and
 $35 Registered Agent       Status                                                Certificate of Status
 Fee)

**Mailing Address:**                          **Street Address:**
Registration Section                          Registration Section
Division of Corporations                      Division of Corporations
P.O. Box 6327                                 The Centre of Tallahassee
Tallahassee, FL 32314                         2415 N. Monroe Street, Suite 810
                                              Tallahassee, FL 32303

**Carson Attachment B, Page 2 of 4**

**APPLICATION BY FOREIGN LIMITED PARTNERSHIP OR
LIMITED LIABILITY LIMITED PARTNERSHIP
TO TRANSACT BUSINESS IN FLORIDA**

1. Innovative Partners, LP

(Name of Limited Partnership or Limited Liability Limited Partnership, *which must include suffix*)
*Acceptable Limited Partnership suffixes: Limited Partnership, Limited, L.P., LP, or Ltd.*
*Acceptable Limited Liability Limited Partnership suffixes: Limited Liability Limited Partnership, L.L.L.P. or LLLP.*

If name unavailable, name under which the limited partnership or limited liability limited partnership proposes to register to transact business in Florida; must contain acceptable suffix.

2. Texas

**State or Country of Formation**

3. 11/28/2021

**Date of Formation**

4. Federal Employer Identification Number: 92-1623773

5. **Name of Registered Agent for Service of Process and Florida Street Address:**

Jimmie Sutton

1401 North University Drive, Suite 207

Coral Springs, FL 33071

6. *I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

*Jimmie Sutton*

Signature of Registered Agent

7. **Principal Office:**

1401 North University Drive, Suite 207

Coral Springs, FL 33071

8. **Mailing Address:**

1401 North University Drive, Suite 207

Coral Springs, FL 33071

9. If limited partnership is a limited liability limited partnership, check box. ☐

10. Name, principal office address, and mailing address of each general partner:

Name of General Partner: Jimmie Sutton

Street Address: 1401 North University Drive, Suite 207

Coral Springs, FL 33071

Mailing Address: 1401 North University Drive, Suite 207

Coral Springs, FL 33071

Name of General Partner:

Street Address:

Mailing Address:

Name of General Partner:

Street Address:

Mailing Address:

Name of General Partner:

Street Address:

Mailing Address:

**Carson Attachment B, Page 3 of 4**

**Page 1 of 2**

Name of General Partner:_____    Name of General Partner:_____

Street Address: _____    Street Address: _____

_____    _____

Mailing Address:_____    Mailing Address:_____

_____    _____

**11. Effective date, if other than the date of filing:**_____.
*(Effective date cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State.)*
Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

12. Attached is a certificate of existence duly authenticated, not more than 90 days prior to the delivery of this application to the Florida Department of State, by the Secretary of State or other official having custody of the entity's records in the jurisdiction under the law of which it is organized.

Signed this ___9th___ day of ___Janary___,20 __24__

___Jimmie Sutton___
**Signature of a general partner**

The individual signing this document affirms that the facts stated herein are true and the individual is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

| | |
|---|---|
| **Filing Fees:** | $1,000.00 ($965 Filing Fee and $35 Registered Agent Fee) |
| **Certified Copy (optional):** | $52.50 |
| **Certificate of Status (optional):** | $8.75 |

**Page 2 of 2**

**Carson Attachment B, Page 4 of 4**

# Carson Attachment C

## 2025  FOREIGN LIMITED PARTNERSHIP REINSTATEMENT

DOCUMENT# B24000000045

**Entity Name:** INNOVATIVE PARTNERS, LP

**FILED**
**Nov 03, 2025**
**Secretary of State**
**2576515870CR**

**Current Principal  Place of Business:**

1401 NORTH UNIVERSITY DRIVE, SUITE 207
CORAL SPRINGS,  FL  33071

**Current Mailing Address:**

1401 NORTH UNIVERSITY DRIVE, SUITE 207
CORAL SPRINGS,  FL  33071  US

**FEI Number: 92-1623773**

**Certificate of Status Desired:**  Yes

**Name and Address of Current Registered Agent:**

SUTTON, JIMMIE
1401 NORTH UNIVERSITY DRIVE, SUITE 207
CORAL SPRINGS, FL  33071  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   JIMMIE SUTTON                                            11/03/2025

Electronic Signature of Registered Agent                          Date

**General Partner Detail :**

Document #

Name            SUTTON, JIMMIE

Address         1401 NORTH UNIVERSITY DRIVE,
                SUITE 207

City-State-Zip:   CORAL SPRINGS  FL  33071

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a general partner of the limited partnership or the receiver or trustee empowered to execute this report as required by Chapter 620, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JIMMIE SUTTON                       REGISTERED AGENT      11/03/2025

Electronic Signature of Signing General Partner Detail                Date

**Carson Attachment C, Page 1 of 1**

# Carson Attachment D

## 2026  FOREIGN LIMITED PARTNERSHIP ANNUAL REPORT

DOCUMENT# B24000000045

**Entity Name:** INNOVATIVE PARTNERS, LP

**Current Principal  Place of Business:**

7901 4TH ST N  STE 300
ST. PETERSBURG, FL  33702

**Current Mailing Address:**

7901 4TH ST N  STE 300
ST. PETERSBURG, FL  33702  US

**FEI Number: 92-1623773**

**Name and Address of Current Registered Agent:**

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N  STE 300
ST. PETERSBURG, FL  33702  US

**FILED**
**Feb 26, 2026**
**Secretary of State**
**5116650325CC**

**Certificate of Status Desired:**  No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  TAYLOR NEWMAN                                                                02/26/2026

Electronic Signature of Registered Agent

Date

**General Partner Detail :**

Document #

Name            SUTTON, JIMMIE

Address         7901 4TH ST N  STE 300

City-State-Zip:   ST. PETERSBURG  FL  33702

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a general partner of the limited partnership or the receiver or trustee empowered to execute this report as required by Chapter 620, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SUTTON , JIMMIE                                        GP                          02/26/2026

Electronic Signature of Signing General Partner Detail

Date

**Carson Attachment D, Page 1 of 1**

# Carson Attachment E

4/2/26, 8:58 AM                                          Detail by Entity Name



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Limited Partnership
INNOVATIVE PARTNERS, LP

**Filing Information**

| | |
|---|---|
| **Document Number** | B24000000045 |
| **FEI/EIN Number** | 92-1623773 |
| **Date Filed** | 01/16/2024 |
| **State** | TX |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 11/03/2025 |

**Principal Address**

7901 4th St N Ste 300
St. Petersburg, FL 33702

Changed: 02/26/2026

**Mailing Address**

7901 4th St N Ste 300
St. Petersburg, FL 33702

Changed: 02/26/2026

**Registered Agent Name & Address**

Northwest Registered Agent LLC
7901 4th St N Ste 300
St. Petersburg, FL 33702

Name Changed: 02/26/2026

Address Changed: 02/26/2026

**General Partner Detail**

**Name & Address**

SUTTON, JIMMIE
7901 4th St N Ste 300
St. Petersburg, FL 33702

**Annual Reports**

**Carson Attachment E, Page 1 of 2**

4/2/26, 8:58 AM                                                    Detail by Entity Name

| Report Year | Filed Date |
|---|---|
| 2025 | 11/03/2025 |
| 2026 | 02/26/2026 |

**Document Images**

| | |
|---|---|
| 02/26/2026 -- ANNUAL REPORT | View image in PDF format |
| 11/03/2025 -- REINSTATEMENT | View image in PDF format |
| 01/16/2024 -- Foreign LP | View image in PDF format |

Florida Department of State, Division of Corporations

**Carson Attachment E, Page 2 of 2**

# Carson Attachment F

| **Form 207** | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $750 | <br>**Certificate of Formation**<br>**Limited Partnership** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>**Filing #: 806018373 05/01/2025**<br>**Document #: 1477184700002**<br>**Image Generated Electronically**<br>**for Web Filing** |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited partnership. The name of the entity is:

## American Collective, LP

The name must contain the words "Limited Partnership," or "Limited," or the abbreviation "L.P.," "LP," or "Ltd." The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

### Article 2 - Principal Office

The address of the principal office in the United States where records of the partnership are to be kept or made available is set forth below:

## 650 Poydras St., Suite 1400 PMB #6807, New Orleans, LA, USA 70130

### Article 3 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be limited partnership named above) by the name of:

## C T Corporation System

### OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
## 1999 Bryan Street, Suite 900    Dallas  TX  75201-3136

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 4 - General Partner Information

The name and address of each general partner are as follows:

General Partner 1: **Shermar    Moore**          Title: **General Partner**

Address: **570 Auburn Cir. Apt. H    Delray Beach  FL, USA  33444**

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

### OR

**Carson Attachment F, Page 1 of 2**

⌐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

| Initial Mailing Address |
| --- |

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:

**650 Poydras St., Suite 1400 PMB #6807**
**New Orleans, LA 70130**
**USA**

| Execution |
| --- |

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Signature of General Partner 1: **Shermar Moore**

FILING OFFICE COPY

**Carson Attachment F, Page 2 of 2**

# Carson Attachment G

Nov 06, 2025 06:35    To: -18506176383    Page. 1/4    Fax 18134365206

## Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet



Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H25000397300 3)))

H2500039730034BC3

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number      : (850)617-6383

From:
    Account Name    :
    Account Number  : 120090000081
    Phone           :
    Fax Number      : (813)436-5206

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address:_____

### FLORIDA/FOREIGN LP/LLLP
#### American Collective, LP

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $1,000.00 |

Electronic Filing Menu     Corporate Filing Menu          Help



**Carson Attachment G, Page 1 of 4**

## APPLICATION BY FOREIGN LIMITED PARTNERSHIP OR
## LIMITED LIABILITY LIMITED PARTNERSHIP
## TO TRANSACT BUSINESS IN FLORIDA

1. American Collective, LP

(Name of Limited Partnership or Limited Liability Limited Partnership, *which must include suffix*)
*Acceptable Limited Partnership suffixes:  Limited Partnership, Limited, L.P., LP, or Ltd.*
*Acceptable Limited Liability Limited Partnership suffixes:  Limited Liability Limited Partnership, L.L.L.P, or LLLP.*

If name unavailable, name under which the limited partnership or limited liability limited partnership proposes to register to transact business in Florida; must contain acceptable suffix.

2. TX

State or Country of Formation

3. 05/01/2025

Date of Formation

4. Federal Employer Identification Number: 39-2150479

5. Name of Registered Agent for Service of Process and Florida Street Address:

Northwest Registered Agent LLC

7901 4th St N STE 300

St. Petersburg, FL 33702

6. *I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent*

Signature of Registered Agent

7. Principal Office:

7901 4th St N STE 300

St. Petersburg, FL 33702

8. Mailing Address:

7901 4th St N STE 300

St. Petersburg, FL 33702

9. If limited partnership is a limited liability limited partnership, check box. ☐

10. Name, principal office address, and mailing address of each general partner:

Name of General Partner: Moore, Shermar

Street Address: 7901 4th St N STE 300
St. Petersburg, FL 33702

Mailing Address: 7901 4th St N STE 300
St. Petersburg, FL 33702

Name of General Partner: _____

Street Address: _____

Mailing Address: _____

Name of General Partner: _____

Street Address: _____

Mailing Address: _____

Name of General Partner: _____

Street Address: _____

Mailing Address: _____

**Carson Attachment G, Page 2 of 4**

Page 1 of 2

Name of General Partner:_____   Name of General Partner:_____

Street Address: _____   Street Address: _____

_____   _____

Mailing Address: _____   Mailing Address: _____

_____   _____

11. Effective date, if other than the date of filing:_____.
*(Effective date cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State.)*
Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

12. Attached is a certificate of existence duly authenticated, not more than 90 days prior to the delivery of this application to the Florida Department of State, by the Secretary of State or other official having custody of the entity's records in the jurisdiction under the law of which it is organized.

Signed this ___6th_____ day of ___Nov_____, 20 __25_____

_____Sherman Moore_____
Signature of a general partner

The individual signing this document affirms that the facts stated herein are true and the individual is aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

Filing Fees:                          $1,000.00 ($965 Filing Fee and $35 Registered Agent Fee)
Certified Copy (optional):            $52.50
Certificate of Status (optional):     $8.75

Page 2 of 2

**Carson Attachment G, Page 3 of 4**

Nov 06, 2025 06:35    To. -18506176383    Page 4/4    Fax 18134365206



Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Jane Nelson
Secretary of State

# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for American Collective, LP (file number 806018373), a Domestic Limited Partnership (LP), was filed in this office on May 01, 2025.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on November 04, 2025.



*[signature: Jane Nelson]*

Jane Nelson
Secretary of State

Come visit us on the internet at https://www.sos.texas.gov

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10264          Document: 1532049340003

**Carson Attachment G, Page 4 of 4**

# Carson Attachment H



DIVISION OF CORPORATIONS

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Foreign Limited Partnership
AMERICAN COLLECTIVE, LP

**Filing Information**

| | |
|---|---|
| **Document Number** | B25000000314 |
| **FEI/EIN Number** | 39-2150479 |
| **Date Filed** | 11/06/2025 |
| **State** | TX |
| **Status** | ACTIVE |

**Principal Address**

7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**Mailing Address**

7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**Registered Agent Name & Address**

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**General Partner Detail**

**Name & Address**

MOORE, SHERMAR
7901 4TH ST N STE 300
ST PETERSBURG, FL 33702

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2026 | 02/26/2026 |

**Document Images**

| | |
|---|---|
| 02/26/2026 -- ANNUAL REPORT | View image in PDF format |
| 11/06/2025 -- Foreign LP | View image in PDF format |

**Carson Attachment H, Page 1 of 2**

4/2/26, 9:30 AM

Detail by Entity Name

**Carson Attachment H, Page 2 of 2**

# Carson Attachment I

Control Number : 22178990

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF ORGANIZATION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**Health Plan Administrators, LLC**
**a Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **08/11/2022** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **08/23/2022**.



Brad Raffensperger
Secretary of State

**Carson Attachment I, Page 1 of 2**

**ARTICLES OF ORGANIZATION**

*Electronically Filed*
Secretary of State
Filing Date: 8/11/2022 4:46:50 PM

## BUSINESS INFORMATION

| | |
|---|---|
| CONTROL NUMBER | 22178990 |
| BUSINESS NAME | Health Plan Administrators, LLC |
| BUSINESS TYPE | Domestic Limited Liability Company |
| EFFECTIVE DATE | 08/11/2022 |

## PRINCIPAL OFFICE ADDRESS

| | |
|---|---|
| ADDRESS | 5379 Lyons road, #785, Coconut Creek, FL, 33073, USA |

## REGISTERED AGENT

| NAME | ADDRESS | COUNTY |
|---|---|---|
| JOHN W OXENDINE | 4370 Peachtree Road, NE, First Floor, Atlanta, GA, 30319, USA | Dekalb |

## ORGANIZER(S)

| NAME | TITLE | ADDRESS |
|---|---|---|
| JOHN W OXENDINE | ORGANIZER | 4370 Peachtree Road, NE, First Floor, Atlanta, GA, 30319, USA |

## OPTIONAL PROVISIONS

N/A

## AUTHORIZER INFORMATION

| | |
|---|---|
| AUTHORIZER SIGNATURE | JOHN W OXENDINE |
| AUTHORIZER TITLE | Organizer |

**Carson Attachment I, Page 2 of 2**

# Carson Attachment J

⊙ 05-16-2025 12:32 PM    .    15612148442    → 18506176383    pg 1 of 4
Division of Corporations    https://efile.sunbiz.org/scripts/efilcovr.exe



Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H250001 79493 3)))



H250001794933ABC7

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
    Division of Corporations
    Fax Number    : (850)617-6383

From:
    Account Name    : COMPUTERSHARE
    Account Number : 110432003053
    Phone          : (561)694-8107
    Fax Number    : (561)214-8442

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address:_____

Foreign Limited Liability Company
Health Plan Administrators, LLC

| Certificate of Status | 1 |
|---|---|
| Certified Copy | 0 |
| Page Count | 04 |
| Estimated Charge | $130.00 |

Electronic Filing Menu    Corporate Filing Menu    Help

**Carson Attachment J, Page 1 of 4**

○ 05-16-2025 12:33 PM    .        15612148442              → 18506176383                              pg 2 of 4

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. Health Plan Administrators, LLC
   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C." or "LLC")

(If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C." or "LLC")

2. Georgia
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 88-3873861
   (FEI number, if applicable)

4. _____
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5. 5379 Lyons Rd., #785
   (Street Address of Principal Office)

   Coconut Creek, FL 33073

6. 21264 Via Eden
   (Mailing Address)

   Boca Raton, FL 33433

7. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

| | |
|---|---|
| Name: | United Agent Group Inc. |
| Office Address: | 801 US Highway 1 |
| | North Palm Beach , Florida 33408 |
| | (City)              (Zip code) |

**2025 MAY 16 PM 1:** **FILED**

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

_____
(Registered agent's signature)

**Carson Attachment J, Page 2 of 4**

⊙ 05-16-2025 12:33 PM   .   15612148442   → 18506176383   pg 3 of 4

8. For initial indexing purposes, list names, title or capacity and addresses of the primary members/managers or persons authorized to manage (up to six (6) total):

| Title or Capacity: | Name and Address: | Title or Capacity: | Name and Address: |
|---|---|---|---|
| ☐ Manager | Name: Catherine O'Callaghan | ☐ Manager | Name: _____ |
| ■ Member | Address: 21264 Via Eden | ☐ Member | Address: _____ |
| ☐ Authorized | Boca Raton, FL 33433 | ☐ Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐ Other_____ | ☐ Other_____ | ☐ Other_____ | ☐ Other_____ |
| ☐ Manager | Name: Jennifer Hayes | ☐ Manager | Name: _____ |
| ☐ Member | Address: 5316 Cindy Kay Drive | ☐ Member | Address: _____ |
| ■ Authorized | Plant City, FL 33566 | ☐ Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐ Other_____ | ☐ Other_____ | ☐ Other_____ | ☐ Other_____ |
| ☐ Manager | Name: _____ | ☐ Manager | Name: _____ |
| ☐ Member | Address: _____ | ☐ Member | Address: _____ |
| ☐ Authorized | _____ | ☐ Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐ Other_____ | ☐ Other_____ | ☐ Other_____ | ☐ Other_____ |

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_Jennifer Hayes_
_____
Signature of an authorized person

Jennifer Hayes
_____
Typed or printed name of signee

**Carson Attachment J, Page 3 of 4**

⊙ 05-16-2025 12:33 PM     .        15612148442                    → 18506176383                                      pg 4 of 4

Control Number : 22178990

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

## CERTIFICATE OF EXISTENCE

I, **Brad Raffensperger**, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

### Health Plan Administrators, LLC
#### a Domestic Limited Liability Company

was formed in the jurisdiction stated below or was authorized to transact business in Georgia on the below date. Said entity is in compliance with the applicable filing and annual registration provisions of Title 14 of the Official Code of Georgia Annotated and has not filed articles of dissolution, certificate of cancellation or any other similar document with the office of the Secretary of State.

This certificate relates only to the legal existence of the above-named entity as of the date issued. It does not certify whether or not a notice of intent to dissolve, an application for withdrawal, a statement of commencement of winding up or any other similar document has been filed or is pending with the Secretary of State.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence that said entity is in existence or is authorized to transact business in this state.

Docket Number      : 29370860
Date Inc/Auth/Filed : 08/11/2022
Jurisdiction        : Georgia
Print Date          : 05/16/2025
Form Number         : 211



Brad Raffensperger
Secretary of State

**Carson Attachment J, Page 4 of 4**

# Carson Attachment K

4/2/26, 10:10 AM                                                                Detail by Entity Name

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Foreign Limited Liability Company
HEALTH PLAN ADMINISTRATORS,LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M25000007217 |
| **FEI/EIN Number** | 88-3873861 |
| **Date Filed** | 05/16/2025 |
| **State** | GA |
| **Status** | ACTIVE |

**Principal Address**

5379 LYONS RD., #785
COCONUT CREEK, FL 33073

**Mailing Address**

21264 VIA EDEN
BOCA RATON, FL 33433

**Registered Agent Name & Address**

UNITED AGENT GROUP INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

**Authorized Person(s) Detail**

**Name & Address**

Title MBR

O'CALLAGHAN, CATHERINE
21264 VIA EDEN
BOCA RATON, FL 33433

Title AUTH

HAYES, JENNIFER
5316 CINDY KAY DRIVE
PLANT CITY, FL 33566

**Annual Reports**

**No Annual Reports Filed**

**Carson Attachment K, Page 1 of 2**

4/2/26, 10:10 AM                                                                 Detail by Entity Name

**Document Images**

05/16/2025 -- Foreign Limited        View image in PDF format

Florida Department of State, Division of Corporations

**Carson Attachment K, Page 2 of 2**

# Carson Attachment L

4/2/26, 10:15 AM

Division of Corporations - Filing

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **5944003** | Incorporation Date / Formation Date: | **5/25/2021** (mm/dd/yyyy) |
| Entity Name: | **PAPYRUS GREEN INVESTMENTS LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **A BEST REGISTERED AGENT LLC** | | |
| Address: | **8 THE GREEN, SUITE E** | | |
| City: | **DOVER** | County: | **Kent** |
| State: | **DE** | Postal Code: | **19901** |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[ Submit ]

[ New Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx

1/1

**Carson Attachment L, Page 1 of 1**

# Carson Attachment M



CFN 20120143105
OR BK 25131 PG 1906
RECORDED 04/11/2012 16:48:51
Palm Beach County, Florida
AMT 170,000.00
Doc Stamp 1,190.00
Sharon R. Bock,CLERK & COMPTROLLER
Pgs 1906 - 1907; (2pgs)

Prepared by and return to:
**Joan Martino Wallis**
**Attorney at Law**
**J.M. Wallis, P.A.**
**1600 S. Federal Highway Suite 470**
**Pompano Beach, FL 33062**
**954-941-9005**
File Number: **C12-0003**
Will Call No.:

Parcel Identification No. **00-42-47-20-19-038-0050**

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 27th day of **March, 2012** between **ROBIN WORTHALTER, a married woman** whose post office address is **380 SW 17th St., Boca Raton, FL 33433** of the County of Palm Beach, State of Florida, grantor*, and **IBRAHIM SHOKRY and CATHERINE VIOLET O'CALLAGHAN, husband and wife** whose post office address is **21264 via Eden, Boca Raton, FL 33433** of the County of Palm Beach, State of Florida, grantee*,

**Witnesseth** that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Palm Beach County, Florida**, to-wit:

> **Lot 5, Block 38, MIZNER POINTE OF BOCA, VIA ANCHO PUD, according to the Plat thereof, recorded in Plat Book 80, Page 96, of the Public Records of Palm Beach County, Florida.**

Property Address: *21264 via Eden, Boca Raton, FL 33434.*

> **Subject to taxes for 2012 and subsequent years; covenants, conditions restrictions, easements, reservations and limitations of record, if any.**

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

\* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

1 of 2

Carson Attachment M, Page 1 of 4

4/1/26, 9:10 PM                                    Landmark Web Official Records Search

Witness Signature

Witness Name: JOAN M. WHL

Witness Signature

Witness Name: SIGRIN M. VEGAS

## State of Florida

**Carson Attachment M, Page 2 of 4**

County of _____ W I C K W N I C K

The foregoing instrument was acknowledged before me or ____ ] has produced a driver's license as identification.

[Notary Seal]



**Carson Attachment M, Page 3 of 4**



Book25131/Page1907

**Carson Attachment M, Page 4 of 4**

# Carson Attachment N

Date: 7/7/2021 Time: 12:37:30 PM (US Central Time) Scanned From IP:10.77.39.8

**BANK OF AMERICA**

## Business Signature Card
## with Substitute Form W-9

BANK OF AMERICA, N.A. (THE "BANK")

Account Number: ▆▆▆▆ 9018

Account Type: [X] Checking      [ ] Savings      [ ] Certificate of Deposit

Account Title: PAPYRUS GREEN INVESTMENTS LLC

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC     [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS Instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number 87-1212155          (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9: Certification – Under penalties of perjury, I certify that:**
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| AHMED I SHOKRY | Manager |  | 07/06/2021 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

00-14-9297M 11-2018
NFL
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Madeline HongTing
Financial Center: WEST COMMERCIAL

Bank Number: 075
Date: 07/06/2021

**Carson Attachment N, Page 1 of 12**

DocuSign Envelope ID: 5ADCC259-F8AC-4767-950F-3E69AE4A95F9

**BANK OF AMERICA** 

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▇▇▇4428

**Account Type:** [X] Checking   [ ] Savings   [ ] Certificate of Deposit

**Account Title:** HEALTH PLAN ADMINISTRATORS, LLC

---

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number 88-3873861   **(or)** Social Security Number _____

---

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

---

**Substitute Form W-9: Certification** – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

---

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| CATHERINE V OCALLAGHAN | MANAGER | CO'Callaghan | 08/25/2022 |
| | | | |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NFL

Associate Name: Lorena Toro
Financial Center: GLADES ROAD

Bank Number: 075
Date: 08/25/2022

**Carson Attachment N, Page 2 of 12**

DocuSign Envelope ID: C43FE4E1-7DE4-4237-B49D-6732A2638C2C

**BANK OF AMERICA** 〰️

**Business Signature Card with Substitute Form W-9**

**Account Number:** ████ 7049

**Account Type:** [X] Checking    [ ] Savings    [ ] Certificate of Deposit

**Account Title:** SAFE GUARD MANAGEMENT, LLC

_____

_____

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC    [ ] C Corporation    [ ] S Corporation    [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) P _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Employer Identification Number 93-2972559    (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| AHMED I SHOKRY | MANAGER | *signature* | 12/12/2023 |
| AMANI I SHOKRY | AUTHORIZED SIGNER | *signature* | 12/12/2023 |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NFL

Associate Name: Juan Hurtado
Financial Center: NORTH CORAL SPRINGS

Bank Number: 075
Date: 12/12/2023

**Carson Attachment N, Page 3 of 12**

DocuSign Envelope ID: 5ADCC259-F8AC-4767-950F-3E69AE4A95F9

**BANK OF AMERICA** 〰

**Business Signature Card**
**with Substitute Form W-9**

**Account Number:** ▇▇▇▇4525

**Account Type:** [X] Checking  [ ] Savings  [ ] Certificate of Deposit

**Account Title:** HEALTH PLAN ADMINISTRATORS, LLC

_____

_____

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC  [ ] C Corporation  [ ] S Corporation  [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number **88-3873861**   **(or)** Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9: Certification – Under penalties of perjury, I certify that:**

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| CATHERINE V OCALLAGHAN | MANAGER | CO'Callyhan | 08/25/2022 |
| | | | |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NFL

Associate Name: **Lorena Toro**
Financial Center: **GLADES ROAD**

Bank Number: **075**
Date: **08/25/2022**

**Carson Attachment N, Page 4 of 12**

DocuSign Envelope ID: 5ADCC259-F8AC-4767-950F-3E69AE4A95F9

**BANK OF AMERICA**

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▉▉▉▉ 4538

**Account Type:** [X] Checking   [ ] Savings   [ ] Certificate of Deposit

**Account Title:** HEALTH PLAN ADMINISTRATORS, LLC

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number 88-3873861   (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9: Certification – Under penalties of perjury, I certify that:**

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| CATHERINE V OCALLAGHAN | MANAGER | CO'Callaghan | 08/25/2022 |
| | | | |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NFL

Associate Name: **Lorena Toro**
Financial Center: **GLADES ROAD**

Bank Number: **075**
Date: **08/25/2022**

**Carson Attachment N, Page 5 of 12**

Date: 6/21/2023 Time: 12:27:10 PM (US Central Time) Scanned From IP:10.77.39.9

**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** [■■■■] 0340

**Account Type:** [X] Checking    [ ] Savings    [ ] Certificate of Deposit

**Account Title:** INNOVATIVE PARTNERS LP

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC    [ ] C Corporation    [ ] S Corporation    [ ] Trust/Estate

[X] Partnership (Enter type of partnership): General, LP, LLP or LLLP LIMITED

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Employer Identification Number 92-1623773 _____    (or)  Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9: Certification -- Under penalties of perjury, I certify that:**

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JIMMIE LEE SUTTON | GENERAL PARTNER | *[signature]* | 6/21/23 |
| AMANI I SHOKRY | AUTHORIZED SIGNER | *[signature]* | 6/21/23 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NFL
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Leon, Cristina
Financial Center: WEST COMMERCIAL

Bank Number: 075
Date: 06/21/2023



**Carson Attachment N, Page 6 of 12**

DocuSign Envelope ID: 5735DAC9-0141-4B66-8650-2A30F8CDE3D4

**BANK OF AMERICA** 🏦

Business Signature Card
with Substitute Form W-9

**Account Number:** ████1282

**Account Type:** [X] Checking   [ ] Savings   [ ] Certificate of Deposit

**Account Title:** INNOVATIVE PARTNERS LP

_____

_____

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[X] Partnership (Enter type of partnership): General, LP, LLP or LLLP **LP**

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number **92-1623773**   (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9)

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JIMMIE LEE SUTTON | GENERAL PARTNER | *(signature)* | 11/20/2023 |
| AMANI I SHOKRY | AUTHORIZED SIGNER | *(signature)* | 11/20/2023 |
| | | | |
| | | | |
| | | | |

00-15-9297D 11-2021
NFL

Associate Name: Juan Hurtado
Financial Center: NORTH CORAL SPRINGS

Bank Number: 075
Date: 11/20/2023

**Carson Attachment N, Page 7 of 12**

DocuSign Envelope ID: 5735DAC9-0141-4B66-8650-2A30F8CDE3D4

**BANK OF AMERICA** 🏦

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▉▉▉▉1295

**Account Type:** [X] Checking   [ ] Savings   [ ] Certificate of Deposit

**Account Title:** INNOVATIVE PARTNERS LP

_____

_____

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[X] Partnership (Enter type of partnership): General, LP, LLP or LLLP  LP

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Employer Identification Number  92-1623773   (or)  Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JIMMIE LEE SUTTON | GENERAL PARTNER | _[signature]_ | 11/20/2023 |
| AMANI I SHOKRY | AUTHORIZED SIGNER | _[signature]_ | 11/20/2023 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

00-15-9297D 11-2021
NFL

Associate Name: **Juan Hurtado**
Financial Center: **NORTH CORAL SPRINGS**

Bank Number: **075**
Date: **11/20/2023**

**Carson Attachment N, Page 8 of 12**

Date: 6/21/2023 Time: 12:27:10 PM (US Central Time) Scanned From IP:10.77.39.9

**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** ████ 4156

**Account Type:** [X] Checking   [ ] Savings   [ ] Certificate of Deposit

**Account Title:** INNOVATIVE PARTNERS LP

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[X] Partnership (Enter type of partnership): General, LP, LLP or LLLP LIMITED

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number 92-1623773     (or) Social Security Number _____

By signing below, I/we acknowledge, agree and consent:
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9.)

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JIMMIE LEE SUTTON | GENERAL PARTNER | *[signature]* | 6/21/23 |
| AMANI I SHOKRY | AUTHORIZED SIGNER | *[signature]* | 6/21/23 |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NFL
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Leon, Cristina
Financial Center: WEST COMMERCIAL

Bank Number: 075
Date: 06/21/2023



**Carson Attachment N, Page 9 of 12**

Date: 6/21/2023 Time: 12:27:10 PM (US Central Time) Scanned From IP:10.77.39.9

**BANK OF AMERICA**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▮▮▮5838

**Account Type:** [X] Checking      [ ] Savings      [ ] Certificate of Deposit

**Account Title:** INNOVATIVE PARTNERS LP

### Legal Designation

[ ] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[X] Partnership (Enter type of partnership): General, LP, LLP or LLLP LIMITED

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Employer Identification Number 92-1623773      (or)  Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JIMMIE LEE SUTTON | gENERAL PARTNER | *Ann Su* | 6/21/23 |
| AMANI I SHOKRY | AUTHORIZED SIGNER | *Chaele* | 6/21/23 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

00-14-9297M 11-2018
NFL
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Leon, Cristina
Financial Center: WEST COMMERCIAL

Bank Number: 075
Date: 06/21/2023



**Carson Attachment N, Page 10 of 12**

Date: 9/4/2021 Time: 12:53:12 PM (US Central Time) Scanned From IP:10.77.39.9

**Business Signature Card**
**with Substitute Form W-9**

**BANK OF AMERICA** 
BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** ████ 0214

**Account Type:** [X] Checking    [ ] Savings    [ ] Certificate of Deposit

**Account Title:** GOLDEN GATES OF SALVATION LLC

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number 87-2069905    (or)  Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9: Certification – Under penalties of perjury, I certify that:**

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| AHMED I SHOKRY | MGR | *Ahmed [signature]* | 09/09/2021  MGI |
| | | | US |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018
NFL
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: DON MOHAN
Financial Center: WEST COMMERCIAL

Bank Number: 075
Date: 09/01/2021