Date: 9/4/2021 Time: 12:53:12 PM (US Central Time) Scanned From IP:10.77.39.9

**Business Signature Card**
**with Substitute Form W-9**

**BANK OF AMERICA**
BANK OF AMERICA, N.A. (THE "BANK")
Account Number: ▮▮▮▮ 0243

Account Type:  [X] Checking          [ ] Savings          [ ] Certificate of Deposit

Account Title: GOLDEN GATES OF SALVATION LLC

**Legal Designation**

[X] Individual Owner/Sole Proprietor/Single Member LLC      [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals;     Exempt payee code (if any) _____
see IRS Instructions for Form W-9)                                      Exemption from FATCA reporting code (if any) _____
*(Applies to accounts maintained outside the U.S.)*

Employer Identification Number 87-2069905          (or)  Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9: Certification – Under penalties of perjury, I certify that:**

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS Instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| AHMED I SHOKRY | MGR | *Ahmed Shokry* | 09 / 01 / 21 |
| | | | |
| | | | |
| | | | |
| | | | |

00-14-9297M 11-2018          Associate Name: DON MOHAN          Bank Number: 075
NFL                          Financial Center: WEST COMMERCIAL   Date: 09/01/2021
© 2018 Bank of America, N.A. All Rights Reserved



**Carson Attachment N, Page 12 of 12**

# Carson Attachment O

Docusign Envelope ID: 7F2737DA-B560-43B5-BB47-65C85028CF7D



## BUSINESS SIGNATURE CARD

V2.5_07_25_23

This form captures the signatures of authorized account signers of the Customer for account maintenance and check signing. Each signer must use black ink or an e-signature platform to sign inside the signature box or insert a duplicate image of an original signature. They may also provide a facsimile signature (including a computer generated signature) that can be applied to a check drawn on each Account(s), including Schedule A.

Page _1_ of _4_

### Customer details

| | |
|---|---|
| Legal name | INNOVATIVE PARTNERS LP |
| TIN/SSN | 921623773 |
| Address | 1401 N UNIVERSITY DR STE 207<br>CORAL SPRINGS, FL, 330716088, USA |
| Account(s)* | See Schedule A |

**\*Complete Schedule A to include additional accounts or multiple legal entities**

### Account signers

Use this part to add, remove or update an Account Signer. Each Account Signer should sign and provide the details below unless the Customer is relying on a different document containing this information, which the Bank can accept in its sole discretion.

**Check this box to add Account Signers for new account(s):** ☐

**Check this box if the Account Signer details provided on this form supersede all previous Business Signature Cards:** ☒

For existing accounts, please take the appropriate action below:
- Add Account Signer, complete all fields
- Remove Account Signer, complete "Name" only, or
- Modify Account Signer's details, complete "Name" and any other applicable field.

| What action are you taking for this Account Signer? | | Add Account Signer | |
|---|---|---|---|
| Name | Mitchell Glass | Title | CFO |
| Business email | ▉▉▉@gmail.com | Signature ✎ | |
| Business phone (include country code) | ▉▉▉ | | *Mitchell Glass* |
| Mobile phone | + | | |

| What action are you taking for this Account Signer? | | Add Account Signer | |
|---|---|---|---|
| Name | Ahmed Shokry | Title | Manager |
| Business email | ▉▉▉@gmail.com | Signature ✎ | |
| Business phone (include country code) | ▉▉▉ | | *Ahmed Shokry* |
| Mobile phone | + | | |

PN: 3301813 DOC ID: 2        **SB1798802-F6**        Page 6 of 17    **1**

**Carson Attachment O, Page 1 of 19**

Docusign Envelope ID: 7F2737DA-B560-43B5-BB47-65C85028CF7D



Page 3 of 4

## Additional account signers  (If needed)

What action are you taking for this Account Signer?

| Name | | Title | |
|---|---|---|---|
| Business email | | Signature | |
| Business phone (include country code) | + | | |
| Mobile phone | + | | |

What action are you taking for this Account Signer?

| Name | | Title | |
|---|---|---|---|
| Business email | | Signature | |
| Business phone (include country code) | + | | |
| Mobile phone | + | | |

## Agreement

Customer agrees that:
- it has received and is bound by the Account Terms and any applicable Service Terms, supplements, or amendments
- a facsimile signature may only be used for the issuance or endorsement of checks and that any person who applies such an image is authorized to issue, or verify the issuance of, any check drafted against the listed Account(s) or endorse a check for deposit to the listed Account(s), and
- JPMorgan Chase Bank, N.A. (the Bank) can rely on each Account signer's authority until the Bank receives written notice to the contrary and has had reasonable opportunity to act on it.

## Certification

I certify that I am authorized to sign this document for the Customer and that each:
- statement in this document is correct and satisfies our internal account authorization, organization and governing documents
- Account signer's signature, whether an original or a duplicate image of an original, is an accurate and complete representation of that signer's signature
- Account signer is authorized to sign and act for the Customer for each Account(s), including Schedule A regarding account maintenance (not including facsimile signature), and
- image (including a facsimile signature) is authorized for use when issuing a check, regardless of who applies it or how it is applied.

| Signature | *Ahmed Shokry* | Name | Ahmed Shokry | Date |
|---|---|---|---|---|
| | | Title | Manager | 11/14/2025 |
| Signature (if required by your corporate resolution) | | Name | | Date |
| | | Title | | |

**Carson Attachment O, Page 2 of 19**

Docusign Envelope ID: 7F2737DA-B560-43B5-BB47-65C85028CF7D

**Carson Attachment O, Page 3 of 19**

### Business Signature Card - Schedule A : Account List

| # | Legal name | TIN/SSN | Account number | Account title |
|---|---|---|---|---|
| 1 | INNOVATIVE PARTNERS LP | 921623773 | 6150 | |
| 2 | INNOVATIVE PARTNERS LP | 921623773 | 3876 | |
| 3 | INNOVATIVE PARTNERS LP | 921623773 | 5863 | |
| 4 | INNOVATIVE PARTNERS LP | 921623773 | 5103 | |
| 5 | INNOVATIVE PARTNERS LP | 921623773 | 5988 | |
| 6 | American Collective, LP | 392150479 | 0008 | |
| 7 | American Collective, LP | 392150479 | 0123 | |
| 8 | American Collective, LP | 392150479 | 9935 | |
| 9 | American Collective, LP | 392150479 | 9901 | |
| 10 | American Collective, LP | 392150479 | 0198 | |
| 11 | American Collective, LP | 392150479 | 0073 | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

  

Docusign Envelope ID: 92B3E471-81DD-45C0-B5A6-B277BB8D61EE

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)      CHASE ◯

X   NEW   _____CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>■■■2595 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>HEALTH PLAN ADMINISTRATORS,LLC | BRANCH NAME AND NO.<br>Pine Island RD - 741767 |
| | DATE<br>07/15/2025 |
| BUSINESS ADDRESS<br>21264 VIA EDEN | PREPARED BY<br>KEVIN EDWARDS |
| | PHONE NO.<br>(954) 375-5619 |
| BOCA RATON, FL 33433-2207 | |

| TAXPAYER ID NO.<br>88-3873861 | PRODUCT TYPE<br>Chase Platinum Business Checking |
|---|---|

Legal Name of Organization: HEALTH PLAN ADMINISTRATORS,LLC                                      (the "Organization")

State of Organization: GA _____

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by  one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature,  such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| CATHERINE VIOLET O'CALLAGHAN | Member | |
| AMANI I SHOKRY | Signer | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

***CERTIFICATION***
*Name (as shown on your income tax return)*       HEALTH PLAN ADMINISTRATORS,LLC

*Taxpayer Identification Number*       88-3873861

*The undersigned certifies under penalties of perjury that (1) the number shown above is my correct Taxpayer Identification Number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

SB1798802-F2

37

 

**Carson Attachment O, Page 4 of 19**







Docusign Envelope ID: 92B3E471-81DD-45C0-B5A6-B277BB8D61EE

**CHASE ⬡**

## BUSINESS DEPOSITORY CERTIFICATE
### (Limited Liability Company)

ACCOUNT NO. ▮▮▮▮2595

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*

***The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.***

Signed by:

*CATHERINE VIOLET O'CALLAGHAN*                               07/15/2025

———————————————————————————————————
Member or Manager                                              Date

Printed Name:  CATHERINE VIOLET O'CALLAGHAN

———————————————————————————————————
Member or Manager                                              Date

Printed Name:

———————————————————————————————————
Member or Manager                                              Date

Printed Name:

———————————————————————————————————
Member or Manager                                              Date

Printed Name:

———————————————————————————————————
Member or Manager                                              Date

Printed Name:

———————————————————————————————————
Member or Manager                                              Date

Printed Name:

———————————————————————————————————
Member or Manager                                              Date

Printed Name:

———————————————————————————————————
Member or Manager                                              Date

Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

M1207-04-CS  08/23)                SB1798802-F2                                    Page 2 of 2        **38**
                          JPMorgan Chase Bank, N.A. Member FDIC



**Carson Attachment O, Page 5 of 19**

Docusign Envelope ID: 92B3E471-81DD-45C0-B5A6-B277BB8D61EE





# Business Signature Card

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)**<br>HEALTH PLAN ADMINISTRATORS,LLC | |

| | |
|---|---|
| **ACCOUNT NUMBER** | ▇▇▇2595 |
| **ACCOUNT TYPE** | Chase Platinum Business Checking |
| **TAXPAYER ID NUMBER** | 88-3873861 |
| **DATE OPENED** | 07/15/2025 |
| **FORM OF BUSINESS** | Limited Liability Company - Member Managed (LLC) |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 021 ) |
| | Pine Island RD - 741767 |
| | KEVIN EDWARDS |
| | (954) 375-5619 |
| | 07/15/2025 |

**BUSINESS ADDRESS**
21264 VIA EDEN

BOCA RATON, FL 33433-2207

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 29332892 | GA | 08/11/2022 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT -** By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

\*\* When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | \*\*TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | CATHERINE VIOLET O'CALLAGHAN | ▇▇▇▇▇ | ✗▇▇▇▇▇✗ | Member | 07/15/2025 | *CATHERINE VIOLET O'Callaghan* |
| 2) | AMANI I SHOKRY | ▇▇▇▇▇ | ✗▇▇▇▇▇✗ | Signer | 07/15/2025 | *AMANI I SHOKRY* |
| 3) | | | ✗▇▇▇▇▇✗ | | | |
| 4) | | | ✗▇▇▇▇▇✗ | | | |


39
Scan

**Carson Attachment O, Page 6 of 19**

Docusign Envelope ID: C81BF2DC-207D-45FE-81D6-201CAF5D9546

**BUSINESS ACCOUNT ADD SIGNERS FORM**

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

NAME OF BUSINESS  HEALTH PLAN ADMINISTRATORS,LLC

TAXPAYER ID NO. 883873861

BUSINESS ADDRESS 21264 VIA EDEN BOCA RATON, FL 33433-2207

BRANCH NAME AND NO. _____   BANK NO.  021 FL/GA/MI/NC/SC   BRANCH PHONE NO. _____

INTEROFFICE MAILCODE _____   PREPARED BY: NAME  Monica Guerra   DATE: 09/22/2025

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signed by: Ahmed Shokry | Date |
|---|---|---|---|
| Ahmed Shokry | Signer | EF9108400FF74E5 | 09/22/2025 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| drivers license | ▉▉▉▉▉ | FL | 03/11/2019 | 03/01/2027 |

| Account Numbers: | ▉2595 |  |  |
|---|---|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Date |
|---|---|---|
|  |  |  |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
|  |  |  |  |  |

| Account Numbers: |  |  |  |
|---|---|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Date |
|---|---|---|
|  |  |  |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
|  |  |  |  |  |

| Account Numbers: |  |  |  |
|---|---|---|---|

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | Date | For Sole Proprietorship: Owner/Sole Proprietor | Date | For Partnership or Limited Liability Company: Partner/Member/Manager | Date | For Government Entity: | Date |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Signed by CATHERINE VIOLET O'CALLAGHAN | 09/24/2025 |  |  |

SB1798802-F2 _____   40

JPMorgan Chase Bank, N.A.  Member FDIC

**Carson Attachment O, Page 7 of 19**

  

## BUSINESS DEPOSITORY CERTIFICATE
(Partnership or Joint Venture with Written Agreement)

__X__ NEW _____ CHANGE

**CHASE** ⬡

| | |
|---|---|
| ACCOUNT NO.<br>▇▇697 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>INNOVATIVE PARTNERS LP | BRANCH NAME AND NO.<br>Parkland - 741754 |
| | DATE<br>09/08/2023 |
| BUSINESS ADDRESS<br>1396 FAIRFAX CIR E | PREPARED BY<br>FELIPE ALMEIDA |
| | PHONE NO.<br>(954) 246-1895 |
| BOYNTON BEACH, FL 33436-8617 | |

| TAXPAYER ID NO.<br>92-1623773 | PRODUCT TYPE<br>Chase Platinum Business Checking |
|---|---|

Legal Name of Organization: INNOVATIVE PARTNERS LP                                    (the "Organization")

State of Organization: _TX_____

Type of Organization (check one):
[ ] General partnership
[ ] Joint venture
[X] Limited partnership
[ ] Limited liability partnership
[ ] Limited liability limited partnership

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a partnership of the type identified above, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the general partners of the Organization (the "General Partners"); and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless as to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JIMMIE LEE SUTTON V | General Partner | |
| AMANI I SHOKRY | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each General Partner, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

 M1207-06-CS (11/20) SB1798802-E2 JPMorgan Chase Bank, N.A. Member FDIC     Page 1 of 2

**Carson Attachment O, Page 8 of 19**

  **CHASE**

**BUSINESS DEPOSITORY CERTIFICATE**
(Partnership or Joint Venture with Written Agreement)

ACCOUNT NO. ▆▆▆ 1697

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | |
|---|---|
| General Partner | 09/08/2023 |
| Printed Name: JIMMIE LEE SUTTON V | Date |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

(Attach additional pages if necessary to reflect all General Partners)

**DISTRIBUTION:** 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-06-CS (11/20)

Page 2 of 2



**SB1798802-F2**



**Carson Attachment O, Page 9 of 19**

Case 0:26-cv-60976-AHS   Document 1-21   Entered on FLSD Docket 04/07/2026   Page 12 of 100

**CHASE**

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)**
INNOVATIVE PARTNERS LP

| | |
|---|---|
| ACCOUNT NUMBER | ▉1697 |
| ACCOUNT TYPE | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | 92-1623773 |
| DATE OPENED | 09/08/2023 |
| FORM OF BUSINESS | Limited Partnership |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 021 ) |
| | Parkland - 741754 |
| | FELIPE ALMEIDA |
| | (954) 246-1895 |
| | 09/08/2023 |

**BUSINESS ADDRESS**
1396 FAIRFAX CIR E

BOYNTON BEACH, FL 33436-8617

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | ▉1667 | TX | 11/28/2022 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

\** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JIMMIE LEE SUTTON V | ▉ | | General Partner | 09/08/2023 | *(signature)* |
| 2) | AMANI I SHOKRY | ▉ | | Signer | 09/08/2023 | *(signature)* |
| 3) | | | | | | |
| 4) | | | | | | |

SB1798802-F2
Page 1

M1207-01-13-CS (11/20)

**Carson Attachment O, Page 10 of 19**

  

**BUSINESS DEPOSITORY CERTIFICATE**
**(Partnership or Joint Venture with Written Agreement)**

**CHASE** 🖸

___X___NEW _____CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>███████5769 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>INNOVATIVE PARTNERS LP | BRANCH NAME AND NO.<br>Parkland - 741754 |
| | DATE<br>09/08/2023 |
| BUSINESS ADDRESS<br>1396 FAIRFAX CIR E | PREPARED BY<br>FELIPE ALMEIDA |
| | PHONE NO.<br>(954) 246-1895 |
| BOYNTON BEACH, FL 33436-8617 | |

| | |
|---|---|
| TAXPAYER ID NO.<br>92-1623773 | PRODUCT TYPE<br>Chase Platinum Business Checking |

Legal Name of Organization:  INNOVATIVE PARTNERS LP                                                                    (the "Organization")

State of Organization:  _TX_____

Type of Organization (check one):
[ ] General partnership
[ ] Joint venture
[X] Limited partnership
[ ] Limited liability partnership
[ ] Limited liability limited partnership

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a partnership of the type identified above, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the general partners of the Organization (the "General Partners"); and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature,  such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JIMMIE LEE SUTTON V | General Partner | |
| AMANI I SHOKRY | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each General Partner, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION*
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

 M1207-06-CS (11/20)  SB1798802-F2  JPMorgan Chase Bank, N.A. Member FDIC          Page 1 of 2

**Carson Attachment O, Page 11 of 19**

  **CHASE ○**

**BUSINESS DEPOSITORY CERTIFICATE**
**(Partnership or Joint Venture with Written Agreement)**

ACCOUNT NO. ▮▮▮5769

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

General Partner _____   09/08/2023
Printed Name: JIMMIE LEE SUTTON V                Date

General Partner _____   Date
Printed Name:

General Partner _____   Date
Printed Name:

General Partner _____   Date
Printed Name:

General Partner _____   Date
Printed Name:

General Partner _____   Date
Printed Name:

General Partner _____   Date
Printed Name:

General Partner _____   Date
Printed Name:

(Attach additional pages if necessary to reflect all General Partners)

**DISTRIBUTION:** 1) National Account Services 2) Customer

M1207-06-CS (11/20)        JPMorgan Chase Bank, N.A. Member FDIC        Page 2 of 2

        **SB1798802-F2**

**Carson Attachment O, Page 12 of 19**

Case 0:26-cv-60976-AHS Document 1-21 Entered on FLSD Docket 04/07/2026 Page 15 of 100

# CHASE

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)**
INNOVATIVE PARTNERS LP

| | |
|---|---|
| ACCOUNT NUMBER | ▮5769 |
| ACCOUNT TYPE | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | 92-1623773 |
| DATE OPENED | 09/08/2023 |
| FORM OF BUSINESS | Limited Partnership |
| ISSUED BY | JPMorgan Chase Bank, N.A. ( 021 ) |
| | Parkland - 741754 |
| | FELIPE ALMEIDA |
| | (954) 246-1895 |
| | 09/08/2023 |

**BUSINESS ADDRESS**
1396 FAIRFAX CIR E

BOYNTON BEACH, FL 33436-8617

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 804821667 | TX | 11/28/2022 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | JIMMIE LEE SUTTON V | ▮ | | General Partner | 09/08/2023 | |
| 2) | AMANI I SHOKRY | ▮ | | Signer | 09/08/2023 | |
| 3) | | | | | | |
| 4) | | | | | | |

SB1798802-F2

M1207-01-13-CS (11/20)

**Carson Attachment O, Page 13 of 19**

  

## BUSINESS DEPOSITORY CERTIFICATE
### (Partnership or Joint Venture with Written Agreement)

**CHASE** ◎

__X__ NEW _____CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>████5991 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)<br>INNOVATIVE PARTNERS LP | BRANCH NAME AND NO.<br>Parkland - 741754 |
| | DATE<br>09/08/2023 |
| BUSINESS ADDRESS<br>1396 FAIRFAX CIR E | PREPARED BY<br>FELIPE ALMEIDA |
| | PHONE NO.<br>(954) 246-1895 |
| BOYNTON BEACH, FL 33436-8617 | |

TAXPAYER ID NO.            PRODUCT TYPE
92-1623773                Chase Platinum Business Checking

Legal Name of Organization:  INNOVATIVE PARTNERS LP                                              (the "Organization")

State of Organization: _TX_____

Type of Organization (check one):
[ ] General partnership
[ ] Joint venture
[X] Limited partnership
[ ] Limited liability partnership
[ ] Limited liability limited partnership

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a partnership of the type identified above, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the general partners of the Organization (the 'General Partners'); and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements 'for deposit' may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| JIMMIE LEE SUTTON V | General Partner | |
| AMANI I SHOKRY | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each General Partner, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

   M1207-06-CS (11/20)   SB1798802-F2   JPMorgan Chase Bank, N.A. Member FDIC      Page 1 of 2

**Carson Attachment O, Page 14 of 19**

  **CHASE ○**

**BUSINESS DEPOSITORY CERTIFICATE**
**(Partnership or Joint Venture with Written Agreement)**

ACCOUNT NO. ▮▮▮5991

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | |
|---|---|
| _~~signature~~_ | 09/08/2023 |
| General Partner | Date |
| Printed Name: JIMMIE LEE SUTTON V | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

| | |
|---|---|
| General Partner | Date |
| Printed Name: | |

*(Attach additional pages if necessary to reflect all General Partners)*

**DISTRIBUTION: 1)** National Account Services **2)** Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-06-CS (11/20)

Page 2 of 2



**SB1798802-F2**

# CHASE

## Business Signature Card

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR") (DBA(s) on the following page(s) if applicable)** | **ACCOUNT NUMBER** ████5991 |
| INNOVATIVE PARTNERS LP | **ACCOUNT TYPE** Chase Platinum Business Checking |
| | **TAXPAYER ID NUMBER** 92-1623773 |
| | **DATE OPENED** 09/08/2023 |
| | **FORM OF BUSINESS** Limited Partnership |
| | **ISSUED BY** JPMorgan Chase Bank, N.A. ( 021 ) |
| **BUSINESS ADDRESS** | Parkland - 741754 |
| 1396 FAIRFAX CIR E | FELIPE ALMEIDA |
| | (954) 246-1895 |
| BOYNTON BEACH, FL 33436-8617 | 09/08/2023 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 804821667 | TX | 11/28/2022 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER   TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) | JIMMIE LEE SUTTON V | ████ | General Partner | 09/08/2023 | *[signature]* |
| 2) | AMANI I SHOKRY | ████ | Signer | 09/08/2023 | *[signature]* |
| 3) | | | | | |
| 4) | | | | | |

SB1798802-F2

Page 1

M1207-01-13-CS (11/20)

Scan





Docusign Envelope ID: 98D307F6-50D0-43C2-8872-0BE3B342A08E

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)    CHASE ○

   __X__ NEW _____ CHANGE

ACCOUNT NO.
■■■■ 2238
ACCOUNT TITLE (DBA(s) on the following page(s) if applicable)
KIND HEALTHCARE, LLC

BUSINESS ADDRESS
21264 VIA EDEN

BOCA RATON, FL 33433-2207
TAXPAYER ID NO.
39-3115992

PRODUCT TYPE
Chase Platinum Business Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A. ( 021 )

BRANCH NAME AND NO.
Florida Branch - 741767

DATE
09/22/2025

PREPARED BY
KEVIN EDWARDS

PHONE NO.
(954) 375-5619

Legal Name of Organization: KIND HEALTHCARE, LLC                                        (the "Organization")

State of Organization: DE

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| CATHERINE VIOLET O'CALLAGHAN | Member | |
| MITCHELL GLASS | Signer | |
| AHMED IBRAHIM SHOKRY | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**SIGNER(S) TO BE ADDED LATER**

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*
FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*Name (as shown on your income tax return)*    KIND HEALTHCARE, LLC

*Taxpayer Identification Number*    39-3115992

*The undersigned certifies under penalties of perjury that (1) the number shown above is my correct Taxpayer Identification Number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

SB1798802-F2



M1207-04-CS  08/23)        JPMorgan Chase Bank, N.A. Member FDIC        Page 1 of 2

312



**Carson Attachment O, Page 17 of 19**



Docusign Envelope ID: 98D307F6-50D0-43C2-8872-0BE3B342A08E





**CHASE**

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ▮▮▮ 2238

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Signed by:

*CATHERINE VIOLET O'CALLAGHAN*                                    09/24/2025

—DB56EB49E04A42A...

Member or Manager                                                                              Date
Printed Name: CATHERINE VIOLET O'CALLAGHAN

---

Member or Manager                                                                              Date
Printed Name:

---

Member or Manager                                                                              Date
Printed Name:

---

Member or Manager                                                                              Date
Printed Name:

---

Member or Manager                                                                              Date
Printed Name:

---

Member or Manager                                                                              Date
Printed Name:

---

Member or Manager                                                                              Date
Printed Name:

---

Member or Manager                                                                              Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer
SB1798802-F2
JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS 08/23)                                                                  Page 2 of 2



313
Scan

**Carson Attachment O, Page 18 of 19**

Docusign Envelope ID: 98D307F6-50D0-43C2-8872-0BE3B342A08E





# Business Signature Card

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** (DBA(s) on the following page(s) if applicable) | |
| KIND HEALTHCARE, LLC | |

| | |
|---|---|
| **ACCOUNT NUMBER** | 2238 |
| **ACCOUNT TYPE** | Chase Platinum Business Checking |
| **TAXPAYER ID NUMBER** | 39-3115992 |
| **DATE OPENED** | 09/22/2025 |
| **FORM OF BUSINESS** | Limited Liability Company - Member Managed (LLC) |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 021 ) |
| | Pine Island RD - 741767 |
| | KEVIN EDWARDS |
| | (954) 375-5619 |
| | 09/22/2025 |

**BUSINESS ADDRESS**
21264 VIA EDEN

BOCA RATON, FL 33433-2207

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Articles of Organization | SR 20253311071 | Delaware | 07/09/2025 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | CATHERINE VIOLET O'CALLAGHAN | | 9 ◼◼◼◼◼◼ | Member | 09/24/2025 | *CATHERINE VIOLET O'CALLAGHAN* |
| 2) | MITCHELL GLASS | | ◼◼◼◼◼◼ | Signer | 09/23/2025 | *MITCHELL GLASS* |
| 3) | AHMED IBRAHIM SHOKRY | | ◼◼◼◼◼◼ | Signer | 09/24/2025 | *AHMED IBRAHIM SHOKRY* |
| 4) | | | ◼◼◼◼◼◼ | | | |

**SB1798802-F2**

Page 1

M1207-01-13-CS (11/20)

314

**Carson Attachment O, Page 19 of 19**

# Carson Attachment P

**To:** Marc Freeman[mfreeman@benchmarkpaymentnetworks.com]
**From:** Wendy Galaviz[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=58E04DE89B8749A8ACEB1ECB6A946294-WENDY GALAV]
**Sent:** Wed 9/6/2023 8:06:56 PM (UTC)
**Subject:** FW: Visa Fraud Monitoring Program (VFMP) - INNOVATIVE HEALTH PLANS
Fraud_detail_HEALTHCARE PLAN_Sep 2023.xlsx
Remediation Plan Template.docx

HI Marc,

I believe I sent you an email regarding this merchant earlier today. You can disregard that one and have them fill out this reduction plan from the bank since I will have to submit it.

Let me know if you have any questions.

Thank you,



**Wendy Galaviz**

**Risk Manager**
E: wgalaviz@cliq.com
O: 866.634.3044 X: 1502
cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Joann Myrtil <Joann.Myrtil@getevolved.com>
**Sent:** Tuesday, September 5, 2023 8:56 AM
**To:** John Blaugrund <jblaugrund@cliq.com>; Wendy Galaviz <wgalaviz@cliq.com>; Risk <Risk@cliq.com>
**Cc:** Michelle Latham <mlatham@getevolved.com>; Jamie Robinson <jamie.robinson@getevolved.com>; Matt Tarantino <Matt.Tarantino@getevolved.com>; Acquiring Risk <acquiringrisk@getevolved.com>; Acquiring Underwriting <acquiringunderwriting@getevolved.com>
**Subject:** Visa Fraud Monitoring Program (VFMP) - HEALTHCARE PLAN
**Importance:** High

Visa Fraud Monitoring Program ("VFMP") – Early Warning Timeline
Non-Compliance Identification –Program Status – Notification

The Visa Fraud Monitoring Program ("VFMP") is a merchant-level fraud monitoring program to help acquirers identify merchants with excessive levels of fraud and implement corrective plans to protect the integrity of the payment system.

September 2023 (Month 1)
Merchant Name: INNOVATIVE HEALTH PLANS
Fraud Amount: $58,519.61
Fraud-to-Sales Amount Ratio: 0.75%

Required Action:
Please submit remediation plan template attached within 7 calendar days of this notification.

If you have any further inquiries, please contact acquiring@getevolved.com.

**Thank You,**
JOANN MYRTIL

**Carson Attachment P, Page 1 of 53**

Card Network Operations Analyst
joann.myrtil@getevolved.com
o 866.367.2611
d 901.969.2077

**Carson Attachment P, Page 2 of 53**

**To:**      Wendy Galaviz[wgalaviz@cliq.com]; John Blaugrund[jblaugrund@cliq.com]; Risk[Risk@cliq.com]
**Cc:**      Michelle Latham[mlatham@getevolved.com]; Joann Myrtil[Joann.Myrtil@getevolved.com]; Acquiring Risk[acquiringrisk@getevolved.com]; Acquiring Underwriting[acquiringunderwriting@getevolved.com]; Matt Tarantino[Matt.Tarantino@getevolved.com]; Bryan Lay[Bryan.Lay@getevolved.com]
**From:**    Jamie Robinson[jamie.robinson@getevolved.com]
**Sent:**    Tue 11/21/2023 7:59:19 PM (UTC)
**Subject:** FW: Merchant Investigation Request - INNOVATIVE HEALTH PLANS (601179080020922)

Good afternoon, please see below notice from Discover and advise by December 6th, 2023.

Thank you,

**JAMIE ROBINSON**

*Card Network Operations Coordinator*

jamie.robinson@getevolved.com
o 866.367.2611
d 901.614.8313

From: BrandProtection@discover.com <BrandProtection@discover.com>
Sent: Tuesday, November 21, 2023 1:42 PM
To: Jamie Robinson <jamie.robinson@getevolved.com>; Michelle Latham <mlatham@getevolved.com>; Cecilia Russell <Cecilia.Russell@getevolved.com>; Hank Word <hword@getevolved.com>
Cc: BrandProtection@discover.com; natasiahill@discover.com
Subject: Merchant Investigation Request - INNOVATIVE HEALTH PLANS (601179080020922)

**THIS IS NOT A TERMINATION REQUEST.**

**Action Required: Merchant Review and Summary of Findings**

Please acknowledge this inquiry within five (5) calendar days, review the activity described below, and respond with a summary of findings and actions (including account closure, if applicable) within fifteen (15) calendar days. Section 18.6.2 of the Acquirer Operating Regulations (AOR), Cooperation on Investigations of Suspected Illegal or Suspicious Activity, requires you to cooperate with us on investigations of suspected illegal or suspicious activity. Additionally, Appendix E of the AOR lists Prohibited Merchant Categories for which Card acceptance is not permitted.

| | |
|---|---|
| Merchant Name | INNOVATIVE HEALTH PLANS |
| Merchant Number | 601179080020922 |
| Merchant Address | 2234 N FEDERAL HWY 2862 BOCA RATON FL 33431 UNITED STATES OF AMERICA |
| Acquirer ID | 650866 |
| AIRN | 970100020901 |
| Activity Description | Merchant has a disputes ratio of 15%, majority disputes are for non-receipt of goods - cardholders are stating they did not receive goods/services and the merchant is not a legitimate insurance company. Please review and advise. |

Please indicate in your summary whether the Merchant is permitted by applicable Requirements of Law and the Acquirer Operating Regulations (AOR) to sell goods or services in the categories listed on the website.

Thank you in advance for your assistance.

**Carson Attachment P, Page 3 of 53**

**Discover Financial Services**

*The information in this communication is provided for the sole purpose of assisting in the mitigation of fraud. Additional analysis may be required to assess specific exposure and mitigation strategy. The information contained in this communication is confidential, is intended only for the use of the recipient named above and may be privileged. Dissemination, distribution or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender by return e-mail and delete the original.*

**Carson Attachment P, Page 4 of 53**

**To:** Wendy Galaviz[wgalaviz@cliq.com]
**Cc:** John Blaugrund[jblaugrund@cliq.com]
**From:** Marc Freeman[mfreeman@benchmarkpaymentnetworks.com]
**Sent:** Fri 12/8/2023 10:49:25 PM (UTC)
**Subject:** FW: FW: Visa Fraud Monitoring Program (VFMP) - INNOVATIVE HEALTH PLANS
Remediation Plan Innovative.docx

HI Wendy- See attached. Thanks.



**Marc B. Freeman**

**Executive Vice President**

M: 516.410.4542

W: 631.400.4474

F: 631.995.7154

mfreeman@gobpn.com

**From:** Arman Motiwalla <arman@innovativepartnerslp.com>
**Sent:** Friday, December 8, 2023 5:40 PM
**To:** Marc Freeman <mfreeman@benchmarkpaymentnetworks.com>
**Subject:** Re: FW: Visa Fraud Monitoring Program (VFMP) - INNOVATIVE HEALTH PLANS

Marc,

Please see attached the remediation plan for VISA.

Kindest Regards,

Arman Motiwalla
**Chief Operating Officer**

**Direct:** (720) 518-9436
**E:** arman@innovativepartnerslp.com

The information contained in or attached to this e-mail is confidential and shall not be disclosed to any third party. It is intended only for the addressees named above. If you have received this e-mail in error, kindly notify us immediately by telephone or e-mail and delete the message and any copies of it from your system. E-mail is susceptible to data corruption, interception, unauthorized amendment, tampering and viruses, and we only send and receive e-mails on the basis that we are not liable for any such actions or any consequences thereof.

On Tue, Dec 5, 2023 at 2:37 PM Marc Freeman <mfreeman@benchmarkpaymentnetworks.com> wrote:
  Arman – See below and attached. Need another remediation plan. You're in Month 2 of early warning Fraud monitoring. Need by 12/11. Thx.

**Carson Attachment P, Page 5 of 53**



**Marc B. Freeman**

**Executive Vice President**

M: 516.410.4542

W: 631.400.4474

F: 631.995.7154

mfreeman@gobpn.com

**From:** Wendy Galaviz <wgalaviz@cliq.com>
**Sent:** Monday, December 4, 2023 12:46 PM
**To:** Marc Freeman <mfreeman@benchmarkpaymentnetworks.com>
**Subject:** FW: Visa Fraud Monitoring Program (VFMP) - INNOVATIVE HEALTH PLANS
**Importance:** High

Marc,

Please see below. Can you please reach out to the merchant?

Thank you,



**Wendy Galaviz**

**Risk Manager**
E: wgalaviz@cliq.com
O: 866.634.3044 X: 1502
cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Joann Myrtil <Joann.Myrtil@getevolved.com>
**Sent:** Monday, December 4, 2023 9:44 AM
**To:** Wendy Galaviz <wgalaviz@cliq.com>; John Blaugrund <jblaugrund@cliq.com>; Risk <Risk@cliq.com>
**Cc:** Michelle Latham <mlatham@getevolved.com>; Jamie Robinson <jamie.robinson@getevolved.com>; Matt Tarantino <Matt.Tarantino@getevolved.com>; Acquiring Risk <acquiringrisk@getevolved.com>; Acquiring Underwriting <acquiringunderwriting@getevolved.com>; Bryan Lay <Bryan.Lay@getevolved.com>
**Subject:** Visa Fraud Monitoring Program (VFMP) - INNOVATIVE HEALTH PLANS
**Importance:** High

**Visa Fraud Monitoring Program ("VFMP") – Early Warning Timeline**
The Visa Fraud Monitoring Program ("VFMP") is a merchant-level fraud monitoring program to help acquirers identify merchants with excessive levels of fraud and implement corrective plans to protect the integrity of the payment system.

**Carson Attachment P, Page 6 of 53**

**December 2023 (Month 2)**
Merchant Name:  INNOVATIVE HEALTH PLANS
Fraud Amount: $ 74,125.16
Fraud-to-Sales Amount Ratio: 4.39%

**Required Action:**
Please submit remediation plan template attached within **7 calendar days** of this notification. Case and Fraud Detail also attached.

If you have any further inquiries, please contact acquiring@getevolved.com.

**Thank you,**
**JOANN MYRTIL**
*Card Network Operations Analyst*

joann.myrtil@getevolved.com
o 866.367.2611
d 901.969.2077

**Carson Attachment P, Page 7 of 53**



# Remediation Plan

## SECTION A – MERCHANT INFORMATION

| | | |
|---|---|---|
| **1. Merchant Legal Name:**<br>Innovative Partners LP | | |
| **2. Merchant Descriptor:**<br>Innovative Health Plans | | |
| **3. Principal Name(s):** Ahmed Shokry | | |
| **4. Business Address:** 1401 N University Drive | | |
| **5. Business City:** Coral Springs | **6. State:** FL | **7. ZIP:** 33071 |
| **8. Country:** USA | **9. URL**: https://innovativehealthbenefits.com/ | |
| **10. Merchant ID:** | **11. Card Acceptor ID:** | |
| **12. Date Merchant Activated:** | **13. Merchant Terminated:**  ☐ No    ☐ Yes, Date: | |

**14. Description of Merchant's Business:**

Innovative Partners manages, bills and collects and administers healthcare plans. Innovative offers defined health benefit plans ("Products") to individuals and households ("Members") via its network of downline producers ("Producers"). Members pay for monthly plans by credit card.

Merchant does not conduct any sales activities itself. All downline producers are vetted thoroughly by Merchant and sales activities are monitored and audited daily by QA and customer service team for every submitted customer application and subsequent sale.

Customers are provided with contracts of purchase immediately prior to and at time of purchase. Contracts indicate that customers have 30 days to receive a refund or cancel service. As an operating process however, Innovative Partners issues voluntary refunds whenever a customer asks and rarely if ever disputes any customer chargeback. Our RDR process ensures that as soon as we receive an alert from a customer dispute we immediately initiate a proactive refund.

**For E-Commerce Merchants, please append screenshots of the:**
1. Terms & Conditions/Disclosures
2. Checkout page
3. Sequence of web pages accessed by the Cardholder prior to final checkout

**Carson Attachment P, Page 8 of 53**



## SECTION B – MERCHANT TYPE

| 1. MCC: | 2. MCC Description: | |
|---|---|---|
| 3. High-Brand Risk MCC: ☐ No  ☐ Yes | 4. Is Merchant Registered with Visa:   ☐ Yes   ☐ No | |
| 5. Acceptance Method:<br>(Check all that apply) | ☐ Face-to-Face      ☐ MO/TO      ☒ Card-On-File | |
|  | ☒ Internet      ☐ Other: | |
| 6. If Face-to-Face, is the Merchant EMV enabled?   ☐ Yes   ☐ No | | |
| 7. Business Model:<br>(Check all that apply) | ☐ Retail Sales - Goods | ☐ Free Trial Period followed by Membership Fees |
|  | ☐ Retail Sales - Services | ☒ Card-On-File      ☐ Gift Card Sales |
|  | ☐ Outbound Telemarketing | ☒ Inbound Telemarketing      ☐ Payment Plan |
|  | ☐ In-App Purchases | ☐ Other: |

## SECTION C – SECURITY/DISPUTE/FRAUD MITIGATION AND ROOT CAUSE

| 1. Security/Dispute/Fraud Mitigation Tools Currently in Place: | |
|---|---|
| ☒ AVS (If and where applicable) | Date Implemented (MM/YY): 05/2023 |
| ☒ CVV2 (Card Absent transactions only) | Date Implemented (MM/YY): 05/2023 |
| ☐ Visa Secure (Ecommerce transactions only) | Date Implemented (MM/YY): |
| ☐ Velocity Checks | Date Implemented (MM/YY): |
| ☐ Negative/Positive Database | Date Implemented (MM/YY): |
| ☐ EMV (Card Present transactions only) | Date Implemented (MM/YY): |
| ☒ Geolocation/IP Detection | Date Implemented (MM/YY): 05/2023 |
| ☒ Device Fingerprinting | Date Implemented (MM/YY): 05/2023 |
| ☐ Tokenization | Date Implemented (MM/YY): |
| ☐ Rule-based Fraud System (e.g., CyberSource Decision Manager) | Date Implemented (MM/YY): |
| ☐ Visa Merchant Purchase Inquiry | Date Implemented (MM/YY): |

2

**Carson Attachment P, Page 9 of 53**



| ☐ **Visa Transaction Advisor** (If applicable) | **Date Implemented** (MM/YY): |
|---|---|
| ☐ **Other:** | **Date Implemented** (MM/YY): |

**2. Explanation of the Mitigation Tools in Place:** (Elaborate on the tools and processes indicated and include any other preventive tools which are not represented in Section E. If applicable, include parameters and thresholds for the tools utilized—indicate effectiveness and provide supporting evidence.)

Currently our team has implemented the following tools to ensure compliance and reduce the risk of fraud, friendly fraud and other chargebacks/disputes:

- Address Verification is implemented to reject a U.S. transaction if First 5 digits of ZIP Code do not match.
- Card ID verification is implemented to reject a U.S. transaction if CVV does not match or is not provided.
- Visa 3D secure is currently being implemented for all sales (please see section D).
- Dedicated RDR and dispute resolution/compliance personnel hired to mitigate dispute issues (please see Section D).

Customers and identity are verified at multiple points of the transaction:

1. At point of sale, customer is sent a One-Time Link to their application, the customer verifies their information by entering their Date of Birth to gain access to the application.
2. The customer then electronically signs a purchase contract via electronic signature, agrees to terms and conditions, refund policies and verifies their card information before submitting the charge via the completion of the application.
3. We record the customer's device signature, IP address, physical signature and all signed contracts.
4. Customers are then provided with access to a customer portal within 24 hours where they can review their contracts, access their products/services and see all transactional activity. Customers are provided with the ability to get a full refund on their subscription within the first 30 days from their plan effective date.

3

**Carson Attachment P, Page 10 of 53**



**3. Root Cause Analysis:** (IMPORTANT: Provide a detailed explanation of the merchant's business practices that led to the excessive dispute or fraud activity. Explanation of the problem should include supporting documentation, as well as quantitative and qualitative analysis of the dispute/fraud trends that support the determination of the root cause.)

In the health insurance industry our busiest time of year typically is October through January as this is considered 'Open Enrollment' when the entire country purchases health insurance plans for the year. Typically we see volume and sales increase starting in August as this is when families have children go back to school and people start purchasing/choosing health insurance plans. Volume increase as well as excessive dispute activity is due to seasonality as well as the fact that we have increased our sales teams.

In analyzing our disputes we identified one sales channel that was the largest contributor to the chargeback issues. Effectively immediately we have turned off that sales channel 2 weeks ago which should have a positive impact in the near term. Additionally, in regards to chargeback increase please note that many of our customers have recurring charges and we recently changed our customer service number as well as the descriptor on the merchant to be more clear for customers. Descriptor was changed from 'Health Plans' to 'Innovative Health Plans' so they could identify the company the charge was coming from, we believe this may have caused some confusion. We have modified our sales scripts as well as made modifications to customer marketing materials and brochures to ensure that we limit/lower chargeback issues. In addition, some customers may have filed chargebacks for 'not as described' based on a perception that the health plans had greater coverages than listed. We have now made concerted efforts to ensure that any exclusions or limitations of our plans/products and services are clearly communicated to the customer prior to purchase to reduce any of these issues. We believe there should be a significant decrease in these chargeback issues as we move forward given the steps we have taken to clarify our products, services and charges to the customer.

Customers are also billed on monthly reoccurring charges for subscription services. We have investigated disputes with customers post the dispute process and found that most customers indicated that they disputed as they had difficulty reaching our customer service team due to hold times or they were confused as to what phone number to call to resolve their issues. To mitigate these issues we doubled customer service staffing and increased the number of communications to customers immediately post sale to provide customer service numbers and points of escalation for customer issues. We believe this should reduce customers arbitrarily disputing charges.

Finally, with the increase in sales volume we added additional merchant processors, this may have had the unintended consequence of decreasing sales volume on particular merchant processors. Given that sales volume per processor declined but disputes remained the same, the sales to fraud ratio would show higher.

## SECTION D – FRAUD/DISPUTE REDUCTION INITIATIVES AND TOOLS

**1. Corrective Actions:** (Provide the specific actions undertaken in order to reduce disputes and/or mitigate fraud activity.)

| Corrective Action | Target Date | Comment |
|---|---|---|
| Implementation of Verified by Visa (VBV) via 3D Secure | 12/20/2023 | Implementation in process with development team |

4

**Carson Attachment P, Page 11 of 53**



| (Frictionless) | | |
|---|---|---|
| Hiring of dedicated compliance team for fraud detection, prevention & dispute reduction | 12/8/2023 | Already in process, team has been hired. |
| Daily and weekly RDR/alerts and review (third party & in-house) | 12/8/2023 | We are analyzing daily & weekly disputes and ratios |
| Implementation of customer text message on failed re-bill. | 12/20/2023 | In process, system being modified to automate text message notifications. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**2. Current and next steps.** (IMPORTANT: Please describe the current/next steps undertaken by the merchant to mitigate fraud and/or reduce dispute activity—include timeframes.)

1) We have hired services and implemented software, which will enable Innovative Partners to access and process Verified By Visa (VBV) and MasterCard Secure Code (MSC) transactions to reduce the risk of fraud or friendly fraud.

2) We have hired a dedicated team of compliance experts that have extensive experience in understanding all the auxiliary products and services that will assist us in reducing customer disputes, such as anti-fraud products, alerts, RDR, automated customer service, 3D secure, and any other tools necessary to optimize efficiency. With this expertise, we can reduce our disputes/chargebacks and increase approval percentages.

3) We are conducting daily and weekly reviews of all alerts and disputes to determine root causes, origination issues from a sales perspective and taking immediate corrective action when we find sales to fraud ratios etc to be elevated.

**Carson Attachment P, Page 12 of 53**



4) We are implementing systemwide technology changes that restrict the number of attempts our system can make should a transaction fail on re-bill etc. The system will also notify the customer via text message on a failed re-bill attempt. Previously, on a reoccurring transaction a customer's card may be attempted multiple times which may cause concern to the customer. Implementation of this system change should reduce the number of declines and provide the customer with more transparency as to failed charges.

## SECTION E – NON-COMPLIANCE ASSESSMENT (NCA) LIABILITY

| | |
|---|---|
| 1. If the Merchant qualifies for NCAs, are you asking for a suspension?    ☐ No    ☐ Yes | |
| 2. If Yes, what suspension period is requested?    ☐ 30 Day    ☐ 60 Day    ☐ 90 Day | |
| 3. If Yes, state the reason for the suspension request: | |
| 4. Provide a date when the merchant is expected to reach compliance: | |
| 5. Please provide any additional information not covered above: | |

**Carson Attachment P, Page 13 of 53**

**To:**      Wendy Galaviz[wgalaviz@cliq.com]
**Cc:**      John Blaugrund[jblaugrund@cliq.com]
**From:**   Marc Freeman[mfreeman@benchmarkpaymentnetworks.com]
**Sent:**   Wed 1/10/2024 12:26:24 AM (UTC)
**Subject:** FW: FW: Visa Dispute Monitoring Program (VDMP) - INNOVATIVE HEALTH PLANS
Remediation Plan Innovative Jan 24.docx

Here you go. Until next month…



Marc B. Freeman

**Executive Vice President**

M: 516.410.4542

W: 631.400.4474

F: 631.995.7154

mfreeman@gobpn.com

---

**From:** Arman Motiwalla <arman@innovativepartnerslp.com>
**Sent:** Tuesday, January 9, 2024 5:41 PM
**To:** Marc Freeman <mfreeman@benchmarkpaymentnetworks.com>
**Subject:** Re: FW: Visa Dispute Monitoring Program (VDMP) - INNOVATIVE HEALTH PLANS

Please see attached the Jan 2024 visa remediation plan.

Kindest Regards,

Arman Motiwalla
**Chief Operating Officer**

**Direct:** (720) 518-9436
**E:** arman@innovativepartnerslp.com

---

The information contained in or attached to this e-mail is confidential and shall not be disclosed to any third party. It is intended only for the addressees named above. If you have received this e-mail in error, kindly notify us immediately by telephone or e-mail and delete the message and any copies of it from your system. E-mail is susceptible to data corruption, interception, unauthorized amendment, tampering and viruses, and we only send and receive e-mails on the basis that we are not liable for any such actions or any consequences thereof.

On Mon, Jan 8, 2024 at 11:47 AM Marc Freeman <mfreeman@benchmarkpaymentnetworks.com> wrote:
  Arman- See below and attached. You're in month 1 of the program. Need remediation plan. Lmk if anything. Thx.



**Marc B. Freeman**

**Executive Vice President**

M: 516.410.4542

W: 631.400.4474

F: 631.995.7154

mfreeman@gobpn.com

**From:** Wendy Galaviz <wgalaviz@cliq.com>
**Sent:** Monday, January 8, 2024 11:38 AM
**To:** Marc Freeman <mfreeman@benchmarkpaymentnetworks.com>
**Cc:** John Blaugrund <jblaugrund@cliq.com>
**Subject:** FW: Visa Dispute Monitoring Program (VDMP) - INNOVATIVE HEALTH PLANS
**Importance:** High

Marc,

Can you please forward to the merchant?

Thank you,



**Wendy Galaviz**

**Risk Manager**
E: wgalaviz@cliq.com
O: 866.634.3044 X: 1502
cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Joann Myrtil <Joann.Myrtil@getevolved.com>
**Sent:** Monday, January 8, 2024 8:18 AM
**To:** Wendy Galaviz <wgalaviz@cliq.com>; John Blaugrund <jblaugrund@cliq.com>; Risk <Risk@cliq.com>
**Cc:** Michelle Latham <mlatham@getevolved.com>; Jamie Robinson <jamie.robinson@getevolved.com>; Acquiring Risk <acquiringrisk@getevolved.com>; Acquiring Underwriting <acquiringunderwriting@getevolved.com>; Matt Tarantino <Matt.Tarantino@getevolved.com>
**Subject:** Visa Dispute Monitoring Program (VDMP) - INNOVATIVE HEALTH PLANS
**Importance:** High

**Visa Dispute Monitoring Program ("VDMP") – Standard Timeline**
**Non-Compliance Identification –Program Status – Notification**
The Visa Dispute Monitoring Program ("VDMP") is a merchant-level dispute monitoring program to help acquirers identify merchants with excessive levels of disputes and implement corrective plans to protect the integrity of the payment system.

**Carson Attachment P, Page 15 of 53**

**January 2024 (Month 1)**
Merchant Name: INNOVATIVE HEALTH PLANS
Dispute Count: 216
Dispute-to-Sales Count Ratio:4.87%

**Required Action:**
Please submit updates to the attached remediation plan within **7 calendar days** of this notification.

If you have any further inquiries, please contact acquiring@getevolved.com.

**Thank You,**
JOANN MYRTIL
Card Network Operations Analyst
joann.myrtil@getevolved.com
o 866.367.2611
d 901.969.2077



# Remediation Plan

## SECTION A – MERCHANT INFORMATION

| | | |
|---|---|---|
| **1. Merchant Legal Name:** Innovative Partners LP | | |
| **2. Merchant Descriptor:** Innovative Health Plans | | |
| **3. Principal Name(s):** Ahmed Shokry | | |
| **4. Business Address:** 1401 N University Drive | | |
| **5. Business City:** Coral Springs | **6. State:** FL | **7. ZIP:** 33071 |
| **8. Country:** USA | **9. URL:** https://innovativehealthbenefits.com/ | |
| **10. Merchant ID:** | **11. Card Acceptor ID:** | |
| **12. Date Merchant Activated:** | **13. Merchant Terminated:** ☐ No   ☐ Yes, Date: | |

**14. Description of Merchant's Business:**

Innovative Partners manages, bills and collects and administers healthcare plans. Innovative offers defined health benefit plans ("Products") to individuals and households ("Members") via its network of downline producers ( "Producers"). Members pay for monthly plans by credit card.

Merchant does not conduct any sales activities itself. All downline producers are vetted thoroughly by Merchant and sales activities are monitored and audited daily by QA and customer service team for every submitted customer application and subsequent sale.

Customers are provided with contracts of purchase immediately prior to and at time of purchase. Contracts indicate that customers have 30 days to receive a refund or cancel service. As an operating process however, Innovative Partners issues voluntary refunds whenever a customer asks and rarely if ever disputes any customer chargeback. Our RDR process ensures that as soon as we receive an alert from a customer dispute we immediately initiate a proactive refund.

**For E-Commerce Merchants, please append screenshots of the:**
1. Terms & Conditions/Disclosures
2. Checkout page
3. Sequence of web pages accessed by the Cardholder prior to final checkout

1

**Carson Attachment P, Page 17 of 53**



## SECTION B – MERCHANT TYPE

| 1. MCC: | 2. MCC Description: | | |
|---|---|---|---|
| 3. High-Brand Risk MCC: ☐ No   ☐ Yes | 4. Is Merchant Registered with Visa:   ☐ Yes   ☐ No | | |
| 5. Acceptance Method:<br>(Check all that apply) | ☐ Face-to-Face<br>☒ Internet | ☐ MO/TO<br>☐ Other: | ☒ Card-On-File |
| 6. If Face-to-Face, is the Merchant EMV enabled?   ☐ Yes   ☐ No | | | |
| 7. Business Model:<br>(Check all that apply) | ☐ Retail Sales - Goods<br>☐ Retail Sales - Services<br>☐ Outbound Telemarketing<br>☐ In-App Purchases | ☐ Free Trial Period followed by Membership Fees<br>☒ Card-On-File<br>☒ Inbound Telemarketing<br>☐ Other: | ☐ Gift Card Sales<br>☐ Payment Plan |

## SECTION C – SECURITY/DISPUTE/FRAUD MITIGATION AND ROOT CAUSE

| 1. Security/Dispute/Fraud Mitigation Tools Currently in Place: | |
|---|---|
| ☒ **AVS** (If and where applicable) | **Date Implemented** (MM/YY): 05/2023 |
| ☒ **CVV2** (Card Absent transactions only) | **Date Implemented** (MM/YY): 05/2023 |
| ☒ **Visa Secure** (Ecommerce transactions only) | **Date Implemented** (12/2023): |
| ☐ **Velocity Checks** | **Date Implemented** (MM/YY): |
| ☐ **Negative/Positive Database** | **Date Implemented** (MM/YY): |
| ☐ **EMV** (Card Present transactions only) | **Date Implemented** (MM/YY): |
| ☒ **Geolocation/IP Detection** | **Date Implemented** (MM/YY): 05/2023 |
| ☒ **Device Fingerprinting** | **Date Implemented** (MM/YY): 05/2023 |
| ☐ **Tokenization** | **Date Implemented** (MM/YY): |
| ☐ **Rule-based Fraud System** (e.g., CyberSource Decision Manager) | **Date Implemented** (MM/YY): |
| ☐ **Visa Merchant Purchase Inquiry** | **Date Implemented** (MM/YY): |

2

**Carson Attachment P, Page 18 of 53**



| ☐ **Visa Transaction Advisor** (If applicable) | **Date Implemented** (MM/YY): |
|---|---|
| ☐ **Other:** | **Date Implemented** (MM/YY): |

**2. Explanation of the Mitigation Tools in Place:** (Elaborate on the tools and processes indicated and include any other preventive tools which are not represented in Section E. If applicable, include parameters and thresholds for the tools utilized—indicate effectiveness and provide supporting evidence.)

Currently our team has implemented the following tools to ensure compliance and reduce the risk of fraud, friendly fraud and other chargebacks/disputes:

- Address Verification is implemented to reject a U.S. transaction if First 5 digits of ZIP Code do not match.
- Card ID verification is implemented to reject a U.S. transaction if CVV does not match or is not provided.
- Visa 3D secure has been implemented for all sales (please see section D).
- Mastercard 3D secure has been implemented for all sales (please see section D).
- Dedicated RDR and dispute resolution/compliance personnel hired to mitigate dispute issues (please see Section D).

Customers and identity are verified at multiple points of the transaction:

1. At point of sale, customer is sent a One-Time Link to their application, the customer verifies their information by entering their Date of Birth to gain access to the application.
2. The customer then electronically signs a purchase contract via electronic signature, agrees to terms and conditions, refund policies and verifies their card information before submitting the charge via the completion of the application.
3. We record the customer's device signature, IP address, physical signature and all signed contracts.
4. Customers are then provided with access to a customer portal within 24 hours where they can review their contracts, access their products/services and see all transactional activity. Customers are provided with the ability to get a full refund on their subscription within the first 30 days from their plan effective date.

3

**Carson Attachment P, Page 19 of 53**



**3. Root Cause Analysis:** (IMPORTANT: Provide a detailed explanation of the merchant's business practices that led to the excessive dispute or fraud activity. Explanation of the problem should include supporting documentation, as well as quantitative and qualitative analysis of the dispute/fraud trends that support the determination of the root cause.)

In the health insurance industry our busiest time of year typically is October through January as this is considered 'Open Enrollment' when the entire country purchases health insurance plans for the year. Typically we see volume and sales increase starting in August as this is when families have children go back to school and people start purchasing/choosing health insurance plans. Volume increase as well as excessive dispute activity is due to seasonality as well as the fact that we have increased our sales teams.

In analyzing our disputes we identified one sales channel that was the largest contributor to the chargeback issues. Effectively immediately we have turned off that sales channel 2 weeks ago which should have a positive impact in the near term. Additionally, in regards to chargeback increase please note that many of our customers have recurring charges and we recently changed our customer service number as well as the descriptor on the merchant to be more clear for customers. Descriptor was changed from 'Health Plans' to 'Innovative Health Plans' so they could identify the company the charge was coming from, we believe this may have caused some confusion. We have modified our sales scripts as well as made modifications to customer marketing materials and brochures to ensure that we limit/lower chargeback issues. In addition, some customers may have filed chargebacks for 'not as described' based on a perception that the health plans had greater coverages than listed. We have now made concerted efforts to ensure that any exclusions or limitations of our plans/products and services are clearly communicated to the customer prior to purchase to reduce any of these issues. We believe there should be a significant decrease in these chargeback issues as we move forward given the steps we have taken to clarify our products, services and charges to the customer.

Customers are also billed on monthly reoccurring charges for subscription services. We have investigated disputes with customers post the dispute process and found that most customers indicated that they disputed as they had difficulty reaching our customer service team due to hold times or they were confused as to what phone number to call to resolve their issues. To mitigate these issues we doubled customer service staffing and increased the number of communications to customers immediately post sale to provide customer service numbers and points of escalation for customer issues. We believe this should reduce customers arbitrarily disputing charges.

Finally, with the increase in sales volume we added additional merchant processors, this may have had the unintended consequence of decreasing sales volume on particular merchant processors. Given that sales volume per processor declined but disputes remained the same, the sales to fraud ratio would show higher.

4

**Carson Attachment P, Page 20 of 53**



## SECTION D – FRAUD/DISPUTE REDUCTION INITIATIVES AND TOOLS

**1. Corrective Actions:** (Provide the specific actions undertaken in order to reduce disputes and/or mitigate fraud activity.)

| Corrective Action | Target Date | Comment |
|---|---|---|
| Implementation of Verified by Visa (VBV) via 3D Secure (Frictionless) | 12/20/2023 | Implemented & working |
| Hiring of dedicated compliance team for fraud detection, prevention & dispute reduction | 12/8/2023 | Already in process, team is active |
| Daily and weekly RDR/alerts and review (third party & in-house) | 12/8/2023 | We are analyzing daily & weekly disputes and ratios |
| Implementation of customer text message on failed re-bill. | 12/20/2023 | In process, system being modified to automate text message notifications. |
| Implementation of Mastercard Secure via 3D Secure (Frictionless) | 12/20/2023 | Implemented & working |
| Reduction of rebill attempts to reduce declines & CB | 12/20/2023 | Implemented & working |
| | | |
| | | |
| | | |
| | | |
| | | |

**Carson Attachment P, Page 21 of 53**



**2. Current and next steps.** (IMPORTANT: Please describe the current/next steps undertaken by the merchant to mitigate fraud and/or reduce dispute activity—include timeframes.)

1) **In comparing Dec 23 and Jan 24 numbers we are seeing an approximate 5% drop in chargebacks/disputes across all MIDs from the processes and software that we implemented in late December 2023.**

2) All transactions processed from Dec 20th 2023 onward were processed utilizing VISA Verified and Mastercard Secure. As such these transactions will not be able to be disputed for fraud reasons and we believe this will significantly reduce any new disputes.

3) We have hired services and implemented software, which will enable Innovative Partners to access and process Verified By Visa (VBV) and MasterCard Secure Code (MSC) transactions to reduce the risk of fraud or friendly fraud.

4) We have hired a dedicated team of compliance experts that have extensive experience in understanding all the auxiliary products and services that will assist us in reducing customer disputes, such as anti-fraud products, alerts, RDR, automated customer service, 3D secure, and any other tools necessary to optimize efficiency. With this expertise, we can reduce our disputes/chargebacks and increase approval percentages.

5) Our new Chargeback management system currently has 70% coverage for RDR alerts and we are increasing RDR refunds on a daily basis. We aim to have 90% coverage on all MIDs shortly.

6) We are conducting daily and weekly reviews of all alerts and disputes to determine root causes, origination issues from a sales perspective and taking immediate corrective action when we find sales to fraud ratios etc to be elevated.

7) We are implementing systemwide technology changes that restrict the number of attempts our system can make should a transaction fail on re-bill etc. The system will also notify the customer via text message on a failed re-bill attempt. Previously, on a reoccurring transaction a customer's card may be attempted multiple times which may cause concern to the customer. Implementation of this system change should reduce the number of declines and provide the customer with more transparency as to failed charges.

6

**Carson Attachment P, Page 22 of 53**

EVOLVE
*bank & trust*

## SECTION E – NON-COMPLIANCE ASSESSMENT (NCA) LIABILITY

| | |
|---|---|
| 1. If the Merchant qualifies for NCAs, are you asking for a suspension?  ☐ No    ☐ Yes | |
| 2. If Yes, what suspension period is requested?    ☐ 30 Day    ☐ 60 Day    ☐ 90 Day | |
| 3. If Yes, state the reason for the suspension request: | |
| 4. Provide a date when the merchant is expected to reach compliance: | |
| 5. Please provide any additional information not covered above: | |

**Carson Attachment P, Page 23 of 53**

Cliq

Office

Agent

## Merchant Processing Application

### BUSINESS INFORMATION ("Merchant")

| | | |
|---|---|---|
| DBA (Doing Business As) **INNovative Partners** | Legal Name: Innovative Partners LP | |
| Descriptor (23 Characters): HealthCare Plan | Federal Tax ID: 92-1623773 | Number of Locations: 1 |
| Location Address: 2234 N Federal Highway     NUM 2862 | Legal Address: 2234 N Federal HIghway     NUM 2862 | |

| City: Boca Raton | State: FL | Zip: 33431 | City: Boca Raton | State: FL | Zip: 33431 |
|---|---|---|---|---|---|

| Location Phone: 561-536-8519 | Location Fax: n/a | Legal Phone: 561-536-8519 | Fax:     n/a |
|---|---|---|---|

Mail To: ☐ DBA ☒ Legal Address ☐ Other:

| Contact Name: Tiffany Bredeson | Contact Phone: 561-536-8519 | Contact Email(s): contracting@innovativepartnerslp.com |
|---|---|---|

| Website Address: **INNOVative Partneslp.com** | Customer Service Phone #: **866-677-6074** |
|---|---|

### BUSINESS PROFILE

Type of Ownership: ☐ Sole Proprietor ☒ Partnership ☐ LLC ☐ Corp (State of Incorp: TX ) ☐ Government ☐ Tax Exempt ☐ Other:

| Number of Years in Business: 1 | Number of Years of Current Ownership: 1 | Stock Symbol (If Publicly Traded): | MCC/SIC Code: |
|---|---|---|---|

Prior Bankruptcies? ☐ Yes ☒ No   Date Discharged:

If Yes, describe:
(use add'l sheets if necessary)

Name(s) of previous Visa/MC/Discover/American Express Processor(s):
(Please attach most recent 3 months' statements)

Have you ever been terminated from accepting bankcards? ☐ Yes ☒ No   If yes, please explain: (use add'l sheets if necessary)

Have you been placed on a payment association's chargeback monitoring program or 'high-risk list' (i.e. MasterCard MATCH list, etc.) in the last 2 years? ☐ Yes ☒ No
If yes, please describe: (use add'l sheets if necessary)

Description of Products / Services Sold: **Insurance Products**

### PROCESSING PROFILE

#### Credit Card Processing

Sales Method: ____ % Swiped + ____ % Imprinted + **100** % MO/TO + ____ % Internet = 100%     Indicate Visa, MC, Discover, AMEX types NOT to accept:

| | | | | | |
|---|---|---|---|---|---|
| Visa/MC/Discover Average Ticket | $ **400** | Visa/MC/Discover Maximum Ticket | $ **2500** | Visa/MC/Discover Monthly Volume | $ **50,000** |
| American Express Average Ticket | $ **400** | American Express Maximum Ticket | $ **2500** | American Express Monthly Volume | $ **5,000** |

☐ AMEX Merchants: By checking this box, you opt out of receiving future commercial marketing communications from American Express.

#### ACH Processing

| Corporate Credit or Debit | Pre-arranged Payment and Deposits | Web Initiated Entry |
|---|---|---|
| ☒ CCD Credit ☒ CCD Debit | ☒ PPD Credit ☒ PPD Debit | ☒ WEB Debit |

Descriptor (Limited to 15 Characters): HealthCare Plan     Authorized Signor (for Changes and Requests): **Ahmed Shekry**

| Merchant's Activity | Average Items / Month | # **50** | Average Item Amount | $ **400** | Average Returns / Month | # **2** |
|---|---|---|---|---|---|---|
| Requested Maximum Limits | Max Transaction Amount | $ **2500** | Max Daily Volume | $ **5000** | Max Monthly Volume | $ **25,000** |
| | Daily Transaction Count | # **20** | Monthly Transaction Count | # **100** | | |

### PROCESSING DETAILS
(Required for card not present transactions)

What is the delivery timeframe to the consumer?
☒ 0-7 Days ☐ 8-14 Days ☐ 15-30 Days ☐ 30+ Days

Who owns the product? ☒ Merchant ☐ Vendor

Are consumers required to provide a deposit? ☐ Yes     % ☒ No, paid in full
If yes, is all or any portion of the deposit refundable? ☐ Yes ☐ No

Name and address of the fulfillment house, if any: N/A

How far in advance do you take payments? **100** ____ days ____ % ____ days ____ % ____ days

Name and address of your supplier, if any: N/A

What is your return, cancelation, or refund policy? **30 day Full refund**

How do you advertise? ☐ Catalog, TV or Radio, ☐ Direct Mail ☒ Internet
☒ eMail ☐ Telemarketing ☐ Other:

Will the product be marketed or sold outside of the U.S.? ☐ Yes ☒ No
If Yes, Describe:

What is your warranty/guaranty? N/A

What percentage of sales transactions are with international cards? **0** %

Is your business seasonal? ☐ Yes ☒ No   Months: ____ to ____

**Carson Attachment P, Page 24 of 53**

 Cliq

## PRINCIPALS/BENEFICIAL OWNERS/PARTNERS/OFFICERS
(All persons or legal entities holding, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, at least 25% of the equity interests of the company must be listed)

Note: This information is used solely to satisfy "Know Your Customer" identity verification requirements.
If a credit check is performed on this application, it will only be conducted on the person(s) signing the application.

| (1) Name (print): Jimmie   Sutton | | Title: General Partner | | Equity/Ownership: 100 % |
| Date of Birth: ▮ | Driver's License #: ▮ | State: FL | SSN: ▮ | Home Phone: ▮ |
| Home Address: ▮ | City: ▮ | | State: FL | Zip Code: ▮ |

| (2) Name (print): | | Title: | | Equity/Ownership: _____ % |
| Date of Birth: | Driver's License #: | State: | SSN: | Home Phone: |
| Home Address: | City: | | State: | Zip Code: |

| (3) Name (print): | | Title: | | Equity/Ownership: _____ % |
| Date of Birth: | Driver's License #: | State: | SSN: | Home Phone: |
| Home Address: | City: | | State: | Zip Code: |

| (4) Name (print): | | Title: | | Equity/Ownership: _____ % |
| Date of Birth: | Driver's License #: | State: | SSN: | Home Phone: |
| Home Address: | City: | | State: | Zip Code: |

### Controlling Person
Any individual with significant management responsibility (example: CEO, CFO, Treasurer, President, VP, etc.)

| Name (print):  Ahmed Shokry | | Title: MGR | | Equity/Ownership: 100 % |
| Date of Birth: ▮ | Driver's License #: ▮ | State: FL | SSN: ▮ | Home Phone: ▮ |
| Home Address: 21264 Via Eden | City: Boca Raton | | State: FL | Zip Code: 33433 |

To help the government fight financial crime, Federal law requires financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

By signing below, I attest that I have accurately provided the name, address, date of birth, Social Security Number (SSN) and other applicable information for all beneficial owners holding 25% or more of the company and for all controlling persons.

| Merchant Signature: X _(signature)_ | Title: MGR | Date: 03/03/2023 |

### BANK INFORMATION

| For Deposits | Account Number: ▮ 0340 | Routing Number: 063 100 277 |
| For Fee Debits (if Different) | Account Number: | Routing Number: |

Please provide a copy of a Voided Check or Bank Letter signed by a bank officer with Bank Name, ABA and DDA listed
Please be advised that Starter Checks are not acceptable

**Carson Attachment P, Page 25 of 53**


Cliq

## Credit Card Processing

| ☐ INTERCHANGE PLUS* | ☒ TIERED | ☐ CASH DISCOUNT |

### INTERCHANGE PLUS*

Includes dues and assessments. based on gross sales $

| | Credit | Debit |
|---|---|---|
| MC/V/Disc Rate | ___% | ___% |
| Other Item Rate | $___ | |
| Other Volume Rate | ___% | |

*not available for restricted business types

### TIERED

| | Discount | Trans Fee |
|---|---|---|
| MC/V/Disc Debit Qual | 2.99 % | $___ |
| MC/V/Disc Credit Qual | 2.99 % | $___ |
| MC/V/Disc Mid-Qual | 3.49 % | $___ |
| MC/V/Disc Non-Qual | 3.99 % | $___ |

### CASH DISCOUNT

| | Discount | Trans Fee |
|---|---|---|
| Cash Discount | % OR $___ | |
| Apply to Debit | ☐ Yes | ☐ No |

### OTHER TRANSACTION FEES (ALL CARD TYPES)

| | | | |
|---|---|---|---|
| Authorization Fee $.25 | Item Fee $___ | Refund Transaction Fee $___ |
| Electronic AVS $.05 | Gateway Transaction Fee $___ | Wireless Transaction Fee $___ |

### PER OCCURENCE FEES

| | | |
|---|---|---|
| Batch Fee $.25 | Chargeback Fee $25 | Retrieval Fee $15 |

### MONTHLY FEES

| | | |
|---|---|---|
| Statement Fee $— | Monthly Minimum $25 | Online Reporting $___ |

### CHARGEBACK MANAGEMENT

| | | |
|---|---|---|
| Ethoca Alerts $___ | Verifi Alerts & RDR $___ | Alert & RDR Management Services $___ |
| Chargeback Management $___ | 3DS (per transaction) $___ | Other: $___ |

### OTHER CARD TYPES (IF APPLICABLE)

| | | |
|---|---|---|
| PIN Debit   Monthly Debit Access Fee $___ | Other Volume ___% | Other Item Rate $___ |
| EBT   ☐ Food Stamps ☐ Cash Benefits | FNS# ___ | Other Item Rate $___ |

**Special Fee Conditions / Notes:**

Preferred Discount Method *(Must be approved by Processor):* ☐ Daily ☒ Monthly   ☒ Pass Through All Brand Fees   ☒ Pass through Dues and Assessments

### American Express

☒ American Express Opt Blue   ☐ AMEX ESA (Over $1M annually)

☐ Decline Amex   ESA SE#: ___

| Interchange Plus | | Tiered Pricing | Discount | Trans Fee |
|---|---|---|---|---|
| Opt Blue Discount ___% | Opt Blue Debit Qual | 2.99 % | $___ |
| Trans Fee $___ | Opt Blue Credit Qual | 3.49 % | $___ |
| Other Item Rate $___ | Opt Blue Mid-Qual | 3.99 % | $___ |
| Other Volume Rate ___% | Opt Blue Non-Qual | 3.99 % | $___ |

Estimated Annual Amex Volume. $___

### Other Fees

| | |
|---|---|
| Voice Authorization | $1.00 |
| ARU Authorization | $1.00 |
| Monthly PCI Compliance | $3.95 |
| Annual PCI Compliance | $59.99 |
| PCI Non-Compliance | $29.99 |
| TIN Mismatch | $25.00 |
| Per ACH Reject | $24.99 |
| Government Compliance | $4.95 |
| Dispute Resolution | $35.00 |
| Annual Fee | $69.99 |
| Elevate Access Fee | $5.00 |
| Basic Monitoring | $___ |
| Content Monitoring | $___ |
| Cyber/Breach Insurance | $___ |

### ACH Processing

Item Fee $.25 and .75 % each item   Monthly Fee: $10   Setup Fee: $—

Monthly Minimum: $25.00   Inquiry Fee: $—   Overdraft Fee: $25.00   each occurrence

Over Monthly Limit Surcharge: $   File Load Fee: $0.50 / Batch

Returned Item Fee: $2.5   Late Returned Item Fee: $15   *(Each rejected or corrected item)*

Excessive Return (>1%) Fee: $20   Excessive Late Return (>10%) Fee: $

### EQUIPMENT

| Terminal/POS | Manufacturer | Model: | ☐ I need a Terminal |
|---|---|---|---|
| Gateway | ☐ Cliq ☐ Auth.net ☐ USA ePay ☒ Other: NMI | Gateway Setup Fee: $ | Gateway Monthly Fee: $ |
| Mobile | Do you already have a mobile swiper/chip reader? ☐ No, I need one ☐ Yes Make/Model: | | |

**Equipment Notes:**

**Carson Attachment P, Page 26 of 53**



## BANK AND ASSOCIATION DISCLOSURE

**Merchant Service Provider Information ("ISO"):** CardFlex Inc (DBA "Cliq"). 2900 Bristol Street Suite F-201, Costa Mesa, CA 92626, www.cliq.com, 866-634-3044

**Member Bank Information ("Bank"):** Evolve Bank and Trust, 6070 Poplar Avenue, Memphis, TN 38119 901-624-5500

**Important Bank Responsibilities:**
- Bank is the only entity approved to extend acceptance of VISA products directly to a Merchant.
- Bank is and must be a principal (signor) to the Merchant Agreement.
- Bank is responsible for educating Merchants on pertinent VISA Operating Regulations with which Merchants must comply
- Bank is responsible for and must provide Settlement funds to the Merchant.
- Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**
- Ensure compliance with Cardholder data security, transmission, disclosure and storage requirements.
- Maintain fraud and chargebacks below thresholds.
- Review and understand the terms of the Merchant Agreement.
- Comply with VISA, MasterCard, and Discover Operating Regulations, including not using a Merchant Servicer unless approved by Bank and ISO
- You may download Visa Regulations from their website at: http://usa.visa.com/merchants/operations/op_regulations.html
- You may download MasterCard Regulations from their website at: http://www.mastercard.com/us/merchant/support/rules.html
- You may download merchant information from their website at http://www.discovernetwork.com/merchants/index.html

Nothing in this Application is intended to supersede or vary the terms of the Merchant Agreement, which is hereby incorporated by reference. To the extent any conflict arises between this Application and the Merchant Agreement, the latter shall be deemed controlling. Merchant is hereby further advised that the Bank is the ultimate authority should the Merchant have any problems.

**Merchant Signature: X** _____   **Title:** General Partner   **Date:** 03/13/2023

## MERCHANT ACCEPTANCE AND DECLARATIONS

**Resolution:** (*Note:* This only applies if the Merchant submitting this Application is a corporation, partnership, limited liability partnership or limited liability company.) The undersigned hereby certifies that a resolution substantially similar to the following was adopted by the Board of Directors (or partners/members as applicable) of the organization submitting this application via a meeting or formal written consent stating that a quorum was present and approved same; and that such resolutions are in conformity with the provisions of the articles and bylaws (or partnership or operating agreement) currently in effect for the Merchant.. "RESOLVED, that the individual who has signed the Merchant Agreement set forth below is hereby authorized and directed to prepare, execute, and make an application to Cliq and Bank (collectively, "Service Providers") for payment card processing under the Service Providers' Merchant Agreement (the "Agreement"), and such person, as well as any other officer/partner/member of the Merchant is authorized to negotiate and amend the terms and conditions of the Agreement on behalf of and in the name of the Merchant, and the Merchant shall be responsible for the payment of all amounts owing to Service Providers pursuant to the terms and conditions of the Agreement from time to time. FURTHER RESOLVED, that the Secretary/General Partner/Manager of the Merchant (whether or not the same person who will or has signed the Agreement) is authorized and directed to certify in connection with an application for the Agreement that the foregoing resolutions and the provisions thereof are in conformity with, as applicable, the articles and bylaws (or operating agreement) of the Merchant and that the foregoing resolutions and the authority contained therein shall remain in full force and effect until the following conditions are met: (i) the Merchant notifies Service Providers to the contrary in writing, and (ii) the Merchant terminates the Agreement; provided, however, the Merchant acknowledges that, in any case, following termination Merchant will remain obligated for all amounts due under the Agreement; and FURTHER RESOLVED, that the individual who has signed Service Providers' Agreement,is hereby authorized to perform such other acts as may be necessary and proper in connection with the Merchant's obligations under the Agreement."

**Initials of Person Making Certification:** _____

**Additional Terms applying to the Merchant Agreement:** By signing below the individual(s) (1) Certif(ies) that he/she is the Merchant or is authorized to make and execute this application on behalf thereof, and that all information and documents submitted in connection with this Application are true and complete; (2) Authorize(s) Service Providers to: (a) investigate, obtain, and exchange reports and information, including information from the Internal Revenue Service and/or major credit bureaus, regarding the creditworthiness of both that individual and, if different, the Merchant; (c) if this Application is approved, update said reports and information from time to time in Service Providers' sole discretion and without additional notice; and (d) share this information between Service Providers and their respective agents, employees, advisors and affiliates; (3) Acknowledge(s): (a)having retrieved, printed and read a copy of the Service Providers' Merchant Program Agreement (the "Cliq Agreement") www.cliq.com/pg the terms and conditions of which being incorporated herein by this reference; and (b) that Service Providers may amend, add to or delete ("Change") any of the provisions in, to or of the Cliq Agreement from time to time, as provided in the Cliq Agreement; (4) Agree(s) that: (a) any transactions submitted after the effective date of any such Change will be subject to the terms and conditions of the then-current Cliq Agreement as so Changed; (b) if Merchant does not wish to accept any Change, Merchant must cease tendering Card Items or using Cliq's services prior to the effective date of such change, and notify Service Providers in writing of Merchant's intention to terminate Merchant's participation in the merchant program, as contemplated by the Merchant Agreement; (c) Merchant will be bound by each card transaction submitted to Service Providers and the Merchant Agreement; and (d) Merchant will submit card transactions to Service Providers only in accordance with the information provided by Merchant in this Application, and will immediately inform Service Providers in writing if any information in this Application changes. This Application is subject to approval by Service Providers.

**I have viewed the Merchant Agreement at www.cliq.com/pg** _____

**Additional Terms applying to the ACH Processing Agreement:** The undersigned hereby authorizes Cliq, in accordance with this Application and the ACH Processing Agreement (www.cliq.com/achpg) to initiate debit and credit entries to the business checking account as indicated on the enclosed voided check. This authority is to remain in full force and effect until: (a) Cliq has received written notification from Merchant of its intent to cancel in such manner as to afford Cliq reasonable opportunity to act on it; and (b) all obligations of Merchant to Cliq that have arisen under the Cliq Agreement have been paid in full, including, without limitation, those obligations described in this Application and the Merchant Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreements for software and/or accompanying equipment. By signing below, the undersigned hereby certifies that the information provided in this Application is, to the best of his/her knowledge, complete and correct, and acknowledges having retrieved, printed and read a copy of the ACH Processing Agreement and all exhibits thereto, the terms and conditions of which being incorporated herein by reference. The undersigned further certifies that he/she is an individual holding significant responsibility for managing the business listed above, such as a corporate officer (CEO, President, CFO, General Partner, Managing Member, etc.) or senior executive (Vice President, etc.) or other individual who regularly performs similar functions and authorized to bind the company into legal contracts.

**I have viewed the ACH Processing Agreement at www.cliq.com/achpg** _____

Any disputes or claims between the parties hereto, including their respective successors, assigns, affiliates, third party subcontractors, and/or agents, arising out of or relating to this Application, the Merchant and/or ACH Processing Agreement(s), or the services to be provided hereunder (whether based on contract, tort, fraud, equitable relief, or any other legal theory, including state and federal statutory claims), at the option of either party, shall be resolved exclusively by neutral binding arbitration conducted and administered by and under the then-current rules of the American Arbitration Association ("AAA"). The Parties agree to waive the right to bring or participate in any consolidated or class action and agree that all forms of class action or class arbitration are expressly prohibited. The Parties understand they will not have the right to a trial by a court or a jury and that the information that can be obtained in discovery from each other or from third parties in arbitration is generally more limited than in a lawsuit. In addition, other rights that the parties would have in court may not be available in arbitration. Each Party shall bear its own costs of the proceedings, and the "seat" of said arbitration shall be Orange County, California.

| Owner/Officer Signature #1: X _____ | Title: General Partner | Date: 03/13/2023 |
| Owner/Officer Signature #2: X _____ | Title: | Date: |

## PERSONAL GUARANTEE

Personal Guaranty: The undersigned (each a "Guarantor") hereby, individually, agree to the terms set forth in section 2.12 of the Merchant Agreement. The undersigned Guarantors further agree to pay to the Service Providers all expenses (including reasonable attorney fees and court costs) paid or incurred by the Service Providers in collecting such obligations and in enforcing this Guaranty.

| Guarantor Signature #1: X _____ | Title: CEO | Date: 03/13/2023 |
| Guarantor Signature #2: X _____ | Title: | Date: |

**Carson Attachment P, Page 27 of 53**

| From: | Richard Donohue[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7B38D98AD3EE44F4984905D42 F76EFDA-RICHARD DON] |
|---|---|
| Sent: | Thur 2/22/2024 6:57:32 PM (UTC) |
| To: | John Blaugrund[jblaugrund@cliq.com]; Joanna Oliva[joliva@cliq.com] |
| Subject: | Innovative Health |

Joanna / John,

Innovative Health moved their Alerts to Charback 911 back in November and the CB% increased to 8.91 in Decemebr and 6.09 in January.  They informed us that they are pulling Chargebacks from us as well due to a 40% win achievement.  This was for the period of September – November as they denied us CRM access at the end of November.  Why are we allowing them to move Alerts / Chargebacks to 911 if their performance is deteriorating?  I'm concerned that Synovus will request us to close this merchant.

Rich

| Final Status | # | $ | % |
|---|---|---|---|
| Innovative Health Won | 140 | $ 53,802.63 | 40% |
| Pending | 7 | $ 2,747.93 | 2% |
| Issuing Bank Won | 202 | $ 74,697.49 | 58% |
| Total | 349 | $ 131,248.05 | 100% |

**Carson Attachment P, Page 28 of 53**

| Innovative Health | | | |
| --- | --- | --- | --- |
| 970100020901 | | | |
| Chargebacks | | | |
| **May-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 9 | 535 | 1.68 | 1.57 |
| **Jun-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 8 | 1607 | 0.5 | 0.37 |
| **Jul-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 45 | 3781 | 1.19 | 1.52 |
| **Aug-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 78 | 5443 | 1.43 | 1.74 |
| **Sep-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 176 | 5749 | 3.06 | 3.49 |
| **Oct-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 327 | 7426 | 4.4 | 4.64 |
| **Nov-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 398 | 7643 | 5.21 | 5.7 |
| **Dec-23** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 534 | 6259 | 8.53 | 8.91 |
| **Jan-24** | | | |
| CB Count | Sales Count | CB Ratio Count | CB Ratio Volume |
| 226 | 3887 | 5.81 | 6.09 |

**From:** Lori Rens <lrens@cliq.com>

**Carson Attachment P, Page 29 of 53**

**Sent:** Thursday, February 22, 2024 7:54 AM
**To:** Richard Donohue <rdonohue@cliq.com>; Sara Gonzalez <SGonzalez@cliq.com>
**Subject:** RE: Salesforce CRM

All chargebacks?   Do we discontinue with her email or do we need a change form?



**Lori Rens / Dispute Lead**
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Richard Donohue <rdonohue@cliq.com>
**Sent:** Wednesday, February 21, 2024 5:43 PM
**To:** Lori Rens <lrens@cliq.com>; Sara Gonzalez <SGonzalez@cliq.com>
**Subject:** RE: Salesforce CRM

Lori,
In reading through the email exchange, is Armani indicating that he does not want to fight specific chargebacks for a previous period of time or all chargebacks?
Rich

**From:** Lori Rens <lrens@cliq.com>
**Sent:** Wednesday, February 21, 2024 9:26 AM
**To:** Sara Gonzalez <SGonzalez@cliq.com>; Richard Donohue <rdonohue@cliq.com>
**Subject:** RE: Salesforce CRM

The moved their alerts to Chargeback 911 some time ago.



**Lori Rens / Dispute Lead**
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Sara Gonzalez <SGonzalez@cliq.com>
**Sent:** Wednesday, February 21, 2024 9:22 AM
**To:** Lori Rens <lrens@cliq.com>; Richard Donohue <rdonohue@cliq.com>

**Carson Attachment P, Page 30 of 53**

**Subject:** RE: Salesforce CRM

Lori,

Are they on Alerts? They may not want to fight the CB, but are they doing anything to avoid them?



**Sara Gonzalez**

**Acquring Operations Manager**
E: sgonzalez@cliq.com
O: 866-634-3044 Ext. 1923
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Lori Rens <lrens@cliq.com>
**Sent:** Wednesday, February 21, 2024 9:21 AM
**To:** Sara Gonzalez <SGonzalez@cliq.com>; Richard Donohue <rdonohue@cliq.com>
**Subject:** FW: Salesforce CRM

OH NO, this was our biggest volume for chargebacks!

Do I discontinue as of today?

Do we need a change form?



**Lori Rens / Dispute Lead**
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Amani Shokry <Amani@innovativepartnerslp.com>
**Sent:** Wednesday, February 21, 2024 9:17 AM
**To:** Lori Rens <lrens@cliq.com>
**Cc:** Marc Freeman <mfreeman@benchmarkpaymentnetworks.com>; Arman Motiwalla <Arman@innovativepartnerslp.com>; Innovative Contracting

<contracting@innovativepartnerslp.com>; Elizabeth Rodriguez <ERodriguez@cliq.com>; Sara Gonzalez <SGonzalez@cliq.com>
**Subject:** Re: Salesforce CRM

Team,

We do not want to continue trying to fight these Chargebacks.

Best,
Amani

On Wed, Feb 21, 2024 at 11:30 AM Lori Rens <lrens@cliq.com> wrote:

> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Hello,

We only had access to pull the compelling evidence from mid-September to mid-November, prior to that time frame we did not have access to your CRM. In November we lost access to your CRM. I have attached a report of all chargebacks. Please see the first tab on the spreadsheet, the data on the first tab contains the chargebacks we were able to obtain and upload compelling evidence. Column w (Final Status) determines if the claim was won or loss. Please see the chart below.

Sometimes the Issuing Bank sides with the customer no matter what compelling evidence you provide, but we did win 140 chargebacks and recovered $53,802.63 in funds.

| Final Status | # | $ | % |
|---|---|---|---|
| Innovative Health Won | 140 | $ 53,802.63 | 40% |
| Pending | 7 | $ 2,747.93 | 2% |
| Issuing Bank Won | 202 | $ 74,697.49 | 58% |
| Total | 349 | $ 131,248.05 | 100% |

Thanks,

**Carson Attachment P, Page 32 of 53**



**Lori Rens / Dispute Lead**
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Amani Shokry <Amani@innovativepartnerslp.com>
**Sent:** Wednesday, February 21, 2024 7:48 AM
**To:** Lori Rens <lrens@cliq.com>; Marc Freeman <mfreeman@benchmarkpaymentnetworks.com>; Arman Motiwalla <Arman@innovativepartnerslp.com>
**Cc:** Innovative Contracting <contracting@innovativepartnerslp.com>; Elizabeth Rodriguez <ERodriguez@cliq.com>; Sara Gonzalez <SGonzalez@cliq.com>
**Subject:** Re: Salesforce CRM

Arman, Marc, Team,

Do we have an answer on this one? I believe we wanted to see data on how many chargebacks we are actually winning. Not sure if we want to proceed.

Amani

On Tue, Jan 16, 2024 at 12:32 PM Lori Rens <lrens@cliq.com> wrote:

> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Hi Amani,

Were you able to find out if you have changed your Dispute Management from Cliq?   If you want to continue with Cliq, how do you want us to proceed with the compelling evidence?   Currently, we have no way to provide compelling evidence.

Please let us know how you would like us to handle your chargebacks.

Thanks,

**Carson Attachment P, Page 33 of 53**



**Lori Rens / Dispute Lead**
E: lrens@cliq.com

O: 866-634-3044 Ext. 1301

www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Amani Shokry <Amani@innovativepartnerslp.com>
**Sent:** Wednesday, January 3, 2024 6:20 AM
**To:** Lori Rens <lrens@cliq.com>
**Cc:** Innovative Contracting <contracting@innovativepartnerslp.com>; Elizabeth Rodriguez <ERodriguez@cliq.com>
**Subject:** Re: Salesforce CRM

Lori and Elizabeth,

Happy New Year! I am unable to set you up with your own Salesforce account this week. I wasn't aware we were still doing chargeback management. I really appreciate both of your efforts! I need to check with my colleague on how we want to proceed this year as I am not really the point of contact for the chargebacks anymore. Let me check with my team and get back to you.

Best,
Amani

On Tue, Jan 2, 2024 at 3:42 PM Lori Rens <lrens@cliq.com> wrote:

> **Caution:** This is an external email and has a suspicious subject or content. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Hi Amani,

Please provide us with usernames and passwords, so we can respond to your chargebacks.  If you have enrolled in another Dispute Management service, please change the email address from Cliq to your new provider.

Thanks,

**Carson Attachment P, Page 34 of 53**



**Lori Rens / Dispute Lead**
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Lori Rens
**Sent:** Thursday, December 28, 2023 3:34 PM
**To:** Amani Shokry <Amani@innovativepartnerslp.com>; Innovative Contracting <contracting@innovativepartnerslp.com>
**Cc:** Elizabeth Rodriguez <ERodriguez@cliq.com>
**Subject:** RE: Salesforce CRM

Hi Amani,

Please provide us with usernames and passwords, so we can respond to your chargebacks. If you have enrolled in another Dispute Management service, please change the email address from Cliq to your new provider.

Thanks,



**Lori Rens / Dispute Lead**
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Lori Rens
**Sent:** Wednesday, December 27, 2023 11:21 AM
**To:** Amani Shokry <Amani@innovativepartnerslp.com>; Innovative Contracting <contracting@innovativepartnerslp.com>
**Cc:** Elizabeth Rodriguez <ERodriguez@cliq.com>
**Subject:** RE: Salesforce CRM

Hi Amani,

Will you be able to provide us with usernames to access Salesforce, so we can

**Carson Attachment P, Page 35 of 53**

provide compelling evidence for your chargebacks and retrievals?

Thanks



**Lori Rens / Dispute Lead**
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

This email transmission and any attachments are for the sole purpose of the intended recipient(s) and may contain confidential and privileged information that is the sole property of Cliq®, Inc. doing business as Cliq. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy and delete all copies of this email and any attachments.

**From:** Lori Rens
**Sent:** Tuesday, December 26, 2023 1:08 PM
**To:** Amani Shokry <Amani@innovativepartnerslp.com>
**Cc:** Elizabeth Rodriguez <ERodriguez@cliq.com>
**Subject:** Salesforce CRM

Hi Amani,

Will you be able to provide us with usernames to access Salesforce, so we can provide compelling evidence for your chargebacks and retrievals?

Thanks,

Lori Rens / Dispute Lead
E: lrens@cliq.com
O: 866-634-3044 Ext. 1301
www.cliq.com

--
Best,

**Amani Shokry**
**Chief Technology Officer (CTO)**
**Innovative Partners LP**
**C:** (954)-892-1108
**E:** amani@innovativepartnerslp.com

**Carson Attachment P, Page 36 of 53**



--
Best,

**Amani Shokry**
**Chief Technology Officer (CTO)**
**Innovative Partners LP**
**C:** (954)-892-1108
**E:** amani@innovativepartnerslp.com

--
Best,

**Amani Shokry**
**Chief Technology Officer (CTO)**
**Innovative Partners LP**
**C:** (954)-892-1108
**E:** amani@innovativepartnerslp.com

Message
_____

| | |
|---|---|
| **From:** | Pini Jr,Richard E [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0574F39D355146E185034DF3EF4E8154-09222] |
| **Sent:** | 3/28/2024 1:39:03 PM |
| **To:** | Meade-Koslen,Mary C [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab62861d3fad4d83b656ba89ec5dc3d9-06033] |
| **CC:** | Barnes,James V [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9cf483f9b82748cf9ff332129990b2f5-08473] |
| **Subject:** | INNOVATIVE HEALTH PLANS (APPS) Underwriting |
| **Attachments:** | LETTER OF EXPLANATION - MATCH & CBs.pdf; LETTER OF EXPLANATION - SUTTON.pdf; LETTER OF EXPLANATION - BBB.pdf |

Hi Mary,

This is just an FYI. I found the attached merchant explanations in the APPS underwriting package. It looks like PNC placed one of the Match listings.

Kind Regards,

Richard E. Pini Jr.
ISO Risk Analyst Senior
Retail & Card Risk Management
(302) 494-8615

## SYNOVUS

*Synovus Bank named among the Most Reputable Banks by Reputation Institute*



Thanks to our clients for rating us
**#1 in Customer Satisfaction**
for Consumer Banking in the Southeast Region
and #1 for Trust

For J.D. Power 2023 award information, visit jdpower.com/awards

Confidential

SYNOVUS0003065

**Carson Attachment P, Page 38 of 53**

LETTER OF EXPLANATION

To whom it may concern;

It was brought to our attention that there may be some confusion regarding our Registered Agent.

Jimmie Sutton serves as our Registered Agent. This individual has no ownership, equity, or operational activities. This is simply a Registered Agent.

The court case documents shared with us show a person named James Willie Sutton Jr referenced. To clear up any further confusion, our Registered Agent's name is Jimmie Lee Sutton.

Thank you,

Arman Motiwalla
**Chief Operating Officer**

**Direct:** (720) 518-9436
**E:** arman@innovativepartnerslp.com



SYNOVUS0003071

**Carson Attachment P, Page 39 of 53**

Message

| | |
|---|---|
| **From:** | Pini Jr,Richard E [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0574F39D355146E185034DF3EF4E8154-09222] |
| **Sent:** | 3/25/2024 5:36:49 PM |
| **To:** | Meade-Koslen,Mary C [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab62861d3fad4d83b656ba89ec5dc3d9-06033] |
| **CC:** | Barnes,James V [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9cf483f9b82748cf9ff332129990b2f5-08473]; Forster,Arthur J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=569544c7937c4a8983e869f89d237612-07478]; Pieterse,Will J [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0481ff4593304930bbf199175e870862-06451] |
| **Subject:** | RE: INNOVATIVE HEALTH PLANS (Part 1 of 2) 941000149469 INNOVATIVE HEALTH PLANS |

Hi Mary,

There is a lot of underwriting but I don't see the MPA. Agreement Express has Ahmed Shokry as the 100% owner.  Screen shot below.

I downloaded most of the underwriting docs and saved it ISO\MerchantE\INNOVATIVE HEALTH PLANS.

Confidential

SYNOVUS0003934

**Carson Attachment P, Page 40 of 53**

| SalesForce Opportunity ID | SalesForce Account ID | SalesForce Contact ID - Owner 1 | |
|---|---|---|---|
| 0063x00001dqmYEAAY | 0013xC0002WX3kYAAT | 0033x00003GFBiUAAX | |

| SalesForce Contact ID - Owner 2 | SalesForce Contact ID - Owner 3 | SalesForce Contact ID - Owner 4 | SalesForce Contact ID - Control Person |
|---|---|---|---|
| | | | 0033x00003GFBiUAAX |

| Partner Name | Hierarchy Code | Originator | Sponsor Bank |
|---|---|---|---|
| Payment Help | 3941610145 | Michael Collins | Synovus |

| Doing Business As Name | | Legal Name | |
|---|---|---|---|
| Innovative Health Plans | | Innovative Partners LP | |

## Bank Info 1

| First Name | Last Name | Banking Business Name | |
|---|---|---|---|
| Ahmed | Shokry | | |

| Account Number | Routing Number | Type of Account | DDA Type |
|---|---|---|---|
| ▓▓▓0340 | 063100277 | Deposit,Chargeback,Fees | Deposit,Chargeback,Fees |

## Owner Info 1

| First Name | Last Name | Date Of Birth | SSN |
|---|---|---|---|
| Ahmed | Shokry | ▓▓▓▓ | ▓▓▓▓ |

| Address | | | |
|---|---|---|---|
| ▓▓▓▓ | | | |

| City | Province/State | Postal Code/Zip | Country |
|---|---|---|---|
| ▓▓▓▓ | FL | 33433 | US |

| Phone Number | Email | Ownership Percentage | IP Address |
|---|---|---|---|
| | arman@innovativepartnerslp.com | 100.00 | |

Kind Regards,

Richard E. Pini Jr.
ISO Risk Analyst Senior
Retail & Card Risk Management
(302) 494-8615

## SYNOVUS

*Synovus Bank named among the Most Reputable Banks by Reputation Institute*



Thanks to our clients for rating us
**#1 in Customer Satisfaction**
for Consumer Banking in the Southeast Region
and #1 for Trust

For J.D. Power 2023 award information, visit jdpower.com/awards

**From:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>
**Sent:** Monday, March 25, 2024 1:05 PM

Confidential

**To:** Pini Jr,Richard E <RichardPini@synovus.com>
**Cc:** Barnes,James V <JamesBarnes@synovus.com>; Forster,Arthur J <ArthurForster@synovus.com>; Pieterse,Will J <WillPieterse@synovus.com>
**Subject:** RE: INNOVATIVE HEALTH PLANS (Part 1 of 2) 941000149469 INNOVATIVE HEALTH PLANS

Can you pull the underwriting docs please want to see if same owner as the apps app etc....thanks

**MARY MEADE-KOSLEN**
Director 3rd Party Risk & Compliance-ISO & Merchant Services
3400 Overton Park Drive 4265
Atlanta, Georgia 30339
(404)364-6765

**SYNOVUS**

**From:** Pini Jr,Richard E <RichardPini@synovus.com>
**Sent:** Monday, March 25, 2024 10:32 AM
**To:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>
**Cc:** Barnes,James V <JamesBarnes@synovus.com>; Forster,Arthur J <ArthurForster@synovus.com>; Pieterse,Will J <WillPieterse@synovus.com>
**Subject:** RE: INNOVATIVE HEALTH PLANS (Part 1 of 2) 941000149469 INNOVATIVE HEALTH PLANS

I'm not positive. It's open and active in Agreement express. The Merchant E system will only let me in the one side so I can't see it there.

Kind Regards,

Richard E. Pini Jr.
ISO Risk Analyst Senior
Retail & Card Risk Management
(302) 494-8615

**SYNOVUS**
*Synovus Bank named among the Most Reputable Banks by Reputation Institute*



Thanks to our clients for rating us
**#1 in Customer Satisfaction**
for Consumer Banking in the Southeast Region
and #1 for Trust

For J.D. Power 2023 award information, visit jdpower.com/awards

**From:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>
**Sent:** Monday, March 25, 2024 10:18 AM
**To:** Pini Jr,Richard E <RichardPini@synovus.com>
**Cc:** Barnes,James V <JamesBarnes@synovus.com>; Forster,Arthur J <ArthurForster@synovus.com>; Pieterse,Will J <WillPieterse@synovus.com>
**Subject:** RE: INNOVATIVE HEALTH PLANS (Part 1 of 2) 941000149469 INNOVATIVE HEALTH PLANS

Hi Rich is the account still open at MerchantE?

Confidential

**MARY MEADE-KOSLEN**
Director 3rd Party Risk & Compliance-ISO & Merchant Services
3400 Overton Park Drive 4265
Atlanta, Georgia 30339
(404)364-6765

**SYNOVUS**

**From:** Pini Jr,Richard E <RichardPini@synovus.com>
**Sent:** Sunday, March 24, 2024 11:35 AM
**To:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>
**Cc:** Barnes,James V <JamesBarnes@synovus.com>; Forster,Arthur J <ArthurForster@synovus.com>; Pieterse,Will J <WillPieterse@synovus.com>
**Subject:** RE: INNOVATIVE HEALTH PLANS (Part 1 of 2) 941000149469 INNOVATIVE HEALTH PLANS

Hi Mary,

A lot going on with this one. I'm not sure why they were placed on Match for violation of standards.  The Apps team is bringing this one in from sales channel Iron Rock.  The UW shows prior processing statements from Cliq and another processor Wow Payments.  The Cliq statements processed a larger volume so I suspect they are splitting processing.

Boarded with MES 12/18/2023 Sales channel Payment Help - Association

MES February sales $455,056.64 with Cbk rate of 2.29%
MES January sales $893,205.46 with Cbk rate $2.94%
MES December sales $92,781.24 with Cbk 0.00%

https://www.bbb.org/us/fl/boca-raton/profile/medical-plans/innovative-partners-lp-0633-92034490/customer-reviews

https://www.yelp.com/biz/innovative-health-insurance-fort-lauderdale

Kind Regards,

Richard E. Pini Jr.
ISO Risk Analyst Senior
Retail & Card Risk Management
(302) 494-8615

**SYNOVUS**
*Synovus Bank named among the Most Reputable Banks by Reputation Institute*



Thanks to our clients for rating us
**#1 in Customer Satisfaction**
for Consumer Banking in the Southeast Region
and #1 for Trust

For J.D. Power 2023 award information, visit jdpower.com/awards

**From:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>
**Sent:** Friday, March 22, 2024 5:21 PM

Confidential

SYNOVUS0003937

**Carson Attachment P, Page 43 of 53**

**To:** Pini Jr,Richard E <RichardPini@synovus.com>
**Cc:** Barnes,James V <JamesBarnes@synovus.com>; Forster,Arthur J <ArthurForster@synovus.com>; Pieterse,Will J <WillPieterse@synovus.com>
**Subject:** FW: INNOVATIVE HEALTH PLANS (Part 1 of 2)

Hi Rich can you pull history on this MID please – looks like MerchantE closed due to retro match (excessive CB and violation of standards) can you look at activity on MID tell me if CB as it did come up on MC CB report but only 9 CB– account appears was not opened very long  Thanks



**MARY MEADE-KOSLEN**
Director 3rd Party Risk & Compliance-ISO & Merchant Services
3400 Overton Park Drive 4265
Atlanta, Georgia 30339
(404)364-6765

**SYNOVUS**

**From:** Forster,Arthur J <ArthurForster@synovus.com>
**Sent:** Friday, March 22, 2024 4:50 PM
**To:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>; Pieterse,Will J <WillPieterse@synovus.com>
**Subject:** RE: INNOVATIVE HEALTH PLANS (Part 1 of 2)

Will do.

Will:

I saved the data to the folder.

Confidential

**From:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>
**Sent:** Friday, March 22, 2024 3:17 PM
**To:** Pieterse,Will J <WillPieterse@synovus.com>; Forster,Arthur J <ArthurForster@synovus.com>
**Subject:** FW: INNOVATIVE HEALTH PLANS (Part 1 of 2)

Please begin looking at this request from APPs...merchant previously reported to MATCH

### MARY MEADE-KOSLEN
Director 3rd Party Risk & Compliance-ISO & Merchant Services
3400 Overton Park Drive 4265
Atlanta, Georgia 30339
(404)364-6765

SYNOVUS

**From:** Jennifer Castro <jlee@approcessing.com>
**Sent:** Friday, March 22, 2024 2:19 PM
**To:** Meade-Koslen,Mary C <MaryMeade-Koslen@synovus.com>
**Cc:** Pedro Tarifa <ptarifa@approcessing.com>; Dante Croupe <dcroupe@approcessing.com>
**Subject:** [EXTERNAL] INNOVATIVE HEALTH PLANS (Part 1 of 2)

Good afternoon Mary,

Please see attached for full due diligence package on the discussed merchant that is currently working through their placement on MATCH. Due to the file size this will be split into two emails. Please let me know if you have any questions, thank you!

### Jennifer Castro
**Underwriting Manager**

p. +1 (714) 241 1402 ext. 2370
e. jcastro@approcessing.com
w. approcessing.com



**Future of Payments Today**

### Disclaimer

This document is intended for transmission to the named recipient only. This is for information purposes only. If you are not that person, you should note that legal rights reside in the document and you are not authorized to access, read, disclose, copy, use or otherwise deal with it and any such actions are prohibited and may be unlawful. Notice is hereby given that no representation, contact or other binding obligation shall be created by this e-mail, which must be interpreted accordingly

V4.0418 (SYN)

## APPLICATION FOR MERCHANT CARD PROCESSING

| ISO/Sales Agent: | Iron Rock Payments | Assoc #: | |
|---|---|---|---|
| Sales Rep Name: | Max Frater / Merchant Max LLC | Sales Rep Code: | |

For purposes of this application, "Processor" or "APPS" is Atlantic-Pacific Processing Systems, LLC, located at 6671 Las Vegas Blvd. South, Suite 210, Las Vegas, NV 89119 and can be contacted at (800) 635-3545. Additional information can be found on the APPS website, www.APProcessing.com. "Merchant Bank" or "Member Bank" is Synovus Bank, d/b/a Columbus Bank and Trust Company, located at 1125 First Avenue, Columbus, GA, 31901, (706) 649-4900. Processor is a registered ISO/MSP of Columbus Bank and Trust Company.

### 1. BUSINESS INFORMATION

| Legal Name of Business (25 characters max) | DBA Name (25 characters max) |
|---|---|
| Innovative Partners LP | Innovative Health Plans |

| Legal Address | Suite | DBA Address (if different than Legal) *Physical location, no PO Boxes* | Suite |
|---|---|---|---|
| 1401 N University Dr | 207 | | |

| City | State | ZIP | City | State | ZIP |
|---|---|---|---|---|---|
| Coral Springs | FL | 33071 | | | |

| Legal Phone Number | Legal Fax Number | DBA/ Customer Service Phone Number | DBA Fax Number |
|---|---|---|---|
| ( 866 )949-3581 | ( ) - | ( ) - | ( ) - |

| Taxpayer Identification Number:(SSN/ITIN for Sole Proprietor; EIN for others): (Must be 9 digits) ⊗ EIN ⊗ SSN ⊗ ITIN 92-1623773 | State of Incorporation/ Formation TX | Length Owned 1 Years 3 Months |
|---|---|---|

| Website Address | MCC / SIC |
|---|---|
| www.innovativehealthbenefits.com | 6300 |

| Contact Name (Primary) | Title | Contact Phone | Email Address |
|---|---|---|---|
| AHMED IBRAHIM SHOKRY | Owner | ███████ | ███████ |

| Contact Name (Secondary) | Title | | Email Address |
|---|---|---|---|
| Arman Motiwalla | COO | | arman@innovativepartnerslp.com |

Email Address for Notices: _____
(See "Notices" in the Merchant Card Processing Agreement included with this application for additional information relating to email address usage.)

Any prior bankruptcies? Business: ○ Yes ⊗ No If Yes, Filing Date?_____   Personal: ○ Yes ⊗ No If Yes, Filing Date?_____

Detailed business description (including description of Products or Services sold). Provide separate pages if needed: Innovative offers defined health benefit plans to individuals.

Business type:
□Retail  □Restaurant  □MOTO ___%  ☒Internet 100%  □Lodging  □Supermarket  □Utility  □Pharmacy  □ High Risk  □ Business to Business ___%

### 2. W-9 INFORMATION (AS SHOWN ON YOUR INCOME TAX RETURN.)

| Taxpayer Identification Number: (as shown on your income tax return): (Must be 9 digits) ⊗ EIN ⊗ SSN ⊗ ITIN 92-1623773 | Name (as shown on your income tax return, up to 40 characters) Innovative Partners LP |
|---|---|

| Address for IRS/Compliance notices: (if different than Legal Address given above) | To consent to paperless delivery of IRS notices, please review and check the box below: |
|---|---|
| _____ | ☒ By checking this box, you acknowledge that you have read and agree to Consent to Paperless Delivery of Tax Related Documents and that you consent to receiving IRS notices via paperless delivery. |
| City _____ State _____ ZIP_____ | |

For purposes of paperless delivery of IRS Notices, you are required to provide a valid email address. If different from the email address already provided above, please indicate the email address where you wish to receive paperless delivery of your IRS Notices. If you consent to receive IRS/Compliance notices by paperless delivery, please indicate the email address where such notices should be sent.
(Email address required) arman@innovativepartnerslp.com

Type of Ownership:   Exempt Payee: ○ Yes ☒ No

□ Sole Proprietorship  □LLC  ☒Partnership  □Ltd Liability Partnership  □Government Entity  □Professional Association

□ Political Organization  □Public Corporation  □ Private Corporation  □ Non Profit Corporation  □Trust

### 3. PATRIOT ACT COMPLIANCE/ MERCHANT BENEFICIAL OWNERSHIP AND MANAGEMENT INFORMATION

PATRIOT ACT REQUIREMENTS - To help the government fight the funding of terrorism and money laundering activities, the USA Patriot Act requires all financial institutions to obtain, verify and record information that identifies each person (including business entities) who opens an account. What this means for you: When you open an account we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents. In some instances we may use outside sources to confirm the information. Complete Sections 3.I and 3.II. Note: Privacy policy with respect to the collection and use of social security numbers can be found at WWW.APPROCESSING.COM

| 3.I Business Form of Identification | | Items Reviewed | |
|---|---|---|---|
| □ | Govt. Issued Business License | Business Name: | _____ |
| □ | Tax Return | Date and Place of Issuance: | _____ |
| ☒ | Entity Articles | | |
| □ | Business Financial Statement | ID/IRS Employer ID: | _____ |
| □ | Government Entity | Expiration Date: | 03/01/2027 |

1 of 7

SYNOVUS0005019

**Carson Attachment P, Page 46 of 53**

V4 0418 (SYN)

**3.II  Beneficial Ownership and Management Information.** You must provide the information below on Merchant's Sole Proprietor if the Merchant listed in Section 1 is identified as a sole proprietorship in Section 2, or on each individual (a "beneficial owner") who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25% or more of the equity interests of the Merchant listed in Section 1 above if the Merchant is identified in Section 2 as any legal entity type other than a sole proprietorship. If the total ownership of those individuals does not exceed 50% of the equity interests of the Merchant, provide the information below on additional beneficial owners so that the total ownership interests of individuals for which information is provided below exceeds 50% (unless Merchant is publicly traded or a US federal or State government agency or a Nonprofit entity whose Entity Articles filed with a State are described in 3.I above). For all entity types except for sole proprietorships, information must be provided for one individual with significant responsibility for managing the Merchant legal entity identified in Section 1, a "Control Prong". Examples of a Control Prong include, but are not limited to: Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President or Treasurer. If no other Beneficial Owner is identified in the right column as the Control Prong, the Control Prong section below must be completed

| ○ Sole Proprietor or  ✕ Beneficial Owner Legal Name<br>AHMED IBRAHIM SHOKRY | Title<br>Owner | | % of Legal Entity Ownership 100% |
|---|---|---|---|
| Individual's Home (Street) Address (No P.O. Box),  City, State, Zip <span style="background:black">████</span> | Phone Number <span style="background:black">██</span> | Email Address <span style="background:black">████</span> | Date of Birth <span style="background:black">██</span> |
| Individual has a Social Security Number or Individual Taxpayer Identification Number issued by US Government?  Yes ⊗  No ○ | Social Security No. (SSN)/Individual Taxpayer Identification No. (ITIN): ▌ | | Control Prong? ☐ Yes |
| ID Type:*  ☒ Driver's License  ☐ Other State photo ID showing residence  ☐ Passport  ☐ Resident Alien ID  ☐ Other ID_____ ± | State/Country of Issuance<br>USA | Date Issued<br>02/25/2021 | Expiration Date<br>03/01/2027 | Number of ID: |

| Additional Beneficial Owner Legal Name | Title | | % of Legal Entity Ownership ____% |
|---|---|---|---|
| Individual's Home (Street) Address (No P.O. Box),  City, State, Zip | Phone Number | Email Address | Date of Birth |
| Individual has a Social Security Number or Individual Taxpayer Identification Number issued by US Government?  Yes ○  No ⊗ | Social Security No. (SSN)/Individual Taxpayer Identification No. (ITIN): | | Control Prong? ☐ Yes |
| ID Type:*  ☐ Driver's License  ☐ Other State photo ID showing residence  ☐ Passport  ☐ Resident Alien ID  ☐ Other ID_____ ± | State/Country of Issuance | Date Issued | Expiration Date | Number of ID: |

| Additional Beneficial Owner Legal Name | Title | | % of Legal Entity Ownership ____% |
|---|---|---|---|
| Individual's Home (Street) Address (No P.O. Box),  City, State, Zip | Phone Number | Email Address | Date of Birth<br>01-1 |
| Individual has a Social Security Number or Individual Taxpayer Identification Number issued by US Government?  Yes ⊗  No ○ | Social Security No. (SSN)/Individual Taxpayer Identification No. (ITIN): | | Control Prong? ☐ Yes |
| ID Type:*  ☐ Driver's License  ☐ Other State photo ID showing residence  ☐ Passport  ☐ Resident Alien ID  ☐ Other ID_____ ± | State/Country of Issuance | Date Issued | Expiration Date | Number of ID: |

| Additional Beneficial Owner Legal Name | Title | | % of Legal Entity Ownership ____% |
|---|---|---|---|
| Individual's Home (Street) Address (No P.O. Box),  City, State, Zip | Phone Number | Email Address | Date of Birth |
| Individual has a Social Security Number or Individual Taxpayer Identification Number issued by US Government?  Yes ○  No ⊗ | Social Security No. (SSN)/Individual Taxpayer Identification No. (ITIN): | | Control Prong? ☐ Yes |
| ID Type:*  ☐ Driver's License  ☐ Other State photo ID showing residence  ☐ Passport  ☐ Resident Alien ID  ☐ Other ID_____ ± | State/Country of Issuance | Date Issued | Expiration Date | Number of ID: |

| ☐ Control Prong (and/ or  ☐ additional Beneficial Owner) Legal Name | Title | | % of Legal Entity Ownership ____% |
|---|---|---|---|
| Individual's Home (Street) Address (No P.O. Box),  City, State, Zip | Phone Number | Email Address | Date of Birth |
| Individual has a Social Security Number or Individual Taxpayer Identification Number issued by US Government?  Yes ○  No ○ | Social Security No. (SSN)/Individual Taxpayer Identification No. (ITIN): | | |
| ID Type:*  ☐ Driver's License  ☐ Other State photo ID showing residence  ☐ Passport  ☐ Resident Alien ID  ☐ Other ID_____ ± | State/Country of Issuance | Date Issued | Expiration Date | Number of ID: |

* For US persons provide unexpired Driver's License unless there is none; for non-US persons ID Type may be unexpired Resident Alien ID, or unexpired Passport/Other ID and Country of Issuance.
± Specify type of "Other ID", which may be any other unexpired government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

**4. SITE SURVEY; CERTIFICATION BY SALES REPRESENTATIVE**

Site Survey: ☐ On Site Visit Done by Sales Representative     ☐ Sales Partner Validated      ☒ No Site Performed
Merchant's physical inventory consistent with the business signage:  ☒ Yes  ☐ No      Site Consistent with application: ☐ Yes  ☐ No

By his/her signature below the Processor's Sales Representative hereby certifies that the information listed above regarding the identity and the identification document of the Merchant legal entity listed above in Section 3.I and regarding the identity and identification document of each individual listed above in Section 3.II, is complete and correct and was personally observed on the indicated document, and that the information specified in Section 4 above regarding Site Survey is complete and correct.

Signature of Sales Representative: _____  Printed Name: William Stapleton _____  Date: _____

2 of 7

Confidential

SYNOVUS0005020

**Carson Attachment P, Page 47 of 53**

V4.0418 (SYN)

## 5. CARD PROCESSING INFORMATION

Have you ever accepted credit cards before?   ☐ Yes  ☒ No   If yes*, what is the processor's name? PAYSAFE

Have you ever been terminated by a credit card processor? ☐ Yes ☒ No   *Please provide the most recent **3 months** of credit card processing statements.

Number of locations? 1_____ | If you are affiliated with an existing account, please provide existing Merchant ID#: _____

☒ Please check this box if you are applying for processing services for additional merchant locations. If the additional locations are under common ownership with the Merchant named herein (are the same legal entity with the same legal name) and have the same federal tax identification number and same authorized signatory, please submit the Additional Merchant Addendum as Exhibit A with this application. Please note that all additional locations, along with the Primary location, will be subject to and governed by the terms and conditions of this application and the Merchant Card Processing Agreement referenced in and included with this application. If the additional locations are not under common ownership or have varying tax identification numbers or authorized signatories, you will be required to submit a separate Application for Merchant Card Processing per location.

Do you bill your customers prior to goods being shipped? ☒Yes ☐No

If Yes, how many days?   ☒ 0-2 days   ☐ 3-30 days  ☐31-60 days   ☐61-90 days   ☐ Over 90 days

What is your Return and Refund Policy? (Please be specific)
Full Refund

How do you advertise? (check all that apply) ☐ Yellow pages ☐ Telemarketing ☐ Catalog ☐ Word of mouth ☐Publications ☐Mass/Direct mail ☒Internet

☐Other, please explain:
Please supply copies of advertising, including catalogs and brochures.
Where applicable, provide video (TV), audio tape (Radio or IVR), and Web-page screen prints.   List the URL (www. X .com, .net, .org, etc.) on each page.

Card Types Requested?*Select all that apply     ☒All Credit and Business Cards    ☒Signature Debit Transactions        ☐PIN Debit/ EBT Transactions

☐Opt out (list Card Brands Merchant does not wish to accept):_____

*Merchant has the right not to accept all card types or card brands. **Point Of Sale programming cannot prohibit the acceptance of credit cards; therefore, it is the merchant's responsibility to enforce this. Processor, not Merchant Bank, will settle American Express, and JCB and Diners transactions.

| Credit Card Processing Methods | | Do you use a third party fulfillment house? | Average Ticket Amount: | Total Credit/Debit Monthly Sales: |
|---|---|---|---|---|
| Card Swiped Transactions | 0 % | ☒Yes   ☐No | $ 330.00 | |
| Manually Keyed (Card Present with Imprints) | 0 % | If yes, provide name and address. | | |
| Manually Keyed (Card Not Present and/or Mail Order/Telephone Order) | 0 % | | High Ticket Amount: | |
| eCommerce (Card Not Present) | 100 % | | $ | $ 3,000,000.00 |
| Total (must equal 100%) | 100 % | | 2,200.00 | |
| Business to Business (must be 0 - 100%) | 0 % | | | |

| Does annual American Express volume exceed $1,000,000? | Would Merchant like to receive American Express marketing materials? |
|---|---|
| ☐ Yes ☒ No | ☒ Yes ☐ No * |

Seasonal Business?☐Yes ☒ No  If Yes, indicate by "X" the months that are ACTIVE:☒Jan ☒Feb ☒Mar ☒Apr ☒May ☒June ☒July ☒Aug ☒Sept ☒Oct ☒Nov ☒Dec

List the names of each of your independent contractors or agents that will have access to, store, process, or transmit cardholder data, including online shopping carts, payment gateways, hosting companies, and order-taking services. Auth.net_____
'By checking 'No' merchant opts out of receiving future commercial marketing communications with American Express. Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

## 6. BANKING INFORMATION

| Name and Phone Number of Financial Institution | Routing Number | Bank Account Number | Type of Accounts | Use this account for*: (select all that apply) | |
|---|---|---|---|---|---|
| 1.** Chase Bank 954-246-1895 | 267084131 | ▓1697 | ☒checking ☐savings | ☒debits | ☒deposits |
| 2.** | | | ☐checking ☐savings | ☐debits | ☐deposits |

*If nothing indicated, Financial Institution #1 will be used for all ACH activity. **AUTHORIZATION FOR AUTOMATIC FUNDS TRANSFER (ACH): The Merchant Bank (defined on page 1) is authorized to initiate or transmit automatic debit and/or credit entries and/or check entries to the account identified above and in the *provided voided check* (if applicable) relating to the above account (**) for all services contemplated under this Agreement. Said authority is granted to Merchant Bank's Processor and their agents.

## 7. TRADE REFERENCES

| Trade Name | Account Number | Phone Number | Product Sold (if applicable) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Confidential

SYNOVUS0005021

**Carson Attachment P, Page 48 of 53**

V4.0418 (SYN)

## 8. FEE SCHEDULE

PRICING (Select One): ☐ QMNRC (Tiered) ☐ ERR (Differential) ☒ Interchange + (*dues, fees, assessments)     PROCESSING TYPE:   ☐ Retail  ☒ MOTO/Internet

| Fee Category: Visa/MC/AMEX/DISC/PayPal/JCB/ Diners Cards *(if applicable)* | Discount Rate | | Per Item Fee | Authorization Fee | Voice/ARU Auth Fee | Chargeback Fee |
|---|---|---|---|---|---|---|
| | | | | | $ | $ 35.00 |
| **Plus Basis Points: *(over Interchange)* | 5 | % | $ .15 | $ .30 | AddressVerification (AVS) $ 0.05 | Retrieval Fee $ 15.00 |
| Qualified Rate: *(Tiered or Differential)* | | % | $ | $ | Batch Close Fee $ 0.30 | Chargeback Reversal Fee $ 15.00 |
| Check Card Rebate: *(Signature Based)* | - | % | $ | $ | Monthly Minimum Fee $ 50.00 | Application Setup Fee $ 50.00 |
| ***Mid-Qualified Surcharge: *(Tiered)* | + | % | | $ | Monthly Maintenance Fee $ 10.00 | Reprogramming Fee $ 10.00 |
| ***Non-Qualified or Differential Surcharge: *(Tiered or Differential)* | + | % | | $ | Monthly Service Fee $ 25.00 | Annual Fee $ 199.99 Start Date: January |
| | | | | | Other Fee $ | ACH Reject Fee $ 25.00 |

*Cross border international transaction assessments/program support, MC network access/brand usage (NABU), MC Acquiring License Fee, MC Account Status Inquiry Services (ASIS), Visa US Acquirer Processing Fee (APF), Visa Zero Floor Limit, Visa Misuse of the Authorization System, Visa Fixed Acquiring Network Fee (FANF), Visa Debit Integrity, Visa Auth & Settlement, Acquirer File Transaction Fee, MC Processing Integrity, I/C Acquirer Fee, Discover Data Usage, American Express Access and Processor fees may apply. Further Visa/MC/AMEX/DISC/Pay Pal mandated fees, including association Kilobyte Fees, may also apply.  Batch Close Fee: All batch closing and batch inquiries are considered "transactions" and will be billed at the same rate as Visa/MC/AMEX/ DISC/PayPal Trans Fees unless specified. AMEX discount rate is determined by business type. **If applying for Interchange plus, fees quoted are in addition to Processor interchange, fees, dues and assessments. Monthly Minimum Discount: Applies to Discount Rate & captured transaction fees.**Transactions that do not meet Interchange Qualifications are subject up to a 1.00% Surcharge.

*Note: Processor and its contractors provide the additional products and services set forth in sections 9 and 10, in addition to Purchasing Cards, Corporate Cards and Fleet Cards. Merchant Bank does not provide such services and has no responsibility or liability for them.*

## 9. ADDITIONAL SERVICES AND TERMS

### PIN Debit/EBT

| PIN Based Debit Monthly Fee | PIN Based Debit Per Item Fee | EBT Per Item Fee | ☐ Cash Benefits    ☐ Food Stamps*** ***EBT FNS/FCS# (7 digits): |
|---|---|---|---|
| $ | $ | $ | |

*Debit Discount Rate: NOTE - PIN Based Debit authorization and interchange fees may apply.

### Wireless and Gateway Fees (Fees charged as applicable)

| Wireless Setup Fee *(One Time/Per Terminal)* | Wireless Monthly Access Fee *(Per Terminal)* | Wireless Transaction Fee *(Additional)* |
|---|---|---|
| $ | $ | $ |
| Gateway Setup Fee *(One Time)* | Gateway Monthly Access Fee *(Monthly)* | Gateway Transaction Fee *(Additional)* |
| $ | $ | $ |

### Additional Fees and Services (Fees charged as applicable)

| Online Portal *(Monthly)* | Conformance PCI 3.0 ToolKit *(Monthly)* | Conformance Data Incident Management *(Monthly)* Program (includes Breach Insurance) |
|---|---|---|
| $ | $ 10.00 | $ 10.00 |
| Other Fee _____ $ | Merchant may be charged a non-compliance fee of $30 per month for failure to comply with PCI Data Security Standards. | |

ALL ENTITIES INVOLVED IN PAYMENT CARD PROCESSING MUST COMPLY WITH PCI DSS REQUIREMENTS.

4 of 7

Confidential

SYNOVUS0005022

**Carson Attachment P, Page 49 of 53**

V4.0418 (SYN)

## 10. EQUIPMENT SETUP OPTIONS

**Merchant Billing Descriptor**

___ ___ ___ * ___ ___ ___ * ___ ___ ___ ___ * ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

*For e-commerce merchants, Visa requires an asterisk in character 4, 8, or 13 as indicated above. Use a maximum of 21 characters for American Express, 23 characters for all others.*

Industry type: ☐ Retail  ☐ Retail with Tips  ☐ Restaurant  ☐ Restaurant with Tips  ☐ MOTO/ Internet  ☐ Lodging  ☐ Quick Service (QSR)

Terminal Provided By:   APPS ☒   Agent ☐   Merchant ☐   Download Performed By:   APPS ☐   Agent ☒

| Quantity | Model/ Product Software Name | PIN Pad(s) | Communications | | | Stage Only |
|----------|------------------------------|------------|------|----------------|---|------------|
| 1 | Auth.net | | Dial ☐ | IP/ Dual Comm | ☒ | ☒ |
| | | | Dial ☐ | IP/ Dual Comm | ☒ | ☐ |
| | | | Dial ☐ | IP/ Dual Comm | ☒ | ☐ |
| | | | Dial ☐ | IP/ Dual Comm | ☒ | ☐ |
| | | | Dial ☐ | IP/ Dual Comm | ☒ | ☐ |
| | | | Dial ☐ | IP/ Dual Comm | ☒ | ☐ |
| | | | Dial ☐ | IP/ Dual Comm | ☒ | ☐ |
| | | | Dial ☐ | IP/ Dual Comm | ☒ | ☐ |

**NOTE:** *If Terminals are provided by APPS, it is a requirement to submit a Purchase Order for equipment to be deployed and tested from Atlantic Pacific Processing Systems facility.*

☐   **Multi Merchant Terminal**

Master TID  _____

_____

_____

_____

_____

_____

**Terminal Industry Options**

☐   Auto-Batch* (Time:_____)  *Default 9:45 PM*

☐   Address Verification (AVS) – *Required on MOTO*

☐   Accounts Fraud Control (*verify the last four digits*)

☐   Additional Receipt Header Info (*use lines below*)

☐   Additional Receipt Footer Info (*use lines below*)

_____

_____

_____

**SPECIAL INSTRUCTIONS:**
Descriptor:

Confidential                                     SYNOVUS0005023

**Carson Attachment P, Page 50 of 53**

V4.0418 (SYN)

**For purposes of this application, "Processor" is Atlantic-Pacific Processing Systems, LLC, 6671 Las Vegas Blvd. South, Suite 210, Las Vegas, NV 89119 and can be contacted at 1-800-635-3545 and "Merchant Bank" is Synovus Bank, 1125 First Avenue, Columbus, GA 31901, 706-649-4900.**

### Merchant Signatures and Guarantor Signatures

**Agreement Signature**: By signing below, each of the Merchant and Guarantor(s) and each individual signing below as a principal /owner of Merchant or as a Guarantor (1) certifies that all information and documents submitted with this Application are true and complete; (2) authorizes Merchant Bank, Processor and their respective agents to verify any of the information given, including credit references, and to obtain individual and/or business credit reports, including requesting reports from consumer reporting agencies on persons signing below as a principal or owner of Merchant or as a Guarantor (if such person asks Merchant Bank or Processor whether or not a consumer report was requested, Merchant Bank or Processor will tell such person, and if Merchant Bank or Processor received a report, Merchant Bank or Processor will give such person the name and address of the agency that furnished it); (3) acknowledges receipt of the Merchant Card Processing Agreement ("Agreement") including the Continuing Guaranty ("Guaranty") contained within the Agreement, and of the CNP Addendum, Special Services Addendum and the Merchant Use and Disclosure of BIN Information Addendum (each, an "Addendum"), that can be reviewed and downloaded from https://www.approcessing.com/terms-conditions, each of which documents is incorporated herein by this reference, and agrees to be bound by and perform in accordance with all provisions, terms and conditions of the Agreement, the Guaranty, and each such Addendum; (4) agrees to be bound by and perform in accordance with all terms, conditions and provisions of any Merchant Card Processing Agreement between any Merchant Affiliate of Merchant and Processor and its agents and Merchant Bank ("Merchant Affiliate Agreement"), regardless of whether such Merchant Affiliate Agreement currently exists or is executed, amended or supplemented at some future date; (5) agrees that Processor and its agents and Merchant Bank may rely upon copies or facsimiles of this Application bearing Merchant's and Guarantor(s)'s signatures, or on copies or facsimiles of other documents bearing Merchant's and Guarantor(s)'s signatures, and that any such copies or facsimiles shall be treated for all purposes as originals of the Application or other document; and (6) certifies that Merchant does not and will not provide, offer or facilitate gambling services, including offering or facilitating internet gambling services, or establishing quasi-cash, credits or monetary value of any type that may be used to conduct gambling.

Without limiting the generality of the foregoing, each individual signing below as a principal/owner of Merchant certifies that (i) he/she is identified in Section 3.II above, either as the sole proprietor of Merchant or as a beneficial owner and/or Control Prong of Merchant, and (ii) he/she is authorized to open accounts for Merchant at financial institutions, and (iii) all information provided in Sections 1 through 3 about the Merchant legal entity is complete and correct, and (iv) to the best of his/her knowledge, all information provided in Section 3.II about each individual listed therein is complete and correct and there is no individual who directly or indirectly owns 25% or more of the Merchant legal entity's equity interests whose information is not provided in Section 3.II, and (v) the information in Section 3.I regarding the identity and identification document of the Merchant legal entity, and the information in Section 3.II regarding the identity and identification document of each individual listed therein, is complete and correct and was personally observed on the indicated document.

The undersigned acknowledge that Processor (and not Merchant Bank) will settle your American Express, JCB, and Diners transactions and (a) Merchant will receive one consolidated statement from Processor that will reflect Merchant's Visa, MasterCard, American Express, and Discover transactions;(b)Merchant's American Express settlement funds will be paid at the same time and in the same manner as Merchant's Visa, MasterCard, and Discover settlement; and (c) Merchant will not have a direct relationship with American Express and the terms set forth in the MPA for American Express transactions will apply. By signing below, Merchant agrees to be bound by the American Express merchant requirements contained in the Operating Guide and for any other lawful business purposes, including commercial marketing communications purposes within the parameters of AMERICAN EXPRESS CARD ACCEPTANCE, and important transactional or relationship communications from AMERICAN EXPRESS. AMERICAN EXPRESS may use the information about MERCHANT obtained in the AGREEMENT at the time of setup to screen and/or monitor MERCHANT in connection with AMERICAN EXPRESS marketing and administrative purposes. MERCHANT agrees it may receive messages from AMERICAN EXPRESS, including important information about AMERICAN EXPRESS products, services, and resources available to its business. These messages may be sent to the mailing address, phone numbers, email addresses or fax numbers of MERCHANT. MERCHANT may be contacted at its wireless telephone number and the communications sent may include autodialed short message service (SMS or "text") messages or automated or prerecorded calls. MERCHANT agrees that it may be sent fax communications. MERCHANT may opt-out of receiving future commercial marketing communications from AMERICAN EXPRESS by not checking the "Yes" checkbox on page 3 above, or may opt out at any time by contacting Processor. Note that MERCHANT may continue to receive marketing communications while AMERICAN EXPRESS updates its records to reflect this choice. Opting out of commercial marketing communications will not preclude MERCHANT from receiving important transactional or relationship messages from AMERICAN EXPRESS. TSYS Acquiring Solutions, LLC, 1601 Dodge Street, Omaha, NE 68102, is Merchant's acquirer for American Express, or will convey American Express sales on Merchant's behalf.

**IRS Certification:** Each individual signing below as a principal/owner of Merchant, under penalties of perjury, certifies that (1) the Merchant's taxpayer identification number shown on this form in Section 2 is the Merchant's correct taxpayer identification number; and (2) the Merchant identified in Section 2 is not subject to backup withholding because (a) the Merchant is exempt from backup withholding, or (b) the Merchant has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Merchant that it is no longer subject to backup withholding; and (3) the Merchant identified in Section 2 is a U.S. citizen or other U.S. person as defined in the IRS Form W-9 instructions. (Certification Instructions: You must cross out and initial item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. IRS Form W-9 instructions are available from Processor upon request.)

**Guaranty:** The undersigned Guarantor(s), individually and severally, guarantee the full and faithful performance and payment by the Merchant (identified above in the portion of this Application which precedes this Guaranty) of each and all of Merchant's duties and obligations to Merchant Bank and Processor, as provided in Section 25 of the Merchant Card Processing Agreement, which Merchant Card Processing Agreement, and this Application and the Addendums mentioned above, are incorporated into this Guaranty by this reference. Each Guarantor further agrees that his or her liability under this Guaranty will not be limited or canceled because either Merchant Bank or Processor agrees to changes or modifications to the Merchant Agreement, with or without notice to Guarantor. Each Guarantor further agrees that: (a) Merchant Bank and Processor may delay enforcing any of its rights under this Guaranty, without losing such rights and therefore each Guarantor hereby waives any applicable Statue of Limitations; (b) Merchant Bank and Processor, and each of them, can demand payment from such Guarantor without first seeking payment from the Merchant or any other Guarantor or from any security held by the Merchant Bank, and (c) such Guarantor will pay all court costs, attorney's fees, and collection costs incurred by either Merchant Bank or Processor in connection with the enforcement of the Merchant Agreement or this Guaranty (whether or not there is a lawsuit) and such additional fees and costs as may be incurred by Merchant Bank or Processor. This is a continuing Guaranty and shall not be discharged or affected by the death of the undersigned, shall bind the heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any successor of Merchant Bank or Processor.

| MERCHANT SIGNATURES | | GUARANTOR SIGNATURES | |

The Internal Revenue Service does not require your consent to any provision of this Document other than the certifications required to avoid backup withholding. See **"IRS Certification"** above

| *Ahmed Shokry* | 02/19/2024 | *Ahmed Shokry* | 02/19/2024 |
|---|---|---|---|
| X 1) Principal/Owner for Merchant | Date | X 1) Guarantor Signature | Date |
| AHMED IBRAHIM SHOKRY | Owner | AHMED IBRAHIM SHOKRY | Owner |
| Print Name | Title | Print Name | Title |
| | | | |
| X 2) Principal/Owner for Merchant | Date | X 2) Guarantor Signature | Date |
| | | | |
| Print Name | Title | Print Name | Title |

### FOR INTERNAL USE

| *Jennifer Castro* | 3/22/2024 | | |
|---|---|---|---|
| X 1) Accepted By Processor | Date | X 1) Accepted By Merchant Bank | |
| Jennifer Castro | Underwriting Manager | | |
| Print Name | Title | Print Name | Title |

6 of 7

Confidential

SYNOVUS0005024

**Carson Attachment P, Page 51 of 53**

V4 0418 (SYN)

## VISA DISCLOSURE PAGE

**Member Bank (Acquirer) Information:**

| | |
|---|---|
| Acquirer Name: | Synovus Bank |
| Address: | 1125 First Avenue |
| | Columbus, GA 31901 |
| Phone: | 706-649-4900 |

**Important Member Bank Responsibilities**
1. A Visa Member is the **only entity** approved to extend acceptance of Visa products directly to a Merchant.
2. A Visa Member must be a principal party to the Merchant Card Processing Agreement.
3. The Visa Member is responsible for and must provide settlement funds to the Merchant.
4. The Visa Member is responsible for all funds held in reserve that are derived from settlement.
5. The Visa Member is responsible for educating Merchants on any Visa Core Rules and Visa Product and Service Rules with which Merchants must comply during the course of operation.

**Important Merchant Responsibilities**
1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Card Processing Agreement. Download a copy from APPS's website at: https://www.approcessing.com/terms-conditions
4. Comply with Visa Core Rules and Visa Product and Service Rules.

The responsibilities listed above do not supersede the terms of the Merchant Card Processing Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the Merchant experience any problems.

**Merchant Information (* = Required)**

| | |
|---|---|
| *Business Legal Name (Printed): | Innovative Partners LP |
| *Business Address: | 1401 N University Dr #207 |
| *Business Phone: | 866-949-3581 |
| *Signature of Owners or Officers: | *Ahmed Shokry* |
| *Printed Name of Owners or Officers: | AHMED IBRAHIM SHOKRY |
| *Title: | Owner |
| *Date: | 02/19/2024 |

7 of 7

Confidential

SYNOVUS0005025

**Carson Attachment P, Page 52 of 53**



**Schedule B – Reserve Addendum**

**MERCHANT INFORMATION**

Merchant ID #: _____

| | |
|---|---|
| Merchant Legal Name Innovative Partners LP | Merchant DBA Name Innovative Health Plans |
| Physical Address 1401 N University Dr Suite 207 | City Coral Springs   State FL   ZIP 33071 |
| Phone (866) 949-3581   Fax (___) | E-Mail Address: arman@innovativepartnerslp.com |
| Contact Name: AHMED IBRAHIM SHOKRY | Title: Owner |

**RESERVE ADDENDUM**

☒  **ROLLING**

1.  A **10** %, **6** -month rolling reserve will be implemented.

2.  The **6** -month rolling reserve will be released on a rolling basis. *For example, on a 6-month rolling reserve, the reserves collected during month 1 will be released in month 7. The reserves collected in month 2 will be released in month 8 and so forth.*

2.  The rolling reserve will remain in place until an account review by APPS Risk Department concludes the collection of reserves is no longer necessary.

☐  **CAPPED**

1.  A _____% reserve will be implemented until the cap amount of $_____ has been reached. Once the cap has been reached, the reserve will no longer be collected.

2.  This capped reserve will be held until an account review by APPS Risk Department concludes the reserve balance may be released.

**ACCOUNT CLOSURE RESERVE RETENTION**

Our merchant agreement provides for a 6 month deposit retention period. Assuming there are no open valid chargeback claims, APPS Risk Department will consider the release of any remaining retained deposit funds at the expiration of the 6-month timeframe.

The undersigned certify and affirm, under penalty of perjury, that all changes and/or instructions contained herein have been fully authorized and approved by the Board of Directors or other managing body or person of the Merchant. The undersigned further agrees and acknowledges to be bound by the existing Terms and Conditions. Signature of Authorized Merchant Principal (as specified on the Merchant Agreement): Change request will not be completed unless all pertinent information above is completed and signature is verified.

| | |
|---|---|
| Merchant Signature *SIGN HERE Ahmed Shokry* | Dated 02/19/2024 |
| Print Name AHMED IBRAHIM SHOKRY | Title Owner |

| APPS Use Only: | | |
|---|---|---|
| Received: _____ | By: _____ | Completed: _____ |

v1

*Atlantic-Pacific Processing Systems*

Confidential

SYNOVUS0005076

**Carson Attachment P, Page 53 of 53**

# Carson Attachment Q





**Owner 2 Information**

Owner 2 First Name
Ahmed

Owner 2 Last Name
Shokry

Owner 2 Title
CEO

Owner 2 Birthdate
■■■■■■

Owner 2 SSN
000000005

Owner 2 Address
21264 Via Eden

Owner 2 Address 2

Owner 2 City
Boca Raton

Owner 2 State
FL

Owner 2 Zip Code
33433

Owner 2 Country
US

Owner 2 Phone number
9548921108

Owner 2 Email

Owner 2 DL Number
■■■■■■■■

Owner 2 DL State
FL

Owner 2 DL Expiration
3/1/2027

Owner 2 DL Issue Date
3/11/2019

Owner 2 Percentage of Ownership
20.00

Owner 2 Control Person
☐

**Banking Information**

Legal Name on Bank Account

Banking 1 Account Number
■■■■0008

Banking 1 Routing Number
072000326

**Carson Attachment Q, Page 2 of 4**



PAYMENT CUSTOMER PROFILE    NEWS & INSIGHTS    RISK ANALYSIS    CASES    RELATIONSHIPS

**Innovative Partners LP**

**Client Information**

Organization Name
Innovative Partners LP

DBA
Health Plans  Innovative Partners

Taxpayer Number
321623773

Type *
Merchant

Industry
Select Industry

Category
Select category

MCC
6300

Web - primary
https://www.innovativepart...

Business MCC Description
Insurance Sales [Health, Life, Renter/Homeowner, Medical/Dental, Title]

Phone - primary
8669493561

Corporate Structure
Partnership (LP, LLP, LLLP, GP)

Alert Indicator
**0**

Company Description
Health Benefit Plan

Client Status
Terminated

Legacy AVP Client ID

NERCA

CNP Firearms

Is Partner

Client of (Partner) Member
MVB

Parent Organization
Maverick BankCard Inc

Website
https://www.innovativepartnerslp.com

Phone
8669493561

Years In Business
1

Months in Business

Years at Location
1

Merchant ID
554630197763418

Client Id
58505

External ID (Other)
554630197763418

Agent/Association ID
069731

---

**^ Client Account Address  + ⟳ ⋮ Q**

Physical Street
1401 N University Dr. Suite 207

Physical City
Coral Springs

Physical State/Province
FL

Physical Zip/Postal Code
33071

Shipping Street
1401 N University Dr. Suite 207

Shipping City
Coral Springs

Shipping State/Province
FL

Shipping Zip/Postal Code
33071

---

**Owner 1 Information**

Owner 1 First Name
Ahmed

Owner 1 Last Name
Shokry

Owner 1 Title
CEO

Owner 1 Birthdate
[redacted]

Owner 1 SSN
[redacted]

Owner 1 Address
21264 Via Eden

Owner 1 Address 2

Owner 1 City
Boca Raton

Owner 1 State
FL

Owner 1 Zip
33433

Owner 1 Country
US

Owner 1 Phone Number
9548921092

Owner 1 Email

Owner 1 DL Number
[redacted]

Owner 1 DL State
FL

Owner 1 DL Expiration
3/1/2027

Owner 1 DL Issue Date
3/11/2019

Owner 1 Signing IP Address

Owner 1 Ownership Percentage
100.00

Owner 1 Control Person

**Carson Attachment Q, Page 3 of 4**



**Banking Information**

Legal Name on Bank Account

Banking 1 Account Number
███697

Banking 1 Routing Number
267084131

**Carson Attachment Q, Page 4 of 4**

# Carson Attachment R

1/31/24, 4:15 PM

(13) Ahmed Shokry | LinkedIn

 

 



## Ahmed Shokry
Insurance Agency Owner

 Prosperity Health LLC

 Florida Atlantic University - College of Business

Fort Lauderdale, Florida, United States · **Contact info**

**500+** connections

**▲+ Connect**    **■ Message**    ( More )

---

**Activity**
2,885 followers

**Ahmed hasn't posted yet**
Recent posts Ahmed shares will be displayed here.

Show all activity →

---

**Experience**

 **Business Owner**
Prosperity Health LLC · Full-time
Sep 2020 - Present · 3 yrs 5 mos
Fort Lauderdale, Florida, United States

**Managing Partner**
Direct Health LLC · Full-time
Jan 2018 - Present · 6 yrs 1 mo
Boca Raton, Florida

**Financial Representative**
Northwestern Mutual
Dec 2015 - Feb 2016 · 3 mos
Boca Raton, FL

• Preparing and distributing reports for company directors
• Responsible for corporate and consumer sales and account management
• Sold primarily group life insurance programs and ensured regular follow-up with key accounts and prospects
• Researched demographical data and contributed creative brainstorming for marketing materials
• Maintaining business calendar and schedules for events

 **V.I.P Account Manager**
One Concierge · Full-time
Apr 2014 - Jan 2016 · 1 yr 10 mos
Boca Raton, FL

---

1/4

**Carson Attachment R, Page 1 of 7**





**Ahmed's Post** ✕

**Ahmed Shokry** is with **Jimmie Sutton** and **2 others.**
March 19 · 🌐

HIRING ☎️

▪Inbound only calls
▪Unlimited Calls
▪High Commissions
▪Locations: Fort Lauderdale / Coral Springs / Pompano / Boca Raton
▪No Budget

DM now! Limited Spaces available

👍❤️ 9                                    8 comments   4 shares

👍 Like            💬 Comment            ↪ Share

All comments ▾

Jimmy Aivaliotis

🔥

4w   Like   Reply

Fujiko Someno Jackson
🔥💥💣
4w   Like   Reply

Jader Lopez
Ya'll got snacks?

4w   Like   Reply   2😋😛

> Ilyssa Goodman
> **Jader Lopez** unlimited snacks. And I take snack orders if there's any preferences 😊🤢
>
> 4w   Like   Reply                                    😮

> Jader Lopez
> **Ilyssa Goodman** lmao. I'm a cheap date lately
>
> 4w   Like   Reply                    😄

> Ilyssa Goodman
> **Jader Lopez** I got you boo 🌮
>
> 4w   Like   Reply

> Jader Lopez
> **Ilyssa Goodman** lmao
>
> 4w   Like   Reply

Christopher Hodges
omg🍩🍩🍩
4w   Like   Reply

Write a comment...        💬 ☺️ 📷 GIF 🙂

**Carson Attachment R, Page 3 of 7**



**facebook.com/ahmed.shokry.12720**
124.0.6367.61
Windows 10 Enterprise 22H2 (64-bit Build 19045)
4/23/2024 6:38:21 AM







**Ahmed's Post**   ✕

**Ahmed Shokry**
May 24 at 10:18 AM · 🌐

Whitelabeling..... DM for details 💰

👍 1                                    1 comment

👍 Like          💬 Comment          📞 Send          ↗ Share

Adel Gmalelden

3d   Like   Reply

Write a comment...

facebook.com/ahmed.shokry.12720
136.0.7103.114
Microsoft Windows 11 Pro 24H2 (64-bit Build 26100)
5/28/2025 9:22:43 AM

**Carson Attachment R, Page 7 of 7**

# Carson Attachment S

## Record # 1 / 199229227 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| Reference Number: | 199229227 | Originator Reference Number: | |
| Language: | English | Contact Type: | Complaint |
| Source: | Consumer | DNC?: | No |
| Comments: | I was sold what was presented to me as legitimate health insurance coverage. I was led to believe this plan functioned like a major medical insurance plan and would be accepted by healthcare providers. However, I later discovered that this plan is not recognized as valid insurance by many providers, and claims were not processed or covered as expected.I have attempted to cancel this plan, but the company has refused to properly process my cancellation. They repeatedly claim their system or VPN has been down, preventing cancellation, while continuing to charge my bank account.I believe I was misled into purchasing a product that was falsely represented as health insurance, and the company is continuing unauthorized billing despite my request to cancel.I am requesting assistance in stopping this company from continuing these practices and seeking recovery of funds that were taken under false pretenses. | | |
| Additional Comments: | | | |
| Complaint disposition provided?: | | | |
| Complaint Disposition: | | | |
| Data Reference: | | Load Date: | 03/19/2026 4:21:42 PM |
| Created By: | FTCCIS-FTCUSER | Created Date: | 03/19/2026 4:21:42 PM |
| Updated By: | | Updated Date: | |
| Complaint Source: | FTC Mobile Complaints | Product Service Description: | Misc. Medical |
| Amount Requested: | | Amount Paid: | $6,957.00 |
| Payment Method: | Debit Card | Agency Contact: | Mobile |
| Complaint Date: | 03/19/2026 | Transaction Date: | |
| Initial Contact: | Other: A friend | Initial Response: | |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| Consumer Information | | | |

**Carson Attachment S, Page 1 of 51**

| Consumer Small Business or Organization: | | | | |
|---|---|---|---|---|
| First Name: | Misty | Last Name: | Greider | |
| Address 1: | ███████████ | Address 2: | | |
| City: | ███████████ | State: | ████ | |
| Zip: | ███████████ (Cleansed: 44304) | Country: | UNITED STATES | |
| County: | ████ | Federal Judicial District: | ████████ | |
| Home Number: | | Cell Number: | ████████ | |
| Work Number: | | Ext: | | |
| Fax Number: | | Email: | ██████████████ | |
| Age Range: | ██████ | Military Service Branch: | | |
| Soldier Status: | | Soldier Station: | | |

| | | Subject | | |
|---|---|---|---|---|
| Subject: | First Health Network (innovative partners) | Normalized Name: | First Health Network (innovative Partners) | |
| Address 1: | P.O. Box 17879 | Address 2: | | |
| City: | Clearwater | State/Prov: | Florida | |
| ZIP: | 33762 | Country: | UNITED STATES | |
| County: | Pinellas | Federal Judicial District: | Florida - Middle | |
| Email: | ██████████████ | URL: | Www.firsthealthbp.com | |
| Phone Number: | 800-2265116 | Ext: | | |
| Subject ID Type: | | Subject ID Issuer State: | | |
| Subject ID Issuer Country: | | | | |
| Representative: | Mikiel | Title: | | |

**Carson Attachment S, Page 2 of 51**

## Record # 3 / 195519150 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 195519150 | **Originator Reference Number:** | 24100000009940 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?:** | No |
| **Comments:** | I am the member on the following plan and I am submitting a formal written evidence request related to a coverage dispute:Plan Administrator: Innovative Partners, LP – Elite 4MDGroup Number: MP200Member ID: G162305Member Since: October 1, 2024 (active, paid to date)State of Residence: IndianaAt the time of enrollment, your representative or authorized reseller "Kristen Joseph" or Christian Joseph (954-324-7692) - Google Voice Number represented to me that pregnancy-related medical care and emergency visits would be covered under this plan. This information influenced my decision to enroll. I have since learned pregnancy is excluded under your plan documents and am now stuck with a medical bill of over 35,000 that was for child's birth which i was told would be covered. I paid over the phone and i trusted your reps to tell me the truth. I am invoking my right to obtain a copy of all communications related to my enrollment. Please produce within 10 business days all the calls related to enrollment and sign up:All recorded phone calls related to my enrollment, including pre-sale, sale, verification, and post-sale calls.Transcripts of the above calls (if available).Call logs showing dates, times, originating/destination numbers, agent IDs.The full legal identity, licensing information, and employer of "Kristen Joseph," including:State insurance license number(s)National Producer Number (NPN)Appointment historyCopies of any sales scripts or disclosures used during my enrollment.The name and contact information of the person handling misrepresentation complaints.This request constitutes an evidence preservation notice. Please confirm receipt. If these records are not produced within the timeframe above, I will escalate this matter to the Indiana Department of Insurance (IDOI) and the Indiana Attorney General Consumer Protection Division. I will get answers and the information i am requesting or i will file a lawsuit. --- Additional Comments: COVER THE MEDICAL BILLS YOUR REP SAID WOULD BE COVERED OR SHOW ME THAT IM WRONG BY PROVIDING THE RECORDINGS OF THE SALES CALL WHERE YOUR REP SOLD ME THE POLICY.; Refund',Unanswered,'Yes | | |
| **Additional Comments:** | | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 12/25/2025 1:52:46 AM |
| **Created By:** | BBBWEFL-USER | **Created Date:** | 11/05/2025 12:00:00 AM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | BBB FL West Palm Beach | **Product Service Description:** | Medical Insurance & Discount Plans |
| **Amount Requested:** | | **Amount Paid:** | $35,000.00 |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 11/05/2025 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |

**Carson Attachment S, Page 3 of 51**

| Statute/Rule: | | Law Violation: | |
|---|---|---|---|
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| **Consumer Information** | | | |
| Consumer Small Business or Organization: | | | |
| First Name: | Julio | Last Name: | Canseco-Ramos |
| Address 1: | ███████████ | Address 2: | |
| City: | | State: | ███████ |
| Zip: | | Country: | |
| County: | | Federal Judicial District: | |
| Home Number: | | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ███████ |
| Age Range: | | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |
| **Subject** | | | |
| Subject: | Innovative Partners | Normalized Name: | Innovative Partners |
| Address 1: | PO Box 17879 | Address 2: | |
| City: | Clearwater | State/Prov: | Florida |
| ZIP: | 33762 | Country: | UNITED STATES |
| County: | Pinellas | Federal Judicial District: | Florida - Middle |
| Email: | | URL: | https://innovativepartnerslp.com |
| Phone Number: | 866-9493581 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | Jimmy Sutton | Title: | Business Manager |

**Carson Attachment S, Page 4 of 51**

4/2/26, 1:18 PM                                   Printer Friendly Record Details

## Record # 1 / 178269448 / Consumer Sentinel Network Complaint

| Reference Number: | 178269448 | | Originator Reference Number: | 06330022207285 |
|---|---|---|---|---|
| Language: | English | | Contact Type: | Complaint |
| Source: | Organization | | DNC?: | No |
| Comments: | While looking for a primary insurance, was contacted by a man named Nick who worked on behalf of Innovative Partners. I explained that I no longer could get coverage through the marketplace and that I had ChampsVA as a secondary. He asked me who my doctors were and said they were in network, he asked me when my next appointment was and said that it would be covered, I also explained that I am a high cancer risk patient. He told me no worries. My husband was listening too. It was 252.00 for the insurance plus the initial $50 fee. So on July 18th, 2024 I signed on. My first appointment was August 1st. I am set to have an upper scope done and I hadn'??t heard anything from the pre authorization dept, so I called. I got the run around. I found the number for the company that pays the bills and called them. Marpai informed me this insurance is strictly a very basic plan. It does not activate for 30 days after signing on. There is one lie. It does not cover preexisting conditions. Second lie by omission. And it only covers 2 office calls a year. This agent knew full well after me explaining my health issues that I would need to go more than twice a year and he said nothing. I was not made aware of any of this until I sent you that review. Now I'??m out the 302 dollars and I have a gastroenterologist bill to pay for. I would like to see a resolution of being reimbursed for false information. --- Additional Comments: I would like to see a resolution of being reimbursed for false information. | | | |
| Additional Comments: | | | | |
| Complaint disposition provided?: | Yes | | | |
| Complaint Disposition: | RESOLVED. The complainant verified the issue was resolved to his/her satisfaction. | | | |
| Data Reference: | | | Load Date: | 09/27/2024 5:14:55 AM |
| Created By: | BBBWEFL-USER | | Created Date: | 08/28/2024 12:00:00 AM |
| Updated By: | | | Updated Date: | |
| Complaint Source: | BBB FL West Palm Beach | | Product Service Description: | Medical Insurance & Discount Plans |
| Amount Requested: | | | Amount Paid: | |
| Payment Method: | | | Agency Contact: | External Agency |
| Complaint Date: | 08/28/2024 | | Transaction Date: | |
| Initial Contact: | | | Initial Response: | |
| Statute/Rule: | | | Law Violation: | |
| Topic: | | | Dispute with Credit Bureau?: | |

**Carson Attachment S, Page 5 of 51**

4/2/26, 1:18 PM                                    Printer Friendly Record Details

| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
|---|---|---|---|
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |

| Consumer Information | | | |
|---|---|---|---|
| Consumer Small Business or Organization: | | | |
| First Name: | Gina | Last Name: | Holtorf |
| Address 1: | ███████ | Address 2: | |
| City: | ███████ | State: | ███████ |
| Zip: | ███████ | Country: | ███████ |
| County: | ███████ | Federal Judicial District: | ███████ |
| Home Number: | | Cell Number: | |
| Work Number: | ███████ | Ext: | |
| Fax Number: | | Email: | ███████ |
| Age Range: | | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |

| Subject | | | |
|---|---|---|---|
| Subject: | Innovative Partners, Lp | Normalized Name: | Innovative Partners, Lp |
| Address 1: | | Address 2: | |
| City: | Boca Raton | State/Prov: | Florida |
| ZIP: | 33431 | Country: | UNITED STATES |
| County: | Palm Beach | Federal Judicial District: | Florida - Southern |
| Email: | info@innovativepartnerslp.com | URL: | |
| Phone Number: | 239-3839145 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | Arman Motiwalla | Title: | COO |

**Carson Attachment S, Page 6 of 51**

4/2/26, 1:17 PM                                    Printer Friendly Record Details

## Record # 1 / 179372845 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 179372845<br>Click here to view audio transcription (/WebForms/Common/MailScanImage.aspx?audioText=179372845.txt) | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | The consumer reported that they were misled by a health insurance company, Innovative Partners LP, which they believed was affiliated with MNsure, a division of the state of Minnesota that provides health plans. The consumer called MNsure in December 2023 to sign up for individual insurance and was connected with a broker who set them up with Innovative Partners LP, stating that they would cover the consumer's pre-existing condition and monthly lab tests. However, the consumer later discovered that Innovative Partners LP was not affiliated with MNsure and did not provide the coverage they promised. The consumer has been paying $911.85 per month for 9 months, but has not received adequate coverage, and is now seeking to cancel their policy with Innovative Partners LP and sign up for insurance through MNsure. The consumer believes they were victimized by a scam and is filing a report with the Federal Trade Commission. #LLMSummary | | |
| **Additional Comments:** | | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 10/28/2024 2:08:53 PM |
| **Created By:** | CADKINS | **Created Date:** | 10/28/2024 2:08:53 PM |
| **Updated By:** | LLM-USER | **Updated Date:** | 10/28/2024 2:19:23 PM |
| **Complaint Source:** | FTC Call Center | **Product Service Description:** | Medical Insurance & Discount Plans Government Imposters |
| **Amount Requested:** | $8,206.00 | **Amount Paid:** | $8,206.00 |
| **Payment Method:** | Credit Card | **Agency Contact:** | Phone |
| **Complaint Date:** | 10/28/2024 | **Transaction Date:** | |
| **Initial Contact:** | Website or App: www.mnsure.com | **Initial Response:** | |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) | **Law Violation:** | Deception/Misrepresentation |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | No | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | No |
| **Member of armed forces or dependent?:** | No | **Cross Border Complaint?:** | No |

**Carson Attachment S, Page 7 of 51**

4/2/26, 1:17 PM                                         Printer Friendly Record Details

| Consumer Information | | | |
|---|---|---|---|
| Consumer Small Business or Organization: | | | |
| First Name: | Webb | Last Name: | Hall |
| Address 1: | ███████████ | Address 2: | |
| City: | | State: | ███████ |
| Zip: | | Country: | ███████ |
| County: | ███████████ | Federal Judicial District: | |
| Home Number: | | Cell Number: | ███████████ |
| Work Number: | | Ext: | ███████████ |
| Fax Number: | | Email: | ███████████ |
| Age Range: | ███████ | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |

| Subject | | | |
|---|---|---|---|
| Subject: | Mn Sure | Normalized Name: | Mn Sure |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | UNITED STATES |
| County: | | Federal Judicial District: | |
| Email: | | URL: | |
| Phone Number: | 888-3760675 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative: | Elena | Title: | |

https://www.consumersentinel.gov/Search/PrintDetails

2/2

**Carson Attachment S, Page 8 of 51**

| Record # 2 / 193660002 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| **Reference Number:** | 193660002 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | I am filing a complaint against Innovative Partners, LP (30 Tower Lane, Suite 120, Avon, CT 06001) for misrepresentation and denial of confirmed health-insurance coverage for a surgery, which has resulted in a $26,402.38 hospital bill. In May 2025, I enrolled in a health plan offered by Innovative Partners. Before my surgery, both my physicians office (ENTA) and Good Samaritan Hospital verified coverage directly with Innovative Partners and documented that the procedure was covered and that no prior authorization was required. Verification details: Call from ENTA (Wendy) 51225 Partner Services: 866-949-3581 Spoke with: Mica M. (Ref: Mica M., 51225) Confirmed: plan effective 51025 $0 deductible $0 coinsurance no pre-cert required for CPT 69436. Call from Good Samaritan Billing (Tiffany) 51325, 3:24 PM Spoke with: Jasper F. (Ref: Jasper F., 51325) Confirmed: $100 copay in- and out-of-network benefits and stated: Patient will be covered for procedure. No auth required, MultiPlan PPO. Despite these clear confirmations, Innovative Partners later denied the claim. I then received a hospital bill totaling $26,402.38. I am currently unemployed, and this bill is an extreme financial hardship that I cannot pay. I relied on the coverage information given on May 12 and May 13, 2025 when I proceeded with the surgery. I first contacted the New York State Department of Financial Services (DFS) and then the Connecticut Department of Insurance (because Innovative Partners lists a Connecticut address). Both agencies declined to take action, leaving me without a clear path for relief even though the provider and hospital both documented that coverage was confirmed. I believe Innovative Partners, LP engaged in unfair and deceptive practices by: 1.Representing that my plan provided specific coverage and terms (including $0 deductible $0 coinsurance and no prior authorization required), and 2.Later denying the claim after the medical services were provided, despite those prior confirmations. I am requesting that the FTC: Investigate Innovative Partners, LP for misrepresentation and unfairdeceptive business practices related to health-insurance coverage. Take any appropriate enforcement action. Help ensure that Innovative Partners is required to honor the coverage that was confirmed for my surgery, or otherwise provide appropriate relief. I have documentation available to upload or provide upon request, including: Appeal letter to Innovative Partners Hospital bill ($26,402.38) Copies of my complaints to NY DFS and CT Department of Insurance and their denial responses Copy of my Innovative Partners insurance card Email from ENTA (Wendy Lopez González) confirming coverage approvals from both the doctors office and the hospital My contact information: Name: Allison Hoshia Email: ████████████████ | | |
| **Additional Comments:** | | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 11/13/2025 1:52:49 PM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 11/13/2025 1:52:49 PM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaints | **Product Service Description:** | Misc. Medical |
| **Amount Requested:** | $26,402.38 | **Amount Paid:** | |

**Carson Attachment S, Page 9 of 51**

| Payment Method: | | Agency Contact: | Internet |
|---|---|---|---|
| Complaint Date: | 11/13/2025 | Transaction Date: | |
| Initial Contact: | Phone Call | Initial Response: | |
| Statute/Rule: | FTC Act Sec 5 (BCP) | Law Violation: | Deception/Misrepresentation |
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
| **Consumer Information** | | | |
| Consumer Small Business or Organization: | | | |
| First Name: | Allison | Last Name: | Hoshia |
| Address 1: | ███ | Address 2: | |
| City: | ███ | State: | ███ |
| Zip: | ███ | Country: | ███ |
| County: | ███ | Federal Judicial District: | ███ |
| Home Number: | | Cell Number: | ███ |
| Work Number: | | Ext: | ███ |
| Fax Number: | | Email: | ███ |
| Age Range: | ███ | Military Service Branch: | ███ |
| Soldier Status: | | Soldier Station: | |
| **Subject** | | | |
| Subject: | Innovation Health Partners | Normalized Name: | Innovation Health Partners |
| Address 1: | 30 Tower Ln | Address 2: | STE 120 |
| City: | Avon | State/Prov: | Connecticut |
| ZIP: | 06001 | Country: | UNITED STATES |
| County: | Capitol | Federal Judicial District: | Connecticut |
| Email: | Support@Innovative.Partners | URL: | https://member.innovativepartnerslp.com |

**Carson Attachment S, Page 10 of 51**

| Phone Number: | 866-9493581 | | Ext: | |
|---|---|---|---|---|
| Subject ID Type: | | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | | |
| Representative: | | | Title: | |