

**YOU SHOULD CAREFULLY READ THE FOLLOWING TERMS BEFORE USING THE AMERICAN COLLECTIVE SERVICES. BY CREATING AN ACCOUNT AND USING THE SERVICES, YOU ARE CONSENTING TO BE BOUND BY AND ARE BECOMING A PARTY TO THIS AGREEMENT. IF YOU DO NOT AGREE TO ALL OF THE TERMS OF THIS AGREEMENT, DO NOT LOG ON OR USE THE AMERICAN COLLECTIVE APPLICATION.**

**NOTICE REGARDING DISPUTE RESOLUTION:** THESE TERMS CONTAIN A BINDING ARBITRATION AGREEMENT AND A CLASS ACTION/REPRESENTATIVE-TYPE ACTION WAIVER WHICH STATES THAT WE AND YOU AGREE TO RESOLVE ANY DISPUTES IN BINDING ARBITRATION. ALL SUCH ARBITRATION CLAIMS MUST BE BROUGHT IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS REPRESENTATIVE OR MEMBER OR OTHERWISE ON BEHALF OF OTHERS IN ANY PURPORTED CLASS, COLLECTIVE OR REPRESENTATIVE CAPACITY. ARBITRATION PRECLUDES YOU AND US FROM SUING IN COURT OR HAVING A JURY TRIAL.

WHILE YOU MUST AGREE TO THESE PROVISIONS, THERE IS AN OPTION, DESCRIBED BELOW, TO OPT OUT THE ARBITRATION PROVISIONS. THE OPTION TO OPT-OUT IS TIME-LIMITED TO THIRTY (30) DAYS AND REQUIRES YOUR IMMEDIATE ATTENTION. YOU CAN OPT-OUT OF THE ARBITRATION AGREEMENT BY CONTACTING INFO@AMERICANCOLLECTIVELP.COM WITHIN 30 DAYS OF ACCEPTING THESE TERMS.

By continuing to use the Services, You agree as follows:

- Any information that We collect through Your use of the Services is subject to the American Collective Privacy Policy, which is part of these Terms of Use;

- You are at least 18 years old or have been legally emancipated and are otherwise legally qualified to enter into and form contracts under applicable law;

- You understand and intend that this Agreement is a legally binding agreement and the equivalent of a signed, written contract;

- If You create a profile for a third party for whom you are not the parent or legal guardian, You represent and warrant that you have permission from such person to input and share their Personal Data within the App and with other third parties;

- You will use the Services in a manner consistent with applicable laws and regulations and these Terms of Use, as they may be amended by American Collective from time to time; and you shall not use the Services if it is illegal under the applicable law – it is your responsibility to ensure that the use of the services is lawful in the jurisdiction or country

**Carson Attachment X, Page 28 of 202**

where you are located.

IF YOU DO NOT AGREE WITH AND ACCEPT THESE TERMS, **IMMEDIATELY DELETE ALL FILES**, IF ANY, ASSOCIATED WITH THE ACCOMPANYING SERVICES AND MATERIALS FORM YOUR COMPUTER OR MOBILE DEVICE.

# TERMS OF USE

VERSION VALID AS OF July 15, 2025

Thank You for choosing American Collective .Please note, **these Terms of Use (the "Terms") constitute a binding agreement between You ("You" or "Your") and American Collective Partners, LP ("American Collective", "We", "Us", "Our")**. These Terms govern Your use of the American Collective website, located at https://americancollectivelp.com (the "Website"), and/or the American Collective application (the "Application" or "App") and the services available through the Website and App (collectively, the "Services"). By using or continuing to use the Services, You indicate that You have read, understand, and agree to these Terms and the American Collective Privacy Policy. All capitalized terms not defined in these Terms are defined in the Privacy Policy.

IF YOU DO NOT UNDERSTAND THIS AGREEMENT OR DO NOT AGREE TO BE BOUND BY THESE TERMS, YOU MAY NOT USE THE SERVICES.

## WHAT IS AMERICAN COLLECTIVE?

Section 1

The American Collective Services allow You to track and manage Your and/or someone else's health by creating individual, personal health profiles where You can upload and store health data, forms, and prescriptions, coordinate with caregivers, family members, and treatment providers, and set reminders for appointments and medications. You may access and use the Services only in accordance with these Terms, and You agree to comply with all applicable laws, rules, and regulations, including any other policies incorporated into these Terms, such as the American Collective Privacy Policy.

**We are NOT a medical record**

We do not share the information you share with us with your healthcare provider and your healthcare provider does not share information with us. **The information you share with us should not be used to make medical decisions or shared with a healthcare provider for treatment purposes.**

**We do NOT provide medical advice**

American Collective is not authorized to provide medical advice requiring any type of professional medical licensure. American Collective provides the Services only to help You track and manage the information You share with us. THE SERVICES DO NOT CONTAIN OR CONSTITUTE, AND SHOULD NOT BE INTERPRETED AS, MEDICAL ADVICE OR OPINION. American Collective is not a medical professional service, and American Collective does not provide medical services or render medical advice. If You require medical advice or services, You should consult a medical professional.

AMERICAN COLLECTIVE IS NOT RESPONSIBLE NOR LIABLE FOR ANY ADVICE, COURSE OF TREATMENT, DIAGNOSIS OR ANY OTHER THIRD PARTY INFORMATION, SITE, SERVICE OR PRODUCTS THAT YOU OBTAIN THROUGH THE SERVICES. YOU ACKNOWLEDGE AND AGREE

**Carson Attachment X, Page 30 of 202**

THAT AMERICAN COLLECTIVE DOES NOT PROVIDE ANY MEDICAL DIAGNOSIS OR TREATMENT SERVICES OR ADVICE AND DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES, GUARANTEES OR ENDORSEMENTS REGARDING ANY MEDICAL INFORMATION THAT YOU MAY OBTAIN THROUGH THE SERVICES.

We may provide You with links to third parties that may provide You with medical advice (See Privacy Policy for details), but Your use of those third parties is not governed by these Terms or the American Collective Privacy Policy. Such links are provided for informational purposes and only and do not constitute an endorsement of the third parties we link to. American Collective does not evaluate or warrant the accuracy or quality of third-party services provided to You, and You are responsible for confirming the qualifications of any third-party service provider You use.

If at any time You are concerned about Your care or treatment, or You believe that You or someone else has a serious or life-threatening condition, **call 9-1-1 immediately** in areas where that service is available, or go to the nearest open clinic or emergency room.

**Plan Information:** We may provide you with summary information about the plans offered by your employer, and your enrollment status in these plans. The information displayed on the Services is summarized and is not intended to replace the policy documents issued by each health plan. If there is ever any discrepancy between the health plan or policy information displayed on the Services, the healthcare provider documents or records will govern.

**Health Related Information**: Any health-related information available on the Services describes general principles of health care that should not be construed as specific instructions for individual patients. It is not intended as a substitute for a consultation between patients and their health care provider, and should not be used to diagnose or treat a health problem without consulting a qualified health care provider. It is for reference only and should not be used to determine treatment for specific medical conditions.

**Provider Disclaimer:** As part of the Services, American Collective may provide you with third party information about healthcare providers' network participation with your health plan. You understand and agree that American Collective: (a) does not direct, have any control over, employ, or endorse any healthcare providers and has no control over the acts or omissions of any healthcare providers; (b) is not responsible or liable in any manner for the performance or conduct of any healthcare providers; (c) makes no representations, warranties or guarantees about the quality, suitability, safety or legality of the services provided by any healthcare provider, the qualifications, identity or background of any healthcare providers; (d) does not vet, screen or conduct any kind of identity or background checks of any healthcare providers; (e) is not responsible for payments charged by healthcare providers, and (f) makes no guarantee about the accuracy of this network information, the accuracy of claims processing by your health insurer, or the accuracy of billing by a healthcare providers. You should exercise caution and perform your own independent assessment and research of healthcare providers before receiving care from any healthcare providers. By using the Service, you acknowledge and agree that you are solely responsible for the communication you have with, and any care or services, you may receive from, any healthcare provider.

**Carson Attachment X, Page 31 of 202**

## WHO IS ELIGIBLE TO USE THE SERVICES?

Section 2

By registering for an account and using the Services, **You represent and warrant**:

1. That You are at least 18 years old and are otherwise legally qualified to enter into and form contracts under applicable law;

2. Your registration data is true, accurate, current, and complete;

3. You will update Your registration data as needed to maintain its accuracy;

4. You are authorized to create an account (either for Yourself or another person);

5. **By using the Services, You represent and warrant that You have legal authority to share Your health data and other Personal Information (as that term is defined in the Privacy Policy) with American Collective. In addition, if You create a profile for a third party for whom you are not the parent or legal guardian, You represent and warrant that you have permission from such person to input and share their Personal Data within the App and with other third parties. Our use of the information You provide to American Collective via the Services is subject to the Privacy Policy in effect at the time we use it**; and

6. You are not located in a country that is subject to a U.S. Government embargo or that is designated by the U.S. Government as a "terrorist supporting' country, and You are not listed on any U.S. Government list of prohibited or restricted parties.

NOTE: THIS AGREEMENT IS VOID WHERE PROHIBITED BY LAW. DO NOT USE THE SERVICES WHERE PROHIBITED BY LAW. YOU UNDERSTAND THAT YOUR USE OF THE SERVICES MAY INVOLVE OR REQUIRE THE TRANSMISSION OF SIGNIFICANT AMOUNTS OF DATA. YOU ARE RESPONSIBLE FOR ALL DATA CHARGES THAT MAY BE CHARGED BY YOUR WIRELESS CARRIER OR INTERNET SERVICE PROVIDER OR THAT MAY OTHERWISE ARISE FROM YOUR USE OF THE SERVICES.

## HOW WILL AMERICAN COLLECTIVE TELL ME IF THEY CHANGE THESE TERMS?

Section 3

American Collective reserves the right to change or modify these Terms at any time without prior notice to You. We will notify You of any change in these Terms, rates, or fees as required by law. We will also endeavor to provide advance notice of any material changes to these Terms by (1) posting a new version to the Services; and/or (2) posting a change notice on our Website and/or Application. What constitutes a "material change" will be determined at our sole discretion, in good faith and using common sense and reasonable judgment.

If You continue to use the Services after we have let You know that we have made changes, You agree to be bound by the modified Terms. If You do not accept the changes, You should immediately stop using the Services and delete all files associated with the Services on Your computer and/or mobile device.

**Carson Attachment X, Page 32 of 202**

## WHO OWNS THE AMERICAN COLLECTIVE SERVICES?

Section 4

American Collective owns the Services and all materials You access through the App or Website. Subject to Your compliance with these Terms, American Collective grants You a non-exclusive, non-sublicensable, revocable, non-transferable license to use the Services through the Website or by downloading and installing the Application. THE SERVICES ARE FOR YOUR PERSONAL AND NON- COMMERCIAL USE ONLY. You may not use the Services for any other purpose than what is allowed under these Terms without American Collective's express written permission.

You may not use American Collective's name, trademarks, service marks, or logos, or those of third parties appearing on the Services in any advertising or publicity or to otherwise indicate American Collective's or such third party's sponsorship or affiliation with any product or service without express written permission from American Collective or such third party.

You own Your Personal Data and any other content You post on or through the Services. If you are entering someone else's information into the Services, you represent and warrant that you have permission to do so. For us to provide You with the Services, You grant to American Collective a perpetual, non-exclusive, fully paid and royalty-free, transferable, sublicensable, worldwide license to use Your content for the purpose of providing the Services, subject to the restrictions in the Privacy Policy. You also agree to allow American Collective to de-identify and anonymize Your content, including without limitation, Your personal health information in accordance with this Privacy Policy, and to use or disclose such de-identified information for any purpose.



**Carson Attachment X, Page 33 of 202**

## WHAT AM I NOT ALLOWED TO DO WITH THE SERVICES?

Section 5

American Collective imposes certain restrictions on Your use of the Services. While using the Website, App, or Services, You shall not:

1. provide false, misleading or inaccurate information to American Collective or any other user;

2. impersonate, or otherwise misrepresent affiliation, connection, or association with, any person or entity;

3. use or attempt to use any engine, software, tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to harvest or otherwise collect information from the Website for any use, including without limitation use on third-party websites;

4. access content or data not intended for You, or log onto a server or account that You are not authorized to access;

5. violate any applicable law or regulation;

6. attempt to probe, scan, or test the vulnerability of the Services, the Website, the App, or any associated system or network, or breach security or authentication measures without proper authorization;

7. interfere or attempt to interfere with the use of the Website, the App, or the Services by any other user, host, or network, including, without limitation by means of submitting a virus, overloading, "flooding," "spamming," "mail bombing," or "crashing";

8. forge any TCP/IP packet header or any part of the header information in any e-mail or in any uploading or posting to, or transmission, display, performance, or distribution by means of, the Services;

9. post or transmit any unsolicited advertising, promotional materials, "junk mail", "spam," "chain letters," "pyramid schemes" or any other form of solicitation;

10. avoid, bypass, remove, deactivate, impair, descramble or otherwise circumvent any technological measure implemented by American Collective, You, or any other third party (including another user) to protect the Services;

11. attempt to modify, reverse-engineer, decompile, disassemble or otherwise reduce or attempt to reduce to a human-perceivable form any of the source code used by American Collective in providing the Website or App. Any violation of this section may subject You to civil and/or criminal liability; or

12. encourage or enable any other individual to do any of the above.

American Collective is not obligated to monitor Your use of the Services, but We may do so to ensure Your compliance with these Terms, and to respond to law enforcement or other government agencies if and when we are required to. American Collective reserves the right

**Carson Attachment X, Page 34 of 202**

to suspend or terminate Your use of the Services without notice to You if You partake in any of the prohibited uses described above.

## WHO PROTECTS MY LOGIN INFORMATION?

Section 6

You will choose a username and password when you register for the Application. You are responsible for maintaining the confidentiality of Your password. You may not use the account, username, or password of any other user at any time. You agree to notify American Collective immediately of any unauthorized use of Your account, username, and/or password.  AMERICAN COLLECTIVE WILL NOT BE LIABLE FOR ANY LOSS THAT YOU INCUR AS A RESULT OF SOMEONE ELSE USING YOUR PASSWORD, EITHER WITH OR WITHOUT YOUR KNOWLEDGE. You may be held liable for any losses incurred by American Collective, its affiliates, officers, directors, employees, consultants, agents, and/or its representatives due to someone else's use of Your account or password.

## HOW DOES AMERICAN COLLECTIVE PROTECT MY PRIVACY?

Section 7

Please see our Privacy Policy for an explanation of the information that we collect from You and how we use Your information. By accessing or using the Website, App, or Services, or by downloading or uploading any content from or through the Services, You acknowledge and agree to the provisions of the Privacy Policy and affirm that the Privacy Policy is a part of these terms.

By using the Services and accepting these Terms, You acknowledge that American Collective may share Your Personal Data with other users (if you choose to allow this). We will seek Your consent before sharing your information with third parties according to the terms of the Privacy Policy.

We are not responsible for nor liable to You or any third party for a third party's treatment of Personal Data which was shared at your direction, including any collection, use, disclosure, storage, loss, theft, or misuse of Personal Data, whether or not such treatment violates applicable law.

## THE APP STORE AND GOOGLE PLAY

Section 8

If You downloaded the App from the Apple App Store or Google Play (the "App Provider"), by agreeing to these Terms, You acknowledge that You understand and agree to the following:

1.  This Agreement is only between You and American Collective, and not between You and the App Provider, and only American Collective is responsible for the Application;

2.  The App Provider has no obligation to furnish any maintenance or support services with respect to the App;

3.  In the event of any failure of the App to conform to any applicable warranty, (i) You may notify the App Provider and the App Provider will refund Your purchase price

**Carson Attachment X, Page 35 of 202**

for the App to You (if applicable); (ii) to the maximum extent permitted by applicable law, the App Provider will have no other warranty obligation with respect to the App; and (iii) any other claims, losses, liabilities, damages, costs, or expenses attributable to any failure to conform to any warranty will be Our responsibility;

4. The App Provider is not responsible for addressing any claims You have or any claims of any third party relating to the App or Your possession and use of the App, including without limitation: (i) product liability claims; (ii) any claim that the app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation;

5. In the event of any third party claim that the App or Your possession and use of the App infringes that third party's intellectual property rights, the App Provider will not be responsible for the investigation, defense, settlement, or discharge of any such intellectual property infringement claim; and

6. The App Provider, and its subsidiaries, are third-party beneficiaries of these Terms as they relate to Your license to use the App. This means that, upon Your acceptance of these Terms, the App Provider will have the right (and will be deemed to have accepted the right) to enforce these Terms as related to Your license of the App against You.

**Apple users only**: If You downloaded the App from the App Store, the license granted to You in these Terms is non-transferable and is for use of the App on any Apple products that You own or control.

## WHAT IS AMERICAN COLLECTIVE'S COPYRIGHT POLICY?

Section 9

By creating, posting, or sharing data, sound, and images on or through the Website or App ("Your User Content"), and subject to the Privacy Policy, You grant American Collective a perpetual, irrevocable, worldwide, non-exclusive, sub-licensable, royalty-free, fully paid up, transferable license to reproduce, distribute, publicly display, publicly perform, create derivative works of, and otherwise use and modify Your User Content for the purposes of providing and enhancing the Website, App, or other American Collective products and services. We may also create anonymized data and images from Your User Content, and such data and images will no longer be Your User Content. You waive any rights you may have regarding Your User Content being altered or manipulated in any way that may be objectionable to you. This license will terminate after you stop using the Website and App. American Collective reserves the right to refuse to accept, post, display, or transmit any of Your User Content in its sole discretion.

You represent and warrant that: (i) you own the content posted by you on or through the Website or App or otherwise have the right to grant the license set forth in these Terms, (ii) the posting and use of Your User Content on or through the Website or App does not violate the privacy rights, publicity rights, copyrights, contract rights, intellectual property rights, or any other rights of any person, and (iii) the posting of Your User Content on the Website or App does not result in a breach of contract between you and a third party. You agree to pay for all royalties, fees, and any other monies owed to any person by reason of

**Carson Attachment X, Page 36 of 202**

content you post on or through the Website or App. You also acknowledge and agree that Your User Content is non- confidential and non-proprietary.

American Collective may review and remove Your User Content at any time for any reason, including for activity which, in its sole judgment:  violates these Terms; violates applicable laws, rules, or regulations; is abusive, disruptive, offensive or illegal; or violates the rights of, or harms or threatens the safety of, users of the Website or App.

## COMPUTER EQUIPMENT AND INTERNET ACCESS

### Section 10

You are responsible for obtaining, installing, maintaining, and operating all software, hardware, or other equipment (collectively, "Systems") necessary for You to access and use the Services. This includes, without limitation, obtaining internet services, and using up to date web- browsers and the best commercially available encryption, antivirus, anti-spyware, and internet security software. You are responsible for the data security of the Systems used to access the Services and for the transmission and receipt of information using such Systems. We are not responsible for any errors or problems that arise from the malfunction or failure of the Internet or Your Systems.

THERE ARE ALWAYS CERTAIN SECURITY AND ACCESS AVAILABILITY RISKS ASSOCIATED WITH USING OPEN NETWORKS SUCH AS THE INTERNET, AND YOU EXPRESSLY ASSUME SUCH RISKS.

## HOW DO I OPT-OUT OF RECEIVING EMAILS FROM AMERICAN COLLECTIVE?

### Section 11

In providing the Services, You may receive periodic email communications regarding the Services, new product offers and information regarding the Services, which are part of the Services and which You cannot opt out of receiving. You may also receive periodic promotions and other offers or materials American Collective believes might be of interest to You. You can opt-out of receiving these promotional messages at any time by following the unsubscribe instructions contained in each newsletter.

## LINKS TO OUTSIDE THIRD-PARTY WEBSITES & SERVICES

### Section 12

The Services may contain links to third-party websites or services that we do not own or control ("Third-Party Websites"). American Collective does not have control over, and we assume no responsibility for, the content and performance of Third-Party Websites. ACCORDINGLY, AMERICAN COLLECTIVE DOES NOT REPRESENT, WARRANT OR ENDORSE ANY THIRD-PARTY WEBSITE, OR THE ACCURACY, CURRENCY, CONTENT, FITNESS, LAWFULNESS, OR QUALITY OF THE INFORMATION, MATERIAL, GOODS, OR SERVICES AVAILABLE THROUGH THIRD-PARTY WEBSITES. AMERICAN COLLECTIVE WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE OR LIABLE FOR ANY DAMAGES OR OTHER HARM, WHETHER TO YOU OR TO THIRD PARTIES, RESULTING FROM YOUR USE OF OR RELIANCE ON THIRD-PARTY WEBSITES.

**Carson Attachment X, Page 37 of 202**

YOU AGREE THAT, WHEN LINKING TO OR OTHERWISE ACCESSING OR USING A THIRD-PARTY WEBSITE, YOU ARE RESPONSIBLE FOR: (I) TAKING PRECAUTIONS AS NECESSARY TO PROTECT YOU AND YOUR COMPUTER SYSTEMS FROM VIRUSES, WORMS, TROJAN HORSES, MALICIOUS CODE, AND OTHER HARMFUL OR DESTRUCTIVE CONTENT; (II) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT IS OBSCENE, INDECENT, OFFENSIVE, OR OTHERWISE OBJECTIONABLE OR UNLAWFUL, OR THAT CONTAINS TECHNICAL INACCURACIES, TYPOGRAPHICAL MISTAKES, AND OTHER ERRORS; (III) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT VIOLATES THE PRIVACY OR PUBLICITY RIGHTS, OR INFRINGES THE INTELLECTUAL PROPERTY AND OTHER PROPRIETARY RIGHTS OF THIRD PARTIES, OR THAT IS SUBJECT TO ADDITIONAL TERMS AND CONDITIONS, STATED OR UNSTATED; (IV) ALL FINANCIAL CHARGES OR OTHER LIABILITIES TO THIRD PARTIES RESULTING FROM TRANSACTIONS OR OTHER ACTIVITIES; AND (V) READING AND UNDERSTANDING ANY TERMS OF USE OR PRIVACY POLICIES THAT APPLY TO THOSE THIRD-PARTY WEBSITES.

## YOUR REPRESENTATIONS AND WARRANTIES

### Section 13

You represent and warrant that Your use of the Services will be in accordance with these Terms and all applicable laws, regulations, rules, and American Collective policies and procedures. Specifically, **YOU REPRESENT AND WARRANT THAT YOU ARE LEGALLY AUTHORIZED TO SHARE PERSONAL DATA (WHETHER YOURS OR SOMEONE ELSE'S) WITH AMERICAN COLLECTIVE.**

## WARRANTY DISCLAIMERS & LIMITATION OF LIABILITY

### Section 14

**NO WARRANTIES**

THE WEBSITE, APP, AND SERVICES ARE PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. AMERICAN COLLECTIVE EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON- INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF THE COURSE OF DEALING OR USAGE OF TRADE.  WE MAKE NO WARRANTY THAT THE SERVICES OR MATERIALS WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. WE MAKE NO WARRANTY REGARDING THE QUALITY OF ANY SERVICES OR MATERIALS PURCHASED OR OBTAINED THROUGH THE SERVICES OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS, OR RELIABILITY OF ANY CONTENT OBTAINED THROUGH THE SERVICES.

**YOUR RESPONSIBILITY FOR OUR LOSS OR DAMAGE**

YOU AGREE THAT YOUR USE OF THE WEBSITE, APP, AND SERVICES IS AT YOUR SOLE RISK. YOU WILL NOT HOLD AMERICAN COLLECTIVE OR ITS THIRD-PARTY SERVICE PROVIDERS, LICENSORS, OR SUPPLIERS, AS APPLICABLE, RESPONSIBLE FOR ANY LOSS OR DAMAGE THAT RESULTS FROM YOUR ACCESS TO OR USE OF THE SERVICES, INCLUDING WITHOUT LIMITATION ANY LOSS OR DAMAGE TO ANY OF YOUR COMPUTERS OR DATA.

**YOUR RESPONSIBILITY TO BACKUP YOUR DATA**

THE WEBSITE, APP, AND SERVICES MAY CONTAIN BUGS, ERRORS, PROBLEMS, OR OTHER LIMITATIONS. YOU HEREBY ACKNOWLEDGE THAT A CATASTROPHIC SERVER FAILURE OR OTHER EVENT COULD RESULT IN THE LOSS OF ALL OF THE DATA RELATED TO YOUR ACCOUNT. YOU AGREE AND UNDERSTAND THAT IT IS YOUR RESPONSIBILITY TO BACKUP YOUR DATA TO YOUR PERSONAL COMPUTER OR EXTERNAL STORAGE DEVICE AND TO ENSURE SUCH BACKUPS ARE SECURE.

**NO LIABILITY FOR THIRD-PARTY DATA**

NEITHER AMERICAN COLLECTIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA, OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE STORAGE AND/OR DISCLOSURE OF A THIRD PARTY'S PERSONAL DATA WITHOUT THAT PARTY'S CONSENT.

**LIMITATION OF LIABILITY**

NEITHER AMERICAN COLLECTIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE USE OF OR INABILITY TO USE THE SERVICES OR MATERIALS, OR FROM ANY COMMUNICATIONS, INTERACTIONS, OR MEETINGS WITH OTHER USERS OF THE SERVICES OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SERVICES WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT AMERICAN COLLECTIVE HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE.

IF YOU ARE NOT SATISFIED WITH THE WEBSITE, APP, OR SERVICES, YOU SHOULD DISCONTINUE USING THEM – **THIS IS YOUR ONLY REMEDY**. BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU. IN SUCH STATES, AMERICAN COLLECTIVE'S LIABILITY IS LIMITED AND WARRANTIES ARE EXCLUDED TO THE GREATEST EXTENT PERMITTED BY LAW, BUT SHALL IN NO EVENT EXCEED $100.00. TO THE FULLEST EXTENT PERMITTED BY LAW, ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN TWO (2) YEARS AFTER THE CONDUCT THAT CAUSED THE DISPUTE (AS DEFINED BELOW) OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED, WHICH MEANS THAT THE PARTIES WILL NOT HAVE THE RIGHT TO ASSERT THE CLAIM.

## INDEMNIFICATION

Section 15

**Carson Attachment X, Page 39 of 202**

You agree to indemnify, defend and hold harmless American Collective, its clients, its suppliers, and their respective affiliates, employees, officers, directors, agents, servants, and representatives of each from any liability, loss, claim, suit, damage, and expense (including reasonable attorneys' fees and expenses) arising out of or in any way connected with Your access to or use of the Website, App, or Services, Your violation of this Agreement, or any negligent or wrongful conduct by You or related to Your account by You or any other person accessing the Website, App or Services through Your account, regardless of whether You were aware of such use, including without limitation the storage and/or disclosure of any third party's Personal Data without that party's permission or consent.

## GOVERNING LAW

### Section 16

These Terms, and all claims or causes of action (whether sounding in contract, tort, any statutory cause of action, or any other legal theory) that may be based upon, arise out of, or relate to these Terms, the use of the Services, the rights and responsibilities of the parties, and all other disputes between the parties shall be governed by, and enforced in accordance with, the laws of Texas, without regard to or application of conflict of law. The United States District Court for the Northern District of Texas shall be the appropriate venue and have jurisdiction over any Dispute (as defined below). THE PARTIES HEREBY WAIVE ANY OBJECTION TO THE VENUE AND PERSONAL JURISDICTION OF SUCH COURTS.

## HOW AND WHEN CAN MY ACCOUNT BE TERMINATED?

### Section 17

If You breach any of these Terms, we may suspend or disable Your account or terminate Your access to the Website, App, or Services without prior notice to You.  There may be other instances where We may need to terminate Your access to the Website, App, or Services that are not related to any of Your actions or inactions.  We reserve the right to terminate Your access to and use of the Website, App, or Services and materials at any time, with or without cause.

If You wish to terminate Your account, please contact American Collective at info@americancollectivepartnerslp.com to immediately discontinue Your use of the Services, and delete all files associated with the Services from Your computer or mobile device.

## HOW DO I PROVIDE FEEDBACK AND WHO OWNS IT?

### Section 18

We welcome and encourage You to provide us with feedback, comments, and suggestions for improvements to the Website, App, or Services ("Feedback").  You may submit Feedback by emailing us at info@americancollectivelp.com  If You submit any Feedback to us, we will own all intellectual property rights in such Feedback and may use such Feedback for any lawful purpose.

## NOTICES

Section 19

All notices required or permitted to be given under these Terms must be in writing. American Collective shall give any notice by email sent to the most recent email address, if any, that You have provided to Us. You agree that any notice received from American Collective electronically satisfies any legal requirement that such notice be in writing. YOU ALONE ARE RESPONSIBLE FOR ENSURING THAT YOUR EMAIL ADDRESS ON FILE WITH AMERICAN COLLECTIVE IS ACCURATE AND CURRENT, AND NOTICE TO YOU SHALL BE DEEMED EFFECTIVE UPON THE SENDING BY AMERICAN COLLECTIVE OF AN EMAIL TO THE ADDRESS WE HAVE ON FILE.

You shall give any notice to American Collective by means of: (1) U.S. mail, postage prepaid, to American Collective Partners, LP 650 Poydras Street, Suite 1400, New Orleans, LA 70130; or (2) email to info@americancollectivepartnerslp.com Notice to American Collective shall be effective upon receipt of notice by American Collective.

## GENERAL CONTRACT LANGUAGE

Section 20

If any provision of these Terms is determined to be invalid, illegal, or unenforceable, the remaining provisions of these Terms remain in full force, provided that the essential terms and conditions remain valid, binding, and enforceable and the economic and legal substance of the transactions contemplated by these Terms are materially preserved.

The United States export control laws regulate the export and re-export of technology originating in the United States. This includes the electronic transmission of information and software to foreign countries and to certain foreign nationals. You agree to abide by these laws and their regulations.

Nothing in these Terms creates an agency, partnership, or joint venture. Failure to enforce any provision will not constitute a waiver of that provision.

## DISPUTE RESOLUTION

Section 22

**READ THIS SECTION CAREFULLY. IT MAY SIGNIFICANTLY AFFECT YOUR LEGAL RIGHTS, INCLUDING WAIVING YOUR RIGHT TO FILE A LAWSUIT IN COURT OR TO PURSUE CLAIMS IN A CLASS, GROUP OR REPRESENTATIVE CAPACITY OR AS A PRIVATE ATTORNEY GENERAL OR AS A THIRD PARTY.**

**YOU MAY OPT OUT OF THESE ARBITRATION AND CLASS ACTION/REPRESENTATIVE PROVISIONS BY FOLLOWING THE INSTRUCTIONS BELOW. IF YOU DO NOT OPT-OUT, THESE TERMS WILL APPLY RETROACTIVELY TO ALL CLAIMS YOU MAY POSSESS.**

**22.1.   CLASS ACTION WAIVER AND REPRESENTATIVE-TYPE ACTION WAIVER.** TO THE FULLEST EXTENT ALLOWED BY LAW, NEITHER YOU NOR AMERICAN COLLECTIVE SHALL BE ENTITLED TO PARTICIPATE IN ANY PAST, PENDING, OR FUTURE CLASS OR OTHER REPRESENTATIVE-TYPE ACTIONS, TO CONSOLIDATE, TO JOIN OR COORDINATE DISPUTES BY OR AGAINST OTHER INDIVIDUALS OR ENTITIES, OR TO PARTICIPATE IN OR LITIGATE

**Carson Attachment X, Page 41 of 202**

ANY DISPUTE IN A REPRESENTATIVE CAPACITY, INCLUDING AS A REPRESENTATIVE MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY, OR OTHERWISE SEEK TO RECOVER FOR LOSSES INCURRED BY A THIRD PARTY IN ANY ACTION PURSUANT TO ANY STATUTE THAT ALLOWS RECOVERY ON BEHALF OF, FOR THE BENEFIT OF OTHER INDIVIDUALS.  YOU AND AMERICAN COLLECTIVE ARE EACH EXPRESSLY AND UNCONDITIONALLY WAIVING SUCH RESPECTIVE RIGHTS, INCLUDING THE RIGHTS TO A TRIAL BY JURY.

**22.2. AGREEMENT TO ARBITRATE.** To the fullest extent allowed by law, you and American Collective agree to submit all Disputes between us to individual, binding arbitration pursuant to the provisions in this Section 22. A "Dispute" means any dispute, claim, or controversy (except those specifically exempted below) between you and American Collective that in any way relates to or arises from any aspect of our relationship, including, without limitation, your use of the Services, all marketing related to the Services, our products, any licensed content, and all matters relating to or arising from these Terms (including Privacy Policy and all other terms incorporated into these Terms) or any other agreement between you and American Collective, including any disputes over the validity, enforceability, or interpretation of this agreement to arbitrate. Any Disputes shall be subject to these BINDING ARBITRATION AND CLASS ACTION AND REPRESENTATIVE-TYPE WAIVER provisions regardless of whether the Dispute is based in contract, statute, regulation, ordinance, tort (including fraud, misrepresentation, fraudulent inducement, and negligence), or any other legal or equitable theory. This includes claims or requests for relief that accrued before you agreed to these Terms. You and We understand that there is no judge or jury in arbitration and that court review of an arbitration award is limited. The parties waive their rights to a jury trial and to have any Dispute resolved in court. To the extent applicable law does not allow the waiver of certain claims, but permits those claims to be arbitrated, then such claims shall be resolved in arbitration.  To the extent allowed by law, the arbitrator shall be empowered to grant whatever relief would be available in a court under law or in equity, including injunctive relief. (4) This arbitration agreement is governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) ("FAA"), including its procedural provisions, in all respects. State arbitration laws do not govern in any respect.

**Delegation; Interpretation.** The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to the extent permitted by law to resolve all Disputes, including, but not limited to, any claim that all or any part of these Terms are void or voidable. This arbitration agreement is intended to be broadly interpreted and will survive termination of these Terms.

**Severability.** If any provision of this arbitration agreement is found unenforceable, that provision will be severed, and the rest of the arbitration agreement will remain in full force and effect. If a court decides that applicable law precludes enforcement of this arbitration agreement as to any particular claim, then that claim must be severed from the arbitration, while the remaining claims will still be resolved through binding arbitration.

**Notice of Dispute.**  Most user concerns can be resolved quickly and to Your satisfaction by emailing American Collective Partner Services at

**Carson Attachment X, Page 42 of 202**

info@americancollectivepartnerslp.com. If we cannot resolve your complaint, prior to initiating arbitration, you must first send a written Notice of Dispute by email at: info@americancollectivelp.com. The Notice of Dispute must include the following at a minimum: (a) your full legal name, email address, your unique partner or member ID; (b) a detailed description of your claim or Dispute with American Collective, including dates, and (c) the specific damages or other remedy or remedies that you are seeking. If we have a dispute with you, We must first send a written Notice of Dispute detailing the Dispute and sending it to you by mail, email to the address you provided to Us during the registration or ordering products. If the claim detailed in either parties' Notice of Dispute is not resolved within thirty (30) days of sending the Notice of Dispute that conforms to these requirements, then you or Us may commence arbitration according to the requirements in these Terms (the "Initial Dispute Resolution Period").

If a Dispute cannot be resolved through negotiations during the Initial Dispute Resolution Period, then either party may initiate binding arbitration as the sole means to formally resolve the Dispute, unless an exception or exclusion applies as stated below.

The arbitration will be administered by a single arbitrator by JAMS in accordance with the JAMS Streamlined Arbitration Rules and Procedures (the "JAMS Rules") effective as of the date of the Notice of Dispute, the current version of which are available at the JAMS website, http://www.jamsadr.com/rules-streamlined-arbitration, as modified by this Agreement.  If, for any reason, JAMS is unable to provide the arbitration, then except as otherwise stated below, you or we may file the Dispute with any national arbitration company that handles consumer arbitrations following procedures that are substantially similar to the JAMS Rules.

Unless contrary to the JAMS Rules, Arbitration hearings may be conducted by videoconference unless the arbitrator believes an in-person hearing is necessary.  In such instances, the location of an arbitration hearing will be decided pursuant to the JAMS Rules. You and American Collective agree to submit to the personal jurisdiction of any federal or state court of the state of Texas in order to compel arbitration, to stay proceedings pending arbitration, or to confirm, modify, vacate, or enter judgment on the award entered by the arbitrator. In an arbitration, the arbitrator shall allow dispositive motions.

The arbitrator will make a decision in writing but need not provide a statement of reasons unless requested by a party. The arbitrator must follow applicable law. The decision of the arbitrator shall be final and binding on you and American Collective. To the greatest and broadest extent allowed by law, the arbitrator shall determine the scope, validity, interpretation and enforceability of this arbitration agreement, including whether a Dispute is subject to arbitration. The arbitration shall be governed by the FAA.

Notwithstanding anything to the contrary herein, if the arbitrator may not legally adjudicate or award a particular legal or equitable claim or remedy, such claim or remedy shall be stayed until all other claims and remedies are final and the arbitration completed, after which the federal or state court may adjudicate the remaining claim or remedy. In doing so, the federal or state court is bound under the principles of claim or issue preclusion by the decision of the arbitrator.

**22.3.  Exception – Litigation of Intellectual Property Claims and Small Claims Court Claims.** Notwithstanding the parties' agreement to resolve all disputes through arbitration, either party may bring an action in state or federal court that only asserts claims for patent infringement or invalidity, copyright or trademark infringement, Computer Fraud and Abuse, and/or trade secret misappropriation, but not, for clarity, claims related to the license granted to you for the Services under these Terms. Such claims are subject to the jurisdiction and applicable law provisions in Section 16. Either party may also seek relief in a small claims court for any individual disputes or claims within the scope of that court's jurisdiction. If an arbitration is filed, before the arbitrator is formally appointed, either party can send written notice to the opposing party and the arbitration provider that it wants the case decided by a small claims court, after which the arbitration provider shall close the case.

**22.4.  Exception – Mass Arbitration.** For mass arbitrations (which are defined as 25 or more similar demands for arbitration filed against the same party or related parties by individual claimants represented by either the same law firm or law firms acting in coordination), the JAMS Mass Arbitration Procedures and Guidelines ("JAMS Mass Arbitration Rules") shall apply. In such proceedings, the parties agree that, notwithstanding any other provisions of these Terms, the Process Administrator (as described in the JAMS Mass Arbitration Rules) and the arbitrators shall have the authority to implement the procedures set forth in the JAMS Mass Arbitration Rules, including the authority to batch together individual arbitration demands into a single coordinated proceeding. All provisions of this Section 22 that are not in conflict with the JAMS Mass Arbitration Rules shall continue to apply.  If the Mass Arbitration is found to be invalid for any reason, the parties agree that the Arbitration Agreement contained in Section 22.2 severed, and the parties may resolve their Dispute in a court of competent jurisdiction.

**22.5.  Right to Opt Out.** You have the right to opt-out and not be bound by the arbitration agreement in Section 22.2 C by sending Us a written notice via info@americancollectivelp.com. You must sign and date the notice, and include in it your name, address, and order number (if applicable), and a clear statement that you are opting out of these arbitration agreement provisions. The notice must be sent within 30 days of the date on which you first access or use the Services and agree to these Terms; otherwise you shall be bound in accordance with Section 22.2. If you opt out of these arbitration provisions, American Collective also will not be bound by them.

## CALIFORNIA CONSUMER NOTICE

### Section 23

The Services are provided by American Collective located at 650 Poydras Street, Suite 1400, New Orleans, LA 70130

If you have a question or complaint regarding the Services, please write to Us to the foregoing address email address:   650 Poydras Street, Suite 1400, New Orleans, LA 70130.

If you are a California resident, you may have these Terms mailed to you electronically by sending a letter to the foregoing address with your electronic mail address: info@americancollectivelp.com

**Carson Attachment X, Page 44 of 202**

California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by post at 1625 North Market Blvd., Sacramento, CA 95834 or by telephone at (916) 445-1254 or (800) 952-5210 or Hearing Impaired at TDD (800) 326-2297 or TDD (916) 322-1700.

## MOBILE TERMS OF SERVICE

### Section 24

Our mobile message service (the "Service") is operated by American Collective, LP. Your use of the Service constitutes your agreement to these terms and conditions ("Mobile Terms"). We may modify or cancel the Service or any of its features without notice. To the extent permitted by applicable law, we may also modify these Mobile Terms at any time and your continued use of the Service following the effective date of any such changes shall constitute your acceptance of such changes.

By consenting to Our SMS/text messaging service, you agree to receive recurring SMS/text messages from and on behalf of American Collective through your wireless provider to the mobile number you provided, even if your mobile number is registered on any state or federal Do Not Call list. Text messages may be sent using an automatic telephone dialing system or other technology. Service-related messages may include updates, alerts, and information (e.g., order updates, account alerts, etc.). Promotional messages may include promotions, specials, and other marketing offers (e.g., cart reminders).

You understand that you do not have to sign up for this program in order to make any purchases, and your consent is not a condition of any purchase with American Collective. Your participation in this program is completely voluntary.

We do not charge for the Service, but you are responsible for all charges and fees associated with text messaging imposed by your wireless provider. Message frequency varies. Message and data rates may apply. Check your mobile plan and contact your wireless provider for details. You are solely responsible for all charges related to SMS/text messages, including charges from your wireless provider.

You may opt-out of the Service at any time. Text the single keyword command STOP to (866) 270-1554 or click the unsubscribe link (where available) in any text message to cancel. You will receive a one-time opt-out confirmation text message. No further messages will be sent to your mobile device, unless initiated by you. If you have subscribed to other American Collective mobile message programs and wish to cancel, except where applicable law requires otherwise, you will need to opt out separately from those programs by following the instructions provided in their respective mobile terms.

For Service support or assistance, text HELP to (866) 270-1554 or email info@americancollectivelp.com.

We may change any short code or telephone number we use to operate the Service at any time and will notify you of these changes. You acknowledge that any messages, including any STOP or HELP requests, you send to a short code or telephone number we have changed may not be received and we will not be responsible for honoring requests made in such messages.

**Carson Attachment X, Page 45 of 202**

The wireless carriers supported by the Service are not liable for delayed or undelivered messages. You agree to provide us with a valid mobile number. If you get a new mobile number, you will need to sign up for the program with your new number.

To the extent permitted by applicable law, you agree that we will not be liable for failed, delayed, or misdirected delivery of any information sent through the Service, any errors in such information, and/or any action you may or may not take in reliance on the information or Service.

## HOW DO I CONTACT AMERICAN COLLECTIVE?

### Section 25

American Collective is headquartered in New Orleans, Louisiana in the United States of America.

Specific questions and comments should be directed to the appropriate department via email to info@americancollectivepartnerslp.com. While we make every effort to respond to emails within 1 week of receiving them, we cannot guarantee a response to every electronic communication.

You may also contact us via postal mail at:

**American Collective Partners, LP**

650 Poydras Street, Suite 1400, New Orleans, LA 70130

**Carson Attachment X, Page 46 of 202**



---

# Medical Plan Document and Summary Plan Description (SPD) For American Collective Unity Plans

## August 1, 2025

---

**For the Schedule of Benefits, See Page 8**
For assistance in a non-English language, please call 888-701-2975.
Para obtener asistencia en Español, por favor llame al número arriba.

1

**Carson Attachment X, Page 47 of 202**



# TABLE OF CONTENTS

INTRODUCTION ............................................................................................................................... 4

GENERAL PLAN INFORMATION ...................................................................................................... 5

DEFINITIONS ................................................................................................................................... 6

SCHEDULE OF BENEFITS ................................................................................................................. 8

   MEDICAL BENEFITS ..................................................................................................................... 9
   PREVENTION AND WELLNESS BENEFITS ..................................................................................... 10
   PREVENTIVE MEDICATIONS ........................................................................................................ 14
   AVAILABLE PHARMACY BENEFIT ................................................................................................ 14
   YOUR PHARMACY PLAN .............................................................................................................. 15

COVERED EXPENSES ..................................................................................................................... 16

GENERAL EXCLUSIONS AND LIMITATIONS .................................................................................... 18

PARTICIPATION ............................................................................................................................ 26

   WHO IS ELIGIBLE TO BE A PARTICIPANT? ................................................................................... 26
   WHO ARE ELIGIBLE DEPENDENTS? ............................................................................................. 26
   HOW TO ENROLL ....................................................................................................................... 26
   WHEN PARTICIPATION BEGINS ................................................................................................... 27
   NEW HIRES ............................................................................................................................... 27
   MID-YEAR COVERAGE CHANGES ................................................................................................ 27
   OTHER INFORMATION REGARDING COVERAGE ........................................................................... 27
   WHEN YOUR PARTICIPATION ENDS ............................................................................................ 28
   WHEN YOUR DEPENDENT'S PARTICIPATION ENDS ...................................................................... 28
   CHOICES AVAILABLE WHEN PARTICIPATION ENDS ...................................................................... 28

HEALTH CARE COVERAGE ............................................................................................................. 29

   MEDICAL COVERAGE ................................................................................................................. 29
   YOUR COVERAGE ...................................................................................................................... 29
   MEDICAL COVERAGE OPTIONS ................................................................................................... 29
   COVERED AND NON-COVERED MEDICAL SERVICES ..................................................................... 29

CONTINUATION COVERAGE UNDER COBRA .................................................................................. 30

   WHAT IS COBRA COVERAGE? ................................................................................................... 30
   WHO IS ENTITLED TO ELECT COBRA? ....................................................................................... 31
   WHEN IS COBRA COVERAGE AVAILABLE? .................................................................................. 31
   YOU MUST GIVE NOTICE OF SOME QUALIFYING EVENTS ............................................................. 31
   NOTICE TO QUALIFIED BENEFICIARY .......................................................................................... 32
   ELECTING COBRA ..................................................................................................................... 32
   HOW LONG DOES COBRA COVERAGE LAST? .............................................................................. 33
   SECOND QUALIFYING EVENT EXTENSION .................................................................................... 34
   PAYMENT FOR CONTINUATION COVERAGE ................................................................................. 34
   ALTERNATE RECIPIENTS UNDER QMCSOS .................................................................................. 35
   OTHER OPTIONS BESIDES COBRA .............................................................................................. 35
   IF YOU HAVE QUESTIONS ........................................................................................................... 35
   KEEP YOUR PLAN INFORMED OF ADDRESS CHANGES .................................................................. 35
   CONTACT INFORMATION ............................................................................................................ 35
   COBRA NOTICE PROCEDURES ................................................................................................... 35
   COBRA ADMINISTRATION ......................................................................................................... 37
   CORRECTION OF MISTAKES ........................................................................................................ 37

Carson Attachment X, Page 48 of 202



**ADMINISTRATION, APPEALS, SUBROGATION, AND RIGHT OF RECOVERY** ........................................................................ **38**

    ADMINISTRATION ....................................................................................................................................... 38
    CHANGING OR ENDING THE PLAN ................................................................................................................. 38
    CLAIMS PROCEDURE .................................................................................................................................. 39
    AUTHORIZED REPRESENTATIVE ................................................................................................................... 39
    HOW TO FILE A CLAIM .............................................................................................................................. 39
    CLAIM DETERMINATION TIME LIMITS ........................................................................................................... 40
    CALCULATING TIME PERIODS ...................................................................................................................... 41
    MANNER AND CONTENT OF NOTICE OF BENEFIT DETERMINATION ....................................................................... 41
    APPEALS PROCEDURE ................................................................................................................................ 42
    VOLUNTARY EXTERNAL REVIEW PROGRAM FOR GROUP HEALTH CLAIMS ............................................................. 43
    NOTICE OF BENEFIT DETERMINATION ON APPEAL .......................................................................................... 46
    DISCRETIONARY AUTHORITY ...................................................................................................................... 46
    EXTERNAL REVIEW OR LEGAL ACTION .......................................................................................................... 47
    USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION ............................................................................ 47
    DEFINITIONS RELATED TO THE USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION ..................................... 47
    DISCLOSURE OF PHI TO THE EMPLOYER ....................................................................................................... 49
    EMPLOYER CONDITIONS WITH REGARD TO PHI .............................................................................................. 49
    SECURITY WITH REGARD TO PHI ................................................................................................................ 50
    NONCOMPLIANCE ISSUES ........................................................................................................................... 50
    SUBROGATION AND RIGHT OF RECOVERY ..................................................................................................... 50

**MISCELLANEOUS AND STATEMENT OF ERISA RIGHTS** ................................................................................. **52**

    MISCELLANEOUS LIMITATIONS ON RIGHTS .................................................................................................... 52
    QUALIFIED MEDICAL CHILD SUPPORT ORDERS (QMCSO) ............................................................................... 52
    FAMILY AND MEDICAL LEAVE ..................................................................................................................... 52
    MILITARY SERVICE ................................................................................................................................... 53
    DESIGNATION OF PRIMARY CARE PROVIDERS AND/OR OB/GYN ....................................................................... 53
    UTILIZATION TEST .................................................................................................................................... 53
    SERVICE OF PROCESS ................................................................................................................................ 53
    PLAN SPONSOR'S EMPLOYER IDENTIFICATION NUMBER; PLAN NUMBER ............................................................. 53
    TYPE OF PLAN ........................................................................................................................................ 53
    PLAN ADMINISTRATOR AND ADMINISTRATION OF PLAN ................................................................................... 53
    INDEMNIFICATION .................................................................................................................................... 53
    CIRCUMSTANCES WHICH MAY AFFECT BENEFITS ............................................................................................ 54
    SOURCE OF PLAN CONTRIBUTIONS .............................................................................................................. 54
    FUNDING MEDIUM FOR PROVIDING BENEFITS ............................................................................................... 54
    NONTRANSFERABILITY ............................................................................................................................... 54
    EMPLOYMENT ......................................................................................................................................... 54
    INCOMPETENCE OF PARTICIPANTS AND BENEFICIARIES .................................................................................... 54
    WAIVER ................................................................................................................................................ 55
    ERRORS AND MISTAKES ............................................................................................................................ 55
    DISCRETION/NONDISCRIMINATION .............................................................................................................. 55
    RIGHT TO REQUIRE INFORMATION AND RELIANCE THEREON .............................................................................. 55
    CONCLUSIVENESS OF RECORDS ................................................................................................................... 55
    END OF PLAN YEAR ................................................................................................................................. 55
    GOVERNING LAW ..................................................................................................................................... 55
    STATEMENT OF ERISA RIGHTS .................................................................................................................. 55

**NO SURPRISES ACT** ................................................................................................................................. **57**



# <u>INTRODUCTION</u>

Welcome to the American Collective LP Welfare Benefits Plan.  This Plan Document applies to the Unity Plan(s).  This document explains the operation of your health plan. Please call 866-270-1554 if you have any questions.

**Introduction**
The Plan Sponsor has established the Plan to help offset the financial impact of an Injury or Sickness.

The Plan Document describes the terms for payment of covered medical and prescription charges.

**Applicable Law**
This Plan is subject to the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). To the extent not preempted by Federal law, the Plan shall be governed by the law of the State where the Plan Sponsor maintains its principal place of business.

**Discretionary Authority**
The Plan Administrator has the exclusive right to interpret the Plan and to decide all matters arising under the Plan, including the right to make determinations of fact, and construe and interpret possible ambiguities, inconsistencies, or omissions in the Plan and the SPD. The Plan Administrator also has full discretionary authority to interpret the Plan and to determine all questions relating to the Plan as they relate to eligibility to participate in the Plan or the level of stipend offered under the Plan. The Plan Administrator may delegate one or more of its responsibilities to one or more individuals, committees, or third parties.

**Fiduciary**
The Plan Administrator is the named fiduciary of the Plan.

**Legal Entity; Service of Process**
The Plan is a legal entity. Legal process may be served on the Plan Administrator. You must exhaust your appeal rights (other than external review) before bringing legal action.

**Plan Contributions and Funding**
The Plan is self-funded by the general assets of the Plan Sponsor and participants. The Plan Sponsor determines the level of required participant contributions.



# <u>GENERAL PLAN INFORMATION</u>

| | |
|---|---|
| **Plan Name** | American Collective LP Welfare Benefits Plan |
| **Plan Number** | 501 |
| **Plan Sponsor** | American Collective LP<br>650 Poydras Street, Suite 1400, PMB #6807<br>New Orleans, LA  70130 |
| **Plan Sponsor FIEN** | 39-2150479 |
| **Plan Administrator** | American Collective LP<br>650 Poydras Street, Suite 1400, PMB #6807<br>New Orleans, LA  70130<br>(866) 270-1554 |
| **Type of Plan** | Welfare Benefits Plan |
| **Funding Method of Plan** | Self-Funded |
| **Original Plan Effective Date** | August 1, 2025 |
| **Plan Year** | January 1 through December 31 |
| **Program or Policy Name** | Unity Plan |
| **Waiting Period** | 30 days |
| **Agent for Service of Process** | CT Corporation System<br>1999 Bryan St., Suite 900<br>Dallas, TX 75201 |
| **Partner Services** | PartnerServices@AmericanCollectiveLP.com |
| **Claims** | ATTN: American Collective LP Medical Claim<br>Premiere Administrative Solutions<br>PO Box 21751<br>Eagan, MN 55121<br>Payor ID #: 29084<br>(866) 270-1554 |

Carson Attachment X, Page 51 of 202



# **DEFINITIONS**

**Ancillary Services**
Items and services provided by an out-of-network provider at a health care facility, as that term is defined in the No Surprises Act, that is in-network and for which balance billing is prohibited under the No Surprises Act.

**Appeals Authority**
The Plan Administrator, Third-Party Administrator or other persons or entities, as described in the Plan, that have the authority to grant or deny an appeal of a claim arising under the Plan.

**Child(ren)**
"Child" or "Children" has the meaning as defined in the "Who Are Eligible Dependents?" subsection.

**COBRA Administrator**
The entity designated by the Plan Administrator to fulfill the COBRA administrative functions of the Plan.

**Code**
The Internal Revenue Code of 1986, as amended from time to time.

**Coinsurance**
Percentage of covered expenses that you pay after meeting the applicable Deductible.

**Copay**
A flat fee that is paid to the provider of the medical service each time a service is provided.

**Covered Expenses, Covered Services**
Those services or supplies eligible for payment under the coverage you have selected. Please note, however, that even if a service is covered, it may not be covered at 100% (see Coinsurance and Maximum Allowance), or it may not be paid for if you have not yet met your Deductible.

**Deductible**
The amount you are required to pay each year before any payments are made by the medical coverage options for covered services, except for specified services to which the Deductible requirement does not apply.

**Eligible Dependents**
Individuals eligible for dependent coverage under the Plan. "Eligible Dependents" has the meaning as defined in the "Who Are Eligible Dependents?" subsection.

**Employee**
For purposes of this Plan, "Employee" means an individual who is a partner in the limited partnership.

**ERISA**
The Employee Retirement Income Security Act of 1974, as amended from time to time.

**Experimental/Investigative**
Experimental/Investigative is determined at the sole discretion of the Third-Party Administrator. For a detailed definition, see the "General Exclusions and Limitations" section.

6

**Carson Attachment X, Page 52 of 202**



**Maximum Allowable Charge**

The amount that an in-network provider has agreed to accept as payment for a particular service.  Also called a negotiated or contracted fee.  The amount that is applied to your in-network Deductible and Out-of-Pocket Maximum is based on the Allowance.

**Plan**

The American Collective LP Welfare Benefits Plan.

**Plan Document**

This American Collective LP Welfare Benefits Plan document, together with all Appendices.

**Plan Sponsor**

The sponsor of the Plan as described in the Introduction section of this Plan document, or any successor entity with respect to this Plan.

**Plan Year**

The 12-month period for which current benefits, limits, Deductibles, and maximums apply.  For the Plan, the Plan Year is the calendar year (January 1 - December 31). The initial Plan Year is a short Plan Year, running from August 1, 2025- December 31, 2025.

**Preventive Care**

To the extent not otherwise specified by an Insurer-provided documents or under applicable law or regulations, any medical, vision or dental service that is designed to avoid illness or promote wellness.

**Qualified Medical Child Support Order (QMCSO)**

Any court order or an equivalent administrative order which:

- Provides for child support with respect to a participant's Child or directs the participant to provide coverage under a health benefits plan under a state domestic relations law and conforms to the applicable requirement under ERISA regarding qualified medical child support order; or
- Enforces a law relating to medical child support described in Social Security Act, Section 1908, with respect to a group health plan law and conforms to the applicable requirement under ERISA regarding qualified medical child support order.

**Spouse**

"Spouse" has the meaning as defined in the "Who Are Eligible Dependents?" subsection.

**Third-Party Administrator (or Plan Administrator)**

The Third-Party Administrator as set forth in the section "General Plan Information."

**Carson Attachment X, Page 53 of 202**



# SCHEDULE OF BENEFITS

**You, as the Plan Participant, are responsible for ensuring that any medical service you are planning or is being planned on your behalf is covered by this Plan. You should read this Plan Document, paying particular attention to this Schedule of Benefits and the list of Exclusions from the Plan. If, after reading this Plan Document you or a provider has questions about whether a medical service is covered and how it is covered, you should Call 866-949-3581 with your questions.**

Reimbursement from the Plan may be reduced or denied due to the provisions in the Plan, such as coordination of benefits, subrogation, or medical necessity.

**Maximum Allowable Charge Limitation**
The Plan pays benefits based on the Maximum Allowable Charge, as defined in the "Definitions" section of this Plan Document, rather than billed charges. If a Provider charges more than the Maximum Allowable Charge (as determined by the Plan), the Plan Participant may be responsible for the amount in excess of the Maximum Allowable Charge, unless prohibited by applicable law.

The Plan has a fiduciary obligation to its participants to preserve Plan assets against charges that exceed the Maximum Allowable Charge. This excess amount is considered outside the scope of the Plan: it is not counted toward satisfaction of the Deductible, and it is not paid by the Plan even after satisfaction of the Deductible.

The Maximum Allowable Charge will not include charges for any items billed separately by the provider that are not customarily included in a global billing procedure code in accordance with the American Medical Association's CPT® (Current Procedural Terminology) and/or the Healthcare Common Procedure Coding System (HCPCS) codes used by CMS.

**Advocacy**
It is the Plan's position that a Provider should not balance bill a Plan Participant for amounts in excess of the Maximum Allowable Charge. It is the Plan's position that these Excess Charges are clearly excessive and exorbitant.

**Physician Network**
Your physician network name, **First Health**, phone number and website are displayed on the front of your ID card. American Collective has entered into an agreement with the displayed physician network. In-network physicians have agreed to charge reduced fees to Plan Participants.

The Plan may pay for services from physicians who are not contracted by the displayed network at the in-network benefit level if the Plan Participant has no in-network physician in the necessary specialty who is accepting patients within a 20-mile radius of their home, or

You have a free choice of any physician (i.e. in-network or out-of-network) and you, together with your physician, are ultimately responsible for determining the appropriate course of medical treatment, regardless of whether the Plan will pay for all or a portion of the cost of such care.

If a physician is removed from the Plan's network, the Plan will notify Plan Participants who are receiving care from the physician that the physician is no longer in the Plan's network and that the Participant has the right to elect to continue receiving transitional care from the physician subject to the Maximum Allowable Charge Limitation.

**Information and Records**
Premier Administrative Solutions ("PAS") may require additional information to make a benefit determination on behalf of the Plan. The Plan Participant or Provider must send this information in the timeframe requested. Failure to send may result in denial of payment.

8

**Carson Attachment X, Page 54 of 202**



**Claims Review**

PAS may use its discretionary authority to utilize an independent bill review and/or claim audit program.

PAS has the discretionary authority to reduce any charge to a Usual and Customary or Reasonable amount. The Usual and Customary amount will be determined based on the amount allowed by Medicare on the same date of service and in the same geographic area where the service was provided.

For professional services, the Usual and Customary amount will be determined at 140% of the amount allowed by Medicare.

Other services covered by the Plan will be determined at 150% of the amount allowed by Medicare.

## Medical Benefits

Unity Plans only provide coverage for Office and Urgent Care visits with Medical Providers for Sickness, Accident, and Preventive Care.  All benefits are outlined below and are detailed in the Plan Benefits and Exclusions sections which follow. **If a benefit is not included in the following Schedule of Benefits or in the Plan Benefits section, you should consider the benefit not covered.**

Sickness, Accident and Preventive Care services must be provided outside of a hospital.  You may use Medical Providers contracted by the PPO network listed on the front of your ID card to avoid any balance billing by a provider.  If you do not utilize a Medical Provider contracted with the PPO, we will utilize the Maximum Allowable Charge Limitation, and you may be subject to balance billing by the provider.

**Note:** This plan does not cover any services provided by a hospital (inpatient, outpatient, or rehabilitation), any diagnostic testing outside of those described in the preventive care benefits, surgery, anesthesia, emergency room, rehabilitation, medical equipment and supplies, or ambulance.

## Benefits for Treatment of Sickness and Accidents During Office Visits and Urgent Care Visits

| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| Deductible | There are No Deductibles | | | |
| Coinsurance/Out-of-Pocket Limit | There is no Coinsurance or Out-of-Pocket | | | |
| OFFICE VISITS FOR SICKNESS OR ACCIDENT | | | | |
| Maximum Visits Per Year | 1 Visit | 2 Visits | 4 Visits | 6 Visits |
| Visit Limit Applies | Combined total of PCP, Specialist and Urgent Care | | | |
| Primary Care Physician (PCP) | $25 Copayment, then 100% of Allowed | | | |
| Providers Considered PCP | Internal Medicine, Pediatrician, Family Practice, General Practice, and Geriatrician (All Other Provider Types are considered to be Specialists) | | | |
| Specialist | $50 Copayment, then 100% of Allowed | | | |
| Urgent Care Center | $100 Copayment, then 100% of Allowed | | | |

**Note:** Office visit charges, Diagnostic Labs and Radiology Completed in the Office; Specialist testing such as Cardiac Testing, Pulmonary Testing (Including Sleep Studies), Neurologic Testing, and Gastroenterology Testing are not covered.

9



## Prevention and Wellness Benefits

| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| PREVENTION/WELLNESS CARE FOR ADULTS | | | | |
| This does not apply to your annual sickness or accident office visit limit. | | | | |
| Adult Benefit Apply For | Applicable to members between the ages of 18 and 64 | | | |
| Benefit for Prevention/Wellness | 100% of Maximum Allowable Benefits (No Deductible, Coinsurance or Copayments) | | | |
| Preventive Exam/Physical | Up to One Exam Every 12 Months | | | |
| Abdominal Aortic Aneurysm Screening | Up to One Exam Per Lifetime for Members who have smoked | | | |
| Alcohol Misuse: Unhealthy Alcohol Use Screening and Counseling | Up to One Alcohol and Drug Screening Per Year | | | |
| Anxiety Disorders in Adults | Up to One Anxiety Screening Per Year | | | |
| Aspirin: Preventive Medication | Low Dose Aspirin is covered for adults ages 50-59 with a high cardiovascular risk | | | |
| Blood Pressure Screening | For members up to Age 40, a least one Blood Pressure Screening every 2 years; For members Age 40 and above, one Blood Pressure Screening Per Year | | | |
| Cholesterol Screening | For Members with Heart Disease, Diabetes or a Family History of High Cholesterol, one Cholesterol Screening Per Year | | | |
| Colorectal Cancer Screening | For Members Ages 45-64, Up to One Colorectal Cancer Screening Every 10 Years; Up to One Fecal screening Test (Cologuard Every 2 Years) | | | |
| Depression Screening | Up to One Depression Screening Per Year | | | |
| Diabetes Screening | Up to One Diabetes Screening Per Year for those Ages 40-65 overweight or obese, or have other risk factors | | | |
| Healthy Diet and Physical Activity Counseling | Up to One Diet and Physical Activity Counseling Per Year for those at higher risk for chronic diseases | | | |
| Hepatitis B Virus Infection Screening | Up to One Hepatitis B Screening Per year for members at high risk (Not vaccinated as an infant or from a Country with a high prevalence of Hepatitis B) | | | |
| Hepatitis C Virus (HCV) Infection Screening | Up to One Hepatitis C Screening Per Year | | | |
| HIV Preexposure Prophylaxis for the Prevention of HIV Infection | These are Covered; Please see the subsection "Preventive Medications" for more information. | | | |
| HIV Screening and Counseling | Up to One HIV Screening Per Year for Members Over Age 15 or with Higher Risk | | | |
| Latent Tuberculosis Infection Screening in Adults | Up to One Tuberculosis Screening Per Year for Members at High Risk | | | |

**Carson Attachment X, Page 56 of 202**



| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| **PREVENTION/WELLNESS CARE FOR ADULTS, Continued** | | | | |
| **This does not apply to your annual sickness or accident office visit limit.** | | | | |
| Lung Cancer Screening | Up to One Lung Cancer Screening Per Year for Members Over Age 50 or those who have quit smoking in last 15 years | | | |
| Sexually Transmitted Infections Counseling | Up to One Counseling Session Per Year for Adults at Higher Risk | | | |
| Syphilis Screening | Up to One Syphilis Screening Per Year for Members at High Risk | | | |
| Tobacco Use Counseling and Interventions | Up to One Tobacco Counseling Per Year for Tobacco Users | | | |
| **PREVENTION/WELLNESS CARE FOR WOMEN** | | | | |
| **This does not apply to your annual sickness or accident office visit limit.** | | | | |
| Well Women Exams | Up to one Well Women exam per Year | | | |
| Bone Density Screening | Up to One Bone Density Screening Per year for Women 64 and Under who have gone through menopause | | | |
| Breast Cancer Genetic Test (BRCA) | One-time Test for Women at Higher Risk (Risk must be established via screening) | | | |
| Breast Cancer Screening Via Mammogram | Mammogram screening every year for Women ages 40 and Older | | | |
| Breast Cancer Chemoprevention Counseling | Up to One Counseling Session Per year for Women at High Risk | | | |
| Cervical Cancer Screening | One Test Per year for Women Ages 21 to 65 | | | |
| Chlamydia Infection Screening | One Test Per Year for Women at Higher Risk | | | |
| Diabetes Screening | For Women with a history of gestational diabetes who aren't currently pregnant or haven't been diagnosed with Type 2 diabetes previously | | | |
| Domestic and Interpersonal Violence Screening and Counseling | Up to One Screening and Counseling Session Per year | | | |
| Gonorrhea Screening | One Test Per Year for Women at Higher Risk | | | |
| Urinary Incontinence Screening | One Screening Per year | | | |
| **PREVENTION/WELLNESS FOR PREGNANT WOMEN (OR THOSE WHO MAY BECOME PREGNANT)** | | | | |
| **This does not apply to your annual sickness or accident office visit limit.** | | | | |
| Breastfeeding Support and Counseling | Programs provided by Trained Professionals for Pregnant and Nursing Women | | | |
| Breastfeeding Supplies | Rental or Purchase of a Breast Pump | | | |
| Birth Control | Up to One Patient Education and Counseling Session for Birth Control | | | |
| Gestational Diabetes Screening | Up to One Screening for Women 24 weeks' pregnant or those at risk of developing gestational diabetes | | | |
| Maternal Depression Screening | Available at Each Well Baby Visit | | | |

11

**Carson Attachment X, Page 57 of 202**



| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| Preeclampsia Prevention and Screening | Available for Women with High Blood Pressure or other risk factors | | | |
| Rh Incompatibility Screening | Up to One Screening for pregnant women, with follow-up testing for Women at High Risk | | | |
| **PREVENTION/WELLNESS FOR CHILDREN (APPLIES TO MEMBERS UNDER AGE 18)** | | | | |
| **This does not apply to your annual sickness or accident office visit limit.** | | | | |
| Well Child Visits | Up to One Exam within each of the following timeframes/ages (Please refer to Immunization Schedule Below) | | | |
| | Birth to 3-5 Days | | | |
| | 1 Month | Up to 1 Visit | | |
| | 2 Months | Up to 1 Visit | | |
| | 4 Months | Up to 1 Visit | | |
| | 6 Months | Up to 1 Visit | | |
| | 9 Months | Up to 1 Visit | | |
| | 12 Months | Up to 1 Visit | | |
| | 15 Months | Up to 1 Visit | | |
| | 18 Months | Up to 1 Visit | | |
| | 2 Years | Up to 1 Visit | | |
| | 30 Months | Up to 1 Visit | | |
| | 3 Years | Up to 1 Visit | | |
| | 4 Years | Up to 1 Visit | | |
| | 5+ Years | Up to 1 Visit | | |

12

**Carson Attachment X, Page 58 of 202**



**AMERICAN**
Collective LP

| Covered Benefit | Unity 1 Plan | Unity 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| PREVENTION/WELLNESS CARE FOR CHILDREN, Continued | | | | |
| This does not apply to your annual sickness or accident office visit limit. | | | | |
| Alcohol, Tobacco and Drug Use Assessment for Adolescents | Up to One Assessment Per year for Children between 10 and 19 years old | | | |
| Autism Screening | One Screening at 18 Months and Another at 24 Months | | | |
| Behavioral Assessment | Up to One Assessment Per year for Children between 10 and 19 years old | | | |
| Bilirubin Concentration Screening | As needed for Newborns | | | |
| Blood Screening for Newborns | As needed for Newborns | | | |
| Depression Screening for Adolescents | Up to One Screening Per Year for Children Age 12 and Over | | | |
| Developmental Screening | Up to One Screening for Children Age 3 and Under | | | |
| Dyslipidemia Screening | Up to One Screening for Children between 9 and 11 years and between 17 and 21 years who are at risk for Lipid Disorders | | | |
| Gonorrhea Preventive Medication | Up to one administration of the medication for the eyes of all newborns | | | |
| Hearing Screenings | Up to One Screening for a Newborn and regular screenings is recommended by a medical provider | | | |
| Hematocrit or Hemoglobin Screening | Up to One Screening Per Child | | | |
| Hemoglobinopathies and/or Sickle Cell Screening for Newborns | Up to One Screening Per Newborn | | | |
| Hypothyroidism Screening | Up to One Screening Per Newborn | | | |
| Lead Screening | Screening based on Exposure to Lead | | | |
| Obesity Screening and Counseling | Up to One Screening and Counseling Session Per Year | | | |
| Oral Health Risk Assessment | Up to One Screening and Counseling Session Per Year for Children Ages 6 Months to 6 Years | | | |
| Phenylketonuria (PKU) Screening | Up to One Screening for Newborns | | | |
| STI Prevention Counseling | Up to One Counseling Session for Adolescents at Higher Risk | | | |
| Vision Screening | Up to One Screening Per Year | | | |
| IMMUNIZATIONS | | | | |
| Frequency of Immunization | Varies based on Age with Standards detailed in https://www.cdc.gov/vaccines/hcp/imz-schedules | | | |
| Chickenpox (Varicella) | Covered based on CDC Recommended Schedule | | | |
| Diphtheria, Tetanus and Pertussis (DTaP) | Covered based on CDC Recommended Schedule | | | |
| Haemophilus Influenzae Type B | Covered based on CDC Recommended Schedule | | | |
| Hepatitis A | Covered based on CDC Recommended Schedule | | | |
| Hepatitis B Virus Infection Screening | Covered based on CDC Recommended Schedule | | | |
| Human Papillomavirus (HPV) | Covered based on CDC Recommended Schedule | | | |
| Inactive Poliovirus | Covered based on CDC Recommended Schedule | | | |
| Influenza (Flu Shot) | Covered based on CDC Recommended Schedule | | | |
| Measles | Covered based on CDC Recommended Schedule | | | |
| Meningococcal | Covered based on CDC Recommended Schedule | | | |

13

**Carson Attachment X, Page 59 of 202**


AMERICAN
Collective LP

| Covered Benefit | Unity 1 Plan | Unit 2 Plan | Unity 4 Plan | Unity 6 Plan |
|---|---|---|---|---|
| IMMUNIZATIONS, Continued | | | | |
| Mumps | Covered based on CDC Recommended Schedule | | | |
| Pneumococcal | Covered based on CDC Recommended Schedule | | | |
| Rotavirus | Covered based on CDC Recommended Schedule | | | |
| Rubella | Covered based on CDC Recommended Schedule | | | |

**NOTE:** You may be able to obtain your immunization(s) in your local pharmacy. In such cases the Pharmacy may charge you at the time the immunization is administered. If this occurs you must complete the Immunization Transmittal found in your web portal and mail it to Premiere Administrative Solutions at the address shown in the table above. Your submission must include an itemized statement from the Pharmacy and a receipt indicating your payment.

## Preventive Medications

In accordance with the Patient Protection and Affordable Care Act (PPACA) certain preventive medicines are covered at 100 percent with no member out of pocket cost. All medicines, including over-the-counter items, require a prescription from the doctor and must be provided by a participating retail, or through the home delivery pharmacy.

Below is information about the medicines available. A summary of the categories includes:
- Low-dose aspirin to prevent cardiovascular disease for men age 45-79 and to prevent cardiovascular disease and preeclampsia for women age 13-79.
- Generic bowel prep medicines required for the preparation of a preventive colonoscopy screening.
- Generic breast cancer prevention medicines for women age 35 and older.
- Fluoride supplements for children ages 6 months through 5 years old.
- Folic acid supplements for women.
- Statins for primary prevention of cardiovascular diseases in adults: low to moderate intensity statins are recommended for adults who are between the ages of 40-75, have no history of cardiovascular disease (CVD), have one or more risk factors for CVD and have a calculated 10-year CVD event risk of 10% or greater. Lovastatin and pravastatin are covered.
- Smoking cessation: Generic, brand-name with no generic equivalent (single source) and over the counter smoking cessation medicines. The day supply limit applied to these FDA-approved tobacco cessation medicines is 180 days per member per 365 days. Brand smoking cessation medicines that do have a generic equivalent (multi-source) are covered with copayment/cost sharing, or according to your benefit design.
- Routine immunizations for children, adolescents and adults as recommended from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (covered under medical benefit)
- Iron supplementation for children ages 6 months to 1 year old who are at increased risk for iron deficiency anemia.
- Contraceptives: Generic contraceptives are covered with no cost share. Brand contraceptive products that do have a generic equivalent (multi-source) and brand name contraceptives with no generic equivalent (single source) are covered with copayment/cost sharing.
- Pre-Exposure Prophylaxis (PrEP) for the prevention of HIV infection.

## Available Pharmacy Benefit

| Medications Available at No Cost | |
|---|---|
| No Cost Drugs | Only Drugs included on Revive's Preferred Drug List are available at no cost. There are over 70 Preferred Drugs available at the retail Pharmacy and over 1,100 Preferred Drugs available through Mail Order. The list of Preferred Drugs is found using the QR code reflected below: |
| Retail Pharmacy | You may obtain up to a 30-Day supply of medications on Revive's Preferred Drug List for the treatment of acute conditions, like antibiotics and steroids. These are available at any Retail Pharmacy contracted with Revive. Contracted Pharmacies can be identified on the Revive Web Portal or by calling (888) 220-6650. |

14

**Carson Attachment X, Page 60 of 202**



| Mail Order Pharmacy | You may obtain up to a 90-Day supply of medications on Revive's Preferred Drug List for ongoing use or for the treatment of chronic conditions by using Revive's Mail Order Pharmacy. Instructions for getting set up with Revive are shown below. Please note: Up to 4 deliveries of Mail Order Drugs are available at no cost. If you request more than 3 refills per year, shipping cost will be charged to you for the extra deliveries. |
|---|---|
| **Medications Available at Discounted Cost** | |
| Drugs which are not included on Revive's Preferred Drug List may be subject to a 20-50% discount by showing your ID Card at a contracted Pharmacy. | |

## Your Pharmacy Plan

### About Revive

The Revive Prescription Benefit Program provides members with free access to over 1,100 commonly prescribed maintenance medications delivered directly to their homes. It also includes more than 70 urgent care medications available for pickup at over 70,000 pharmacies- all at no cost with membership.

### Available Drugs

Scan the QR Code to view the list of drugs available with Revive



### How to get Set Up with Revive

Revive provides access to healthcare benefits through its member portal or the Revive app, so you can access care whenever it's convenient for you. Complete your enrollment today and gain instant access to on-demand, personalized care.

### Sign-up Instructions:

1.  Scan the QR Code or go to member.myrevive.health/selfsignup



2.  You will be taken to a web page where you will be prompted to enter a code.  Enter **tczK7bzr3s**
3.  Next, enter your First and Last Name, Email Address, then click **Submit**
4.  You will receive an email to login and complete the registration process to access the program
5.  When asked, create a unique password and click **Submit**
6.  You will now be sent to your personal portal to access the care services that have been selected for you.

### Access your Revive Personal Health Care Portal

Go to https://member.myrevive.health

### Revive Customer Support

Should you have any trouble with registration, accessing your benefits, or scheduling an appointment, reach out to the revive customer care team at:

*   Phone: (888) 220-6650
*   Email: customercare@revive.health

15

**Carson Attachment X, Page 61 of 202**



# COVERED EXPENSES

Members are covered or not covered for the following health care facilities, providers, and services, as specifically described below.

For services that are deemed covered and received from a Practitioner or Medical Professional CONTRACTED by the PPO reflected on the front of the ID card, charges for those services will be covered, subject to medical necessity and program limitations. For services that are deemed covered and received from a Practitioner or Medical Professional NOT CONTRACTED by the PPO reflected on the front of the ID card, charges for those services will be covered, subject to the Maximum Benefit Limit, medical necessity and program limitations.

**Annual Preventive Exams**
Annual Preventive Exams, Screening, Counseling, Testing and Immunizations are covered by the Unity Plan(s), subject to the frequency and other limitations outlined in the Schedule of Benefits.

**Audiological Procedures**
Hearing treatment, if provided in an Office Visit or Urgent Care Center, is covered subject to the benefits and limitations applicable to Office Visits and Urgent Care visit for Sickness or Accident.  Other treatment, such as surgery is NOT covered in your Unity Plan.

**Cologuard**
Cologuard fecal testing is covered for Ages 45 to 64 every two years, at 100%.

**Colonoscopy**
Diagnostic colonoscopies are covered for Ages 45 to 64 every 10 years.

**Diagnostic Imaging**
All Diagnostic Imaging with the exception of Preventive Mammography and Bone Density Testing described in the Schedule of Benefits is NOT covered under your Unity Plan.  This includes X-Rays, MRI, MRA, Ultrasound, CT Scans, and PET Scans.

**Mammograms**
Mammograms are covered as part of your Unity Plan Preventive Services, at a frequency identified in the Schedule of Benefits.

**Mental Health**
Mental health and substance abuse counseling is NOT covered except to the extent required as a preventive service.

**Physician Services**
Physician services include the diagnosis, treatment, management or prevention of an Illness or Injury. Office visits for Primary Care, Urgent Care, and Specialty Care are eligible for sharing subject to a Copayment and 100% coverage for treatment of sickness and accident.  There is a limit based on the Unity Plan in which you enrolled, of the number of office visits for sickness and accident which are covered each year you are enrolled.  Each year, at the anniversary of your enrollment, your office benefit maximum benefit will reset. For Preventive/Wellness Services provided by a Physician, coverage will be at 100% for the specific services outlined in the Schedule of Benefits.

**Vaccines Administered by Pharmacists**
Vaccination services administered by pharmacists are covered, subject to the list of covered Immunizations and frequency identified in the Schedule of Benefits. If you receive vaccines from a Pharmacist, you may be required to pay for the vaccine when it is administered by the Pharmacist.  In such cases, you must file a Transmittal for Reimbursement available on your Member Portal with a copy of the Pharmacist's printout of services rendered and your receipt.

16

**Carson Attachment X, Page 62 of 202**



**Well Baby Visits**

Well baby visits, including immunizations, are eligible for sharing within the first year of birth.

**Well Child Exam**

Well Child Exams, Screening, Counseling, and Immunizations are covered by your Unity Plan subject to the list of specific services and limitations listed in the Schedule of Benefits.

17

**Carson Attachment X, Page 63 of 202**


**Collective LP**

# GENERAL EXCLUSIONS AND LIMITATIONS

It is very important to review the Schedule of Benefits and the Description of Covered Services in the previous Section. This Section details General Exclusions and Limitations applicable to the Plan.

1. **Abortion**
   Services, supplies, care or treatment in connection with an abortion.

2. **ADD/ADHD/SPD and Similar Chemical Imbalances**
   Treatment of purported chemical imbalances not demonstrable by lab tests, such as for Attention Deficit Disorder, Attention Deficit Hyperactivity Disorder, Sensory Processing Disorder, and similar disorders. Please note: Office visits where medication reviews are completed ARE COVERED, up to the maximum number of office visits in the Unity plan.

3. **Alcohol/Drug-Related Problems**
   Services, supplies, care or treatment for an injury and/or disease and/or bodily malfunction which occurred as a result of that Partner's abuse and/or use of alcohol or drugs/pharmaceuticals, including Drug and/or Alcohol Rehabilitation Treatment are not covered.

4. **Allergy Testing**
   Allergy testing, including skin tests, blood tests, and provocation tests, is not covered.

5. **Alternative Medicine and Non-Conventional Treatments**
   An "alternative medical treatment" or "non-conventional treatment" is a treatment proposed by a member for a condition lawfully diagnosed by a licensed medical professional, but which treatment was not prescribed by the member's provider. Expenses of Alternative Treatment are not covered.

6. **Ambulance**
   Ambulance transportation, including Emergency and/or Non-Emergency land or air ambulance transportation, is not covered.

7. **Ambulatory Surgery**
   Ambulatory surgery, also referred to as "day surgery" or "outpatient surgery," is not covered.

8. **Anesthesia**
   Anesthesia, inclusive of that related to surgery and spinal injections, is not covered.

9. **Anti-Aging or Aging "Reversal"**
   Treatments and devices for the normal changes or declines in bodily functions that typically occur with age (e.g., sexual aids, eyeglasses, hearing aids, dentures, etc.) are not covered.

10. **Armed Conflict**
    Injuries or illness resulting from a member's participation as a combatant in an armed conflict, but not including actions taken purely in self-defense or in defense of an immediate family member, are not covered.

11. **Audiological Therapy**
    Hearing Therapy by a licensed audiologist is not covered.

12. **Breast Implants**
    The placement, replacement or removal of breast enhancement devices and complications related to breast implants are not covered.

**Carson Attachment X, Page 64 of 202**



**13. Cardiac Therapy**

Cardiac Therapy, in accord with a Physician's order to improve body function, is not covered.

**14. Charges before or after Active Membership**

Medical care, treatment, or supplies for which a charge was incurred before a person was enrolled, or after membership ceased or became inactive, is not covered.

**15. Chemotherapy and Radiation Therapy**

Chemotherapy and Radiation Therapy are not covered.

**16. Chiropractic Therapy**

Treatment of skeletal or musculoskeletal disease or injury by a person holding a Doctor of Chiropractic degree (abbreviated as "D.C.") is not covered.

**17. Circumcision**

Circumcision is not covered.

**18. Civil Disobedience/Protests/Riots**

Injuries or illness resulting from or occurring during participation in an act of civil disobedience, demonstrating, protesting or rioting is not covered.

**19. Complications of Non-Eligible Treatments**

Care, services, or treatment required as a result of complications from a treatment not eligible for sharing is not covered.

**20. Cosmetic Procedures**

Cosmetic care or treatment is not covered, including but not limited to:
- Pharmacological regimens,
- Nutritional procedures or treatments,
- Cosmetic surgery,
- Plastic surgery,
- Salabrasion,
- Chemosurgery, and
- Other such skin abrasion procedures associated with the removal or revision of scars, tattoos or actinic changes.

**21. CT Scan**

CT Scans are not covered.

**22. Custodial Care**

Services or supplies provided mainly as a rest cure, maintenance, custodial care, or other care that does not treat an Illness or Injury, are not covered.

**23. Dental Care**

Dental prostheses and care or treatment of the person's teeth above or below the gums is not covered.

**24. Durable Medical Equipment**

The purchase, rental or replacement of durable or reusable equipment or devices is not covered, including, but not limited to:
- Orthotics,
- Hearing aids,

19



- Tubing,
- Masks, and
- Their associated expenses.

**25. Emergency Room**
Emergency Room services are not covered.  This is regardless of the medical necessity of the ER visit and/or whether the enrolled member is admitted to the facility.  When the ER facility is not covered, neither are the services of any medical professional who treated the patient while they were in the ER.

**26. Excess Charges**
The part of an expense for care and treatment of an injury or illness that is in excess of the Maximum Allowable Charge is not covered.

**27. Exercise Programs**
Exercise programs for treatment of any condition, except for Physician- supervised cardiac rehabilitation and/or physical therapy are not covered.

**28. Experimental, Investigational, Unproven or Unapproved Services**
Care and treatment that is either Experimental, Investigational, or Unproven, or that has not been approved by the American Medical Association, FDA, or other industry recognized authoritative bodies, or that is illegal by U.S. law, is not covered.

**29. Euthanasia/Assisted Suicide**
Expenses for intentionally terminating or assisting with the termination of a human life are not covered.

**30. Eye Care**
Eye exercise therapy, radial keratotomy or other eye surgery to correct near-sightedness, routine eye examinations, including refractions, lenses for the eyes, and exams for their fitting, are not covered.

**31. Failure to Follow Medical Advice**
Expenses for care and treatment of an injury or illness, the need for which was the result of a failure to follow medical advice or an unreasonable delay in following medical advice, are not covered.

**32. Genetic Testing**
Genetic Testing including the process of analyzing cells or tissue to look for changes in genes, chromosomes, or proteins that may be a sign of a disease or condition, such as cancer, is not covered. This includes:
- Pre-symptomatic and predictive testing,
- Carrier testing,
- Pharmacogenetics,
- Prenatal testing,
- Newborn screening, and
- Preimplantation testing.

The only exception to this exclusion is BRCA testing for women where there is a confirmed high risk of breast cancer.

**33. Goods and Services Purchased from Relatives**
Purchases of Services from a relative are not covered.

**34. Hair Loss**
Care and treatment for hair loss, hair transplants or any drug that promises hair growth, whether or not it is prescribed by a Physician, is not covered.

20

**Carson Attachment X, Page 66 of 202**



35. **Hearing Aids and Exams**
   Charges for services or supplies in connection with routine hearing exams, hearing aids, or exams for their fitting, are not covered.

36. **Hazardous Hobbies**
   Care and treatment of an injury or illness that results from engaging in a hazardous hobby is not covered. A hobby is hazardous if it is an activity which is characterized by a constant or recurring threat of danger or risk of bodily harm. Examples of hazardous hobbies include, but are not limited to:
   - Rock/cliff climbing,
   - Spelunking,
   - Scuba diving,
   - Skydiving,
   - Bungee jumping,
   - Hang gliding,
   - Kite surfing,
   - Paragliding,
   - Base jumping, and
   - All other extreme sports.

37. **Hemophilia**
   No form of Hemophilia is covered.

38. **Home Health Care**
   Skilled care services at home are not covered.

39. **Homeopathic**
   Homeopathic treatments and prescriptions are not covered.

40. **Hospice Care**
   Hospice Care services are not covered.

41. **Hospital Charges**
   Medical Services provided by a Hospital on Inpatient or Outpatient basis are not covered.

42. **Hyperbaric Oxygen Therapy**
   Hyperbaric Oxygen Therapy is not covered.

43. **Illegal Acts**
   Charges for services received as a result of the following are not covered:
   - Injury or illness caused by engaging in an illegal act or occupation,
   - By committing or attempting to commit any crime, criminal act, assault, or other felonious behavior, including but not limited to:
     - Illegal drug activity,
     - Crimes against persons,
     - Crimes against property,
     - DUI, and
     - Gun offenses.

44. **Impotence**
   Surgical and non-surgical services for the treatment of impotence are not covered.

21

**Carson Attachment X, Page 67 of 202**



**45. Infertility**

Diagnostics, testing, surgical repair, non-surgical repair, surgical impregnation, in vitro fertilization, or other procedures and Prescription Drugs for the treatment of infertility, are not covered.

**46. Infusion Therapy**

Infusion therapy, at home, in a Physician's Office, or Facility (Hospital, Rehabilitation Hospital, Skilled Nursing Facility or any other facility), is not covered.

**47. In-Office Surgery and Therapeutic Injections**

Surgery which can be performed in the office of a Medical Professional is not covered.  Therapeutic injections completed in a Medical Professional's office are not covered.

**48. Interest/Late Charges/Penalties**

Costs incurred for interest charges, late charges, or penalties from any Provider are not covered. Interest or finance charges from a credit card or lending institution that a Member borrows from to pay medical bills are also not covered.

**49. Long-Term Care**

Nursing home and other long-term care is not covered.

**50. Mental Health Services**

Charges for psychiatric or psychological counseling, mental disability, learning disability, bereavement counseling, biofeedback therapy, and psychological testing are not covered.

**51. MRIs**

MRIs are considered a Diagnostic Radiology service and are not covered.

**52. Naturopathic Care**

Naturopathic adjustments, manipulations, and other treatments are not covered.

**53. Negligent Acts**

Expenses resulting from an Illness or Injury as to which the Partner or covered family member has acted with negligence or with reckless disregard to safety, as evidenced by medical records, are not covered.

**54. Non-Medical Expenses**

Expenses not directly related to provided medical services are not covered (e.g., phone chargers, cots and/or meals for visitors, etc.).

**55. No Obligation to Pay**

Charges incurred for which the patient has no legal obligation to pay are not covered.

**56. Not a Medically Necessary Service**

Care and treatment that does not meet the criteria of a Medically Necessary Service or is not specified as a Medically Necessary Service; care, treatment, services, or supplies not recommended and approved by a Physician; or treatment, services, or supplies received when the Sharing Member is not under the regular care of a Physician are not covered. American Collective reserves the right to review billing submitted by providers for payment, and upon review by a qualified medical professional, decline to share expenses deemed to be Not a Medically Necessary Service.

**57. Nutritional Supplements**

Nutritional products, supplements, consultations, education, and educational materials are not covered.

**Carson Attachment X, Page 68 of 202**



58. **Nutritionist**
Services of nutritionists and dietary consultants are not covered.

59. **Occupational Therapy**
Occupational therapy is not covered.

60. **Optometric Vision Therapy**
Optometric vision therapy is not covered.

61. **Organ/Tissue Donation**
Expenses related to organ or tissue donation are not covered.

62. **Organ Transplant**
Expenses incurred in connection with any organ or tissue transplant are not covered.

63. **Outpatient Prescribed or Non-Prescribed Medical Supplies**
Outpatient prescribed or non- prescribed medical supplies are not covered. This is including, but not limited to:
   - Over-the-counter drugs and treatments,
   - Elastic stockings,
   - Tubings,
   - Masks,
   - Ostomy supplies,
   - Insulin infusion pumps,
   - Ace bandages,
   - Gauze,
   - Syringes,
   - Diabetic test strips, and
   - Similar supplies.

64. **Personal Comfort Items**
Personal comfort items or other equipment are not covered, such as, but not limited to:
   - Air conditioners,
   - Air-purification units,
   - Humidifiers,
   - Electric heating units,
   - Orthopedic mattresses,
   - Blood pressure instruments,
   - Scales,
   - Elastic bandages or stockings,
   - Non-prescription drugs and medicines and first-aid supplies, and
   - Non-hospital adjustable beds.

65. **Physical Therapy**
Physical therapy is not covered.

66. **Pre-Employment and Pre-School/Athletic Physicals**
Pre-Employment, Pre-School/Athletic Physicals are not covered if outside a normal schedule of wellness and preventive care provided by the patient's regular physician.

67. **Professional Racing or Competitive Events**
Charges for treatment of injuries or illness while racing or competing as an amateur or professional are not covered. "Professional" means that such activity is one's primary vocation and means of financial support.

23

**Carson Attachment X, Page 69 of 202**



"Amateur" means competing in similar events, but with no resulting financial rewards for success.  Racing and competitive events include, but are not limited to:

- Automobile,
- Motorcycle,
- Watercraft,
- Ski, or
- Rodeo races or competitions.

68. **PSA Test**

PSA tests are not covered.

69. **Relatives Providing Services**

Professional services performed by a person who ordinarily resides in the Member's home or is related to the Member as a Spouse, parent, Child, brother or sister, whether the relationship is by blood or exists in law are not covered.

70. **Replacement Braces**

Replacement of braces of the leg, arm, back, or neck are not covered.

71. **Respiratory Therapy**

Respiratory therapy is not covered.

72. **Self-Inflicted Injuries**

Any medical expense due to injuries that are self-inflicted or otherwise intentionally caused to oneself, while sane or insane, are not covered.

73. **Sex Changes**

Care, services or treatment for non-congenital transsexualism, gender dysphoria or sexual reassignment or change are not covered. This includes:

- Medications,
- Implants,
- Hormone therapy,
- Surgery, or
- Medical or psychiatric treatment.

74. **Speech Therapy/Speech Pathology**

Speech therapy is not covered.

75. **Sports-Related Safety/Performance Devices and Programs**

Devices used specifically as safety items or to affect performance primarily in sports-related activities are not covered. All membership, registration or participation costs as they relate to physical conditioning programs are not covered. This includes:

- Athletic training,
- Bodybuilding,
- Exercise,
- Fitness flexibility, and
- Diversion or general motivation.

76. **Surgery**

Surgery is not covered, regardless of the setting for the surgery, including a Medical Office, outpatient or Ambulatory Surgery Facility, or Inpatient Surgery.  Surgery includes the following:

- A cutting operation,

**Carson Attachment X, Page 70 of 202**



- Suturing of a wound,
- Treatment of a fracture,
- Reduction of a dislocation,
- Radiotherapy (including radioactive isotope therapy) if used in lieu of a cutting operation for removal of a tumor,
- Electro cauterization,
- Diagnostic and therapeutic endoscopic procedures, and
- Injection treatment of hemorrhoids and varicose veins.

**77. Surgical Sterilization or Reversal**

Charges for care and treatment for, or reversal of, surgical sterilization, including vasectomy and tubal ligation, are not covered.

**78. Surrogacy**

Expenses related to a surrogate pregnancy are not covered.

**79. Temporomandibular Joint Dysfunction (TMJ)**

Charges for care and treatment of, for, related to, or in connection with Temporomandibular Joint Dysfunction are not covered.

**80. Travel or Accommodations**

Charges for travel or accommodations, whether or not recommended by a Physician, are not covered.

**81. Vision Therapy**

Vision Therapy is not covered.

**82. War**

Any cost incurred that is due to any declared or undeclared act of war, act of terrorism, or military activity.

**83. X-Rays**

X-Rays are not covered.

25

**Carson Attachment X, Page 71 of 202**



# PARTICIPATION

Before you can receive benefits under this Plan, there are certain rules you must satisfy.  First, you must meet the eligibility requirements.  After that, the next step is to actually join the Plan on the entry date established by the Plan Administrator.  To enroll in the Plan, you must complete the application process established by the Plan in a timely manner.

## Who Is Eligible To Be A Participant?

You must be a partner in the American Collective limited partnership to be eligible to participate in the Plan.
Participants in the Plan may also enroll their spouses and/or Children for certain coverages, so long as they qualify as Eligible Dependents. The term "Eligible Dependent" is defined below.

For the rest of this document, American Collective limited partners may be referred to as "eligible Employees" or sometimes just "you."

The Employer's classification of an individual as an eligible Employee or a non-employee (or independent contractor) is conclusive and binding for purposes of determining eligibility for Plan participation.  If, for any reason, a person is reclassified from a non-employee to an employee, that person will not be retroactively eligible for benefits.  Instead, benefits eligibility will begin prospectively on the date the re-classification is made.

## Who Are Eligible Dependents?

The following individuals are Eligible Dependents:
- Your Spouse
- Your Child under age 26, without regard to marital, student or financial status.

An Eligible Dependent does not include anyone who:
- Is enrolled as an Employee,
- Is enrolled as an Eligible Dependent of another Employee, or
- Resides outside of the United States.

The Plan Administrator has the discretion to make all factual determinations on whether a person is an Eligible Dependent.

"*Child*" means:
- Your natural born child,
- Your legally adopted child,
- A child placed with you for adoption,
- Your stepchild, or
- Dependents who are eligible as a result of a Qualified Medical Child Support Order (QMCSO). See the subsection "Qualified Medical Child Support Orders (QMCSO)" for more information.

Foster children are not eligible for coverage.

"*Spouse*" refers to a person who is a husband or wife in a marriage (whether opposite-sex or same-sex) as recognized for federal tax purposes.  Due to difficulties in verifying common law marriage, if you have a Spouse by common law marriage, you must provide a court decree (or similar official documentation acceptable to the Plan Administrator) recognizing such marriage.

## How To Enroll

Participation in the Plan does not begin unless you actually enroll.  You will receive enrollment information from the Third-Party Administrator, including an enrollment notice.  The deadline for new hire enrollment in the Plan is 30 days following the date of hire (or 30 days following the first date of new eligibility, if later).  Generally, you can complete your enrollment via the Plan's enrollment web site as provided in the enrollment information.  If you prefer to enroll or make changes to your

26

**Carson Attachment X, Page 72 of 202**



benefit elections by paper, you should contact the Plan Benefits Staff at (888) 868-9767.  No additional charge applies for enrollment by paper.

Each year, usually sometime in the fall, you will be able to choose or change the coverages in which you wish to participate under the Plan.  During this "Annual Enrollment Period," you may make any available coverage changes you wish for any reason, subject to specific limitations that may apply.  The coverages you elect during the Annual Enrollment Period will generally be effective for the entire twelve-month period of the plan year beginning on January 1st.

## When Participation Begins
Except as specifically provided otherwise in this document, actual coverage for each type of benefit under the Plan cannot begin until you have timely completed all eligibility and enrollment requirements.

## New Hires
If you complete the enrollment process for yourself and for any of your Eligible Dependents within 30 days following the date of hire, generally your (and any enrolled Eligible Dependents') participation can begin the 31st day.

## Mid-Year Coverage Changes
The elections you make during annual enrollment will remain in effect from the next January 1 through December 31.  You may add new Eligible Dependents to the coverage you elected.  If you elected medical coverage, you may add and remove the following coverage options during the plan year: dental, AD&D and critical illness.  If you did not elect any medical coverage during annual enrollment, you may add medical coverage at any time during the plan year and that coverage will remain in effect through the next December 31st.  You may not change medical coverage from Unity to Prestige mid-year.

If you decline enrollment for yourself or your dependents (including your spouse) because of other health insurance or group health plan coverage, you may be able to enroll yourself and your dependents in this plan if you or your dependents lose eligibility for that other coverage (or if the employer stops contributing toward your or your dependents' other coverage). However, you must request enrollment within 30 days after your or your dependents' other coverage ends (or after the employer stops contributing toward the other coverage). In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll yourself and your dependents. However, you must request enrollment within 30 days after the marriage, birth, adoption, or placement for adoption. To request special enrollment or obtain more information, contact the Third-Party Administrator.

## Other Information Regarding Coverage
The Plan may not, with respect to medical or other health coverage, establish eligibility rules or set any individual's premium or contribution rate based on:
- Whether an individual is confined to a hospital or other health care institution,
- An individual's ability to engage in normal life activities, or
- Whether an individual is actively at work (including whether an individual is continuously employed), unless absence from work due to any health factor is treated, for purposes of the Plan, as being actively at work.

Notwithstanding the foregoing, the Plan may establish an eligibility rule that requires an individual to begin work for the Employer before coverage becomes effective, provided that such eligibility rule applies regardless of the reason for the absence.  Further, eligibility rules and individuals' premium or contribution rates may be established in accordance with the rules relating to "similarly situated individuals" as defined in Department of Labor Regulation §2590.702(d). For example, different eligibility rules or premium contribution rates may apply based on:
- A bona fide employment based on classifications (such as full-time vs. part-time),
- Whether the individual is an employee or a dependent, or
- A dependent's relationship to the employee (e.g., as a spouse or an eligible child).

For this purpose, eligibility rules mean any rules relating to enrollment, effective date of coverage, waiting periods, late and special enrollment, eligibility for benefit packages, benefits, continued eligibility, or termination of coverage.

27

**Carson Attachment X, Page 73 of 202**



## When Your Participation Ends

Your participation in the Plan ordinarily ends when:

- You are no longer actively employed by the Employer or are no longer a limited partner for any reason (other than vacation or holidays),
- You otherwise cease to meet the eligibility requirements (whether as a result of a status change or a Plan amendment),
- You cease to make the required contributions for coverage,
- You fail to complete dependent eligibility verification requirements,
- Fraud, intentional misrepresentation, or misconduct attempted by you with regard to any coverage or benefits under the Plan, or
- Your death.

We say "ordinarily ends" because there are several possible exceptions and also because each coverage under the Plan also may have its own, additional eligibility requirements. Any such specific rule takes precedence over the general rule described here.

The actual date on which coverage terminates may vary depending on the covered dependent and/or the circumstances involved.  Plan coverage will end, for you and your covered dependents, midnight on your last day of work in which your employment terminates.  As long as you are covered, most coverages generally continue for your dependent child until midnight of the day before your child turns age 26.

## When Your Dependent's Participation Ends

Your dependents cease to participate in the Plan if you cease to participate in the Plan. A dependent's participation also ceases if the dependent no longer meets the definition of Eligible Dependent.

## Choices Available When Participation Ends

In certain circumstances, it is possible to temporarily continue health coverage under the Plan beyond the time it would normally end.  For information on temporary health coverage continuation, see the section, "Continuation Coverage Under COBRA."

**Carson Attachment X, Page 74 of 202**



# <u>HEALTH CARE COVERAGE</u>

## Medical Coverage

The benefit provided by this feature of the Plan is the payment of medical expenses.  If your contribution is not received for any reason within 30 days following the date it is due, medical coverage for yourself and your Eligible Dependents may be discontinued in accordance with the Plan's policy.

The available medical coverage options are set forth in the section "Schedule of Benefits."

## Your Coverage

When you initially enroll, you decide which medical coverage option will apply to you and your dependents for the remainder of that Plan Year (*i.e.*, calendar year).  And then, each year at annual enrollment, you decide which medical coverage option will apply for the following Plan Year, which begins on January 1.

The following are some special eligibility requirements:

- You may only cover your dependents for the same medical option as you choose for yourself.  You cannot cover your dependents if you choose No Coverage for yourself.
- If an eligible Employee is married to another eligible Employee, the Employees can each take his/her own coverage, or one Employee can choose to cover his/her Spouse as a dependent.  Only one of you, however, may cover a Child who is an Eligible Dependent.

## Medical Coverage Options

The medical coverage available under the Plan is described in the section "Schedule of Benefits."

## Covered and Non-Covered Medical Services

Each of the medical coverage options pays benefits only as set forth in the section "Schedule of Benefits" and for services that are Medically Necessary as determined by the Third-Party Administrator.  Medical coverage does not pay for certain services, which are described in the section "General Exclusions and Limitations."  The list of non-covered services, which is determined by the Third-Party Administrator, is subject to change without advance notice.  If you are uncertain whether a certain medical service is covered, please contact the Third-Party Administrator.

**Carson Attachment X, Page 75 of 202**



# CONTINUATION COVERAGE UNDER COBRA

This section contains important information about COBRA continuation coverage, which is a temporary extension of group health coverage under the Plan under certain circumstances when coverage would otherwise end. Below is a general explanation of COBRA coverage, when it may become available to you and your eligible family members, and what you need to do to protect the right to receive it. COBRA (and the description of COBRA coverage contained in this section) applies only to the group health plan benefits offered under the Plan and not to any other benefits offered under the Plan or by the Employer.

The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA"). COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage under the Plan. It can also become available to other members of your family who are covered under the Plan when they would otherwise lose their group health coverage under the Plan. If, upon reading this section, you have additional questions about your COBRA coverage rights and obligations under the Plan and under federal law, you should contact the Plan Benefits Staff at (888) 868-9767. Unless this Plan Document specifically provides otherwise, the Plan provides no greater COBRA rights than what COBRA requires—nothing in this section is intended to expand your rights beyond COBRA's requirements.

Instead of enrolling in COBRA continuation coverage, there may be other more affordable coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called "a special enrollment period." Some of these options may cost less than COBRA continuation coverage. For example, you may be eligible to buy an individual plan through the Health Insurance Marketplace. By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs. Once you have exhausted your COBRA continuation coverage and the coverage expires, you will be eligible to enroll in coverage through the Marketplace through a special enrollment period, even if Marketplace open enrollment has ended. If you sign up for Marketplace coverage instead of COBRA continuation coverage, you cannot switch to COBRA continuation coverage under any circumstances.

## What Is COBRA Coverage?

COBRA coverage is a temporary continuation of group health coverage when coverage would otherwise end because of a life event known as a "qualifying event." Specific qualifying events are listed later in this section. After a qualifying event occurs and any required notice of that event is properly provided, COBRA coverage must be offered to each "qualified beneficiary," *i.e.*, you and your covered Eligible Dependents who lost (or would otherwise lose) group health coverage under this Plan because of the qualifying event. (Certain newborns, newly adopted children, and alternate recipients under QMCSOs may also be qualified beneficiaries. See below for details.)

A qualified beneficiary who timely elects and pays for COBRA continuation coverage receives the same coverage as similarly situated participants in the group health plan who have not experienced a qualifying event. For example, changes in coverage, Deductibles, Coinsurance amounts, Copayments and insurance carriers applicable to participants who have not incurred a qualifying event will apply equally to each qualified beneficiary.

Each qualified beneficiary will also have the same rights as a similarly situated participant who has not experienced a qualifying event, to participate in annual enrollment periods and to make changes in his or her coverage, including, for example, the right to add a Spouse or Children. (Note, however, that a Spouse or Child added in this manner is not – and cannot become – a qualified beneficiary, because the individual was not covered by the Plan at the time of the original qualifying event.)

Unless otherwise specifically provided in this Plan Document, qualified beneficiaries who elect COBRA must pay the applicable premium for such coverage plus a 2% administrative charge. The applicable premium is the actual cost to the Plan of providing the same group health coverage to Plan participants and beneficiaries who have not experienced a qualifying event.

**Carson Attachment X, Page 76 of 202**



### Who Is Entitled to Elect COBRA?

If you are an Employee, you will be entitled to elect COBRA if you lose your group health coverage under the Plan due to either of the following qualifying events:

- Reduction in your hours of employment, or
- Termination of your employment for any reason other than gross misconduct.

If you are the Spouse of an Employee, you will be entitled to elect COBRA if you lose your group health coverage under the Plan due to any of the following qualifying events:

- Your Spouse dies,
- Your Spouse's hours of employment are reduced,
- Your Spouse's employment ends (for any reason other than gross misconduct),
- You become divorced or legally separated from your Spouse. Also, if your Spouse (the Employee) reduces or eliminates your group health coverage in anticipation of a divorce or legal separation, and the divorce or legal separation later occurs, then the divorce or legal separation may be considered a qualifying event for you even though your coverage was reduced or eliminated before the divorce or separation, or
- Your Spouse becomes entitled to Medicare (under Part A or B, or both).

A person enrolled as your Child will be entitled to elect COBRA if he or she loses group health coverage under the Plan due to any of the following qualifying events:

- The parent-Employee dies,
- The parent-Employee's hours of employment are reduced,
- The parent-Employee's employment ends (for any reason other than gross misconduct),
- The Child ceases to qualify as an "Eligible Dependent" under the Plan, or
- The parent-Employee becomes entitled to Medicare (under Part A or B, or both).

Children born to, adopted by, or placed for adoption with, the covered Employee during COBRA continuation coverage are considered qualified beneficiaries when born or placed for adoption, provided that, if the covered Employee is a qualified beneficiary, the covered Employee has elected COBRA coverage for himself or herself. The Child's COBRA coverage begins when the Child is enrolled in the Plan's group health coverage, whether through special enrollment or open enrollment, and it can last up to the end of the COBRA coverage period during which the Child was born, adopted or placed for adoption. To be enrolled in the Plan, the Child must satisfy the otherwise applicable Plan eligibility requirements.

### When is COBRA Coverage Available?

The Plan will offer COBRA coverage to qualified beneficiaries only after it has been notified that a qualifying event has occurred. When the qualifying event is the end of employment or reduction of hours of employment, death of the Employee, the Employee's becoming entitled to Medicare benefits (under Part A, Part B or both), or commencement of a proceeding in bankruptcy with respect to the Employer, the Employer must notify the COBRA Administrator of the qualifying event (see the section "General Plan Information").

### You Must Give Notice of Some Qualifying Events

For qualifying events other than the Employee's termination of employment, reduction in employment hours or death, (*e.g.*, divorce or legal separation of the Employee and Spouse, or Child's loss of Eligible Dependent status), COBRA will be available to you only if you notify the Benefits Service Center in writing no later than 60 days after the later of:

- The date of the qualifying event, and
- The date on which the qualified beneficiary loses (or would lose) coverage under the terms of the Plan as a result of the qualifying event.

In providing this notice, you must follow the notice procedures specified in this Continuation Coverage under COBRA section. If the notice procedures are not followed in a timely manner, THEN ALL QUALIFIED BENEFICIARIES WILL LOSE THEIR RIGHT TO ELECT COBRA.

31

**Carson Attachment X, Page 77 of 202**