# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Civ. Case No. _____

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| INNOVATIVE PARTNERS, LP, also doing | )     **[FILED UNDER SEAL]** |
| business as INNOVATIVE HEALTH PLAN or | ) |
| HEALTHCARE PLAN, a Texas limited | ) |
| partnership, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## EXHIBITS SUPPORTING PLAINTIFF'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE, APPOINTMENT OF A RECEIVER, OTHER RELIEF, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INUNCTION SHOULD NOT ISSUE

### VOLUME V OF V

Dated: *APRIL 7* , 2026      Presented by:

Matthew G. Schiltz (Special Bar No. A5502617)
William J. Hodor (Special Bar No. A5501501)
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5619 [telephone, Schiltz]
(312) 960-5592 [telephone, Hodor]
mschiltz@ftc.gov [e-mail, Schiltz]
whodor@ftc.gov [e-mail, Hodor]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## VOLUME I

### CONSUMER DECLARATIONS

Declaration of Deann Armes ..............................................................................PX 1

Declaration of Karl P. Clark..............................................................................PX 2

Declaration of Francesca D'Angelo ...................................................................PX 3

Declaration of Lisa Frazer ................................................................................PX 4

Declaration of Hailey Gillam............................................................................PX 5

Declaration of David Hicks ..............................................................................PX 6

Declaration of Kimberly Hood .........................................................................PX 7

Declaration of Autumn Leddon ........................................................................PX 8

Declaration of Holly Lewis ..............................................................................PX 9

Declaration of Gary Litman...............................................................................PX 10

Declaration of Griffin Malnar............................................................................PX 11

## VOLUME II

### CONSUMER DECLARATIONS

Declaration of Trevon McKenzie .......................................................................PX 12

Declaration of Debbie Marcela Meschwitz Cronenbold .....................................PX 13

Declaration of William Muñoz, Jr. ....................................................................PX 14

Declaration of Nicole Shevchenko ....................................................................PX 15

Declaration of Diane Smith ..............................................................................PX 16

Declaration of Krista Taylor .............................................................................PX 17

Declaration of Robert Tracy .............................................................................PX 18

Declaration of Megen Walker............................................................................PX 19

## LAW ENFORCEMENT DECLARATIONS

Declaration of Christopher McGuire ............................................................................PX 20
Regional Administrator, Bureau of Investigation, Division of Insurance
Agent and Agency Services, Florida Department of Financial Services

Declaration of Monica Fernandes ...............................................................................PX 21
Investigator, Bureau of Investigation, Division of Insurance Agent and
Agency Services, Florida Department of Financial Services

## FORMER EMPLOYEE DECLARATION

Declaration of Crystal Rogers ...................................................................................PX 22
Former Employee, Customer Service Representative, Innovative Partners, LP

## VOLUME III

## EXPERT DECLARATION

Declaration of Helen G. Levy, Ph.D. ..........................................................................PX 23
Research Professor, University of Michigan, Institute for Social Research

## VOLUME IV

## INVESTIGATOR DECLARATION

Declaration of Christine Carson ................................................................................PX 24
Investigator, Federal Trade Commission

## VOLUME V

## INVESTIGATOR DECLARATION

Declaration of Christine Carson, *continued* ..............................................................PX 24
Investigator, Federal Trade Commission

# PX 24

# Carson Attachment
# Y

**From:**

**To:** Carson, Christine

**Subject:** Fw: American Collective - Cancellation Confirmation

**Date:** Thursday, February 12, 2026 1:01:22 PM

---

**From:** American Collective <partnerservices@americancollectivelp.com>

**Sent:** Wednesday, February 11, 2026 9:47 PM

**To:** ▮▮▮▮▮@outlook.com ▮▮▮▮▮@outlook.com>

**Cc:** membercc@americancollectivelp.com <membercc@americancollectivelp.com>

**Subject:** American Collective - Cancellation Confirmation

Dear ▮▮▮▮▮▮▮,

We've received your request to cancel your health plan activated on 01-22-2026. We're currently processing your cancellation. Your health plan will be terminated as of 02-21-2026.

If you have any questions regarding your cancellation or if you received this email by mistake, please contact Partner Services Team at (866) 270-1554.

Best regards,
American Collective

---

American Collective LP

(866) 270-1554
partnerservices@americancollectivelp.com

**Carson Attachment Y, Page 1 of 1**

# Carson Attachment Z



Carson Attachment Z, Page 1 of 33



# INNOVATIVE
PARTNERS

**Quick Links**

Home

About

Features

Contact

**Contact Us**

(866) 949-3581

helpdesk@innovativepartnerslp.com

1401 N University Dr, Coral Springs, FL, 33071



Copyright 2024. Innovative Partners, LP. a Texas Limited Partnership All Rights Reserved.

Privacy Policy    Terms & Services

**Carson Attachment Z, Page 2 of 33**

Confidential Attorney Work Product



# Privacy Policy Package

## Contents

PART ONE: INTRODUCTION ................................................................................................................ 2

PART TWO: POLICY SUMMARY ......................................................................................................... 3

PART THREE: FULL PRIVACY POLICY ................................................................................................. 6

**Carson Attachment Z, Page 3 of 33**

Confidential Attorney Work Product

# PART ONE: INTRODUCTION

WE AT INNOVATIVE VALUE YOUR PRIVACY AND ARE COMMITTED TO KEEPING YOUR PERSONAL DATA CONFIDENTIAL. WE USE YOUR DATA SOLELY IN THE CONTEXT OF HELPING YOU IMPROVE YOUR HEALTH OR HELPING YOU IMPROVE THE HEALTH OF ANOTHER BY OFFERING A CONVENIENT AND HIGH-QUALITY MOBILE APPLICATION AND WEBSITE WITH TOOLS THAT ALLOW USERS TO EASILY AND PURPOSEFULLY MANAGE COMPLEX MEDICAL CONDITIONS.

THIS PRIVACY POLICY APPLIES TO PERSONAL DATA INNOVATIVE COLLECTS FROM USERS OF THE INNOVATIVE APPLICATION AND INNOVATIVE'S WEBSITE (THE "APPLICATIONS")]. **"PERSONAL DATA" INCLUDES ANY INFORMATION THAT CAN BE USED ON ITS OWN OR WITH OTHER INFORMATION IN COMBINATION TO IDENTIFY OR CONTACT AN INDIVIDUAL**. WE BELIEVE THAT TRANSPARENCY ABOUT THE USE OF YOUR PERSONAL DATA IS OF UTMOST IMPORTANCE. IN THIS PRIVACY POLICY, WE PROVIDE YOU WITH DETAILED INFORMATION ABOUT OUR COLLECTION, USE, MAINTENANCE, AND DISCLOSURE OF YOUR PERSONAL DATA. THE POLICY EXPLAINS WHAT KIND OF INFORMATION WE COLLECT, WHEN AND HOW WE MIGHT USE THAT INFORMATION, HOW WE PROTECT THE INFORMATION, AND YOUR RIGHTS REGARDING YOUR PERSONAL DATA.

Please read the following carefully to understand our views and practices regarding your Personal Data and how we will treat it. For the purposes of any Data Protection Law that you may believe to be applicable, including the California Consumer Protection Act and the California Privacy Rights Act , (collectively the "Data Protection Laws"), the data controller is:

Innovative Partners, LP
2234 North Federal Highway, #2862 Boca Raton, FL 33431

**BY SUBMITTING YOUR (OR SOMEONE ELSE'S) PERSONAL DATA THROUGH THIS APPLICATION, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ AND AGREE TO THE TERMS OF THIS POLICY**. IF YOU DO NOT AGREE, PLEASE DO NOT LOG INTO OR ACCESS THE APPLICATIONS AND DO NOT SUBMIT ANY PERSONAL DATA TO US.

PLEASE NOTE THAT **WE OCCASIONALLY UPDATE THIS PRIVACY POLICY** AND **THAT IT IS YOUR RESPONSIBILITY TO STAY UP TO DATE** WITH ANY AMENDED VERSIONS. IF WE MODIFY THE PRIVACY POLICY, WE WILL POST A LINK TO THE MODIFIED TERMS ON THE WEBSITE AND UNDER "SETTINGS" IN THE APPLICATION. WE WILL ALSO NOTIFY YOU VIA EMAIL. ANY CHANGES TO THIS PRIVACY POLICY WILL BE EFFECTIVE IMMEDIATELY UPON PROVIDING NOTICE, AND SHALL APPLY TO ALL INFORMATION WE MAINTAIN, USE, AND DISCLOSE. IF YOU CONTINUE TO USE THE APPLICATION FOLLOWING SUCH NOTICE, YOU ARE AGREEING TO THOSE CHANGES.

Confidential Attorney Work Product

## PART TWO: POLICY SUMMARY

For your convenience, we have summarized the key takeaways from our Privacy Policy, below. You may access our full Privacy Policy HERE, in Part Three.

**Responsible Entity**

INNOVATIVE ("We", "Us", "the Company") is the controller of your Personal Data, and may process this data in accordance with the Privacy Policy. If we are processing Personal Data on behalf of a third party service provider, the terms of this Privacy Policy do not apply—instead, the terms of that third party's privacy policy will apply. If you leave our Applications via a link to a third party, we are no longer the controller, and you will be subject to that party's Privacy Policy. You can contact Us with any questions about our Privacy Policy and reach our data protection officer at support@innovativepartnerslp.com.

**What information do We collect and why?**

We collect "PERSONAL DATA", which includes any information that can be used on its own or with other information in combination to identify or contact an individual. For a description of the types of personal data we collect, review this section in the full Privacy Policy. In some cases, this Personal Data may be or may include healthcare information or "protected health information".

We may use Personal Data to (1) communicate with you about and manage your User Account; (2) store data; (3) aggregate data; (4) segregate data; (5) analyze data; (6) market or sell data to third parties; (7) comply with the law; (8) respond to requests from public and government authorities; (9) to enforce our terms and conditions; (10) manage and improve our operations and applications; (11) provide additional functionality; (12) protect our rights, privacy, safety or property, and/or that of you or others;  (13) allow us to pursue available remedies or limit the damages that we may sustain; and any purpose determined to be in the best interest of the limited partnership or its limited partners. Additional uses are described in this section of the full Privacy Policy.

*Failure to Provide Data.* Not providing your Personal Data may constitute a breach of your obligations as an Active Limited Partner under the Limited Partnership Agreement of Innovative Limited Partners, LP and the Joinder Agreement that you executed.

**Will We share your Personal Data with anyone else?**

- Yes, with any individual with whom you choose to connect via the Application (e.g., a caregiver or spouse)
- Yes, with third parties that help us power our Applications
- Yes, with third parties and the government when legal or enforcement issues arise
- Yes, with third parties in the event of a reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of INNOVATIVE's corporate entity, assets, or stock (including in connection with any bankruptcy or similar proceedings).

For more details regarding the above, review this section in the full Privacy Policy.

**Carson Attachment Z, Page 5 of 33**

Confidential Attorney Work Product

We may, from time to time, rent or sell aggregated data and/or other information that does not contain any personal identifiers (i.e., if the information has been anonymized by stripping out identifiers such as name, address, phone number, etc.). The purpose of this type of disclosure is to provide better services to our users through (1) identifying trends and patterns to help deliver more accurate insights for our users; and (2) improving the accuracy and performance of our analytics engine.

**Where is your Personal Data stored, transmitted and/or maintained?**

Personal Data INNOVATIVE collects through the Application will be stored on secure servers in the United States. Personal Data may be transmitted to third parties, which parties may store or maintain on their secure servers. These third parties are not permitted to transfer your Personal Data outside of the United States.

**How long will We maintain your Personal Data?**

We store your Personal Data for as long as you maintain a User Account. In the event your INNOVATIVE account is closed, Cix Health, LLC will store your personal data for up to 10 years after the account is closed. For more information on Personal Data retention, review this section of the full Privacy Policy.

**How do We protect your Personal Data?**

INNOVATIVE uses a combination of reasonable physical, technical, and administrative security controls to maintain the security and integrity of your Personal Data, to protect against any anticipated threats or hazards to the security or integrity of such information, and to protect against unauthorized access to or use of such information in our possession or control that could result in substantial harm or inconvenience to you. However, Internet data transmissions, whether wired or wireless, cannot be guaranteed to be 100% secure. As a result, we cannot ensure the security of information you transmit to us. By using the Application, you are assuming this risk. For more information on the safeguards We have in place to protect your Personal Data, review this section of the full Privacy Policy.

**Your rights**

You have certain rights relating to your Personal Data, subject to local data protection laws. These rights may include:

- to access your Personal Data held by us
- to erase/delete your Personal Data, to the extent permitted by applicable data protection laws
- to receive communications related to the processing of your personal data that are concise, transparent, intelligible and easily accessible;
- to restrict the processing of your Personal Data to the extent permitted by law (while we verify or investigate your concerns with this information, for example);
- to object to the further processing of your Personal Data, including the right to object to marketing;
- to request that your Personal Data be transferred to a third party, if possible;
- to receive your Personal Data in a structured, commonly used and machine-readable format
- to lodge a complaint with a supervisory authority

**Carson Attachment Z, Page 6 of 33**

Confidential Attorney Work Product

- to rectify inaccurate Personal Data and, taking into account the purpose of processing the Personal Data, ensure it is complete
- to not be subject to a decision based solely on automated processing, including profiling, which produces legal effects ("Automated Decision-Making"); and
- to the extent we base the collection, processing and sharing of your Personal Data on your consent, to withdraw your consent at any time, without affecting the lawfulness of the processing based on such consent before its withdrawal; and
- to opt out of allowing INNOVATIVE to store, process, or share your Personal Data with a third party.

To opt out of allowing INNOVATIVE to store, process, share, market, or sell your Personal Data with a third party, please send an e-mail to support@InnovativePartnersLP.com with your request.

For more details on your rights and choices and how to exercise them, please review the full Privacy Policy.

**How do you contact Us with questions or concerns?**

If you have any questions about this Privacy Policy, please contact us by email at support@innovativepartnerslp.com or please write to: Innovative Partners, LP, 2234 North Federal Highway, #2862 Boca Raton, FL 33431. Please note that email communications are not always secure; so please do not include sensitive information in your emails to us.

**Carson Attachment Z, Page 7 of 33**

Confidential Attorney Work Product

# PART THREE: FULL PRIVACY POLICY
Version 1.0 / Effective March 1, 2023

WE AT INNOVATIVE VALUE YOUR PRIVACY AND ARE COMMITTED TO KEEPING YOUR PERSONAL DATA CONFIDENTIAL. WE USE YOUR DATA SOLELY IN THE CONTEXT OF HELPING YOU IMPROVE YOUR HEALTH OR HELPING YOU IMPROVE THE HEALTH OF ANOTHER BY OFFERING A CONVENIENT AND HIGH QUALITY MOBILE APPLICATION AND WEB SITE WITH TOOLS THAT ALLOW USERS TO EASILY AND PURPOSEFULLY MANAGE COMPLEX MEDICAL CONDITIONS.

THIS PRIVACY POLICY APPLIES TO PERSONAL DATA INNOVATIVE COLLECTS FROM USERS OF THE INNOVATIVE APPLICATION AND INNOVATIVE'S WEBSITE (THE "APPLICATIONS")]. **"PERSONAL DATA" INCLUDES ANY INFORMATION THAT CAN BE USED ON ITS OWN OR WITH OTHER INFORMATION IN COMBINATION TO IDENTIFY OR CONTACT ONE OF OUR USERS**. WE BELIEVE THAT TRANSPARENCY ABOUT THE USE OF YOUR PERSONAL DATA IS OF UTMOST IMPORTANCE. IN THIS PRIVACY POLICY, WE PROVIDE YOU WITH DETAILED INFORMATION ABOUT OUR COLLECTION, USE, MAINTENANCE, AND DISCLOSURE OF YOUR PERSONAL DATA. THE POLICY EXPLAINS WHAT KIND OF INFORMATION WE COLLECT, WHEN AND HOW WE MIGHT USE THAT INFORMATION, HOW WE PROTECT THE INFORMATION AND YOUR RIGHTS REGARDING YOUR PERSONAL DATA.

THE PERSONAL DATA WE COLLECT AND TRANSMIT MAY, IN SOME CIRCUMSTANCES, BE CONSIDERED "HEALTH DATA" (data related to a user's physical or mental health). THEREFORE, OUR PRIVACY PRACTICES ARE INTENDED TO COMPLY WITH THE GENERAL DATA PROCESSING REGULATION ("GDPR") PROVISIONS REGARDING SENSITIVE PERSONAL DATA. IN ADDITION, WE INTEND TO COMPLY WITH STATE LAW RELATED TO HEALTH DATA, WHERE APPLICABLE. FOR ADDITIONAL INFORMATION RELATED TO YOUR HEALTHCARE INFORMATION, PLEASE CONTACT OUR PARTNER SERVICES DEPARTMENT AT support@INNOVATIVEPARTNERSLP.COM

Please read the following carefully to understand our views and practices regarding your Personal Data and how we will treat it. For the purposes of any Data Protection Law that you may believe to be applicable, including the California Consumer Protection Act and the California Privacy Rights Act, (collectively the "Data Protection Laws"), the data controller is:

Innovative Partners, LP
2234 North Federal Highway, #2862 Boca Raton, FL 33431
**BY SUBMITTING YOUR PERSONAL DATA THROUGH THIS APPLICATION, YOU ARE ACKNOWLEDGING THAT YOU HAVE READ AND AGREE TO THE TERMS OF THIS POLICY**. IF YOU DO NOT AGREE, PLEASE DO NOT LOG INTO OR ACCESS THE APPLICATIONS AND DO NOT SUBMIT ANY PERSONAL DATA TO US.

PLEASE NOTE THAT **WE OCCASIONALLY UPDATE THIS PRIVACY POLICY** AND **THAT IT IS YOUR RESPONSIBILITY TO STAY UP TO DATE** WITH ANY AMENDED VERSIONS. IF WE MODIFY THE PRIVACY POLICY, WE WILL POST A LINK TO THE MODIFIED TERMS ON THE WEB ITE AND UNDER "SETTINGS" IN THE APPLICATION. WE WILL ALSO NOTIFY YOU VIA EMAIL. ANY CHANGES TO THIS PRIVACY POLICY WILL BE EFFECTIVE IMMEDIATELY UPON PROVIDING NOTICE AND SHALL APPLY TO ALL INFORMATION WE MAINTAIN, USE, AND DISCLOSE. IF YOU CONTINUE TO USE THE APPLICATION FOLLOWING SUCH NOTICE, YOU ARE AGREEING TO THOSE CHANGES.
CAPITALIZED TERMS, IF NOT DEFINED IN THIS PRIVACY POLICY, ARE DEFINED IN THE TERMS OF USE, WHICH IS ACCESSIBLE HERE.

**Carson Attachment Z, Page 8 of 33**

Confidential Attorney Work Product

In case you have any questions or concerns after reading this Privacy Policy, please do not hesitate to contact us at support@InnovativePartnersLP.com. We appreciate your feedback.

**Responsible Entity**

INNOVATIVE ("We", "Us", "the Company") is the controller and owner of your Personal Data and may process this data in accordance with the Privacy Policy. When we sell Personal Data to a third party, the terms of this Privacy Policy do not apply—instead, the terms of that third party's privacy policy will apply. You can contact us with any questions about our Privacy Policy at support@InnovativePartnersLP.com. You can also reach our partner services department at support@InnovativePartnersLP.com.

**Please remember that under the Limited Partnership Agreement of Innovative Limited Partners, LP and the Joinder Agreement that you executed, some data may not necessarily be de-identified.**

Links to Other Sites
Our Applications may contain links to websites and services that are owned or operated by third parties (each, a "Third-party Service"). Any information that you provide on or to a Third-party Service or that is collected by a Third-party Service is provided directly to the owner or operator of the Third-party Service and is subject to the owner's or operator's privacy policy. We're not responsible for the content, privacy, or security practices and policies of any Third-party Service. To protect your information, we recommend that you carefully review the privacy policies of all Third-party Services that you access.

**What Personal Data do we collect?**

We collect "PERSONAL DATA", which includes any information that can be used on its own or with other information in combination to identify or contact an individual. In some cases, this Personal Data may be or may include healthcare information or "protected health information". The types of Personal Data we collect are described below. **If you are entering Personal Data of someone other than yourself, you MUST be legally authorized to share that information with INNOVATIVE. You CANNOT share information with us without such authorization. By continuing to use the Services, you represent and warrant that you are legally authorized to share with us all of the information that you share with us.**

Demographic Data
We collect demographic information, such as Your name, date of birth, gender, phone number, postal and e-mail address]. Primarily, the collection of Your Personal Data assists us in creating Your User Account, which You can use to securely manage Your healthcare information. We also use your demographic data for the purposes of providing health and wellness related reminders.

Payment Data
If You make purchases via our Applications, We may require that you provide to Us your financial and billing information, such as billing name and address, credit card number, or bank account information.

Support Data
If You contact INNOVATIVE for support or to lodge a complaint, We may collect technical or other information from you through log files and other technologies, some of which may qualify as Personal

**Carson Attachment Z, Page 9 of 33**

Confidential Attorney Work Product

Data. (e.g., IP address). Such information will be used for the purposes of troubleshooting, customer support, software updates, and improvement of the Application and related services in accordance with this Privacy Policy. Calls with INNOVATIVE may be recorded or monitored for training, quality assurance, customer service, and reference purposes.

Device, Telephone, and ISP Data

We use common information-gathering tools, such as log files, cookies, web beacons, and similar technologies to automatically collect information, which may contain Personal Data, from Your computer or mobile device as you navigate our Applications, or interact with emails We have sent You. The information We collect may include Your Internet Protocol (IP) address (or proxy server), device and application identification numbers, location, browser type, Internet service provider and/or mobile carrier, the pages and files you viewed, Your searches, Your operating system and system configuration information, and date/time stamps associated with Your usage. This information is used to analyze overall trends, and internet browsing habits to help Us market the data for the benefit of You and Your partnership.

Health Data

In addition to demographic information, We may collect information regarding your health conditions, medications, labs, and vitals information, medical appointments, insurance provider, health care **provider, and care team info, and** treatment plans. In some cases, this information is collected from You—in others, we will receive information from third parties You have authorized to share information with Us. We collect this information to help users store and manage information regarding their health.

Third Party Data Sources

We collect information about you from other sources, including third parties with whom Your User Account is associated ("Third Party User"). For instance, within a family, the parents and children may have associated accounts. The parents can add Personal Data about the children, and vice versa--even where the user accounts are separate—if such accounts are linked. We may also collect information from third party sources from whom we have purchased Personal Data, and combine this information with Personal Data provided by you. In particular, we may import medical record information from third parties to help us to show You a more complete medical history. For instance, we may use a third party data source that can tell us about the type of medications you might be taking, or your adherence to a refill schedule.

NOTE: If you believe your Personal Data has been shared with INNOVATIVE without your permission, please contact us immediately at support@InnovativePartnersLP.com.

**How will We use Your Personal Data?**

We process Your Personal Data for purposes based on legitimate business interests, outlined in the Limited Partnership Agreement of Innovative Partners, LP complying with Our business objectives, and/or Your consent.

**Where is your Personal Data processed?**

The Personal Data INNOVATIVE collects through the Application will be stored on secure servers in the United States, even if you are accessing the Applications from outside the United States. Your country's

**Carson Attachment Z, Page 10 of 33**

Confidential Attorney Work Product

data protection laws may not apply, and may be more stringent than those to which INNOVATIVE is legally subject. Personal Data may be transmitted to third parties, which parties may store or maintain the data on their secure servers.

**Will We share your Personal Data with anyone else?**

**YES.**
As You agreed in the Limited Partnership Agreement of Innovative Partners, LP and in the Joinder Agreement, your information and Data will be gathered, segregated, aggregated, and sold to various Third Parties, and that it may not necessarily be de-identified.

Yes, with third parties that help us power our Application
INNOVATIVE has a limited number of service providers and other third parties ("Business Partners") that help us run various aspects of our business. These Business Partners are contractually bound to protect Your Personal Data and to use it only for the limited purpose(s) for which it is shared. Business Partners' use of Personal Data may include, but is not limited to, the provision of services such as data hosting, IT services, customer service, and billing management.

Yes, with third parties and the government when legal or enforcement issues arise
We may share your Personal Data, if reasonable and necessary, to (i) comply with legal processes or enforceable governmental requests, or as otherwise required by law; (ii) cooperate with third parties in investigating acts in violation of this Agreement; or (iii) bring legal action against someone who may be violating the Terms of Use or who may be causing intentional or unintentional injury or interference to the rights or property of INNOVATIVE or any third party, including other users.

Yes, with third parties that provide advisory services
We may share Your Personal Data with Our lawyers, auditors, accountants, or banks, when We have a legitimate business interest in doing so.

Yes, with third parties in the event of a reorganization, merger, sale, joint venture, assignment, transfer, or other disposition of all or any portion of INNOVATIVE's corporate entity, assets, or stock (including in connection with any bankruptcy or similar proceedings)
If We share Your Personal Data with a third party other than as provided above, You will be notified at the time of data collection or transfer, and You will have the option of not permitting the transfer.

**How long do We retain Personal Data?**

We will retain your Personal Data for as long as you maintain a User Account. In the event your INNOVATIVE account is closed, Cix Health, LLC will store your personal data for up to ten (10) years after the account is closed. The exact period of retention will depend on the type of Personal Data and applicable law. We keep your Personal Data for as long as necessary to fulfill the purpose for which it was collected, unless otherwise required or necessary pursuant to a legitimate business purpose outlined herein. At the end of the applicable retention period, We will remove your Personal Data from our databases and will request that our Business Partners remove your Personal Data from their databases. If there is any data that we are unable, for technical reasons, to delete entirely from our systems, we will put in place appropriate measures to prevent any further processing of such data. We retain anonymized data indefinitely.

**Carson Attachment Z, Page 11 of 33**

Confidential Attorney Work Product

NOTE: Once we disclose your Personal Data to third parties, we may not be able to access that Personal Data any longer and cannot force the deletion or modification of any such information by the parties to whom we have made those disclosures. Written requests for deletion of Personal Data other than as described should be directed to support@innovativepartnerslp.com.

## WHAT IS YOUR COOKIE POLICY?

Cookies are small files that a web server sends to your computer or device when you visit a web site that uses cookies to keep track of your activity on that site. They hold a small amount of data specific to that web site, which can later be used to help remember information you enter into the site (like your email or other contact info), preferences selected, and movement within the site. If you return to the previously visited website (and your browser has cookies enabled), the web browser sends the small file to the web server, which tells it what activity you engaged in the last time you used the site, and the server can use the cookie to do things like expedite logging in and retrieving user data and keeping your browser session secure.

We use cookies and other technologies to, among other things, better serve our Active Limited Partners to maximize your working income from the Partnership, provide you with more tailored information, and to facilitate efficient and secure access to the Applications. We use two types of cookies: essential and non-essential cookies. Essential cookies are those necessary for use to provide services to you.  All other cookies are non-essential. We use two types of non-essential cookies: (1) cookies used to analyze your behavior on a website ("Analytics Cookies"); and (2) cookies used to provide you enhanced functionality ("Functional cookies"). We have provided, below, a full list of our cookies, categorized as described above. We have described the purpose of each, whether they are INNOVATIVE or Third Party cookies, and how to withdraw consent to their use. We have also indicated which cookies are "session cookies" (which last for as long as you keep your browser open) and "persistent cookies" (which remain on your hard drive until you delete them or they expire).

We may also collect information using pixel tags, web beacons, clear GIFs, or other similar technologies. These may be used in connection with some Site pages and HTML formatted email messages to, among other things, track the actions of Site users and email recipients and compile statistics about Site usage and response rates.

**Essential Cookies:**

| Cookie Name, Who Controls It, and Duration | Purpose | Information Collected | How to Withdraw Consent |
|---|---|---|---|
| **auth-tokens-token** INNOVATIVE 8 weeks | To authenticate you when you sign into the service. | A generated token that allows the server to identify you. | Do not use our Service if you do not want to receive this cookie. |
| **auth-tokens-refresh** INNOVATIVE | To refresh your authentication token when it expires. | A generated token that lets you stay logged in. | Do not use our Service if you do not want to receive this cookie. |

**Carson Attachment Z, Page 12 of 33**

Confidential Attorney Work Product

| 16 weeks | | | |
|---|---|---|---|
| **Unsubscribe-token** INNOVATIVE 8 weeks | Used to temporarily store information needed to unsubscribe a user from INNOVATIVE emails. | A generated token that lets you unsubscribe from emails. | Do not use our service and do not unsubscribe from automated emails if you do not want this cookie. |

**Analytics Cookies:**

| Cookie Name, Who Controls It, and Duration | Purpose | Information Collected | How to Withdraw Consent |
|---|---|---|---|
| **analytics** INNOVATIVE Permanent | For correlating website visitors before and after they login or register for INNOVATIVE | Randomly generated code. No information is collected. | Do not use INNOVATIVE if you do not wish to receive this cookie. |
| **UTM_** INNOVATIVE | For tracking what marketing campaign a visitor to the site came from. | No information is collected or stored in these cookies. | Do not use INNOVATIVE if you do not wish to receive this cookie. |

**How can You "Opt Out" of Cookies**

If you prefer, you can usually choose to set your browser to remove cookies and reject cookies. If you enable a do not track (DNT) signal or otherwise configure your browser to prevent INNOVATIVE from collecting cookies, You will need to re-enter your user name each time you visit the login page. Such action could also affect certain features or services of our Applications.

You may opt-out from the collection of non-essential device and usage data on your web by managing your cookies at the individual browser level. Click here for ways to erase cookies from your computer and to prevent cookies from being created on your browser. Please note, however, that by blocking or deleting cookies and similar technologies used on our websites, You may not be able to continue as an Active Limited Partner and participate in the Innovative Partners, LP Health Benefit Plan.

**How do We protect Your Personal Data?**

INNOVATIVE is committed to protecting the security and confidentiality of your Personal Data. We use a combination of reasonable physical, technical, and administrative security controls to maintain the security and integrity of your Personal Data, to protect against any anticipated threats or hazards to the security or integrity of such information, and to protect against unauthorized access to or use of such information in our possession or control that could result in substantial harm or inconvenience to you. However, Internet data transmissions, whether wired or wireless, cannot be guaranteed to be 100% secure. As a result, we cannot ensure the security of information you transmit to us. By using the Applications, you are assuming this risk.

**Carson Attachment Z, Page 13 of 33**

Confidential Attorney Work Product

<u>Safeguards</u>
The information collected by INNOVATIVE and stored on secure servers, is protected by a combination of technical, administrative, and physical security safeguards, such as authentication, encryption, backups, and access controls. If INNOVATIVE learns of a security concern, we may attempt to notify you and provide information on protective steps, if available, through the e-mail address that you have provided to us or by an in-app notification. Depending on where you live, you may have a legal right to receive such notices in writing.

You are solely responsible for protecting information entered or generated via the Applications that is stored on Your device and/or removable device storage. INNOVATIVE has no access to or control over Your device's security settings, and it is up to You to implement any device-level security features and protections You feel are appropriate (e.g., password protection, encryption, remote wipe capability, etc.). We recommend that You take any and all appropriate steps to secure any device that You use to access Our Application.

We recommend that you take any and all appropriate steps to secure any device that you use to access our Application.

NOTWITHSTANDING ANY OF THE STEPS TAKEN BY US, IT IS NOT POSSIBLE TO GUARANTEE THE SECURITY OR INTEGRITY OF DATA TRANSMITTED OVER THE INTERNET. THERE IS NO GUARANTEE THAT YOUR PERSONAL DATA WILL NOT BE ACCESSED, DISCLOSED, ALTERED, OR DESTROYED BY BREACH OF ANY OF OUR PHYSICAL, TECHNICAL, OR ADMINISTRATIVE SAFEGUARDS. THEREFORE, WE DO NOT AND CANNOT ENSURE OR WARRANT THE SECURITY OR INTEGRITY OF ANY PERSONAL DATA YOU TRANSMIT TO US AND YOU TRANSMIT SUCH PERSONAL DATA AT YOUR OWN RISK.

**How can You Protect Your Personal Data?**

You are responsible for taking reasonable precautions to protect Your user ID, password, and other User Account information from disclosure to third parties, and You are not permitted to circumvent the use of required encryption technologies. You should immediately notify INNOVATIVE at support@innovativepartnerslp.com if You know of or suspect any unauthorized use or disclosure of Your user ID, password, and/or other User Account information, or any other security concern.

**Your rights**

You have certain rights relating to your Personal Data, subject to local data protection laws. These rights may include:

- to access your Personal Data held by us
- to erase/delete your Personal Data, to the extent permitted by applicable data protection laws
- to receive communications related to the processing of your personal data that are concise, transparent, intelligible and easily accessible;
- to restrict the processing of your Personal Data to the extent permitted by law (while we verify or investigate your concerns with this information, for example);
- to object to the further processing of your Personal Data, including the right to object to marketing;

**Carson Attachment Z, Page 14 of 33**

Confidential Attorney Work Product

- to request that your Personal Data be transferred to a third party, if possible;
- to receive your Personal Data in a structured, commonly used and machine-readable format
- to lodge a complaint with a supervisory authority
- to rectify inaccurate Personal Data and, taking into account the purpose of processing the Personal Data, ensure it is complete
- to not be subject to a decision based solely on automated processing, including profiling, which produces legal effects ("Automated Decision-Making"); and
- to opt out of allowing INNOVATIVE to store, process, or disclose your Personal Data with third parties.

To opt out of allowing INNOVATIVE to store, process, sell, or share your Personal Data with a third party, please send an e-mail to support@innovativepartnerslp.com with your request.

Where the processing of Your Personal Data by INNOVATIVE is based on consent, You have the right to withdraw that consent at any time by emailing Us at support@innovativepartnerslp.com.

You can exercise the rights listed above at any time by contacting us at support@InnovativePartnersLP.com.

**How do You update, correct, or delete Personal Data?**

You can change your e-mail address and other contact information in Settings (within the Application). If you need to make changes or corrections to other information, you can do so by (1) navigating to the page containing the information you'd like to modify or delete, and (2) selecting "Edit", and (3) deleting , adding to, or modifying the text in the appropriate editing box. Please note that in order to comply with certain requests to limit use of Your Personal Data, we may need to terminate your Active Limited Partnership and Your ability to access and use the Services, and You agree that We will not be liable to you for such termination or for any refunds of prepaid fees paid by You. You can deactivate your account by emailing Us at support@InnovativePartnersLP.com.

Although We will use reasonable efforts to do so, You understand that it may not be technologically possible to remove from our systems every record of your Personal Data. The need to back up our systems to protect information from inadvertent loss means a copy of your Personal Data may exist in a non-erasable form that will be difficult or impossible for us to locate or remove.

**Can You "OPT-OUT" of receiving communications from Us?**

You can choose to filter these e-mails using your e-mail client settings, but we do not provide an option for you to opt out of these e-mails. You can opt out of some emails by making a different selection for user notification in Settings.

**Information submission by minors**

We do not knowingly collect Personal Data from individuals under the age of 18 and the Applications are not directed to individuals under the age of 13. We request that these individuals not establish user accounts or provide Personal Data to Us. (NOTE: Adults may choose to input Personal Data belonging to their children, who may be below the age of 18, but our Applications are not meant for minor users.) If

**Carson Attachment Z, Page 15 of 33**

Confidential Attorney Work Product

we learn that Personal Data has been collected from users less than 18 years of age, We will deactivate the account and take reasonable measures to promptly delete such data from Our records. If You are aware of a user under the age of 13 using the Applications, please contact us at support@innovativepartnerslp.com.

If you are a resident of California, under the age of 18 and have registered for an account with us, you may ask us to remove content or information that you have posted to our websites.

**California Residents**
California residents may request and obtain from us, once a year, free of charge, a list of third parties, if any, to which we disclosed their Personal Data for direct marketing purposes during the preceding calendar year and the categories of Personal Data shared with those third parties. If you are a California resident and wish to obtain that information, please submit your request by sending us an email at support@innovativepartnerslp.com with "California Privacy Rights" in the subject line.

**Contact Us**

If you have any questions about this Privacy Policy, please contact us by email support@InnovativePartnersLP.com or please write to: Innovative Partners, LP 2234 North Federal Highway, #2862 Boca Raton, FL 33431. Please note that email communications are not always secure; so please do not include sensitive information in your emails to us.

**Carson Attachment Z, Page 16 of 33**



**YOU SHOULD CAREFULLY READ THE FOLLOWING TERMS AND CONDITIONS BEFORE USING THE INNOVATIVE SERVICES. BY CREATING AN ACCOUNT AND USING THE SERVICES, YOU ARE CONSENTING TO BE BOUND BY AND ARE BECOMING A PARTY TO THIS AGREEMENT. IF YOU DO NOT AGREE TO ALL OF THE TERMS OF THIS AGREEMENT, DO NOT LOG ON OR USE THE INNOVATIVE APPLICATION.**

By continuing to use the Services, You agree as follows:

- Any information that We collect through Your use of the Services is subject to the Innovative Privacy Policy, which is part of these Terms of Use;

- You are at least 18 years old or have been legally emancipated;

- You understand and intend that this Agreement is a legally binding agreement and the equivalent of a signed, written contract;

- If You create a profile for a third party for whom you are not the parent or legal guardian, You represent and warrant that you have permission from such person to input and share their Personal Data within the App and with other third parties.

- You will use the Services in a manner consistent with applicable laws and regulations and these Terms of Use, as they may be amended by Innovative from time to time; and

- You understand, accept, and have received these Terms, and acknowledge and demonstrate that You can access these Terms at will HERE.

IF YOU DO NOT AGREE WITH AND ACCEPT THESE TERMS, **DO NOT LOG INTO THE APP AND IMMEDIATELY DELETE ALL FILES**, IF ANY, ASSOCIATED WITH THE ACCOMPANYING SERVICES AND MATERIALS FORM YOUR COMPUTER OR MOBILE DEVICE.

**ARBITRATION NOTICE**: EXCEPT IF YOU OPT-OUT AND EXCEPT FOR CERTAIN TYPES OF DISPUTES DESCRIBED IN THE ARBITRATION SECTION BELOW, YOU AGREE THAT DISPUTES BETWEEN YOU AND INNOVATIVE WILL BE RESOLVED BY BINDING, INDIVIDUAL ARBITRATION. BY CONTINUING TO USE THE APPLICATION, AND UNLESS YOU OPT-OUT, YOU WAIVE YOUR RIGHT TO PARTICIPATE

**Carson Attachment Z, Page 17 of 33**

IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION. YOU CAN OPT-OUT OF THE ARBITRATION AGREEMENT BY CONTACTING SUPPORT@INNOVATIVEPARTNERSLP.COM WITHIN 30 DAYS OF ACCEPTING THESE TERMS.

**Carson Attachment Z, Page 18 of 33**

## TERMS OF USE
VERSION VALID AS OF March 1, 2023

Thank You for choosing Innovative to help You manage You and/or someone else's health! Please note, **these Terms of Use (the "Terms") constitute a binding agreement between You ("You" or "Your") and Innovative Partners, LP ("Innovative", "We", "Us", "Our")**. These Terms govern Your use of the Innovative website, located at https://www.innovativepartnerslp.com (the "Website"), and/or the Innovative application (the "Application" or "App") and the services available through the Website and App (collectively, the "Services"). By using or continuing to use the Services, You indicate that You have read, understand, and agree to these Terms and the Innovative Privacy Policy. All capitalized terms not defined in these Terms are defined in the Privacy Policy.

IF YOU DO NOT UNDERSTAND THIS AGREEMENT OR DO NOT AGREE TO BE BOUND BY THESE TERMS, YOU MAY NOT USE THE SERVICES.

## WHAT IS INNOVATIVE?
Section 1

The Innovative Services allow You to track and manage Your and/or someone else's health by creating individual, personal health profiles where You can upload and store health data, forms, and prescriptions, coordinate with caregivers, family members, and treatment providers, and set reminders for appointments and medications. You may access and use the Services only in accordance with these Terms, and You agree to comply with all applicable laws, rules, and regulations, including any other policies incorporated into these Terms, such as the Innovative Privacy Policy.

**We are NOT a medical record**
We do not share the information you share with us with your healthcare provider and your healthcare provider does not share information with us. **The information you share with us should not be used to make medical decisions or shared with a healthcare provider for treatment purposes.**

**We do NOT provide medical advice**
Innovative provides the Services only to help You track and manage the information You share with us. THE SERVICES DO NOT CONTAIN OR CONSTITUTE, AND SHOULD NOT BE INTERPRETED AS, MEDICAL ADVICE OR OPINION. Innovative is not a medical professional service, and Innovative does not provide medical services or render medical advice. If You require medical advice or services, You should consult a medical professional.

We may provide You with links to third parties that may provide You with medical advice (See Privacy Policy for details), but Your use of those third parties is not governed by these Terms or the Innovative Privacy Policy. Such links are provided for informational purposes and only and do not constitute an endorsement of the third parties we link to. Innovative does not evaluate

**Carson Attachment Z, Page 19 of 33**

or warrant the accuracy or quality of third-party services provided to You, and You are responsible for confirming the qualifications of any third-party service provider You use.

If at any time You are concerned about Your care or treatment, or You believe that You or someone else has a serious or life-threatening condition, **call 9-1-1 immediately** in areas where that service is available, or go to the nearest open clinic or emergency room.

## WHO IS ELIGIBLE TO USE THE SERVICES?
Section 2

By registering for an account and using the Services, **You represent and warrant**:

1.  That You are at least 18 years old and are otherwise legally qualified to enter into and form contracts under applicable law;

2.  Your registration data is true, accurate, current, and complete;

3.  You will update Your registration data as needed to maintain its accuracy;

4.  You are authorized to create an account (either for Yourself or another person);

5.  **By using the Services, You represent and warrant that You have legal authority to share Your health data and other Personal Information (as that term is defined in the Privacy Policy) with Innovative. In addition, if You create a profile for a third party for whom you are not the parent or legal guardian, You represent and warrant that you have permission from such person to input and share their Personal Data within the App and with other third parties.  Our use of the information You provide to Innovative via the Services is subject to the Privacy Policy in effect at the time we use it**; and

6.  You are not located in a country that is subject to a U.S. Government embargo or that is designated by the U.S. Government as a "terrorist supporting' country, and You are not listed on any U.S. Government list of prohibited or restricted parties.

NOTE: THIS AGREEMENT IS VOID WHERE PROHIBITED BY LAW. DO NOT USE THE SERVICES WHERE PROHIBITED BY LAW. YOU UNDERSTAND THAT YOUR USE OF THE SERVICES MAY INVOLVE OR REQUIRE THE TRANSMISSION OF SIGNIFICANT AMOUNTS OF DATA. YOU ARE RESPONSIBLE FOR ALL DATA CHARGES THAT MAY BE CHARGED BY YOUR WIRELESS CARRIER OR INTERNET SERVICE PROVIDER OR THAT MAY OTHERWISE ARISE FROM YOUR USE OF THE SERVICES.

## HOW WILL INNOVATIVE TELL ME IF THEY CHANGE THESE TERMS?
Section 3

**Carson Attachment Z, Page 20 of 33**

With the exception of the Arbitration Agreement included at the end of these Terms, Innovative reserves the right to change or modify these Terms at any time without prior notice to You. If we materially change or modify these Terms, we will let You know by (1) posting a new version to the Services; and/or (2) posting a change notice on our Website and/or Application.

If You continue to use the Services after we have let You know that we have made changes, You agree to be bound by the modified Terms. If You do not accept the changes, You should immediately stop using the Services and delete all files associated with the Services on Your computer and/or mobile device.

## WHO OWNS THE INNOVATIVE SERVICES?
### Section 4

Innovative owns the Services and all materials You access through the App or Website. Subject to Your compliance with these Terms, Innovative grants You a non-exclusive, non-sublicensable, revocable, non-transferable license to use the Services through the Website or by downloading and installing the Application. THE SERVICES ARE FOR YOUR PERSONAL AND NON-COMMERCIAL USE ONLY. You may not use the Services for any other purpose than what is allowed under these Terms without Innovative's express written permission.

You may not use Innovative's name, trademarks, service marks, or logos, or those of third parties appearing on the Services in any advertising or publicity or to otherwise indicate Innovative's or such third party's sponsorship or affiliation with any product or service without express written permission from Innovative or such third party.

You own Your Personal Data and any other content You post on or through the Services. If you are entering someone else's information into the Services, you represent and warrant that you have permission to do so. For us to provide You with the Services, You grant to Innovative a perpetual, non-exclusive, fully paid and royalty-free, transferable, sublicensable, worldwide license to use Your content for the purpose of providing the Services, subject to the restrictions in the Privacy Policy. You also agree to allow Innovative to de-identify and anonymize Your content, including without limitation, Your personal health information in accordance with this Privacy Policy, and to use or disclose such de-identified information for any purpose.

## WHAT AM I NOT ALLOWED TO DO WITH THE SERVICES?
### Section 5

Innovative imposes certain restrictions on Your use of the Services. While using the Website, App, or Services, You shall not:

1. provide false, misleading or inaccurate information to Innovative or any other user;

**Carson Attachment Z, Page 21 of 33**

2.  impersonate, or otherwise misrepresent affiliation, connection, or association with, any person or entity;

3.  use or attempt to use any engine, software, tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to harvest or otherwise collect information from the Website for any use, including without limitation use on third-party websites;

4.  access content or data not intended for You, or log onto a server or account that You are not authorized to access;

5.  violate any applicable law or regulation;

6.  attempt to probe, scan, or test the vulnerability of the Services, the Website, the App, or any associated system or network, or breach security or authentication measures without proper authorization;

7.  interfere or attempt to interfere with the use of the Website, the App, or the Services by any other user, host, or network, including, without limitation by means of submitting a virus, overloading, "flooding," "spamming," "mail bombing," or "crashing";

8.  forge any TCP/IP packet header or any part of the header information in any e-mail or in any uploading or posting to, or transmission, display, performance, or distribution by means of, the Services;

9.  post or transmit any unsolicited advertising, promotional materials, "junk mail", "spam," "chain letters," "pyramid schemes" or any other form of solicitation;

10. avoid, bypass, remove, deactivate, impair, descramble or otherwise circumvent any technological measure implemented by Innovative, You, or any other third party (including another user) to protect the Services;

11. attempt to modify, reverse-engineer, decompile, disassemble or otherwise reduce or attempt to reduce to a human-perceivable form any of the source code used by Innovative in providing the Website or App. Any violation of this section may subject You to civil and/or criminal liability; or

12. encourage or enable any other individual to do any of the above.

Innovative is not obligated to monitor Your use of the Services, but We may do so to ensure Your compliance with these Terms, and to respond to law enforcement or other government agencies if and when we are required to. Innovative reserves the right to suspend or terminate

**Carson Attachment Z, Page 22 of 33**

Your use of the Services without notice to You if You partake in any of the prohibited uses described above.

## WHO PROTECTS MY LOGIN INFORMATION?
### Section 6

You will choose a username and password when you register for the Application. You are responsible for maintaining the confidentiality of Your password. You may not use the account, username, or password of any other user at any time. You agree to notify Innovative immediately of any unauthorized use of Your account, username, and/or password. INNOVATIVE WILL NOT BE LIABLE FOR ANY LOSS THAT YOU INCUR AS A RESULT OF SOMEONE ELSE USING YOUR PASSWORD, EITHER WITH OR WITHOUT YOUR KNOWLEDGE. You may be held liable for any losses incurred by Innovative, its affiliates, officers, directors, employees, consultants, agents, and/or its representatives due to someone else's use of Your account or password, regardless of whether You were aware of such use.

## HOW DOES INNOVATIVE PROTECT MY PRIVACY?
### Section 7

Innovative respects the information You provide to us. Please see our Privacy Policy for an explanation of the information that we collect from You and how we use Your information that is NOT subject to the Health Insurance Portability and Accountability Act ("HIPAA"), which is the primary federal law governing the privacy of health information. By accessing or using the Website, App, or Services, or by downloading or uploading any content from or through the Services, You acknowledge and agree to the provisions of the Privacy Policy and affirm that the Privacy Policy is a part of these terms.

By using the Services and accepting these Terms, You acknowledge that Innovative may share Your Personal Data with other users (if you choose to allow this). We will seek Your consent before sharing your information with third parties according to the terms of the Privacy Policy.

We are not responsible for nor liable to You or any third party for a third party's treatment of Personal Data, including any collection, use, disclosure, storage, loss, theft, or misuse of Personal Data, whether or not such treatment violates applicable law.

## THE APP STORE AND GOOGLE PLAY
### Section 8

If You downloaded the App from the Apple App Store or Google Play (the "App Provider"), by agreeing to these Terms, You acknowledge that You understand and agree to the following:

**Carson Attachment Z, Page 23 of 33**

1. This Agreement is only between You and Innovative, and not between You and the App Provider, and only Innovative is responsible for the Application;

2. The App Provider has no obligation to furnish any maintenance or support services with respect to the App;

3. In the event of any failure of the App to conform to any applicable warranty, (i) You may notify the App Provider and the App Provider will refund Your purchase price for the App to You (if applicable); (ii) to the maximum extent permitted by applicable law, the App Provider will have no other warranty obligation with respect to the App; and (iii) any other claims, losses, liabilities, damages, costs, or expenses attributable to any failure to conform to any warranty will be Our responsibility;

4. The App Provider is not responsible for addressing any claims You have or any claims of any third party relating to the App or Your possession and use of the App, including without limitation: (i) product liability claims; (ii) any claim that the app fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation;

5. In the event of any third party claim that the App or Your possession and use of the App infringes that third party's intellectual property rights, the App Provider will not be responsible for the investigation, defense, settlement, or discharge of any such intellectual property infringement claim; and

6. The App Provider, and its subsidiaries, are third-party beneficiaries of these Terms as they relate to Your license to use the App. This means that, upon Your acceptance of these Terms, the App Provider will have the right (and will be deemed to have accepted the right) to enforce these Terms as related to Your license of the App against You.

**Apple users only**: If You downloaded the App from the App Store, the license granted to You in these Terms is non-transferable and is for use of the App on any Apple products that You own or control.

## WHAT IS INNOVATIVE'S COPYRIGHT POLICY?
### Section 9

By creating, posting, or sharing data, sound, and images on or through the Website or App ("Your User Content"), and subject to the Privacy Policy, You grant Innovative a perpetual, irrevocable, worldwide, non-exclusive, sub-licensable, royalty-free, fully paid up, transferable license to reproduce, distribute, publicly display, publicly perform, create derivative works of, and otherwise use and modify Your User Content for the purposes of providing and enhancing the Website, App, or other Innovative products and services. We may also create anonymized data and images from Your User Content, and such data and images will no longer be Your User

**Carson Attachment Z, Page 24 of 33**

Content. You waive any rights you may have regarding Your User Content being altered or manipulated in any way that may be objectionable to you. This license will terminate after you stop using the Website and App. Innovative reserves the right to refuse to accept, post, display, or transmit any of Your User Content in its sole discretion.

You represent and warrant that: (i) you own the content posted by you on or through the Website or App or otherwise have the right to grant the license set forth in these Terms, (ii) the posting and use of Your User Content on or through the Website or App does not violate the privacy rights, publicity rights, copyrights, contract rights, intellectual property rights, or any other rights of any person, and (iii) the posting of Your User Content on the Website or App does not result in a breach of contract between you and a third party. You agree to pay for all royalties, fees, and any other monies owed to any person by reason of content you post on or through the Website or App. You also acknowledge and agree that Your User Content is non-confidential and non-proprietary.

Innovative may review and remove Your User Content at any time for any reason, including for activity which, in its sole judgment: violates these Terms; violates applicable laws, rules, or regulations; is abusive, disruptive, offensive or illegal; or violates the rights of, or harms or threatens the safety of, users of the Website or App.

Copyright Policy

Innovative respects copyright law and expects its users to do the same. It is Innovative's policy to terminate, in appropriate circumstances, users or other account holders who are believed to have infringed the rights of copyright holders.

**Digital Millennium Copyright Act (DMCA) notifications for intellectual property infringement.** If you believe that your work is the subject of copyright infringement and/or trademark infringement and appears in our Services, please provide Innovative's designated agent (listed below) with the following information:

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- Identification of the copyrighted and/or trademarked work claimed to have been infringed, or, if multiple works at a single online site are covered by a single notification, a representative list of such works at that site.
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled via the Application, and information reasonably sufficient to permit Innovative to locate such material.
- Information reasonably sufficient to permit Innovative to contact you as the complaining party, such as an address, telephone number, and, if available, an email address at which you may be contacted.

**Carson Attachment Z, Page 25 of 33**

- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright and/or trademark owner, its agent, or the law.
- A statement that the information in the notification is accurate and, under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Innovative's agent for notice of claims of copyright or trademark infringement on this App can be reached at:

Innovative Partners, LP
Attn: Innovative Partner Services
2234 North Federal Highway, #2862 Boca Raton, FL 33431
Email: SUPPORT@INNOVATIVEPARTNERSLP.COM

Please note that the procedure described above is exclusively for notifying Innovative and its affiliates that your copyrighted material has been infringed. The preceding requirements are intended to comply with Innovative's rights and obligations under the DMCA, including 17 U.S.C. §512(c), but do not constitute legal advice. It may be advisable to contact an attorney regarding your rights and obligations under the DMCA and other applicable laws.

Please also note that for copyright infringements under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity is infringing may be subject to criminal prosecution for perjury and civil penalties, including monetary damages, court costs, and attorneys' fees.

**Submitting a DMCA Counter-Notification**
We will notify you that we have removed or disabled access to copyright-protected material that you provided if such removal is pursuant to a valid DMCA take-down notice that we have received.  If you receive such notice from us, you may provide us with a counter-notification in writing to  Innovative's copyright agent (listed above) that includes all of the following information:

- Your physical or electronic signature;
- Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled;
- A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and
- Your name, physical address, and telephone number, and a statement that you consent to the jurisdiction of a court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial

**Carson Attachment Z, Page 26 of 33**

district in which Innovative may be located, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

**Termination of Repeat Infringers**
Innovative reserves the right, in its sole discretion, to terminate the account or access of any User of our Application who is the subject of repeated DMCA or other infringement notifications.

We may give notice of a claim of copyright infringement to our users by means of a general notice on our Website, electronic mail to Your email address in our records, or by written communication sent by first-class mail to Your address in our records, as determined in our sole discretion. In accordance with the DMCA and other applicable laws, Innovative has adopted a policy of terminating, in appropriate circumstances and at Innovative's sole discretion, members who are deemed to be repeat infringers. Innovative may also at its sole discretion limit access to the Website and Services and/or terminate the accounts of any users who infringe any intellectual property rights of others, whether or not there is any repeat infringement.

## COMPUTER EQUIPMENT AND INTERNET ACCESS
### Section 10

You are responsible for obtaining, installing, maintaining, and operating all software, hardware, or other equipment (collectively, "Systems") necessary for You to access and use the Services. This includes, without limitation, obtaining internet services, and using up to date web-browsers and the best commercially available encryption, antivirus, anti-spyware, and internet security software. You are responsible for the data security of the Systems used to access the Services and for the transmission and receipt of information using such Systems. We are not responsible for any errors or problems that arise from the malfunction or failure of the Internet or Your Systems.

THERE ARE ALWAYS CERTAIN SECURITY AND ACCESS AVAILABILITY RISKS ASSOCIATED WITH USING OPEN NETWORKS SUCH AS THE INTERNET, AND YOU EXPRESSLY ASSUME SUCH RISKS.

## HOW DO I OPT-OUT OF RECEIVING EMAILS FROM INNOVATIVE?
### Section 11

In providing the Services, You may receive periodic email communications regarding the Services, new product offers and information regarding the Services, which are part of the Services and which You cannot opt out of receiving. You may also receive periodic promotions and other offers or materials Innovative believes might be of interest to You. You can opt-out of

**Carson Attachment Z, Page 27 of 33**

receiving these promotional messages at any time by following the unsubscribe instructions contained in each newsletter.

## LINKS TO OUTSIDE THIRD-PARTY WEBSITES & SERVICES
Section 12

The Services may contain links to third-party websites or services that we do not own or control ("Third-Party Websites"). Innovative does not have control over, and we assume no responsibility for, the content and performance of Third-Party Websites. ACCORDINGLY, INNOVATIVE DOES NOT REPRESENT, WARRANT OR ENDORSE ANY THIRD-PARTY WEBSITE, OR THE ACCURACY, CURRENCY, CONTENT, FITNESS, LAWFULNESS, OR QUALITY OF THE INFORMATION, MATERIAL, GOODS, OR SERVICES AVAILABLE THROUGH THIRD-PARTY WEBSITES. INNOVATIVE WILL NOT, UNDER ANY CIRCUMSTANCES, BE RESPONSIBLE OR LIABLE FOR ANY DAMAGES OR OTHER HARM, WHETHER TO YOU OR TO THIRD PARTIES, RESULTING FROM YOUR USE OF OR RELIANCE ON THIRD-PARTY WEBSITES.

YOU AGREE THAT, WHEN LINKING TO OR OTHERWISE ACCESSING OR USING A THIRD-PARTY WEBSITE, YOU ARE RESPONSIBLE FOR: (I) TAKING PRECAUTIONS AS NECESSARY TO PROTECT YOU AND YOUR COMPUTER SYSTEMS FROM VIRUSES, WORMS, TROJAN HORSES, MALICIOUS CODE, AND OTHER HARMFUL OR DESTRUCTIVE CONTENT; (II) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT IS OBSCENE, INDECENT, OFFENSIVE, OR OTHERWISE OBJECTIONABLE OR UNLAWFUL, OR THAT CONTAINS TECHNICAL INACCURACIES, TYPOGRAPHICAL MISTAKES, AND OTHER ERRORS; (III) ANY DOWNLOADING, USE OR PURCHASE OF MATERIAL THAT VIOLATES THE PRIVACY OR PUBLICITY RIGHTS, OR INFRINGES THE INTELLECTUAL PROPERTY AND OTHER PROPRIETARY RIGHTS OF THIRD PARTIES, OR THAT IS SUBJECT TO ADDITIONAL TERMS AND CONDITIONS, STATED OR UNSTATED; (IV) ALL FINANCIAL CHARGES OR OTHER LIABILITIES TO THIRD PARTIES RESULTING FROM TRANSACTIONS OR OTHER ACTIVITIES; AND (V) READING AND UNDERSTANDING ANY TERMS OF USE OR PRIVACY POLICIES THAT APPLY TO THOSE THIRD-PARTY WEBSITES.

## YOUR REPRESENTATIONS AND WARRANTIES
Section 13

You represent and warrant that Your use of the Services will be in accordance with these Terms and all applicable laws, regulations, rules, and Innovative policies and procedures. Specifically, **YOU REPRESENT AND WARRANT THAT YOU ARE LEGALLY AUTHORIZED TO SHARE PERSONAL DATA (WHETHER YOURS OR SOMEONE ELSE'S) WITH INNOVATIVE.**

## WARRANTY DISCLAIMERS & LIMITATION OF LIABILITY
Section 14

**<u>NO WARRANTIES</u>**

**Carson Attachment Z, Page 28 of 33**

THE WEBSITE, APP, AND SERVICES ARE PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. INNOVATIVE EXPLICITLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, QUIET ENJOYMENT OR NON-INFRINGEMENT, AND ANY WARRANTIES ARISING OUT OF THE COURSE OF DEALING OR USAGE OF TRADE.  WE MAKE NO WARRANTY THAT THE SERVICES OR MATERIALS WILL MEET YOUR REQUIREMENTS OR BE AVAILABLE ON AN UNINTERRUPTED, SECURE, OR ERROR-FREE BASIS. WE MAKE NO WARRANTY REGARDING THE QUALITY OF ANY SERVICES OR MATERIALS PURCHASED OR OBTAINED THROUGH THE SERVICES OR THE ACCURACY, TIMELINESS, TRUTHFULNESS, COMPLETENESS, OR RELIABILITY OF ANY CONTENT OBTAINED THROUGH THE SERVICES.

**YOUR RESPONSIBILITY FOR OUR LOSS OR DAMAGE**
YOU AGREE THAT YOUR USE OF THE WEBSITE, APP, AND SERVICES IS AT YOUR SOLE RISK. YOU WILL NOT HOLD INNOVATIVE OR ITS THIRD-PARTY SERVICE PROVIDERS, LICENSORS, OR SUPPLIERS, AS APPLICABLE, RESPONSIBLE FOR ANY LOSS OR DAMAGE THAT RESULTS FROM YOUR ACCESS TO OR USE OF THE SERVICES, INCLUDING WITHOUT LIMITATION ANY LOSS OR DAMAGE TO ANY OF YOUR COMPUTERS OR DATA.

**YOUR RESPONSIBILITY TO BACKUP YOUR DATA**
THE WEBSITE, APP, AND SERVICES MAY CONTAIN BUGS, ERRORS, PROBLEMS, OR OTHER LIMITATIONS. YOU HEREBY ACKNOWLEDGE THAT A CATASTROPHIC SERVER FAILURE OR OTHER EVENT COULD RESULT IN THE LOSS OF ALL OF THE DATA RELATED TO YOUR ACCOUNT. YOU AGREE AND UNDERSTAND THAT IT IS YOUR RESPONSIBILITY TO BACKUP YOUR DATA TO YOUR PERSONAL COMPUTER OR EXTERNAL STORAGE DEVICE AND TO ENSURE SUCH BACKUPS ARE SECURE.

**NO LIABILITY FOR THIRD-PARTY DATA**
NEITHER INNOVATIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA, OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE STORAGE AND/OR DISCLOSURE OF A THIRD PARTY'S PERSONAL DATA WITHOUT THAT PARTY'S CONSENT.

**LIMITATION OF LIABILITY**
NEITHER INNOVATIVE, NOR ANY OTHER PERSON OR ENTITY INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR MATERIALS WILL BE LIABLE FOR ANY INCIDENTAL, SPECIAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, INCLUDING LOST PROFITS, LOSS OF DATA OR LOSS OF GOODWILL, SERVICE INTERRUPTION, COMPUTER DAMAGE OR SYSTEM FAILURE OR THE COST OF SUBSTITUTE PRODUCTS OR SERVICES, OR FOR ANY DAMAGES FOR PERSONAL OR BODILY INJURY OR EMOTIONAL DISTRESS ARISING OUT OF OR IN CONNECTION WITH THE USE OF OR INABILITY TO USE THE SERVICES OR MATERIALS, OR FROM

**Carson Attachment Z, Page 29 of 33**

ANY COMMUNICATIONS, INTERACTIONS, OR MEETINGS WITH OTHER USERS OF THE SERVICES OR OTHER PERSONS WITH WHOM YOU COMMUNICATE OR INTERACT AS A RESULT OF YOUR USE OF THE SERVICES WHETHER BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT INNOVATIVE HAS BEEN INFORMED OF THE POSSIBILITY OF SUCH DAMAGE.

IF YOU ARE NOT SATISFIED WITH THE WEBSITE, APP, OR SERVICES, YOU SHOULD DISCONTINUE USING THEM – **THIS IS YOUR ONLY REMEDY**.  BECAUSE SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, SOME OF THESE LIMITATIONS MAY NOT APPLY TO YOU.  IN SUCH STATES, INNOVATIVE'S LIABILITY IS LIMITED AND WARRANTIES ARE EXCLUDED TO THE GREATEST EXTENT PERMITTED BY LAW, BUT SHALL IN NO EVENT EXCEED $100.00.  YOU MUST BRING ANY CLAIM ARISING FROM THE USAGE OF THE SERVICES OR MATERIALS WITHIN ONE (1) YEAR OF THE EVENT FROM WHICH THE CLAIM AROSE.

## INDEMNIFICATION
### Section 15

You agree to indemnify, defend and hold harmless Innovative, its clients, its suppliers, and their respective affiliates, employees, officers, directors, agents, servants, and representatives of each from any liability, loss, claim, suit, damage, and expense (including reasonable attorneys' fees and expenses) arising out of or in any way connected with Your access to or use of the Website, App, or Services, Your violation of this Agreement, or any negligent or wrongful conduct by You or related to Your account by You or any other person accessing the Website, App or Services through Your account, regardless of whether You were aware of such use, including without limitation the storage and/or disclosure of any third party's Personal Data without that party's permission or consent.

## GOVERNING LAW
### Section 16

These Terms are governed by the laws of the state of Texas without regard to its conflict of laws principles. The United States District Court for the Northern District of Texas shall be the appropriate venue and have jurisdiction over any action arising under these Terms or Your use of the Services.

## HOW AND WHEN CAN MY ACCOUNT BE TERMINATED?
### Section 17

If You breach any of these Terms, we may suspend or disable Your account or terminate Your access to the Website, App, or Services without prior notice to You.  There may be other instances where We may need to terminate Your access to the Website, App, or Services that are not related to any of Your actions or inactions.  We reserve the right to terminate Your

access to and use of the Website, App, or Services and materials at any time, with or without cause.

If You wish to terminate Your account, please contact Innovative at support@InnovativePartnersLP.com to immediately discontinue Your use of the Services, and delete all files associated with the Services from Your computer or mobile device.

## HOW DO I PROVIDE FEEDBACK AND WHO OWNS IT?
### Section 18

We welcome and encourage You to provide us with feedback, comments, and suggestions for improvements to the Website, App, or Services ("Feedback").  You may submit Feedback by emailing us at support@InnovativePartnersLP.com   If You submit any Feedback to us, we will own all intellectual property rights in such Feedback and may use such Feedback for any lawful purpose.

## NOTICES
### Section 19

All notices required or permitted to be given under these Terms must be in writing. Innovative shall give any notice by email sent to the most recent email address, if any, that You have provided to Us. You agree that any notice received from Innovative electronically satisfies any legal requirement that such notice be in writing. YOU ALONE ARE RESPONSIBLE FOR ENSURING THAT YOUR EMAIL ADDRESS ON FILE WITH INNOVATIVE IS ACCURATE AND CURRENT, AND NOTICE TO YOU SHALL BE DEEMED EFFECTIVE UPON THE SENDING BY INNOVATIVE OF AN EMAIL TO THE ADDRESS WE HAVE ON FILE.

You shall give any notice to Innovative by means of: (1) U.S. mail, postage prepaid, to Innovative Partners, LP 2234 North Federal Highway, #2862 Boca Raton, FL 33431,; or (2) email to support@InnovativePartnersLP.com  Notice to Innovative shall be effective upon receipt of notice by Innovative.

## GENERAL CONTRACT LANGUAGE
### Section 20

If any provision of these Terms is determined to be invalid, illegal, or unenforceable, the remaining provisions of these Terms remain in full force, provided that the essential terms and conditions remain valid, binding, and enforceable and the economic and legal substance of the transactions contemplated by these Terms are materially preserved.

The United States export control laws regulate the export and re-export of technology originating in the United States. This includes the electronic transmission of information and

**Carson Attachment Z, Page 31 of 33**

software to foreign countries and to certain foreign nationals. You agree to abide by these laws and their regulations.

Nothing in these Terms creates an agency, partnership, or joint venture. Failure to enforce any provision will not constitute a waiver of that provision.

## DISPUTE RESOLUTION
### Section 22

**\*PLEASE READ THIS SECTION CAREFULLY AS IT AFFECTS YOUR RIGHTS\***

Most user concerns can be resolved quickly and to Your satisfaction by emailing Innovative Partner Services at support@InnovativePartnersLP.com.  In the unlikely event that our support team is unable to resolve a complaint You may have (or if Innovative has not been able to resolve a dispute it has with You after attempting to do so informally), including but not limited to any alleged breach of these Terms, You and Innovative agree to resolve the dispute through binding arbitration in the State of Texas before a single arbitrator, in accordance with the rules and procedures of the American Arbitration Association and governed by the laws of the State of Texas. Arbitration, which is often less expensive, faster, and less formal than a lawsuit in court, uses a neutral arbitrator instead of a judge or jury. Arbitrators can award the same damages and relief that a court can award, and may, but do not have to, award legal fees, arbitrator's fees, costs, and other costs incurred by the party that does not win the dispute.

Any arbitration under these Terms will take place on an individual basis; class arbitrations and class actions are not permitted. Any arbitration will be strictly confidential and neither party will disclose to any person (other than necessary to carry out the arbitration) the existence of the dispute or any aspect of the dispute.

This agreement to arbitrate will not preclude You or Innovative from seeking provisional remedies in aid of arbitration, including without limitation orders to stay a court action, compel arbitration or confirm an arbitral award, from a court of competent jurisdiction. Furthermore, this agreement to arbitrate will not preclude You or Innovative from applying to a court of competent jurisdiction for a temporary restraining order, preliminary injunction, or other interim or conservatory relief, as necessary. THE PROPER VENUE FOR ANY ACTION PERMITTED UNDER THIS SUBSECTION REGARDING "EQUITABLE RELIEF" WILL BE THE FEDERAL AND STATE COURTS LOCATED IN THE NORTHERN DISTRICT OF TEXAS; THE PARTIES HEREBY WAIVE ANY OBJECTION TO THE VENUE AND PERSONAL JURISDICTION OF SUCH COURTS.

## HOW DO I CONTACT INNOVATIVE?
### Section 23

Innovative is headquartered in Boca Raton, Florida, in the United States of America.

**Carson Attachment Z, Page 32 of 33**

Specific questions and comments should be directed to the appropriate department via email to **support@innovativepartnerslp.com**. While we make every effort to respond to emails within 1 week of receiving them, we cannot guarantee a response to every electronic communication.

You may also contact us via postal mail at:

**Innovative Partners, LP**
2234 North Federal Highway, #2862 Boca Raton, FL 33431

# Carson Attachment AA

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 42 of 50

# THE PRESTIGE HEALTH BENEFIT PLANS

The **Prestige Series** is our most comprehensive option, designed to give families and individuals the confidence of complete healthcare coverage. With seven plan variations, you can choose the protection level that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

**Prestige 1**

Prestige 2

Prestige 3

Prestige 4

Prestige 5

Prestige 6

Prestige 7

## PRESTIGE 1

Entry-level plan balancing preventive care and essential benefits for individuals.

**Carson Attachment AA, Page 1 of 10**

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 43 of 50

# THE PRESTIGE HEALTH BENEFIT PLANS

The **Prestige Series** is our most comprehensive option, designed to give families and individuals the confidence of complete healthcare coverage. With seven plan variations, you can choose the protection level that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

Prestige 1

**Prestige 2**

Prestige 3

Prestige 4

Prestige 5

Prestige 6

Prestige 7



## PRESTIGE 2

Expanded coverage with stronger protections for families seeking added security.

**Carson Attachment AA, Page 2 of 10**

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 44 of 50

# THE PRESTIGE HEALTH BENEFIT PLANS

The **Prestige Series** is our most comprehensive option, designed to give families and individuals the confidence of complete healthcare coverage. With seven plan variations, you can choose the protection level that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

Prestige 1

Prestige 2

**Prestige 3**

Prestige 4

Prestige 5

Prestige 6

Prestige 7



## PRESTIGE 3

Enhanced plan offering more robust provider access and extra wellness support.

**Carson Attachment AA, Page 3 of 10**

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 45 of 50

# THE PRESTIGE HEALTH BENEFIT PLANS

The **Prestige Series** is our most comprehensive option, designed to give families and individuals the confidence of complete healthcare coverage. With seven plan variations, you can choose the protection level that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

Prestige 1

Prestige 2

Prestige 3

**Prestige 4**

Prestige 5

Prestige 6

Prestige 7



## PRESTIGE 4

Designed for active families with diverse healthcare needs, offering comprehensive coverage.

Carson Attachment AA, Page 4 of 10

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 46 of 50

# THE PRESTIGE HEALTH BENEFIT PLANS

The **Prestige Series** is our most comprehensive option, designed to give families and individuals the confidence of complete healthcare coverage. With seven plan variations, you can choose the protection level that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

Prestige 1

Prestige 2

Prestige 3

Prestige 4

**Prestige 5**

Prestige 6

Prestige 7



## PRESTIGE 5

High-value coverage that includes supplemental protections like dental and AD&D.

**Carson Attachment AA, Page 5 of 10**

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 47 of 50

# THE PRESTIGE HEALTH BENEFIT PLANS

The **Prestige Series** is our most comprehensive option, designed to give families and individuals the confidence of complete healthcare coverage. With seven plan variations, you can choose the protection level that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

Prestige 1

Prestige 2

Prestige 3

Prestige 4

Prestige 5

**Prestige 6**

Prestige 7



## PRESTIGE 6

Wide-ranging benefits and financial security for those who want greater peace of mind.

**Carson Attachment AA, Page 6 of 10**

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 48 of 50

# THE PRESTIGE HEALTH BENEFIT PLANS

The **Prestige Series** is our most comprehensive option, designed to give families and individuals the confidence of complete healthcare coverage. With seven plan variations, you can choose the protection level that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

Prestige 1

Prestige 2

Prestige 3

Prestige 4

Prestige 5

Prestige 6

**Prestige 7**



## PRESTIGE 7

Our most inclusive option, offering maximum protection, flexible provider choice, and complete coverage confidence.

**Carson Attachment AA, Page 7 of 10**

Case 0:26-cv-60976-AHS    Document 1-26    Entered on FLSD Docket 04/07/2026    Page 49 of 50

# THE UNITY HEALTH BENEFIT PLANS

The Unity Series is designed to provide affordable healthcare solutions that prioritize prevention and everyday needs. With three plan variations, Unity makes it easy to choose coverage that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

**Unity 2**

Unity 4

Unity 6



## UNITY 2

Entry-level plan with essential benefits for individuals and small families who want cost-effective protection. It's a practical option for those who want coverage for everyday care without paying for extras they may not need.

**Carson Attachment AA, Page 8 of 10**

Case 0:26-cv-60976-AHS   Document 1-26   Entered on FLSD Docket 04/07/2026   Page 50 of 50

# THE UNITY HEALTH BENEFIT PLANS

The Unity Series is designed to provide affordable healthcare solutions that prioritize prevention and everyday needs. With three plan variations, Unity makes it easy to choose coverage that matches your lifestyle and budget.

**CONTACT US FOR MORE INFORMATION**

Unity 2

**Unity 4**

Unity 6

## UNITY 4

Expanded plan offering broader access to providers and added benefits for growing families. With a stronger network and more comprehensive features, Unity 4 balances affordability with greater peace of mind.

**Carson Attachment AA, Page 9 of 10**