**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Civ. Case No. _____

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INNOVATIVE PARTNERS, LP, also doing | ) |
| business as INNOVATIVE HEALTH PLAN or | ) |
| HEALTHCARE PLAN, a Texas limited | ) |
| partnership, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

FILED BY_____ABM_____D.C.

Apr 7, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**[FILED UNDER SEAL]**

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO FILE MOTION AND
INCORPORATED MEMORANDUM OF LAW IN EXCESS OF THE 20-PAGE LIMIT**

Plaintiff Federal Trade Commission ("FTC") respectfully moves *ex parte* for an order

permitting it to file a memorandum of law in support of its *Ex Parte* Motion for Temporary

Restraining Order, Asset Freeze, Appointment of a Receiver, Other Relief, and Order to Show

Cause Why a Preliminary Injunction Should Not Issue ("TRO Motion") that exceeds the 20-page

limit set by Local Rule 7.1(c)(2).  The FTC seeks to file a TRO motion that is 37 pages.  In

support of this motion, Plaintiff submits the following memorandum of points and authorities.

**Memorandum**

In connection with its nine-count complaint, the FTC has moved for *ex parte* relief that

includes a TRO against two individual defendants and four corporate defendants who have

operated a telemarketing scheme to defraud both consumers seeking health insurance and

consumers who already have health insurance coverage and are not looking to change policies.

1

In support of the TRO Motion, the FTC succinctly explains the factual and legal bases for the relief it requests, including the operation's factual background, the roles of each of the six defendants, why the FTC is likely to succeed on the merits of each legal claim, and why *ex parte* relief is appropriate, among other issues. Although described with brevity, the facts and argument needed for full consideration of the TRO Motion requires extensive evidence contained in hundreds of pages of accompanying exhibits.

Accordingly, the FTC respectfully requests that the Court permit Plaintiff to file its TRO Motion and incorporated memorandum of law in excess of the 20-page limit, up to 37 pages.

Dated: APRIL 7, 2026

Respectfully submitted,

Matthew G. Schiltz (Special Bar No. A5502617)
William J. Hodor (Special Bar No. A5501501)
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5619 [telephone, Schiltz]
(312) 960-5592 [telephone, Hodor]
mschiltz@ftc.gov [e-mail, Schiltz]
whodor@ftc.gov [e-mail, Hodor]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

2