UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civ. Case No. _____

FEDERAL TRADE COMMISSION,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
INNOVATIVE PARTNERS, LP, also doing　　　　)
business as INNOVATIVE HEALTH PLAN or　　)
HEALTHCARE PLAN, a Texas limited　　　　　)
partnership, *et al.*,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendants.　　　　　)
　　　　　　　　　　　　　　　　　　　　　)

**FILED BY___ABM___D.C.**

**Apr 7, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**[FILED UNDER SEAL]**

## PLAINTIFF'S RECOMMENDATION OF RECEIVER

Plaintiff, the Federal Trade Commission ("FTC"), in connection with its *Ex Parte* Motion for Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, Other Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Motion"), respectfully recommends the appointment of Michael I. Goldberg as Temporary Receiver over the corporate defendants in this matter. Mr. Goldberg is qualified to serve as Temporary Receiver and has expressed a willingness to do so in this matter.[1] The FTC is unaware of any conflicts of interest that would prevent Mr. Goldberg from carrying out his duties.

As detailed in his credentials in **Attachment A**, Mr. Goldberg is well qualified to serve as Temporary Receiver in this matter. Mr. Goldberg is a lawyer with over 30 years of experience. Mr. Goldberg also has significant experience handing federal equity receiverships.

---

[1] The grounds for the appointment of a temporary receiver are described in the FTC's concurrently filed TRO Motion.

1

He has, in the past or presently, handled more than two dozen federal equity receiverships before many judges in the Southern and Middle Districts of Florida. Mr. Goldberg also serves as receiver in the case *FTC v. Simple Health Plans, LLC, et al.*, Case No. 0:18-cv-62593-DPG, currently pending in the Southern District of Florida, which similarly involves the sale of limited benefit health plans fraudulently marketed as insurance policies. To date, Mr. Goldberg has collected more than $32 million for consumer victims in that matter. Mr. Goldberg's experience in the *Simple Health* case uniquely qualifies him to serve as Temporary Receiver in this matter.

Given his experience, Mr. Goldberg and his staff have become extremely efficient in administering receiverships. For example, he routinely sets up websites and toll-free telephone numbers to communicate with victims, which contributes to significantly lowered administrative costs of handling large receiverships. Many of the staff that Mr. Goldberg relies upon have been working with him for more than two decades. A receiver with the experience of Mr. Goldberg also is essential to recovering dispersed assets and, therefore, returning more money to consumers. This experience especially is critical here where large amounts of revenue are circulating through various corporate entities and accounts, and that are frequently used for personal expenses.

If approved by the Court to serve as Temporary Receiver, Mr. Goldberg has proposed to discount his rates significantly. This rate reduction would substantially reduce the costs of the receivership. Mr. Goldberg has proposed to bill the estate at $495.00 per hour, a significant discount from the $1,225.00 per hour rate charged to private clients. This rate also is only $20 more per hour than the rate Mr. Goldberg billed the receivership estate in the *Simple Health* case, a matter that was filed in 2018. Mr. Goldberg also has proposed to bill other professionals at a

twenty percent discount off their standard rate, which also is similar to the rates charged in the *Simple Health* matter and approved by both the Court and the FTC.

Dated: _A P R I L  7_ , 2026

Respectfully submitted,

Matthew G. Schiltz (Special Bar No. A5502617)
William J. Hodor (Special Bar No. A5501501)
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5619 [telephone, Schiltz]
(312) 960-5592 [telephone, Hodor]
mschiltz@ftc.gov [e-mail, Schiltz]
whodor@ftc.gov [e-mail, Hodor]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# Attachment A

# Michael I. Goldberg



Co-Chair, Bankruptcy and Reorganization Practice Group

Fort Lauderdale
T: +1 954 468 2444

michael.goldberg@akerman.com

A Fellow of the American College of Bankruptcy, Michael Goldberg is co-chair of Akerman's Bankruptcy and Reorganization Practice Group. For more than three decades, Michael's practice has focused on the recovery aspects of complex bankruptcies and fraud. He has served as court-appointed receiver in many cases, helping victims maximize potential returns by identifying, securing, and monetizing potential assets as quickly and efficiently as possible.

As a leading member of Akerman's fraud and recovery practice, Michael has managed some of the largest Ponzi scheme liquidation recoveries in U.S. history. He is a highly sought-after expert witness and routinely testifies in federal and state court cases throughout the country and internationally. Michael also has appeared on CNN, CNBC, Fox News, and National Public Radio to discuss Ponzi schemes and receiverships involving investor fraud. He has also been quoted in *Bloomberg*, *Forbes*, *The Wall Street Journal*, *The New York Times*, *The American Lawyer*, *Miami Herald*, *Sun Sentinel*, and numerous other publications. Michael regularly lectures to regulators and various legal groups throughout the country.

## Notable Work
### Ponzi Scheme Liquidation Work and Receiverships:

**Champlain Towers South Condominium Association, Inc.** - Serve as Receiver for the Champlain Tower South Condominium Association, Inc. following the horrific collapse of the Champlain Tower South Condominium in Surfside, Florida, in June 2021. Case is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida.

**Woodbridge Group of Companies:** Appointed by the SEC to the Board of Managers, and subsequently as Liquidating Trustee, of The Woodbridge Group of Companies, a group of related entities accused of defrauding investors out of $1.2 billion. The appointment of the Board of Managers arises out of a settlement that resolved motions filed by the SEC and the Unsecured Creditors Committee in the United States Bankruptcy Court in Delaware to oust the debtors' current management in favor of a trustee. The settlement also avoided the appointment of a receiver in a case commenced by the SEC against the debtors in the United



# Michael I. Goldberg

States District Court for the Southern District of Florida accusing the debtors of conducting a massive Ponzi scheme.

**Jay Peak, Inc. and Q Resorts, Inc.** - Appointed Receiver by the United States District Court for the Southern District of Florida over ski resorts located in Northern Vermont in the largest EB-5 fraud in the history of the United States involving more than 800 investors owed in excess of $400 million. Secured a $150 million settlement with Raymond James that was announced in a press conference with Vermont Governor Phil Scott exactly one year from the date the case began. In negotiating the settlement, recovered investors' stolen money and all past due trade debt and contractor claims of the resort will be paid in full. The settlement funds allow for completion of construction of the Jay Peak Resort, northern Vermont's largest employer.

**GWG Holdings, Inc.** – Serve as Litigation Trustee of the GWG Holdings Trust, a litigation trust arising out of the bankruptcy of GWG Holdings and related entities and involving allegations of an approximate billion-dollar fraud. Responsible for overseeing and pursuing all litigation for the benefit of creditors.

**BKCoin Management LLC** – Serve as Receiver of companies engaging in the trading of cryptocurrency. The companies raised more than $100 million from 55 investors between 2018 and 2022. The companies wrongfully diverted crypto assets and engaged in Ponzi-like conduct by comingling investments and utilizing money raised from new investors to pay returns to older investors. As Receiver, I have seized millions of dollars of cryptocurrency held by various financial institutions, cryptocurrency exchanges, and in hard wallets for the benefit of the defrauded investors.

**Rothstein Rosenfeldt Adler:** Represented the Official Committee of Unsecured Creditors in the Rothstein Rosenfeldt Adler bankruptcy case involving the liquidation of a law firm engaged in a $1.2 billion Ponzi scheme. Subsequently appointed Liquidating Trustee of Rothstein Rosenfeldt Adler Liquidating Trust responsible for overseeing all distributions to creditors and handling litigation on behalf of the Liquidating Trust, which had a one hundred percent payout to all general unsecured creditors.

**Special Needs Trust Administration:** Serve as Trustee of the Special Needs Trust Administration, which filed for Chapter 11 bankruptcy. The nonprofit has accused its founder of taking half of the $200 million in trusts that it oversees for disabled individuals with special medical needs.

**Professional Financial Investors, Inc. and Professional Investors Security Fund, Inc.** - Appointed Independent Director (and subsequently Liquidating Trustee) to oversee the bankruptcy of Professional Financial Investors, Inc. and Professional Investors Security Fund, Inc., two entities that engaged in an $850 million Ponzi scheme defrauding hundreds of investors in connection with the purchase and operation of more than 60 multi-family and

akerman

# Michael I. Goldberg

commercial buildings in and around San Francisco. Case is pending in the United States Bankruptcy Court for the Northern District of California.

**Worldwide Entertainment, Inc; The Entertainment Group Fund, Inc.; and American Enterprises, Inc.** - Appointed Receiver by the United States District Court for the Southern District of Florida over a group of entertainment companies, including the world's second largest independent concert promoter, to operate and liquidate diverse entertainment assets, including venues, shows, movies and other intellectual property, in order to repay approximately 3,750 investors owed more than $300 million.

**Simple Health Plans**: Appointed Receiver by the United States District Court for the Southern District of Florida in an FTC action over a company alleged to have sold hundreds of millions of dollars in fraudulent health insurance policies.

**Florida Immigration Building Funding, LLC**: Receiver: Appointed receiver over an entity that raised $50 million from 100 EB-5 investors based on claims that the entity defrauded the investors by wrongfully diverting the money raised for personal use and other purposes. Case is pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida.

**U.S. EB-5 Investments, LLC and EB-5 Asset Manager, LLC**: Appointed Receiver by the United States District Court for the Southern District of Florida over entities accused of defrauding Chinese EB-5 investors.

**Federal Employee Benefits Group, Inc. and F&S Asset Management, Inc.** - Appointed receiver by Chief Judge of the United States District Court for the Southern District of Florida at the request of the Securities and Exchange Commission over entities engaged in a $50 million Ponzi scheme which victimized approximately 300 FBI, DEA, and ICE agents in connection with non-existent bond fund.

**Berman Mortgage Corporation** - Appointed Receiver by the Circuit Court in Miami, Florida over a large mortgage origination business with approximately 650 investors and total mortgages and/or real estate developments valued at more than $200 million.

**MAMC Incorporated** - Appointed Receiver by the Circuit Court in Miami, Florida over a business engaged in the servicing of more than $200 million in mortgages on behalf of approximately 650 lenders.

**Home Equity Mortgage Corporation** - Appointed Receiver by the Circuit Court in Miami, Florida over a company engaged in the business of originating and servicing over $200 million in mortgages on behalf of approximately 800 investors.

**Madoff Ponzi Scheme** - Represented over 100 defendants in more than 35 separate adversary proceedings seeking to avoid alleged preferential and fraudulent transfers in Madoff Ponzi scheme.

akerman

# Michael I. Goldberg

**Pearlman Ponzi Scheme**: Represented the Chapter 11 Trustee of the Louis J. Pearlman and Transcontinental Records estates. Pearlman, who was the creator and the manager of such musical groups as the Back Street Boys and 'NSYNC, was convicted of running a $500 million Ponzi scheme victimizing hundreds of investors.

**AB Financing & Investments, Inc.** - Appointed Receiver by the United States District Court for the Southern District of Florida over a company engaged in a $80 million Ponzi scheme. Responsible for liquidating six large commercial properties, including hotels and office buildings.

**Ware Enterprises and Investments, Inc.** - Appointed Receiver by the United States District Court for the Middle District of Florida over an investment firm engaged in a $30 million dollar Ponzi scheme.

**Service Five Investments, Inc.** - Appointed Receiver by the Circuit Court in Miami, Florida over a company engaged in making loans to active military personnel. At the time of appointment, the company had debts of $36 million. A plan of distribution was approved by the Eleventh Judicial Circuit Court in Miami, Florida which will result in creditors receiving an approximate 85% distribution.

**Wealth Pools International, Inc. and Recruit for Wealth, Inc.** - Appointed as substitute receiver by the United States District Court for the Middle District of Florida in a $136 million Ponzi scheme case involving 15,000 victims.

**The Cyprus Fund and related companies** - Appointed Receiver by the United States District Court for the Southern District of Florida over a group of companies operating a $100 million Ponzi scheme. Responsible for operating corn and soybean farms and liquidating vast real estate holdings throughout Ohio and Florida.

**University Lab Technologies, Inc.** - Appointed Receiver by the United States District Court for the Southern District of Florida over a company engaged in the manufacturing and distribution of natural herbal remedy products which raised money from dozens of investors in violation of federal securities laws.

**Sterling Wentworth Currency Group, Inc. and LaSalle International Clearing Corporation** - Appointed receiver at the request of the CFTC by the United States District Court for the Southern District of Florida in a $36 million Ponzi scheme involving FOREX trading.

**Par Three Investments, Inc.** - Appointed Receiver by the United States District Court for the Southern District of Florida over a company engaged in a $10 million Ponzi scheme.

**Discovery Capital Group, LTD.** - Appointed Receiver by the United States District Court for the Southern District of Florida over a securities brokerage firm accused of defrauding millions of dollars from hundreds of investors throughout the United States and Europe.

**Premium Sales**: Represented the Receiver in Premium Sales, a $250 million Ponzi scheme.

akerman

# Michael I. Goldberg

**Omni Capital Ltd.**: Represented the Receiver of Omni Capital Ltd., a $50 million Ponzi scheme.

**Biscayne Landing, LLC**: Represented the Receiver of Biscayne Landing, LLC, a 200-acre multi use real estate development.

**Representative Bankruptcy Work:**

**Bed Bath & Beyond – Plan Administrator:** Serving as Plan Administrator for the Chapter 11 plan of Bed Bath & Beyond. Responsible for overseeing the winding down of the company and all litigation.

**Monster Energy Corporation:** Represent Monster Energy Corporation as co-counsel in connection with the bankruptcy of Vital Pharmaceuticals, Inc., manufacturer of the Bang Energy drink, culminating in the ultimate purchase by Monster Energy of Vital Pharmaceutical's assets.

**Samsung Electronics of America:** Represented the consumer electronics manufacturer in bankruptcy cases throughout the United States including the Sears, Circuit City, Tweeter, and Ultimate Electronics cases.

**AutoNation:** Represented the largest automobile dealership in the United States in the ANC Rental bankruptcy in Delaware in connection with large avoidable transfer claims made against AutoNation arising out of its spin-off of Alamo and National Car Rental.

**Republic Services, Inc.:** Represented one of largest waste companies in the purchase of a waste transfer station pursuant to Section 363 of the Bankruptcy Code.

## Areas of Experience
- Bankruptcy and Reorganization
- SEC Receiverships and Ponzi Schemes
- Fraud and Recovery
- Financial Services
- Assignments for the Benefit of Creditors
- Distressed and Special Assets

## Education
- J.D., magna cum laude, Boston University, 1990
- M.B.A., New York University, 1987
- B.A., Boston University, 1985

## Admissions
**Bars**
- Florida



# Michael I. Goldberg

- New York

**Courts**
- U.S. Bankruptcy Court, Southern District of Florida
- U.S. District Court, District of Colorado
- U.S. District Court, Middle District of Florida
- U.S. District Court, Southern District of Florida
- U.S. District Court, Southern District of California

## Published Work and Lectures
- Akerman/Brevet Capital/JTC Group Webinar, Keyote Speaker, "Making an EB-5 Investment Choice: Considerations for Investors and Agents in the New Era," June 14, 2023
- Greater Miami Jewish Federation Attorneys' Division, Speaker, "Litigating Through Tragedy: The Surfside Negotiation," June 12, 2023
- Florida Institute of Certified Public Accountants, Valuation, Forensic Accounting & Litigation Services Conference, Presenter, "Stories From the Front," January 27, 2023
- American Bankruptcy Institute, Panelist, "Allocating Precious Resources in the Face of Disaster," March 29, 2022
- Miami Law, Class Action and Complex Litigation Forum, Speaker, "New Waves of Mega Liability Litigation: Lessons Learned from Opioid, Monsanto Roundup, and Other Complex Cases," January 24, 2020

## Affiliations
- The Florida Bar, Member
- Broward County Bar Association, Member
- New York State Bar Association, Member
- Bankruptcy Bar Association of the Southern District of Florida, Member
- American Bar Association, Member
- Families Against Cult Teachings, Legal Advisor
- Nova University School of Law, Board of Trustees, 2012-2014
- FBI Citizens Academy Graduate, 2008

## Honors and Distinctions
- American College of Bankruptcy, Fellow
- *Daily Business Review,* 2023, Attorney of the Year
- *Chambers USA,* 2006-2025, Ranked in top tier in Florida (South Florida) for Bankruptcy/Restructuring; 2024-2025, Ranked in Florida for Bankruptcy Litigation
- *Financial Times,* Innovative Practitioner Short List, 2023
- *Forbes,* 2024, Listed as a "Top 200 U.S. Lawyer"



# Michael I. Goldberg

- *Best Lawyers*, 2006-2025, Listed in Florida for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law, Bet-the-Company Litigation, and Litigation - Bankruptcy
- *The Best Lawyers in America*, 2025, 2021, 2013, 2016, Listed as "Lawyer of the Year" awards for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law in Fort Lauderdale and Miami
- *Best Lawyers*, 2020, 2024, Listed as "Lawyer of the Year" for Bet-the-Company-Litigation in Fort Lauderdale; 2015, 2019, 2024, Listed as "Lawyer of the Year" for Litigation - Bankruptcy in Fort Lauderdale and Miami
- *Super Lawyers* Magazine, 2020-2025, Listed in Florida for Bankruptcy: Business
- *Super Lawyers* Magazine, 2007-2020, Listed in Florida for Bankruptcy & Creditor/Debtor Rights
- *Super Lawyers* Magazine, 2010, Listed in Florida as a "Top 100 Lawyer"
- *Benchmark Litigation*, 2025, Listed in Florida as a "Local Litigation Star" for Bankruptcy
- *Fort Lauderdale Illustrated*, Recognized as a "Top Lawyer in Broward County" for Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law, 2021-2022
- *Daily Business Review*, 2017, "Most Effective Lawyer," Finalist
- *The Financial Times*, 2017, "Most Innovative Lawyers North America" for Litigation and Disputes
- *Daily Business Review*, 2017, Professional Excellence Awards, "Distinguished Leader"
- *Daily Business Review*, 2015, "Lawyer of the Year," Finalist
- *South Florida Legal Guide* Top Lawyers, 2004-2019, Listed for Bankruptcy, Creditors' Rights
- *Florida Trend's* Legal Elite, 2005-2011, 2013-2015, 2019, Listed for Bankruptcy & Workout
- *Daily Business Review*, 2013, Most Effective Lawyer in Bankruptcy, Winner
- *The Best Lawyers in America*, 2013, Named as "Lawyer of the Year" for Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law in Miami
- *South Florida Business Journal*, 2011, "Key Partner Award," Finalist
- National Multiple Sclerosis Society, Leadership Award, 2000
- Paul J. Liacos Scholar; G. Joseph Tauro Scholar

