**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Civ. Case No. 26-60976-CIV-SINGHAL

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| INNOVATIVE PARTNERS, LP, also doing | ) |
| business as INNOVATIVE HEALTH PLAN or | ) |
| HEALTHCARE PLAN, a Texas limited | ) |
| partnership, *et al.*, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## PLAINTIFF'S MOTION TO CORRECT THE DOCKET

Plaintiff Federal Trade Commission ("FTC") respectfully moves this Court for an order

requesting the Clerk of Court to correct an inadvertent docketing error.  In support of this

motion, Plaintiff states as follows:

1.      On April 7, 2026, Plaintiff initiated this matter by filing its Complaint for

Permanent Injunction, Monetary Judgment, and Other Relief ("Complaint") [DE 1].  Concurrent

with filing the Complaint, Plaintiff also moved, *ex parte*, for a Temporary Restraining Order

with Asset Freeze, Appointment of a Receiver, Other Relief, and Order to Show Cause Why a

Preliminary Injunction Should Not Issue ("TRO Motion") [DE 7].

2.      In support of its TRO Motion, Plaintiff filed five volumes of exhibits.[1]  At

docketing, however, the Clerk of Court associated Plaintiff's TRO Exhibits with the Complaint

---

[1] *See* Exhibits Supporting Plaintiff's *Ex Parte* Motion for Temporary Restraining Order with
Asset Freeze, Appointment of a Receiver, Other Relief, and Order to Show Cause Why a

[DE 1] rather than Plaintiff's TRO Motion [DE 7].  Therefore, Plaintiff respectfully requests an order directing the Clerk of Court to correct the docketing error and associate Plaintiff's TRO Exhibits with its TRO Motion at DE 7 instead of DE 1.

**Certification of Counsel Pursuant to Local Rule 7.1(a)(3)**

Counsel for Plaintiff states that it has not conferred with parties or non-parties regarding this motion.  The motion seeks to correct a docketing error only and no parties are adversely affected by the relief sought.

Dated: April 22, 2026

Respectfully submitted,

/s/ William J. Hodor
Matthew G. Schiltz (Special Bar No. A5502617)
William J. Hodor (Special Bar No. A5501501)
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5619 [telephone, Schiltz]
(312) 960-5592 [telephone, Hodor]
mschiltz@ftc.gov [e-mail, Schiltz]
whodor@ftc.gov [e-mail, Hodor]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

---

Preliminary Injunction Should Not Issue, Volumes I through V ("TRO Exhibits") at DE 1-2 through DE 1-33.

**Certificate of Service**

I hereby certify that on April 22, 2026, I electronically filed **Plaintiff's Motion to Correct the** Docket.  I also certify that the documents are being served this day on all counsel of record or other parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ William J. Hodor
WILLIAM J. HODOR
Special Florida Bar No. A5501501
FEDERAL TRADE COMMISSION
230 S. Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5592 [telephone]
whodor@ftc.gov

**SERVICE LIST**
*Federal Trade Commission v. Innovative Partners, LP, et al.*
**Case No. 0:26-cv-60976-AHS**
**United States District Court, Southern District of Florida**

**Paul O. Lopez, Temporary Receiver**
c/o Charles M. Tatelbaum, Counsel to the Receiver
Tripp Scott P.A.
110 SE Sixth Street, Suite 1500
Fort Lauderdale, Florida 33301
(954) 525-7500 [telephone]
(954) 761-8475 [facsimile]
(954) 760-4902 [direct]
Via electronic mail to:  cmt@TrippScott.com