UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60976-CIV-SINGHAL

CASE No. 0:26-cv-60975-AHS

FEDERAL TRADE COMMISSION,
        Plaintiff,

vs.

INNOVATIVE PARTNERS, LP, d/b/a
INNOVATIVE HEALTH PLAN or
HEALTHCARE PLAN; AMERICAN
COLLECTIVE, LP, d/b/a
ACLP HEALTH PLAN; HEALTH PLAN
ADMINISTRATORS, LLC; PAPYRUS
GREEN INVESTMENTS LLC; AHMED
IBRAHIM SHOKRY; AMERICAN
COLLECTIVE, LP; PAPYRUS
GREEN INVESTMENTS LLC; and
AMANI IBRAHIM SHOKRY;
        Defendants.

_____

**RECEIVER'S MOTION TO EMPLOY
LEGAL COUNSEL AND PARALEGALS *NUNC PRO TUNC***

The Court-appointed receiver, Paul O. Lopez (the "Receiver"), by and through his undersigned counsel, respectfully submits this Motion to Employ Legal Counsel and Paralegals *Nunc Pro Tunc* as of April 15, 2026. In support, the Receiver states as follows:

1.      The Federal Trade Commission ("FTC") initiated this action on April 7, 2026 [D.E. ]. On April 15, 2026, this Court entered a sealed order appointing Paul O. Lopez as Receiver (the "Receivership Order") [D.E. 13].

2.      Pursuant to the Receivership Order, the Receiver is obligated to, among other things: (i) take possession of the Receivership Estate's assets of whatever kind and wherever situated; (ii) investigate the manner in which the affairs of the Receivership Entities were

1

#3486574v1-890000.0245

conducted and institute actions and proceedings for the benefit and on behalf of the Receivership Estate; and (iii) present periodic reports to the Court. See Receivership Order at ¶ XV.

3.    To assist in these and other efforts, the Receivership Order allows the Receiver " Choose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order ¶ XV(F).

4.    Accordingly, the Receiver seeks to appoint and retain the law firm of Tripp Scott, P.A. (the "Firm") to provide them with legal advice, counsel, and assistance in this matter.

5.    In consideration for the Firm representing the Receiver, the Receiver shall pay the Firm attorneys' fees based on the time expended by its lawyers and paralegals. The Firm's lawyers and paralegals will work at significantly reduced rates for the benefit of the Receivership Estate. The Firm will charge the following rates for this engagement:

- The Receiver, Mr. Lopez's hourly rate is $850, and the hourly rate for Charles Tatelbaum who will be lead counsel for the Receiver is $825.

- The hourly billing rates for partners at the Firm range from $500 to $850   The hourly billing rates for associates at the Firm range from $400 to $500. The billing rate for paralegals at the Firm is $275.

- As an accommodation to the unique situation in this case, the Firm is willing to offer a 40% discount off the standard hourly rates of attorneys and paralegals.

WHEREFORE, the Receiver respectfully requests that this Court enter the attached proposed order appointing Tripp Scott, P.A. as legal counsel for the Receiver as of April 15, 2026, and for such other and further relief as the Court deems just and proper.

2

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum, Esquire
Florida Bar No. 177540
Corey D. Cohen, Esquire
Florida Bar No. 1024891
**TRIPP SCOTT, P.A.**
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Phone: (954) 525-7500
E-mail: pol@trippscott.com

## CONFERRAL CERTIFICATE

Counsel for the FTC has indicated that it does not object to the relief herein. Counsel for the Receiver does not believe it is appropriate to confer with counsel for the Defendants as it relates to the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of April, 2026, I electronically filed the foregoing document with the Clerk of Court via CM/ECF.

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum, Esquire
Florida Bar No. 177540

3

#3486574v1-890000.0245