**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 26-60976-CIV-SINGHAL**

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.

INNOVATIVE PARTNERS, LP, d/b/a
INNOVATIVE HEALTH PLAN or
HEALTHCARE PLAN; AMERICAN
COLLECTIVE, LP, d/b/a
ACLP HEALTH PLAN; HEALTH PLAN
ADMINISTRATORS, LLC; PAPYRUS
GREEN INVESTMENTS LLC; AHMED
IBRAHIM SHOKRY; AMERICAN
COLLECTIVE, LP; PAPYRUS
GREEN INVESTMENTS LLC; and
AMANI IBRAHIM SHOKRY;

     Defendants.

_____/

**DEFENDANTS' EXPEDITED MOTION TO EXTEND**
**TEMPORARY RESTRAINING ORDER FOR 21 DAYS**

On April 7, 2026, the Federal Trade Commission ("FTC") filed this action against six

defendants, including two individuals, Ahmed Ibrahim Shokry and Amani Ibrahim Shokry.  On

April 15, 2026, this Court entered an *Ex Parte* Temporary Restraining Order with Asset Freeze,

Appointment of Receiver, Other Relief, and Order to Show Cause Why a Preliminary Injunction

Should Not Issue ("TRO").

 Since receiving notice of the TRO, Defendants have sought legal counsel. On April 26,

2026, Defendants Ahmed Shokry and Amani Shokry each separately spoke with the undersigned

counsel at Sperling Kenny Nachwalter regarding potential representation.  On April 28, 2026,

Defendants contacted counsel at Honigman LLP regarding potential representation. Counsel at Sperling Kenny Nachwalter and Honigman are finalizing engagement with Defendants.

Rule 65(b)(2) of the Federal Rules of Civil Procedures provides that a TRO "expires at the time after entry—not to exceed 14 days—that the court sets, unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." *See also Betty's Best, Inc. v. Individuals, Partnerships & Unincorporated Associations Identified on Schedule 'A'*, No. 1:23-CV-22322-KMW, 2023 WL 6171566, at *2 (S.D. Fla. Sept. 21, 2023) ("Rule 65 of the Federal Rules of Civil Procedure" allows "for such an extension of the temporary restraining order with the consent of the adverse party. Fed. R. Civ. P. 65(b)(2).")

As confirmed by the attached sworn declarations from Ahmed Ibrahim Shokry and Amani Ibrahim Shokry, who are individual defendants and an authorized representative of the corporate defendants, Defendants consent to the extension of the TRO for 21 days until May 20, 2026. (*See* Att. A, Declaration of Ahmed Ibrahim Shokry; Att. B, Declaration of Amani Ibrahim Shokry). Defendants seek the extension to finalize the retention of counsel and assist in negotiating a stipulated preliminary injunction or preparing for a hearing. Therefore, pursuant to Rule 65(b)(2), Defendants request that this Court extend the TRO until May 20, 2026.

On April 27 and April 28, 2026, undersigned counsel communicated with FTC counsel and requested that the FTC stipulate to this TRO extension. In an email sent 2:09 Eastern Daylight Time, counsel for the FTC confirmed that the FTC opposes any motion by Defendants seeking an extension of the TRO. However, Rule 65(b)(2) provides for an extension of an *ex parte* TRO if the adverse party consents to a longer extension, which has occurred here.

Relief is requested on an expedited basis as a result of the scheduled preliminary injunction hearing set for April 29, 2026.

Dated: April 28, 2026

Respectfully submitted,

/s/ Jeffrey T. Foreman
Jeffrey T. Foreman (FBN 612200)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
jtf@sperlingkenny.com


*Attorney for Defendants*

3