

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 26-60976-CIV-SINGHAL**

FEDERAL TRADE COMMISSION,

 Plaintiff,

v.

INNOVATIVE PARTNERS, LP, d/b/a
INNOVATIVE HEALTH PLAN or
HEALTHCARE PLAN; AMERICAN
COLLECTIVE, LP, d/b/a
ACLP HEALTH PLAN; HEALTH PLAN
ADMINISTRATORS, LLC; PAPYRUS
GREEN INVESTMENTS LLC; AHMED
IBRAHIM SHOKRY; AMERICAN
COLLECTIVE, LP; PAPYRUS
GREEN INVESTMENTS LLC; and
AMANI IBRAHIM SHOKRY;

 Defendants.

_____/

### <u>DECLARATION OF AHMED IBRAHIM SHOKRY</u>

Pursuant to 28 U.S.C. §1746, I, AHMED IBRAHIM SHOKRY, declare as follows:

1. The following information is true and correct and within my personal knowledge.

2. I am an Individual Defendant in the case titled *FTC v. Innovative Partners, LP et. al*, Case NO. 26-60976-CIV-SINGHAL; and I was, prior to the imposition of the *ex parte* temporary restraining order, authorized to act on behalf of corporate defendants Innovative Partners, LP, American Collection, LP, Health Plan Administrators, LLC and Papyrus Green Investments, LLC.

3.      I have been working to find attorneys to represent me in that case.

4.      I first spoke to Sperling Kenny Nachwalter, LLC, on Sunday, April 26, 2026, and authorized them to engage in preliminary conversations with the FTC and Receiver. I am attempting to finalize their retention in this matter.

5.      I first spoke to Honigman, LLP, on Tuesday April 28, 2026, and I authorized them to engage in preliminary conversations with the FTC and Receiver. I am attempting to finalize their retention in this matter.

6.      I and the Corporate Defendants consent to a three-week extension of the TRO, for the purpose of finalizing the retention of counsel to assist in negotiating a stipulated preliminary injunction or preparing for a hearing.

7.      I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2026.

*Ahmed Ibrahim Shokry*
_____
AHMED IBRAHIM SHOKRY

2