UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60976-CIV-SINGHAL

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.

INNOVATIVE PARTNERS, LP d/b/a
INNOVATIVE HEALTH PLAN or
HEALTHCARE PLAN, *et al.,*

     Defendants.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court on the hearing held today.  It is hereby **ORDERED AND ADJUDGED** that Defendants shall appear on **May 6, 2026 at 3:00 p.m.** at the **United States Courthouse & Federal Building, 299 E. Broward Boulevard, Courtroom 110, Fort Lauderdale, Florida 33301** to show cause, if there is any, why this Court should not enter a preliminary injunction—pending final ruling on the Complaint against Defendants—enjoining the violations of the law alleged in the Complaint, continuing the freeze of their Assets, continuing the receivership, and imposing such additional relief as may be appropriate.  Defendants are beyond the deadline for producing evidence at this show cause hearing, but should they still plan to argue that evidence be considered by the Court, such evidence must be provided to Plaintiff no later than noon EDT May, 5, 2026.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 30th day of April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF