## Charles M. Tatelbaum

| | |
|---|---|
| **From:** | Charles M. Tatelbaum |
| **Sent:** | Tuesday, April 28, 2026 12:25 PM |
| **To:** | Michael Dickler; Schiltz, Matthew; Gollwitzer, Arthur; Hodor, William J. |
| **Cc:** | Josh Gray |
| **Subject:** | RE: FTC v. Innovative Partners |

Michael:

As I have expressed to other counsel and to the former accountant, the receiver also needs prompt access to all of the prior email messages. Despite requests for this information, we have not been provided with any access to them.

Hopefully, those on your team will be able to work to provide the receiver with the needed access as promptly as possible.

Thanks

Chuck

# TRIPP ⊤ SCOTT

## Charles M. Tatelbaum

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

**From:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Sent:** Tuesday, April 28, 2026 10:52 AM
**To:** Michael Dickler <MDickler@sperlingkenny.com>; Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** RE: FTC v. Innovative Partners

Michael:

During our conference yesterday, you asked me to provide you with what the Receiver needs on an urgent basis where we have not been provided with the necessary access.

1

The payroll has been administered by Paychex.  We have been given some login information but we do not have the secondary access needed in order to complete the final payroll and deal with other payroll related issues.

This is time sensitive, so I would appreciate your doing whatever you can to have this provided to us.

There may be other things that we need, but this is the most urgent.

Thanks

Chuck


# TRIPP ⫪ SCOTT

**Charles M. Tatelbaum**

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

---

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Monday, April 27, 2026 7:11 PM
**To:** Schiltz, Matthew <mschiltz@ftc.gov>; Charles M. Tatelbaum <cmt@TrippScott.com>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** Re: FTC v. Innovative Partners

[EXTERNAL EMAIL]

---

Matt -

Likewise, thanks again for your time today.

I have confirmed with Amani that we will be representing her going forward.

Best,
Michael

## Charles M. Tatelbaum

| | |
|---|---|
| **From:** | Charles M. Tatelbaum |
| **Sent:** | Tuesday, April 28, 2026 12:58 PM |
| **To:** | Michael Dickler; Schiltz, Matthew; Gollwitzer, Arthur; Hodor, William J.; swernikoff@honigman.com |
| **Cc:** | Josh Gray |
| **Subject:** | RE: FTC v. Innovative Partners |

Michael:

To further supplement my prior communications, although we have been provided with information as to the identity of the employees, you indicated that individuals who may have been working at the premises in Coral Springs were not employees of any of the defendants but were working for a subtenant. To that end, we need to obtain information as to how we can reach these the subtenant's management or employees because many of them have left their personal property at their cubicles and desks, and we need to arrange to set a time when they can, to the premises in order to retrieve them. Additionally, to the extent that they were not employees of any of the defendants, we will need to interview them concerning the circumstances surrounding the attempted disposal of the computers printed documents that belong to the defendant entities over which the Receiver has jurisdiction..

I would appreciate your doing whatever you can to obtain that information for the Receiver.

Thanks

Chuck

 **TRIPP SCOTT**

**Charles M. Tatelbaum**

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Tuesday, April 28, 2026 12:40 PM
**To:** Charles M. Tatelbaum <cmt@TrippScott.com>; Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur

1

Best,
Michael


## SPERLING KENNY NACHWALTER

**Michael Guerra Dickler** (he/him)
MDickler@sperlingkenny.com
Chicago Office | 312.641.3200
sperlingkenny.com

This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.

 Please consider the environment before printing this email

---

**From:** Schiltz, Matthew <mschiltz@ftc.gov>
**Sent:** Monday, April 27, 2026 5:12 PM
**To:** Michael Dickler <MDickler@sperlingkenny.com>; Charles M. Tatelbaum <cmt@TrippScott.com>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** RE: FTC v. Innovative Partners

Michael,

It was nice to talk to you earlier. Following up on the discussion about Amani Shokry, we understand that Art's firm is no longer representing her and that she might retain Sperling Kenny. Until that's settled, if your understanding is that she's unrepresented, can you please confirm a valid personal email address for her?

Thanks,
Matt

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Monday, April 27, 2026 9:18 AM
**To:** Charles M. Tatelbaum <cmt@TrippScott.com>; Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** Re: FTC v. Innovative Partners

All,

Thanks for the quick responses. We think it would be great, and possible more efficient, to have Charles on, as long as the FTC has no objection. I'll send an invite in about half an hour for the 3:30 window. If there is anyone else who I should invite other than those copied here, please let me know.

4

During our conference yesterday, you asked me to provide you with what the Receiver needs on an urgent basis where we have not been provided with the necessary access.

The payroll has been administered by Paychex. We have been given some login information but we do not have the secondary access needed in order to complete the final payroll and deal with other payroll related issues.

This is time sensitive, so I would appreciate your doing whatever you can to have this provided to us.

There may be other things that we need, but this is the most urgent.

Thanks

Chuck


**TRIPP SCOTT**

**Charles M. Tatelbaum**

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Monday, April 27, 2026 7:11 PM
**To:** Schiltz, Matthew <mschiltz@ftc.gov>; Charles M. Tatelbaum <cmt@TrippScott.com>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** Re: FTC v. Innovative Partners

[EXTERNAL EMAIL]

Matt -

Likewise, thanks again for your time today.

I have confirmed with Amani that we will be representing her going forward.

<agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>; swernikoff@honigman.com
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** Re: FTC v. Innovative Partners

[EXTERNAL EMAIL]

Matt/Bill:

The clients are exploring retaining Steve Wernikoff of Honigman, who I have copied here. He may directly call you to discuss how we would like to proceed, or we could all get on a call. We are both generally available.

Charles:

Josh Spoont is running down the Paychex issue and will get back to you ASAP.

Thanks,
Michael

**SPERLING KENNY NACHWALTER**

**Michael Guerra Dickler** (he/him)
MDickler@sperlingkenny.com
Chicago Office | 312.641.3200
**sperlingkenny.com**

This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.

Please consider the environment before printing this email

**From:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Sent:** Tuesday, April 28, 2026 9:52 AM
**To:** Michael Dickler <MDickler@sperlingkenny.com>; Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** RE: FTC v. Innovative Partners

Michael:

## Charles M. Tatelbaum

| | |
|---|---|
| **From:** | Charles M. Tatelbaum |
| **Sent:** | Tuesday, April 28, 2026 10:52 AM |
| **To:** | Michael Dickler; Schiltz, Matthew; Gollwitzer, Arthur; Hodor, William J. |
| **Cc:** | Josh Gray |
| **Subject:** | RE: FTC v. Innovative Partners |

Michael:

During our conference yesterday, you asked me to provide you with what the Receiver needs on an urgent basis where we have not been provided with the necessary access.

The payroll has been administered by Paychex. We have been given some login information but we do not have the secondary access needed in order to complete the final payroll and deal with other payroll related issues.

This is time sensitive, so I would appreciate your doing whatever you can to have this provided to us.

There may be other things that we need, but this is the most urgent.

Thanks

Chuck


**TRIPP** T **SCOTT**

**Charles M. Tatelbaum**

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Monday, April 27, 2026 7:11 PM
**To:** Schiltz, Matthew <mschiltz@ftc.gov>; Charles M. Tatelbaum <cmt@TrippScott.com>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** Re: FTC v. Innovative Partners

[EXTERNAL EMAIL]

Matt -

Likewise, thanks again for your time today.

I have confirmed with Amani that we will be representing her going forward.

Best,
Michael



**Michael Guerra Dickler** (he/him)
MDickler@sperlingkenny.com
Chicago Office | 312.641.3200
**sperlingkenny.com**

This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.

 Please consider the environment before printing this email

**From:** Schiltz, Matthew <mschiltz@ftc.gov>
**Sent:** Monday, April 27, 2026 5:12 PM
**To:** Michael Dickler <MDickler@sperlingkenny.com>; Charles M. Tatelbaum <cmt@TrippScott.com>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** RE: FTC v. Innovative Partners

Michael,

It was nice to talk to you earlier. Following up on the discussion about Amani Shokry, we understand that Art's firm is no longer representing her and that she might retain Sperling Kenny. Until that's settled, if your understanding is that she's unrepresented, can you please confirm a valid personal email address for her?

Thanks,
Matt

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Monday, April 27, 2026 9:18 AM
**To:** Charles M. Tatelbaum <cmt@TrippScott.com>; Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>

**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** Re: FTC v. Innovative Partners

All,

Thanks for the quick responses. We think it would be great, and possible more efficient, to have Charles on, as long as the FTC has no objection. I'll send an invite in about half an hour for the 3:30 window. If there is anyone else who I should invite other than those copied here, please let me know.

Look forward to connecting later today. Best,

**SPERLING KENNY NACHWALTER**

**Michael Guerra Dickler** (he/him)
**MDickler@sperlingkenny.com**
Chicago Office | 312.641.3200
**sperlingkenny.com**

This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.

 Please consider the environment before printing this email

---

**From:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Sent:** Monday, April 27, 2026 5:46 AM
**To:** Michael Dickler <MDickler@sperlingkenny.com>; Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>
**Subject:** RE: FTC v. Innovative Partners

Michael:

It is a pleasure to meet you as well. If counsel to the Receiver's participation will be a contribution, I am available after noon central time.

Chuck

 **TRIPP ⊤ SCOTT**

**Charles M. Tatelbaum**

**Director**

3

phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Sunday, April 26, 2026 10:59 PM
**To:** Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J.
<WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>; Charles M. Tatelbaum <cmt@TrippScott.com>
**Subject:** Re: FTC v. Innovative Partners

[EXTERNAL EMAIL]

Great, thanks. I'm tied up from 1-3 CT but if that's your only window, I'll step out of my other meeting. Appreciate the courtesy.

Michael

**SPERLING**
**KENNY**
**NACHWALTER**

**Michael Guerra Dickler** (he/him)
**MDickler@sperlingkenny.com**
Chicago Office | 312.641.3200
**sperlingkenny.com**

This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.

 Please consider the environment before printing this email

**From:** Schiltz, Matthew <mschiltz@ftc.gov>
**Sent:** Sunday, April 26, 2026 9:56 PM
**To:** Michael Dickler <MDickler@sperlingkenny.com>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J.
<WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>; Charles M. Tatelbaum <cmt@trippscott.com>
**Subject:** RE: FTC v. Innovative Partners

You don't often get email from mschiltz@ftc.gov. Learn why this is important
Sure, Michael. We'll coordinate and get back to you tomorrow with availability in the afternoon.

Matt

4

**From:** Michael Dickler <MDickler@sperlingkenny.com>
**Sent:** Sunday, April 26, 2026 9:47 PM
**To:** Schiltz, Matthew <mschiltz@ftc.gov>; Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Josh Gray <jgray@sperlingkenny.com>; Charles M. Tatelbaum <cmt@trippscott.com>
**Subject:** Re: FTC v. Innovative Partners

Matt,

Nice to meet you as well. Josh and I were hoping we could have a short introductory call with you or someone on your team. Let us know if there's a time tomorrow that is convenient.

Best,
Michael



**Michael Guerra Dickler** (he/him)
**MDickler@sperlingkenny.com**
Chicago Office | 312.641.3200
**sperlingkenny.com**

This message may contain confidential and privileged information.  If you are not the intended recipient, please notify the sender and delete the message.

 Please consider the environment before printing this email

---

**From:** Schiltz, Matthew <mschiltz@ftc.gov>
**Sent:** Sunday, April 26, 2026 9:41 PM
**To:** Gollwitzer, Arthur <agollwitzer@jw.com>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Michael Dickler <MDickler@sperlingkenny.com>; Josh Gray <jgray@sperlingkenny.com>; Charles M. Tatelbaum <cmt@trippscott.com>
**Subject:** RE: FTC v. Innovative Partners

Some people who received this message don't often get email from mschiltz@ftc.gov. Learn why this is important
Art – We received four emails with attachments from you a little over an hour ago. We'll review and get back to you as soon as we're able.

Michael and Josh – It's nice to meet you.

Best regards,
Matt

5

**From:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Sent:** Sunday, April 26, 2026 9:13 PM
**To:** Schiltz, Matthew <mschiltz@ftc.gov>; Hodor, William J. <WHODOR@ftc.gov>
**Cc:** Michael Dickler <mdickler@sperlingkenny.com>; Josh Gray <jgray@sperlingkenny.com>; Charles M. Tatelbaum <cmt@trippscott.com>
**Subject:** FW: FTC v. Innovative Partners

Matt,

We tried to send four emails today with numerous attachments. All four emails bounced back to us with error messages stating the emails were rejected on the receiver's end. (See the attached error messages.) We will be happy to resend.

I have included the first message below, but without the attachments.

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com



**JW | Jackson Walker LLP**

**From:** Gollwitzer, Arthur
**Sent:** Sunday, April 26, 2026 8:21 PM
**To:** Schiltz, Matthew <mschiltz@ftc.gov>; Hodor, William J. <whodor@ftc.gov>
**Cc:** Michael Dickler <mdickler@sperlingkenny.com>; Josh Gray <jgray@sperlingkenny.com>; Charles M. Tatelbaum <cmt@trippscott.com>
**Subject:** FTC v. Innovative Partners

Matt,

Following up on Friday's message, I am forwarding a collection of requested materials. To make this manageable, I am going to try to send batches of files segregated by defendant. This first email includes files relating to HPA. This is email 1 of 4.

In addition, by this email, please also allow me to introduce Michael Dickler and Josh Gray who will be taking the lead in this matter.

I also am copying counsel for the receiver.

| BankUnited HPA Operating | 267090594 | 9856905461 |
| --- | --- | --- |

| Chase HPA | | 267084131 | 729832595 |
|---|---|---|---|

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com

 Jackson Walker LLP

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

7

**Charles M. Tatelbaum**

| | |
|---|---|
| **From:** | Charles M. Tatelbaum |
| **Sent:** | Tuesday, April 21, 2026 3:42 PM |
| **To:** | Gollwitzer, Arthur |
| **Subject:** | RE: I also need access to speak with the individual who is in charge of human resources and payroll as soon as possible. |

Art:

When we spoke yesterday, you indicated the strong desire of your client to cooperate with the receiver so that we can deal with ongoing business issues for the various companies that are subject to the receivership order. As such, in addition to the information that I previously requested, I am providing the following to you for a response from your client.

- With respect to the Safeguard password and log in that you sent to me, this requires a two-step authentication, and it appears that there is an iPhone 16 that is registered to receive that authentication. As a result, we need to have the surrender of that iPhone to the Receiver immediately.

- Additionally, if there are any mobile phones that are in the name of the entities that are subject to the receivership order or where those entities were paying the mobile phone's bill, these need to be surrendered to the Receiver right away.

- With respect to the information that was provided for info@innovativepartnerslp.com, the password that was provided is incorrect.

- With respect to information that was provided for admin@americancollectivelp.com, it requires a two-step authentication with a mobile phone where the telephone number ends in the digits 72. As a result, we need to have that mobile phone turned over to the Receiver immediately.

- It is our understanding that the entities subject to the receivership order used a CRM for recording business operations and communications. We need to have someone provide us with the details as to how we can access the CRM.

- The Receiver needs to be provided with the names and contact information for the customer-service supervisors. Preferably, we would like to have the names and contact information of all employees and 1099 workers, but for immediacy, we need the names and contact information for the customer-service supervisors.

1

- Ahmed left me a voicemail message asking to speak to me. I have conveyed to him through the CPA that I cannot speak to him unless you are on the call with him or if you authorize me to speak to him without your being present. Please let me know if you would like to arrange for that communication, as I really need to hear "his side of the story" since the Receiver needs to make a prompt decision whether to continue the business operation or shirt it down.

- Finally, we need to have someone from the company provide us with the names and contact information for all of the customers. We assume that this is electronically stored in some manner, and since we need to notify all of the customers so that we can deal with their claims and other issues, we need to have that contact information provided to us immediately.

Please let me know if you have any questions.

Chuck

## TRIPP T SCOTT

**Charles M. Tatelbaum**

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

**From:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Sent:** Tuesday, April 21, 2026 11:41 AM
**To:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Subject:** RE: I also need access to speak with the individual who is in charge of human resources and payroll as soon as possible.

[EXTERNAL EMAIL]

Chuck,

Here is set of credentials for "Safeguard":

The username is Info@safeguardmgt.com
The password is Toad551sent1561!

2

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com


JW | **Jackson Walker** LLP

**From:** Gollwitzer, Arthur
**Sent:** Tuesday, April 21, 2026 10:04 AM
**To:** 'Charles M. Tatelbaum' <cmt@TrippScott.com>
**Subject:** RE: I also need access to speak with the individual who is in charge of human resources and payroll as soon as possible.

Chuck,

As for the credentials, here is what we've found, so far:

- Innovative Partner LP — info@innovativepartnerslp.com; dpora9bgJHRLH
- American Collective LP — admin@americancollectivelp.com; AmericanCollective2026!!

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com


JW | **Jackson Walker** LLP

**From:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Sent:** Tuesday, April 21, 2026 9:21 AM
**To:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Subject:** RE: I also need access to speak with the individual who is in charge of human resources and payroll as soon as possible.

**Caution:** \*\*External Email.

Checking for the QR code now.  Thanks


TRIPP T SCOTT

**Charles M. Tatelbaum**

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902

3

110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

**From:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Sent:** Tuesday, April 21, 2026 10:18 AM
**To:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Subject:** RE: I also need access to speak with the individual who is in charge of human resources and payroll as soon as possible.

[EXTERNAL EMAIL]

Good morning,

Yes, we are working on the credentials. Finding all of them has proven to be challenging. Our people are working on it.

I do have information regarding the cameras. I'm not sure I understand all of the following, but this is what I've learned. The platform has no website. It only is accessible through an ap called "EZView UNV." A QR code is needed to log in. Apparently, this QR code will appear on the camera system. At that point, you can use the username: admin and the password: Investor1!

I believe someone is going to deliver the QR code to the office. If that does not work, let's discuss another way to deliver that code.

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com

 **Jackson Walker** LLP

**From:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Sent:** Tuesday, April 21, 2026 9:12 AM
**To:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Subject:** RE: I also need access to speak with the individual who is in charge of human resources and payroll as soon as possible.

**Caution:** **External Email.

4

Art:

Your client called me, and I would not take the call.  Please let him know that I cannot speak with him directly when he is represented by counsel.

Please also review my "needs" for the emails yesterday afternoon. These are time sensitive.

Chuck

## TRIPP T SCOTT

**Charles M. Tatelbaum**

**Director**
phone 954-525-7500 | fax 954-761-8475 | direct 954-760-4902
110 SE Sixth Street, Suite 1500, Fort Lauderdale, FL 33301 | www.trippscott.com
Best Place to Work | Florida Trend | South Florida Business Journal | Sun-Sentinel
Admitted in Florida and Maryland.
Member of the Board of Directors South Florida PBS-WPBT, WXEL and the Health Channel.
Chair of the Board of Governors of the Shepard Broad College of Law at the Nova Southeastern University.

---

**From:** Gollwitzer, Arthur <agollwitzer@jw.com>
**Sent:** Monday, April 20, 2026 5:56 PM
**To:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Subject:** RE: I also need access to speak with the individual who is in charge of human resources and payroll as soon as possible.

**[EXTERNAL EMAIL]**

---

Yes sir, I am working on both the cloud credentials and the DVR credentials.

We are trying to get everything you need, so please do not hesitate to continue to reach out to us.

**Arthur Gollwitzer III** | Partner
100 Congress Avenue Suite 1100 | Austin, TX | 78701
V: (512) 236-2268 | agollwitzer@jw.com

 Jackson Walker LLP

**From:** Charles M. Tatelbaum <cmt@TrippScott.com>
**Sent:** Monday, April 20, 2026 1:56 PM