UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60976-CIV-SINGHAL

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

INNOVATIVE PARTNERS, LP d/b/a
INNOVATIVE HEALTH PLAN or
HEALTHCARE PLAN, *et al.,*

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Receiver's Motion to Sell Personal Property (the "Motion") (DE [61]).  The Court having considered the Motion, the record, and having heard the parties' arguments on the Motion at the Status Conference (DE [62]), the Court finds good cause to authorize the sale of the Receivership Entities' personal property.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion (DE [61]) is **GRANTED.**

2. Stampler Auctions of Davie, Florida **SHALL CONDUCT** an online auction of the Office Property listed in the Motion (DE [61]) on **May 18, 2026** in accordance with the terms of the Auction Agreement (DE [61-1]).

3. All Office Property shall be sold free and clear of any liens other than those held by Velocity Capital Group, LLC and IMS Fund LLC, as described in the Motion (DE [61]).

4. Stampler Auctions of Davie, Florida **SHALL CONDUCT** an auction of the 2019 BMW I8 (VIN #WBY2Z6C54K7D29806) (the "Vehicle") belonging to Receivership Entity Papyrus Green Investments, LLC.  The auction of the

Vehicle shall be conducted in accordance with the terms of the Auction Agreement (DE [61-1]).[1]

5. Any net proceeds derived from the auction sale of the Office Equipment and Vehicle shall be held by the Receiver, and the Potential Claimants shall have **twenty (20) days** from entry of any order granting this Motion within which to notify the counsel for the Receiver in writing of the amount of their claims to the proceeds, and provide documentation which substantiate any such claims.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of May 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF

---

[1] The Motion (DE [61]) does not state whether there are any encumbrances or liens on the Vehicle.  If there are any liens or encumbrances on the Vehicle, the parties shall file a Notice of Lien by May 13, 2026. Otherwise, the Vehicle shall be sold free and clear of any lien or encumbrance.

2