

**KAUFMAN | ROSSIN**
cpa + advisors

May 4, 2026

Paul Lopez, Esq.
110 SE Sixth Street, Suite 1500
Ft. Lauderdale, FL  33301

Dear Mr. Lopez:

We are pleased that you have selected Kaufman, Rossin & Co., P.A. to perform professional services. This engagement letter and the accompanying Professional Services Agreement (collectively, the "Agreement") constitute the entire agreement and understanding between Kaufman, Rossin & Co., P.A. and Paul Lopez, Esq., and additional taxpayers listed in the Scope of Services, and sets forth the terms and objectives of our engagement and the nature and limitations of the services we will provide.

## Scope of Services

We will prepare the federal and state income tax returns for you and the following taxpayers from information you will furnish to us.  We will make no audit or other verification of the data furnished, although we may ask for clarification or elaboration of some of the information.

- Innovative Partners, LP d/b/a Innovative Health Plan

- American Healthcare Plan

- American Collective, LP d/b/a ACLP Health Plan

- Health Plan Administrators, LLC

- Papyrus Green Investments, LLC

We will be available to answer your inquiries on specific tax matters and to consult with you on income tax planning.

All parties recognize that the returns are subject to review by the taxing authorities.  Any items which may be resolved against you by the examining agent are subject to certain rights of appeal.  In the event of such government tax examination, we will be available upon request to represent you.  We will render additional invoices for such representation.

If an extension of services appears to be required, we will do so only after consultation with you.

## Fees

Fees for this engagement will be based on the time spent by various members of our staff at our professional rates less a 20% discount.  All services will be invoiced the sooner of monthly or upon completion of this engagement and payment is due upon receipt.

Miami | Fort Lauderdale | Boca Raton | Palm Beach Gardens | New York | Bangalore | Gurgaon | Ivory Coast



A monthly finance charge of 1.5% will be applied to balances 60 days past due.  We will also bill you for out-of-pocket costs and expenses incurred on this engagement as well as a 5% administration and technology fee.  Any additional permissible services requested during or after the term of this Agreement will be billed at our professional rates.  We will be entitled to recover our professional time, at our professional rates, finance charges and expenses, including all reasonable attorney's fees and costs in connection with any litigation, regulatory investigation or inquiry that may arise out of this Agreement, so long as we are not a party to such litigation, investigation or inquiry.

Our hourly rates are subject to change annually on December 31, and as of the date of this Agreement, are as follows:

| Partners, Directors, and Senior Managers | $ 460 to $ 875 |
| Managers | $ 350 to $ 460 |
| Seniors and Staff | $ 230 to $ 350 |

We appreciate the opportunity to be of service to you.  If you agree to the engagement, please sign this letter and return it to us.

Very truly yours,

**KAUFMAN, ROSSIN & CO., P.A.**
One Town Center Road, Suite 400
Boca Raton, Florida 33486

**PAUL LOPEZ, ESQ., and additional
taxpayers listed in Scope of Services**
110 SE Sixth Street, Suite 1500
Ft. Lauderdale, FL  33301

By: _____

By: _____
    Paul Lopez, Esq.

By: _____

Date: _____

Date: _____

2

## CONSENT TO DISCLOSURE OF TAX RETURN INFORMATION

Federal law requires this consent form be provided to you. Unless authorized by law, Kaufman Rossin & Co ("we") cannot disclose your tax return information to third parties for purposes other than those related to the preparation and filing of your tax return without your consent. Because we employ professionals that are located outside of the United States and we utilize third party tax software and service providers, we are requesting your consent under 26 U.S.C. Section 7216.   We have implemented information security safeguards and hold our professionals and providers located outside of the U.S. to the same standards as that of our U.S. based professionals to protect privacy and the unauthorized access of tax return information.

You are not required to complete this form and we are not conditioning our tax return preparation services based on obtaining your consent.  Your consent is valid for the time period we provide tax services to you unless you specify a shorter period of time.

This consent for disclosure may result in your tax return information being disclosed to a tax return preparer located outside the United States, including your personally identifiable information such as your Social Security Number ("SSN"). Both the tax return preparer in the United States that will disclose your SSN and the tax return preparer located outside the United States that will receive your SSN maintain an adequate data protection safeguard (as required by the regulations under 26 U.S.C. Section 7216) to protect privacy and prevent unauthorized access of tax return information. If you consent to the disclosure of your tax return information, Federal agencies may not be able to enforce U.S. laws that protect the privacy of your tax return information against a tax return preparer located outside of the U.S. to which the information is disclosed.

☐ *I acknowledge that I have read and understand the terms of this consent as detailed above.*

If you consent to the disclosure of your tax return information to our tax professionals located outside of the U.S. or to third party tax software and service providers, for purposes of assisting with the preparation of your tax return, please sign and date below.


Name: _____     Name: _____

Signature: _____     Signature: _____

Date: _____     Date: _____

If you believe your tax return information has been disclosed or used improperly in a manner unauthorized by law or without your permission, you may contact the Treasury Inspector General for Tax Administration (TIGTA) by telephone at 1-800-366-4484, or by e-mail at complaints@tigta.treas.gov.

## PROFESSIONAL SERVICES AGREEMENT

This Professional Services Agreement is an integral part of the engagement letter for services dated May 4, 2026 between Kaufman, Rossin & Co., P.A. and Paul Lopez, Esq., and additional taxpayers listed in the Scope of Services. The terms Kaufman, we, us and our will identify Kaufman, Rossin & Co., P.A. The terms you, your and taxpayer will identify Paul Lopez, Esq. and other additional taxpayers, if any, included in this agreement.

1.  **Kaufman's Responsibilities**

    We will comply with applicable professional standards, including the AICPA Code of Professional Conduct, and its ethical principles of integrity, objectivity, professional competence, and due care, when performing the engagement.

    Our engagement is not designed and cannot be relied upon to disclose errors, fraud, or illegal acts, that may exist, although their discovery may result from the engagement.

2.  **Your Responsibilities**

    To the best of your knowledge, all the information submitted to us shall be correct and shall include all income, deductions, and other information necessary for the preparation of the above returns. You are responsible for keeping contemporaneous records of business expenses during the periods covered by the above returns.

    You acknowledge your responsibility for preparation and timely filing of tax returns and items required to be paid on a timely basis.

3.  **Employment**

    You agree to not employ or divert any of our employees. The obligations imposed by this paragraph shall survive the termination of this Agreement and continue for a period of one year following such termination. As liquidated damages for any breach of the obligations imposed by this paragraph, you agree to pay us a fee equal to that individual's annual base compensation from you or your related parties within 90 days from the first day of employment.

4.  **Confidentiality, Ownership, and Retention of Workpapers**

    With respect to financial, statistical and personnel data relating to you or your business which is confidential and which is submitted to or obtained by us in order to carry out the engagement we will instruct our personnel to keep such information confidential.

    You authorize us to use any tax information provided to or obtained by us during the preparation of the tax returns for purposes of mailing to you: our newsletters, surveys, published articles, press releases, information concerning our seminars, nontax related services, and announcements related to our personnel. The duration of this consent is for the entire period of time that you are our client until you unsubscribe from any newsletters or other information sent by us.

    We may receive requests for information in our possession arising out of this engagement. The requests may come from governmental agencies, courts or other tribunals. If permitted, we will notify you of any request for information prior to responding. In certain proceedings an accountant-client privilege may exist. You acknowledge that we cannot assert any privilege to protect the release of information. You may, prior to the response to any request, initiate legal action to prevent or limit our response. Unless you promptly initiate such action after we notify you at the last known address as reflected in our files, we will release the information requested.

In the event we are requested or authorized by you, or required by government regulation, subpoena, or other legal process to produce our working papers or our personnel as witnesses with respect to this engagement you will, so long as we are not a party to the proceeding in which the information is sought, reimburse us for our professional time and expenses, as well as the fees and expenses of our counsel, incurred in responding to such a request.

We may from time to time, and depending on the circumstances, use contract professionals and third-party service providers in performing certain tasks on your engagement. We hold these professionals to the same standards of confidentiality as all of our professionals. We will remain responsible for the work provided by any such contract professionals and third-party service providers. Unless prohibited by applicable law or regulation, we may provide your information to external third-party software service providers, who may process (i.e. customary business software that may collect, use, transfer, store, etc. information) it in furtherance of the services provided to you. We remain committed to maintaining the confidentiality and security of your information. If your information includes data that can be linked to specific individuals, or personal data, it will be processed in accordance with applicable law and regulations. You warrant that you have the authority to provide any such personal data to us in connection with the performance of this engagement.

We employ professionals that are located outside of the United States.  We have implemented information security safeguards and hold these professionals to the same standards as that of our U.S. based professionals to protect privacy and the unauthorized access of tax return information. In connection with the performance of tax services contemplated in this agreement, certain information, including personally identifiable information such as social security numbers, may be disclosed to our professionals located outside of the United States.  You acknowledge your consent to the disclosure of this information in connection with the performance of tax services.

We retain ownership of the working papers produced by us in connection with the performance of services under this Agreement. Upon your written request, access to these working papers other than described above may, at our sole discretion, be granted if there is a specific business purpose for such review, and you will be billed for such access in accordance with the Fee Adjustments provision of this Agreement. We will evaluate each written request independently. You acknowledge and agree that we will have no obligation to provide such access or to provide copies of our work papers without regard to whether access has been granted with respect to any prior request.

In connection with this engagement, we may communicate with you or others via e-mail transmission. As e-mails can be intercepted and read, disclosed, or otherwise used or communicated by an unintended third-party, or may not be delivered to each of the parties to whom they are directed and only to such parties, we cannot guarantee or warrant that e-mails from us will be properly delivered and read only by the addressee. Therefore, we specifically disclaim and waive any liability or responsibility whatsoever for interception or unintentional disclosure or communication of e-mail transmissions or for the unauthorized use of failed delivery of e-mails transmitted by us in connection with the performance of this engagement.

In that regard, you agree that we shall have no liability for any loss or damage to any person or entity resulting from the use of e-mail transmissions, including any consequential, incidental, direct, indirect, or special damages, such as loss of revenues or anticipated profits, or disclosure or communication of confidential or proprietary information.

**5.  Fees and Expenses**

Our fee estimates are predicated on your timely completion of requested information prepared in an accurate and timely manner and based in part upon the nature and condition of your accounting, financial and tax records, the nature and character of transactions reflected in those records, and the design and operating effectiveness of your internal controls. We plan the engagement and estimate the fees based on the assumption that you will cooperate and provide assistance by performing tasks such as: closing the trial balance timely, including accurate account analysis / reconciliations; preparing and providing requested schedules as agreed upon; retrieving supporting documents; and answering questions that arise in the course of our procedures.

Circumstances may arise during the engagement that may significantly affect the procedures necessary to perform the engagement, the targeted completion date and our fee. Examples of such unforeseen circumstances, which may result in an increase in fees include, but are not limited to:

- Failure by you to prepare for the engagement as evidenced by accounts and records that have not been subject to normal year-end closing and reconciliation procedures.

- All requested schedules are not provided by the date requested, completed in a format acceptable to us, mathematically correct and in agreement with the appropriate underlying records. We will provide you with a separate list of the required schedules and deadlines.

- Significant unanticipated or undisclosed transactions, or other such unforeseeable circumstances.

- Circumstances requiring revisions to work previously completed or delays in resolution of issues that extend the period of time necessary to complete the engagement.

- Issues with the prior accounting firm or prior year balances that impact the current year engagement, if applicable.

- Changes in your personnel and/or your service providers, or delays by you which directly impact our engagement.

- Assistance in researching proper accounting for contemplated or completed transactions or events, if permitted.

- Changes in the information system configuration, internal control structure or control deficiencies that require additional engagement effort.

- A significant number of proposed adjustments.

- New accounting issues or implementation or changes in federal, state or professional rule making activities or accounting pronouncements or their application.

- Changes in scope caused by events that are beyond our control.

- Illegal acts or fraud investigations.

- Untimely payment of our invoices as they are rendered.

We will endeavor to advise you in the event these circumstances occur, however we may be unable to determine the impact on the fee until conclusion of the engagement.

6. **Fee Adjustments**

Any fee adjustments for reasons described in this Agreement will be determined based upon the actual time expended by us at our current hourly rates and included as an adjustment to our invoices. You acknowledge and agree that payment for all such fee adjustments will be made in accordance with the payment terms provided in this Agreement.

7. **Indemnification and Limitation of Liability**

You agree that Kaufman's maximum liability to you for any negligent errors or omissions committed by us in the performance of the engagement, as well as any claim arising out of or with respect to this Agreement whether sounding in contract, tort or other legal theory, will be limited to the amount of the fees for this engagement, except to the extent determined to result from our gross negligence or willful misconduct.

Because of the importance of your representations to the effective performance of our services, you will release us and our personnel from any claims, liabilities, costs, and expenses relating to our services under this engagement attributable to any written and oral misrepresentations made to us and our personnel by you or your related parties. The provisions of this paragraph shall apply regardless of the form of action, damage, claim, liability, cost, expense, or loss asserted, whether in contract, statute, tort (including but not limited to negligence) or otherwise. In addition, you further agree to indemnify and hold us and our personnel harmless for any liability and all reasonable costs, including legal fees that we may incur as a result of the services performed under this engagement in the event there are knowing misrepresentations made to us by you or your related parties.

You agree that you will not, directly or indirectly, agree to assign or transfer any claim against us or our personnel arising out of this engagement to anyone.

8. **Term of Agreement**

This Agreement shall become effective immediately upon its execution, and the engagement for each of the services under this Agreement shall end upon completion of the respective service. However, Kaufman and you reserve the right to terminate this Agreement at any time. Upon termination of this Agreement, you agree to pay us for all services rendered through such termination date.

We reserve the right to suspend our work due to nonpayment within terms. In the event that the work is suspended as a result of nonpayment, or for any other reason, you agree that we will not be responsible for your failure to meet government and other filing and submission deadlines, or for penalties or interest that may be assessed, or other damages that may be sustained by you or your related parties, resulting from the failure to meet said deadlines.

9. **Alternative Dispute Resolution**

Parties to this engagement agree that any dispute that may arise regarding the meaning, performance, or enforcement of this Agreement will, prior to resorting to litigation, be submitted to mediation upon the written request of any party to the engagement. All mediation initiated as a result of this engagement shall be administered by the American Arbitration Association. The results of this mediation shall be binding only upon agreement of each party to be bound. Costs of any mediation proceeding shall be shared equally by both parties.

In the unlikely event that differences concerning our services should arise that are not resolved by mutual agreement, and to facilitate judicial resolution and save time and expense of both parties, Kaufman and you agree that any unresolved dispute shall be commenced and heard only in a court located in Eleventh Judicial Circuit of Florida or the United States District Court for the Southern District of Florida sitting in Miami, as the case may be, with the court sitting without a jury.  You and Kaufman each hereby waive our rights to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to our services for this engagement, to the fullest extent permitted by law. This Agreement shall be construed and enforced in accordance with the laws of the State of Florida without giving effect to conflicts of laws principles.

10. **Entire Agreement**

This Agreement constitutes the entire agreement between Kaufman and you and supersedes all proposals, oral or written, and all other communications and agreements between the parties relating to the engagement subject matter. This Agreement does not create an agency, employment, partnership joint venture, trust or other fiduciary relationship between the parties. Neither party shall have the right to bind the other to any third-party or otherwise act in any way as a representative or agent of the other except as otherwise agreed in writing between the parties.

The waiver by any party hereto of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach by any party.

You may request that we perform additional permissible services not addressed in this Agreement. If this occurs, we will communicate with you concerning the scope of the additional services and the estimated fees. We also may issue a separate engagement letter covering the additional services. In the absence of any other written communication from us documenting such additional services, our services will continue under the same terms and conditions as those covered by the Agreement.

We, in our sole professional judgment, reserve the right to refuse to perform any procedure or take any action that could be construed as assuming management responsibilities.

11. **Severability**

If any portion of this Agreement is held to be void, invalid, or otherwise unenforceable, in whole or in part, the remaining portions of this Agreement shall remain in effect.

12. **Signatures**

Any electronic signature or manual signature on this Agreement transmitted by facsimile or by electronic mail may be considered an original signature.