# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Civ. Case No. 26-60976-CIV-SINGHAL

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INNOVATIVE PARTNERS, LP, also doing business as INNOVATIVE HEALTH PLAN or HEALTHCARE PLAN, a Texas limited partnership, *et al.*, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## EXHIBIT SUPPORTING PLAINTIFF FEDERAL TRADE COMMISSION'S RESPONSE IN OPPOSITION TO AHMED SHOKRY AND CORPORATE DEFENDANTS' EXPEDITED MOTION TO MODIFY PRELIMINARY <u>INJUNCTION TO RELEASE FUNDS FOR ATTORNEY FEES</u>

Second Supplemental Declaration of Christine Carson ........................................................ PX 26
Investigator, Federal Trade Commission

Dated: May 14, 2026

Presented by:

<u>/s/ William J. Hodor</u>
D'Laney Gielow (admission forthcoming)
William J. Hodor (Special Bar No. A5501501)
Federal Trade Commission, Midwest Region
230 South Dearborn Street, Room 3030
Chicago, Illinois 60604
(312) 960-5595 [telephone, Gielow]
(312) 960-5592 [telephone, Hodor]
dgielow@ftc.gov [e-mail, Gielow]
whodor@ftc.gov [e-mail, Hodor]

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# PX 26

<u>**SECOND SUPPLEMENTAL DECLARATION OF CHRISTINE L. CARSON**</u>
**PURSUANT TO 28 U.S.C. § 1746**

I, Christine L. Carson, hereby declare as follows:

1.      My name is Christine L. Carson.  I am a United States citizen and over eighteen years of age.  I have been employed with the Federal Trade Commission ("FTC" or "Commission") for over four years and have held the position of investigator for over two years.  My office address is 230 South Dearborn Street, Room 3030, Chicago, Illinois 60604.

2.      As part of my duties, I research, monitor, and investigate parties who are suspected of engaging in deceptive or unfair acts or practices in violation of Section 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a), the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310, the Rule on Impersonation of Government and Businesses ("Impersonation Rule"), 16 C.F.R. Part 461, the Gramm-Leach-Bliley Act ("GLB Act"), 15 U.S.C. §§ 6801–6809, §§ 6821–6827, and other laws or rules enforced by the FTC. I gather information and review documents, financial records, and other evidence in connection with FTC investigations and federal court litigation. I previously submitted two declarations in *Federal Trade Commission v. Innovative Partners, LP, et al*., Case No. 26-cv-60976, which I executed on April 3, 2026 (Dkts. 7-20 through 7-33) and April 28, 2026 (Dkt. 45-1), respectively. In the course of this matter, I have acquired personal knowledge and information about the facts stated herein, and, if called as a witness, would testify to the same.

3.      Throughout this declaration and in its attachments, information that constitutes or would reveal personally identifiable information has been redacted.

**Immediate Access**

4.      The immediate access of Defendants' business premises at 1401 N. University Drive, Coral Springs, Florida, authorized under the Sealed *Ex Parte* Temporary Restraining Order

with Asset Freeze, Appointment of a Receiver, Other Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO") (Dkt. 13) issued by the Court on April 15, 2026, was executed on April 20, 2026, at approximately 10:00 a.m., with the assistance of the United States Marshal Service.

5.      As part of my duties during an inspection and immediate access of a business premises, I am tasked with labeling rooms, desks, and cabinets, as well as taking photos and videos of the space and contents. Additionally, when inspecting and copying hard copy documents during the immediate access of the defendants' business premises, FTC staff and I adhered to the following protocol: (a) remove the original document from its location; (b) place an FTC "Document Removal Inventory" sheet on the original document, indicate on the "Document Removal Inventory" sheet where the document was originally located using a lettering and numbering system that I created when I mapped out the business premises; (c) make a photocopy or scan of the original document; and (d) return the original document to the Receiver.

6.      At approximately 2:41 p.m., I was inventorying the contents of Cabinet 20 and its two drawers labeled A and B. This cabinet was located in a hallway of the defendants' premises and just outside various office doors. Inside this cabinet, I observed both drawers packed with unopened mail that all appeared to be chargeback notices from various merchant processors. Many of the notices were addressed to defendant Ahmed Shokry, Innovative Partners, LP, 1401 N. University Drive, Floor 2, Coral Springs, Florida 33071. It is also my understanding that, during the immediate access, a letter terminating merchant services addressed to Ahmed Shokry was found in the garbage dumpster belonging to the building where the defendants' business premises is located. Attached hereto as **Carson Attachment A** are photographs and video screenshots of a sampling of the drawers' contents and the termination letter described in this paragraph.

7.      Additionally, FTC staff and I found various documents at the defendants' business premises. Attached hereto as **Carson Attachments B through F** are true and correct copies of some of the documents found at the defendants' business premises.

8.      Attached hereto as **Carson Attachment B** is a true and correct copy of a document titled "IP PayLogic Department" that contains a section titled "**Addressing Possible Concerns:**" and a scripted response to the question "**Why am I being charged?**" (Attachment B at 3). A copy of this document was found in or around call center cubicle 30, in room 13 of my diagram of the premises. It is my understanding that a copy of this document was also found in the trash next to the dumpster outside the business premises building.

9.      The "**Addressing Possible Concerns:**" section of the document titled "IP PayLogic Department" (*See* Carson Attachment B) also contains scripted responses to the statements, "**I was misled by the enrolling agency.**" (Attachment B at 6) and "**I was told this is Blue Cross Blue Shield.**" (Attachment B at 4).

10.      Attached hereto as **Carson Attachment C** are true and correct copies of documents titled "**Health Script:**" and "**Bottley Training: Health Insurance Pitch**" that I understand were found in or around call center cubicle 55, in room 13 of my diagram of the building premises.

11.      Attached hereto as **Carson Attachment D** is a true and correct copy of a script titled "**Medicaid or Low Cost Plans**" that I understand was found in or around call center cubicle 55, in room 13 of my diagram of the business premises.

12.      Attached hereto as **Carson Attachment E** is a true and correct copy of a script that I understand was found in or around call center cubicle 55, in room 13 of my diagram of the business premises. This script has no title, but its front page includes bubbled response topics "OPENING REBUTTALS (outbound dialing)" and "SALES OBJECTIONS," and it incorporates

3

many scripted responses to various consumer questions and comments, including to the statement, "I WAS TRYING TO GET IN CONTACT WITH (INSURANCE COMPANY)" (Attachment E at 3).

13.     Attached hereto as **Carson Attachment F** is a true and correct copy of an "Appeal to reprocess the claim" letter received from medical doctor and neurosurgeon A.J., dated April 8, 2026, and regarding patient E.S. (names redacted for patient privacy) for services rendered on May 8, 2024. This letter appears to be a provider's request to reprocess a consumer's claim and includes a denial of benefits by Innovative Partners for over $155,000 of medical care (Attachment F at 2). I understand this letter was found in the building premises' locked mailbox for Innovative Partners during the immediate access on April 20, 2026. The four pages of patient care notes included with the submitted "Appeal to reprocess the claim" letter have been removed for patient privacy.

### Asset Freeze

14.     As of May 12, 2026, I am aware that accounts at the following financial institutions have been frozen pursuant to the Court's TRO, which total approximately $9,825,222.47. The financial institution and approximate balance of funds frozen is as follows:

A.     Bank of America – $1,207,209.34

B.     BankUnited – $4,629,552.55

C.     Equitable Financial Life Insurance Company – $99,155.52

D.     Esquire Bank – $1,834,347.49

E.     Fidelity Brokerage Services, LLC – $785,216.04

F.     JP Morgan Chase Bank – approximately $452,206.14

G.     Woodforest National Bank – $817,535.39

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2026.

Christine L. Carson

5

# Carson Attachment A



**Carson Attachment A, Page 1 of 7**



**Carson Attachment A, Page 2 of 7**





**Carson Attachment A, Page 4 of 7**



**Carson Attachment A, Page 5 of 7**



Merchant Services
Retrieval & Chargeback Department
1185 Imperial Dr., Suite 200
Hagerstown, MD  21740

INNOVATIVE PARTNERS LP
AHMED SHOKRY
1401 N UNIVERSITY DR FL 2
CORAL SPRINGS  FL  33071-8910

34     DJAIIP1     33071

**Carson Attachment A, Page 6 of 7**

**First Data.**

P.O. BOX 407041 MAIL STOP A-30
FORT LAUDERDALE FL 33340-7041
October 23, 2023

22
UPGR

INNOVATIVE PARTNERS, LP
1401 N UNIVERSITY DRIVE
CORAL SPRINGS FL 33071-8910

**RE: 536927960317501 - NOTICE OF TERMINATION AND RESERVE**

Dear AHMED SHOKRY,

INNOVATIVE PARTNERS, LP ("you") has an agreement with First Data Merchant Services ("we") pursuant to which we provide you card processing and related services (the "Merchant Agreement").

We regret to inform you that we are discontinuing our business relationship with you under the Merchant Agreement.

Effective 10/23/2023 ("Termination Date"), the Merchant Agreement will be terminated and your merchant account will be closed.

After the Termination Date, we will no longer accept or process credit, debit or prepaid card transactions that you may submit to us for the above referenced merchant account. We understand that the account termination will impact your business and your ability to card payments. Please act soon and make alternative arrangements for accepting card payments prior to the Termination Date.

Please be advised that consistent with the terms of the Merchant Agreement, we have established a Reserve Account in the amount of $50509.49. We built the Reserve Account using one of the methods permitted under the Merchant Agreement. Additionally, any batches processed going forward will also be held in the Reserve Account. We reserve the right, at any time, to collect any amounts due to us under the Merchant Agreement by debiting the Reserve Account. Any remaining funds in the Reserve Account will be returned to you after the expiration of all chargeback periods and after we have determined that there will be no further exposure or liability to us arising from the transactions that you have submitted through us. You will not be paid interest on the funds held in the Reserve Account unless specifically required by law.

Nothing contained herein shall be deemed a waiver of any rights we may have under the Merchant Agreement or otherwise, and we expressly reserve all such rights.

Please do not hesitate to call the client services number listed in your processing statement if you have any questions concerning this matter.

It was a pleasure to provide you with merchant processing services.

Sincerely,

Asme Ouassem
CREDIT RISK MONITORING

COLR600B 5638 0001 CC 1   07 231024 PAGE 00001 OF 00001          22

**Carson Attachment A, Page 7 of 7**

# Carson Attachment B

# IP PAYLOGIC DEPARTMENT

**Company Name**: IP PayLogic Department
**Objective**: To remind the customer of an outstanding payment and offer assistance in making the payment.

## Voicemail Message:

"Hi, this is [Your Name] from the Innovative Partners PayLogic Department. We show an outstanding balance on your account for your Health Care Coverage through [Paid Through Date].
Please call us to discuss your options at [Phone Number extension # Monday - Friday 9am - 6pm est]. Thank you!"

## Introduction

"Good [morning/afternoon], this is [Your Name] with the Innovative Partners PayLogic Department.
Am I speaking with [Customer's Last Name], Example: Mr. Jones? Great! How's your day going so far? That's wonderful to hear.
Before we continue, could you please confirm your full name, date of birth, mailing address, and email address?
Thank you for confirming your information.
The reason I'm reaching out today is that your Health Care Coverage account is at risk of disruption due to an outstanding payment that was due on [Paid Through Date].**

## Closing

"Thank you for your time today, [Customer's Name] and allowing Innovative Partners to assist you with your Health Care Coverage.
If you have any questions or need assistance in the future, don't hesitate to reach out.
I will be emailing your confirmation once the payment is processed."

**Carson Attachment B, Page 1 of 6**

## Addressing Possible Concerns:

**"I don't have time right now."**
"Of course — I'll keep it brief.
Your monthly payment was due on [Paid Through Date] and the attempt made was not successful.
We can go ahead and reprocess the payment now to avoid any lapse in coverage.
Or we can easily reschedule at your earliest convenience."

**"I can't make the payment right now."**
"I completely understand, [Customer's Name].
If it's more convenient, we can schedule a date and time that works better for you.
In the meantime, an email was sent for the ACH link — that allows you to securely link your bank account to have the payment processed.
Taking care of it now will help avoid any potential issues with your account,
Once the payment is complete, you'll receive an email confirmation right away."

**"I did not enroll into this plan"**
"I understand your confusion, and I'm happy to help clarify.
According to our records, there was an enrollment for this plan under your name, which was processed through our Enrolling Agency.
"I'd be happy to look into the details of your enrollment to resolve this and make sure everything is properly addressed.
Esign Confirmed – "Since the e-signature on the enrollment document was confirmed, the plan was officially accepted, and the payment is now due for the coverage provided."
To avoid any potential issues with your account, including collection activity.
Would you like me to help you process that now?"

**"I already cancelled this insurance"**
"I understand you believe the insurance was already canceled, However, our records show that there is still an outstanding balance for the coverage period through [Paid Through Date].
To ensure everything is properly closed out and avoid any future issues, we can process the final payment and finalize the cancellation.
"Would you like me to go ahead and process the payment?"

**Carson Attachment B, Page 2 of 6**

<u>"Why am I being charged?"</u>
"Great question — let me clarify.
You enrolled in our comprehensive health coverage, active since [Program Begin Date], with monthly payments due on the [Paid Through Date].
I'm reaching out to help bring the payment current, avoid any lapse in coverage, and prevent the account from being sent to collections.
Would you like me to help you process that now?"

<u>"I can't afford this."</u>
"I completely understand, and I'm really sorry to hear that.
We want to make sure that you're not in a difficult position, and we do have options that might help."
"Here's what we can do: we can process the payment for the full amount, and then refund a portion of it to make it more affordable for you.
This way, we can settle the balance while ensuring that the payment works within your budget."
To avoid any potential issues with your account, would you like me to go ahead and process the payment now?"

<u>"My prescription isn't covered."</u>
"I hear you, and I truly understand how frustrating that must feel
I just want to clarify that the balance we're following up on reflects the full plan benefits available through [Paid Through Date], not just prescription coverage.
Taking care of it now can help avoid any account issues.
Would you like me to go ahead and process the payment now?"

<u>"I already Obtained other coverage"</u>
"I appreciate you sharing that, and I completely respect your decision.
Just to note — there's a balance tied to your account for coverage provided through [Paid Through Date].
Even if your new plan has started, we want to make sure everything's fully resolved to prevent any issues with your account, including potential collection activity.
If your new coverage hasn't fully started yet, we may also be able to offer temporary support to help you avoid any gaps.
Would now be a good time to take care of the balance? I can help you process it right away."

**Carson Attachment B, Page 3 of 6**

<u>"My provider doesn't accept this insurance, my doctor didn't take it."</u>
"I completely understand how frustrating that can be
It's important to have a plan that works when and where you need it.
Just to clarify, the payment we're following up on covers the period your policy was active through [Paid Through Date], even if the plan wasn't used or your provider wasn't in-network.
That said, I'd be happy to help you find in-network providers if needed.
Taking care of the balance now will help avoid any account issues.
Would you like me to go ahead and process the payment?"

<u>"I was told this is Blue Cross Blue Shield."</u>
"I completely understand the confusion, "It's possible the enrolling agency may have mentioned Blue Cross Blue Shield in comparison.
Although there may have been some misunderstanding, your coverage remained active through [Paid Through Date], which is why there's still a balance due. At this point, it's important to get the payment processed to avoid any potential issues with your account, including collection activity.
"Would you like me to go ahead and process that for you?"

<u>"I have coverage through Medicaid now so I don't need this anymore."</u>
"Thanks for letting me know, and I'm really glad to hear you have coverage through Medicaid. That's definitely important.
Just to clarify — the balance we're reaching out about is for coverage already provided through [Paid Through Date]
"Even with a new plan in place, we just want to make sure everything is properly closed out with this coverage to avoid any issues later on. Would now be a good time to take care of that to avoid any potential issues with your account, including collection activity.
"Would you like me to go ahead and process that for you?"

**Carson Attachment B, Page 4 of 6**

<u>"I enrolled because I was told I'd get a 1095-A tax form."</u>
"I completely understand — the 1095-A is important for tax filing. Just to clarify, it's only issued for plans through the Health Insurance Marketplace. Since you enrolled directly with us, this plan isn't eligible for that form; however I'd be happy to provide proof of payment and coverage for your records.
Regarding the balance we're following up on is for the active coverage period, so the payment is still due. We can help you avoid any collection activity by processing it now and ensuring your account is fully closed.
Would you like me to go ahead and take care of that for you?"

<u>"I never received any documents. I didn't get anything from you"</u>
"I'm really sorry to hear that, and thank you for letting me know. That's definitely not the experience we want you to have. Sometimes documents can get lost in the mail or flagged in email, but I'll be happy to resend everything to make sure you're fully informed moving forward."
"That said, your plan was active through [Paid Through Date], which means the balance reflects coverage that was still in place during that time — even if the documents didn't come through. To avoid any potential issues with your account, including collection activity.
"Would you like me to go ahead and process that for you?"

<u>"My insurance isn't covering any medical bills."</u>
"I completely understand how frustrating and concerning that must be — your insurance should be working for you. It's possible there may be some misunderstanding about how coverage applies to certain services."
"In the meantime, the payment we're following up on covers the plan's active period through [Paid Through Date], and it's important to take care of the balance to avoid any coverage disruptions or any potential issues with your account, including collection activity.
"Would you like me to go ahead and process that for you?"

**Carson Attachment B, Page 5 of 6**

**"I was told I'd only be making one payment."**
"I completely understand where you're coming from, and I'm really sorry for any confusion. To clarify, the enrollment documents you received do reflect that this is a month-to-month coverage plan. That means your coverage continues each month unless it's canceled."
"The payment you made likely covered your first month of coverage, but since the plan stayed active through [Paid Through Date], additional billing occurred, which is what the current balance reflects."
"I'd be happy to walk you through the charges and explore your options for taking care of the balance to avoid any potential issues with your account, including collection activity.
"Would you like me to go ahead and process that for you?"

**"I was misled by the enrolling agency."**
"That's definitely not ideal, and I understand how frustrating it must be if you feel like you weren't given all the right information. I want to make sure we can help clear things up and support you moving forward."
"I can assure you, we're here to work with you and ensure everything is properly addressed. The balance we're following up on covers coverage from [Start Date] through [Paid Through Date], regardless of the agency's advice, but I'm more than happy to review your plan details with you and explore your options."
To avoid any potential issues with your account, including collection activity.
"Would you like me to go ahead and process the payment?"

**Carson Attachment B, Page 6 of 6**

# Carson Attachment C

*Thank you for holding*

## Health Script:

Hello, this is _____, your Licensed Health Agent. How can I **help** you today?

Are You Currently insured with one of our plans now, or are you uninsured?

### IF UNINSURED:

- When was the last time you had health insurance? (*Was it in the last 63 days?*)

- Was that through your work or on your own?

- What happened to that plan? (was it canceled, did you not make the monthly premium the reasoning)

### IF INSURED:

- Who do you currently have your insurance with?

- Is that through your company or on your own?

- What is the premium you are responsible for on a monthly basis? (*Do they have a deductible?*)

Your Zip code will bring up **ALL** the plans in your Region, So what is your Zip

code? Are you looking for an Individual or Family plan?

The First thing the Underwriters look at for all US Citizens is the Date of Birth. So what is your date of birth? (*Get-Date of birth for Family members or spouse if needed*)

What is your estimated Gross household income for the current year (2023)? (*Open enrollment would be next year*)

When the Underwriters pull up your Medical records, are there any conditions or prescriptions that will appear on your records?

So you never had any Critical illnesses like Cancer, HIV, or Strokes?
**OKAY GREAT! So you are BLESSED with Good Health!**

**Carson Attachment C, Page 1 of 13**

*For Brackets below know that the 2 numbers you will be starting at are made up. START HIGH AND GO LOW. This is where you get them to agree on a PRICE!*

*For Example: All individual plans start between $400-450*

Now that I'm placing all of your data in the system, a Chart pops up. The chart gives us an accurate reflection of what the plans cost within your bracket. And your bracket is telling me that plans range from _____ to _____ a month. So since you fall within that bracket, is that affordable for you on a monthly basis?

**IF THE RESPONSE IS NO**

Okay, let me ask you, you don't need Drug and Alcohol coverage for rehabs or Maternity coverage for newborn babies on your plan, right? (WHEN THEY SAY NO) Okay, I can take off those extra benefits of the plan. I have a more affordable bracket that ranges from_____ to _____. Is that more affordable for you?

**Once you have agreed on a price --->**

Ok **Great!** Just to give you some Background information on me and what I do here, I am a Benefits coordinator, which means I have access to all of the Top A rated insurance companies in the country, so it's my job to shop **ALL** of the available insurance plans with you to help you find the **MOST** coverage at the **BEST RATE**. So what I'm going to do now is place you on a brief hold while I pinpoint which plan comes back the most cost-effective, and when I get back on the line, we'll go over all your best options together. **OK?**

**OKAY GREAT!** So just hang on tight for about 30 seconds to a minute, and I'll be right back on the line, **OKAY?**

**HOLD FOR 30 seconds to a MINUTE**

**Carson Attachment C, Page 2 of 13**

**COME BACK FROM HOLD**
Can you hear me? (**CUSTOMER: Yes**)

So After shopping the Plans in your county, I noticed that our Government Obama Marketplace-plans came back higher. Because when I pulled up BLUECROSS, UNITED, HUMANA, CIGNA, and AETNA, their premiums ranged from Higher Cost - Higher Cost.

But when I pulled up our State Issued plans for healthy Citizens like yourself, their bracket ranged from Low-Cost-Low Cost. But the plan that came up as the most cost-effective is underwritten through **Carrier Name**, which gives you access to **The First Health PPO network.**

**The First Health PPO network** is the largest PPO network in the country. First Health will allow you to pick and choose all of your Doctors, Hospitals, and Specialists, giving you the Flexibility of Choice.

Also, some plans are statewide but this plan is nationwide! So if you have to travel or see relatives, you will be covered in all 50 states!

You are also going to get a prescription card with the plan, and all your prescriptions are sent to a Prescription assistance division program where your Generic medications come back between $4 and $15, and your Brand name drugs will come back at $30 or higher. (Tier or drug dependent)

Also instead of getting stuck with a high deductible because you told me you were healthy, As long as you qualify it allows me to remove the deductible from the plan. So there is NO DEDUCTIBLE TO SATISFY. What you will receive is called a 1st dollar coverage at any Hospital of your Choice. That's why a low deductible or NO DEDUCTIBLE is way better than a higher one.

All your Primary Doctor Visits will have a $25 Copay

Specialist Visits $50 Copay, and Urgent Care is also a $50 Copay.

Also, for all of your Preventative and Wellness Screenings i.e., your Annual Checkups, Physicals, Pap Smears, or Mammograms, they will be covered at 100% at no cost to you.

*(If you're adding a Dental policy, explain the benefits, Read off of the Benefits portal)*

Now the only thing the plan doesn't cover is Maternity for newborn babies and Substance abuse for Drugs and alcohol, and YOU DON" T NEED THAT, RIGHT????

Because if we left that on the plan, the plan was coming back at Higher Cost. But since we took the Maternity and Substance abuse off the plan it allowed us to drop the plan to Actual Plan Cost (*this is the first time you tell them the actual plan cost*)

(Pause let them realize that)

**Carson Attachment C, Page 3 of 13**

So you like being at Plan Cost better than being stuck at the Higher Cost a month, **RIGHT?**

OK, great! So the next step is that we'll fax everything over to the Underwriters. Everything is processed electronically, and then once you are approved for the plan, you will receive an email confirmation first with temporary insurance cards until you get the hard copy policy in the mail in about 7-14 days.

Also, during the enrollment, your state regulates an additional $100 for the first month. So only for the First month, your plan will be ***Actual Plan Cost*** + $100 but all future months will be the ***Actual Plan Cost*** going forward. What that does is it puts your approval through within 24 hours so your policy goes into effect immediately, then it locks in the rate at the ***Actual Plan Cost*** going forward so your plan will never increase, and also your plan stays month to month with NO contract so you can keep the plan as long or as little as you would like!

**Now I'll walk you through the Medical History questions shortly, but since you're the Primary on the plan, as long as we can get you approved. How do you want your name to appear on the Hard Medical Cards?**

And what's the Mailing address? I can have your insurance cards sent to you, assuming you do get accepted.

Now before I Start the Medical History questions, I want you to write my number down in case you have any questions after we get you underwritten, so it is **(888)563-2321**. I'm going to ask you a few Medical questions at this time.

Please Let me know if any of these apply to your current Medical History.

**Carson Attachment C, Page 4 of 13**

- **MEDICAL QUESTIONS:**

1. To the Best of your knowledge and belief, within the last five years, has any applicant been diagnosed or treated with any of the following symptoms or conditions:
- Cancer
- Tumor
- Stroke
- Had a heart attack
- Had heart surgery
- COPD or Emphysema

2. To the Best of your knowledge and belief, within the last five years, has any applicant been diagnosed or treated with any of the following symptoms or conditions: • Crohn's disease
- Liver Disorder
- Kidney disorder or End-stage renal disease

3. Lastly, to the best of your knowledge and belief, within the last five years, has any applicant been diagnosed or treated by a physician or medical practitioner for Acquired immune deficiency syndrome (AIDS) or tested positive for Human Immunodeficiency Virus (HIV)?

4. Now, we're going to attach those medical questions to the application.

**Carson Attachment C, Page 5 of 13**

- **FOR DEBIT OR CREDIT:**

Now for the First month with the plan, Assuming you get approved, would you like to use a **VISA** or **MASTERCARD?**

*(All Visa's begin with a 4 all Mastercard's being with a 5)*

**"I'm ready for the # when you are."**

**Carson Attachment C, Page 6 of 13**

- **ONCE YOU RECEIVE CREDIT CARD #**

**SEND TEXT MESSAGE LINK TO FINISH APPROVAL PROCESS**

The text will say "To Complete the Enrollment App, click the link._____"

It will bring you to a secure page to verify your **Date of Birth**, enter the two digit month, two digit day, and four digit year. Once you submit that it will bring you to a page with enrollment details. Verify your information is spelled correctly at the top, then scroll down you will see the

breakdown of your policy. Scroll down again and you will see three boxes to the left hand side for you to check.

Make sure you check all the boxes.

What you see there is the breakdown of your core policy, broken down similar to how a restaurant bill would be itemized.

Then you can e-sign your name in the space and click the navy blue button below that says **"SUBMIT"**.

**Once you see the Credit Card has processed :**

**Tell Customer: Congratulations! So we are getting the green light over here! You have been approved! Clap your hands with them! Cheer them on! WOOHOO!**

**Carson Attachment C, Page 7 of 13**

This bracket is income-dependent, but this is a good rubric to go by for any income. Start high and go low. Tell them you are taking Maternity and Substance abuse off to justify the rate drop. Or as long as they come up healthy.

| Example Chart | State Issued Private Brackets (Lower-Lower) | Obamacare brackets (Higher-Higher) |
|---|---|---|
| Individual | $400-$550 monthly | $611-$733 monthly |
| 2 people on the plan | $550-$600 monthly | $848-923 monthly |
| Family | $750-$800 monthly | $1038-$1224 monthly |

*This graph serves as an example on how to build a plan ^*

**Carson Attachment C, Page 8 of 13**

## Bottley Training: Health Insurance Pitch

Hello this is _____ your licensed Health Insurance Agent and how can I help you today?

Okay, I'd be happy to help you with that today. I just need a few pieces of information.

What is your first and last name?

Date of birth?

Your Zip code will bring up all the plans in your region, what is your Zip code?

Are you looking for an Individual or Family Plan?

Now, are you currently insured or uninsured?

**IF UNINSURED:**

When was the last time you had health insurance ?

Was that through your work or on your own ?

What happened to that plan? (was it cancelled, did you not make the monthly premium, etc.)

**IF INSURED:**

Who do you currently have your insurance with?

Okay is that through your company or on your own?

What monthly premium were you responsible for on a monthly basis ?

**Continue:**

The First thing the Underwriters take a look at for all US Citizens is if you are currently taking any prescriptions or have any current medical conditions?

So you never had any Critical illnesses like Cancer, HIV, or Strokes?

OKAY GREAT! So you are BLESSED with Good Health!

Lastly, what is your estimated Gross household income for the current year (2021) ?

**Carson Attachment C, Page 9 of 13**

Now, health plans can be customized based on your needs, are there any specific benefits you are looking for TODAY with this plan?

**Background:**

Just to give you some background information on me and what I do here, I am a Benefits Coordinator which means I have access to all of the Top A rated insurance companies in the country, so it's my job to shop all of the available insurance plans with you to help you find the **MOST** coverage at the **BEST RATE**.

Now I'm placing all of your data in the system and a Chart will pop up. The chart will give us an accurate reflection of what plans are costing within your bracket.

So what I'm gonna do now is I am going to place you on a brief hold while I pinpoint which plans come back the most cost effective and when I get back on the line we'll go over all your best options together. **OK?**

**HOLD for 30 seconds to a minute**

**COME BACK FROM HOLD**

Can you hear me ? (**CUSTOMER: Yes**) Alright, so I shopped all the available plans for you in your state, and we have some options. I'll start with the most comprehensive and go down the line, you let me know which sounds best, and then we'll go into details of the plan. You can write any of this down if you like.

First, the Government OBAMACARE/BIDENCARE Marketplace plans came back a bit higher. They are ranging from Highest Cost - Highest Cost. with a high deductible.

Next, I see the BLUECROSS, UNITED, HUMANA, CIGNA, and AETNA premium ranges are from High Cost - High Cost with a higher deductible.

**Carson Attachment C, Page 10 of 13**

Now, it looks like the most affordable option for you will be the state issued private plans through your state of_____. They are ranging from Low-Cost-Low Cost with a *zero dollar deductible.* These plans are designed for healthy citizens like yourself, that's why the rates are better and you qualify for the zero deductible today saving you thousands of dollars. Which sounds best to you?

**IF RESPONSE IS NONE/TOO EXPENSIVE**

Okay, let me ask you, you don't need Drug and Alcohol coverage for rehabs or Maternity coverage for newborn babies on your plan right? (WHEN THEY SAY NO) Okay I can take off those extra benefits of the plan and I have a more affordable bracket that is ranging from_____ to _____, would that be more affordable for you ?

**ONCE YOU AGREE ON PRICE**

Great, now, these plans are underwritten through Liberty and are on the Multiplan PPO network. The Multiplan PPO network is the largest network in the nation! Same network as BLUECROSS, UNITED, HUMANA, CIGNA, and AETNA, meaning that you are allowed to pick and choose all of your Doctors, Hospitals, and Specialists giving you the Flexibility of Choice.

Also some plans are statewide but this plan is nationwide! So if you are traveling to see relatives or going on vacation you will be covered in all 50 states!

You're also going to get a prescription card with the plan where your generic medications come back between $4 and $15 and your brand name drugs will come back at $30 or so.

**Carson Attachment C, Page 11 of 13**

Now, like I said , instead of getting stuck with a High deductible because you're healthy it allowed me to remove the deductible from the plan. So there is NO DEDUCTIBLE TO SATISFY. What you're going to receive is called 1st dollar coverage at any Hospital of your Choice.  That's why a low deductible or NO DEDUCTIBLE is way better than a higher one.

For all of your Doctor visits you are going to receive a $25 copay and for all of your Specialists visits you will receive a $50 Copay. On top of that, you do not have to get a referral from your primary doctor, you can go directly to your specialist.

Also, for all of your Preventative and Wellness Screenings  i.e. your Annual Check ups, Physicals, Pap Smears, or Mammograms they are going to be covered at a 100% with no cost to you.

*If you're adding a Dental policy explain benefits now. Read off of Benefits portal.*

Now the only thing the plan doesn't cover is Maternity for new born babies and Substance abuse for Drugs and alcohol and YOU DON"T NEED THAT RIGHT????

So since we took that off the plan that brought you down from the Higher Obama Cost with a high deductible and brought you down to Low Cost with No Deductible. Which you like being there better **RIGHT?**

**Carson Attachment C, Page 12 of 13**

OK great! So the next step is that we'll email everything over to the Underwriters in house, everything is processed electronically, it takes about a minute or 2. Then once you are approved for the plan you are going to receive an email confirmation first with temporary insurance cards until you get the hard copy policy in the mail in about 7-14 days.

Also, the state regulates an additional $125 on to the first month only, that pays for the medical underwriting with your state. That would be on any plan you select. What that does is it pushes your approval through within 24 hours so your policy goes into effect immediately, then it locks in the rate at the Plan Cost going forward so your plan will never increase and also your plan stays month to month with NO contract so you can keep the plan as long or as little as you would like!

**Now I'll walk you through the Medical History questions shortly but since you're the Primary on the plan as long as we can get you approved. How do you want your name to appear on the Hard Medical Cards?**

Now before I Start the Medical History questions I want you to write my number down in case you have any questions after we get you underwritten so its **CUSTOMER SERVICE #**. So I'm going to say about 3 Medical questions at this time. Please let me know if any of these apply to your current Medical History.

**Carson Attachment C, Page 13 of 13**

# Carson Attachment D

# Medicaid or Low Cost Plans

**Agent:** Mr. / Mrs. _____ here's what I have to help you understand how zero or low cost state plans work.
Even though the insurance was $_____ to you, the actual cost of the insurance was between $450 to $750 monthly. The state was sending your insurance company the subsidized amount.
That's the first part of it *customer's name* so do you understand that part? **Make sure they understand this before moving forward!**

Now because of the new law and Trump's bill passing on July 3rd, that help (**THE SUBSIDY**) has been cut. Only pregnant women and critically ill people are the ONLY citizens that will get free coverage. That's the second part of it *customer's name* and there's one more part to it, but are we clear on this part? **Make sure they understand this before moving forward!**

Ok, so with the new law abled bodies no longer qualify for free or low cost coverage and those that are not employed are now required to work 20 hours per week to even qualify for the partial subsidy. **SO NO INCOME IS NO LONGER A FACTOR**. So you MUST have income to qualify for food stamps, medicaid, and low cost plans. This is Trump's Executive Order for healthcare moving forward.

**Carson Attachment D, Page 1 of 1**

# Carson Attachment E

OPENING
REBUTTALS
(outbound
dialing)

SALES
OBJECTIONS

**Carson Attachment E, Page 1 of 12**

I AM NOT
LOOKING FOR
ANYTHING

I ALREADY HAVE
HEALTH
INSURANCE

STOP CALLING
OR YOURE THE
10TH PERSON TO
CALL ME

I AM NOT
INTERESTED

I WAS LOOKING
FOR *(INSURANCE
COMPANY)*

I WAS LOOKING
FOR CHEAP / FREE
INSURANCE

I DO NOT HAVE
TIME FOR THIS
RIGHT NOW

**MAIN PAGE**

**Carson Attachment E, Page 2 of 12**

## I AM NOT LOOKING FOR ANYTHING.

"I see here that you had recently went on to one of our websites for affordable health insurance, were you already able to find a plan? (Wait For Answer and respond accordingly. Always look for an opportunity to start qualifying.)

## I ALREADY HAVE AN INSURANCE PLAN

"Well if I could save you $100 per month it may be worth a few minutes of your time, how come you were online looking for quotes today? (Wait For Answer and respond accordingly. Always look for an opportunity to start qualifying.)

## I AM NOT INTERESTED

"I understand. I see here you were looking for quotes for affordable health insurance. Did you find yourself a plan? (Wait For Answer and respond accordingly. Always look for an opportunity to start qualifying.)

## I AM LOOKING FOR CHEAP / FREE INSURANCE

"I understand. I can definitely see what you qualify for! What is your DOB and Zip code? (Move to qualifying page)

## I DON'T HAVE TIME FOR THIS RIGHT NOW

"Not a problem. Getting a free quote only takes a few minutes and if i could save you a hundred dollars a month it may be worth a few minutes of your time! What zip code are you calling from? (Try to qualify them)

## I WAS TRYING TO GET IN CONTACT WITH (INSURANCE COMPANY)

"Not a problem. We are contracted with them. Are you currently insured with them or are you trying to get enrolled today? (Try to qualify them and see if they want or need insurance)

## STOP CALLING / YOU ARE THE 10TH PERSON TO CALL ME.

"I understand it can be frustrating being called after submitting information online. I am only trying to help you. I see you were looking for low-to-no cost insurance on line. Was that just for yourself or for you and your family(Try to qualify them and see if they want or need insurance)

**MAIN PAGE**

**Carson Attachment E, Page 3 of 12**

DO I HAVE TO PAY RIGHT NOW?

DO I NEED TO PROVIDE YOU WITH MY PAYMENT INFORMATION RIGHT NOW/ OVER THE PHONE?

CAN YOU SEND ME AN EMAIL?

THE PRICE IS TOO HIGH!

I WANT TO SHOP AROUND.

CAN I CALL YOU BACK?

I DO NOT FEEL COMFORTABLE PROVDING YOU WITH MY SOCIAL SECURITY NUMBER

I WANT TO TALK TO MY SPOUSE BEFORE COMMITTING

I DO NOT NEED THE COVERAGE TO START UNTIL A LATER DATE

What are all of these separate costs? (Verification)

Do you have anything cheaper?

Why does this page say "Limited Benefit" or "Not Insurance"

I cannot make the payment today

I want to think about it...(Group Rebuttal)

**MAIN PAGE**

**Carson Attachment E, Page 4 of 12**

## DO I HAVE TO PAY RIGHT NOW?

"That's a great question. So what we are doing right now is gathering all the required information to submit your application for your enrollment with (Insurance Company Name). The next step is that I will be sending you a text message to your cell phone of the application for your review. Basically, you just need to make sure I did my job correctly. You'll verify that all your personal information, as well as the cost of the plan and your method of payment for monthly billing is accurate. Then you'll sign off on the document, I'll receive the signature and submit the application for you. Your policy is set go effective on (insert date) and you won't have another payment until (insert date). So your reoccurring payments will always be on the (insert day) of the month. Does that make sense? (WFA) "Ok great, so please go ahead and verify the card number you'd like to have on file with your insurance company.

## DO I NEED TO PROVIDE YOU WITH MY PAYMENT INFORMATION RIGHT NOW/ OVER THE PHONE?

So what we are doing right now is gathering all the required information to submit your application for your enrollment with (Insurance Company Name), which includes a valid method of payment. The next step is that I will be sending you a text message to your cell phone of the application for your review. Basically, you just need to make sure I did my job correctly. You'll verify that all your personal information, as well as the cost of the plan and your method of payment for monthly billing is accurate. Then you'll sign off on the document, I'll receive the signature and submit the application for you. Your policy is set go effective on (insert date) and you won't have another payment until (insert date). So your reoccurring payments will always be on the (insert day) of the month. Does that make sense? (WFA) "Ok great, so please go ahead and verify the card number you'd like to have on file with your insurance company.

**MAIN PAGE**

**Carson Attachment E, Page 5 of 12**

## CAN YOU SEND ME AN EMAIL? *(Before going over a plan)*

That's a great question. So what I normally do is go over all of the benefits of the plan with you. If you like the plan then we would submit an application to the insurance company. After the verification process you will receive an **email** first with the outline of coverage and temporary ID cards that you could print out and use until you get the hard copies in the mail. So let's start with your doctor's visits... (Go to script)

## CAN YOU SEND ME AN EMAIL? *(After going over a plan)*

ABSOLUTELY! What's a good email address I can put on file for you? . So what we are doing right now is gathering all the required information to submit your application with (Insurance Company Name). The next step is that I will be sending you a text message to your cell phone of the application for your review. Before doing so, I just need to gather some information. *(Go to "Closing Statement")* Can you confirm one more time for me the correct spelling of your first and last name? *(Phone number,address,DOB...etc)*

## THE PRICE IS TOO HIGH!

That is not a problem. Like I said, I work for you. This was the program suggested for you based on your qualification answers. It looks like over 60 different plans were compared for you today and this one was the #1 suggest, but I can absolutely peel back the covers and see what we can do to get this monthly premium down for you. Let me ask, what is the dollar amount you do not want to exceed monthly? (WFA) Ok, understood. Give me just 1-2 minutes and I will be right back with some good news for you. Please stand by. (Rebuild the plan in their price range and go for the close)

**MAIN PAGE**

**Carson Attachment E, Page 6 of 12**

**I WANT TO SHOP AROUND.**

Remember we had our enrollment tool compare all your available options based on your current circumstances, location and health history, and this is the program that was selected to have the estimated lowest all-in cost for the year based on your specific needs. Is the price of the insurance plan just a little too high for you? (WFA)

**If "Yes" – READ "PRICE IS TOO HIGH REBUTTAL"**
**If "No (other reason)"**

Well it's important Over 117 plans were compared between the ACA Marketplace and the Private Insurance Network to find you this program at this rate. We looked through HMO's, EPO's and PPO's. Plans with High and low deductibles were shopped. All Metal tiers were explored from Bronze to platinum. Now if there was a better plan out there for you/you guys then that is the plan that we would be going over together because, again, I am an agent, so I don't work for 1 specific insurance company. I work for you! I get paid on what is called retention. So that means, If you do not keep this program for at least six months, then I do not get compensated. Which means that it is definitely in my best interest to put you in the plan that is in your best interest the FIRST TIME. Because if I don't do this right the first time then you'll end up "shopping around" calling 20-30 more places, hear the same thing in different words repeatedly, until you end up even more frustrated, and I WON'T GET PAID...and I definitely want to get paid. So that's why it is very important for us to do everything right, HERE, the first time. So let's submit the application to see if we can get you/you guys approved First because everything is still hypothetical. ASK FOR THEIR EMAIL ADDRESS OR THEIR CARD!

**MAIN PAGE**

**Carson Attachment E, Page 7 of 12**

## I DO NOT FEEL COMFORTABLE PROVDING YOU WITH MY SOCIAL SECURITY NUMBER

I understand completely about your hesitancy. Once the number is entered it becomes locked and no one has access to that information except for the marketplace. This is required to get your application approved, verify your citizenship and to have your subsidy applied to reduce the cost of her insurance. So please do provide me with your full social security so I can get you insured.

## I WANT TO TALK TO MY SPOUSE BEFORE COMMITTING

It sounds to me like you like the plan, but you just want to talk things over with your wife to make sure that you are making the best decision for your family, right? (WFA)I understand completely because me and my wife are the same way! Remember, if there is any plan better for you than this plan, that's the plan that we would be going over because, again, I am an agent, so I don't work for the insurance companies. I work for you. I get paid on what's called retention. So that means that if you don't keep this plan for at least 12 months then we don't make a single dime off of the policy so it's definitely in my best interest to put you in the plan that's in your best interest the first time, because if I don't do it right the first time, it's a losing situation for both of us, because if I DON'T then you'll be back at square one shopping around calling 20-30 MORE places until you end up even MORE frustrated, and they aren't going to pay me, and I definitely want to get paid so that's why we do everything right, HERE, the first time. So let's submit the application to see if we can get you/you guys approved. Again, you will receive the terms and conditions via DocuSign in a few moments, you will not be charged until you sign. You also have a 30-day provisional look-over period to overlook the coverage to make sure that you are STILL satisfied with the plan. If for some reason you guys decide it's not for you, just call me back and we will switch you over to something else because we have all the insurance plans in your

**MAIN PAGE**

**Carson Attachment E, Page 8 of 12**

state, and it doesn't matter to me which one you go with as long as you're happy with it because they all pay me the same. OK? (WFA) If "OK," Say… "Ok, we can put on fil If "OK," Say… "Ok, we can put on file a MasterCard or Visa?" (Wherever you left off If they say, I understand but I still need to talk to my wife: I understand (customers name) listen, there are only 3 reasons why someone wouldn't want this plan: its either time, money or legitimacy. We know it's not the time because you said you need insurance to start ASAP, we know it's not the money because you told me that $_____was affordable, right? Ok are you sure? Because if it's not we can look at other options with less benefits and a lower rate? (WFA), ok… and we know its not legitimacy because keep in mind the only reason why we are on the phone right now is because you asked us for a quote when you filled out your application on Esurance and they make like a million dollars a day so they would never risk their reputation by doing business with our company if we weren't 100% honest and delivering with our insurance, so what's the real reason? (WFA)

**If they say a different reason, go to the objection:**
**IF they say spouse again say:**

(customers name) let me ask you a question, (if no insurance) how long has it been since you've had insurance? (if has insurance) how long have you been shopping for a new plan? WFA Ok so you and your wife have had plenty of time to talk things over, and remember you aren't making your final decision today. The insurance company, by law, must give you a 30-day free look period to overlook the coverage. See, doing it this way will put everything across your desk in black and white for you and your wife to review together in writing, so if you have any questions or anything in the future, I'm your agent from now on so just call me and I will be more than happy to answer any questions you guys have. Again, I work for you not the insurance companies it does not matter to me which plan you guys go with. So, if you give me 1% of your trust I will earn the other 99% of it but we are putting the cart before the horse right now because we haven't submitted your application yet. So let's get you approved , you'll have 30 days to talk to your wife, realistically it will take you guys 30 minutes to talk it over but you get 30 days and if for some reason your wife/husband says, "no honey, I don't want you to have insurance" just call me back and we will cancel it but this is definitely the most value for dollar option available to you. OK? Do you want to use a MasterCard or Visa?

**MAIN PAGE**

**Carson Attachment E, Page 9 of 12**

## I DO NOT NEED THE COVERAGE TO START UNTIL A LATER DATE

That is not a problem at all! The goal here is to make sure there is no lapse in coverage for you. Your insurance is set to end on (insert date) correct? (If no, get the correct date their insurance would end) Ok awesome so this insurance plan is set to go effective the next date so there is NO LAPSE IN COVERAGE. We would finalize the application today to get you improved so that way the rate does not increase, and you are guaranteed coverage. You reoccurring payments would be processed on the (insert day) of the month and you wouldn't have another payment due until (insert date.) Does that make sense? (WFA) Awesome, so now we just want to finalize the application which requires a valid method of payment for me to send out the document to you via text message to review. Which method of payment do you want to put on file?  A visa or a mastercard?

## What are all of these separate costs?

Along the side, you're going to see a breakdown of your policy and member benefits. The insurance companies refer to this as a bill-by-benefit breakdown, but it will always add up to exactly what I quoted you for (insert total premium). These are for your out of network benefits, dental and vision and gap benefits which helped get your rate reduced over-all. Check any acknowledgment boxes you may see as you scroll down to the very bottom, then sign and type your name in the two boxes and click accept. Regulations insist you are informed in DETAIL upon approval.

**MAIN PAGE**

**Carson Attachment E, Page 10 of 12**

**Do you have anything cheaper?**

If I peeled back the covers and looked closely at the other plans, im sure there is something a little bit cheaper. Cheaper doesn't always mean better though. Like I said, I work for you. This was the program suggested for you based on your qualification answers. It looks like over 60 different plans were compared for you today and this one was the #1 suggest, but I can absolutely peel back the covers and see what we can do to get this monthly premium down for you. Let me ask, what is the dollar amount you do not want to exceed monthly? (WFA) Ok, understood. Give me just 1-2 minutes and I will be right back with some good news for you. Please stand by. (Rebuild the plan in their price range and go for the close)

## CAN I CALL YOU BACK LATER?

I will be your agent moving forward so you can absolutely call me back at any point in time. My suggestion is to finalize your application so you can get the approval and lock in the rate. The closer you are to your target effective date, the higher your monthly insurance premium can go. If we do not finish the application we will have to start all the way over from the beginning. So it will only take about 5-10 more minutes to get everything finalized and approved. (Try to pick up where you left off)

## Why does this page say "Limited Benefit" or "Not Insurance"?

That is a great question! This is a comprehensive plan which includes coverage for "Out of Network" emergencies or scheduled visits with providers outside the organization. That catastrophic protection and the out of network savings are included STANDARD for all members-but they are NOT intended to replace insurance primary coverage. This is why you will also see information about Non-insurance benefits included in your plan like your savings program for medications, telemedicine and other programs also included as additional benefits in your plan. Your primary benefits for in-network providers will be detailed when you receive your physical welcome package. As you continue to scroll through make sure you do not miss any acknowledgment boxes on your way down to the signature boxes...etc (Get them to sign)

**MAIN PAGE**

**Carson Attachment E, Page 11 of 12**

**I CANNOT MAKE THE PAYMENT TODAY.**

I understand that (premium plus enrollment fees) might sound unaffordable today but you did say that it was affordable for you on a monthly basis and that you like the benefits of the program, correct? (Wait for answer)

Understood, so like i said you will have a 30-day free-look period to review or even upgrade your coverage. What day would you be able to process the payment of (premium plus enrollment fee)? (Wait for answer)

Give me a moment to determine the flexibility with (Name of Carrier), I know we can find a way to work within your budget on this. (Build cheaper alternative)

Okay (name of caller) I've got great news for you! (Name of Carrier) offers an expanded Bronze option with similar benefits. This plan would have you spend more on SOME copays, like $50 for Urgent care instead of just $25. For example, instead of brand name medications at $20, this plan could have you pay as much as $50.

We could submit your completed application for THIS bronze plan today, with the freedom for you to upgrade your coverage to the more recommended SILVER plan on (requested date of later payment) or ANY time in the future.  You will be locked in for TODAY'S rates, *risk free*, without needing to be quoted again or answering a million questions on another call. Plus, it's only (cheaper premium plus enrollment fees) and you won't have another payment until the end of (month following effective date). I'm assuming this would be more affordable for you today, right?

**I WANT TO THINK ABOUT IT ... (GROUP REBUTTAL)**

It is very important that you understand the value of a group plan, I explain it the same way each time so the concept is fully grasped. The way that we can place you into a group plan is when you have a larger corporation of say 500 people. When the company secures health insurance for those 500 employees it will give them negotiating power because they are spending so much money with that carrier. They will be able to negotiate better benefits at lower rates. You will still have say 50 employees that don't take the coverage through the job, usually because the spouse gets a better option for the family through their position. When that happens, we are then contracted with that insurance carrier as an enrollment agency to fill those leftover group slots. These plans are offered at a 40-50% discount while they are available because if the remaining group slots don't get filled, then the entire group is penalized with everyone's rates increasing. If you were to secure this same level of coverage on your own outside of group rate pricing you would easily be paying around 6 or $700 monthly for no deductible, low copays like this ... But because there are leftover slots currently, THAT'S how I can place you into this level of coverage at this price.

GO TO CLOSING STATEMENTS. ASSUME THE SALE ALWAYS.

**MAIN PAGE**

**Carson Attachment E, Page 12 of 12**

**Carson Attachment F**

 A  J  MD

Date: 4/8/2026

Subject: Appeal to reprocess the claim

Patient's Name: E  S
Date of birth:
Subscriber's ID number: G397348
Date of Service: 5/8/2024
Billed amount: $155500.00

You've denied this claim as non-covered services.

We checked the benefit with your representative, Cassandra N., on 4-19-2024, at 1:33 PM CST, reference #801, that the plan has coverage from 8/23/23 to 5/21/24, and has a benefit upto 70% of the billed amount, and billed CPT codes need no prior authorization.

Again, we checked with Michael X., 4/22/2024, at 11:32 AM CST, reference # 59281, and replied with the same benefits verification.

Please reprocess this claim according to the patient benefit plan.

Thank you for your prompt attention to this matter.

**Carson Attachment F, Page 1 of 3**



Innovative Partners
P.O. BOX 17309
Clearwater FL 33762-0309

Page 1 of 2

**Remittance Advice**

Forwarding Service Requested

**Customer Service**

Questions? Please call
Customer Service at
(866) 949-3581
Payer ID - 32324

**************ALL FOR AADC 100
PB-C01-34-ENV 3045

**Payment Information**

Paid Date: 10/15/2025
Check No.
Provider RA No. P2532204

INNOVATIVE
PARTNERS

Claim#: 2557218

Patient: S██████, E███

Provider: A██████ J██████ MD LLC
Group: INNOVATIVE_PARTNERS_00002_MP

| Dates of Service | Proc. Code | Amount Billed | Not Covered | Rmk Code | Discount Amount | Allowed Amount | Deductible Amount | Co-pay Amount | Covered Amount | Paid At | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/08-05/08/2024 | 22600 | $46,000.00 | $46,000.00 | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| 05/08-05/08/2024 | 22614 | $14,500.00 | $14,500.00 | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| 05/08-05/08/2024 | 22842 | $27,000.00 | $27,000.00 | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| 05/08-05/08/2024 | 63045 | $41,000.00 | $41,000.00 | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| 05/08-05/08/2024 | 63048 | $27,000.00 | $27,000.00 | 99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $0.00 |
| Column Totals | | $155,500.00 | $155,500.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |

Patient's Responsibility: $155,500.00

| | |
|---|---|
| Less Coordination of Benefits | $0.00 |
| Interest/Penalty | $0.00 |
| Total Payment | $0.00 |

**Claim Summary**

| Dates of Service | Patient Name | Amount Billed | Not Covered | Discount Amount | Allowed Amount | Deductible Amount | Co-pay Amount | Covered Amount | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/08-05/08/2024 | S████ E███ | $155,500.00 | $155,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Totals | $155,500.00 | $155,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Remark Code Description**

99    NOT A COVERED SERVICE

**Carson Attachment F, Page 2 of 3**

## Important Information

**APPEAL RIGHTS**

This document contains important information that you should retain for your records. This document serves as notice of benefit determination. We may have declined to provide benefits, in whole or in part, for the requested treatment or service described on the front side of this document. If you think this determination was made in error, you have the right to appeal (see below for information about your appeal rights).

Important Information about Your Appeal Rights

What if I need help understanding this denial? Contact Customer Service at the number located on the front of your explanation of benefits and on your Identification Card if you need assistance understanding this notice or our decision to deny you a service or coverage. What if I don't agree with this decision? You have a right to appeal any decision not to provide or pay for an item or service (in whole or in part). As part of our standard appeal process, you have 180 days from receipt of this notice to file an appeal. Failure to comply with this timeframe may constitute forfeiture of your right or your designated agent's right to appeal a claim denial, partial payment or service rejection. How do I file an appeal? Send your request and any supporting documentation to:

Innovative
Attn: APPEALS
1401 N University Dr STE 207
Coral Springs, FL 33071

What if my situation is urgent? If your situation meets the definition of urgent under the law, your review will generally be conducted within 72 hours. Generally, an urgent situation is one in which your health may be in serious jeopardy or, in the opinion of your physician, you may experience pain that cannot be adequately controlled while you wait for a decision on your appeal. If you believe your situation is urgent, you may request an expedited appeal by contacting the customer service phone number listed on your ID card. If your request does not meet the requirements for an expedited review, we will follow the standard appeal timeframe for pre-service reviews which is 30 calendar days. You, your authorized representative, or healthcare provider will receive a written determination of our review.

Who may file an appeal? You or someone you name to act for you (your authorized representative) may file an appeal. The authorized representative and the applicant request must both be in writing accompanied by a signature, unless the applicant is unable to sign. Can I provide additional information about my claim? Yes, you may supply additional information by contacting customer service by phone or in writing. Can I request copies of information relevant to my claim? Yes, you may request copies (free of charge). If you think a coding error may have caused this claim to be denied, you have the right to have billing and diagnosis codes sent to you, as well. You can request copies of this information by contacting Customer Service.

What happens next? If you appeal, we will review our decision and provide you with a written determination. Standard pre-service appeals are processed in 30 calendar days from receipt. Post or after service appeals are reviewed within 60 calendar days from receipt or your request. You, your authorized representative, or healthcare provider will receive a written determination of our review and outcome of the appeal. If we continue to deny the payment, coverage, or service requested or you do not receive a timely decision, you may be able to request an external review of your claim by an independent third party, who will review the denial and issue a final decision.

Other resources to help you: For questions about your rights, this notice, or for assistance, you can contact: the Employee Benefits Security Administration at 1-866-444-EBSA (3272)

**Carson Attachment F, Page 3 of 3**