UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60976-CIV-AHS

FEDERAL TRADE COMMISSION,

       Plaintiff,

 v.

INNOVATIVE PARTNERS, LP,
d/b/a, INNOVATIVE HEALTH PLAN
or
HEALTHCARE PLAN; AMERICAN
COLLECTIVE, LP, d/b/a
ACLP HEALTH PLAN; HEALTH PLAN
ADMINISTRATORS LLC; PAPYRUS
GREEN INVESTMENTS LLC; AHMED
IBRAHIM SHOKRY; AMERICAN
COLLECTIVE, LP; PAPYRUS
GREEN INVESTMENTS LLC; and
AMANI IBRAHIM SHOKRY,

       Defendants.

_____/

## ORDER GRANTING RECEIVER'S MOTION FOR CLARIFICATION REGARDING KAUFMAN ROSSIN'S PROFESSIONAL FEES

**THIS CAUSE** came before the Court on the Receiver's Motion for Clarification Regarding Kaufman Rossin's Professional Fees (the "Motion") (DE [82]).  As set forth in the Receiver's Motion, Kaufman Rossin ("KR") has three different departments providing different financial and accounting services to the Receiver.  The Receiver requests authorization for the three different departments within KR to bill under the following agreements: (1) KR's general accounting team will bill under the Agreement for Professional Engagement (DE [65-1]); (2) KR's tax team will bill under the May 4 Engagement Letter (DE [65-2]); and (3) KR's forensic team will bill under the draft

2

Agreement for Forensic Accounting Services attached to the Motion (DE [82-1]).   The Court finds that these fee structures are appropriate.   Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Receiver's Motion for Clarification Regarding Kaufman Rossin's Professional Fees (DE [82]) is **GRANTED**. Each department within KR may bill under the respective agreements set forth above.   The Court will review the Receiver's forthcoming fee petition to determine any award of KR's fees and expenses.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 9th day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

2

Error! Unknown document property name.