UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60976-CIV-SINGHAL

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.

INNOVATIVE PARTNERS, LP d/b/a
INNOVATIVE HEALTH PLAN or
HEALTHCARE PLAN, *et al.,*

     Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Receiver's Expedited Motion for the Appointment of a Receiver for Prosperity Health, LLC (the "Motion") (DE [73]). The Receiver argues that Prosperity Health, LLC ("Prosperity"), is holding assets belonging to the Receivership Entities and should be included within the Receivership.  Defendant Ahmed Shokry responded (DE [77]), and the Receiver filed a reply, (DE [81]).

The Receiver presents evidence that over a seven-month period, from March 1, 2024 to September 30, 2024, Innovative Partners, LP ("Innovative") transferred $516,000.00 to Prosperity.  (DE [82-1] at 15-27).  Over that same period, Prosperity only received $58,565 from other sources into the same bank account.  *Id.*  Prosperity also paid for the Google Suite subscription for Innovative in November 2024, December 2024, and April 2025.  (DE [82-2] at 1, 3, 7).  Even though Defendant Ahmed Shokry filed for voluntary dissolution of Prosperity on October 10, 2024, the Receiver alleges that Defendant Ahmed Shokry entered into a lease agreement on behalf of Prosperity around April, 2026.

Under the Stipulated Preliminary Injunction, the Receiver may expand the Receivership to include other entities.  (DE [64] ¶ XV(U)).  Other entities are included as Receivership Entities if they "conducted any business related to the marketing, sale, and provision of Defendants' healthcare-related products, including by receiving Assets derived from any activity that is the subject of the Complaint in this matter, and . . . the Receiver determines [the entity] is controlled or owned by any Defendant."  (DE [64] at 6).

Here, the Receiver has provided good cause to believe that Prosperity received assets from Innovative—over half a million dollars—obtained from the alleged fraud at issue in this case.  Prosperity is also controlled and owned by Defendant Ahmed Shokry.  Prosperity meets the elements of a Receivership Entity.  And expanding the Receivership is appropriate to preserve these assets.  *See, e.g.*, *Fed. Trade Comm'n v. Simple Health Plans LLC*, 379 F. Supp. 3d 1346, 1365 (S.D. Fla. 2019), *aff'd*, 801 Fed. Appx. 685 (11th Cir. 2020).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion (DE [73]) is **GRANTED.**

2. Prosperity Health, LLC shall be subject to the Stipulated Preliminary Injunction (DE [64]) as a Receivership Entity.

3. The Receiver shall serve the Stipulated Preliminary Injunction (DE [64]) and this Order on Prosperity Health, LLC by any means, including facsimile transmission, email, or other electronic messaging, personal or overnight delivery, U.S. Mail or FedEx, by agents and employees of Plaintiff, by any law enforcement agency, or by private process server.

4.  The Receiver shall take control of Prosperity Health, LLC as a Receivership Entity pursuant to the Stipulated Preliminary Injunction (DE [64]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF