UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60976-CIV-AHS

FEDERAL TRADE COMMISSION,

       Plaintiff,

v.

INNOVATIVE PARTNERS, LP, d/b/a,
INNOVATIVE HEALTH PLAN or
HEALTHCARE PLAN; AMERICAN
COLLECTIVE, LP, d/b/a
ACLP HEALTH PLAN; HEALTH PLAN
ADMINISTRATORS LLC; PAPYRUS
GREEN INVESTMENTS LLC; AHMED
IBRAHIM SHOKRY; AMERICAN
COLLECTIVE, LP; PAPYRUS
GREEN INVESTMENTS LLC; and
AMANI IBRAHIM SHOKRY,

       Defendants.

_____/

## RECEIVER'S NOTICE OF COMPLIANCE AND CERTIFICATE OF SERVICE

Paul O. Lopez as Receiver ("Receiver") for Innovative Partners, LP d/b/a Innovative Health Plan or Healthcare Plan; American Collective, LP, d/b/a ACLP Health Plan; Health Plan Administrators, LLC; Papyrus Green Investments, LLC; and Prosperity Health, LLC (collectively, the "Receivership Entities"), hereby give notice of their compliance with the terms of this Court's Order [ECF No. 94], and certifies that a true and correct copy of the Order on Receiver's Motion to Compel Safe Guard Management, LLC's Response to Subpoena [ECF No. 94], was delivered via Federal Express overnight mail to Safe Guard Management, LLC's Registered Agent and Principal Address today, June 30, 2026.

1

#5010743v1-221495.0001

2

Dated this 30th day of June, 2026

**TRIPP SCOTT, P.A.**
*Counsel to the Receiver*
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Phone: (954) 525-7500

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum, Esquire
Florida Bar No. 177540
cmt@trippscott.com
aaa@trippscott.com
eservice@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2026, I electronically filed the

foregoing document via this Court's CM/ECF system which provided a true copy to all those

entitled to notice.

By: */s/ Charles M. Tatelbaum*
Charles M. Tatelbaum, Esquire
Florida Bar No. 177540

#5010743v1-221495.0001