**KAUFMAN | ROSSIN**
cpa + advisors

# INVOICE

Jennifer H. Wahba
Receivership of Innovative Partners, LP
c/o Tripp Scott
110 SE Sixth Street, Suite 1500
Ft. Lauderdale, FL 33301

***Please send payments to our new address.***
3310 Mary Street, Suite 501
Miami, FL 33133

Exhibit B

Invoice No: 539841
Date: 06/30/2026
Client No: 20323000                    Client Administrator: Berger, S

Fees for Professional Services as follows:

| | |
|---|---|
| Accounting services performed in May 2026 | $  9,742.50 |
| Technology and Administrative Fee | $    487.13 |

| | |
|---|---|
| Total for this invoice: | $   10,229.63 |
| Plus amount outstanding on prior invoices: | $    1,797.18 |
| Current Amount Due: | $   12,026.81 |

**Wire instructions are as follows:**
REGIONS BANK
ABA# 062-005-690
Account# 9660148348
FBO: KAUFMAN ROSSIN & CO
Swift Code: UPNBUS44

**ACH Instructions are as follows:**
REGIONS BANK
ABA# 063-104-668
Account#  9660148348
FBO: KAUFMAN ROSSIN & CO

**Payment is due upon receipt.  Please reference your Client Number and Invoice Number with payment.**

**A monthly finance charge of 1.5% will be applied to balances 60 days past due. All payments received will be applied first to any outstanding finance charge(s) and the balance will be applied to the oldest outstanding invoice(s).**

| Total Due | Current | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | Over 180 |
|---|---|---|---|---|---|---|---|
| $12,026.81 | $12,026.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

By Clicking on the Link below you will be able to:
☑ Pay with Credit Card or ACH  ☑ View Your Invoices Online

   

305 858 5600 o
305 856 3284 f

3310 Mary Street, Suite 501
Miami, FL 33133

www.kaufmanrossin.com



 Click Here to Pay with Credit Card or ACH

 PRAXITY™
Empowering Business Globally

Kaufman, Rossin & Co.
A/R Client: 20323000
Date: May 12, 2026 through May 31, 2026
Client: Receivership of Innovative Partners

| Date | Split | Detail | Hours | Hourly Rate | Fees |
|------|-------|--------|-------|-------------|------|
| 5/12/2026 | Vives | Receiver Meeting with Tripp Scott Team and KR Team | 0.90 | 225 | 202.50 |
| 5/15/2026 | Vives | Internal planning call with Cindy, Heidi and Andrea to discuss staffing the project; QBO file access; next steps in the project | 0.60 | 225 | 135.00 |
| 5/18/2026 | Vives | Review 2026 Balance sheet for Innovative Partners LLC; compile a list of what's missing to reconcile Jan-Apr 2026; bank statements, credit card statements and loan documents are missing; identified minor clean up | 0.50 | 225 | 112.50 |
| 5/20/2026 | Vives | OAS: Working Meeting with Heidi, Silvana, and Andrea to discuss setting up work papers; staffing the project; and beginning the project plan | 0.80 | 225 | 180.00 |
| 5/21/2026 | Vives | Review Balance Sheet Comparisons for American Collective and Health Plan Administrators | 0.40 | 225 | 90.00 |
| 5/21/2026 | Vives | Set up QBO instances for post receivership period for Innovative Partners, American Collective and Health Plan Administrators; pending Papyrus activity expectation | 0.50 | 225 | 112.50 |
| 5/22/2026 | Vives | Set up BILL import to set up instances in BILL for Innovative Partners | 0.10 | 225 | 22.50 |
| 5/22/2026 | Vives | Set up BILL import to set up instances in BILL for American Collective | 0.10 | 225 | 22.50 |
| 5/22/2026 | Vives | Call with Heidi and Silvana to review status report and plan project clean up and post receivership | 0.50 | 225 | 112.50 |
| 5/22/2026 | Vives | Call with Heidi and Silvana to come up with initial plan on how to divide the work between clean up prior to receiver and post receiver work | 0.50 | 225 | 112.50 |
| 5/22/2026 | Vives | Complete list of banks missing after call with Tripp Scott and KR Team; set up chart of accounts for all QBO files; connect bank accounts; add transactions in old files to prepare bank transactions that processed after 4/15/26 receiver | 1.90 | 225 | 427.50 |
| 5/22/2026 | Vives | Planning meeting with Silvana; prepare status report in advance of the meeting | 0.80 | 225 | 180.00 |
| 5/22/2026 | Vives | Call with Tripp Scott and KR Team to review status report | 0.60 | 225 | 135.00 |
| 5/22/2026 | Robbins | Meeting with client<br>Internal working session-for weekly meeting | 1.00 | 225 | 225.00 |
| 5/22/2026 | Robles | Meeting with Heidi and Christine to go over scope of work and dividing work | 0.50 | 225 | 112.50 |
| 5/22/2026 | Robles | Meeting with Christine to prepare for Tripp Scott meeting. Updating status report/open items list | 0.80 | 225 | 180.00 |
| 5/22/2026 | Robles | Meeting with KR and Tripp Scott team to go over onboarding and request list. | 0.50 | 225 | 112.50 |
| 5/22/2026 | Kesterson | Weekly KR team meeting with Tripp Scott | 0.50 | 225 | 112.50 |
| 5/26/2026 | Vives | Meet with team regarding workpaper set up for all entities on the clean up project; obtain FAVS update; update team on BILL set up and scheduled training | 0.70 | 225 | 157.50 |
| 5/26/2026 | Vives | Complete BILL set up for Innovative Partners and American Collective | 0.40 | 225 | 90.00 |
| 5/26/2026 | Robles | Meeting with FAVS to discuss case and scope of additional work to be performed | 0.50 | 225 | 112.50 |
| 5/26/2026 | Robles | Reading through FTC complaint to get better understanding on the business and the case as a whole to assist with clean-up of 2025 books | 0.80 | 225 | 180.00 |
| 5/26/2026 | Robles | Meeting with Manager and Senior/Staff to go through engagement and workpaper set-up | 0.80 | 225 | 180.00 |
| 5/26/2026 | Sridevi | OAS Team call - Discussion on initial work, Work paper creation for 3 entities | 0.50 | 225 | 112.50 |
| 5/27/2026 | Vives | Call with Silvana and Erin Cannon regarding tax work preparation | 0.50 | 225 | 112.50 |
| 5/27/2026 | Vives | Internal team meeting regarding status report and open items on all entities | 0.50 | 225 | 112.50 |
| 5/27/2026 | Robbins | Internal meeting-organization of status report and work for the week | 0.50 | 225 | 112.50 |
| 5/27/2026 | Robles | Updating status report and respective onboarding tab. | 0.50 | 225 | 112.50 |
| 5/27/2026 | Robles | Received access to Innovative Partners QBO - Review balance sheet accounts and material journal entries | 1.00 | 225 | 225.00 |
| 5/27/2026 | Robles | Meeting with OAS team to go through status report for meeting with Tripp Scott | 0.50 | 225 | 112.50 |
| 5/27/2026 | Robles | Reviewing 2023 and 2024 tax returns and agreeing to QBO files for Innovative Partners | 0.50 | 225 | 112.50 |
| 5/27/2026 | Robles | Meeting with ES team to go through taxes and general client info | 0.50 | 225 | 112.50 |
| 5/27/2026 | Sridevi | Work Paper Creations for 2025- Health Plan administrator LLC | 2.00 | 225 | 450.00 |
| 5/28/2026 | Vives | Status meeting with Tripp Scott team and KR Team; discuss updates on the FTC changes in leadership; go over status report; context for meeting with Mitch Glass; Elan from FAVS spoke about the engagement | 0.60 | 225 | 135.00 |
| 5/28/2026 | Vives | Check in with internal team on status report progress; prepare for weekly check in call | 0.20 | 225 | 45.00 |
| 5/28/2026 | Vives | BILL Training with Jennifer, Nicole and Silvana; set up Jennifer, Nicole and Paul with logins to BILL; set up approval policies in BILL | 1.70 | 225 | 382.50 |
| 5/28/2026 | Vives | Meeting with Silvana to review transaction report for bank activity from 4/15/26; work on a new format to client to Tripp Scott group | 0.50 | 225 | 112.50 |
| 5/28/2026 | Robbins | Weekly status meeting<br>Prep and organization for meeting | 1.00 | 225 | 225.00 |
| 5/28/2026 | Robles | Review of documents uploaded to Box by Tripp Scott Team | 1.50 | 225 | 337.50 |
| 5/28/2026 | Robles | Bill.com meeting with Tripp Scott Team | 1.00 | 225 | 225.00 |
| 5/28/2026 | Robles | Weekly check-in with Tripp Scott team | 0.80 | 225 | 180.00 |
| 5/28/2026 | Sridevi | Work Paper creation for 2025 - American Collective LP and Innovative Partners LP | 5.00 | 225 | 1,125.00 |

| Date | Split | Detail | Hours | Hourly Rate | Fees |
|---|---|---|---|---|---|
| 5/29/2026 | Corona | Prepared report from QBO for all 3 entities.<br>Reports showing April through May bank activity as requested by Silvana for attorneys to see activity since receiver took over | 0.80 | 225 | 180.00 |
| 5/29/2026 | Robles | Review of docs provided by Tripp Scott | 0.50 | 225 | 112.50 |
| 5/29/2026 | Robles | Going over post-receivership transactions and organizing to send to Tripp Scott Team | 1.00 | 225 | 225.00 |
| 5/29/2026 | Robles | Meeting to setup Teamwork assignments for team | 0.50 | 225 | 112.50 |
| 5/29/2026 | Robles | Meeting with team to go through workbooks for each entity and status | 0.50 | 225 | 112.50 |
| 5/29/2026 | Sridevi | Work Paper creation 2025 for Innovative Partners LP.<br>Work paper creation Apr 2026 for all 3 entities<br>Client shared docs splitting | 4.50 | 225 | 1,012.50 |
| 5/29/2026 | Sridevi | Team Meeting-Discussion on work papers and splitting of client shared supporting documents | 0.50 | 225 | 112.50 |
| 5/30/2026 | Vives | Complete Receivership task list for clean up | 1.00 | 225 | 225.00 |
| | | | | Total | 9,742.50 |