UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60976-CIV-SINGHAL

FEDERAL TRADE COMMISSION

Plaintiff,

v.

INNOVATIVE PARTNERS, LP, also doing business as INNOVATIVE HEALTH PLAN or HEALTHCARE PLAN, a Texas limited partnership, et al.

Defendants.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court upon Defendant Amani Shokry's Motion to Stay Proceedings as to herself due to criminal charges being filed against her (DE [152]). Having read the motion, the relevant case law, and being otherwise advised of the premises, the Court denies Defendant's motion without prejudice at this juncture.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's motion is **DENIED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF